AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

NORTHERN DIVISION

JOHN COGGIN,

V.

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv1214-F

TO: (Name and address of Defendant)

UNITED STATES OF AMERICA
Federal Prison Camp-Montgomery
Southeast Region
Maxwell Air Force Base
Montgomery, AL 36112

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Julia T. Cochrun, Esq.
Pate & Cochrun, LLP
P. O. Box 10448
Birmingham, AL 35202-0448

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE  12/22/05

7114 9125 4160 0000 6827

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__
NORTHERN DIVISION

JOHN COGGIN,

V.  **SUMMONS IN A CIVIL ACTION**

UNITED STATES OF AMERICA

CASE NUMBER: 2:05cv1214-F

TO: (Name and address of Defendant)

U.S. ATTORNEY LEURA G. CANARY
One Court Square, Suite 201
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Julia T. Cochrun, Esq.
Pate & Cochrun, LLP
P. O. Box 10448
Birmingham, AL 35202-0448

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

(By) DEPUTY CLERK

DATE 12/22/05

**CERTIFIED MAIL**
RE:
7116 9125 4160 0000 6858

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

NORTHERN DIVISION

JOHN COGGIN,

V.

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv1214-F

TO: (Name and address of Defendant)

U.S. ATTORNEY ALBERTO R. GONZALES
5137 Robert F. Kennedy Building
10th Street & Constitution Avenue, NW
Washington, DC   20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Juila T. Cochrun, Esq.
Pate & Cochrun, LLP
P. O. Box 10448
Birmingham, AL 35202-0448

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE  12/22/05

**CERTIFIED MAIL**

RE:

7116 9125 4160 0000 6834