**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

UNITED STATES OF AMERICA
FEDERAL PRISON CAMP-MONTGOMERY
SOUTHEAST REGION
MAXWELL AIR FORCE BASE
MONTGOMERY AL 36112

CERTIFIED MAIL

RE:

PS F  7116 9125 4160 0000 6827

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X /s/ J.R. Crowk
☐ Agent
☐ Addressee

B. Received by (Printed Name): J.R. CROWK
C. Date of Delivery: 27Dec05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:05CV1214-F
C+S
60

Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

SCANNED 12-29

102595-02-M-1540