DEAR CLERK
UNITED STATES DISTRICT COURT
U.S. COURTHOUSE
ONE CHURCH STREET
MONTGOMERY, AL 36104

| 4. Restricted Delivery? (Extra Fee) ☐ Yes | 3. Service Type CERTIFIED |

2. Article Number
7116 9125 4160 0000 6858

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐ Addressee or ☒ Agent)
X B— Dy—

B. Received By: (Please Print Clearly)
Bryant Dyess

C. Date of Delivery
12/23/05

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City     State     ZIP + 4 Code

7116 9125 4160 0000 6858

1. Article Addressed To:

U.S. ATTORNEY LEURA G. CANARY
ONE COURT SQUARE, SUITE 201
MONTGOMERY AL 36104

SCANNED 12/29