DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
U.S. COURTHOUSE
ONE CHURCH STREET
MONTGOMERY, AL 36104   2:05CV1214-

| | |
|---|---|
| 4. Restricted Delivery? (Extra Fee) ☐ Yes | 3. Service Type CERTIFIED |
| 2. Article Number | 7116 9125 4160 0000 6834 |

COMPLETE THIS SECTION ON DELIVERY

A. Signature: (☐ Addressee or ☐ Agent)
X

B. Received By: (Please Print Clearly)

C. Date of Delivery

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City          State          ZIP + 4 Code

1. Article Addressed To:

U.S. ATTORNEY ALBERTO R. GONZALES
513 ROBERT F. KENNEDY BUILDING
10TH STREET & CONSTITUTION AVENUE
WASHINGTON DC 20530