**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| JOHN COGGINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: **2:05-CV-1214-F** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME IN WHICH
TO ANSWER OR OTHERWISE RESPOND**

Comes now the defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and requests that their time to answer or otherwise respond to the complaint be extended for a period of thirty (30) days, to and including, Thursday, March 23, 2006, and as grounds states as follows:

1.      The complaint in this matter was filed on or about December 21, 2005, and served upon the United States Attorney for the Middle District of Alabama on or about December 23, 2005.  The answer of the defendant is presently scheduled to be filed on or before February 21, 2006.

2.      The Bureau of Prison counsel assigned to this matter has requested additional time to prepare the agency's litigation report.  She is currently working on dispositive motions in two complex cases that are both due at the end of this month.

3.     The United States Attorney's Office does not have access to the facts and information critical to the preparation of a response in this matter other than through the agency's litigation report.

4.     Counsel for plaintiff has been contacted regarding this request and has no objection to this 30-day extension.

Therefore, for the reasons set forth above and for good cause shown, defendant respectfully requests an extension of time, to and including March 23, 2006, in which to prepare and file said answer or other response.

Respectfully submitted this 21st day of February, 2006.

LEURA G. CANARY
United States Attorney

By:     /s/Stephen M. Doyle
STEPHEN M. DOYLE
Chief, Civil Division
Assistant United States Attorney
Attorney for Defendant
Post Office Box 197
Montgomery, AL  36101-0197
District of Columbia Bar No. 422474
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
**E-mail:  stephen.doyle@usdoj.gov**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiff's attorney, Julia T. Cochrun, Esquire.

  /s/Stephen M. Doyle

Assistant United States Attorney
