IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN COGGIN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:05-cv-1214-MEF |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## **ORDER**

This cause is before the Court on Defendant's Motion for Extension of Time in which to Answer or Otherwise Respond (Doc. # 6). Upon consideration, it is hereby ORDERED that the motion is GRANTED. Defendant must file an answer or otherwise respond on or before March 23, 2006

DONE this 21st day of February, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE