IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN COGGIN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) CIVIL ACTION NO.: **2:05-CV-1214-MEF** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Defendant. | ) |

**DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME**

    Comes now the defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests an additional five (5) days extension of time, to and including Thursday, March 30, 2006, in which to file an answer or other response in the above-styled case. In support of this motion, counsel shows unto the Court the following:

    1. On December, 21, 2005, the complaint in this matter was filed with the Court and served upon the United States Attorney for the Middle District of Alabama on or about December 23, 2005. Defendant previously sought and was granted an extension of time from February 21, 2006, until March 23, 2006 in which time to file a response. This request was based on the Agency counsel working on two dispositive motions.

    2. On March 22, 2006, this office was informed that due to the workload and press of other matters, the Bureau of Prison counsel assigned to this matter has been

unable to finalize the agency's litigation report that is needed to formulate a response. Therefore, the undersigned's ability to adequately and thoroughly respond to the complaint is severely hampered without the input of Agency counsel.

    3. The undersigned assures this Court that no further requests to extend the deadline will be sought absent extreme and currently unforeseeable events.

    4. Therefore, for the reasons set forth above and for good cause shown, defendant respectfully requests an additional five (5) days extension of time, to and including Thursday, March 30, 2006, in which to prepare and file said answer or other response.

Counsel for the plaintiff has been contacted and does not oppose this request.

Respectfully submitted this 23rd day of March, 2006.

                        LEURA G. CANARY
                        United States Attorney

By:   /s/Stephen M. Doyle
       STEPHEN M. DOYLE
       Chief, Civil Division
       Assistant United States Attorney
       Attorney for Defendant
       Post Office Box 197
       Montgomery, AL  36101-0197
       District of Columbia Bar No. 422474
       Telephone No.: (334) 223-7280
       Facsimile No.: (334) 223-7418
       **E-mail:  stephen.doyle@usdoj.gov**

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiff's attorney, Julia T. Cochrun, Esquire.

                                  /s/Stephen M. Doyle
                                Assistant United States Attorney