IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN COGGIN, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 2:05-cv-1214-MEF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    Defendant. | ) |

## **O R D E R**

Upon consideration of the Defendant's Second Unopposed Motion for Extension of Time (Doc. #8) filed on March 23, 2006, 2006, it is hereby

ORDERED that the motion is GRANTED to and including March 30, 2006.

DONE this 27th day of March, 2006.

                                           /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE