# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JOHN COGGIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: **2:05-cv-1214-F** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## REPORT OF PARTIES' PLANNING MEETING

1. **Appearances.** Pursuant to Fed. R. Civ. P. 26(f), a meeting was held via telephone on April 20, 2006, between the following participants:

    Julia T. Cochrun, Esquire
    Pate & Cochrun, LLP
    Attorney for Plaintiffs

    Stephen M. Doyle, Assistant United States Attorney
    Attorney for the United States

2. **Pre-Discovery Disclosures.** The parties will exchange by May 24, 2006, the information required by Fed. R. Civ. P. 26 (a)(1).

3. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

    a. Discovery will be needed on the following subjects:

        1. All information pertaining to Plaintiffs' claims including their alleged grounds for liability and damages.

        2. All information pertaining to Defendant's defenses.

    b. All discovery commenced in time to be completed by June 8, 2007.

    c.    There will be a maximum of 25 interrogatories by each party to any other party without leave of the Court or agreement of the parties. The responses will be due 30 days after service unless this time is extended by agreement of the parties.

    d.    There will be a maximum of 25 requests for production of documents by each party to any other party without leave of the Court or agreement of the parties. The responses will be due 30 days after service unless this time is extended by agreement of the parties.

    e.    There will be a maximum of 30 requests for admission by each party to any other party without leave of the Court or agreement of the parties. Responses will be due 30 days after service unless this time is extended by agreement of the parties.

    f.    The parties agree that no more than 10 depositions may be taken by a party without leave of the Court or agreement of the parties. Each deposition is limited to a maximum of 7 hours unless extended by agreement of the parties.

    g.    Reports from retained experts under Rule 26 (a)(2) will be due from Plaintiff by January 1, 2007, and from Defendant by June 1, 2007.

    h.    Supplementation of the disclosures under Rule 26(e) will be due by April 1, 2007.

3.    **Other items.**

    a.    **Scheduling Conference**

        The parties do not request a conference with the Court before entry of the scheduling order.

    b.    **Pretrial Conference**
        The parties request a pretrial conference in August 2007.

    c.    **Additional Parties, Claims and Defenses**
        The parties must join additional parties and amend the pleadings by January 1, 2007.

    d.    **Dispositive Motions**
All potentially dispositive motions should be filed by April 8, 2007.

    e.    **Settlement**
Settlement and the potential utility of mediation cannot be evaluated until some discovery is complete.

    f.    **Trial Evidence**
The final list of witnesses and trial evidence under Rule 26(a)(3) should be due three weeks before trial. The parties should have 10 days after service to list objections under Rule 26(a)(3).

    g.    **Trial Date**
This Federal Tort Claims Act case should be ready for trial by the September 17, 2007, non-jury civil trial term of the Court, and at this time is expected to take approximately 3 days of trial time.

I, the undersigned Assistant United States Attorney, do hereby certify that Counsel for plaintiff, Julia T. Cochrun, Esquire, and I have reviewed and agreed to this report.

Respectfully submitted this 21st day of April, 2006.

                          LEURA G. CANARY
                          UNITED STATES ATTORNEY

By:  s/Stephen M. Doyle
       STEPHEN M. DOYLE
       Chief, Civil Division
       Assistant United States Attorney
       D.C. Bar No. 422474
       Counsel for Defendant
       Post Office Box 197
       Montgomery, AL  36101-0197
       Telephone No.: (334) 223-7280
       Facsimile No.: (334) 223-7418
       **E-mail: stephen.doyle@usdoj.gov**

By: s/Julia T. Cochrun
    Julia T. Cochrun, Esquire
    Pate & Cochrun, LLP
    P.O. Box 10448
    Birmingham, AL 35202-0448
    Attorney for Plaintiff
    Telephone: (205) 323-3900
    Facsimile:   (205) 323-3906
    **E-mail: jtcochrun@mindspring.com**