IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN COGGIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.:2:05-cv-1214-MEF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S INITIAL DISCLOSURES

COMES NOW Plaintiff, pursuant to FED. R. CIV. P. 26(a)(1), and submits the following:

A. <u>WITNESSES</u>

The following individuals are likely to have discoverable information relevant to the disputed facts of this case:

1. Oscar Rodriquez
Physician Assistant
B.O.P. Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL
(334)293-2168
Mr. Rodriquez is a physician's assistant who provided medical treatment to Plaintiff and who has knowledge regarding the matters made the basis of the lawsuit.

2. Orenzio Garcia-Brenes, M.D.
Director of Medical Services
B.O.P. Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL
(334)293-2168

        Dr. Garcia-Brenes is a physician who provided medical treatment to Plaintiff and who has knowledge regarding the matters made the basis of the lawsuit.

3.    Officer Snyder
B.O.P. Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL
(334)293-2168
Officer Snyder has knowledge regarding the matters made the basis of the lawsuit.

4.    Security Officer Davis
B.O.P. Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL
(334)293-2168
Security Officer Davis has knowledge regarding the matters made the basis of the lawsuit.

5.    Ms. Beasley
Case Manager
B.O.P. Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL
(334)293-2168
Ms. Beasley has knowledge regarding the matters made the basis of the lawsuit.

6.    Doris Little, CRNP
B.O.P. Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL
(334)293-2168
Ms. Little has knowledge regarding the matters made the basis of the lawsuit.

7.    Nurse on Duty
Emergency Sick Call July 25, 2001
B.O.P. Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL
(334)293-2168
This nurse has knowledge regarding the matters made the basis of the lawsuit.

8. Nurse on Duty
Emergency Sick Call August 22, 2001
B.O.P. Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL
(334)293-2168
This nurse has knowledge regarding the matters made the basis of the lawsuit.

9. Nurse on Duty
Pill Line on August 25, 2001
B.O.P. Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL
(334)293-2168
This nurse has knowledge regarding the matters made the basis of the lawsuit.

10. Nurse on Duty
Pill Line on August 26, 2001
B.O.P. Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL
(334)293-2168
This nurse has knowledge regarding the matters made the basis of the lawsuit.

11. D. Essex, CRNP
B.O.P. Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL
(334)293-2168
Nurse Essex has knowledge regarding the matters made the basis of the lawsuit.

12. Security Guard Ramadue
B.O.P. Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL
(334)293-2168
Ms. Ramadue has knowledge regarding the matters made the basis of the lawsuit.

13. Antonio J. Williams, M.D.
    Advanced Surgical Associates
    2101 Chestnut Street
    Montgomery, AL
    (334)265-9225
    Dr. Williams provided medical treatment to Plaintiff and has knowledge regarding the matters made the basis of the lawsuit.

14. Assistant Warden
    B.O.P. Federal Prison Camp
    Maxwell Air Force Base
    Montgomery, AL
    (334)293-2168
    The Assistant Warden has knowledge regarding the matters made the basis of the lawsuit.

15. Warden C. J. DeRosa
    B.O.P. Federal Prison Camp
    Maxwell Air Force Base
    Montgomery, AL
    (334)293-2168
    Warden DeRosa has knowledge regarding the matters made the basis of the lawsuit.

16. Security Officer Thomas
    B.O.P. Federal Prison Camp
    Maxwell Air Force Base
    Montgomery, AL
    (334)293-2168
    Officer Thomas has knowledge regarding the matters made the basis of the lawsuit.

17. Security Officer Estep
    B.O.P. Federal Prison Camp
    Maxwell Air Force Base
    Montgomery, AL
    (334)293-2168
    Officer Estep has knowledge regarding the matters made the basis of the lawsuit.

18. Security Officer Timmons
    B.O.P. Federal Prison Camp
    Maxwell Air Force Base
    Montgomery, AL
    (334)293-2168

Officer Timmons has knowledge regarding the matters made the basis of the lawsuit.

19. Mr. Charlie Hudson
Director of Education Dept.
B.O.P. Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL
(334)293-2168
Mr. Hudson has knowledge regarding the matters made the basis of the lawsuit.

20. Jim Johnson
Taveres, FL
Mr. Johnson has knowledge regarding the matters made the basis of the lawsuit.

21. Ron Rankin
Monroeville, AL
Mr. Rankin has knowledge regarding the matters made the basis of the lawsuit.

22. Mario J. Zayas-Canizares
Bayamon, Puerto Rico
Mr. Zayas-Canizares has knowledge regarding the matters made the basis of the lawsuit.

23. Dereck Mosley
Mr. Mosley has knowledge regarding the matters made the basis of the lawsuit.

24. Alexander Kreher, M.D.
2055 E. South Blvd., Suite 603
Montgomery, AL
(334)281-9000
Dr. Kreher provided medical treatment to Plaintiff and has knowledge regarding the matters made the basis of the lawsuit.

25. C. Louis Cummings, M.D.
The Kirklin Clinic
2000 6th Avenue South
Birmingham, AL
(205)801-8300
Dr. Cummings provided medical treatment to Plaintiff and has knowledge regarding the matters made the basis of the lawsuit.

    26.    Phillip D. Smith, M.D.
            The Kirklin Clinic
            2000 6th Avenue South
            Birmingham, AL
            (205)801-8300

Dr. Smith is board certified in internal medicine and gastroenterology and will provide expert testimony as to the standard of care and treatment of a patient presenting the signs and symptoms as were exhibited by the plaintiff as well as to causation.

## B. DOCUMENTS

The following documents are relevant to the disputed facts of this case and, if not previously provided to Defendant, or in Defendant's possession, are available for copying and inspection:

1. Medical records maintained at B.O.P. Federal Prison Camp at Maxwell Air Force Base of Plaintiff.

2. Inmate Request to Staff Member of Plaintiff dated August 30, 2001.

3. B.O.P. Request Forms("Cop-Out") of Plaintiff.

4. Medical records maintained at Advanced Medical Imaging of Plaintiff.

5. Medical records maintained at Advanced Surgical Associates of Plaintiff.

6. Medical records maintained at Baptist Medical Center, Montgomery, AL of Plaintiff.

7. Medical records maintained by The Kirklin Clinic, Birmingham, AL of Plaintiff.

8. Plaintiff's records and inmate file from B.O.P. Federal Prison Camp at Maxwell Air Force Base.

9. Medical bills and pharmacy records for treatment rendered to Plaintiff for these injuries.

10. B.O.P. Federal Prison Camp at Maxwell Air Force Base policies and procedures for medical care of inmates.

## C. DAMAGES

As a result of the lack of timely and appropriate medical care, Plaintiff suffered pain and physical distress beginning July 20, 2001 and culminating in erosion of a bleeding ulcer on September 2, 2001, resulting in severe anemia with a hemoglobin of 6.8 and hematocrit of 19.9. Plaintiff thereafter underwent multiple blood transfusions of non-autologous blood with its inherent risks . Plaintiff underwent emergent surgery and intensive care post-operatively. Plaintiff will remain on medication to treat his peptic ulcer disease for life. His medications to treat his residual condition have and will cost him approximately $1,560.00 per year and return visits to his gastroenterologist will cost from $150.00 to $300.00 per year. Plaintiff also has a twenty inch incisional scar with a remaining knot under the skin on his sternum. Plaintiff's hospital care and treatment costs which exceeded $125,000.00, have been paid by the Bureau of Prisons.

_____
JULIA T. COCHRUN (TRU006)
PATE & COCHRUN
P. O. Box 10448
Birmingham, AL 35202-0448
Telephone: (205)323-3900
Facsimile: (205)323-3906

## CERTIFICATE OF SERVICE

I hereby certify that on April __27__, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Stephen M. Doyle
ASSISTANT UNITED STATES ATTORNEY
Post Office Box 197
Montgomery, AL 36101-0197.

_____
Julia T. Cochrun