IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN COGGIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO: |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) 2:05-cv-1214-MEF |
| | ) |
| Defendant. | ) |

## NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION

TO: Stephen Michael Doyle, Esq.
Assistant U.S. Attorney
P. O. Box 197
Montgomery, AL 36101-0197

Please take notice that at the time, date and location indicated, the plaintiff will, by oral examination, take the testimony of the deponent whose name and address is indicated below, for the purpose of discovery and/or for use as evidence in the action before Kathy Colburn, a court reporter who is authorized to administer oath, in accordance with Rules 26 through 37 of the Federal Rules of Civil Procedure. The oral examination will continue until completed.

| Date | Time | Deponent | Place of Deposition |
|---|---|---|---|
| 2/23/07 | 9:00 AM | O. Garcia-Brenes, MD | Office of U.S. Attorney |
| | | | One Court Square, Suite 201 |
| | Followed by | Oscar Rodriguez, PA | Montgomery, AL 36104 |

Pursuant to Federal Rules of Civil Procedure, notice is being given that the deponent is requested to produce at the time of the deposition, for inspection and copying, the following documents and things:

1. The original, complete medical chart regarding John Coggin, including any all documents not otherwise designated "medical records" in your possession;

2. Any and all records and/or documents or otherwise in which you have recorded information regarding Mr. Coggin during his incarceration;

3. Bibliography of any and all articles you have written and a copy of your CV;

4. Any articles, treatise, or other written documentation supporting your contentions that you met the standard of care in Plaintiff's treatment.

                                                JULIA T. COCHRUN
                                                Attorney for Plaintiff

OF COUNSEL:
PATE & COCHRUN, L.L.P.
P. O. Box 10448
Birmingham, Alabama  35202-0448
Telephone: (205) 323-3900
E-mail:  filings@plc-law.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this __8__ day of February, 2007, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Stephen Michael Doyle, Esq.
Assistant U.S. Attorney
P. O. Box 197
Montgomery, AL 36101-0197
Stephen.Doyle@usdoj.gov

_____
JULIA T. COCHRUN
Attorney for Plaintiff

cc:  Ms. Kathy Colburn