**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| JOHN COGGIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: **2:05-CV-1214-MEF** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION TO EXTEND ALL DEADLINES**

Come now the plaintiff, by and through counsel, Julia T. Cochrun, Esquire, and defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and jointly request that all deadlines in the Uniform Scheduling Order be enlarged as set forth below. In support of this joint motion, counsel state as follows:

1. This is a medical malpractice action against the United States brought pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346 (b), 2671-2680. Plaintiff alleges that the medical care he received while a prisoner at the Federal Prison Camp at Maxwell Air Force Base (FPC Maxwell) fell below the standard of care and seeks $15 million in damages. The United States denies any wrongdoing.

2. The parties have completed some discovery, and it has become apparent that this case is more complex and involves more witnesses and issues than the parties initially

anticipated. More time is needed to complete discovery, retain experts, prepare dispositive motions, and prepare for trial.

3. On April 4, 2007, the parties met telephonically and worked out a revised schedule that meets the needs of both parties. This proposed new schedule is presented below arranged in accordance with the sections in the current Uniform Scheduling Order.

4. **Section 1**. Trial is currently set for the term commencing on September 17, 2007. The parties propose that trial be moved to the Court's next available non-jury trial term commencing on **February 4, 2008.** The parties propose that the Court schedule a pretrial conference during the week of **January 14, 2008.**

5. **Section 2**. Dispositive motions are currently due on May 18, 2007, the same date that plaintiff's expert report is due. Defendant will require plaintiff's medical expert's report before it can depose plaintiff's expert and prepare a dispositive motion. The parties propose that dispositive motions be filed no later than **November 30, 2007.**

6. **Section 3**. The parties propose that they conduct a face-to face settlement conference on or before **December 10, 2007**, and file a Notice Concerning Settlement Conference and Mediation not more than five days later.

7. **Section 4.** The deadline to amend the pleadings or add parties has passed and no change is proposed in this section.

8. **Section 5.** The deadline for motions for class certification has passed and no change is proposed in this section.

9. **Section 6.** No change is proposed.

10. **Section 7.** The discovery deadline is currently August 2, 2007. The parties propose that discovery be extended to **December 31, 2007.**

11. **Section 8.** Plaintiff's expert report is currently due on May 18, 2007, and defendant's is due on June 18, 2007. Plaintiff's expert report is currently due the same day as the dispositive motion deadline. It is impossible for defendant to prepare its dispositive motion without plaintiff's expert's report and deposition. The parties propose that plaintiff's expert report be due on **September 30, 2007**, and that defendant's expert report be due sixty (60) days later on **November 30, 2007.**

12. **Section 9.** No proposed changes.

13. **Section 10.** The parties propose that they exchange witness lists one month prior to trial on **January 7, 2008.** No other changes are proposed to section 10.

14. **Section 11.** The parties propose that they identify portions of depositions to be used at trial on or before **January 7, 2008.** No other changes are proposed to Section 11.

15. **Section 12.** The parties propose that they exchange exhibits and tangible evidence on or before **January 7, 2008.**

16. **Section 13**. No proposed changes.

17. **Section 14.** No proposed changes.

18. **Section 15.** No proposed changes.

19. **Section 16.**  No proposed changes.

20.  The parties have endeavored to bring the need to enlarge the deadlines in this case to the Court's attention as soon as it became apparent to the parties.

I hereby certify that both parties agree that the foregoing be submitted electronically to the Clerk of the Court by defendant on this 5th day of April, 2007.

                              LEURA G. CANARY
                              United States Attorney


By:    /s/Stephen M. Doyle
        STEPHEN M. DOYLE
        Chief, Civil Division
        Assistant United States Attorney
        Attorney for Defendant
        Post Office Box 197
        Montgomery, AL  36101-0197
        District of Columbia Bar No. 422474
        Telephone No.: (334) 223-7280
        Facsimile No.: (334) 223-7418
        **E-mail:  stephen.doyle@usdoj.gov**


        /s/Julia T. Cochrun
        Julia T. Cochrun, Esquire
        Pate & Cochrun, L.L.P.
        Post Office Box 10448
        Birmingham, AL 35202-0448
        205-323-3900
        **E-mail: filings@plc-law.com**
        Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiff's attorney, Julia T. Cochrun, Esquire.

       /s/Stephen M. Doyle
    Assistant United States Attorney