IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN COGGIN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-1214-MEF |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the Joint Motion to Extend All Deadlines (Doc. #18) filed on April 5, 2007, it is hereby

ORDERED that the motion is GRANTED in part and DENIED in part. The parties are advised to carefully read the new deadlines in the Amended Scheduling Order because the deadlines are not all the same as the ones the parties requested and because the parties will be held to the deadlines absent exceptional circumstances.

DONE this 11th day of April, 2007.

                                            /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE