IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN COGGIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO: |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) 2:05-cv-1214-MEF |
| | ) |
| Defendant. | ) |

## REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT

COMES NOW the plaintiff in the above-styled cause, and pursuant to Federal Rules of Civil Procedure requests DEFENDANT, respond to the following requests:

THAT defendant produce for inspection and/or copying at the offices of PATE & COCHRUN, LLP, 400 Title Building, 300 N. 21st Street, Birmingham, Alabama, 35203 (Mailing address: P. O. Box 10448, Birmingham, AL 35202-0448), within the time required under said rules, the following documents and permit the plaintiff or his attorneys to inspect and copy any and all of the same:

1.  Entire prison file of plaintiff, John Coggin, to include any and all documents

reflecting interactions with any and all employees, staff members, medical or otherwise, while house at the BOP Maxwell. This would also include the Correctional Officer Log designations regarding the period of time between July 25, 2001 until discharge from plaintiff's sentence.

_____
JULIA T. COCHRUN
Attorney for Plaintiff

OF COUNSEL:
PATE & COCHRUN, L.L.P.
P. O. Box 10448
Birmingham, Alabama  35202-0448
Telephone: (205) 323-3900
E-mail:  filings@plc-law.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this __26__ day of June, 2007, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Stephen Michael Doyle, Esq.
Assistant U.S. Attorney
P. O. Box 197
Montgomery, AL 36101-0197
Stephen.Doyle@usdoj.gov


JULIA T. COCHRUN
Attorney for Plaintiff