# EXHIBIT A



UNIVERSITY OF ALABAMA
HEALTH SERVICES FOUNDATION, P.C.

THE KIRKLIN CLINIC
Internal Medicine

July 15, 2005

Julia T. Cochrun, Esq.

Pate, Lloyd & Cochrun, LLP

PO Box 10448

Birmingham, AL 35202-0448

Dear Ms. Cochrun:

It was a pleasure to meet with you today in the matter of John Coggin, DOB 4/3/48. I have been his primary care physician since 2003, and have reviewed the history of his illness during 2001, and the history of his subsequent health problems.

Mr. Coggin will likely need long term medical care for problems related to acid reflux disease and peptic ulcer disease, and these problems were not present prior to his illness in 2001. He will likely need long-term prescription drug treatment for abdominal symptoms. His incisional hernia will likely increase in size with time, and it eventually may need to be surgically repaired if it causes symptoms due to its size or to any bowel obstruction symptoms. Necessary heart attack and stroke prevention with antiplatelet medication will carry a slightly increased lifetime risk of peptic ulcer and bleeding, and he will be at a slight but definite lifetime risk for recurrent ulcer and bleeding ulcer with or without antiplatelet drugs.

Mr. Coggin will need lifetime dietary modification and periodic health exams for ulcer risk and the abdominal incisional hernia, along with prescription drugs taken for long term.

Sincerely,

C. Louis Cummings, MD
Assistant Professor of Medicine
University of Alabama at Birmingham