# EXHIBIT C

**Joseph E. Paris, PhD, MD, CCHP-A**
**Consultant in Correctional Health Care**
**2116 Lamplight Drive**
**Marietta, Georgia 30062**

Julia I. Cochrun, Esq.
Pate & Cochrun, LLP
400 Title Building
Birmingham, Alabama 35203

Marietta, August 29, 2007

Re: John Coggin v. United States of America. In the United States District Court for the Middle District of Alabama, Northern Division, Civil Action No. 2:05cv1214-F

Dear Ms. Cochrun:

I thank you for requesting my correctional medical advice for the Coggin v. US case. I am a Board Certified Internist, licensed for the practice of medicine in the states of Florida and Georgia. I have 22 years of experience in correctional health care and I am familiar with the standard of care for jails and prisons similar to the FBOP facility Montgomery FPC. Please find my qualifications in the attached CV which also describes my involvement in a number of defense or plaintiff cases with dates, venue, and outcome of known. My fee schedule is $300 per hour for consultation time in person or on the phone, reviewing records, or writing reports; $2,000 per day for Georgia depositions/testimony, $3,000 per day for out-of-town depositions/testimony, and $3,000 per day for trial testimony time, plus reasonable expenses. I reviewed the following documents:

Original complaint, entered 12-21-05
Health records of John Coggin at the FBOP facility Montgomery FPC
Health records of John Coggin at the Kirklin Internal Medicine Clinic
Health records of John Coggin at the Baptist Medical Center South
Medical-surgical exam of John Coggin by Antonio Williams, MD, dated 8-29-01
IVP and abdominal ultrasound reports for John Coggin
Affidavit by ex-inmate Ronald Rankin
Affidavit by ex-inmate Mario J. Zayas-Canizares
Affidavit by ex-inmate Jim Johnson
Deposition of Orenzio Garcia-Brenes, MD, taken 2-23-07
Affidavits by Jim Johnson, Ronald Rankin, and Mario Zayas
Deposition of Oscar Rodriguez
Deposition of Christopher Thomas
Deposition of Anita Rabidou
Prison Commissary purchase records
X-rays and reports for Mr. Coggin as of 7-25-01

**Synopsis of relevant medical events**

In August of 1999, John Coggin arrived to the Federal Prison Complex (FPC) Maxwell, and was later transferred to the FPC Montgomery, both run by the Federal Bureau of Prisons (FBOP). Since arrival, it was known that he had a history of a renal calculus (charted in his problem list as occurring in 1997), and controlled hypertension for which he received Lisinopril. The problem list did not chart any history of GI distress or gallstones.

On 7-25-01, at age 53, Coggin wrote a Sick Call Request that he termed "Second Emergency Sick Call Request". There is no record on file of his first request. His complaint was: "Severe, intense pain in the abdomen for 3 days". He stated that he had tried Tylenol for the pain but it had been completely ineffective. He was seen at 7:05 AM by PA Oscar Rodriguez. The PA quoted the chief complaint as "Discomfort of Right Upper Quadrant since four days; pain radiates straight back, it increases especially if the patient eats". Despite its absence in the problem list, the patient's "history of gallstones by ultrasound" was quoted. Vital signs were: BP 153/97, HR 74 and T. 98.4 F. HEENT, heart and lungs were normal by physical examination. An abdominal exam was abnormal, with the right upper quadrant being extremely tender to the touch. Bowel sounds were diminished. Abdominal rebound was not tested. Costo-Vertebral Angle punch test (a test of kidney tenderness used to diagnose kidney stones) was not performed. There was no rectal examination either. The PA ordered a CBC, urinalysis, a comprehensive metabolic profile, amylase, lipase and abdominal X-rays. The blood and urine tests were drawn at 9:54 AM and were reported at 16:00 hours of the same day, 7-25-01. The abdominal x-ray was obtained in short order and the PA performed his own "wet reading". The CBC was remarkable for the somewhat elevated white cell count of 10,530. All other blood tests were normal. The urine was completely negative and had no trace of blood. The PA's x-ray wet reading disclosed a stone on the left side. With this information, the PA made a diagnosis of "Cholelithiasis". The patient received a shot of 30 mg of Toradol (an NSAID) IM, a prescription for one or two Tylenol #3 TID for 3 days, and a refill of his usual hypertensive medication, Lisinopril. The plan was co-signed by the Physician, Dr. Orenzio Garcia-Brenes, who was the Clinical Director of the FPC Montgomery. The abdominal x-ray (AP and Lateral) was read by Radiologist Ep Vining. He opined that there was a 1.5 cm calcification at the upper pole of the left kidney, corresponding to a renal calculus seen during the patient's abdominal ultrasound of 7-30-01.

On 7-26-01, Coggin saw PA Rodriguez again. The patient complained that the Tylenol #3 was causing GI distress. The PA charted no vital signs and no physical exams, stating "no change" instead. His assessment was that the patient had cholelithiasis and nephrolithiasis. He ordered an abdominal ultrasound and an IVP. He discontinued the Tylenol #3 and ordered instead the NSAID Motrin, 800 mg TID for 30 days.

On 7-30-01, Coggin had an abdominal ultrasound. There was a small (5 mm) echogenic focus in the gall bladder which could represent a poorly calcified gallstone, a polyp, or a small amount of "tumefactive sludge". The 1.5 cm left renal calculus was seen again.

On 7-31-01, a creatinine clearance was normal.

2

On 8-1-01, Coggin's IVP showed the previously seen 1.5 cm left renal calculus again. BUN and creatinine were normal.

On 8-6-01 PA Rodriguez followed up Coggin's problems. Charting was scant, including: "No pain", "Gallstone/Kidney stone", "Urine and Creatinine clearance".

On 8-8-01 PA Rodriguez performed a chronic care visit for hypertension. The progress note appears computer-generated, with pre-ordained sentences entered as descriptors for the examination of all organs. The note makes no mention of the previously noted problems such as the working diagnoses of gallstones or kidney stones. However, there were a few handwritten words added: "Ordered comprehensive Metabolic Profile 24, endoscopy, EKG, chest-x-ray and microalbumin".

On 8-11-01, certain laboratory reports were received, including an abnormal, very low creatinine clearance of 36.3 cc (the normal range is from 70cc to 130 cc).

On 8-22-01, Coggin visited Nurse Practitioner Doris Little, complaining of pain in the right upper quadrant of the abdomen, aggravated by food, plus nausea and vomiting since the previous night. He had not been able to eat for three days. Nothing relieved the pain. His vital signs were normal but the NP did elicit abnormal abdominal findings, such as right upper quadrant tenderness to palpation and guarding. No rectal exam was performed. The NP diagnosed possible cholelithiasis which was treated with a shot of IM Nubain (Nalbuphine, a narcotic).

On 8-23-01, NP Doris Little saw Coggin again. He continued to complain of right upper quadrant pain, stating that the Nubain had been effective only for two hours, and that the nausea and vomiting with any food intake had occurred three times during the night. There was a slight fever (99.5F) but other vital signs were normal. The abdomen was still tender with guarding of the right upper quadrant. No rectal exam was performed. The NP diagnosed cholelithiasis and cholecystitis  and wrote a prescription for the NSAID Anaprox, 550 mg po bid for 14 days, a referral to a surgeon, and a return to clinic as needed, with no defined appointment. There is no record of anyone discontinuing Coggin's then current Ibuprofen 800 mg po tid before issuing Anaprox. There are Commissary purchase records disclosing that Coggin bought small amounts of Ibuprofen 200 mg tablets, but there are no records on how or when he used them.

On 8-27-01, Coggin saw the Clinical Director, Dr. Garcia Brenes. Coggin said that for the last three weeks he had been "in pain, which comes and goes". The pain was in the right upper front of the abdomen, sometimes radiating to the right upper quadrant, but not to the back. Sometimes the pain came together with nausea. A few days earlier he had been vomiting for two days. Eating had been difficult because even a plain turkey sandwich would cause pain. Coggin felt that he had lost about 15 lb in three weeks. The charted weights supported his perception, as he had weighed 175 lb on 1-30-01 and was down to 163 lb during the visit in question. Dr. Garcia's examination was significant for "slight right upper quadrant tenderness to palpation without rebound". No rectal examination was done. Dr. Garcia's diagnosis: "Question of cholelithiasis versus sludge (in the gall bladder). He prescribed Sulindac 200 mg po bid for 10 days. There was no documented attempt at removing the Ibuprofen or the Anaprox from the inmate's possession,

3

but the inmate was told not to take them anymore. The doctor ordered a CBC, a comprehensive metabolic profile 24, profile 9, urinalysis and a Gastroenterology consultation.

On 8-28-01, NP D. Essex charted an incidental note on Coggin's chart. The patient was not seen. According to the note, the NP had spoken to a Surgeon (presumably Dr. Antonio Williams) and discussed the ultrasound report (presumably the report dated 7-30-01). The Surgeon said that he would need to examine the patient and that he would not need a Gastroenterology consultation at this time "unless Coggin had problems with the common bile duct, peptic ulcer disease, etc." The NP notified Dr. Garcia, discontinued the request for Gastroenterology consultation and scheduled Coggin to see the Surgeon, Dr. Williams.
Also on 8-28-01, reports of the blood tests ordered on 8-27-01 reached Dr. Garcia-Brenes. Coggin's white cell count had risen to 11,280, and his hemoglobin had dropped to 13.1 grams. Of note, on 7-25-01 his hemoglobin had been 15.0 grams. The drop of nearly 2 grams of hemoglobin within a month, suggestive of blood loss, was not commented upon in the record or explored.

On 8-29-01, Coggin saw Dr. Williams. The consultation request read: "Abdominal pain in the right upper quadrant. See abdominal ultrasound attached. Please evaluate and treat accordingly" The Surgeon produced both a short, handwritten report and a dictated note which did not reach the institution until much later. The handwritten note read: "Impression of biliary colic, question of polyp versus cholelithiasis. Plan laparoscopic cholecystectomy, possible TAC (likely meaning trans abdominal cholecystectomy)". Later in the day, another incidental note was charted by NP Essex. The NP had spoken with Surgeon Dr. Williams, who recommended a gall bladder removal. Dr. Garcia was informed.

On 8-30-01, Coggin submitted another emergency inmate request, stating that he had been suffering excruciating upper abdominal pain for over a month. He requested an emergency medical furlough so he could have surgery in Birmingham, Alabama. Dr. Garcia-Brenes denied the request, stating that Coggin's surgery had been booked and was pending.

On 9-3-01, Nurse R. Lake charted an incidental note stating that inmate Coggin had been sent to the Baptist Medical Center during the previous night and was at the Medical Intensive Care Unit with active GI bleeding. After being transfused with four units of packed red cells, his hematocrit was still 19.9% (normal values, 38% to 56%). An esophago-gastro-duodenoscopy had been performed by a Dr. Hendricks revealing a gastric ulcer with a large clot. The admission history and physical describes an hypotensive patient with initial BP of 100/48 while lying down, pulse of 118, with BP dropping to 93/37 sitting up. Upper GI bleed was ascribed to NSAID use.

On 9-6-01, because of continuing bleeding and the need for transfusions, Coggin had an exploratory laparotomy. After surgery, the diagnosis was that he had a bleeding duodenal ulcer with a visible vessel (the gastroduodeal artery) plus a contained bowel perforation. The gastroduodenal artery was over-sewn in order to contain the bleeding. The duodenal perforation was repaired by means of an omental patch. Following this extensive abdominal surgery, Coggin slowly recovered and was discharged on 9-16-01, 13 days after admission.

4

**Analysis of medical care rendered to inmate/patient Coggin**

Coggin was a patient aged 53 who experienced over a month of severe abdominal pain and was seen a total of eight times by a jail Physician, a Physician Assistant and two Nurse Practitioners. Coggin was examined by these institutional practitioners on 7-25-01, 7-26-01, 8-6-01, 8-8-01, 8-22-01, 8-23-01, 8-27-01, and 8-29-01. While his chief complaints always included abdominal pain, none of the examinations included a rectal exam, which is indicated in the workup of abdominal pain. None of the practitioners requested a stool test for occult blood, also indicated in cases of abdominal pain. It is virtually certain that, at a certain point in his disease, Coggin had GI bleed. A positive stool test would have tipped his practitioners off regarding the peptic ulcerations he was experiencing.

The combination of persistent abdominal pain and a drop in hemoglobin is highly suggestive of GI bleed. However, none of the practitioners questioned the origin of Coggin's drop in hemoglobin charted on 8-28-01, and none of them included peptic ulcer disease in the differential diagnosis, despite the well known association between peptic ulcer disease and the use of NSAID. During his deposition dated 7-20-07, PA Rodriguez demonstrated failure to understand that an NSAID like Motrin (Ibuprofen) in doses like these prescribed to Coggin (800 mg TID) may promote GI tract ulcerations (pages 115 through 118 of his deposition).

Throughout eight encounters with jail medical practitioners during over a month period, none of the practitioners enacted simple measures such as the prescribing of oral antacids, H-2 blockers (such as Cimetidine or Ranitidine) or proton pump inhibitors (i.e. Prevacid, Protonix, etc.). An empirical trial of any of these (which are in such common use they are considered over-the-counter medications) would have afforded some relief and thus would have contributed to achieving a diagnosis.

The undersigned believes that the chain of medical errors in question began on 7-25-01 during Coggin's first visit to PA Rodriguez for abdominal pain. The PA was confronted with a patient with severe, intense abdominal pain for three days. The workup for such patient should include a rectal examination. As stressed in medical school, "no abdominal examination is complete without a rectal examination". It is not known why PA Rodriguez concluded that Coggin had a single diagnosis: cholelithiasis. The standard of care for abdominal pain, both in corrections and in the community, is to formulate a differential diagnosis. While right upper quadrant tenderness, sometimes called Murphy's sign, is suggestive of cholecystitis, the differential diagnosis includes ascending cholangitis, peptic ulcers, acute pancreatitis, appendicitis, mesenteric adenitis, Crohn's disease, mesenteric ischemia, bowel obstruction and other disorders. The practitioner is expected to have an open mind and to consider the various differential diagnoses, requesting tests or consultations as appropriate. Because some of the diagnoses in the differential may have disastrous consequences if not treated promptly (i.e., appendicitis, obstruction, perforated ulcers), the practitioner is expected to proceed with maximum expediency.

The use of pain relievers for abdominal pain when the diagnosis is not certain is contraindicated. Pain relievers may make the patient feel temporarily better but they make the diagnosis more difficult, thus increasing risk. In addition, the choice of prescribed pain relievers for Coggin relied heavily on NSAID, or non-steroidal anti-inflammatory drugs, such as Toradol (Ketorolac),

high-dose Motrin (Ibuprofen), Anaprox (Naproxen) and Clinoril (Sulindac). Sometimes these drugs were issued before previous drugs had run out and without retrieving previously issued medication packs. Consequently, it is possible that Coggin took more than one NSAID simultaneously, thus aggravating his peptic ulcer disease. All the NSAID are known to have peptic ulcer disease as a main side effect. Coggin had no medical education and was not expected to know the relationship between NSAID and peptic ulcer disease. He did experience some transient pain relief with NSAID so it is understandable that he would keep on taking the pain relievers prescribed to him by his practitioners. The undersigned believes that the use of an injectable NSAID, Toradol, before Coggin's diagnosis was certain was below the standard of care, and that the prolonged use of NSAID for over a month for a patient with abdominal pain was also below the standard of care. NSAID are generally not employed for abdominal pain.

The tests used in Coggin's case did not include an upper GI series, a lower GI series, or an endoscopy. These are indicated for the diagnosis of patient of patients with abdominal pain and would be of particular value if the diagnosis is not evident and pain persists for many weeks, as was the case here. In Coggin's case, a Physician Assistant made a first impression of "cholecystitis" based on insufficient evidence, and ordered only the tests that agreed with his pre-conception. Subsequently, the PA and other Practitioners ignored clues that did not fit the pre-conceived diagnosis while ignoring Coggin's request for help for his ever worsening pain, vomiting and weight loss. Throughout Coggin's care and treatment, the responsible Physician was Dr. Garcia-Brenes. He supervised PA Rodriguez, NP Little and NP Essex, he cosigned or signed the medical orders, and he was kept aware of developments by the three midlevel practitioners he supervised. He also saw personally Coggin as a patient.

The undersigned finds that care rendered to inmate/patient Coggin at the FPC Montgomery prior to surgery fell below the standard of care in several key areas, including delays in diagnosis, incorrect diagnosis, and the prescribing of medications inappropriate to the clinical situation on hand. These ministrations resulted in prolonged pain, weight loss, and eventually an episode of brisk GI bleeding that endangered his life, required extensive surgical treatment, and a lengthy recovery.

Joseph E. Paris, MD

6

# CURRICULUM VITAE

Updated 8-7-07

For:     Joseph Edward Paris, Ph.D., M.D., CCHP-A
Fellow of the Society of Correctional Physicians

Date of Birth: October 16, 1940.

Place of Birth: Argentina

Nationality: U.S.

Marital Status: Married to Mary Rose Collins Paris, R.N. P.

Three adult children, ages 23 through 28.

Address: 2116 Lamplight Drive, Marietta, Georgia, 30062-6033.

Phone: 770 645 2210      Fax: 770 645 4779 (please call before faxing)

Mobile : 770 633 4077      e-mail: joeparis@pol.net

# DEGREES:

B. Sc.   St. Martin School for Superior Studies, Rosario, Argentina, 1956.

M. Sc. ( Pharmacology ). School of Pharmacy, Rosario, Argentina, 1960.

Ph.D. ( Biochemistry ). School of Biochemistry, Rosario, Argentina, 1969.
Doctoral dissertation work was performed at the Department of Pathology, Johns Hopkins School of Medicine, Baltimore, Maryland, 1967 to 1969.

M.D. Boston University School of Medicine, 1975.

# MEDICAL APPOINTMENTS, AWARDS AND DIPLOMAS

1967 - 1969  Research Fellow, Section of Radiobiology, Division of Radiation Therapy, Department of Radiology, University of Maryland School of Medicine, Baltimore, Maryland.

1969 - 1972  Biochemist, Special and Scientific Staff, New England Medical Center Hospital, Boston, Mass.

1969 - 1972  Research Associate, Department of Biochemistry, Tufts University School of Medicine, Boston, Mass.

1969 - 1970  Instructor, Department of Therapeutic Radiology, Tufts University School of Medicine, Boston, Mass.

1970 - 1972  Assistant Professor, Department of Therapeutic Radiology, Tufts University School of Medicine, Boston, Mass.

1972 - 1975  Assistant Professor, Department of Biochemistry, Boston University School of Medicine, Boston, Mass.

1975 - 1976  Intern, Department of Medicine, Boston City Hospitals, Boston, Mass.

Dec 16, 1976  Massachusetts License Number 40345 ( presently inactive ).

1976 - 1977  Junior Resident, Department of Medicine, Boston City Hospitals, Boston, Mass.

1977 - 1978  Senior Resident, Department of Medicine, Boston City Hospitals, Boston, Mass.

1978 - 1979  Chief Medical Resident, Saint Vincent Hospital, Worcester, Mass.

Sep 12, 1979  Diplomate of the American Board of Internal Medicine.

1979 - 1983  Instructor, Department of Medicine, University of Massachusetts Medical Center, Worcester, Mass.

1979 - 1983  Internist in private practice, Auburn, Mass.

1982  A.M.A. Physician Recognition Award.

June 6, 1983  Florida License Number 42327

1983 - 1985  Internist in private practice, Jacksonville, Florida.

1985  A.M.A. Physician Recognition Award.

1985 - 1986  Chief, Section of Internal Medicine, Memorial Medical Center Hospital, Jacksonville, Florida.

1985 - 1988  Senior Physician, Reception and Medical Center Hospital, Department of Corrections, Lake Butler, Florida.

1986 - 1988  Chairman, Outpatient Department, Reception and Medical Center Hospital, Department of Corrections, Lake Butler, Florida.
**MEDICAL APPOINTMENTS, AWARDS, DIPLOMAS** ( cont. )

2

1988  A.M.A. Physician Recognition Award.

1988 - 1991  Medical Executive Director, Union Correctional Institution, Department of Corrections, Raiford, Florida.

1989 - 1995   President, Florida Chapter of the American Correctional Health Services Association.

1991 - present    Certified Correctional Health Care Provider of the National Commission on Correctional Health Care.

1991 - 1995    Medical Executive Director, North Florida Reception and Medical Center Hospital, Department of Corrections, Lake Butler, Florida.

1992  A.M.A. Physician Recognition Award.

Nov 30, 1993  Davis Productivity Award, plaque and commemorative certificate by the Florida Tax Watch, for saving Florida taxpayers and estimated $ 1.1 million in the prison hospital yearly budget.

1992  Founding member of the Society of Correctional Physicians, Chicago, Illinois.

Feb 14 - 18, 1994  One of three members of the Peer Review Committee charged by the Missouri Department of Corrections with the performance of a survey on the delivery of inmate health care services provided statewide by the Correctional Medical Systems, Inc.

May 16 - 17, 1994 One of two members charged by the National Commision on Correctional Health Care with the performance of an accreditation review of the Riverbend Maximum Security Institution in Nashville, Tennessee.

November 1994. Appointed independent reviewer of mortality files for the Missouri Department of Corrections.

September 8 - 10, 1994. Organized with Jerry Ellsworth the Fall Conference 1994 of the Florida Chapter of  the American Correctional Health Services Association in Daytona Beach, Florida.

February 22, 1995. Moderator of the Pre-Conference Workshop "Computers in Correctional Health Care", coordinated by Gerald P. Ellsworth, MPH. Part of the program for the 1995 Multidisciplinary Training Conference of the American Correctional Health Services Association in Portland, Oregon.

August 3, 1995 Georgia License Number 40509

1995 -  1996    Deputy Director for Clinical Services, Georgia Department of Corrections, Atlanta, Georgia.

1996 -          East Coast Director of the Society of Correctional Physicians.

1996 - 2005     Medical Director, Georgia Department of Corrections, Atlanta, Georgia.

1996 - 2001     Member of the Medical Association of Georgia Prison Health Committee.

1999 - 2001     President of the Society of Correctional Physicians.

1999            Organized and chaired the 1999 American Correctional Health Services Conference in Atlanta, Georgia: The Coming of Age of Correctional Health Care: A Quest for Excellence. March 11-12, 1999.
                **MEDICAL APPOINTMENTS, AWARDS, DIPLOMAS** ( cont. )

| 1999 | Appointed founding member of the Editorial Committee of the Thrive Magazine, an HIV treatment magazine published by the AIDS Healthcare Foundation. |
| 1999 - | Fellow of the Society of Correctional Physicians |
| 2001 - 2003 | Immediate Past President and Board Member, Society of Correctional Physicians |
| 2002 | Recipient of the Armond Start Award of the Society of Correctional Physicians |
| 2003 | Member of the Planning Committee which organized the Meeting: Management of Hepatitis C in Prisons, sponsored by the CDC, DHSS, NIH, SCP, and UTMB in San Antonio, Texas, January 25 and 26, 2003. |
| 2003 | Board Member, Correctional Medical Institute |
| 2003 – 2005 | East Coast Director and Board Member, Society of Correctional Physicians |
| 2004 – 2006 | Board Member of the Certified Correctional Health Professional Board of Trustees of the National Commission on Correctional Health Care |
| 2004 - | Charter Board Member of the Correctional Medical Directors Association |
| 2006 - | Part time Physician, DeKalb County Public Health Department |
| 1991 - present | Certified Correctional Health Care Provider (Advanced since 2006) of the National Commission on Correctional Health Care. |
| 2006 - | Volunteer Physician for the Georgia Public Health Department at the DeKalb County HIV Clinic. |
| 2007 | Member of the American Society of HIV Medicine and its liaison with the Society of Correctional Physicians |

# NON-CORRECTIONAL PUBLICATIONS

Paris, J. E.  Acid Phosphomonoesterase of the Spontaneous Mammary Carcinoma of the C3H/HeJ Mouse. Doctoral Dissertation. Submitted to the University of Rosario School of Medicine, March 1969. Based on experimental work performed from 1967 to 1969 at the Johns Hopkins University School of Medicine, Dept. of Pathology.

Paris, J. E. An Inexpensive, High Capacity Gradient - Forming Device for Zonal Ultracentrifugation. Biochimica et Biophysica Acta, 165: 286 - 287, 1968.

Paris, J. E., Brandes, D., and Anton, E.  Distribution and Properties of Lysosomal Enzymes in Untreated and in Irradiated Mouse Mammary-gland Carcinomas.  J. Nat. Cancer Inst. 42: 383 - 398, 1969.

Paris, J. E., and Brandes, D.  Effect of X-Irradiation on the Lysosomal Enzymes of Spontaneous Mammary-Gland Carcinomas of the C3H Mouse. Abs. III Internat. Biophys. Congress I.U.P.A.B. 138, September, 1969.

**NON-CORRECTIONAL PUBLICATIONS** ( cont. )

Paris, J. E.  Assembly and Operation of a Simple, Multipurpose Zonal Ultracentrifugation System. Rev. Sci. Instrum. 41: 90 - 96, 1970.

Brandes, D., Anton, E., Paris, J. E., and Barnard, S.  Correlation between Growth Patterns and Acid Hydrolytic Activities in Mice Mammary Carcinomas. Fed. Proc. 29  (2): Abs., 1970.

Paris, J. E.  Preparation of Large Volumes of Linear Gradient Solutions for Zonal Ultracentrifugation. Experientia 26: 325, 1970.

Paris, J. E., and Brandes, D.  Effect of X-irradiation on the Functional Status of the Lysosomal Enzymes of Mouse Mammary-Gland Carcinomas. Cancer Research, 31: 392 - 401, 1971.

Paris, J. E.  Effect of Whole Body Irradiation and Puromycin on Hydrolytic Enzyme Activation in Regenerating Rat Liver.  Rad. Research 50: 592 - 599, 1972.

Paris, J. E., and Brandes, D.  The Effect of Castration on Histochemistry and Biochemistry of Acid Hydrolases of Rat Prostatic Gland. J. Nat. Cancer Inst. 49: 1685 - 1696, 1972.

Junowicz, E., and Paris, J. E.  Affinity Chromatography by Enzyme-Substrate Interaction. Purification of Some Rat Liver Glycosidases. Biochim. Biophys. Acta 321:234-245, 1973.

Paris, J. E., and Wang, L.  Effect of Immunological Inhibition of Lysosome Function on Radiation Survival of Rat Sarcoma Cells in Culture.  Internat. J. Rad. Biol. 25: 95 - 98, 1974.

Paris, J. E., and Brandes, D.  Biochemistry and Histochemistry of Lysosomal Enzymes in Male Sex Accessory Glands. In:  The Biochemistry and structure of Male Sex Accessory Glands. D. Brandes, Ed. Academic Press, N.Y. 1975.

Paris, J. E.  Nutrition Education During Internship and Residency Training: Medicine.  Am. J. Clin. Nutr. 30: 819 - 821, 1977.

Paris, J. E.  Use your Persuasion to Counter PPO Power. Private Practice, 16 (6): p. 81. June 1984.

Paris, J. E.  So Much for the E.R. as a Practice Builder.  Medical Economics, August 5, 1985. pp 91 - 100.

Paris, J. E.  Moral Acrobatics. Private Practice, 18 (2): 40 - 48, February 1986.

Paris, J. E.  My Office Pharmacy is Practical and Profitable. Medical Economics, May 12, 1986. pp 147 - 152.

Paris, J. E.  Current System will not Solve the Malpractice Crisis. American Medical News, January 8, 1988. p.54.

Paris, J. E.  TV Shows should Carry Warnings, as do Cigarets. American Medical News, April 8, 1988.

Paris, J. E.  Comments on the Case of Susan J. Bendor. Medical Malpractice Prevention. 6 ( 7 ): p. 8. July, 1991.

Paris, J. E.  Deming vs Medicine's Regulators: The Battle lines are Drawn. In: Dynamics of Health Care. The Journal of Management and Economics. 3 (3): p.15. May of 1992.

# CORRECTIONAL PUBLICATIONS

Paris, J. E.  I Found Happiness - Behind Bars. Medical Economics. Feb. 16,1987,157-164.

Paris, J. E.  Jailhouse Blues.  J.A.M.A. 259 (24): 3615, June 24, 1988.

Paris, J. E.  MD Makes an Unexpected Switch to Prison Medicine. American Medical News. October 27, 1989, pp 31 - 32.

Paris, J. E.  The Quest for Quality Management Measurements in the Correctional Setting: Outpatient Health Care Review. Journal of Prison & Jail Health. 9 (2): 135 - 154, 1990.

Paris, J. E.  Ethics Cases Pose Complex Questions. Corrections Today.  pp. 12 - 14. December, 1992.

Paris, J. E.  Inmate Overutilization of Health Care Services. Is There a Way Out?  Journal of Correctional Health Care of the NCCHC Vol. 1. Fall 1994, pp 73 - 90.

Hipkens, James H., LaMarre, M., Paris, J. E., and Shansky, R.  How To. a Manual of Essential Elements for a CQI-driven Correctional Health Care Program. Published by the Georgia Department of Corrections in March of 1996.

Paris, J. E. Monitoring Tools Ease Transition to Health Care Vendors. In: The Corrections Professional. LRP Publications, West Palm Beach, Florida, Volume 2, Issue 10, February 7, 1997.

Paris, J. E. Changing Roles for Correctional Physicians: The Era of Managed Care. Desmoteric News of the Society of Correctional Physicians. Volume 2, Issue 1, January 1997, p. 7.

Paris, J. E. A New Wave of Privatization: Turnkey Prison Contracts and Their Implications. Desmoteric News of the Society of Correctional Physicians. Vol. 2, Issue 2, October 1997, p. 1-2.

Paris, J. E. Care of the impaired and disabled. Chapter in the book: Clinical Practice in Correctional Medicine. Edited by Michael Puisis, D. O. Mosby-New Year Book, Inc.  St. Louis, Mo 1998.

Paris, J. E. Medical Triage: The value of standardized nursing protocols. Chapter in the book: Clinical Practice in Correctional Medicine. Edited by Michael Puisis, D. O. Mosby-New Year Book, Inc.  St. Louis, Mo. 1998.

Paris, J. E. Infirmary care. Chapter in the book: Clinical Practice in Correctional Medicine. Edited by Michael Puisis, D. O. Mosby-New Year Book, Inc.  St. Louis, Mo. 1998.

Paris, J. E. The Costs of Inmate HIV Therapy Keep on rising. Is there a way to control them? Desmoteric News of the Society of Correctional Physicians. Vol. 3, Issue 1, February 1998, p. 2-6.

Paris, J. E. Hazards of Mercury Vapor Illumination for Inmate Gyms. Desmoteric News of the Society of Correctional Physicians. Vol. 3, Issue 1, February 1998, p. 7-10.

Nicodemus, Marthali, and Paris, Joseph E.  Bridging the Communicable Disease Gap: Identifying, Treating, and Counseling High Risk Inmates. HEPP News ( HIV & Hepatitis Education Prison Project ), Aug./Sep. 2001, Vol. 4, Issues 8 & 9.

Paris, J. E. One of seven distinguished correctional physicians contributing to the first set of official clinical guidelines for health care in corrections adopted by the National Commission on Correctional Health Care. Published in the Journal of the National Commission on Correctional Health Care, Volume 8, Issue 2, Fall, 2001, pp. 97-156.
**CORRECTIONAL PUBLICATIONS ( Cont. )**

Dr. Paris served as a member of the Expert Panel on Chronic Diseases for The Health Status of Soon-to-be-Released Inmates – A Report to Congress. This national, 3-year-long study was the largest and most comprehensive of its kind ever undertaken. With funding from Congress through the National Institute of Justice, and with substantial support from the Centers for Disease Control and Prevention,

the National Commission on Correctional Health Care convened expert panels that included the nation's most respected researchers, practitioners and scholars in the fields of public and correctional health care. The final report was delivered to Congress by the National Institute of Justice in May 2002.

Tripoli, L. C., Paris, J. E., and Koretz, R. Hepatitis C Virus and its Relevance to Corrections. Chapter 6 in the textbook: Management and Administration of Correctional Health Care, J. Moore, Editor. Civic Research Institute, Kingston, N.J., 2003. pp 6-1 – 6-37.

Paris, J. E., MedicaLogic's Encounter EMR Pulls the Plug. CorrDocs: The Newsletter of the Society of Correctional Physicians. Vol. 6, Issue 4, Fall of 2002, p. 4.

Paris, J. E. A Success Story: Utilization Management in the Corrections Setting. Correctional Health Care Report, volume 3, No. 2, January/February 2002  pp. 21-29

Paris, J. E., Thoughts on the Armond Start Award. CorrDocs: The Newsletter of the Society of Correctional Physicians. Vol. 6, Issue 4, Fall of 2002, p. 7.

Paris, J. E. The Correctional Physician as a Defense Expert Witness. In CorrectCare of the National Commission on Correctional Health Care, page 11, Winter 2003.

Paris, J. E., The Future of Correctional Medicine – Gazing Through the Crystal Ball… Darkly. CorHealth: The Newsletter of the American Correctional Health Services Association, page 8, Winter / Preconference 2003.

Paris, J. E.,  MRSA – An Ugly Visitor. CorrDocs: The Newsletter of the Society of Correctional Physicians. Vol. 7, Issue 1, Winter of 2003, p. 1.

Paris, J. E. The Correctional Physician as an Expert Witness. Two part article in CorrectCare, the official publications of the National Commission on Correctional Health Care.  Appeared in the Winter 2002 and the Spring 2003 issues.

Paris, J. E. Overcoming Barriers to Correctional Physician Productivity. Corrections Today, the Official Organ of the American Correctional Association. Vol. 65, No. 6, pp. 72-83, October, 2003.

Tripoli, L. C., Paris, J. E., and Koretz, R. L.: Hepatitis c Virus and its Relevance to Corrections. Chapter in the book Management and Administration of Correctional Health Care. Jacqueline Moore, Ph. D., RN, Editor. Published by the Civic Research Institute, Kingston, NJ, 2003.

Paris, J. E. Spotlight : Keys to Successful HIV Management in Corrections – Knowing the Patient and the Prison/Jail Environment. HEPP Report on Infectious Diseases in Corrections. April 2004.

Pearlman, B., and Paris, J. E. Hot Topics In Hepatitis C. HEPP Report on Infectious Diseases in Corrections. June  2004.

Paris, J. E., Pradhan, Monica S., Allen, Scott A., and Cassidy, William M., Cost of Hepatitis C Treatment in the Correctional Setting. Journal of Correctional Health Care, 11:2, 2005, pp 199-212.


**CORRECTIONAL PUBLICATIONS ( Cont. )**

Paris, J. E. Georgia DOC Implements Computerized Lab Data Management System. CorrDocs: The Newsletter of the Society of Correctional Physicians. Vol. 8, Issue 1, Winter of 2005, p. 8.

Paris, J. E. Lab Data Mining ; A New Tool for Quality Improvement. CorrectCare, the official publications of the National Commission on Correctional Health Care. Appeared in the Spring 2005 issue, No. 19:2.

Paris, J. E. New Thinking on "Appropriate" Approaches to HIV Care. CorrectCare, the official publication of the National Commission on Correctional Health Care. Appeared in the Summer 2005 issue, No. 19:3.

Paris, J. E. New Thinking on "Appropriate" Approaches to HIV Care. CorrDocs: The Newsletter of the Society of Correctional Physicians. Vol. 8, Issue 2, Summer of 2005, p. 5.

Paris, J. E. Correctional Peer Review Loses Privilege. Correctional Health Care Report, Volume 7, No.2, January-February 2006, pp. 17-32.

Paris, J. E. What are the implications of the results of the study conducted in the Georgia Department of Corrections for HIV prevention in prisons? Infectious Diseases in Corrections Report, May 2006 Issue.

Paris, J. E. Impact of Recent Developments in Correctional Peer Review Litigation. Correctional Health Care Report, Volume 7, No.4, May/June 2006, pp. 49-64.

Paris, J. E. What are the implications of the results of the study conducted in the Georgia DOC for HIV prevention in prisons? Editorial in the Infectious Diseases in Corrections Report, Vol. 9, Issue 5, May of 2006, p. 5.


# CORRECTIONAL PRESENTATIONS

Paris, J. E.  A Systematic Approach to Outpatient Care Evaluation at a Large Reception and Medical Center. Role of Physician Daily Self Assessment in Quality Care Improvement. Presented at the 12th Annual Multidisciplinary Conference on Quality Correctional Health Care. April 3rd, 1987. Philadelphia, Penn.

Paris, J. E.   Systematic Approach to Tuberculin Test Evaluation at a Large Reception and Medical Center. Importance of Coordination of County and State Resources in the Improvement in the Management of Tuberculin Skin Reactors. Presented at the 11th National Conference on Correctional Health Care. November 5 - 7, 1987. Chicago, Ill.

Paris, J. E. Quality Management for Outpatient Department Activities in a Correctional Setting. Presented at the 13th A.C.H.S.A. Multidisciplinary Conference. April 14, 1988. St. Louis, Mo.

Paris, J. E.  Quality Management for Outpatient Department Activities in a Correctional Setting. Presented at the 12th National Conference on Correctional Health Care.  October 31, 1988. Orlando, Florida.

Paris, J. E. Permits, Passes, and Perks.  Medical Personnel in the Middle at a Large State Correctional Institution. Presented at the 14th A.C.H.S.A. Multidisciplinary Conference in March, 1989 in Charleston, South Carolina.
**CORRECTIONAL PRESENTATIONS** ( cont. )

Paris, J. E.  Daily Self Declared Emergencies. Endless Sick Call Hours, Massive Charts: New Complexity of Health Care Delivery to Confined Inmates in Florida in the Post-Consent Decree Era. Presented at the 13th National Conference on Correctional Health Care. November 10, 1989. Chicago, Ill.

Paris, J. E.  Conducting Medical Intake Screening. Presented at the 15th A.C.H.S.A. Multidisciplinary Conference. March 23, 1990. San Francisco, California.

Paris, J. E.  The Makings of a Successful Suicide Prevention Program. Presented at the 5th Annual Gulf Coast Correctional Health Care Conference. Sponsored by the University of Texas Medical Branch and the Texas Department of Criminal Justice. June 14, 1990. Galveston, Texas.

Paris, J. E.  Inmate Gripes and the Medical Profession: The Complexities of Health Care Delivery to Florida Inmates in the 90's. Presented at the 14th National Conference on Correctional Health Care. September 17, 1990. New Orleans, Louisiana.

Paris, J. E.  Why and AIDS Unit?  Presented at the 1990 Winter Conference of the American Correctional Association. Louisville, Kentucky. January 14, 1991.

Paris, J. E.  Chronic Illness Clinics. Managing Large Chronically Ill Populations. Presented at the 15th National Conference on Correctional Health Care. September 23, 1991.  San Antonio, Texas.

Paris, J. E.  Prison Health Care System. An Outline of the Florida's Department of Corrections. Presented at the 19th Annual Medical Examiners Educational Conference. November 22, 1991. Gainesville, Florida.

Paris, J. E.  To Hold or not to Hold: Managing Intake Processing of Inmates at a Large Reception Center. Presented at the 16th National Conference on Correctional Health Care. September 24-26, 1992. Chicago, Ill.

Paris, J. E.  The Reception Process: Medical Implications. Presented at the 1992 Health Services Workshop of the Florida Department of Corrections. November 16 - 18, 1992. St. Petersburg, Florida.

Paris, J. E.  To Hold or not to Hold: Dealing with Sexually Transmitted Diseases During  New Arrival Processing. Presented at the 1993 Multidisciplinary Training Conference of the A.C.H.S.A. March 11 - 14, 1993. Atlanta, Georgia.

Paris, J. E.  Institutional Strategies for TB Elimination. Presented at the Correctional, State, University, Nursing Home and Hospital Panel of the 1993 Meeting of the American Lung Association "Tuberculosis in the 90's". June 3 - 4, 1993. Orlando, Florida.

Paris, J. E.  Inmate Overutilization of Health Care Services. Is There a Way Out? Presented at the 17th National Conference on Correctional Health Care. September 20 - 22, 1993. Orlando, Florida.

Paris, J. E.  Inpatients Behind Bars: The Unique Complexities of Operating a Prison Hospital. Presented at the 18th National Conference on Correctional Health Care in San Diego, California, September 26 - 28, 1994.

Paris, J. E., Davis, D. E., and Ellsworth, G. P.  Medical Classification of Inmates: The Key for Successful Managed Health Care in Corrections. Presented at the 18th National Conference on Correctional Health Care in San Diego, California, September 26 - 28, 1994.

**CORRECTIONAL PRESENTATIONS** ( cont. )

Paris, J. E.  From disorientation to orientation: training new physicians in the correctional medical environment. Presented at the 1995 multidisciplinary training conference of the A.C.H.S.A.  held in Portland, Oregon, February 23 - 26, 1995.

Paris, J. E. Mortality Review: Learning from inmate death to improve health care in corrections. Presented at the 19th National Conference on Correctional Health Care in Washington, DC, November 13-15, 1995. Presented also at the Correctional Health Care Conference of the Ohio Department of rehabilitation and Correction in Columbus, Ohio, May 15, 1996.

Paris, J. E. Managed Care at the GDC: Utilization Management of Consultation Requests. Clinical and Procedural Considerations. Presented at the Correctional Health Care Symposium of the Medical Association of Georgia and the Georgia Department of Corrections at St. Simons Island, Georgia, March 28 - 29, 1996.

Paris, J. E. Changes in the Medical Classification of Offenders: Health Profiling. Presented at the Correctional Health Care Symposium of the Medical Association of Georgia and the Georgia Department of Corrections at St. Simons Island, Georgia, March 28 - 29, 1996. Presented also at the Correctional Health Care Conference of the Ohio Department of Rehabilitation and Correction in Columbus, Ohio, May 15, 1996.

Paris, J. E. Procedure, Interpretation, and Recent Experiences with the Clinical Audit Tool at Various Facilities of the GDC. Presented at the Correctional Health Care Symposium of the Medical Association of Georgia and Georgia Department of Corrections at St. Simons Island, Georgia, March 28 - 29, 1996.

Paris, J. E. Maalox, Motrin, or Myocardium: The Dilemmas of Triaging Chest Pain Complaints in Correctional Health Care. Presented at the Correctional Health Care Symposium of the Medical Association of Georgia and the Georgia Department of Corrections at St. Simons Island, Georgia, March 28 - 29, 1996.

Paris, J. E. The Makings of a Successful Suicide Prevention Program. Presented at the 1966 Los Angeles County Sheriff's Department Annual Correctional Health Care Conference in Los Angeles, California, May 4-5, 1996.

Paris, J. E. Managed Care: Creating a Correctional Utilization Management System: the Georgia Department of Corrections Experience. Presented at the 1996 Los Angeles County Sheriff's Department Annual Correctional Health Care Conference. Los Angeles, California, May 4-5, 1996.

Paris, J. E. Permits, Profiles, Passes, and Perks: Complex Medicolegal Issues Affecting Medical and Correctional Personnel. Presented at the 1996 Los Angeles County Sheriff's Department Annual Correctional Health Care Conference in Los Angeles, California, May 4-5, 1996.

Paris, J. E. Medical Information Transfer from Jail to State prison: State of the Art. Presented at the Georgia Jail Training Conference, Columbus, GA, September 12, 1996.

Paris, J. E. Clinical Contract Monitoring for Correctional Managed Care. Presented at the 20th National Conference on Correctional Health Care in Nashville, Tennessee, October 30, 1996.

Ellsworth, G.P., and Paris, J. E. An Examination of Male and Female Health Utilization Rates. Presented at the 20th National Conference on Correctional Health Care in Nashville, Tennessee, October 30, 1996.


**CORRECTIONAL PRESENTATIONS** ( cont. )

Paris, J. E. Creating a Statewide Program of Monitoring Compliance to Clinical Practices in Corrections. Presented at the L. A. County Sheriff's Department Annual Correctional Health Care Conference IV. November 8, 1997.

Paris, J. E. Implementing a Statewide Program of Protease Inhibitors Therapy and Viral Load Testing. Presented at the L. A. County Sheriff's Department Annual Correctional Health Care Conference IV. November 8, 1997.

Paris, J.E. Establishing a Medical Copay System for Accessing Health Care in Correctional Settings. Presented at the Ohio Department of Rehabilitation and Correction Correctional Health Care Conference, October 14-16, 1997.

Paris, J. E. Establishing Triaging Systems to Effectively Manage Sick Call: The Georgia Experience with Nursing Sick Call Protocols. Presented at the 21st National Conference on Correctional Health Care in San Antonio, Texas, November 9 - 12, 1997.

Ellsworth, G. P., and Paris, J.E. Vive la difference: Comparison of Male and Female Inmate Medical Care in two State Correctional Delivery Systems. Presented at the 21st National Conference on Correctional Health Care in San Antonio, Texas, November 9 - 12, 1997.

Paris, J. E. Doing More with Less: Implementing Protease Inhibitor Therapy for HIV Patients in a Correctional Health Care System. Presented at the 21st National Conference on Correctional Health Care in San Antonio, Texas, November 9 - 12, 1997.

Paris, J. E. The Changing Face of HIV in Corrections: The Georgia Department of Corrections Model. Presented at the Conference: The Changing Face of HIV in Corrections. Presented at the Correctional HIV Consortium Summer '98 Educational Update. Emory University, Atlanta, GA, June 11, 1998.

Paris, J. E. HIV Treatment Update for Clinicians: Workshop. Presented at the Conference: HIV & Corrections: 1998 Symposium for Medical and Social Service Providers. Allenton, PA. June 24, 1998.

Paris, J. E. HIV Diagnosis and Therapy in Correctional Settings: Adherence and Care Upon Discharge. Presented at the Conference: HIV & Corrections: 1998 Symposium for Medical and Social Service Providers. Allenton, PA. June 24, 1998.

Paris, J. E. Evaluating Provider Productivity: Are they Really Working that Hard? Presented at the 22nd National Conference on Correctional Health Care in Long Beach, California, November 2 - 4, 1998.

LaMarre, M., Kissel, B, Paris, J. E., and Barrell, C. T. Profiling Special Needs Patients in the Correctional Setting: A Case Study of Process. Presented at the 22nd National Conference on Correctional Health Care in Long Beach, California, November 2 - 4, 1998.

Paris, J. E. The Efficacy of Protease Inhibitor Therapy in a Correctional Population. Presented at the 22nd National Conference on Correctional Health Care in Long Beach, California, November 2 - 4, 1998.

Ellsworth, J., and Paris, J. E. Viva la Difference: A Comparison of Male and Female Demographics, Health Care Needs, and Costs in Four Correctional Systems. Presented at the 22nd National Conference on Correctional Health Care in Long Beach, California, November 2 - 4, 1998.

Paris, J. E. Morbidity and Mortality Reduction of Georgia DOC Inmates Achieved with HIV Triple Therapy. Presented at the American Correctional Health Services Conference, March 11-14 1999, Atlanta, GA.
CORRECTIONAL PRESENTATIONS ( cont. )

Paris, J. E. Care of the Special Needs and Disabled Inmate. Presented at the 7th Annual Correctional Health Care Conference of the Los Angeles County Sheriff's Department. May 1-2, 1999 in LA, Calif.

Paris, J. E. The making of a rational Correctional Utilization Management System. Presented at the 23rd National Conference on Correctional Health Care in Fort Lauderdale, Florida, November 8-10, 1999.

Paris, J. E. Managed Correctional Healthcare - What it Really Means. Presented at the combined American Correctional Health Services Association and American Correctional Association Conference in Phoenix, Arizona, January 10-12, 2000.

Paris, J. E. Is There Life after Protease Inhibitors? Presented at the combined American Correctional Health Services Association and American Correctional Association Conference in Phoenix, Arizona, January 10-12, 2000.

Paris, J. E. Out of Prison, Out of Pills. Ensuring Continuity of HIV Therapy After Release for a Correctional Population. Presented at the 24th National Conference on Correctional Health Care, September 12, 2000, in St. Louis, Missouri.

Paris, J. E. Served as Moderator for the Colloquium: HIV / AIDS Behind Bars 2000, sponsored by the HIV Education Prison Project as part of Pre Conference activities of the 24th National Conference on Correctional Health Care, September 12, 2000, in St. Louis, Missouri, and presented the paper: Monitoring HIV from the Distance in a Large Correctional System.

Paris, J. E. Served as Panelist for various lectures of the Research Track: Emerging Research Topics and Issues in Correctional Health Care during the 24th National Conference on Correctional Health Care, September 12, 2000, in St. Louis, Missouri. Copanelists: Jay Anno, Ph D., and Steve Spencer.

Paris, J. E. An Introduction to the Techniques for HIV Evaluation and Care of the Georgia Department of Corrections. Presented at the Laureate Forum of the Puerto Rico Department of Corrections in San Juan, Puerto Rico, October 19, 2000.

Paris, Joseph E. Overcoming Barriers to Correctional Physician Productivity ( Are They Really Working That Hard? ) - Developing tools to fine tune MD, PA, and NP staffing ratios. Presented at a Workshop of the American Correctional Association Winter Conference in Nashville, Tennessee, January 20, 2001, and at the Spring Meeting of the Society of Correctional Physicians, March 18, 2001, Atlanta, GA.

Paris, Joseph E., Lau, Daryl, and Spaulding, Ann. The Cost of Hepatitis Treatment. Is HCV Care going to Break the Bank? Presented at the American Correctional Health Services Conference, March 15-18 2001, Atlanta, GA.

Paris, Joseph E. Correctional Clinical Guidelines of the NCCHC on High Blood Cholesterol. Presented at the Clinical updates in Correctional Health Care of the NCCHC, May 5-8, 2001, in Las Vegas, Nevada.

Paris, J. E. Hepatitis B in the Georgia Department of Corrections. Presented at the Pre-NCCHC Colloquium sponsored by the HIV and Hepatitis Education Prison Project ( HEPP ) in Albuquerque, New Mexico, November 10, 2001.

Paris, J. E., and Arrow, Berel. Impact of Hepatitis C on Health Care and Budgets: A Multistate Perspective. Presented at the 25th National Conference on Correctional Health Care, November 13, 2001, in Albuquerque, New Mexico.

**CORRECTIONAL PRESENTATIONS** ( cont. )

Paris, J. E. Is the Prison Doctor Working Hard? Presented at the 25th National Conference on Correctional Health Care, November 14, 2001, in Albuquerque, New Mexico.

Paris, J.E. Managing Hepatitis B and C in Corrections. Presented at the 2002 American Correctional Association Winter Conference in San Antonio, Texas, January 12, 2002.

Paris, J. E. A Success Story: Utilization Management in the Corrections Setting. Correctional Health Care Report. Volume 3, No. 2, January-February 2002, pp 21-29.

Paris, J. E. Anatomy of the Correctional Health Care Encounter. Presented at the 2002 Clinical Updates in Correctional Health Care, April 13-16, 2002, in Fort Lauderdale, Florida.

Paris, J.E. It is not Just The Pills. Ensuring Access, Uniformity, and Quality of HIV Therapy for a Correctional Population. Presented at the Annual Meeting of the North Carolina Chapter of the American Correctional Health Services Association in Salemburg, North Carolina, May 22, 2002.

Paris, J. E.: Emerging Issues in Correctional Health Care. Presented at the 26th National Conference on Correctional Health Care, October 21, 2002, in Nashville, Tennessee.

Paris, J. E. Centers of Excellence: An Efficient Approach Towards Comprehensive Inmate Hepatitis C Treatment. Presented at the 26th National Conference on Correctional Health Care, October 22, 2002, in Nashville, Tennessee.

Paris, J. E., and Thomas, D.: Therapy of HCV in Southeastern Prisons. Presented at the Meeting: Management of Hepatitis C in Prisons, sponsored by the CDC, DHSS, NIH, SCP, and UTMB in San Antonio, Texas, January 26, 2003.

Paris, J. E.: Moderated the Administrative Track and gave the plenary summary for Program Implementation: Identifying Resources for Hepatitis C Management. Presented at the Meeting:

Management of Hepatitis C in Prisons, sponsored by the CDC, DHSS, NIH, SCP, and UTMB in San Antonio, Texas, January 26, 2003.

Paris, J. E. Anatomy of the Correctional Health Care Encounter. Presented at the 2003 Clinical Updates in Correctional Health Care, April 12-15, 2003, in Anaheim, California.

Paris, J. E. The Economic Impact of Case Finding, Treatment, Liver Biopsy, and Other Strategies ( in Hepatitis C ). Presented at the Correctional Medical Institute Spring Scientific Meeting of the NCCHC. April 13, 2003, in Anaheim, California.

Koretz, R., and Paris, J. E. The Ethics of Treating or Not Treating Hepatitis C in Corrections… Why Now, Why Us – A Point-Counterpoint Discussion. Presented at the Correctional Medical Institute Spring Scientific Meeting of the NCCHC. April 13, 2003, in Anaheim, California.

Paris, J. E. Discharge Planning – When do my Obligations End? Presented at the NCCHC Meeting: legal Issues in Correctional Health Care. June 27-28, 2003, in Chicago, Illinois.

Paris, J.E. Spaulding, A. W., Cassidy, W., and Kendig, N. E. – HCV Diagnosis and Treatment in Corrections. Presented at the 3rd Intensive Review in Correctional Medicine, September 5, 2003, in Baltimore, Maryland.

**CORRECTIONAL PRESENTATIONS** ( cont. )

Paris, J. E. Doing More with Less: A Cost effective Approach to Hepatitis C Therapy in the Georgia Department of Corrections. Two part presentation at the 27th National Conference on Correctional Health Care, October 7, 2003, in Austin, Texas.

Paris, J. E., Allen, S. A., and Tripoli, L. C. Hepatitis C in Corrections. Presented at the 2004 American Correctional Health Services Association Multidisciplinary Training Conference, March 27, 2004, in Houston, Texas.

13

Paris, J.E. Anatomia del Encuentro Medico Correccional. Presented at the 2004 Annual Meeting of the Sociedad Profesionales de Salud Correccional de Puerto Rico, May 22, 2004, in San Juan Puerto Rico.

Paris, J.E. Coinfeccion de Hepatitis C y VIH en el Ambito Correccional. Presented at the 2004 Annual Meeting of the Sociedad Profesionales de Salud Correccional de Puerto Rico, May 22, 2004, in San Juan Puerto Rico.

Paris, J. E., and Shelton, Steven. Risk Management in the Correctional Environment. Presented at the 2004 Clinical Updates in Correctional Health Care, May 22-25, 2004, in Chicago, Illinois.

Paris, J. E. Anatomy of the Correctional Health Care Encounter. Presented at the 2004 Clinical Updates in Correctional Health Care, May 22-25, 2004, in Chicago, Illinois.

Paris, J. E. The challenge of Hepatitis C in Corrections: Treating the Most without Breaking the Bank. Presentation at the 28th National Conference on Correctional Health Care, November 16, 2004, in New Orleans, Louisiana.

Paris, J. E. Anatomy of the Correctional Health Care Encounter. Presented at the 28th National Conference on Correctional Health Care, November 16, 2004, in New Orleans, Louisiana.

Paris, J. E., and Shelton, Steven. Risk Management in the Correctional Environment. Presented at the 2005 Clinical Updates in Correctional Health Care, April 9-12, 2005, in Las Vegas, Nevada.

Paris, J. E. Laboratory Data Mining: A New Tool to Continuous Improvement in Clinical Care Quality in Corrections. Presented at the 2005 Clinical Updates in Correctional Health Care, April 9-12, 2005, in Las Vegas, Nevada.

Paris, J. E. Coinfeccion VIH-VHC: Diagnosis y Tratamiento en el Ambiente Correccional. Presented in Spanish at the Meeting of the Puerto Rican Society of Corrctional Services, 4-23-2005 in Ponce, Puerto Rico.

Paris, J. E. Mortality Reviews: The Ultimate Risk Management Tool. Presented at the 2005 Annual Meeting of the Society of Correctional Physicians, October 9, 2005 in Denver. Colorado.

Paris, J. E.  Risk Management in the Correctional Environment. Presented at the 2005 National Conference on Correctional Health Care, October 9, 2005, in Denver, Colorado.

Paris, J. E. A Correctional Physician's Dilemma: Using ALT to Determine HCV Treatment Eligibility. Presented at the 2005 National Conference on Correctional Health Care, October 10, 2005, in Denver, Colorado.

Paris, J. E. The Correctional Physician in the Witness Stand. Presented at the 2005 National Conference on Correctional Health Care, October 11, 2005, in Denver, Colorado.

**CORRECTIONAL PRESENTATIONS** ( cont. )

Gottula, R., and Paris, J. E. Medical Malpractice in the Correctional Setting. Presented at the 2006 National Conference of the American Association of Legal Nurse Consultants, March 22, 2006 in Atlanta, Georgia.

Paris, J. E., and Rold, W. Risk Management in the Correctional Environment. Presented at the 2006 Clinical Updates in Correctional Health Care, April 8-11, 2006, in Las Vegas, Nevada.

Paris, J. E.  Measuring Physician Performance, Putting the Results to Work.  Presented at the 2006 Clinical Updates in Correctional Health Care, April 8-11, 2006, in Las Vegas, Nevada.

Paris, J. E. Leadership in Correctional Health Care. Opening address to the 2006 Annual Meeting of the Correctional Medical Institute, September 15, 2006, in Baltimore, Maryland.

Paris, J. E. Documentation, Guidelines, and Other Tricks of the Trade. Presentated during the Risk Management in Correctional Health Care at the 2006 Annual Meeting of the Correctional Medical Institute, September 15, 2006, in Baltimore, Maryland.

Paris, J. E., and Rold, W. Risk Management in the Correctional Environment. Presented at the 2006 National Conference on Correctional Health Care, October 28-November 1, 2006, in Atlanta, Georgia.

Paris, J. E.  Correctional Peer Review. Where do we stand? Presented at the 2006 National Conference on Correctional Health Care, October 28-November 1, 2006, in Atlanta, Georgia.

Paris, J. E., and Rold, W. Risk Management in the Correctional Environment. Presented at the 2007 Clinical Updates in Correctional Health Care, May 5-8, 2007, in Orlando, Florida

Paris, J. E. Why did the Inmate Sue Us? Two hour session. Presented at the 2007 Clinical Updates in Correctional Health Care, May 5-8, 2007, in Orlando, Florida

Paris, J. E. The Challenge of Hepatitis C in Corrections: Treating the Most Without Breaking the Bank... or Getting Sued. Presented at the 2007 Clinical Updates in Correctional Health Care, May 5-8, 2007, in Orlando, Florida

# LEGAL WORK

## CASES WHERE DR. PARIS WAS DEPOSED

2002 Advised Defendant CMS on Federal Litigation regarding prison health care in the East Jersey Prison in New Jersey. Docket #Cv. 98-2890 (WGB) Jackson, et als vs. Fauver, et als  Federal Case with multiple complaints alleging deliberate indifference to serious medical needs. **Deposed 5-21-03.**

2004 Advised Defendant Coweta County Jail in the State of Georgia on the litigation Tommy Dukes v. Coweta County and Dr. Miriam J. Burnett, et al., in the United States District Court for the Northern

District of Georgia Civil Action File No. 1 03-CV 0406. Federal case alleging delayed treatment for cavitary lung and brain Cryptococcal infection. **Deposed 12-17-04.** Dismissed.

2006 Advised Defendant PHS in the litigation: Kimbrough v. City of Cocoa, Fl. Et al In the USDC Middle District of Florida, Orlando Division, Case No.: 6:05-CV-471-Orl-31KRS Federal Court case alleging inmate death due to rhabdomyolysis when inmate died at hospital due to IVC perforation during dialysis attempt. **Deposed 6-22-06.** Settled.

2006 Advised Defendants Z. Tewelde, MD, T. H. Sober, MD and Prison Health Services on the litigation: Calvin Washington v. Tewelde, Sober, and PHS, in the U S District Court for the District of Maryland, Civil Action File No.: 4-cv-1970 AW Federal Court case alleging improper referral for eye complaints resulting in delay in diagnosis and treatment of glaucoma and partial loss of vision in left eye. **Deposed 3-6-07.** Pending.

2006 Advised Plaintiff Lister/Grey on the litigation: Lister/Grey V. Prison Health Services, Inc., et al. In the United States District Court Middle District of Florida, Tampa Division, Case No. 8:04-CV-2663-T-26TGW, also filed in the Circuit Court of the Thirteenth Judicial Circuit of the State of Florida, in and for Hillsborough County, Civil Division, Case No. 98-6042 Federal and State Courts case alleging failure to monitor pregnant female inmate medically with resulting death of 24-week/newborn infant. **Deposed 12-5-06.** Pending.

2006 Advised Plaintiff Raymond Otis Taylor on the litigation: Raymond Taylor V. Prison Health Services, Inc., et al. In the Circuit Court of the Thirteenth Judicial Circuit of the State of Florida, in and for Hillsborough County, Civil Division, Case No. 05-010975 State Court case alleging failure to monitor and treat respiratory illness resulting death of prisoner. **Deposed 10-24-06.** Settled.

2006 Advised Plaintiff Martin Cahill on the litigation: Martin Cahill v. Billiston Clarke and Correctional Corporation of America, in the Circuit Court for the Fifth Judicial Circuit of the State of Florida, in and for Citrus County Civil Division, case No. 2004-CA-3919 Malpractice case alleging failure to promptly diagnose pneumonia, respiratory failure and sepsis, resulting in the need to perform mitral and aortica valve replacements plus aortic root and coronary artery reimplantation. **Deposed 9-21-06.** Settled.

2006 Advised Plaintiff Raymond Silva Lopez on the litigation: Raymond Silva Lopez v. Joe McGrath at Pelican Bay State Prison, in the USDC Northern District of California, San Francisco Division, case No. C 04 4782 MHP. Federal Court case alleging lack of isolation of MRSA infected prisoners thus allowing repeated MRSA dissemination to the prisoner. **Deposed 1-19-06** - Pending.

2006 Advised Plaintiff Derrill Wilkes on the litigation: Derrill Wilkes v. Clayton County, et al – Case No. 1:05-CV-3074 in the United States District Court for the Northern District of Georgia, Atlanta Division. Federal Court case alleging poor treatment of elbow fracture resulting in pain and suffering. **Deposed 3-30-07.** Pending

2006 Advised Plaintiff Aretha Jackson on the litigation: Aretha Jackson v. Prison Health Services, Inc., David Gee, Hillsborough County Sheriff, and John Mubang, MD, Medical Director of the Hillsborough County Jail, et al., in the Circuit Court of the Thirteenth Judicial Circuit of the State of Florida, in and for Hillsborough County, Case No. 8:05-CV-2157-SDM-TBM State Court case alleging negligence in the medical care of eye condition in HIV patient resulting in blindness. **Deposed 4-13-07.** Settled.

2007 Advised Plaintiff John G. Laughon in the litigation: John G. Laughon v. Jacksonville Sheriff's Office, CMS, et al, in the USDC Middle District of Florida, Jacksonville Division, Case No. 3:06-CV-692-J-25HTS Federal Court case alleging improper medical care after use of force, resulting in hypoxia and the development of dementia. **Deposed 7-11-07.** Pending.

## CASES WHERE DR. PARIS GAVE TESTIMONY IN COURT

2006 Advised Defendant CMS in the litigation: <u>Estate of Phillip Hurst v. CMS, Inc, et al. In the USDC Eastern District of Kentucky, Lexington Division, Case No. 05-214-JBC</u>. Federal Court case alleging deficient health services provision resulting in death from methadone ingestion. **Court Testimony given 3-7-07.** In Court, the Jury granted a verdict for the Defense on 3-8-07.

2006 Advised Plaintiff Lister/Grey on the litigation: <u>Lister/Grey V. Prison Health Services, Inc., et al. In the United States District Court Middle District of Florida, Tampa Division, Case No. 8:04-CV-2663-T-26TGW, also filed in the Circuit Court of the Thirteenth Judicial Circuit of the State of Florida, in and for Hillsborough County, Civil Division, Case No. 98-6042</u> Federal and State Courts case alleging failure to monitor pregnant female inmate medically with resulting death of 24-week/newborn infant. **Deposed 12-5-06. Court Testimony given 4-11-07.** Pending.