# EXHIBIT D

# Expert Witness Opinion

# John Coggin

# VS

# The United States of America

Prepared by: Raymond P. Mooney, PA-C

## Introduction to Expert Report

In preparation for my expert report I have reviewed the following information supplied to me by Ms. Cochrun:

1) Standard form 95 (attached to complaint)
2) Complaint (filed 12/21/05)
3) Affidavit of Ronald Rankin
4) Affidavit of Mario J. Zayas-Canizarea
5) Affidavit pf Jim Johnson
6) Coggin medical records from Advanced Surgical Associates
7) Coggin medical records from UAHSF
8) Coggin medical records from Baptist Medical Center
9) Deposition of O. Garcia-Bernes, MD (with exhibits - including BOP records)
11) Prison Commissary Purchase Records
12) Deposition of Oscar Rodriguez
13) Deposition of Christopher Oliver Thomas
14) Deposition of Anita Rabidou
15) A copy of Federal Rule 26
16) A copy of a report from an engineer.

## Review of Medical Records

John Coggin was sentenced to a thirty-six month (36) sentence at the BOP/FPC-Maxwell Montgomery, Alabama facility. He began serving his sentence on August 26, 1999. He was subsequently released from incarceration on November 13, 2001.

Review of the medical records from the Maxwell facility indicates that Mr. Coggin was initially seen as a new intake on 08/27/99. He had a history of hypertension and was on Lisinopril 10 mg. daily.

From the time of his incarceration until 07/25/01 Mr. Coggin was seen in healthcare approximately six times for health issues that were not related to his chronic care visits and his hypertension..

On 07/25/01 Mr. Coggin filed a Medical Inmate Sick Call Sign-Up Sheet to be seen for "severe intense pain in my abdomen". He reported this was present for three (3) days. At the top on this sheet it indicated that this was his second sick call request. According to the medical record of 07/25/01 Mr. Coggin was seen by O. Rodriguez, PA with a complaint of discomfort in his right upper quadrant for four (4) days. The record indicates that the pain radiated straight back. He reported that it increased especially after he ate. A note on the right side of the patient encounter

states that Mr. Coggin had a history of gallstones by ultrasound. Physical examination on that date revealed a slightly elevated blood pressure of no immediate medical urgency. Abdominal examination revealed the right upper quadrant to be extremely tender to the touch. Bowel sounds were decreased. It is noted that his pain radiated to the scapular region and on the chart is an area stating "left side 0" with a line through it. The clinical impression of Mr. Rodriquez was cholelithiasis. Mr. Coggin was treated with Rocephin 250 Mg. IM, Toradol 30 mg. IM, Tylenol number three one to two three times a day for three (3) days and a refill was ordered for his Lisinopril 10mg. daily for ninety (90) days. Diagnostic studies included an x-ray that revealed a stone on the left side. Laboratory studies were ordered including a complete metabolic profile, urine analysis, complete blood count, lipase and amylase. An additional notation is made that consideration would be given to a follow up ultrasound after the final results of the laboratory results were returned.

The laboratory studies from 07/25/01 performed by Alabama Reference Laboratories were normal. Of particular importance is Mr. Coggin's red cell count of 5.12 and hemoglobin of 15.0.

Mr. Coggin is again seen by O. Rodriguez, PA on 07/26/01 with a complaint that Tylenol number three is upsetting his stomach. The objective evaluation (the physical examination) is devoid of any vital signs and indicates "no change" under the objective section of the chart. The diagnosis is cholelithiasis and nephrolithiasis. Orders were given for an ultrasound to be done "right away", an IVP was ordered and Mr. Coggin was instructed to stop his Tylenol number three, a new prescription was given for Motrin 800 mg. three times a day for thirty days. The chart indicates that the plan was to see the patient after his ultrasound. The ultrasound that was ordered "right away"and was subsequently done four (4) days later on 07/30/01.

An abdominal ultrasound was performed on 07/30/01 and the intravenous pyleogram with tomography 08-01-01. The IVP revealed a left renal calculus with no evidence of hydronephrosis and the abdominal ultrasound revealed a small echogenic focus in the gallbladder. There were additional comments concerning the previously mentioned left renal calculus as well as poor visualization of the spleen and pancreas due to bowel gas. The possibility of a calcified gallstone, polyp or small area of tumefactive sludge was considered. The thickness of the gallbladder wall was normal as was the diameter of the common bile duct.

Mr. Coggin was again seen by O. Rodriguez, PA on 08/06/01 for a follow up. The record indicates Mr. Coggin had no pain at that time.

On 08/08/01 there is a typed Chronic Care Clinic: Hypertension note. Mr. Coggin's blood pressure was elevated at 162/89. His pulse is fifty-five. The abdominal examination was reported as normal.

Mr. Coggin is seen by Nurse Practitioner Doris Little on 08/22/01 with a complaint of right upper abdominal pain with nausea. He reported not being able to eat for three days due the right sided pain. He indicated the pain was aggravated by food. There are no identifiable alleviating factors. Physical examination was remarkable for right upper quadrant tenderness with guarding. The diagnosis on this day was possible cholelithiasis. Mr. Coggin was administered IM Nubain and

scheduled to be seen for further evaluation on 08/23/01.

Mr. Coggin presented to health care on 08/23/01 with continued right upper quadrant pain. He reported to nurse practitioner Little that the Nubain was effective for only a couple of hours. He reported nausea and vomiting with any food intake. Physical examination revealed tenderness with guarding in the right upper quadrant. It is indicated that the abdomen is soft to touch. The diagnosis on this date was cholelithiasis vs. cholecystitis and a referral to a surgeon was made. Anaprox 550 mg. two times a day was ordered with food and he was to return to the clinic as needed.

On 08/27/01 Mr. Coggin was seen by Dr. D. Garcia-Brenes, MD with a three week history of pain that comes and goes. The record indicates he reported the pain was in the right front of his abdomen. Sometimes it radiated to the right upper quadrant. Nausea was associated with it. He reported a weight loss of fifteen lbs. in the preceding three weeks. Abdominal examination reveled slight right upper quadrant tenderness with no rebound. On the left side of the encounter sheet notations are made of the results of the IVP and the abdominal ultrasound. Motrin and Anaprox are discontinued. Mr. Coggin is placed on Sulindac 200 mg. every eight hours. He was instructed not to take his Motrin or Anaprox. A notation is made that a gastroenterology consultation has been done. However,, it had simply been ordered and then was ultimately canceled by Dr. Garcia-Brenes, MD. Dr. D. Garcia-Bernes orders a complete blood count and CP24 and a CP9. These blood studies were performed by Alabama Reference Laboratories. The collection date is indicated as 08/27/01 with received and reported dates as the same. The are significant for a low red count of 4.58 and a hemoglobin of 13.1 as compared with the labs of 07/25/01. The remaining studies are essentially normal. The abnormal red cell count and abnormal hemoglobin are circled and the lab results are noted by Dr. D. Garcia-Bernes.

On 08/29/01 Mr Coggin was seen by Dr. Antonio Williams, MD a surgeon whose impression was that Mr. Coggin was suffering from biliary colic and recommended a laproscopic cholecystectomy. Dr. Williams makes note that Mr. Coggin has been experiencing right upper quadrant pain and epigastric  pain for the past month. He also states that the pain does not radiate to the back and is mostly in the right upper quadrant. The abdominal examination is reported as unremarkable.

On 08/30/01 Mr. Coggin sends the warden a request for an emergency medical furlough.

On or about September 2, 2001 Mr. Coggin was taken by ambulance to Baptist Hospital where he was hospitalized for an upper gastrointestinal hemorrhage.

## Breach In The Standard Of Care

My review of the medical records of Mr. Coggin during the time frame of 07/25/01 and 08/30/01 reveals several violations in the standard of care as it applies to the practice of a physician assistant.

1.      Mr .Coggin initially presented to Mr. Rodriguez on 07/25/01 with a complaint of

discomfort in his right upper quadrant for four (4) days. The only other history noted on the medical record is that the pain radiated straight back and it decreased after consuming food. The standard of care required that a prudent and reasonable physician assistant obtain the necessary information from the patients history to form a differential diagnosis in order to obtain the laboratory and radiograph evaluations that would result in a timely and accurate diagnosis. The clinical entry of 07/25/01 does not meet that minimum standard. The standard of care required that the patient be questioned concerning the events that precipitated his abdominal pain, the quality of his pain, the radiation of his pain, the severity of his pain,  the timing of his pain, associated symptoms and any action the patient may have taken to alleviate his pain. This information is required in order to arrive at an appropriate differential diagnosis. The standard further required that this necessary information be indicated on the chart in some manner. Thus permitting providers who would see the patient at a later date a clean medical record that would permit them to compare their history with the one obtained earlier.

2.      The physical examination by Mr. Rodriquez was below the standard of care for a patient with a complaint of abdominal pain. He was required to inspect, auscultate, percuss and palpate and subsequently record any positive/negative findings in the medical record.

3.      When a practitioner is authorized by appropriate legal statute to prescribe medications in the course of his duties the standard of care requires that  individual to be familiar with the indications, contraindications , dosing and potential complications of the medication being prescribed. In my expert opinion Mr. Rodriguez demonstrated in his sworn testimony serious flaws in his knowledge base concerning NSAID's.

4.      Mr. Coggin had now gone six (6) days with the complaint of right sided abdominal pain, intermittent nausea and vomiting and the inability to retain nourishment. Prescribed pain medications were bringing no relief.  He was again seen by Mr. Rodriguez on 07/26/01 with the complaint that the Tylenol number three was upsetting his stomach. Mr. Rodriguez again failed to meet the standard of care for a physician assistant concerning the history as stated above in opinion number one (1). Mr. Rodriguez further indicated in the medical record that the physical exam was unchanged  indicating that Mr. Coggin still had physical findings of extreme tenderness to touch in the right upper quadrant with decreased bowel sounds all of which were noted in the medical record of 07/25/01. On this date Mr. Rodriguez had still not formulated a differential diagnosis. He had not obtained a complete history permitting him to do so. Mr. Rodriguez orders an ultrasound (presumably of the gallbladder) "right away". It is this experts opinion based on education, experience and training the order "right away" is synonymous with a providers order for a stat test. However the test was not done until four (4) days later. It is my expert opinion that on this day given the facts that are indicated in the medical record of 07/25/01 and 07/26/01 that the order of a stat ultrasound was a decision that did not meet the standard of care. Although an order for a stat ultrasound would indicate a providers increasing concern for an ongoing abdominal process it falls below the standard required because of it's limited value in this clinical setting. On this date in order to provide Mr.

Coggin with the appropriate medical care required by a prudent medical practitioner transfer to the local emergency room for a complete evaluation of the patients abdominal condition was required.

5.     The fact that Mr. Rodriguez failed to comply with the standard of care on the above visits resulted in him failing to establish a differential resulting in an incomplete diagnosis and errors in clinical judgement. These subsequently resulted in inappropriate patient disposition, the ordering of incomplete testing and prescribing inappropriate and potentially harmful treatment to the patient under his care.

It is my expert opinion as a licensed board certified physician assistant with thirty-two years of experience in family practice and emergency medicine and ten years of experience in a correctional health care setting that the actions of Mr. Rodriguez were not within the standard of care for a reasonable and prudent physician assistant.

I reserve the right to modify any and all opinions should material be presented to me that affects the opinions stated above.

## Exhibits

See attachments A, B, C, C1 and C2

## Resume

See attachment D

## Professional Fees

See attachment E

## Previous Testimony

See attachment F

## Expert Qualifications

I have been a licensed and continually certified physician assistant for approximately thirty-two years. I am certified by the National Commission on the Certification of Physician Assistants

and have been since 1975. My professional areas have been family medicine and emergency medicine for my entire professional career. I am employed as an independent contractor staffing the urgent care/emergency room at Southern Michigan Prison. I have held this position for ten years. The medical facility is staffed by one medical service provider (physician, physician assistant or nurse practitioner) twenty-four hours a day. In addition the facility is staffed with a registered nurse, a paramedic and an emergency medical technician. My responsibilities include attending patients that present to the urgent care/emergency room, addressing both routine and urgent issues that involve the inpatient population and the triage of telephone calls from correctional and medical staff at the additional approximately forty-five (45) prisons, camps and residential centers in the State of Michigan. It is my responsibility to instruct the correctional or medical personnel as to the proper management of the prisoners medical complaint. I have been at expert witness for approximately ten (10) years. My trial testimony has never been sanctioned by any court. My license and certification are active and in good standing.

Respectfully submitted,

Raymond P. Mooney, PA-C

*Clinical Policy: Critical Issues
for the Initial Evaluation and
Management of Patients
Presenting With a Chief Complaint of
Nontraumatic Acute Abdominal Pain*

# Clinical Policy: Critical Issues for the Initial Evaluation and Management of Patients Presenting With a Chief Complaint of Nontraumatic Acute Abdominal Pain

*This clinical policy has been developed by the ACEP Clinical Policies Subcommittee on Abdominal Pain and the ACEP Clinical Policies Committee.*

*Members of the Clinical Policies Subcommittee on Abdominal Pain included:*

*E. John Gallagher, MD (Chairman 1996-1998)*
*Thomas W. Lukens, MD, PhD (Chairman 1999-2000)*
*Stephen A. Colucciello, MD*
*David L. Morgan, MD*

*Members of the Clinical Policies Committee included:*

*Stephen V. Cantrill, MD (Chairman 1996-2000)*
*Melody Campbell, RN, MSN, CEN, CCRN (ENA Representative 1996-1998)*
*Stephen A. Colucciello, MD*
*William C. Dalsey, MD*
*Wyatt W. Decker, MD*
*Francis M. Fesmire, MD*
*E. John Gallagher, MD*
*John M. Howell, MD*
*Andy S. Jagoda, MD*
*Stephen Karas, Jr., MD*
*Edwin K. Kuffner, MD*
*Thomas W. Lukens, MD, PhD*
*David L. Morgan, MD*
*Barbara A. Murphy, MD*
*Peter J. Mariani, MD*
*Michael P. Pietrzak, MD*
*Daniel G. Sayers, MD*
*Scott M. Silvers, MD (EMRA Representative 1999-2000)*
*Suzanne Wall, RNC, MS, CEN (ENA Representative 1999-2000)*
*Robert L. Wears, MD, MS*
*Douglas M. Hill, DO (Board Liaison 1996-1997)*
*George W. Molzen, MD (Board Liaison 1997-2000)*
*Rhonda Whitson, RHIA, Staff Liaison, Clinical Policies Committee and Subcommittees*

*Approved by the ACEP Board of Directors, June 7, 2000.*

*Copyright © 2000 by the American College of Emergency Physicians.*

[American College of Emergency Physicians. Clinical policy: critical issues for the initial evaluation and management of patients presenting with a chief complaint of nontraumatic acute abdominal pain. *Ann Emerg Med.* October 2000;36:406-415.]

## INTRODUCTION

This clinical policy expands on the previous *Clinical Policy for the Initial Approach to Patients Presenting With a Chief Complaint of Nontraumatic Acute Abdominal Pain* that was published in 1994.[1] This topic was initially selected because of the high frequency with which such patients present to emergency departments and the potential for serious adverse outcomes. The format of the original abdominal pain clinical policy focused on the evaluation of a patient presenting with a chief complaint of abdominal pain as opposed to specific disease processes. It was a broad-based attempt to focus on key history, physical, and diagnostic findings to drive the diagnosis of potentially serious medical conditions. Because of the all-inclusive nature of the original format, specific emphasis on critical issues in the evaluation of selected subsets of abdominal pain patients was not possible.

The Clinical Policies Committee believes that the format of the previous complaint-based clinical policies has gone as far as possible in directing the appropriate evaluation and treatment of patients presenting with abdominal pain. The committee is satisfied that the previous policy met the original goals of the American College of Emergency Physicians (ACEP). A decision was made to develop a revised policy that focuses on critical issues in the evaluation of patients with abdominal pain. It is hoped that this new format will not only improve patient care but also direct future research.

Unlike the initial policy, the revised policy does not make exhaustive recommendations regarding the evaluation and treatment of the patient with abdominal pain. Instead it presents important research on critical issues

regarding this topic. The revised policy makes recommendations, as much as possible, based on scientific research rather than on the consensus of an expert panel. Evidence-based medicine creates few standards in directing patient care in the ED setting. In addition, this revision presents data concerning laboratory and imaging modalities used to determine the etiology of abdominal pain.

Annually, nearly 5 million patients present to EDs in the United States with the complaint of abdominal pain.[2] This complaint accounts for 5% to 10% of all ED visits in some areas.[3] Etiologies of acute abdominal pain range from minor, self-limiting conditions to life-threatening disorders. Although a majority of patients have conditions that are not life-threatening, failure to identify and treat those patients with serious illness may result in devastating health consequences. Elderly patients are at particular risk for critical conditions. It is not always possible to determine the cause of acute abdominal pain. Studies show that specific diagnoses are not made in approximately 30% of these patients.[3,4]

There is no single best method for determining the correct diagnosis and treatment derived from the patients' symptoms and signs during their ED visit, and therefore this cannot be written in a clinical policy. However, a useful policy should assist in the identification of the most serious and life-threatening conditions based on their common signs and symptoms. A review of the medical literature on abdominal pain found many studies on specific disease entities but very few regarding the overall approach to patients with abdominal pain. Published research on abdominal pain is predominantly retrospective and diagnosis specific. There are few data regarding the emergency evaluation of an undifferentiated complaint. It is clear that future studies are required that analyze the relationship among the signs, symptoms, laboratory analyses, and imaging studies in patients with acute abdominal pain.

The usefulness of ancillary testing depends on many factors: pretest probability, the specificity and sensitivity of the test, and disease prevalence. Many commonly used laboratory analyses and imaging studies are neither sensitive nor specific for a particular diagnosis. The emergency physician should understand the limits of these ancillary studies and should order only those tests likely to affect diagnosis or management. These tests are listed in the Appendix.

**Inclusion criteria** This clinical policy is intended for patients with a chief complaint of acute abdominal pain who present to a hospital ED.

**Exclusion criteria**

Excluded from this policy are:
1. Children
2. Patients with known antecedent trauma
3. Patients in the last trimester of pregnancy or the first month post partum

**Methodology**

A MEDLINE search for articles published between January 1990 and January 1999 was performed for abdominal pain management in the ED. Key words consisted of physical examination techniques (eg, auscultation) and specific abdominal conditions (eg, pancreatitis). Radiology and laboratory qualifiers were then applied to each of the abdominal diagnoses. The bibliographies of the individual articles were also searched for additional references, some of which were published before 1990. The subcommittee reviewed these articles to determine those that applied to the selected topics in this revision. These were analyzed by at least 2 subcommittee members and scored for strength of evidence according to the following criteria:

*Strength of evidence A*—Interventional studies including clinical trials, observational studies including prospective cohort studies, aggregate studies including meta-analyses of randomized clinical trials only.

*Strength of evidence B*—Observational studies including retrospective cohort studies, case-controlled studies, aggregate studies including other meta-analyses.

*Strength of evidence C*—Descriptive cross-sectional studies, observational reports including case series, case reports; consensual studies including published panel consensus by acknowledged groups of experts.

Articles with significant flaws or design bias were downgraded in their strength of evidence.

Strength of recommendations were then made according to the following criteria:

*Evidence-based standards.* Generally accepted principles for patient management that reflect a high degree of clinical certainty (ie, based on "strength of evidence A" or overwhelming evidence from "strength of evidence B" studies that directly address all the issues).

*Guidelines.* Recommendations for patient management that may identify a particular strategy or range of management strategies that reflect moderate clinical certainty (ie, based on "strength of evidence B" that directly addresses the issue, decision analysis that directly addresses the issue, or strong consensus of "strength of evidence C").

*Options.* Other strategies for patient management based on preliminary, inconclusive, or conflicting evidence, or, in the absence of any published literature, based on panel consensus.

The reasons for developing clinical policies in emergency medicine and the approaches used in their development have been enumerated.[5] This policy is a product of the ACEP clinical policy development process, including expert review, and is based on the existing literature; where literature was not available, consensus of emergency physicians was used. Expert review comments were received from emergency physicians, physicians from other specialties, such as surgeons, and specialty societies including members of the American Academy of Family Physicians, American College of Obstetricians and Gynecologists, and Emergency Nurses Association. Their responses were used to further refine and enhance this policy. Clinical policies are scheduled for revision every 3 years; however, interim reviews are conducted when technology or the practice environment changes significantly.

**Scope of application**

This guideline is intended for physicians working in hospital-based EDs.

## DIAGNOSING UNDIFFERENTIATED ABDOMINAL PAIN

The most frequent diagnosis assigned to patients evaluated for abdominal pain in the ED is undifferentiated abdominal pain (UDAP), also called nonspecific abdominal pain (NSAP) or abdominal pain of unknown etiology.[3,6] That a clear etiology is often not found, even after extensive testing and evaluation, illustrates the difficulty that physicians often face in assigning a specific diagnosis to their patients presenting with abdominal pain. UDAP is a diagnosis of exclusion assigned after attempting to rule out more serious etiologies. Most of these patients have a benign course in follow-up.[7,8] However, exceptions occur, especially when the patient is examined in the early stages of a developing disease process. Elderly patients with abdominal pain have a higher prevalence of serious disease. Therefore, the diagnosis of UDAP should be used with caution in elderly patients.[9,10]

Patients with diagnosis of UDAP who are discharged from the ED need specific discharge instructions and timely reevaluation. The fact that the cause of their abdominal pain is unknown needs to be discussed directly with the patient. Patient education and close follow-up may minimize the chance of subsequent morbidity or mortality.

**Patient Management Recommendations: Diagnosing Undifferentiated Abdominal Pain**

*Evidence-based standards.* None specified.

*Guidelines.*

1. Patients with abdominal pain of undetermined etiology should have a diagnosis of UDAP rather than given a more specific diagnosis unsupported by history, physical, or laboratory findings.

2. Discharged patients with UDAP should receive discharge instructions and follow-up.

*Options.* None specified.

## EVALUATING ABDOMINAL PAIN

**Location of pain.** Pain arising from various abdominal pathologic processes may localize to different areas of the abdomen. However, limiting the differential diagnosis because the location of the pain is or is not in a specific quadrant can lead to errors in diagnosis.[11,12]

**Standardized data collection.** A complaint-specific history and physical examination should be performed before a differential diagnosis is formulated or ancillary testing is performed. The use of a standardized history and physical examination form increases accuracy for diagnosing appendicitis in the ED.[13,14]

**Serial evaluations.** In patients with an unclear etiology for their abdominal pain, serial evaluation can improve diagnostic accuracy. Observation and repeated examinations of patients with suspected appendicitis improves diagnostic accuracy.[15,16] Scheduled outpatient follow-up of reliable patients for serial evaluations remains unstudied, but appears to be a reasonable strategy.

**Temperature measurement.** Although an elevated temperature is often associated with intra-abdominal infections, the sensitivity and specificity of this test vary greatly. There is insufficient evidence to correlate temperature with the cause of abdominal pain; therefore, the significance of a fever in a patient with abdominal pain is not always clear. Fever cannot distinguish surgical from nonsurgical disease in the elderly.[17] The majority of elderly patients with acute cholecystitis and appendicitis are afebrile despite higher rates of perforation and sepsis.[18-21]

Note: Tympanic temperature measurements[22,23] and oral temperature measurements[24] may not be reliable in evaluating for the presence of a fever.

**Abdominal auscultation.** Auscultation of bowel sounds may be used to assist in the evaluation of abdominal pain. However, the correlation of bowel sounds and specific

diagnoses has not been extensively studied. In one report, approximately half of the patients with peritonitis had normal or increased bowel sounds.[25] Patients with acute small-bowel obstruction are likely to have abnormal or absent bowel sounds.[26] Elderly patients with abdominal pain and abnormal bowel sounds frequently have serious disease.[27]

**Peritoneal signs for peritonitis.** Emergency physicians traditionally have been trained that as the peritoneum becomes inflamed, certain peritoneal signs become apparent. These signs include rebound tenderness, pain with cough, pain with abrupt movement, and pain with heel tap. However, many studies have shown that peritoneal signs are not particularly sensitive or specific for peritonitis, a specific disease, or the need for surgery. The rebound tenderness test had a sensitivity of 81% and a specificity of 50% for peritonitis.[28] Rebound tenderness had a sensitivity of 63% to 76% and specificity of 56% to 69% for appendicitis.[29,30] Pain with cough had a sensitivity of 77% and specificity of 80% for peritonitis in one small study.[31]

**Digital rectal examination (DRE).** Many abdominal processes have no specific findings referable to the rectum. Pain elicited by DRE is common but is not pathognomonic for any abdominal condition. Localized rectal tenderness is found in fewer than half of patients with appendicitis.[25,32] Sensitivity of DRE for diagnosing appendicitis is low.[29,33] One study of patients presenting with right lower quadrant pain found that a rectal examination did not add any useful diagnostic information.[34] Obtaining a sample for stool guaiac testing to evaluate for gastrointestinal bleeding represents the primary reason to complete a DRE in most patients with abdominal pain in the ED.

**Pelvic examination.** There is insufficient evidence published to determine which patients require a pelvic examination in the ED during evaluation of their abdominal pain.

**Patient Management Recommendations: Evaluating Abdominal Pain**

*Evidence-based standards.* None specified.
*Guidelines.*
1. Do not restrict the differential diagnosis solely by the location of the pain.
2. Do not use the presence or absence of a fever to distinguish surgical from medical etiologies of abdominal pain.
*Options.*
1. Use serial evaluations over several hours to improve the diagnostic accuracy in patients with unclear causes of abdominal pain.

2. Collect a complete data set before reaching a differential diagnosis; consider a systemic data collection tool, such as a formatted chart.
3. Perform a stool for occult blood test in patients with abdominal pain.
4. Perform a pelvic examination in female patients with abdominal pain.

## HIGH-RISK PATIENTS

Elderly patients and patients with HIV are likely to have atypical presentations of abdominal pathologic conditions, as well as increased morbidity and mortality.

**Geriatric patients.** Older patients are more likely than younger patients to have serious causes of abdominal pain.[9,35] Both mortality and misdiagnosis rise exponentially with each decade beyond age 50.[9,36] In one series, approximately 14% of the patients older than 50 years with appendicitis had generalized pain and tenderness compared with only 2% of younger patients.[10] Rebound tenderness is less likely in geriatric patients with appendicitis.[21] In addition, elderly patients with abdominal pain more likely have catastrophic illnesses rarely seen in younger patients, including mesenteric ischemia, leaking or ruptured abdominal aortic aneurysm (AAA), and myocardial infarction.[37]

**Patients with HIV.** In addition to the common causes of abdominal pain, the patient with HIV may also have (1) enterocolitis with profuse diarrhea and dehydration, (2) perforation of the large bowel often caused by cytomegalovirus (CMV), (3) obstruction caused by Kaposi's sarcoma, lymphoma, or atypical mycobacteria, and (4) biliary tract disease caused by CMV or *Cryptosporidium*.[38,39] Some retroviral drugs have been associated with life-threatening pancreatitis.

**Patient Management Recommendations: High-Risk Patients**

*Evidence-based standards.* None specified.
*Guidelines.* None specified.
*Options.* Identify patients at high risk for atypical presentations to avoid misdiagnosis.

## COMMONLY MISSED DIAGNOSES

Misdiagnoses of abdominal pain frequently leads to malpractice litigation.[40] For patients with serious abdominal pathology frequent misdiagnoses include gastroenteritis, gastritis, urinary tract infection, pelvic inflammatory infection, and constipation. Life-threatening conditions

that are sometimes missed in the ED in patients with abdominal pain include ruptured AAA, appendicitis, ectopic pregnancy, diverticulitis, perforated viscus, mesenteric ischemia, and bowel obstruction.

**Ruptured abdominal aortic aneurysm.** AAA ranks as the 13th leading cause of death in the United States and is responsible for 0.8% of all deaths.[41] Most patients with rupture have no previous diagnosis of AAA.[42,43] The traditional description of acute pain in the back, flank, or abdomen, hypotension, and a palpable abdominal mass is unusual, with perhaps fewer than 25% presenting with this triad.[44] Missed diagnosis can occur in 30% to 60% of cases, primarily because the physical examination is frequently unreliable.[44–46] In almost 25% of patients with a known AAA, a palpable abdominal mass could not be detected, and neither the presence of bruits nor absence of pulses predicts AAA.[47,48] Many patients with ruptured AAA are misdiagnosed with nephrolithiasis, because these patients may have hematuria, have no palpable pulsatile mass, and have flank pain.[44,49] Other common misdiagnoses of ruptured AAA include diverticulitis, gastrointestinal hemorrhage, acute myocardial infarction, and musculoskeletal back pain.[44]

**Appendicitis.** Appendicitis is frequently misdiagnosed as gastroenteritis during the initial ED visit. Although this is probably the most well-studied specific disease entity that causes abdominal pain, appendicitis continues to be a difficult ED diagnosis because of its varied presentations.[29,30] Up to one third of women of childbearing age with appendicitis are misdiagnosed. Common misdiagnoses include pelvic inflammatory disease or urinary tract infection.[50]

**Ectopic pregnancy.** Ectopic pregnancy may be missed if the physician fails to diagnose pregnancy. History and physical examination are unreliable to determine pregnancy.[51,52] The rapid and readily available assays that detect the presence of β-human chorionic gonadotropin (hCG) are very sensitive. If the β-hCG assay result is negative, then ectopic pregnancy is extremely unlikely.

**Myocardial infarction.** Myocardial infarction may present with upper abdominal pain and may be overlooked if the physician does not consider this diagnosis in the differential.[53] Elderly patients and those with cardiac risk factors and with unexplained upper abdominal pain should be considered for an ECG.

**Patient Management Recommendations: Commonly Missed Diagnoses**

> *Evidence-based standards.* None specified.
> *Guidelines.* None specified.

*Options.*
1. Obtain an ECG in elderly patients and those with cardiac risk factors with upper abdominal pain of unclear etiology.
2. Obtain a pregnancy test in all women of childbearing potential who present with abdominal pain.
3. Use of abdominal ultrasound or computed tomography may be of help in evaluating for AAA in patients in stable condition older than 50 years with unexplained abdominal pain.
4. Consider the diagnosis of appendicitis in women with diagnoses of pelvic inflammatory disease or urinary tract infections.

## NARCOTIC ANALGESIA IN ABDOMINAL PAIN

Administration of narcotics to patients with abdominal pain to facilitate the diagnostic evaluation is safe, humane, and in some cases, improves diagnostic accuracy.[54] Incremental doses of an intravenous narcotic agent can eliminate pain but not palpation tenderness. Analgesics decrease patient anxiety and cause relaxation of their abdominal muscles, thus potentially improving the information obtained from the physical examination. There is evidence that pain treatment does not obscure abdominal findings, or cause increased morbidity or mortality.[55–57]

**Patient Management Recommendations: Narcotic Analgesia in Abdominal Pain**

> *Evidence-based standards.* None specified.
> *Guidelines.* None specified.
> *Options.* Provide narcotic analgesia to patients being evaluated for abdominal pain in the ED.

## REFERENCES

1. American College of Emergency Physicians. Clinical policy for the initial approach to patients presenting with a chief complaint of nontraumatic acute abdominal pain. *Ann Emerg Med.* 1994;23:906-922. [C]

2. McCaig LF, Stussman BJ. *National Hospital Ambulatory Medical Care Survey: 1996 Emergency Department Summary.* Advanced data from Vital and Health Statistics, No. 293. Hyattsville, MD: National Center for Health Statistics; 1997. [C]

3. Powers RD, Guertler AT. Abdominal pain in the ED: stability and change over 20 years. *Am J Emerg Med.* 1995;13:301-303. [B]

4. Simmen HP, Decurtins M, Rotzer A, et al. Emergency room patients with abdominal pain unrelated to trauma: analysis in a surgical university hospital. *Hepatogastroenterology.* 1991;38:279-282. [C]

5. Schriger DL, Cantrill SV, Greene CS. The origins, benefits, harms, and implications of emergency medicine clinical policies. *Ann Emerg Med.* 1993;22:597-602. [C]

6. de Dombal FT. The OMGE acute abdominal pain survey progress report. 1986. *Scand J Gastroenterol.* 1988;23(Suppl 144):35-42. [B]

7. Jess P, Bjerregaard B, Brynitz S, et al. Prognosis of acute nonspecific abdominal pain. *Am J Surg.* 1982;144:338-340. [B]

8. Lukens TW, Emerman C, Effron D. The national history and clinical findings in undifferentiated abdominal pain. *Ann Emerg Med.* 1993;22:690-696. [B]

9. de Dombal FT. Acute abdominal pain in the elderly. *J Clin Gastroenterol.* 1994;19:331-335. [B]

10. Telfer S, Fenyo G, Holt PR, et al. Acute abdominal pain in patients over 50 years of age. *Scand J Gastroenterol.* 1988;144:47-50. [B]

11. de Dombal FT. *Diagnosis of Acute Abdominal Pain.* 2nd ed. New York, NY: Churchill Livingstone; 1991. [C]

12. Yamamoto W, Kono H, Maekawa M, et al. The relationship between abdominal pain regions and specific diseases: an epidemiologic approach to clinical practice. *J Epidemiol.* 1997;7:27-32. [B]

13. de Dombal FT. Computers, diagnoses, and patients with acute abdominal pain. *Arch Emerg Med.* 1992;9:267-270. [C]

14. Korner H, Sondenaa K, Soreide JA, et al. Structured data collection improves the diagnosis of acute appendicitis. *Br J Surg.* 1998;85:341-344. [B]

15. Graff L, Radford MJ, Werne C. Probability of appendicitis before and after observation. *Ann Emerg Med.* 1991;20:502-507. [B]

16. Maxwell JM, Ragland JJ. Appendicitis: improvements in diagnosis and treatment. *Am Surg.* 1991;57:282-285. [B]

17. Parker JS, Vukov LF, Wollan PC. Abdominal pain in the elderly: use of temperature and laboratory testing to screen for surgical disease. *Fam Med.* 1996;28:193-197. [B]

18. Kresovich-Wendler K, Levitt MA, Yearly L. An evaluation of clinical predictors to determine need for rectal temperature measurement in the emergency department. *Am J Emerg Med.* 1989;7:391-394. [B]

19. Hafif A, Gutman M, Kaplan O, et al. The management of acute cholecystitis in elderly patients. *Am Surg.* 1991;57:648-652. [B]

20. Huber DF, Martin EW, Cooperman M. Cholecystectomy in elderly patients. *Am J Surg.* 1983;146:719-722. [B]

21. Hirsch SB, Wilder JR. Acute appendicitis in hospital patients aged over 60 years. *Mt. Sinai J Med.* 1987;54:29-33. [B]

22. Ros SP. Evaluation of a tympanic membrane thermometer in an outpatient clinical setting. *Ann Emerg Med.* 1989;18:1004-1006. [B]

23. Hooker EA, Houston H. Screening for fever in an adult emergency department: oral vs. tympanic thermometry. *South Med J.* 1996;89:230-234. [B]

24. Tandberg D, Sklar D. Effect of tachypnea on the estimation of body temperature by an oral thermometer. *N Engl J Med.* 1983;306:945-946. [B]

25. Staniland JR, Ditchburn J, de Dombal FT. Clinical presentation of acute abdomen: study of 600 patients. *BMJ.* 1972;3:393-398. [B]

26. Eskelinen M, Ikonen J, Lipponen P. Contributions of history-taking, physical examination, and computer assistance to diagnosis of acute small-bowel obstruction. A prospective study of 1333 patients with acute abdominal pain. *Scand J Gastroenterol.* 1994;29:715-721. [A]

27. Marco CA, Schoenfeld CN, Keyl PM. Abdominal pain in geriatric emergency patients: variables associated with adverse outcomes. *Acad Emerg Med.* 1998;5:1163-1168. [B]

28. Liddington MI, Thomson WHF. Rebound tenderness test. *Br J Surg.* 1991;78:795-796. [B]

29. Izbicki JR, Knoefel WT, Wilker DK, et al. Accurate diagnosis of acute appendicitis: a retrospective and prospective analysis of 686 patients. *Eur J Surg.* 1992;158:227-231. [B]

30. Wagner JM, McKinney WP, Carpenter JL. Does this patient have appendicitis? *JAMA.* 1996;276:1588-1594. [B]

31. Bennett DH, Tambeur L, Campbell WB. Use of coughing test to diagnose peritonitis. *BMJ.* 1994;308:1336. [C]

32. Bonello JC, Abrams JS. The significance of a "positive" rectal examination in acute appendicitis. *Dis Colon Rectum.* 1979;22:97-101. [C]

33. Muris JW, Starmans R, Wolfs GG, et al. The diagnostic value of rectal examination. *Fam Pract.* 1993;10:34-37. [B]

34. Dixon DIM, Elton RAE, Rainey JD, et al. Rectal examination in patients with right lower quadrant pain of the abdomen. *BMJ.* 1991;302:386-388. [B]

35. Bugliosi TF, Meloy TD, Vukov LF. Acute abdominal pain in the elderly. *Ann Emerg Med.* 1990;19:1383-1386. [C]

36. Adams ID, Chan M, Clifford PC, et al. Computer-aided diagnosis of abdominal pain: a multicentre study. *BMJ.* 1986;293:800-804. [B]

37. Deehan DJ, Heys SD, Brittenden J, et al. Mesenteric ischemia: prognostic factors and influence of delay on outcome. *J R Coll Surg Edinb.* 1995;40:112-115. [C]

38. Chui DW, Owen RL. AIDS and the gut. *J Gastroenterol Hepatol.* 1994;291-303. [C]

39. Parente F, Cernuschi M, Antinori S, et al. Severe abdominal pain in patients with aids. *Scand J Gastroenterol.* 1994;29:511-515. [C]

40. Karcz A, Holbrook J, Auerbach BS, et al. Preventability of malpractice claims in emergency medicine: a closed claims study. *Ann Emerg Med.* 1990;19:865-873. [C]

41. Patel MI, Hardman DT, Fisher CM, et al. Current views on the pathogenesis of abdominal aortic aneurysms. *J Am Coll Surg.* 1995;181:371-382. [C]

42. Lederle FA, Parenti CM, Chute EP. Ruptured abdominal aortic aneurysm: the internist as diagnostician. *Am J Med.* 1994;96:163-167. [C]

43. Smith FC, Grimshaw GM, Paterson IS, et al. Ultrasonographic screening for abdominal aortic aneurysm in an urban community. *Br J Surg.* 1993;80:1406-1409. [C]

44. Marston WA, Ahlquist R, Johnson G, et al. Misdiagnosis of ruptured abdominal aortic aneurysms. *J Vasc Surg.* 1992;16:17-22. [C]

45. Kiev J, Eckhardt A, Kerstein MD. Reliability and accuracy of physical examination in detection of abdominal aortic aneurysms. *Vasc Surg.* 1997;31:143-146. [B]

46. Lederle FA, Simel DL. Does this patient have abdominal aortic aneurysm? *JAMA.* 1999;281:77-82. [B]

47. Lederle FA, Walker JM, Reinke DB. Selective screening for abdominal aortic aneurysms with physical examination and ultrasound. *Arch Intern Med.* 1988;148:1753-1756. [B]

48. Chervu A, Clagett GP, Valentine RJ, et al. Role of the physical exam in detection of abdominal aortic aneurysms. *Surgery.* 1995;117:454-457. [B]

49. Pomper SR, Fiorillo MA, Anderson CW, et al. Hematuria associated with ruptured abdominal aortic aneurysms. *Int Surg.* 1995;80:261-263. [C]

50. Rothrock SG, Green SM, Dobson M, et al. Misdiagnosis of appendicitis in nonpregnant women of childbearing age. *J Emerg Med.* 1995;13:1-8. [B]

51. Ramoska EA, Sacchetti AD, Nepp M. Realiability of patient history in determining the possibility of pregnancy. *Ann Emerg Med.* 1989;18:84-50. [B]

52. Kaplan BC, Dart RG, Moskos M, et al. Ectopic pregnancy: prospective study with improved diagnostic accuracy. *Ann Emerg Med.* 1996;28:10-17. [B]

53. Lusiani L, Perrone A, Pesavento R, et al. Prevalence, clinical features, and acute course of atypical myocardial infarction. *Angiology.* 1994;45:49-55. [C]

54. Attard AR, Corlett MJ, Kidner N.J, et al. Safety of early pain relief for acute abdominal pain. *BMJ.* 1992;305:554-556. [B]

55. LoVecchio F, Oster N, Sturmann K, et al. The use of analgesics in patients with acute abdominal pain. *J Emerg Med.* 1997;15:775-779. [B]

56. Pace S, Burke TF. Intravenous morphine for early pain relief in patients with acute abdominal pain. *Acad Emerg Med.* 1993;3:1086-1092. [B]

57. Zoltie N, Cust MP. Analgesia in the acute abdomen. *Ann R Coll Surg Engl.* 1986;68:209-210. [B]

58. Rao PM, Rhea JT, Novelline RA, et al. Helical CT technique for the diagnosis of appendicitis: prospective evaluation of a focused appendix CT examination. *Radiology.* 1997;202:139-144. [B]

59. Rao PM, Rhea JT, Novelline RA, et al. Helical CT combined with contrast material administered only through the colon for imaging of suspected appendicitis. *AJR Am J Roentgenol.* 1997;169:1275-1280. [B]

60. Funaki B, Grosskreutz SR, Funaki CN. Using unenhanced helical CT with enteric contrast material for suspected appendicitis in patients treated in a community hospital. *AJR Am J Roentgenol.* 1998;171:997-1001. [B]

61. Schuler JG, Shortsleeve MJ, Goldenson RS, et al. Is there a role for abdominal computed tomographic scans in appendicitis? *Arch Surg.* 1998;133:373-377. [B]

62. Balthazar EJ, Rofsky NM, Zucker R. Appendicitis: the impact of computed tomography imaging on negative appendectomy and perforation rates. *Am J Gastroenterol.* 1998;93:768-771. [B]

63. Rao PM, Rhea JT, Novelline RA, et al. Effect of computed tomography of the appendix on treatment of patients and use of hospital resources. *N Engl J Med.* 1998;338:141-146. [B]

64. Rhea JT, Rao PM, Novelline RA, et al. A focused appendiceal CT technique to reduce the cost of caring for patients with clinically suspected appendicitis. *AJR Am J Roentgenol.* 1997;169;113-118. [B]

65. Lane MJ, Katz DS, Ross BA, et al. Unenhanced helical CT for suspected acute appendicitis. *AJR Am J Roentgenol.* 1997;168:405-409. [B]

66. Malone AJ, Wolf CR, Malmed AS, et al. Diagnosis of acute appendicitis: value of unenhanced CT. *AJR Am J Roentgenol.* 1993;160:763-766. [B]

67. Incesu L, Coskun A, Selcuk MB, et al. Acute appendicitis: MR imaging and sonographic correlation. *AJR Am J Roentgenol.* 1997;168:669-674. [B]

68. Balthazar EJ, Birnbaum BA, Yee J, et al. Acute appendicitis: CT and US correlation in 100 patients. *Radiology.* 1994;190:31-35. [B]

69. Rypins EB, Evans DG, Hinrichs W, et al. Tc-99m-HMPAO white blood cell scan for diagnosis of acute appendicitis in patients with equivocal clinical presentation. *Ann Surg.* 1997;226:58-65. [B]

70. Wong DW, Vasinrapee P, Spieth ME, et al. Rapid detection of acute appendicitis with Tc-99m-labeled intact polyvalent human immune globulin. *J Am Coll Surg.* 1997;185:534-543. [B]

71. Rao PM, Boland GWL. Imaging the right lower abdominal quadrant. *Clin Radiol.* 1998;53:639-649. [C]

72. Lau W, Ho Y, Chu K, et al. Leucocyte count and neutrophil percentage in appendicectomy for suspected appendicitis. *Aust N Z J Surg.* 1989;59:359-368. [B]

73. Thompson MM, Underwood MJ, Dookeran KA, et al. Role of sequential leucocyte counts and C-reactive protein measurements in acute appendicitis. *Br J Surg.* 1992;79:822-824. [C]

74. Hallen S, Asberg A. The accuracy of C-reactive protein in diagnosing acute appendicitis—a meta-analysis. *Scand J Clin Lab Invest.* 1997;57:373-380. [B]

75. Hoffman J, Rasmussen OO. Aides in the diagnosis of acute appendicitis. *Br J Surg.* 1989;76:774-779. [C]

76. Ernst CB. Abdominal aortic aneurysm. *N Engl J Med.* 1993;328:1167-1172. [C]

77. Shuman WP, Hastrup W, Kohler TR, et al. Suspected leaking abdominal aortic aneurysm: use of sonography in the emergency room. *Radiology.* 1988;168:117-119. [C]

78. Pavone P, DiCesare E, DiRenzi P, et al. Abdominal aortic aneurysm evaluation: comparison of US, CT, MRI, and angiography. *Magn Reson Imaging.* 1990;8:199-204. [B]

79. Kvilekval KH, Best IM, Mason RA, et al. The value of CT in the management of symptomatic abdominal aortic aneurysms. *J Vasc Surg.* 1990;12:28-33. [B]

80. Durham B. Emergency medicine physicians saving time with ultrasound. *Am J Emerg Med.* 1996;14:309-313. [C]

81. Kaufman JA, Geller SC, Peterson MJ, et al. MR imaging (including MR angiography) of abdominal aortic aneurysms: comparison with conventional angiography. *AJR Am J Roentgenol.* 1994;163:203-210. [B]

82. Ericksson I, Fosberg JO, Hemmingsson A, et al. Perioperative evaluation of abdominal aortic aneurysms: is there a need for angiography? *Acta Chir Scand.* 1981;147:533-537. [C]

83. Williamson C, Ameli FM, Provan JL, et al. The role of intravenous digital subtraction angiography as an adjunct to computed tomography in the preoperative assessment of patients with abdominal aortic aneurysm. *J Vasc Surg.* 1987;6:26-31. [B]

84. Shea JA, Berlin JA, Escarce JJ, et al. Revised estimates of diagnostic test sensitivity and specificity in suspected biliary tract disease. *Arch Intern Med.* 1994;154:2573-2581. [A]

85. Neitlich JD, Topazian M, Smith RC, et al. Detection of choledocholithiasis: comparison of unenhanced helical CT and endoscopic retrograde cholangiopancreatography. *Radiology.* 1997;203:753-757. [B]

86. Chan YL, Chan ACW, Lam WWM, et al. Choledocholithiasis: comparison of MR cholangiography and endoscopic retrograde cholangiography. *Radiology.* 1996;200:85-89. [B]

87. Lomanto D, Pavone P, Lagi A, et al. Magnetic resonance–cholangiopancreatography in the diagnosis of biliopancreatic diseases. *Am J Surg.* 1997;174:33-38. [B]

88. Geraghty JM, Guldin RD. Liver changes associated with cholecystitis. *J Clin Pathol.* 1994;47:457-460. [B]

89. Gruber PJ, Silverman RA, Gottesfeld S, et al. Presence of fever and leukocytosis in acute cholecystitis. *Ann Emerg Med.* 1996;28:273-277. [B]

90. Singer AJ, McCracken G, Henry ML, et al. Correlation among clinical laboratory and hepatobiliary scanning findings in patients with suspected acute cholecystitis. *Ann Emerg Med.* 1996;28:267-272. [B]

91. Maglinte DD, Reyes BL, Harman BM, et al. Reliability and role of plain film radiograph and CT in the diagnosis of small-bowel obstruction. *AJR Am J Roentgenol.* 1996;167:1451-1455. [B]

92. Ko YT, Lim JH, Lee DH, et al. Small bowel obstruction: sonographic evaluation. *Radiology.* 1993;188:649-653. [B]

93. Frager D, Medwid SW, Baer JW, et al. CT of small-bowel obstruction: value in establishing the diagnosis and determining the degree and cause. *AJR Am J Roentgenol.* 1994;162:37-41. [B]

94. Fukuya T, Hawes DR, Lu CC, et al. CT diagnosis of small-bowel obstruction: efficacy in 60 patients. *AJR Am J Roentgenol.* 1992;158:765-769. [B]

95. Taourel PG, Fabre JM, Pradel JA, et al. Value of CT in the diagnosis and management of patients with suspected acute small bowel obstruction. *AJR Am J Roentgenol.* 1995;165:1187-1192. [B]

96. Ogata M, Mateer JR, Condon RE. Prospective evaluation of abdominal sonography for the diagnosis of bowel obstruction. *Ann Surg.* 1996;223:237-241. [B]

97. Ambrosetti P, Grossholz M, Becker C, et al. Computed tomography in acute left colonic diverticulitis. *Br J Surg.* 1997;84:532-534. [B]

98. Stafansson T, Nyman R, Nilsson S, et al. Diverticulitis of the sigmoid colon. A comparison of CT, colonic enema and laparoscopy. *Acta Radiol.* 1997;38:313-319. [B]

99. Schwerk WB, Schwartz S, Rothmund M. Sonography in acute colonic diverticulitis: a prospective study. *Dis Colon Rectum.* 1992;35:1077-1084. [B]

100. Zielke A, Hasse C, Nies C, et al. Prospective evaluation of ultrasonography in acute colonic diverticulitis. *Br J Surg.* 1997;84:385-388. [B]

101. Cho KC, Morehouse HT, Alterman DO, et al. Sigmoid diverticulitis: diagnostic role of CT—comparison with barium enema studies. *Radiology.* 1990;176:111-115. [B]

102. Shepherd RW, Patton PE, Nevy MJ, et al. Serial beta-hCG measurements in the early detection of ectopic pregnancy. *Obstet Gynecol.* 1990;75:417-420. [C]

103. Kaplan BC, Dart RG, Moskos M, et al. Ectopic pregnancy: prospective study with improved diagnostic accuracy. *Ann Emerg Med.* 1996;28:10-17. [B]

104. Dart RG, Kaplan B, Cox C. Transvaginal ultrasound in patients with low beta-human chorionic gonadotropin values: how often is the study diagnostic? *Ann Emerg Med.* 1997;30:135-140. [B]

105. Zinn HL, Cohen HL, Zinn DL. Ultrasonographic diagnosis of ectopic pregnancy: importance of transabdominal imaging. *J Ultrasound Med.* 1997;16:603-607. [C]

106. Klein HMN, Lensing R, Klust ER, et al. Diagnostic imaging of mesenteric infarction. *Radiology.* 1995;197:79-82. [B]

107. Balthazar EJ, Liebeskind ME, Macari M. Intestinal ischemia in patients in whom small bowel obstruction is suspected: evaluation of accuracy, limitations and clinical implications of CT in diagnosis. *Radiology.* 1997;205:519-522. [B]

108. Teefey SA, Roarke MC, Brink JA, et al. Bowel wall thickening: differentiation of inflammation from ischemia with color Doppler and duplex US. *Radiology.* 1996;198:547-551. [B]

109. Leo PJ, Simonian HG. The serum phosphate and acute ischemic bowel disease. *Am J Emerg Med.* 1996;14:377-379. [C]

110. Feretis CB. Kuborozos BA, Vyssoulis GP, et al. Serum phosphate levels in acute bowel ischemia. *Am Surg.* 1985;51:424-427. [C]

111. Tepper R, Zalel Y, Goldberger S, et al. Diagnostic value of transvaginal color Doppler flow in ovarian torsion. *Eur J Obstet Gynecol Reprod Biol.* 1996;68:115-118. [C]

112. Orebaugh SL. Normal amylase in the presentation of acute pancreatitis. *Am J Emerg Med.* 1994;12:21-24. [B]

113. Lin XZ, Wang SS, Tasi YT, et al. Serum amylase, isoamylase and lipase in the acute abdomen. *J Clin Gastroenterol.* 1989;11:47-52. [B]

114. Gumaste VV, Roditis N, Mehta D, et al. Serum lipase levels in nonpancreatic abdominal pain versus acute pancreatitis. *Am J Gastroenterol.* 1993;88:2051-2055. [A]

115. Chalmers AG. The role of imaging in acute pancreatitis. *Eur J Gastroenterol Hepatol.* 1997;9:106-116. [C]

116. Morgan DE, Baron TH, Smith JK, et al. Pancreatic fluid collections prior to intervention: evaluation with MR imaging compared with CT and US. *Radiology.* 1997;203:773-778. [B]

117. Balthazar EJ, Robinson DL, Megibow AJ, et al. Acute pancreatitis: value of CT in establishing prognosis. *Radiology.* 1990;174:331-336. [C]

118. Smith RC, Verga M, McCarthy, et al. Diagnosis of acute flank pain: value of unenhanced CT. *AJR Am J Roentgenol.* 1996;166:97-101. [B]

119. Fielding JR, Steele G, Fox LA, et al. Spiral computerized tomography in the evaluation of acute flank pain: a replacement for excretory urography. *J Urol.* 1997;157:2071-2073. [B]

120. Dalrymple NC, Verga M, Anderson KR. The value of unenhanced helical computed tomography in the management of acute flank pain. *J Urol.* 1998;159:734-735. [C]

121. Sinclair D, Wilson S, Toi A. et al. The evaluation of suspected renal colic: ultrasound scan vs. excretory urography. *Ann Emerg Med.* 1989;18:556-559. [B]

122. Hill MC, Rich JI, Mardiat JG, et al. Sonography vs. excretory urography in acute flank pain. *AJR Am J Roentgenol.* 1985;144:1235-1238. [B]

123. Gorelik U, Ulish Y, Yagil Y. The use of standard imaging techniques and their diagnostic value in the workup of renal colic in the setting of intractable flank pain. *Urology.* 1996;47:637-642. [B]

124. Haddad MC, Sharif HS, Shaed MS, et al. Renal colic: diagnosis and outcome. *Radiology.* 1992;184:83-88. [B]

125. Levine JA, Neitlich J, Verga M, et al. Ureteral calculi in patients with flank pain: correlation of plain radiography with unenhanced helical CT. *Radiology.* 1997;204:27-31. [B]

126. Middleton WD, Siegel BA, Melson GL, et al. Acute scrotal disorders: prospective comparison of color Doppler US and testicular scintigraphy. *Radiology.* 1990;177:177-181. [B]

127. Fitzgerald SW, Erickson S, Dewire DM, et al. Color Doppler sonography in the evaluation of the adult acute scrotum. *J Ultrasound Med.* 1992;11:543-548. [B]

128. Melloul M, Paz A, Lask D, et al. The value of radionuclide scrotal imaging in the diagnosis of acute testicular torsion. *Br J Urol.* 1995;76:628-631. [B]

129. Bailey BL. Urinalysis predictive of urine culture results. *J Fam Pract.* 1995;40:45-50. [C]

130. Ditchburn RK, Ditchburn JS. A study of microscopical and chemical tests for the rapid diagnosis of urinary tract infections in general practice. *Br J Gen Pract.* 1990;40:406-408. [B]

131. Weinberg AG, Gan VN. Urine screen for bacteriuria in symptomatic outpatients. *Pediatr Infect Dis J.* 1991;10:651-654. [C]

132. Bartlett RC, Zern DA, Rajkiewicz I, et al. Reagent strip screening for sediment abnormalities identified by automated microscopy in urine from patients suspected to have urinary tract disease. *Arch Pathol Lab Med.* 1994;118:1098-1101. [B]

133. Peipert JF, Boardman L, Hogan JW, et al. Laboratory evaluation of acute upper genital tract infection. *Obstet Gynecol.* 1996;87:730-736. [B]

134. Lehtinen M, Laine S, Heinonen PK, et al. Serum C-reactive protein determination in acute pelvic inflammatory disease. *Am J Obstet Gynecol.* 1986;154:158-159. [C]

135. Miettinen AK, Heinonen PK, Laippala P, et al. Test performance of erythrocyte sedimentation rate and C-reactive protein in assessing the severity of acute pelvic inflammatory disease. *Am J Obstet Gynecol.* 1993;169:1143-1149. [B]

136. Cacciatore B, Leminen A, Ingman-Frieberg S, et al. Transvaginal sonographic findings in ambulatory patients with suspected pelvic inflammatory disease. *Obstet Gynecol.* 1992;80:912-916. [A]

137. Bulas DI, Ahlstrom PA, Sivit CJ, et al. Pelvic inflammatory disease in the adolescent: comparison of transabdominal and transvaginal sonographic evaluation. *Radiology.* 1992;183:435-439. [B]

**CLINICAL POLICY**

## APPENDIX.

The following table is a compilation of imaging modalities and laboratory tests often used in the evaluation of ED patients with suspected major abdominal conditions. The literature cited in the appendix provide maximum sensitivity and specificity. Individual institutions may achieve lower sensitivities and specificities using these modalities. Institutional variation of imaging and laboratory capabilities and surgical consultation patterns will determine the actual usefulness of these tests in any given circumstance. The tests are listed in approximate order of utility for each condition.

| Presumptive Diagnosis | Testing | Comments |
|---|---|---|
| Appendicitis | CT[*] | CT scanning has emerged as the imaging modality of choice in most patients with suspected appendicitis in whom an imaging study is indicated. Sensitivity approaching 100% and specificity of 95% to 98% are reported from one university group.[58,59] Similar results have been reported in a community hospital setting.[60] Liberal use of CT scanning has decreased negative appendectomy rates[61,62] and may decrease the cost of hospital resources in patients with suspected appendicitis.[63,64] |
| | Unenhanced CT | Sensitivity/specificity of 90% and 97%, respectively, have been obtained with helical CT technique without contrast.[65,66] |
| | Ultrasound | Best reported sensitivity of 93% and specificity of 91%.[67,68] This modality is generally preferred in children and pregnant patients but is also the test most subject to operator variation. |
| | Tc-99m WBC scan | Radiolabeled WBC scans are very effective in some hands with a sensitivity of 98% and specificity of 95%.[69] |
| | Tc-99m immune globulin scan | Sensitivity of 91% reported.[70] Inherent delays with this type of imaging, technical preparation, and large number of nonspecific findings make radiolabeled studies less useful in most institutions. |
| | Abdominal plain films | Abdominal plain films are not beneficial.[71] |
| | WBC count CRP | An elevated WBC count or CRP level is not sensitive for appendicitis; both tests demonstrate rather poor specificity.[72-75] |
| Abdominal aortic aneurysm | CT Ultrasound | CT and ultrasound approach 100% sensitivity in detecting the presence of an aneurysm.[76-78] In stable patients, a leaking aneurysm is best visualized by CT, and obtaining this study did not adversely affect outcome.[79] Unstable patients with AAA have an increased mortality and morbidity if surgical evaluation is delayed for formal imaging studies.[76] A bedside ultrasound scan during resuscitation in unstable patients may help to confirm or refute the diagnosis.[80] |
| | MRI | Very accurate in delineating AAA anatomy but logistical concerns preclude its use in the emergency patient.[78,81] |
| | Angiography | Less sensitive than CT or ultrasound scan in detecting AAA and neither practical nor appropriate in the emergent patient.[82,83] |
| Biliary tract disease | Ultrasound | Ultrasound scanning remains the preferred test for delineating biliary tract anatomy. Sensitivity for detecting cholelithiasis is approximately 91% and specificity 98%.[84] Ultrasound scanning has practical advantages in imaging in that it is quick, inexpensive, and generally easier to obtain and should be considered the test of first choice. |
| | Radionuclide scanning | Radionuclide scan depicts function best—sensitivity 97% and specificity 90% for acute cholecystitis.[84] |
| | CT/MRI | CT and MRI are superior to ultrasound scans for detecting common duct pathology and choledocholithiasis.[85-87] |
| | LFT | Elevated LFTs are only approximately 50% specific for cholecystitis and relatively insensitive.[88] |
| | WBC count | Up to 40% of patients with acute cholecystitis will not have an elevated WBC count.[89,90] |
| Bowel obstruction | Abdominal plain films | Plain film sensitivity for diagnosing SBO is as high as 70% with a specificity of approximately 80%.[91,92] Test of first choice. |
| | CT | CT is 94% to 100% sensitive and 83% to 96% specific in diagnosing SBO and can delineate the etiology of obstruction in up to 90% of patients.[93,94] CT is also accurate in differentiating SBO from ileus.[95] |
| | Ultrasound | The sensitivity and specificity of ultrasound scanning approximates 88% and 96%, respectively, in diagnosing bowel obstruction.[92,96] |
| Diverticulitis | CT | CT demonstrates diverticulitis with sensitivities and specificities approaching 100%.[97,98] |
| | Ultrasound | Graded compression ultrasound scanning has a sensitivity of 84% to 98% and a specificity of 93% to 97%.[99,100] |
| | Barium contrast enema | Sensitivity of 80%, specificity of 100% has been reported.[98,101] |
| Ectopic pregnancy | Ultrasound—endovaginal | The accuracy of ultrasound scanning is dependent on the operator and the gestational period as evidenced by the quantitative β-hCG value. The primary utility of ultrasound is detecting an IUP thereby essentially excluding an ectopic pregnancy. A gestational sac can be seen at a β-hCG level of 1,000 to 2,000 mIU/mL (1 to 2 IRP).[102,103] With a β-hCG <1,000 mIU/mL, there is only a 17% sensitivity in making the diagnosis of IUP or ectopic pregnancy.[104] |
| | Ultrasound—transabdominal | Transabdominal ultrasound scanning may occasionally locate an ectopic pregnancy missed by an endovaginal examination.[105] |

*Cont'd.*

9

CLINICAL POLICY

APPENDIX. *Cont'd*

| Presumptive Diagnosis | Testing | Comments |
|---|---|---|
| Mesenteric infarction/ischemia | Angiography | Angiography has 88% sensitivity for mesenteric infarction (92% arterial, 50% venous).[106] |
| | CT | Sensitivity ~82%, specificity to 93%.[106,107] CT more accurate for venous obstruction than angiography. |
| | Ultrasound | 28% sensitive for infarction,[106] although color Doppler can be helpful in differentiating ischemic bowel wall from inflammatory bowel wall.[108] |
| | Abdominal plain films | Plain radiographs are typically normal in early disease, but can show pneumatosis intestinalis, portal vein gas, or thumb-printing in more advanced disease.[106] |
| | Serum phosphate | Sensitivities quite variable: 26% to 85%, specificity as high as 85%.[109,110] |
| Ovarian torsion | Color flow Doppler ultrasound | Color flow Doppler ultrasound was 100% sensitive in a small series for depicting ovarian torsion.[111] |
| Pancreatitis | Amylase | Sensitivity approximately 80%, 90% specific.[112,113] Using a cutoff of 3 times the traditional top normal value of amylase increases specificity to 100%, although a corresponding drop in sensitivity to 72%.[114] |
| | Lipase | Sensitivity 97% to 100%, specificity 83% to 98%.[112,113] |
| | CT/MRI/ultrasound | All depict pancreatic and peripancreatic fluid collections well.[115,116] CT demonstrates pancreatic necrosis reasonably well and can aid in establishing prognosis.[117] |
| Urinary stone disease | Unenhanced CT | Unenhanced helical CT depicts urinary stone disease with sensitivity of 97% to 98%, specificity of 96% to 100%.[118-120] |
| | IVP | Sensitivity of 85% to 90%, specificity of 95% to 100%.[121,122] |
| | Ultrasound plus KUB | Best reported sensitivity of 93%, with 100% specificity.[123,124] |
| | KUB alone | Sensitivities approximate 60%, specificity 77%.[124,125] |
| Testicular torsion | Color flow Doppler ultrasound | Sensitivities and specificities approach 100% in some reported series.[126,127] |
| | Radionuclide scanning | Reported sensitivities of 85% to 98%, specificity to 100%.[127,128] If acute torsion is suspected, urologic consultation should not be delayed for imaging studies. |
| Urinary tract infection | Urine WBC | >10 WBC/hpf sensitivity 82% and specificity 80% for positive culture (>50,000 CFU/mL).[129] |
| | Leukocyte esterase | Sensitivity 72% to 89%; specificity 68% to 92%.[130-132] |
| | Nitrite | Sensitivity 40% to 75%, specificity 93% to 98%.[129-131] |
| Salpingitis/PID | WBC | An elevated WBC count is generally not a sensitive indicator of PID (66% sensitive).[133] |
| | ESR | 60% to 81% sensitive, 53% to 57% specific.[133-135] |
| | CRP | 50% to 74% sensitive, 59% to 80% specific.[133-135] |
| | Ultrasound | 85% sensitive, 100% specific in a small series,[136] but 63% sensitivity reported in a study primarily of adolescents.[137] |

**CT,** Computed tomography; **Tc-99m,** technetium 99m; **CRP,** C-reactive protein; **AAA,** abdominal aortic aneurysm; **MRI,** magnetic resonance imaging; **LFT,** liver function test; **SBO,** small-bowel obstruction; β-hCG, β-human chorionic gonadotropin; **IUP,** intrauterine pregnancy; **IRP,** International Reference Preparation; **IVP,** intravenous pyelogram; **KUB,** kidneys, ureter, and bladder; **hpf,** high-power field; **CFU,** colony-forming unit; **PID,** pelvic inflammatory disease; **ESR,** erythrocyte sedimentation rate.
*There are differences in contrast administration protocols among the studies, making direct comparison of reports problematic.

Case 2:05-cv-01214-MEF-SRW     Document 23-5     Filed 08/31/2007     Page 20 of 40



For the treatment of symptoms of seasonal
& perennial allergic rhinitis
in patients 2 years and older

Learn more

**Important Safety Information**

For intranasal use only. Patients
should avoid spraying VERAMYST in
the eyes.
Overall adverse reactions were
comparable to vehicle placebo.

Search Medscape, MEDLINE and Drug Reference

Search

on this
topic

Print        Email

From

Posted 06/07/2006

**Romano Delcore, M.D., F.A.C.S.; Laurence Y. Cheung, M.D., F.A.C.S.**

The term acute abdominal pain generally refers to previously undiagnosed pain that arises
suddenly and is of less than 7 days' (usually less than 48 hours') duration.[1] It may be caused by a
great variety of intraperitoneal disorders, many of which call for surgical treatment, as well as by a
range of extraperitoneal disorders,[2] which typically do not call for surgical treatment [see*Clinical
Evaluation, Tentative Differential Diagnosis -- omitted, below*]. Abdominal pain that persists for 6
hours or longer is usually caused by disorders of surgical significance.[3] The primary goal in the
management of patients with acute abdominal pain is to determine whether operative intervention is
necessary and, if so, when the operation should be performed. Often, this determination is easy to
make; on occasion, however, the evaluation of patients with acute abdominal pain can be one of
the most difficult challenges in clinical surgery. It is essential to keep in mind that most (at least two
thirds) of the patients who present with acute abdominal pain have disorders for which surgical
intervention is not required.[2,4,5]

Making the correct decision regarding whether to operate on a patient with acute abdominal pain
requires sound surgical judgment. The decision must be based on a detailed medical and surgical
clinical history as well as a meticulous physical examination. These, in turn, must be based on
experience, a thorough knowledge of the anatomy and physiology of the peritoneal cavity, and a
clear understanding of the pathologic processes that occur within the abdomen. Much has been
written about the diagnosis of acute abdominal pain since 1921, when Sir Zachary Cope first
published his now classic paper.[3] Although the basic approach to assessment of acute abdominal
pain remains much the same today, the introduction of new diagnostic technologies and better
resuscitation methods, coupled with an aging population (in the United States and other developed
countries) and new disease processes, necessitates periodic revision of the traditional approach as
well as constant broadening of the differential diagnosis. For example, with the proliferation of less
invasive surgery, the use of laparoscopy has expanded far beyond its initial application to
cholecystectomy. Emergency laparoscopy has become more widely accepted in the treatment of
acute surgical diseases (e.g., acute appendicitis and perforated peptic ulcer) as general surgeons
gain competence in its use. Diagnostic laparoscopy has also proved valuable in the assessment of
acute abdominal pain (see below).

Historically, diagnosis of the causes of acute abdominal pain has been based largely on pattern
recognition, in which clinicians attempt to match new cases to preexisting stereotypes (so-called
classic presentations) of various diseases. Certainly, knowledge of these classic presentations is
basic to successful diagnosis, but it is crucial to remember that at least one third of patients with
acute abdominal pain exhibit atypical features that render pattern recognition unreliable.[4,6,7]

Clinical Evaluation

*History*

A careful and methodical clinical history should be obtained that includes the mode of onset,
duration, frequency, character, location, chronology, radiation, and intensity of the pain, as well as
the presence or absence of any aggravating or alleviating factors and associated symptoms. Often,



fluticasone furoate
Nasal Spray

Prescribing Information

For the treatment
of symptoms of
seasonal & perennial
allergic rhinitis
in patients
2 years and older

Learn more

**Important Safety
Information**

For intranasal use
only. Patients
should avoid
spraying
VERAMYST in the
eyes.

Overall adverse
reactions were
comparable to
vehicle placebo.
Common adverse

such a history is more valuable than any single laboratory or x-ray finding and determines the course of subsequent evaluation and management. Unfortunately, when the ability of clinicians to take an organized and accurate history has been studied, the results have been disappointing.[7] For this reason, the use of standardized history and physical forms, with or without the aid of diagnostic computer programs, has been recommended.

Computer-aided diagnosis has been extensively studied in England.[8–11] In these studies, physicians collected clinical data on structured data sheets and entered the information into a computer running a diagnostic program; the computer, which contained a large clinical database, then generated diagnostic probabilities. One such study demonstrated that integration of computer-aided diagnosis into the management of 16,737 patients with acute abdominal pain yielded a 20% improvement in diagnostic accuracy.[8] This improvement resulted in statistically significant reductions in inappropriate admissions, negative laparotomies, serious management errors (e.g., failure to operate on patients who require surgery), and length of hospital stay, as well as statistically significant increases in the number of patients who were immediately discharged home without adverse effects and the promptness with which those requiring surgery underwent operation. Although these impressive results are undoubtedly attributable to more than one cause, it is certain that the required use of a structured data sheet to record the patient's history for computer analysis played a crucial role. In fact, when the data sheets were used without the computer, diagnostic accuracy and overall decision making were still significantly improved.

There now appears to be more than sufficient evidence to support the routine use of structured data sheets in the initial stages of obtaining a history from a patient with acute abdominal pain.[9–11] An example of such a data sheet is the pain chart developed by the World Organization of Gastroenterology (OMGE) [see Figure 1 -- omitted]. The components of this data sheet represent the consensus of the more than 2,000 surgeons worldwide who contributed to its development and have used it to collect information for the Research Committee of the OMGE and other groups studying acute abdominal pain.[12,13] Given that the data sheet is by no means exhaustive, individual surgeons may want to add to it; however, they would be well advised not to omit any of the symptoms and signs on the data sheet from their routine examination of patients with acute abdominal pain.[14]

When the surgeon obtains a complete clinical history with an open mind, the patient often provides important clues to the correct diagnosis. Patients should be allowed to relate the history in their own words, and examiners should refrain from suggesting specific symptoms, except as a last resort. Any questions that must be asked should be open-ended—for example, "What happens when you eat?" rather than "Does eating make the pain worse?" Leading questions should be avoided. When a leading question must be asked, it should be posed first as a negative question (i.e., one that calls for an answer in the negative), since a negative answer to a question is more likely to be honest and accurate. For example, if peritoneal inflammation is suspected, the question asked should be "Does coughing make the pain better?" rather than "Does coughing make the pain worse?"

The mode of onset of abdominal pain may help the examiner determine the severity of the underlying disease. Pain that has a sudden onset suggests an intra-abdominal catastrophe, such as a ruptured abdominal aortic aneurysm (AAA), a perforated viscus, or a ruptured ectopic pregnancy. Rapidly progressive pain that becomes intensely centered in a well-defined area within a period of a few minutes to an hour or two suggests a condition such as acute cholecystitis or pancreatitis. Pain that has a gradual onset over several hours, usually beginning as slight or vague discomfort and slowly progressing to steady and more localized pain, suggests a subacute process and is characteristic of peritoneal inflammation. Numerous disorders may be associated with this mode of onset, including acute appendicitis, diverticulitis, pelvic inflammatory disease (PID), and intestinal obstruction.

Pain can be either intermittent or continuous. Intermittent or cramping pain (colic) is pain that occurs for a short period (a few minutes), followed by longer periods (a few minutes to one-half hour) of complete remission during which there is no pain at all. Intermittent pain is characteristic of obstruction of a hollow viscus and results from vigorous peristalsis in the wall of the viscus proximal to the site of obstruction. This pain is perceived as deep in the abdomen and is poorly localized. The patient is restless, may writhe about incessantly in an effort to find a comfortable position, and often presses on the abdominal wall in an attempt to alleviate the pain. Whereas the intermittent pain associated with intestinal obstruction (typically described as gripping and mounting) is usually severe but bearable, the pain associated with obstruction of small conduits (e.g., the biliary tract, the ureters, and the uterine tubes) often becomes unbearable. Obstruction of the gallbladder or bile ducts gives rise to a type of pain often referred to as biliary colic; however, this term is a misnomer, in that biliary pain is usually constant because of the lack of a strong muscular coat in the biliary tree and the absence of regular peristalsis.

Continuous or constant pain is pain that is present for hours or days without any period of complete

relief; it is more common than intermittent pain. Continuous pain is usually indicative of peritoneal inflammation or ischemia. It may be of steady intensity throughout, or it may be associated with intermittent pain. For example, the typical colicky pain associated with simple intestinal obstruction changes when strangulation occurs, becoming continuous pain that persists between episodes or waves of cramping pain.

Certain types of pain are generally held to be typical of certain pathologic states—for example, the general burning pain of a perforated gastric ulcer, the tearing pain of a dissecting aneurysm, and the gripping pain of intestinal obstruction. However, the character of the pain is not always a reliable clue to its cause.

For several reasons—atypical pain patterns, dual innervation by visceral and somatic afferents, normal variations in organ position, and widely diverse underlying pathologic states—the location of abdominal pain is only a rough guide to diagnosis. It is nevertheless true that in most disorders, the pain tends to occur in characteristic locations, such as the right upper quadrant (cholecystitis), the right lower quadrant (appendicitis), the epigastrium (pancreatitis), or the left lower quadrant (sigmoid diverticulitis) [see Figures 2a -- omitted, 2b -- omitted and 2c -- omitted]. It is important to determine the location of the pain at onset because this may differ from the location at the time of presentation (so-called shifting pain). In fact, the chronological sequence of events in the patient's history is often more important for diagnosis than the location of the pain alone. For example, the classic pain of appendicitis begins in the periumbilical region and settles in the right lower quadrant. A similar shift in location can occur when escaping gastroduodenal contents from a perforated ulcer pool in the right lower quadrant.

It is also important to take into account radiation or referral of the pain, which tends to occur in characteristic patterns [see Figure 3 – omitted]. For example, biliary pain is referred to the right subscapular area, and the boring pain of pancreatitis typically radiates straight through to the back. The more severe the pain is, the more likely it is to be referred.

The intensity or severity of the pain is related to the magnitude of the underlying insult. It is important to distinguish between the intensity of the pain and the patient's reaction to it because there appear to be significant individual differences with respect to tolerance of and reaction to pain. Pain that is intense enough to awaken the patient from sleep usually indicates a significant underlying organic cause. Past episodes of pain and factors that aggravate or relieve the pain often provide useful diagnostic clues. For example, pain caused by peritonitis tends to be exacerbated by motion, deep breathing, coughing, or sneezing, and patients with peritonitis tend to lie quietly in bed and avoid any movement. The typical pain of acute pancreatitis is exacerbated by lying down and relieved by sitting up. Pain that is relieved by eating or taking antacids suggests duo denal ulcer disease, whereas diffuse abdominal pain that appears 30 minutes to 1 hour after meals suggests intestinal angina.

Associated gastrointestinal symptoms, such as nausea, vomiting, anorexia, diarrhea, and constipation, often accompany abdominal pain; however, these symptoms are nonspecific and therefore may not be of great value in the differential diagnosis. Vomiting in particular is common: when sufficiently stimulated by pain impulses traveling via secondary visceral afferent fibers, the medullary vomiting centers activate efferent fibers and cause reflex vomiting. Once again, the chronology of events is important, in that pain often precedes vomiting in patients with conditions necessitating operation, whereas the opposite is usually the case in patients with medical (i.e., nonsurgical) conditions.[4,6] This is particularly true for patients with acute appendicitis, in whom pain almost always precedes vomiting by several hours. Similarly, constipation may result from a reflex paralytic ileus when sufficiently stimulated visceral afferent fibers activate efferent sympathetic fibers (splanchnic nerves) to reduce intestinal peristalsis. Diarrhea is characteristic of gastroenteritis but may also accompany incomplete intestinal obstruction. More significant is a history of obstipation, because if it can be definitely established that a patient with acute abdominal pain has not passed gas or stool for 24 to 48 hours, it is certain that some degree of intestinal obstruction is present. Other associated symptoms that should be noted include jaundice, melena, hematochezia, hematemesis, and hematuria. These symptoms are much more specific than the ones just discussed and can be extremely valuable in the differential diagnosis. Most conditions that cause acute abdominal pain of surgical significance are associated with some degree of fever. Fever suggests an inflammatory process; however, it is usually low grade and often absent altogether, particularly in elderly and immunocompromised patients. The combination of a high fever with chills and rigors indicates bacteremia, and concomitant changes in mental status (e.g., agitation, disorientation, and lethargy) suggest impending septic shock.

A history of trauma (even if the patient considers the traumatic event trivial) should be actively sought in all cases of unexplained acute abdominal pain; such a history may not be readily volunteered (as is often the case with trauma resulting from domestic violence). With female patients, it is essential to obtain a detailed gynecologic history that includes the timing of symptoms within the menstrual cycle, the date of the last menses, previous and current use of contraception,

any abnormal vaginal bleeding or discharge, an obstetric history, and any risk factors for ectopic pregnancy (e.g., PID, use of an intrauterine device, or previous ectopic or tubal surgery).

A complete history of previous medical conditions must be obtained because associated diseases of the cardiac, pulmonary, and renal systems may give rise to acute abdominal symptoms and may also significantly affect the morbidity and mortality associated with surgical intervention. Weight changes, past illnesses, recent travel, environmental exposure to toxins or infectious agents, and medications used should also be investigated. A history of previous abdominal operations should be obtained but should not be relied on too heavily in the absence of operative reports. A careful family history is important for detection of hereditary disorders that may cause acute abdominal pain. A detailed social history should also be obtained that includes tobacco, alcohol, or illicit drug use as well as a sexual history.

### Tentative Differential Diagnosis

Once the patient's history has been obtained, the examiner should generate a tentative differential diagnosis and carry out the physical examination in search of specific signs or findings that either rule out or confirm the diagnostic possibilities. Given that the list of conditions that can cause acute abdominal pain is almost endless [see Tables 1 -- omitted and 2 -- omitted], there is no substitute for some general knowledge of what the most common causes of acute abdominal pain are and how age, gender, and geography may affect the likelihood that any of these potential causes is present.

Ambulatory patients with acute abdominal pain as a chief complaint constitute 2% to 3% of all patients in an office practice and 5% to 10% of all patients seen in the emergency department.[4,13,15] At least two thirds of these patients have disorders that do not call for surgical intervention.[2,4,5] Although acute abdominal pain is the most common surgical emergency and most non-trauma-related surgical admissions (and 1% of all hospital admissions) are accounted for by patients complaining of abdominal pain, little information is available regarding the clinical spectrum of disease in these patients.[16] Nevertheless, detailed epidemiologic information can be an invaluable asset in the diagnosis and treatment of acute abdominal pain.

The most extensive information available comes from the ongoing survey begun in 1977 by the Research Committee of the OMGE. As of the last progress report on this survey, which was published in 1988,[12] more than 200 physicians at 26 centers in 17 countries had accumulated data on 10,320 patients with acute abdominal pain [see Table 3 -- omitted]. The most common diagnosis in these patients was nonspecific abdominal pain (NSAP)—that is, the retrospective diagnosis of exclusion in which no cause for the pain can be identified.[17,18] Nonspecific abdominal pain accounted for 34% of all patients seen; the four most common diagnoses accounted for more than 75%. The most common surgical diagnosis was acute appendicitis, followed by acute cholecystitis, small bowel obstruction, and gynecologic disorders. Relatively few patients had perforated peptic ulcer, a finding that confirms the recent downward trend in the incidence of this condition. Cancer was found to be a significant cause of acute abdominal pain. There was little variation in the geographic distribution of surgical causes of acute abdominal pain (i.e., conditions necessitating operation) among developed countries. In patients who required operation, the most common causes were acute appendicitis (42.6%), acute cholecystitis (14.7%), small bowel obstruction (6.2%), perforated peptic ulcer (3.7%), and acute pancreatitis (4.5%).[12]

The finding that NSAP was the most common diagnosis in patients with acute abdominal pain was confirmed by several other clinical studies[4,5,16,19]; the finding that acute appendicitis, cholecystitis, and intestinal obstruction were the three most common diagnoses in patients with acute abdominal pain who require operation was also amply confirmed[1,4,5,16,19] [see Table 3 -- omitted].

The data described so far provide a comprehensive picture of the most likely diagnoses for patients with acute abdominal pain in many centers around the world; however, this picture does not take into account the effect of age on the relative likelihood of the various potential diagnoses. It is well known that the disease spectrum of acute abdominal pain is different in different age groups, especially in the very old and the very young.[20] This variation is apparent when the 10,320 patients from the OMGE study are segregated by age[21] [see Table 4 -- omitted]. In patients 50 years of age or older, cholecystitis was more common than either NSAP or acute appendicitis, and small bowel obstruction, diverticular disease, and pancreatitis were all approximately five times more common than in patients younger than 50 years. Hernias were also a much more common problem in older patients. In the entire group of patients, only one of every 10 instances of intestinal obstruction was attributable to a hernia, whereas in patients 50 years of age or older, one of every three instances was caused by an undiagnosed hernia. Cancer was 40 times more likely to be the cause of acute abdominal pain in patients 50 years of age or older; vascular diseases (including myocardial infarction, mesenteric ischemia, and ruptured AAA) were 25 times more common in patients 50 years of age or older and 100 times more common in patients older than 70 years. What is more,

outcome was clearly related to age: mortality was significantly higher in patients older than 70 years (5%) than in those younger than 50 years (less than 1%). Whereas the peak incidence of acute abdominal pain occurred in patients in their teens and 20s, the great majority of deaths occurred in patients older than 70 years.[22]

Further analysis of the data from the OMGE survey also makes it clear that the disease spectrum in children is different from that in adults: well over 90% of cases of acute abdominal pain in children are diagnosed as either acute appendicitis (32%) or nonspecific abdominal pain (62%).[22] Similar age-related differences in the spectrum of disease have been confirmed by other studies,[16] as have various gender-related differences.

Knowledge of the most common causes of acute abdominal pain and familiarity with the special circumstances that make particular causes more likely than others allow the surgeon to play the odds.[14] As has often been said, common things are common—or, to put it another way, most patients get what most people get.

*Physical Examination*

In physical examination, as in history taking, there is no substitute for organization and patience; the amount of information that can be obtained is directly proportional to the gentleness and thoroughness of the examiner. The physical examination begins with a brief but thorough evaluation of the patient's general appearance and ability to answer questions. The degree of obvious pain should be estimated. The patient's position in bed should be noted: as an example, a patient who lies motionless with flexed hips and knees is more likely to have generalized peritonitis, whereas a restless patient who writhes about in bed is more likely to have colicky pain, which suggests different diagnoses. The area of maximal pain should be identified before the physical examination is begun. The examiner can easily do this by simply asking the patient to cough and then to point with one finger to the area of maximal pain. This allows the examiner to avoid the area in the early stages of the examination and to confirm it at a later stage without causing the patient unnecessary discomfort in the meantime.

A complete physical examination should be performed and extra-abdominal causes of pain and signs of systemic illness should be sought before attention is directed to the patient's abdomen. Systemic signs of shock, such as diaphoresis, pallor, hypothermia, tachypnea, tachycardia with orthostasis, and frank hypotension, usually accompany a rapidly progressive or advanced intra-abdominal condition and, in the absence of extra-abdominal causes, are an indication for immediate laparotomy. The absence of any alteration in vital signs, however, does not necessarily exclude a serious intra-abdominal process.

The surgeon then begins the abdominal examination. This is done with the patient resting in a comfortable supine position. The examination should include inspection, auscultation, percussion, and palpation of all areas of the abdomen, the flanks, and the groin (including all hernia orifices) in addition to rectal and genital examinations (and, in female patients, a full gynecologic examination). A systematic approach is crucial: an examiner who methodically follows a set pattern of abdominal examination every time will be rewarded more frequently than one who improvises haphazardly with each patient.

The first step in the abdominal examination is careful inspection of the anterior and posterior abdominal walls, the flanks, the perineum, and the genitalia for previous surgical scars (possible adhesions), hernias (incarceration or strangulation), distention (intestinal obstruction), obvious masses (distended gall bladder, abscesses, or tumors), ecchymosis or abrasions (trauma), striae (pregnancy or ascites), everted umbilicus (increased intra-abdominal pressure), visible pulsations (aneurysm), visible peristalsis (obstruction), limitation of movement of the abdominal wall with ventilatory movements (peritonitis), or engorged veins (portal hypertension).

The next step in the abdominal examination is auscultation. Although it is important to note the presence (or absence) of bowel sounds and their quality, auscultation is probably the least rewarding aspect of the physical examination. Severe intra-abdominal conditions, even intra-abdominal catastrophes, may occur in patients with normal bowel sounds, and patients with silent abdomens may have no significant intra-abdominal pathology at all. In general, however, the absence of bowel sounds indicates a paralytic ileus; hyperactive or hypoactive bowel sounds often are variations of normal activity; and high-pitched bowel sounds with splashes, tinkles (echoing as in a large cavern), or rushes (prolonged, loud gurgles) indicate mechanical bowel obstruction.

The third step is percussion to search for any areas of dullness, fluid collections, sections of gas-filled bowel, or pockets of free air under the abdominal wall. Tympany may be present in patients with bowel obstruction or hollow viscus perforation. Percussion can be useful as a way of estimating organ size and of determining the presence of ascites (signaled by a fluid wave or

Case 2:05-cv-01214-MEF-SRW    Document 23-5    Filed 08/31/2007    Page 25 of 40

shifting dullness). It is most useful, however, as a means of demonstrating peritoneal irritation (rebound tenderness). The customary technique is to dig the fingers deep into the patient's abdomen and then let go abruptly. This technique is a time-honored one, but it is painful and often misleads the examiner into assuming that an acute process is present when none exists. Gentle percussion over the four quadrants of the abdomen is much better tolerated by the patient; in addition, it is much more accurate in demonstrating rebound tenderness.

The last step, palpation, is the most informative aspect of the physical examination. Palpation of the abdomen must be done very gently to avoid causing additional pain early in the examination. It should begin as far as possible from the area of maximal pain and then should gradually advance toward this area, which should be the last to be palpated. The examiner should place the entire hand on the patient's abdomen with the fingers together and extended, applying pressure with the pulps (not the tips) of the fingers by flexing the wrists and the metacarpo phalangeal joints. It is essential to determine whether true involuntary muscle guarding (muscle spasm) is present. This determination is made by means of gentle palpation over the abdominal wall while the patient takes a long, deep breath. If guarding is voluntary, the underlying muscle immediately relaxes under the gentle pressure of the palpating hand. If, however, the patient has true involuntary guarding, the muscle remains in spasm (i.e., taut and rigid) throughout the respiratory cycle (so-called boardlike abdomen). True involuntary guarding is indicative of localized or generalized peritonitis. It must be remembered that muscle rigidity is relative: for example, muscle guarding may be less pronounced or absent in debilitated and elderly patients who have poor abdominal musculature. In addition, the evaluation of muscle guarding is dependent on the patient's cooperation.

Palpation is also useful for determining the extent and severity of the patient's tenderness. Diffuse tenderness indicates generalized peritoneal inflammation. Mild diffuse tenderness without guarding usually indicates gastroenteritis or some other inflammatory intestinal process without peritoneal inflammation. Localized tenderness suggests an early stage of disease with limited peritoneal inflammation.

Careful palpation can elicit several specific signs [*see Table 5 -- omitted*]—such as the Rovsing sign (associated with acute appendicitis) and the Murphy sign (acute cholecystitis)—that are indicative of localized peritoneal inflammation. Similarly, specific maneuvers can elicit signs of localized peritoneal irritation, such as the psoas sign (associated with retrocecal appendicitis), the obturator sign (pelvic appendicitis), and the Kehr sign (diaphragmatic irritation). One very important maneuver is the Carnett test, in which the patient elevates his or her head off the bed, thus tensing the abdominal muscles. Tenderness to palpation persists when the pain is caused by abdominal wall conditions (e.g., rectal sheath hematoma) but decreases or disappears when the pain is caused by intraperitoneal conditions (the Carnett sign).

Rectal, genital, and (in women) pelvic examinations are an essential part of the evaluation in all patients with acute abdominal pain. The rectal examination should include evaluation of sphincter tone, tenderness (localized versus diffuse), and prostate size and tenderness, as well as a search for the presence of hemorrhoids, masses, fecal impaction, foreign bodies, and gross or occult blood. The genital examination should search for adenopathy, masses, discoloration, edema, and crepitus. The pelvic examination in women should check for vaginal discharge or bleeding, cervical discharge or bleeding, cervical mobility and tenderness, uterine tenderness, uterine size, and adnexal tenderness or masses. Although a carefully performed pelvic examination can be invaluable in differentiating nonsurgical conditions (e.g., PID) from conditions necessitating prompt operation (e.g., acute appendicitis), the possibility that a surgical condition is present should not be prematurely dismissed solely on the basis of a finding of tenderness on pelvic or rectal examination.

## Basic Investigative Studies

Although laboratory and radiologic studies rarely, if ever, establish a definitive diagnosis by themselves, they are often useful for confirming the diagnosis suggested by the history and the physical examination.

### Laboratory Tests

In all except extremely hemodynamically unstable patients, a complete blood count, blood chemistries, and a urinalysis are routinely obtained. The hematocrit is important in that it allows the surgeon to detect significant changes in plasma volume (e.g., dehydration caused by vomiting, diarrhea, or fluid loss into the peritoneum or the intestinal lumen), preexisting anemia, or bleeding. An elevated white blood cell count is indicative of an inflammatory process and is a particularly helpful finding if associated with a marked left shift; however, the presence or absence of leukocytosis should never be the single deciding factor as to whether the patient should undergo an operation. A low white blood cell count may be a feature of viral infections, gastroenteritis, or NSAP.

Serum electrolyte, blood urea nitrogen, and creatinine concentrations are useful in determining the

nature and extent of fluid losses. Blood glucose and other blood chemistries may also be helpful. Liver function tests (serum bilirubin, alkaline phosphatase, and transaminase levels) are mandatory when abdominal pain is suspected to be hepatobiliary in origin. Similarly, amylase and lipase determinations are mandatory when pancreatitis is suspected, although it must be remembered that amylase levels may be low or normal in patients with pancreatitis and may be markedly elevated in patients with other conditions (e.g., intestinal obstruction, mesenteric thrombosis, and perforated ulcer).

Urinalysis may reveal red blood cells (suggestive of renal or ureteral calculi), white blood cells (urinary tract infection or inflammatory processes adjacent to the ureters, such as retrocecal appendicitis), increased specific gravity (dehydration), glucose, ketones (diabetes), or bilirubin (hepatitis). A pregnancy test should be considered in any woman of childbearing age with acute abdominal pain.

### Imaging

In most patients with acute abdominal pain, initial radio logic evaluation includes plain films of the abdomen in the supine and standing positions and chest radiographs.[23] If the patient is unable to stand, a left lateral decubitus radiograph should be obtained. Like the basic laboratory studies (see above), these plain radiographs may help confirm diagnoses suggested by the history and the physical examination, such as pneumonia (signaled by pulmonary infiltrates); intestinal obstruction (air-fluid levels and dilated loops of bowel); intestinal perforation (pneumoperitoneum); biliary, renal, or ureteral calculi (abnormal calcifications); appendicitis (fecalith); incarcerated hernia (bowel protruding beyond the confines of the peritoneal cavity); mesenteric infarction (air in the portal vein); chronic pancreatitis (pancreatic calcifications); acute pancreatitis (the so-called colon cutoff sign); visceral aneurysms (calcified rim); retroperitoneal hematoma or abscess (obliteration of the psoas shadow); and ischemic colitis (so-called thumb printing on the colonic wall).

A prospective study published in 1999 evaluated the utility of routine plain abdominal radiographs in the management of adult patients with acute right lower quadrant abdominal pain.[24] The results seem to demonstrate that indiscriminate use of such radiographs in this patient subset is not helpful but that discriminating use in selected patients with clinically suspected small bowel obstruction or urinary symptoms may be worthwhile. A subsequent study suggested that plain abdominal radiographs are not sensitive in the evaluation of adult patients presenting to the emergency department with acute abdominal pain.[25] Admittedly, plain abdominal radiographs cost relatively little; still, refraining from routinely obtaining them in all patients with acute abdominal pain would help reduce the cost of medical care appreciably.

The widespread availability of improved cross-sectional imaging technology (e.g., portable ultrasonography and helical, or spiral, CT) has revolutionized the evaluation of patients presenting with acute abdominal pain.[26] A 1999 prospective study suggested that ultrasonography should be part of the routine surgical investigation of acute abdominal pain and that it should be mastered and used by surgeons themselves for this purpose.[27] Two prospective, randomized trials from 2002 demonstrated that routine early use of CT in the evaluation of acute abdominal pain can identify unforeseen conditions and reduce length of hospital stay and overall mortality in patients with acute abdominal pain of unknown etiology.[28,29]

An electrocardiogram is mandatory in elderly patients and in patients with a history of atherosclerotic heart disease. Abdominal pain may be a manifestation of myocardial disease, and the physiologic stress of acute abdominal pain can increase myocardial oxygen demands and induce ischemia in patients with coronary artery disease.

### Working Diagnosis

Ideally, the tentative differential diagnosis list generated after the clinical history was obtained should be narrowed down to a working diagnosis by the physical examination and the information provided by the basic laboratory and radiologic studies. Once this working diagnosis has been established, subsequent management depends on the accepted treatment for the particular condition believed to be present. In general, the course of management follows four basic pathways (see below), depending on whether the patient (1) is in need of immediate laparotomy, (2) is believed to have an underlying surgical condition, (3) has an uncertain diagnosis, or (4) is believed to have an underlying nonsurgical condition.

It must be emphasized that the patient must be constantly reevaluated (preferably by the same examiner) even after the working diagnosis has been established. If the patient does not respond to treatment as expected, the working diagnosis must be reassessed and the possibility that another condition exists must be immediately entertained and investigated by returning to the differential diagnosis list.

## Acute Abdominal Crisis

A systematic approach to patients with acute abdominal pain is essential because in some patients, action must be taken immediately and there is not enough time for an exhaustive evaluation. As outlined (see above), such an approach should include a brief initial assessment, a complete clinical history, a thorough physical examination, and basic laboratory and radiologic studies. These steps can usually be completed in less than 1 hour and should be insisted on in the evaluation of most patients.

### Indications for Immediate Laparotomy

There are, in fact, very few abdominal crises that mandate immediate operation, and even with these conditions, it is still necessary to spend a few minutes on assessing the seriousness of the problem and establishing a probable diagnosis. Among the most common of the abdominal catastrophes that necessitate immediate operation are ruptured AAAs or visceral aneurysms, ruptured ectopic pregnancies, and spontaneous hepatic or splenic ruptures. The relative rarity of such conditions notwithstanding, it must always be remembered that patients with acute abdominal pain may have a progressive underlying intra-abdominal disorder causing the acute pain and that unnecessary delays in diagnosis and treatment can adversely affect outcome, often with catastrophic consequences.

When immediate operation is not called for, the physician must decide whether urgent or nonurgent but early operation is necessary, whether additional tests are required before a decision can be made, whether the patient should be admitted to the hospital for careful observation, or whether nonsurgical treatment is indicated [see Suspected Surgical Abdomen -- omitted, Uncertain Diagnosis -- omitted, and Suspected Nonsurgical Abdomen -- omitted, below].

## Suspected Surgical Abdomen

### Indications for Urgent Laparotomy or Laparoscopy

Once a definitive diagnosis has been made, it is easy to decide whether a patient should undergo operation. On occasion, however, a patient must be operated on before a precise diagnosis is reached. In contemporary clinical practice, the misuse or abuse of available technology frequently undermines the importance of sound surgical judgment at the bedside: in particular, too many patients with obvious surgical abdomens are subjected to time-consuming imaging studies before surgical consultation is obtained. It cannot be emphasized too strongly that although diagnostic accuracy is intellectually satisfying and undoubtedly important, the primary goal in the management of patients with acute abdominal pain is not to arrive at an exact clinicopathologic diagnosis but rather to determine which patients require immediate or urgent surgical intervention. Indications for immediate laparotomy (see above) are essentially limited to severe hemodynamic instability. Indications for urgent laparotomy are somewhat more numerous.

Urgent laparotomy implies operation within 1 to 2 hours of the patient's arrival; thus, there is usually sufficient time for adequate resuscitation, with proper rehydration and restoration of vital organ function, before the procedure. Indications for urgent laparotomy may be encountered during the physical examination, may be revealed by the basic laboratory and radiologic studies, or may not become apparent until other investigative studies are performed. Involuntary guarding or rigidity during the physical examination, particularly if spreading, is a strong indication for urgent laparotomy. Other indications include increasing severe localized tenderness, progressive tense distention, physical signs of sepsis (e.g., high fever, tachycardia, hypotension, and mental-status changes), and physical signs of ischemia (e.g., fever and tachycardia). Basic laboratory and radiologic indications for urgent laparotomy include pneumoperitoneum, massive or progressive intestinal distention, signs of sepsis (e.g., marked or rising leukocytosis, increasing glucose intolerance, and acidosis), and signs of continued hemorrhage (e.g., a falling hematocrit). Additional findings that constitute indications for urgent laparotomy include free extravasation of radiologic contrast material, mesenteric occlusion on angiography, endoscopically uncontrollable bleeding, and positive results from peritoneal lavage (i.e., the presence of blood, pus, bile, urine, or gastrointestinal contents). Acute appendicitis, perforated hollow viscera, and strangulated hernias are examples of common conditions that necessitate urgent laparotomy.

Several studies from the 1990s suggested that laparoscopy is the procedure of choice when the primary clinical diagnosis is acute appendicitis or perforated peptic ulcer.[30–35] In a prospective, randomized trial, Hansen and associates reported that laparoscopic appendectomy was as safe as open appendectomy.[31] Although laparoscopic appendectomy requires a longer operating time (63 minutes versus 40 minutes), it has two advantages: the surgical site infection rate is lower, and patients return to normal activities earlier. A 2002 review of 45 randomized studies comparing laparoscopic surgery with open surgery for suspected appendicitis concluded that in clinical settings where the necessary surgical expertise and equipment are available and affordable, the

laparoscopic approach has diagnostic and therapeutic advantages over the conventional open approach (though some of those advantages are small and of limited clinical relevance).[36] Accordingly, we recommend laparoscopic appendectomy as a worthwhile alternative for patients with a clinical diagnosis of acute appendicitis. In addition, diagnostic laparoscopy through the right lower abdominal incision can help establish the correct diagnosis in patients who are operated on for suspected acute appendicitis but in whom the appendix is grossly normal.[32]

Laparoscopic treatment of perforated peptic ulcers—either with an omental patch or with sutures— is becoming more popular as surgeons gain experience and competence with the technique.[33–35] Two prospective, randomized, controlled trials comparing open repair of perforated peptic ulcers with laparoscopic repair found that the latter was safe and reliable and was associated with shorter operating times, less postoperative pain, fewer chest complications, shorter postoperative hospital stays, and earlier return to normal daily activities than the former.[37,38]

### Hospitalization and Active Observation

Numerous studies have shown that of all patients admitted for acute abdominal pain, only a minority require immediate or urgent operation.[2,4,5] It is therefore cost-effective as well as prudent to adopt a system of evaluation that allows for thought and investigation before definitive treatment in all patients with acute abdominal pain except those identified early on as needing immediate or urgent laparotomy. The traditional wisdom is that spending time on observation opens the door for complications (e.g., perforating appendicitis, intestinal perforation associated with bowel obstruction, or strangulation of an incarcerated hernia); however, careful clinical trials evaluating active in-hospital observation of patients with acute abdominal pain of uncertain origin have demonstrated that such observation is safe, is not accompanied by an increased incidence of complications, and results in fewer negative laparotomies.[39]

After the initial assessment has been completed, narcotic analgesia for pain relief should not be withheld.[40,41] In appropriately titrated doses, analgesics neither obscure important physical findings nor mask their subsequent development.[42] In fact, some physical signs may be more easily identified after adequate pain relief.[43,44] Severe pain that persists in spite of adequate doses of narcotics suggests a serious condition that is likely to call for operative intervention.[41]

Active observation allows the surgeon to identify most of the patients whose acute abdominal pain is caused by NSAP or various specific nonsurgical conditions. It must be emphasized that active observation means something more than simply admitting the patient to the hospital: it implies an active process of thoughtful, discriminating, and meticulous reevaluation of the patient (preferably by the same examiner) at intervals ranging from minutes to a few hours, to be complemented by appropriately timed additional investigative studies.

Additional investigative studies beyond the basic ones already mentioned should be obtained only if the results are likely to alter or improve patient management significantly. Furthermore, the invasiveness, morbidity, and cost-effectiveness of each additional test must be carefully weighed. More liberal use of supplemental studies is justified in those patients in whom the history and physical findings tend to be less reliable (e.g., the very young, the elderly, the critically ill, or the immunocompromised).

Supplemental studies that may be considered include computed tomography, ultrasonography, diagnostic peritoneal lavage, radionuclide imaging, angiography, magnetic resonance imaging, gastrointestinal endoscopy [see 5:18 Gastrointestinal Endoscopy -- omitted], and diagnostic laparoscopy. Diagnostic laparoscopy has been recommended when surgical disease is suspected but its probability is not high enough to warrant open laparotomy.[45,46] It is particularly valuable in young women of childbearing age, in whom gynecologic disorders frequently mimic acute appendicitis.[47] A report by Chung and coworkers showed that diagnostic laparoscopy had the same diagnostic yield as open laparotomy in 55 patients with acute abdomen; 34 (62%) of these patients were safely managed with laparoscopy alone, with no increase in morbidity and with a shorter average hospital stay.[48] Diagnostic laparoscopy has also been shown to be useful in the assessment of acute abdominal pain in ICU patients[49] and patients with AIDS.[50]

### Indications for Early or Elective Laparotomy or Laparoscopy

Early laparotomy or laparoscopy (within 24 to 48 hours of the initial evaluation) is reserved for patients whose conditions are not likely to become life threatening if operation is delayed to permit further resuscitation or additional investigative studies. It is often possible to perform early laparotomy or laparoscopy in patients with uncomplicated acute cholecystitis or diverticulitis and those with nonstrangulated incarcerated hernias, thereby preventing the increased patient risk that always accompanies unplanned emergency operations as well as avoiding the logistical

Case 2:05-cv-01214-MEF-SRW    Document 23-5    Filed 08/31/2007    Page 29 of 40

impediments to unscheduled surgical procedures in the middle of the night or on weekends or holidays. Similarly, patients with simple uncomplicated intestinal obstructions often benefit from several hours of nasogastric tube decompression and fluid and electrolyte resuscitation.

Elective laparotomy or laparoscopy is reserved for patients whose condition is highly likely to respond to conservative medical management or highly unlikely to become life threatening during prolonged periods (several days or even weeks) of diagnostic evaluation.

## Uncertain Diagnosis

### Hospitalization and Active Observation

If the diagnosis is unclear, the surgeon's task is to determine whether hospitalization and active observation are necessary or whether outpatient evaluation is an option. All patients with acute abdominal pain and evidence of extracellular fluid deficits, electrolyte imbalances, or sepsis must be hospitalized. Furthermore, any patient with unexplained abdominal symptoms whose condition has not improved within 24 hours of the initial evaluation should be hospitalized.[51]

Supplemental studies are often required for further evaluation and complete workup of patients with uncertain diagnoses and for the exclusion of many medical conditions that do not call for operation. When the diagnosis is not obvious from the history and the physical examination, apparent on the plain radiographs, or suggested by the basic laboratory studies, ultrasonography and CT, both of which are now widely available, should be considered. CT is more useful in the early evaluation of patients with acute abdominal pain because it is not operator dependent, is not hampered by the presence of overlying gas (which transmits sound waves poorly and interferes with ultrasonography), and can be performed rapidly (a complete scan of the abdomen and pelvis takes less than 15 minutes). Although watchful observation with ongoing reexamination is a time-honored approach to the patient with acute abdominal pain of uncertain origin, excessive reliance on this practice or on esoteric physical diagnosis maneuvers (which most medical students have witnessed in awe at one time or another) suggests that the surgeon is unaware of how valuable, rapid, and accurate a CT scan can be in the early diagnosis of these patients.

Diagnostic peritoneal lavage, although most useful in the evaluation of blunt abdominal trauma, may be particularly helpful in obtunded or critically ill patients, whose condition is difficult to assess by means of history taking and physical examination.[52]

### Outpatient Evaluation

The epidemiology of acute abdominal pain is such that for every patient who requires hospitalization, there are at least two or three others who have self-limiting conditions for which neither operation nor hospitalization is necessary. Much or all of the evaluation of such patients, as well as any treatment that may be needed, can now be completed in the outpatient department. To treat acute abdominal pain cost-effectively and efficiently, the surgeon must be able not only to identify patients who need immediate or urgent laparotomy or laparoscopy but also to reliably identify those whose condition does not present a serious risk and who therefore can be managed without hospitalization. The reliability and intelligence of the patient, the proximity and availability of medical facilities, and the availability of responsible adults to observe and assist the patient at home are factors that should be carefully considered before the decision is made to evaluate or treat individuals with acute abdominal pain as outpatients.

### Suspected Nonsurgical Abdomen

There are numerous disorders that cause acute abdominal pain but do not call for surgical intervention. These nonsurgical conditions are often extremely difficult to differentiate from surgical conditions that present with almost indistinguishable characteristics.[2] For example, the acute abdominal pain of lead poisoning or acute porphyria is difficult to differentiate from the intermittent pain of intestinal obstruction, in that marked hyperperistalsis is the hallmark of both. The pain of acute hypolipoproteinemia may be accompanied by pancreatitis, which, if not recognized, can lead to unnecessary laparotomy. Similarly, acute and prostrating abdominal pain accompanied by rigidity of the abdominal wall and a low hematocrit may lead to unnecessary urgent laparotomy in patients with sickle cell anemia crises. To further complicate the clinical picture, cholelithiasis is also often found in patients with sickle cell anemia.

In addition to numerous extraperitoneal disorders [see Table 2 -- omitted], nonsurgical causes of acute abdominal pain include a wide variety of intraperitoneal disorders, such as acute gastroenteritis (from enteric bacterial, viral, parasitic, or fungal infection), acute gastritis, acute duodenitis, hepatitis, mesenteric adenitis, salpingitis, Fitz-Hugh-Curtis syndrome, mittelschmerz, ovarian cyst, endometritis, endometriosis, threatened abortion, spontaneous bacterial peritonitis,

and tuberculous peritonitis. Acute abdominal pain in immunosuppressed patients or patients with AIDS is now encountered with increasing frequency and can be caused by a number of unusual conditions (e.g., cytomegalovirus enterocolitis, opportunistic infections, lymphoma, and Kaposi sarcoma) as well as by the more usual ones.

As noted [see *Tentative Differential Diagnosis -- omitted, above*], most patients with acute abdominal pain presenting to the office or the emergency department have an underlying nonsurgical condition and do not require operation.[2,4,5] Again, the single most common diagnosis in these patients is NSAP.[5,12,16–19] Although the natural history of NSAP has been well documented (harmless abdominal pain that is relieved in a few days without any treatment), there have been no prospective studies detailing the symptomatology and physical findings associated with this disorder. Furthermore, it remains unclear whether NSAP is in fact a single disease entity or is simply the presenting symptom complex for many different minor and self-limited conditions.[18] A complete clinical history and physical examination, coupled with careful in-hospital observation and a high index of suspicion, will in most cases prevent unnecessary laparotomy in patients with nonsurgical causes of acute abdominal pain. On rare occasions, diagnostic laparoscopy may be employed to prevent unnecessary laparotomy.[53]

**to purchase the full chapter. Delcore, Romano; Cheung, Laurence Y, 5 Gastrointestinal Tract and Abdomen, 1 Acute Abdominal Pain, ACS Surgery Online, Dale DC; Federman DD, Eds. WebMD Inc., New York, 2000.**

**Disclaimer**
Figures, tables, videos, and sidebars are available in the subscription edition of .

**Romano Delcore, M.D., F.A.C.S.,** Professor, Department of Surgery, University of Kansas School of Medicine, Medical Director, Department of Surgery, University of Kansas Medical Center

**Laurence Y. Cheung, M.D., F.A.C.S.,** Professor and Chairman, Department of Surgery, University of Kansas School of Medicine, Chief of Surgery, Department of Surgical Services, University of Kansas Hospital, Kansas City

ACS Surgery Online. 2002; ©2002 WebMD Inc.

Search Medscape, MEDLINE and Drug Reference

Search


(fluticasone furoate)
Nasal Spray

For the treatment of symptoms of seasonal & perennial allergic rhinitis in patients 2 years and older

Learn more

**Important Safety Information**

For intranasal use only. Patients should avoid spraying VERAMYST in the eyes.
Overall adverse reactions were comparable to vehicle placebo.

## Common causes of acute abdominal pain

**Right upper quadrant**
Acute hepatitis
Acute pancreatitis
Cholangitis
Cholecystitis
Choledocholithiasis
Duodenal ulcer
Dyspepsia
Hepatic abscess
Hepatomegaly due to heart failure
Herpes zoster
Myocardial ischemia
Pneumonia
Pneumonia
Retrocecal appendicitis

**Right lower quadrant**
Appendicitis
Bowel obstruction
Diverticulitis
Ectopic pregnancy
Endometriosis
Hernia
Inflammatory bowel disease
Irritable bowel syndrome
Kidney stones
Meckel's diverticulitis
Mesenteric adenitis
Nephrolithiasis
Ovarian cyst
Ovarian torsion
Pelvic inflammatory disease
Tubo-ovarian abscess
Psoas abscess
Spontaneous enterovesical attention



**Left upper quadrant**
Acute pancreatitis
Duodenal ulcer
Dyspepsia
Gastric ulcer
Gastritis
Myocardial infarction
Perforation
Pneumonia
Splenic abscess
Splenic infarct
Splenic rupture

**Left lower quadrant**
Bowel obstruction
Diverticulitis
Ectopic pregnancy
Endometriosis
Hernia
Inflammatory bowel disease
Irritable bowel syndrome
Kidney stones
Nephrolithiasis
Ovarian cyst
Ovarian torsion
Pelvic inflammatory disease
Tubo-ovarian abscess
Psoas abscess
Spontaneous enterovesical attention

**Diffuse**
Acute pancreatitis
Bowel obstruction
Diabetic ketoacidosis
Early appendicitis
Gastroenteritis
Inflammatory bowel disease
Irritable bowel syndrome
Mesenteric ischemia
Peritonitis
Ruptured abdominal aortic aneurysm
Sickle cell crisis

HOME

OVERVIEW

DIVISIONS

RESEARCH

RESIDENCY

MEDICAL STUDENTS

INTERNAL RESOURCES

Guidelines for your written H&P:

Chief complaint: _____

HPI: _____

PMH: _____

Meds/allergies: _____

Social history: _____

Family history: _____

Review of symptoms: _____

PE: _____

Labs: _____

Problem list: _____

Assessment: This is the most important part. _____

Plan: _____

Don't copy-and-paste from the notes of others. This is plagiarism.

_____

Written H&P Evaluation

Student _____

History

Yes / No     _____

_____ / 20 pts     HPI _____

Case 2:05-cv-01214-MEF-SRW    Document 23-5    Filed 08/31/2007    Page 33 of 40

*C 2*

1. Set the Stage
   - o Welcome the patient - ensure comfort and privacy
   - o Know and use the patient's name - introduce and identify yourself
2. Set the Agenda
   - o Use **open-ended questions** initially
   - o Negotiate a list of **all** issues - **avoid detail!** [  ]
     - ▪ Chief complaint(s) and other concerns
     - ▪ Specific requests (i.e. medication refills)
   - o Clarify the patient's expectations for this visit - ask the patient "Why now?"
3. Elicit the Patient's Story
   - o Return to **open-ended questions** directed at the major problem(s)
   - o Encourage with silence, nonverbal cues, and verbal cues
   - o Focus by paraphrasing and summarizing
4. Make the Transition
   - o Summarize the interview up to that point
   - o Verbalize your intention to make a transition to the physician-centered interview

# History of Present Illness

## Primary History

You should always begin the **physician-centered** phase of the interview with "WH" questions (where? what? when?) directed at the chief complaint(s). Build on the information the patient has already given you. Flesh out areas of the story you don't fully understand. Try to quantify whenever possible (pain on a scale of 1 to 10, number of days instead of "a while," etc.). Be as specific as possible and try to record what the patient says accurately, **without interpretation**. Address as many of these details as appropriate: [p3]

1. Location
2. Radiation
3. Quality
4. Quantity
5. Duration
6. Frequency
7. Aggravating Factors
8. Relieving Factors
9. Associated Symptoms
10. Effect on Function

## Secondary History

The secondary history expands on the primary history, especially any **associated symptoms**. It is useful to think of the secondary history as a focused **review of systems** (            ). These questions often bring out information that supports a certain diagnosis or helps you gauge the severity of the disorder. Unlike the primary history, a certain amount of interpretation (and experience) is necessary. Here are some examples:

**Headache**
  Ask about nausea and vomiting.
  Ask about visual changes.

**Raymond P. Mooney, PA-C**
**(517) 780-3677 (voice mail)**
<u>*Revised 11/06/06*</u>

| | | |
|---|---|---|
| **Education:** | **University of Chaminade** | **Honolulu, HI** |
| | **Bachelor of Science - Psychology** | **1969 - 1973** |
| | | |
| | **University of Detroit-Mercy** | **Detroit, MI** |
| | **Bachelor of Science - Physician Assistant** | **1973 - 1975** |

**Clinical Positions:**

**Addison Medical Center**                                      **Addison, MI**
**Physician Assistant - Family Practice**              **1975-1979**
Employed by a solo family practitioner in a rural area of Michigan. Office was located in a twenty-four bed community hospital. Responsible for all areas of patient management in the office, emergency room and hospital. Duties consisted of performing complete histories and physical examinations, first assisting in the surgical suite, dictation of discharge summaries, patient rounds, writing progress notes, ordering consultations and the prescribing of appropriate treatment.

**Rose City Family Practice**                               **Jackson, MI**
**Physician Assistant - Family Practice**              **1979-2001**
Employed by a multi-physician family practice. Responsibilities were divided between two offices, one in Jackson and the other in Addison, Mi. Duties included management of patients from infancy to geriatrics including complete histories and physical examinations, minor office surgeries, colposcopies and cardiac stress testing.

**Addison Medical Associates**                           **Addison, MI**
**Physician Assistant - Emergency Medicine**      **1987-1991**
Employed part-time in the evenings and weekends providing coverage as an independent contractor hired to staff the Addison Community Hospital Emergency Room and Urgent Care Center, also provided first call for the Emergency Room from home between 9:00 pm and 6:00 am. Responsible for the evaluation and management of all patients presenting for treatment as well as preliminary interpretation of X-rays, electrocardiograms, laboratory tests and the evaluation and stabilization of trauma patients, patients in cardiopulmonary arrest and other life threatening events pending physician arrival. Coordinated patient transport by Life Flight Helicopter to referral centers.

**MediStation of Jackson**                                  **Jackson, MI**
**Physician Assistant - Urgent Care Medicine**     **1988-1997**
Employed part time in the evenings in an urgent care center. Responsible for the evaluation and management of patients presenting for treatment of minor and emergent conditions.

**Emergency Medical Consultants**                     **Jackson, MI**
**Physician Assistant - Emergency Medicine**      **1997-Present**

Raymond P. Mooney, PA-C                                                    Page 2

Employed part-time as an independent contractor to staff the Emergency Room/Urgent Care Clinic at Dwane Waters Hospital of the Southern Michigan Prison. Responsible for the evaluation and management of prisoners presenting for emergent as well as minor illnesses including trauma, cardiac events, respiratory distress, AIDS related illnesses, diabetes, etc. Also responsible for the triage of calls from the remaining facilities in the Michigan prison system to determine the urgent nature of the inmates complaint and its appropriate disposition.

**Cole Family Practice**                                          **Brooklyn, MI**
**Physician Assistant - Family Practice**                         **2000-Present**
Employed by a solo family practice physician. Duties include performing complete histories and physical examinations, management of patients from infancy to geriatrics and minor office surgeries

## Hospital Affiliations:

- Addison Community Hospital 1975-1991
- Thorn Community Hospial 1980-1982
- Doctors Hospital of Jackson 1987-2003
- Dwane Waters Hospital 1997-Present

## Professional Affiliations:

- American Academy of Physician Assistants.
- Michigan Academy of Physician Assistants.
- Alliliate Member American Academy of Physicians.

**Credentials:**
- Licensed Physician Assistant - State of Michigan
- DEA Registration
- ACSL Certified
- Board Certified by the National Commission on the Certification of Physician Assistants.

## Continuing Medical Education:

- Maintain continuing medical education requirements for current certification with the National Commission on the Certification of Physician Assistants.

**Expert Witness Fee Schedule**

**Cell Phone:  517-902-1091**

**Raymond P. Mooney, PA-C**                          **(517) 592-3275 (O)**
**107 West Chicago Street**                            **Mich. License: 5601001087**
**Brooklyn, MI 49230**                                 **Fax: (517) 592-2540**
**(517) 780-3677 (voice mail)**

> **Review of medical records, depositions, professional literature, etc $200.00 per hour. $600.00 retainer required with initial records submitted.**

> **Depositions  $750.00 flat rate. Due seven days prior to deposition.**

> **Trial Testimony $2,000.00 plus salary for days missed from clinical practice . Salary for each day missed from office is $347.00 per day or fraction thereof. Attorney is responsible for all hotel accommodations , travel and meals. The expert does not charge for travel time.**

> **Includes all travel time, all trial preparation, pre-trial attorney conferences and two days of experts time. _Fees are due one week prior to trial._**

> **An invoice will be sent when dates for appearance have been finalized.**

> **Expert will travel for depositions at request of attorney and with prior arrangements.**

**Attorney References available on request**

# Cases reviewed by Raymond P. Mooney, PA-C within the past Four Years.

*(This is not intended to be all inclusive and is to the best of the experts memory)*
*The above expert does not keep a record of cases reviewed or copies of depositions given.*
*These cases are not in chronological order*

*Prepared 8/26/07*

Not all of these cases have been resolved and some of their present status are unknown to the above expert.

Attorney: Christine Perez
Location: Florida
Date: 2004 Settled (no deposition given)
Case: Wrongful Death Colon Cancer
Defense Witness.

Attorney: B. Elliott Grysen, M.D., J.D.
Location: Michigan
Date: Estimated 2003 (Trial verdict for defense)
Case: Wrongful Death Pulmonary Embolism
Plaintiff Witness

Attorney: G. Michael Kealhofer
Location: Iowa
Date: 2005
Case: Failure to diagnosis Breast Cancer
Plaintiff Witness

Attorney: Barry Conybeare
Location: Michigan
Date: 2005 Believe still active)
Case: Wrongful death of infant with meningitis
Plaintiff Witness

Attorney: James Dyer
Location: Michigan
Date: 2006
Case: Wrongful death renal failure
Plaintiff Witness

Arnold M. Podolsky
Location: Michigan

Date: 2007
Case: Elbow injury
Plaintiff Witness

Attorney:Douglas A Merrow:
Location: Michigan
Date 2006
Case: Infection
Plaintiff Witness

Terry Rockwell
Location: San Francisco
Date 2007
Case: Epidural abcess (deposition given)
Plaintiff Witness

Attorney: Thomas Stakk
Location: Iowa
Date 2007
Case: Facial Burn due to intense puled light treatment (deposition given case settled)
Plaintiff witness

Attorney: Charles W. Marcas
Location: Pennsylvania
Date 2006
Case: CVA
Plaintiff witness

Attorney: Charles W. Marsaw
Location: Pennsylvania
Date: 2006
Case: Melanoma
Plaintiff witness

Attorney: Ronald Bowling
Location: Sepsis
Date 2003
Case: Sepsis (believe inactive)
Plaintiff Witness

Attorney: Mark McGrath
Location: North Carolina
Date 2007
Case: Methadone overdoes
Plaintiff witness

Attorney: Larry Rogers
Location: Chicago
Date 2005
Case: Death due to pulmonary embolism - trial date pending.
Plaintiff witness

Attorney: Julia Cochrun
Location: Birmingham, Al
Date 2007
Case: gastrointestinal bleed
Plaintiff Witness

Attorney: Ben Gonek
Location: Michigan
Date 2005
Case: Death due to suffocation
Plaintiff witness

Attorney: Dana Nessel
Location: Michigan
Date: 2006
Case: Death due to dehydration
Plaintiff expert

Attorney: Ann Mandt
Location: Michigan
Date: 2006
Case: Anemia and colon cancer
Plaintiff expert

Attorney: Linda Miller Atkinson
Location: Michigan
Date 2005
Case: Post operative complications
Plaintiff witness

Attorney: Bradley McDermott
Location: Pennsylvania
Date 2007
Case: : Fracture
Plaintiff witness:

Attorney: Joseph Stanley
Location: New York
Date 2007

Case: Herniated lumbar disc
Plaintiff witness.

Attorney: Michael Barrett
Location: Pennsylvania
Date: 2007
Case: Suicide
Plaintiff witness

Attorney: Hutchison & Steffen
Location: Las Vegas
Date 2006
Case: Attempted suicide
Defense expert

Attorney: P. Manikaql
Location: Georgia
Date 2006
Case: Wrongful death due to nonketoic diabetic coma (defense verdict)
Plaintiff expert