IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN COGGIN, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|        v. | ) CIVIL ACTION NO.: **2:05-CV-1214-MEF** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    Defendant. | ) |

**UNITED STATES' UNOPPOSED MOTION TO EXTEND ALL DEADLINES**

COMES NOW the United States, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to Rule 6 (b) of the Federal Rules of Civil Procedure, moves to enlarge all deadlines in the Amended Scheduling Order dated April 11, 2007, as set forth below.  Plaintiff does not oppose this motion.  In support of this motion, the United States relies upon the following grounds:

1.  This is a medical malpractice action against the United States brought pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346 (b), 2671-2680.  Plaintiff alleges that the medical care he received while a prisoner at the Federal Prison Camp at Maxwell Air Force Base (FPC Montgomery) fell below the applicable standard of care and seeks $15 million in damages.  The United States denies any wrongdoing.

2.  The current schedule does not allow the United States sufficient time to prepare its expert report(s).  Pursuant to Section 8 of the current scheduling order, plaintiff served

three expert witness reports on the United States on August 31, 2007. Plaintiff has retained Philip D. Smith, M.D., Joseph E. Paris, Ph.D., M.D., CCHP-A, and Raymond P. Mooney, PA-C. *See*, Pl's Rule 26 reports. Dr. Smith is located in Birmingham, AL, Dr. Paris is located in Marietta, GA, and Mr. Mooney is located in Brooklyn, MI. The United States' expert report(s) is/are currently due on September 28, 2007. To properly prepare its expert report, the United States will need to depose plaintiff and plaintiff's three experts, get the transcripts back, provide the transcripts to its own expert, and give its expert sufficient time to digest the deposition transcripts and write a report. This will be impossible before September 28, 2007.

      3. In addition, the current schedule does not allow the United States sufficient time to prepare its motion for summary judgment. Pursuant to Section 2 of the current scheduling order, dispositive motions are due on October 5, 2007. The same problem noted above precludes the United States from preparing its motion for summary judgment by this date. The United States will need to depose plaintiff and plaintiff's three retained experts, get the transcripts back, and then write its summary judgment motion before October 5, 2007. This is not possible.

      4. The United States requires a minimum of fifteen weeks to depose plaintiff and plaintiff's three retained experts, get the transcripts back, and prepare its own expert report(s) and motion for summary judgment. This will require adjusting all current deadlines including the current February 4, 2008, trial date.

5. Plaintiff's counsel has a long-scheduled Boy Scout trip to England and Normandy, France, to visit the D-Day beaches the week of June 6, 2008. Accordingly, the Court's next available non-jury trial term of June 9, 2008, will not work for her.

6. Undersigned counsel for the United States has a non-refundable trip scheduled November 10-17, 2007, and anticipates being on military duty for at least two weeks in January 2008.

7. Trial of this case will involve testimony from plaintiff's three retained expert witnesses and at least one expert witness for the United States. All of these experts are busy medical professionals who are located out-of-town and will need to travel for trial. It is anticipated that trial of this medical malpractice case will take 3-4 days.

8. The Court's next scheduled non-jury trial term after the June 9, 2008, term is for the week of November 10, 2008. The parties would prefer not to delay the trial that long and would welcome a special setting of this case if convenient for the Court.

9. Undersigned counsel for the United States has spoken with counsel for plaintiff, and she has no objection to this motion.

WHEREFORE, the United States requests that its deadline for disclosing experts and filing expert reports be enlarged from September 28, 2007, to December 14, 2007, and its dispositive motion deadline be enlarged from October 5, 2007, to January 11, 2008. All remaining deadlines will need to be adjusted accordingly.

Respectfully submitted this 11th day of September 2007.

>LEURA G. CANARY
>United States Attorney

By:  /s/Stephen M. Doyle
>STEPHEN M. DOYLE
>Chief, Civil Division
>Assistant United States Attorney
>Attorney for Defendant
>Post Office Box 197
>Montgomery, AL  36101-0197
>District of Columbia Bar No. 422474
>Telephone No.: (334) 223-7280
>Facsimile No.: (334) 223-7418
>E-mail:  stephen.doyle@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiff's attorney, Julia T. Cochrun, Esquire.

>  /s/Stephen M. Doyle
>Assistant United States Attorney