IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**MOTION DENIED**

THIS 12th DAY OF SEPTEMBER, 2007

MARK E. FULLER
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| JOHN COGGIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:05-CV-1214-MEF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES' UNOPPOSED MOTION TO EXTEND ALL DEADLINES**

COMES NOW the United States, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to Rule 6 (b) of the Federal Rules of Civil Procedure, moves to enlarge all deadlines in the Amended Scheduling Order dated April 11, 2007, as set forth below. Plaintiff does not oppose this motion. In support of this motion, the United States relies upon the following grounds:

1. This is a medical malpractice action against the United States brought pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346 (b), 2671-2680. Plaintiff alleges that the medical care he received while a prisoner at the Federal Prison Camp at Maxwell Air Force Base (FPC Montgomery) fell below the applicable standard of care and seeks $15 million in damages. The United States denies any wrongdoing.

2. The current schedule does not allow the United States sufficient time to prepare its expert report(s). Pursuant to Section 8 of the current scheduling order, plaintiff served