IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN COGGIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: **2:05-CV-1214-MEF** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES' UNOPPOSED MOTION TO EXTEND
DISPOSITIVE MOTION DEADLINE BY ONE WEEK**

COMES NOW the United States, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to Rule 6 (b) of the Federal Rules of Civil Procedure, moves to enlarge the dispositive motion deadline by one week from October 5, 2007, to October 12, 2007. Plaintiff does not oppose this motion. In support of this motion, the United States relies upon the following grounds:

1. This is a medical malpractice action against the United States brought pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346 (b), 2671-2680. Plaintiff alleges that the medical care he received while a prisoner at the Federal Prison Camp at Maxwell Air Force Base (FPC Montgomery) fell below the applicable standard of care and seeks $15 million in damages. The United States denies any wrongdoing.

2. The current schedule does not allow the United States sufficient time to prepare its motion for summary judgment. Pursuant to Section 2 of the current scheduling order,

dispositive motions are due on October 5, 2007. The United States has scheduled plaintiff's deposition for September 20, 2007. There is insufficient time to get this deposition transcript back and draft a motion before October 5, 2007. An additional week will allow the United States time to prepare a motion for summary judgment.

    3. Moving the dispositive motion deadline by one week will not affect any other deadlines in the scheduling order.

    4. Undersigned counsel for the United States has spoken with counsel for plaintiff, and she has no objection to this one-week extension.

    WHEREFORE, the United States requests that its dispositive motion deadline be enlarged from October 5, 2007, to October 12, 2007.

    Respectfully submitted this 14th day of September 2007.

                                          LEURA G. CANARY
                                          United States Attorney


                By:    /s/Stephen M. Doyle
                        STEPHEN M. DOYLE
                        Chief, Civil Division
                        Assistant United States Attorney
                        Attorney for Defendant
                        Post Office Box 197
                        Montgomery, AL 36101-0197
                        District of Columbia Bar No. 422474
                        Telephone No.: (334) 223-7280
                        Facsimile No.: (334) 223-7418
                        **E-mail: stephen.doyle@usdoj.gov**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiff's attorney, Julia T. Cochrun, Esquire.

      /s/Stephen M. Doyle
    Assistant United States Attorney