IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN COGGIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: **2:05-CV-1214-MEF** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES' MOTION TO EXTEND
EXPERT REPORT DEADLINE BY ONE WEEK**

COMES NOW the United States, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to Rule 6 (b) of the Federal Rules of Civil Procedure, moves to enlarge the defendant's deadline for filing its expert report by one week from September 28, 2007, to October 5, 2007. In support of this motion, the United States relies upon the following grounds:

1. This is a medical malpractice action against the United States brought pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346 (b), 2671-2680. Plaintiff alleges that the medical care he received while a prisoner at the Federal Prison Camp at Maxwell Air Force Base (FPC Montgomery) fell below the applicable standard of care and seeks $15 million in damages. The United States denies any wrongdoing.

2. Pursuant to Section 8 of the current scheduling order, the United States must disclose the identity of any person who may present evidence under Rules 701, 702, 703, or 705 of the Federal Rules of Evidence, and provide the Rule 26 (a)(2) reports of retained experts by Friday September 28, 2007. The Government's retained medical expert has contacted undersigned counsel and requested some additional time to finalize his report. This expert is a busy medical doctor whose patient-care duties do not allow him to spend much time working on his report this week. He will need to Federal Express his report to counsel the day before it needs to be filed.

3. Moving the Government's expert witness deadline by one week will not affect any other deadlines in the scheduling order.

4. Undersigned counsel for the United States attempted to call plaintiff's counsel to get her position on this motion, but was unable to reach her.

WHEREFORE, the United States requests that its Section 8 deadline to disclose any person who may present evidence under Rules 701, 702, 703, or 705 of the Federal Rules of Evidence, and provide the Rule 26 (a)(2) reports of retained be enlarged from September 28, 2007, to October 5, 2007.

Respectfully submitted this 25th day of September 2007.

          LEURA G. CANARY
          United States Attorney


By: /s/Stephen M. Doyle
   STEPHEN M. DOYLE
   Chief, Civil Division
   Assistant United States Attorney
   Attorney for Defendant
   Post Office Box 197
   Montgomery, AL  36101-0197
   District of Columbia Bar No. 422474
   Telephone No.: (334) 223-7280
   Facsimile No.: (334) 223-7418
   **E-mail:  stephen.doyle@usdoj.gov**


## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiff's attorney, Julia T. Cochrun, Esquire.

         /s/Stephen M. Doyle
         Assistant United States Attorney