IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN COGGIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: **2:05-CV-1214-MEF** |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## UNITED STATES' MOTION FOR SUMMARY JUDGMENT

COMES NOW the United States, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves for summary judgment pursuant to Rule 56 (b) of the Federal Rules of Civil Procedure. The grounds for this motion are that:

1. Bureau of Prisons (BOP) guards cannot be liable for medical malpractice;

2. The BOP doctor and physician's assistant who treated plaintiff are not health care providers within the coverage of the Alabama Medical Liability Act, Ala. Code §§ 6-5-480 - 6-5-488 (2007), and the Alabama Medical Liability Act of 1987, Ala. Code §§ 6-5-540 - 6-5-552 (2007)(collectively "AMLA");

3. The specialist who evaluated plaintiff and recommended gallbladder surgery is not an employee of the Government; and

4. Plaintiff has waived his claim for economic damages.

In support of this motion, defendant relies upon the exhibits submitted herewith and the accompanying memorandum of law.

WHEREFORE, the United States requests that the Court enter judgment in its favor and dismiss plaintiff's cause of action in its entirety with prejudice.

Respectfully submitted this 12th day of October 2007.

                        LEURA G. CANARY
                        United States Attorney

By:   /s/Stephen M. Doyle
       STEPHEN M. DOYLE
       Chief, Civil Division
       Assistant United States Attorney
       Attorney for Defendant
       Post Office Box 197
       Montgomery, AL  36101-0197
       District of Columbia Bar No. 422474
       Telephone No.: (334) 223-7280
       Facsimile No.: (334) 223-7418
       **E-mail:  stephen.doyle@usdoj.gov**

## CERTIFICATE OF SERVICE

    I hereby certify that on October 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiff's attorney, Julia T. Cochrun, Esquire.

                                                    /s/Stephen M. Doyle
                                              Assistant United States Attorney