IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN COGGIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: **2:05-CV-1214-MEF** |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## UNITED STATES' EXHIBIT LIST

**Defendant's Exhibit 1 -** Dr. Orencio Garcia-Brenes' Declaration

**Defendant's Exhibit 2 -** Commissary Purchase Records

**Defendant's Exhibit 3** - BOP Health Records - Parts A and B

**Defendant's Exhibit 4** - Dr. Orencio Garcia-Brenes' Deposition (Excerpts)

**Defendant's Exhibit 5** - BOP Central File (Excerpts)

**Defendant's Exhibit 6** - Oscar Rodriguez's Deposition (Excerpts)

**Defendant's Exhibit 7** -  John Coggin's Deposition

**Defendant's Exhibit 8 -**  Dr. Antonio Williams' Declaration

**Defendant's Exhibit 9** -  Baptist Health Records (Excerpts)

**Defendant's Exhibit 10 -** Baptist Bill (Excerpts)

**Defendant's Exhibit 11** - BOP Program Statements - Produced by Plaintiff

**Defendant's Exhibit 12** - Plaintiff's Response to Defendant's Interrogatory No. 11