# DEFENDANT'S
# EXHIBIT 2

## Receipt 1

```
*** LIMITED OFFICIAL USE **
MR. BURNS

SALES INVOICE
COBBIN JOHN C III
ACCOUNT No. 20237001              MON
8/02/01 Time 09:55:12a TX# 000002  36
BEGINNING BALANCES:
Available Balance is 328.68
Spending Limit Balance is 275.00
Account Balance is 328.68
=======================================
QTY DESCRIPTION              PRICE
=======================================
  1 ***DIMES***********      5.00
  1 ***QUARTERS********     10.00
  3 STAMP BOOKS .34         20.40
  1 EDGE SHAVING GEL         3.05
  1 PEPSI                    1.90
  1 PEPSI                    1.90
  5 CRANBERRY JUICE          3.50
  5 PECAN PIE                3.25
  1 PANTENE SHAMPOO          5.20
  1 NOXEMA 2.5               2.00
  1 NOXEMA 2.5               2.00
  1 NOXEMA 2.5               2.00
  1 SCHICK FX BLADES         2.30
  1 SCHICK FX BLADES         2.30
  1 AAA BTRY PANSONIC        2.40
  1 AAA BTRY PANSONIC        2.40
  1 HONEY WHEAT BREAD        1.05
  1 ADHESIVE BANDAGES         .85
 10 BANANAS                  2.00
  5 APPLES, GOLDEN           1.50
  3 PEACHES                   .90
 20 PLUMS LARGE              2.00
             SUB TOTAL      77.90
                 TOTAL      77.90
       CHARGE 20237001      77.90
ENDING BALANCES:
Available Balance is 250.78
Spending Limit Balance is 217.50
Account Balance is 250.78
_____
Signature
    *** ALL SALES ARE FINAL ***
```

## Receipt 2

```
*** LIMITED OFFICIAL USE **
MR. WEST

SALES INVOICE
COBBIN JOHN C III
ACCOUNT No. 20237001              MON
07/24/01 Time 10:39:40a TX# 000006  34
BEGINNING BALANCES:
Available Balance is 178.18
Spending Limit Balance is 66.70
Account Balance is 178.18
=======================================
QTY DESCRIPTION              PRICE
=======================================
  1 ***QUARTERS********     10.00
  1 ***DIMES***********      5.00
  1 STAMP BOOKS .34          6.80
  1 STAMP BOOKS .34          6.80
  1 STAMP BOOKS .34          6.80
  1 PEPSI                    1.90
  1 PEPSI                    1.90
  1 PEPSI                    1.90
  1 PEPSI                    1.90
  1 ULTRA 2 TIDE 33 OZ.      4.55
  1 PANTENE SHAMPOO          5.20
  1 EDGE SHAVING GEL         3.05
  1 IBUPROFEN TABLETS        2.40
  1 IBUPROFEN TABLETS        2.40
  1 DELMONTE RAISINS         1.80
  5 PECAN PIE                3.25
 12 TOAST P/BUTTER CRKR      3.60
  1 SENSODYNE . SC           5.45
  1 NON-ASPRIN REGULAR       2.15
  1 NON-ASPRIN REGULAR       2.15
  1 G. S. ASPIRIN            1.25
  1 G. S. ASPIRIN            1.25
  1 TUMS                      .70
  1 TUMS                      .70
 15 BANANAS                  3.00
  1 PEACHES                   .30
  1 PEACHES                   .30
             SUB TOTAL      86.50
                 TOTAL      86.50
       CHARGE 20237001      86.50
ENDING BALANCES:
Available Balance is 91.68
Spending Limit Balance is .60
Account Balance is 91.68
_____
Signature
    *** ALL SALES ARE FINAL ***
```

## Receipt 3

```
*** LIMITED OFFICIAL USE **
. WEST

LES INVOICE
BBIN JOHN C III
COUNT No. 20237001              MON
/17/01 Time 10:46:05a TX# 000026  34
BEGINNING BALANCES:
Available Balance is 280.78
Spending Limit Balance is 138.90
Account Balance is 280.78
=======================================
QTY DESCRIPTION              PRICE
=======================================
  1 ***QUARTERS********     10.00
  1 ***DIMES***********      5.00
  1 STAMP BOOKS .34          6.80
  1 STAMP BOOKS .34          6.80
  1 STAMP BOOKS .34          6.80
  1 PEPSI                    1.90
  1 PEPSI                    1.90
  1 PEPSI                    1.90
  1 PEPSI                    1.90
  1 EDGE SHAVING GEL         3.05
  1 PANTENE SHAMPOO          5.20
  1 PANTENE CONDITIONER      5.20
  1 AAA BTRY PANSONIC        2.40
  1 AAA BTRY PANSONIC        2.40
  1 CLUB CRACKERS            2.50
  1 SF DRYER SHEETS          1.80
  1 NOXEMA 2.5               2.00
  1 NOXEMA 2.5               2.00
  1 DELMONTE RAISINS         1.80
  1 CARESS SOAP              1.30
  1 CARESS SOAP              1.30
  1 RAZOR DISPOSABLE 5PK     1.35
  1 RAZOR DISPOSABLE 5PK     1.35
  1-RAZOR DISPOSABLE 5PK    -1.35
  1-RAZOR DISPOSABLE 5PK    -1.35
  1 NOXEMA 2.5               2.00
  1 REAL LEMON                .70
  1 CARESS SOAP              1.30
 18 BANANAS                  3.60
  5 APPLES, GOLDEN           1.75
  1 PEACHES                   .30
  1 PEACHES                   .30
  1 PEACHES                   .30
 15 PLUMS LARGE              1.50
  1 SCHICK FX BLADES         2.30
  1 SCHICK FX BLADES         2.30
  1 SCHICK FX BLADES         2.30
             SUB TOTAL      92.60
                 TOTAL      92.60
       CHARGE 20237001      92.60
ENDING BALANCES:
Available Balance is 188.18
Spending Limit Balance is 66.70
Account Balance is 188.18
_____
Signature
    *** ALL SALES ARE FINAL ***
```

**Receipt 1 (left):**

```
*** LIMITED OFFICIAL USE **
NS

NVOICE
JOHN C III
  No.20237001
I Time 10:10:13a TX# 000001  36        MON
IG BALANCES:
le Balance is 137.82
I Limit Balance is 138.35
Balance is 137.82
=================================
ESCRIPTION                    PRICE
=================================
PSI
PSI                            1.90
PSI                            1.90
PSI                            1.90
                               1.90
CAN PIE                        3.25
FFE CRUNCHY P/BTR              2.10
WNAS                           1.20
CHES                           2.25
MS LARGE                       1.50
CHES
   SUB TOTAL                  -1.50
       TOTAL                  16.40
GE 20237001                   16.40
ANCES:                        16.40
alance is 121.42
mit Balance is 124.05
ance is 121.42

I SALES ARE FINAL ***
```

**Receipt 2 (middle):**

```
            *** LIMITED OFFICIAL USE **
MR. WEST

SALES INVOICE
COGGIN JOHN C III
ACCOUNT No.20237001
08/14/01 Time 10:50:54a TX# 000028  34   MON
BEGINNING BALANCES:
Available Balance is 200.67
Spending Limit Balance is 175.80
Account Balance is 200.67
=================================
QTY DESCRIPTION               PRICE
=================================
  1 STAMP BOOKS .34            6.80
  1 STAMP BOOKS .34            6.80
  1 STAMP BOOKS .34            6.80
  1 CRANBERRY JUICE             .70
  1 CRANBERRY JUICE             .70
  1 HEAD & SHOULDER            5.35
  1 EDGE SHAVING GEL           3.05
  1 SOFT BATCH CHOC CHIP       2.40
  1 NOXEMA 2.5                 2.00
  1 NOXEMA 2.5                 2.00
  1 DELMONTE RAISINS           1.80
  1 NOXEMA 2.5                 2.00
  1 HEAD & SHOULDER           -5.35
  1 BLUEBIRD HONEYBUNS          .45
  1 BLUEBIRD HONEYBUNS          .45
  1 BLUEBIRD HONEYBUNS          .45
  1 ADVANCED CENTREX VIT       3.75
  1 AAA BTRY PANSONIC          2.40
  1 IBUPROFEN TABLETS          2.40
  1 NON-ASPRIN REGULAR         2.15
  1 HONEY WHEAT BREAD          1.05
  1 PANTENE SHAMPOO            5.20
 15 BANANAS                    3.00
  5 APPLES, GOLDEN             1.50
      SUB TOTAL               57.85
          TOTAL               57.85
CHARGE 20237001               57.85
ENDING BALANCES:
Available Balance is 142.82
Spending Limit Balance is 138.35
Account Balance is 142.82

Signature
    *** ALL SALES ARE FINAL ***
```

**Receipt 3 (right):**

```
          *** LIMITED OFFICIAL USE **
MR. BURNS

SALES INVOICE
COGGIN JOHN C III
ACCOUNT No.20237001
08/07/01 Time 11:01:39a TX# 000048  36   MON
BEGINNING BALANCES:
Available Balance is 275.77
Spending Limit Balance is 217.50
Account Balance is 275.77
=================================
QTY DESCRIPTION               PRICE
=================================
  1 ***DIMES***********        5.00
  3 STAMP BOOKS .34           20.40
  1 PEPSI                      1.90
  1 PEPSI                      1.90
  6 CRANBERRY JUICE            4.20
  1 ULTRA 2 TIDE 33 OZ.        4.55
  1 PANTENE SHAMPOO            5.20
  3 NOXEMA 2.5                 6.00
  1 CARESS SOAP                1.35
  5 PECAN PIE                  3.25
  1 HONEY WHEAT BREAD          1.05
 15 BANANAS                    3.00
  5 APPLES, GOLDEN             1.50
  3 ORANGES                     .75
  3 PEACHES                    1.05
 10 PLUMS LARGE                1.00
      SUB TOTAL               62.10
          TOTAL               62.10
CHARGE 20237001               62.10
ENDING BALANCES:
Available Balance is 213.67
Spending Limit Balance is 175.80
Account Balance is 213.67

Signature
    *** ALL SALES ARE FINAL ***
```