# DEFENDANT'S
# EXHIBIT 3

# COGGIN'S
# BOP HEALTH
# RECORDS

# PART A

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODU

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

**10/18/01**
**09³⁰**

S. "I feel good, still a little sore in the abdm. No headaches

| | CCC |
|---|---|
| CAR ___ | ENDO/LIPID ___ |
| DM ___ | Mntl-Hlth ___ |
| ~~HTN X~~ | ~~Infect-Dis~~ ___ |
| GEN ___ | Neurology ___ |
| PUL ___ | Ortho/Rheum ___ |
| | GASTRO |

**13/8**
**15+ ht**

O. 52 years

BP 135/98 P 66 R 14 wt 154½

lungs. CTA, heart. RR. findings wnl
abdm: healed midline surgical scar, BS⊕
extrem. no eden.

A. ① Hx HTN ② S/P abdm surgery

P. pt states his BP has been wnr, highest
was 170/85, today 135/98, pt given a and
o BP check & instructed to contact HSU if
BP ↑ 140/90. Medical conference w/pt 11/18/01
Pt verbalized understanding. F/U 2 wks or PRN

Patient education and instructions given
for ___ 1, 2.
tre:
___

O. Cesar Brenes, M.D., Clinical Director
FPC-Montgomery

**11/01/01**
**14⁵⁰**

S. Pt. states his BP has been
about 135/90 — 139/95, feels
good, occasional headache

O. 53 yrs old NKA

| | CCC |
|---|---|
| CAR ___ | ENDO/LIPID ___ |
| DM ___ | Mntl-Hlth ___ |
| HTN ___ | Infect-Dis ___ |
| GEN ___ | Neurology ___ |
| PUL ___ | ___ |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

COSSIN
JOHN
DOB 04-03-1948
FPC MAXWELL, BLDG 1226
MAXWELL AFB, AL    36112

| REGISTER NO. | WARD NO. |
|---|---|
| | |

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 11/01/01 1450 (cont) | O. BP 158/98  P 68  R 14  Wt. 158 lbs |
| | lungs: CTA  heart. RR  murmur WNL  carotid 5 bruit |
| | abdm. BS⊕, nontender |
| | extrem: ∅ edema |
| | A ① HBP. ② S/P abdom. surgery |
| | P. ① Lisinopril 10mg  $\bar{s}$ig  $\bar{1}$ tab PO qDay |
| | x 30 days |
| | Continue $\bar{c}$ presently prescribed regimen |
| | + fu  30 days  or PRN |
| | Patient education and instructions given |
| | fc... 1, 2.  ...........  O. Garcia-Brujas, M.D., Clinical Director |
| | treat.......  FPC-Montgomery |
| | voices understanding. Return to MOD as needed. |
| 11-1-01 1535 | **ADMINISTRATIVE NOTE:** written information given |
| | Pharmacy Chart Review |
| | Prescriptions Filled |
| | LTD. Folmar RPh. |
| 11/9/01 1300 | Admin Note for release meds for 30 days |
| | ① Lisinopril 10mg # 30  $\bar{1}$ po. qd  $\bar{c}$ OrEr |
| | D. Essex CRNP |
| | **D. ESSEX, CRNP** |
| | **FPC MONTGOMERY** |
| 11-9-01 1410 | **ADMINISTRATIVE NOTE:** written information given |
| | Pharmacy Chart Review  Meds delivered to R&D |
| | Prescriptions Filled |
| | LTD. Folmar RPh. |

00002

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCT.

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| **DATE** | **SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION** *(Sign each entry)* |

9/21/01
14¹⁵

S Called in pt to check on him and his present status, pt refers that he is feeling well, no medical complaints. Pt is walking to the dinning hall daily but is still somewhat sensitive.

O. 52 year old

BP 128/82  P 68  R 14  wt 150 lbs.

lungs CTA, heart RR (under copy WNL
abdm. healed wound (surgical scar) midline from umbilicus to xyphoid process, no d/c no erythema. pt's abdm. muscle appear sore & sensitive to movement and extern. No edem.

A. ① S/P abdominal surgery (Exploratory lap)
c̄ repair of duodenal ulcer ② HTN

P. Pt. has medications at this time & F/U appt c̄ Dr. Kreher on Oct. 8, 2001. A card for Daily BP checks given to pt. instructed to contact this if's pt BP ↑ 140/90, D/C lisinopril. F/U 10/20/01 or PRN. Instructed to continue walking as tolerated. Medical surveillance until 10/20/01

105/106

128/82 V/S note

D/C

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

COGGIN
JOHN
DOB  04-03-1948
FPC MAXWELL, BLDG 1226
MAXWELL AFB, AL   36112

| REGISTER NO. | WARD NO. |
|---|---|

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|--------------------------------------------------------------------------|
| 9/21/01 14:15 (cont) | P. _ thanked B. Frost (Duty officer on day of his surgery) and myself for visiting and comforting his wife on the day of his surgery, also asked me to extend the thanks to Dr. Mayer & Dr. Reed who had taken care of him while at the hospital. Pt. left HSU in a jovial manner.

Patient education and instructions given for _____ relative to _____, treatments, condition, diagnosis _____ voices understanding. Return to HSU as needed.

O. Garcia-Brenes, M.D., Clinical Director
FPC Montgomery |
| 10/10/01 1755 | Transcribed from RX from Dr. Kreler Clarithromycin 500mg #42 ÷ p.o. tid x 2 weeks OTF.

D. ESSEX, CRNP
FPC MONTGOMERY |
| 10/11/01 16:00 | Reviewed by MD / Rx written

O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

**9/13/01 16⁰⁰** — Ad. note:

Spoke to Baptist Hosp. nurse Station on 6th floor for room #629. Pt's TPN (pain pump) has been D/C, diet as desired, stool softener, IV Kefzol, IV Demerol q 3hr PRN, ambulate as tolerated. H&H 10/30, JP 15cc in 24 hrs. T. 98⁸ BP 173/99. Pt had small amt of blood per rectum, otherwise stable, resting in bed

O. Garcia-Branes, M.D. Clinical Director
FPC-Montgomery

**9/14/01 1600** — Spoke c̄ Nurse Sling RN: States that pt's HCT is stable but he is passing dark stools & Dr Mazer wants to keep him c̄ least for another day. States pt is eating c̄ difficulty ambulates.

D. Essex, CRN

D. ESSEX, CRNP
FPC MONTGOMERY

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

```
        001
DIGGIN
    JOHN
SSN  04-03-1948
FPC MAXWELL, BLDG 1226
MAXWELL AFB, AL    36112
```

| REGISTER NO. | WARD NO. |
|---|---|

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.20.

00005

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|------|
| 9/15/01 13:15 | Spoke c Mrs. McCall — Mr. Coggins nurse — States slower but not tolerating diet well c some nausea + vomiting — to try pureed diet to see if he can tolerate it. Hgb-9.6 Hct 28.8 Reported. No new plans for Ocas this time. Abel. R. LAKE, RN *Ramona Lake* FPC MONTGOMERY |
| 9/16/01 10:25 | Spoke c Sandra Reese — pt. nurse — States pt ambulating in hall c problems. Ate a regular breakfast tolerated well. Afrebile this Am. Hgb—10.1 Hct 29 this pm. Poss D/C soon. *Ramona Lake* R. LAKE, RN FPC MONTGOMERY |
| 9/17/01 16:00 | D/C'd from BMC South the following orders relayed as V.O. to me from Dr Garlea Prevacid 15mg c i po bid. X30 days ② Tylenol #3 i–ii po tid @ pill line X3 days ③ Doss c ii po bid. X30 days  M. _____, PA |
| 9/18/01 13:05 | ADMINISTRATIVE NOTE — Written information given — Pharmacy Chart Review 2 Prescriptions Filled LTD Folmer RPh. |

O. Garcia Bren, M.D. ... Director FPC-Montgomery

O. Carl Brann, M.D. Clinical Director Prison ...

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

DATE — SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)*

9/7/01
1445 — Spoke c̄ Nilda, RN on 6 north Re: inmate Coggins. Had surgery this A.M., states pt is doing good ā any complaints since coming from PACU around 12:20 this afternoon. Pt has PCA pump + IV fluids @ present. Last H+H was @ 3:40 Am c̄ Hgb 10-6 + HCT 30-2. Pt received 4 units of blood in surgery according to nurse.

D. ESSEX, CRNP
FPC MONTGOMERY

09-08-01
KGD — Spoke to RN on 6 north Mrs. Pam, still has NG tube and setting up. Pt has begun to ambulate. Pt-95 @ room #625, phone # is 286-3101.

D. Rodriguez, PA
FPC-Montgomery

9/9/01
1345 — Spoke c̄ Pam Sezer nurse caring for Mr. Coggins. States that pt is doing fine, has TPN + sits up in chair. Pt still c̄ PCA pump and his H+H has stabilized. D. Essex CRNP

D. ESSEX, CRNP
FPC MONTGOMERY

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

2025?-001
COGGIN
JOHN
DOB 04-03-1948
FPC MAXWELL, BLDG 1226
MAXWELL AFB, AL 36112

| REGISTER NO. | WARD NO. |
|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-

00007

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 9/10/01 15¹⁸ | Ad. note: Cheryl Rape, Soc. Worker from Baptist South called and informed me that pt. is stable c̄ NG Tube on, + pepcid 30 y. on TPN, #H 205 ¹⁵ (10/28) JP (110 cc), NG (750 cc) No Bowel movement, no flatter. O. Garcia-Brenes, M.D. Clinical Director FPC-Montgomery |
| 9/11/01 16⁰⁰ | Ad. note: Cheryl Rape, from Baptist South called and informed me that pt. had a temp of 100.9° and that a possible atelectasis. CBC, cultures ordered and pending U/A ordered.   TPN increased from 75 to 125 NG, foley, O₂' D/c'd ambulate x 2 / shift O. Garcia-Brenes, M.D. Clinical Director FPC-Montgomery |
| 9/12/01 15³⁰ | Ad. note. Cheryl Rape, from Baptist South called and informed me that pt. had Temp 100⁹ c̄ cold C-xray (no atelectasis). Cultures negative at 24 hr. By: IV Keflex q 8, IV pepcid q.d., D/c'd TPN, CPL P. had been given a morphine bolus for pain. (2 ml). — Source of Temp. O. Garcia-Brenes, M.D., Clinical Director FPC-Montgomery |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| **DATE** | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

**9/5/01**
**16⁵⁵**

Late Entry:

Visited pt. at bedside (Baptist South, room 458) yesterday in late afternoon. Pt expressed gratitude at his being taken care off and for what our medical staff had done for him. Pt. expressed concern about not being D/C from Hospital before he would be stable, I reassured the pt. that although I was not the admitting physician nor the physician that would D/C him from the Hospital I would be sure that the pt. (him) would not be D/C from Hospital until he would be in stable condition to return to our Institution, regardless of how long it took. I did however explained again to him that the discharge procedure was not my decision and that, that decision would be made by the physician in charge at the hospital. That these types of decisions were made as per community standards

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | over |
| **SPONSOR'S NAME** | **SSN/ID NO.** | **RELATIONSHIP TO SPONSOR** | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| | REGISTER NO. | WARD NO. |
|---|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

00009

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|------------------------------------------------------------------------------|
| 9/5/01 16⁴⁵ (cont.) | Late entry (cont.). Pt. then also asked about his surgery (gallbladder). I explained to him that at this point, the most important thing was to stabilize him prior to any surgical procedure and that the surgeon would be making that decision when he is well again. Pt. voiced understanding. Left pt. in his room in an affable condition who again thanked me and our medical Dept. |
| | O. Garcia-Dryas, M.D., Clinical Director FPC-Montgomery |
| 9/6/01 17²⁰ | Ad. note. Called Baptist South, spoke c̄ Ray Yeatman, who informed me that the pt. was in surgery at this time. That the ulcer had eroded and had a connection to the aorta (which was being held by a clot). Dr. Kreher was doing the surgical repair of the aorta and patching of the ulcer. Had c̄ Dr. Maya earlier today and I mentioned pt. was having another EGD today. O. Garcia-Dryas, M.D., Clinical Director FPC-Montgomery |

NSN 7540-00-634-4176                                                                      AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

**8/29/01**
**1600**  Returned from medical furlough. Re Antonie Williams. See consultation note.

N. Little CRNP
Doris Little CRNP

**9/3/01**
**930**  Found out inmate sent to hospital during the night by Dr Garcia — called BMC south — Inmate in MICU — Spoke to his nurse Carla Davis RN — Pt has active G.I. bleeding — has received 4 units PRC c HCT 19.9 after. To receive 3 more units now as reported HCT.

**9/4/10**  Pt — alert, orien fair. EGD done per Dr J Hendricks which shows large gastric ulcer c a lg clot — To stay in MICU at this time — Dr Garcia called & notified. R. Lake, RN   FPC MONTGOMERY
Capt. Farley notified

**9/3/01**
**15⁰⁰**  Spoke c inmates nurse per phone. Carla Davis RN reported after an additional 3 units of PRC his HCT is 27.5 c no
Pt no more active bleeding. R Lake
FPC MONTGOMERY

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*   | REGISTER NO. | WARD NO. |

2021-001
COGGIN
JOHN
DOB  04-03-1948
FPC MAXWELL, BLDG 1226
MAXWELL AFB, AL   36112

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|
| 9/4/01 16¹⁵ | Ad. Note. Called pt's nurse at Baptist South. pt. in room 458. Spoke c̄ Kathy Adams, RN who said pt. was doing OK, no dizzy or any other complaints c̄ her shift. H & H. at noon were 10 (Hgb) & 28.2 (Hct). Doctor in charge said that pt was going to be observed for the time being and no more transfusions at this time. Upon It was noted that pt. did not push subicutaneous wered 8/27/01 |
| | O. Garcia-Brenes, M.D., Clinical Director FPC-Montgomery |
| 9/5/01 12⁰⁰ | Ad. Note. Spoke c̄ Dr. I. Mays about pt. and he informed me that pt. is stable at this present, intends to observe him until tomorrow and if still stable may be D/C to camp |
| | O. Garcia-Brenes, M.D., Clinical Director FPC-Montgomery |
| 9/5/01 16³⁰ | Ad. Note. Called Baptist South, spoke c̄ Kathy Adams, RN who informed me that pt. at noon had a Hgb 9.7 Hct. 27.7 pt. had been advanced to a soft diet and had reported to her to be slightly light headed. Otherwise no complaints. |
| | O. Garcia-Brenes, M.D., Clinical Direc. FPC-Montgomery |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 9-23-01 1400 | Pharmacy Chart Review — 2 Prescriptions Filled — LT B. Folmer RPh. — Written information given |
| 8/27/01 09³³ | S. "Approx. for the last 3 wks. I've had this pain, which comes & goes. The pain is in the Right upper front of abdomen, sometime it radiates the upper quadrant, not to my back nor anywhere else. I sometime get nausea assor. c̄ it. Not this last weekend, but Weds. & Thursday nights I had some vomiting. Have problem eating because I don't feel like it, and then when I eat something like a plain turkey turkey sandwich, I get pain. I think I lost about 15 lbs in last 3 weeks. |
| IVP: 8/8/01 1.5 cm calculus in caliceal diverticulum at upper pole of R kidney | 53 yow NVA BP 150/88 P 76 R 14 T 98⁷ wt. 163 lbs |
| Abdominal U/S 8/8/01 0.5 cm hyperechoic area in gallbladge may represent a small calcified gallstone, polyps, or small area of fume reflective shadow | lungs: CTA, heart: RR abdm: BS (+), slight tenderness in (Rt) upper quadrant to palpation, no rebound extrem: ∅ edema |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| REGISTER NO. | WARD NO. |
|---|---|

20237-001
COGGIN
JOHN
DOB  04-03-1948
FPC MAXWELL, BLDG 1226
MAXWELL AFB, AL    36112

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

00013

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|-----|
| 8/27/01 09³⁰ (cont.) | A. ① HTN ② Hx. renal calculi. ③ Cholithiasis(?) / Sludge |
| | P. ① Sulindac 200 mg tgs ī ↑ SPO bid ×15g CBC, CP24, CP9, U/A // DC Motrin & anaprox [explained to not to take unless directed PRN × pain] Gastroenterology consult done. Will F/U after consult results available or PRN |

Patient education and instructions given
re 1, 2, 3 _____, relative to medications,
treatments, activities, diet and self-care. He
voices understanding. Return to HSU as needed.

O. Garcia-Reeses, M.D., Clinical Director
FPC-Montgomery

| 8/28 ᵃ | Spoke ī Surgeon in regards to abd U/S report. States that he will need to examine the pt. States that pt does not need Gastro ① this time unless he may have problem ī the common bile duct or PUD etc. Informed Dr Garcia — Will hold gastro consult and schedule for surgery. _____ Essex CR |
| 8/29/01 15W | Spoke ī Dr Arthur Williams [Pt in office]. Recommends Gallbladder removal Dr Garcia informed. Consultation ② completed for surgery. _____ Essex CR |

D. ESSEX, CRNP
FPC MONTGOMERY

ESSEX, CRNP
FPC MONTGOMERY

00014

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

## CHRONIC CARE CLINIC:  HYPERTENSION

08-08-01
1030

**S:** Patient to clinic this date for chronic care assessment due to recent finding of hypertension.. No somatic complaints. Denies shortness of breath chest pains or dyspnea.

**O:** Alert, well oriented, 52 year old white male in no apparent distress.

BP: (R) arm: 162/89 mmhg.    P: 55 p/m        R: 20 r/p        Wt:169 lb.

Skin appears generally of normal texture & pigmentation without any significant vascular changes.

**Neurological:** CN II-XII appear to be grossly intact.  DTR's are equal bilateral.

Good motor strength bilateral.  Cerebellar function appears intact and suggests no ataxia.

**Eyes:** PERLA, EOM is conjugate and full, no ptosis, exophthalmos or nystagmus noted. Mild conjunctival erythema without evidence of corneal irritation, abrasion or foreign body.  Fundus exam is generally unremarkable without papilledema, tortuosity, hemorrhage, exudates or nicking.

**Nose:**  Mucosa moderately erythemic without discharge.

**Throat:** Mucus membranes are pink and moist.  No exudates.  Uvula is midline.

**Neck:**  Symmetrical without masses.  Trachea lies mid line and is without restriction of movement.  No palpable thyromegaly, thyroid nodules, tenderness or difficulty with swallowing.  Good carotid pulses without evidence of bruit.

**Heart** demonstrates a regular rate & rhythm without evidence of murmur, thrill or lift.

**Lungs** are clear to auscultation and percussion bilateral.

**Abdomen** is rotund with functional bowel sounds in all quadrants.  No tenderness, masses or palpable organomegaly.

**Extremities:** Patient demonstrates full ROM and no evidence of abnormality or deformities.  Adequate peripheral pulses are palpable. No pitting edema.

See hypertension flow sheet in the flow sheet section of the patients medical file.

**A:** Hypertension

**P:** Lisinopril 10 mgs.  #30 Sig: (1) tab p.o. qd.  Refill x 2.

Counseled on cardiovascular disease and risk factors.

**E:** Patient educated to the above assessment, importance diet and exercise, use of the prescribed medications, potential medication side effects, pill line issue time, refill policy and planned chronic care follow up. RTC/prn.

— Patient has been given a card to keep Bp record, bp is to be checked at least 3 times a week.

— CP4 chest, radiograph, EKG & CVR & microalbumin.

G. Rodriguez, PA
FPC–Montgomery

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |
| Coggin, John | | | |
| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | | REGISTER NO. | WARD NO. |

FPC–Montgomery

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|--------|
| 8-5-01 1610 | ADMINISTRATIVE NOTE - Written information given ——<br>Pharmacy Chart Review<br>1. Prescriptions Filled<br>LT D. Folmar RPh. |
| | |
| 8/22/01 1635 | S: C/o pain ~~left~~ ERROR right upper abd c̄ N+V since last night. Not been able to eat x 3 days RT pain aggravated by food. No identifiable alleviating factors.<br>O. T 97.7  BP 130/90  P: 96  R 20  Wt 163<br>Cardio: RRR  Pulmonary: Clear Ē BBS.<br>ABD: BS active X4. RUQ tender to palpation c̄ guarding. Liver edge not palpable.<br>A: Possible Cholelithiasis<br>P: 1) Nubain 10mg (1cc) IM now (1655 ® Dorsal Glut DL)<br>   2) U/A<br>   3) RTC c̄ 10AM 8/23/01 for further evaluation<br>       Doris Little CRNP<br>       DORIS LITTLE CRNP |
| | |
| 8/23/01 10¹⁰ | S: Continues to c/o RUQ pain. Nubain effective for a couple of hours only. N+V c̄ any food intake X 3 during night -<br>O: ABD: Tender c̄ guarding RUQ. BS AX4 - Soft to touch<br>T. 99.5  BP 112/70  P: 68 - R. 20<br>A: Cholelithiasis vs Cholecystitis<br>P: 1) Referral to surgeon (thru Dr. Garcia)<br>   2) Anaprox 550mg Bid PO c̄ food #28 ØRF<br>   3) RTC PRN  Doris Little CRNP<br>      DORIS LITTLE CRNP |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

07-25-01
0705

(S) c/o discomfort ® upper quadrant since 4 days. pain radiates
straight back, it increases especially after i eat.

(O) BP: 153/97 mmHg          P: 74 Bpm          T: 98.4°

LUNGS: clear to A & P          NOTE: Hx of gallstone Dx by
                                      ultrasound.
15/25: NL

abd: ® upper quad of abdomen extremely tender to the touch.
Bowel sounds ↓. pain radiates to scapular region (L) side! Ø

(A) cholelithiasis

(P) ① x-ray. KUB P. AP A LAT. ABD.

② Rocephin 250mg IM. STAT.

③ Toradol 30mg IM STAT.

④ Tylenol #3 ↑ ↑ po x 3D. (pain unse)
⑤ Usinopril 10mg. T po x 90D.

⑥ x-ray done. shows a small stone on the ® side

⑦ labs ordered CBC, UA, cbc, lipase & amylase STAT.

⑧ will x-ray tomorrow, an possible pain with ultrasound

(E) post lab results.
~~Patient education and instructions given~~
~~gall state~~, relative to medications,
~~~ments, activities, diet and self-care. He~~
~~~ices understanding. Return to HSU as needed.~~

O. Rodriguez, PA
FPC-Montgomery

| 7-25-01
1035 | ~~ADMINISTRATIVE NOTE~~
~~Pharmacy Chart Review~~ — written information given
~~Prescriptions Filled~~
LTD. Folmar RPh. |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| | REGISTER NO. | WARD NO. |
|---|---|---|

20237-001
COGGIN, JOHN.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

00017

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 07-26-01 | (S) _chart reviewed_ + c/o "T#3" is causing GI discomfort |
| 1000 | (O) no changes |
|  | (A) cholelithiasis , nephrolithiasis |
|  | (P) 1/ ultrasound ordered right away. |
|  | 2/ will f/u. post US. |
|  | 3/ IVP also ordered. |
|  | 4/ stop Tylenol #3 |
|  | 5/ motrin 800mg T PO x 30 #90 |
|  | (E) Patient education and instructions given for _kidney/stone_, relative to medications, treatments, activities, diet and self care. He voices understanding. Return to HSU as needed.  O. Rodriguez, PA  FPC-Montgomery |

|  |  |
|---|---|
| 7-26-01 | ADMINISTRATIVE NOTE  T3 d/c'd - Motrin filled |
| 1620 | Pharmacy Chart Review  Prescriptions Filled  written information given  D. Folmar RPh. |
| 7/28/01 | At pill window stating he was on call |
| 11³⁰ | out to clinic in AM + wanted to know why — instructed to be NPO pm Sunday — would understanding.  R. Lake, RN  FPC MONTGOMERY  _R.__ mD  J. Garcia Brenes, M.D., Clinical Director  FPC-Montgomery |
| 08-06-01 | (S) f/u. |
| 1510 | (O) no pain |
|  | (A) gallstone / kidney stone |
|  | (P) 24 hr urine x creatinin clearance  O. Rodriguez, PA  FPC-Montgomery |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
| --- | --- |
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

| | |
| --- | --- |
| 5/3/01 15³⁰ (cont) | P. Area was cleaned c̄ betadine, covered c̄ double antibrotic ointment & telfa. Pt was given several double antibiotic ointment packets as well as self sticking telfa pads, instructed to wait 2-3 hours before bathing and then to replace the telfa pad c̄ antibiotic ointment. F/U 90 days or prn Patient education and instructions given for 1, 2. _____ treat_____ voices understanding. Return to HSU as needed.    O. Garcia-Bru___ M.D., Clinical Director FPC Montgomery |
| 5-4-01 1145 | Pharmacy Chart Review ✓ Prescriptions Filled  Written information Given LTD. Folmar RPh. |
| 5/11/01 11²⁰ | S. "I feel better, my boil has been reduced, but perhaps I need more antibiotics. I've been putting on the warm compress. O. Reduced area of inflammation c̄ broken skin and whitish material ᵒ⁻ᵈ |

| | | | |
| --- | --- | --- | --- |
| CAR | | CCC | |
| DM | | ENDO/LIPID | |
| HTN ✓ | | Mntl-Hlth | |
| GEN | | Infect-Dise | |
| PUL | | Neurology | |
| | | Ortho/Rheum | |
| GASTRO | | | |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
| --- | --- | --- | --- |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

COGGIN
JOHN
DOB 04-05-1948
FPC MAXWELL, BLDG 1226
MAXWELL AFB, AL   36112

| REGISTER NO. | WARD NO. |
| --- | --- |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|----------------------------------------------------------------------------|
| 3/11/01 11:20 (cont) | O _showing at orifice of the erythema surrounding orifice. tender to palpation_ |
| | A. (R) upper extremities infected hair follicle |
| | P. _Placed pt on exam table, cleaned c betadine, extruded whitish material c sterile gauze, curettaged orifice c betadine and wood cotton tip applicator, covered c double antibiotic ointment, telfa and gggel pt. some telfa. instructed to wait 4-6 hrs before showering, then to clean well c soap & water, dry and cover c double antibiotic ointment & telfa._ |
| | ① Keflex - 500mg Sig - 1 cap PO qid x 10d |
| | ② Double antibiotic ointment. Sig - apply to affected area as directed |
| | F/U PRN |
| | D. GARCIA-BRENES, M.D. CLINICAL DIRECTOR FPC MONTGOMERY |
| 5-11-01 16:50 | Pharmacy Chart Review 2 Prescriptions Filled LTD. Folmar RPh. |

NSN 7540-00-634-4176                                                    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|

1/22/01
13³⁰   No Show for scheduled appt

| | CCC |
|---|---|
| CAR___ | ENDO/LIPID___ |
| DM___ | Mati-Hlth___ |
| HTN___ | Infect Disc___ |
| GEN___ | Neurology___ |
| PUL___ | Ortho/Rheum___ |
| | GASTRO___ |

O. Garcia-Brenes, M.D. Clinical Director
FPC-Montgomery

1/27/01  Came on sick round / states he needs
17³⁰  a refill on his expired BP med - told to
wait and I would reschedule it for him.
Stated he would come back tomorrow. Reminded
to come Monday for a reg Ap. Stable

O. Garcia-Brenes, M.D. Clinical Director
FPC-Montgomery

1/30/01   S  "I feel fine, I ran
11²⁰      out of meds, need some
          did not take any today.

| | CCC |
|---|---|
| CAR___ | ENDO/LIPID___ |
| DM___ | Mati-Hlth___ |
| HTN___→ | Infect Disc___ |
| GEN___ | Neurology___ |
| PUL___ | Ortho/Rheum___ |
| | GASTRO___ |

O.   52 yo WM NKA.
BP 120/86 P 6X R 14   wt 175 lbs ht 5'-8"
lungs: CTA  heart: RR, no murmur wnl
abdom: pendulous, BB ⊖
extrem: ∅ edema
A.   HBP
P.  ① Lisinopril 10 mg (i). i tab PO JD x 90 dy
     PCN
Patient education and instructions given
for HBP, relative to ___, treatments, activities, diet, med.
voices understanding. Return to HSU as needed.

O. Garcia-Brenes, M.D. Clinical Director
FPC-Montgomery

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | | SPON NO. | RELATIONSHIP TO SPONSOR |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| REGISTER NO. | WARD NO. |
|---|---|

BOGGIN
  JOHN
DOB  04-03-1948
FPC MAXWELL, BLDG 1226
MAXWELL AFB, AL  36112

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

00021

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 2/1/01 17⁰⁰ | Reviewed by MD / Rx written [signature] J. García-Breese, M.D., Clinical Director FPC-Montgomery |

~~S. ___~~
~~O. ___~~

| 5/3/01 15³⁰ | S. "I need renewal of my HTN medication. Also I think I have an infection in my (R) groin area. I have been putting hot compress in the area and it popped, but it really hurt a lot. |

| CCC | |
|---|---|
| CAR ___ | ENDO/LIPID ___ |
| DM ___ | Matl-Hlth ___ |
| HTN ✓ | Infect-Dise ___ |
| GEN ___ | Neurology ___ |
| PUL ___ | Ortho/Rheum ___ |
| GASTRO | |

O. 52 yrs old NKDA
BP 130/78  P 68  R 14   T. 170 lbs
Lungs CTA  heart RR. [illegible] WNL
Skin: There is an area induration aprox
1.5 × 1.5 cm on (R) upper testicular area
c̄ skin opening on center. area is
tender to touch. There is no FL at
this time. There is surrounding area of erythema

A. ① HTN  ② (R) upper ~~testicular~~ ᵃⁿᵗⁱᵉʳⁱᵒʳ infected
hair follicle

P. ① Rocephin 500 mg dj. 500 mg injected IM (R) upper
buttock (given now)
② Keflex 500 mg dj. ī cap PO q 6 hrs × 10 days STAT
③ Motrin 800 mg dj. ī tab PO q 8 hrs PRN c̄ food × pain #30
④ Lisinopril 10 mg dj. ī tab PO qd × 90 days

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

| DATE | |
|---|---|
| 7/28/00 17⁰⁰ | ADMINISTRATIVE NOTE: Reviewed by MD. IR written *(signature)* |
| 9/11/00 0800 | Admin Entry - No Show     O. Garcia-Brenes, M.D., Clinical Director FPC-Montgomery *(signature)* MAC PATCHEL, PA |
| 9-12-00 0745 | S: Cold sx X 2 days chills nasal congestion myalgia sore throat O: 52 Y.O.♂ NAD Temp 98⁴ resp 15 Nares copious serous Nasal ____coryza Pharynx cobblestoning ⊙ purulen TM's lungs clear ____ 22 A: URI P: ① ____ + ____ prn congestion #15 ② APAP 325 mg i po q 4°6 prn pain HA fever #50 ③ Patient education and instruction given for ____, relative to medications, treatments, activities, diet and self-care. He voices understanding. Return to HSU as needed. *(signature)* PATCHEL, PA |
| 9/12/00 17⁰⁰ | Reviewed by MD. 2 Rx written *(signature)* O. Garcia-Brenes, M.D., Clinical Director FPC-Montgomery |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| | REGISTER NO. | WARD NO. |
|---|---|---|

20251-001
COGGIN
JOHN
DOB 04-03-1948
FPC MAXWELL, BLDG 1226
MAXWELL AFB, AL    36112

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

00023

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION(Sign each entry) |
|------|------------------------------------------------------------------------|
| 10/26/01 0950 | S. "I feel fine, except for this cold, congested nose, cough c̄ sputum. (color?). for last month, got over & caught it again |

CCC
CAR ___    ENDO/LIPID ___
DM ___    Matl-Hlth ___
HTN V    Infect-Dise ___
GEN ___    Neurology ___
PUL ___    Ortho/Rheum ___
GASTRO ___

O. 52 y/o w^o    NKD
BP 128/80 P 68 R 14 T 97² W 170/65.
lungs: CTA    heart: RR fundus/opp w̄air
extrem: S̄ edema; nose c̄ erythema tenderness

A  ① HTN ○    ② URI

P. ① actifed Sg̃, t̄ tab PO tid x 3 days
② Humibid DM Sg̃, t̄ tab PO bid x 5 days
③ Tylenol 500 mg tab # tab PO q 6 hrs PRN #30
④ Lisinopril 10 mg Sg̃; t̄ tab PO qD x 90 days
lab errors c̄ CP 24    week of 1-15-01
F/U   90 days or PRN

Patient education and instructions given
for 1, 2 _____ med ___ s,
treatm _____ and self-ca ___ a
voices understanding. Return to HSU as needed.

J. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery

| 10/30/00 08⁰⁰ | Reviewed by MD 4 Rx written |

J. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery

FPI. LEX.    Printed on Recycled Paper

STANDARD FORM 600 (REV. 6-97) BACK

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 1-27-2000 | **HYPERTENSION CLINIC** S. The C/o's I feel ok |
| 1400 | O. NAD            Hent - RRR |
| T - 97.6 | Lungs - clear |
| P - 76 | Abd - soft & tender |
| B/p 110/78 | Ext - no edema |
| R - 16 | |
| | a: HTN |
| | R. ① Lisinopril 10 x QD X 30 days π Refills |
| | ② Refer Optometry IOP's: discharge |
| | ③ Patient education and instruction given |
| | for ___HTN___, relative to complications, |
| | treatments, activities, diet and self-care. He |
| | voices understanding. Return to HSU as needed. |
| | F/u ccc 3 month. |
| | WALTER MARTIN, P.A. |
| | FPC MONTGOMERY |
| 1-28-00 | Rph revu ① Information give |
| 0630 | |
| 2-13-00 | S: 56 Nasal discomfort & wound care |
| 1100 | O: P: 87/8 mmHg     A: 84 b/m     R: 20 b/m |
| | 92 finger ① hand |
| | NARES: CONGESTION, DNO     WOUND: good closure, no dis mange |
| | A: allergy / minor wound |
| | P: ① Ketaconazole 200mg. i QD x 10 d. #40 |
| | ② Actifed i TID x 5D #15. |
| | ③ Patient education and instructions given |
| | for ___AZ___, relative to complications, |
| | treatments, activities, diet and self-care. He |
| | voices understanding. Return to HSU as needed. |
| | O. Rodriguez, PA |
| | FPC–Montgomery |

| OSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| ONSOR'S NAME | | RELATIONSHIP TO SPONSOR | |

| TIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | | REGISTER NO. | WARD NO. |
|---|---|---|---|

20257-001
COGGIN
JOHN
DOB  04-03-1948
PC MAXWELL, BLDG 1226
MAXWELL AFB, AL     36112

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-

00025

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION(Sign each entry) |
|------|------------------------------------------------------------------------|
| 4-13-0° | _Adm:_ RPh review @ TW Information given |
| 4-27-00 1410 | **HYPERTENSION CLINIC** S: No c/s. |
| T-97⁶ | O: NAD |
| P-72 | Lungs - clear |
| R-16 | Card. - soft s tent |
| B/P 10⁴/84 | Ext: no edema |
| WT -171 | a... HTN |
|  | P. ① Lisinopril 10 mg QO X 30 days II refills. |
|  | ② CXR |
|  | ③ Cont. Exercise - walk, some jogging. |
|  | ④ Patient education and instruction given for ___HTN___, relative to medications, treatments, activities, diet and complications. voices understanding. Return to HSU as needed. |
|  | F/u cc 3 months          WALTER ___, P.A. FPC MONTGOMERY |
| 4-28-.. 0735 | _Adm:_ RPh review (R) Information given |
| 7/27/00 09³⁰ | S. "I feel fine. no medical complaints |
|  | O. 51 y/o N/M |
|  | B/P 180 P 70 R 14 T 97⁶ wt 172 ht: 5'-8" |
|  | lungs: CTA   heart: RR |
|  | abdn: BS⊕, nontender |
|  | extrem, pedema. |
|  | A. HBP |
|  | P. ① Lisinopril 10 mg dy. ⑦ tab (0 30 x 90 s) |

FPI. LEX.      Printed on Recycled Paper

Patient education and instructions given for ___HBP___, relative to medications, treatments...     by PRN O. Garcia-Brenes, M.D., Clinical Director FPC-Montgomery

STANDARD FORM 600 (REV. 6-97) BAC

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

10-25-99

1400
T-98
P-72
R-16
BP 120/80

WT 175

**HYPERTENSION CLINIC** S. No c/o.s. doing well

O: NAD    Heart - RRR
          Lungs - clear
          Ext - ∅ edema
          A10's later nml

A. HTN

R: ① Lisinopril 10 g QD X 30 dys + Refills

② Patient education and instruction given
for ___HTN___, relative to medications,
treatments, activities, diet and self-care. He
voices understanding. Return to HSU as needed.

F/u ccc 3 months

_Walter Martin, signature_
**WALTER MARTIN, P.A.**
**FPC MONTGOMERY**

---

10-26-99    ADMINISTRATIVE NOTE Rvh period (?) Written appr mts gi
10-26-99

**CDR THOMAS SINWELL, RPH**

---

12/30/99    S/ C/o fever, cough, nasal congestion - Chest
1220        body aches - since yesterday.

O/ Alert + NAD, amb. S assistance - WKDSS
   T - 101.²                    A.) tender to percussion -
                                 Purulnce over PNS -
E.) Clear - Tm intact

N.) Congested c plenty of discharge Purulent abundant
+) Symmtric c plenty of PNS noted. ∅ exudate
X- CTA _____ 7 _____ Crt.

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| REGISTER NO. | WARD NO. |
|---|---|

20237-001
COGGIN
  JOHN
DOB   04-03-1948
FPC MAXWELL, BLDG 1226
MAXWELL AFB, AL    36112

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

00027

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 12/30/99 1230 | apl. exam, |
| | A) URI / Sinusitis |
| | P) 1) Amoxicillin 500mg Caps - g T Cap PO tid #30 |
| | 2) Humibid LA tab. g T tab q12o - q12hr #18 |
| | 3) Humibid DM tab. g T tab PO q12hrs #14 |
| | 4) Actifed tab. g T tab PO q8hr #15 |
| | 5) Saline spray g TT spray q4hr #1 |
| | 6) APAP 500mg tab. g TT tab PO q4-6hr PRN fever malaise #40 |
| | 7) APAP 500mg tab. g TT tab now #2 (given) |
| | P) Patient education and Instructions given for URI, relative to medications, treatments, activities, diet and self-care... ...ces understanding. Return to HSU as needed. |
| | [signature] P.A. FPC, MONTGOMERY |
| 12/30/99 15⁰⁰ | ADDEN. ENTRY: Reviewed by MD, c Rx written [signature] |
| | O. GARCIA ___ .D. CLINICAL ___ FPC MONTGOMERY |

SN 7540-00-634-4170

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

**8-27-99**
**1720**

SAM NOTE: NEW ARRIVAL ON Lisinopril 10mg QD-
NEEDS Rx for drug. WAS Screened LAST Night
NO meds given-

　　1) Lisinopril 10mg tab.
　　　q 1 tab PO QD #30 RX1
　　2) ✓ ADD TO CCC HTN

GERARDO G____, P.A.
FPC, MONTGOMERY

**8-27-99**
**1730**

RPh review. Written drug information to patient
with above Rx as formulary replacement for Accupril (non-form)

CDR THOMAS SINWELL-RPH

**8-31-99**
**1405**

**ADMINISTRATIVE NOTE:** Seg Accident Report thru
date

WALTER MARTIN, P.A.
FPC MONTGOMERY

**9-1-99**
**0645**

**ADMINISTRATIVE NOTE:** A:O P.E. done this
date

WALTER MARTIN, P.A.
FPC MONTGOMERY

**9-1-99**
**0900**

RPh review. (R) from injury report to patient.

CDR THOMAS SINWELL-RPH

9/2/99

GARCIA-BRENES, M.D.

9/2/99

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| FPC Maxwell | | | |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| | REGISTER NO. | WARD NO. |
|---|---|---|

Coggin John III
20237-001
FPc Maxwell

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

00029

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
| 9-23-99 | S |
| 1015 | O / see injury report set s |
|  | *[signature]* GERARDO *[illegible]*, P.A. FPC, MONTGO... |
| 9.23-99 | *[illegible]* RPh review of injury report  ℞ to pt with |
|  | written drug information |
|  | CDR THOMAS SINWELL-RPH |
|  | 7/24/99 |
|  | O. GARCIA-BRENES, M.D. CLINICAL DIRECTOR FPC MONTGOMERY |
| 9/27/99 | S. "I feel fine, I have no physical |
| 1410 | complaints at this time, my (Rt) |
|  | wrist was hurt about one week ago, |
| S1 | but I had no fracture and is |
|  | getting better since I am working at |
|  | the library now" |
|  | O. 51 y.o.w.m. N.A.D. |
|  | BP 128/78 P 72 R 14 T 97² wt 175 lb Ht 5'8" |
|  | lungs: CTA   heart: RRR |
|  | abdm: pendulous, BS⊕ no masses |
|  | extrem, ∅ edema |
|  | A. HBP. |
|  | P. Pt has meds at this time. |
|  | RTC 10/22/99 or PRN. |
|  | Patient education and instructions given O. GARCIA-BRENES, M.D. fc..._____, relative to medications,   DIRECTOR treatments, activities, diet and self-care. He FPC MONTGOMERY voices understanding. Return to HSU as needed. |

⊕ U.S GPO:1990-0-286-717

| CLINICAL RECORD | LABORATORY REPORTS |
|---|---|

ATTACH 3D REPORT ALONG HERE ↑ AND SUCCEEDING ONES ON ABOVE LINES

ATTACH 2D REPORT WITH TOP AT THIS LINE ↑

ATTACH 1ST REPORT ALONG LEFT MARGIN WITH TOP AT THIS LINE ↑

TEACHING MARGIN

Coggin

20237-001
COGGIN
JOHN
DOB  04-03-1948
FPC MAXWELL, BLDG 1226

REQUESTING PHYSICIAN'S SIGNATURE

_Dane Little CRNP_   REPORTED BY  _D Little CRNP_   MD DATE 8/22/01
TECH

REMARKS  Random UA

**URINALYSIS**

| | URGENCY | PATIENT STATUS |
|---|---|---|
| | ☐ ROUTINE | ☐ BED    ☐ AMB |
| | TODAY ☐ | OUTPATIENT ☐ |
| | ☐ PRE-OP | ☐ NP    ☐ DOM |
| | STAT ☐ | SPECIMEN SOURCE |
| | | ☐ ROUTINE |
| | | ☐ OTHER (Specify) |

SPECIMEN/LAB RPT NO

LAB. ID NO.

| TIME 1645 | REQUESTED | ROUTINE | COLOR | SPECIFIC GRAVITY | UROBILINOGEN | OCCULT BLOOD | BILE | KETONES | GLUCOSE | PROTEIN | pH | MICROSCOPIC | WBC | RBC | EPITH CELLS | WBC | RBC | HYALINE | GRANULAR | BACTERIA | CRYSTALS | MUCUS | NITRITE | BENCE JONES PROTEIN | HEMOSIDERIN | H.C.G |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

8/22/01  RESULTS  Lt. Yellow  1.020

FPC MAXWELL.
MAXWELL AFB, AL    36112

WARD NO.

**LABORATORY REPORTS**
**Standard Form 514**

Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-45.505
October 1975    514-108

00031

U. S.     'CAL CENTER FOR FEDERAL PR _ ERS
LABORATORY,  1900 W. SUNSHINE
SPRINGFIELD,  MISSOURI  65808
(417) 862-7041, EXT. 454

-------------------------- F I N A L   R E P O R T --------------------------

| | |
|---|---|
| Register Number: 20237-001 | Age          : 101 |
| Name        : COGGIN, JOHN | Sex          : M |
| Location    : FPC MONTGOMERY | Accession Number: 5824 |
| Physician   : DR. RODRIGUEZ | "X" if Complete : [X] |
| Collection Date: 10/29/2001 | |
| Collection Time: 10:52 | |

Tests  | LIPID TESTING; LIVER TESTING; ELECT PROFILE; COMP. METABOLIC
Ordered| Uric Acid; Lithium; Magnesium1

--------------------------------------------------------------------------------

| Test Name | Result | Flag | Reference Range | | | Tech |
|---|---|---|---|---|---|---|
| Chol/HDL Ratio | 5.1 | HI | | 3.4 | - 5.0 | TX RY |
| Lithium | 0.2 | LO | mmol/L | 0.5 | - 1.5 | RL RY |
| | LITHIUM LEVEL IS LESS THAN | | | | | |
| | 0.2 WHICH IS THE LINEARITY | | | | | |
| | OF THE VITROS ANALYZER. | | | | | |
| Magnesium1 | 1.9 | | mg/dL | 1.6 | - 2.3 | SY RY |

-- End of Laboratory Report --

*11/02/01*
O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery

O. Rodriguez, PA
FPC-Montgomery

| | |
|---|---|
| Name     : COGGIN, JOHN | Doctor  : DR. RODRIGUEZ |
| Register#: 20237-001 | Location: FPC MONTGOMERY |
| Printed  : 11/01/2001 @ 14:42 | ......... |
| | Sensitive L.O.U. |

U. S.    .CAL CENTER FOR FEDERAL PR    ERS
LABORATORY,    1900 W. SUNSHINE
SPRINGFIELD,    MISSOURI    65808
(417) 862-7041, EXT. 454

-------------------------- F I N A L    R E P O R T --------------------------

| | | |
|---|---|---|
| Register Number: 20237-001 | Age | : 101 |
| Name        : COGGIN,JOHN | Sex | : M |
| Location    : FPC MONTGOMERY | Accession Number: 5824 |
| Physician   : DR. RODRIGUEZ | "X" if Complete : [X] |

Collection Date: 10/29/2001
Collection Time: 10:52
Tests | LIPID TESTING; LIVER TESTING; ELECT PROFILE; COMP. METABOLIC
Ordered| Uric Acid; Lithium; Magnesium1

===========================================================================

| Test Name | Result | Flag | Reference Range | | | Tech |
|---|---|---|---|---|---|---|
| Collection Cmt. | . | | | | | |
| LIPID TESTING | | | | | | |
| LIVER TESTING | | | | | | |
| ELECT PROFILE | | | | | | |
| COMP. METABOLIC | | | | | | |
| Glucose | 83 | | mg/dL | 70 | - 110 | SY RY |
| Urea Nitrogen | 3 | LO | mg/dL | 7 | - 22 | SY RY |
| Creatinine | 0.9 | | mg/dL | 0.6 | - 1.6 | SY RY |
| Uric Acid | 5.6 | | mg/dL | 3.7 | - 8.6 | SY RY |
| SodiumI | 142 | | mmol/L | 137 | - 148 | SY RY |
| Potassium | 4.0 | | mmol/L | 3.5 | - 5.0 | SY RY |
| Chloride1 | 104 | | mmol/L | 99 | - 114 | SY RY |
| Calcium1 | 8.8 | | mg/dL | 8.5 | - 10.9 | SY RY |
| Total Protein | 6.5 | | g/dL | 6.0 | - 8.2 | SY RY |
| Albumin | 3.5 | LO | g/dL | 3.6 | - 5.1 | SY RY |
| Alkaline Phos. | 67 | | U/L | 41 | - 133 | SY RY |
| AST(SGOT) | 27 | | U/L | 11 | - 55 | SY RY |
| Lactate Dehyd. | 128 | | U/L | 94 | - 218 | SY RY |
| Total Bilirubin1 | 0.20 | | mg/dL | 0.20 | - 1.30 | SY RY |
| Cholesterol | 175 | | mg/dL | 140 | - 200 | SY RY |
| Triglycerides | 191 | | mg/dL | 30 | - 200 | SY RY |
| Carbon Dioxide1 | 29 | | mmol/L | 22 | - 30 | SY RY |
| A/G Ratio | 1.17 | | | 1.00 | - 2.30 | TX RY |
| Globulin | 3.0 | | | 2.0 | - 3.7 | TX RY |
| ALT1(SGPT) | 16 | | U/L | 11 | - 66 | SY RY |
| Direct Bilirubin | 0.10 | | mg/dL | 0.00 | - 0.50 | TX RY |
| Gamma GT1 | 41 | | U/L | 8 | - 78 | SY RY |
| Bu | 0.1 | | mg/dL | 0.0 | - 1.1 | SY RY |
| Bun/Creat Ratio | 3.3 | LO | | 5.0 | - 30.0 | TX RY |
| Anion Gap | 9.0 | | mmol/L | 9.0 | - 19.0 | TX RY |
| HDL-Cholesterol1 | 34 | | mg/dL | 29 | - 67 | SY RY |

Other factors critical to assessment of
CHD risk - Overweight, Blood Pressure,
Smoking and Familial History.

| | | | | | | |
|---|---|---|---|---|---|---|
| VLDL | 38 | | mg/dL | | - | TX RY |
| LDL Cholesterol | 103 | | mg/dL | 62 | - 130 | TX RY |

Name     : COGGIN,JOHN
Register#: 20237-001
Printed  : 11/01/2001 @ 14:42

Doctor  : DR. RODRIGUEZ
Location: FPC MONTGOMERY
.........

Sensitive L. O. U.



**ALABAMA REFERENCE LABORATORIES**
543 South Hull Street
Montgomery, Alabama 36104
334-263-5745 • 1-800-541-4931

**LABSOUTH, INC.**
3221 Third Avenue South
Birmingham, Alabama 35222-1709
205-251-4191 • 1-800-828-7749

---

```
Name: COGGIN,JOHN                                          Route/Bin: 401
Sex : M  Age: 53      Collected: 08/27/2001 10:15          MAFB FEDERAL PRISON
DOB : 04/03/1948      Received : 08/27/2001 16:20          HEALTH SERVICE DEPARTMENT
SS# :                 Reported : 08/27/2001 16:55          BUILDING 1226
I.D.: 20231-001       Specimen : 1SST;1P;1CUP              MONTGOMERY, AL  36112
Room:                 Client Name:         #: 10274
Req#: 7082092              MAFB FEDERAL PRISON
Acc#: M261663             293-2168                          Physician: .GARCIA
```

---

| TEST | RESULTS | | REFERENCE RANGE | SIT |
|------|---------|--|-----------------|-----|

Notes: NF

M261663:  ANYLASE, LIPASE, CBC + PLATELETS + DIFFERENTIAL,
          URINALYSIS, AUTOMATED, STAT, STAT

| | | | | |
|---|---|---|---|---|
| AMYLASE | | 37 | U/L | 28-100 |
| LIPASE | | 19 | U/L | 7-60 |

CBC + PLATELETS + DIFFERENTIAL

| | | | | |
|---|---|---|---|---|
| WBC | H | 11.38 | thousand/uL | 4.0-11.0 |
| RBC | L | 4.58 | million/uL | 4.60-6.20 |
| HEMOGLOBIN | L | 13.1 | g/dL | 14.0-18.0 |
| HEMATOCRIT | | 38.5 | % | 38.0-56.0 |
| MCV | | 84.1 | fL | 80.0-94.0 |
| MCH | | 28.6 | pg | 26.0-33.0 |
| MCHC | | 34.0 | g/dL | 31.0-36.0 |
| RDW | | 12.7 | % | 10.2-15.5 |
| PLATELET COUNT | | 344 | thousand/uL | 150-375 |

DIFFERENTIAL, WBC, AUTOMATED

| | | | |
|---|---|---|---|
| NEUTROPHILS | 70.5 | % | 50.0-87.0 |
| LYMPHS | 17.9 | % | 16.0-46.0 |
| MONOS | 7.2 | % | 2.9-10.0 |
| EOSINOPHILS | 2.8 | % | 0.5-4.6 |
| BASOPHILS | 0.4 | % | 0-2 |
| LUC | 1.2 | % | < 5.0 |

URINALYSIS, AUTOMATED

| | | | |
|---|---|---|---|
| COLOR | YELLOW-CLEAR | | |
| GLUCOSE | NEGATIVE | mg/dL | NEGATIVE |
| BILIRUBIN | NEGATIVE | | NEGATIVE |
| KETONES | NEGATIVE | mg/dL | NEGATIVE |
| SPECIFIC GRAVITY | 1.012 | | 1.010-1.030 |
| BLOOD | NEGATIVE | | NEGATIVE |
| PH | 6.0 | | 5.0-8.0 |
| PROTEIN | NEGATIVE | mg/dL | NEGATIVE |
| UROBILINOGEN | 1.0 | E.U./dL | 0.2-1.0 |
| NITRITES | NEGATIVE | | NEGATIVE |

O. Garcia-Arrazola M.D. Clinical Director
FPC

REPORT CONTINUED ON NEXT FORM

SEE REVERSE SIDE FOR TESTING SITE                    LABORATORY REPORT



ALABAMA REFERENCE LABORATORIES
INC.
543 South Hull Street
Montgomery, Alabama 36104
334-263-5745 • 1-800-541-4931

LABSOUTH INC.
3221 Third Avenue South
Birmingham, Alabama 35222-1709
205-251-4191 • 1-800-828-7749

** REPRINTED ON 08/27/2001 AT 16:55 **

Name: COGGIN, JOHN

Sex : M   Age: 53
DOB : 04/03/1948
SS# :
I.D.: 20231-001
Room:
Req#: 7082092
Acc#: M261663

Collected: 08/27/2001 10:15
Received : 08/27/2001 16:20
Reported : 08/27/2001 16:55
Specimen : 1SST;1P;1CUP
Client Name:        #: 10274
MAFB FEDERAL PRISON
293-216A

Route/Bin: 401
MAFB FEDERAL PRISON
HEALTH SERVICE DEPARTMENT
BUILDING 1226
MONTGOMERY, AL   36112

Physician: .GARCIA

| TEST | RESULTS | REFERENCE RANGE | SITE |
|------|---------|-----------------|------|

Notes: NF

M261663:   AMYLASE, LIPASE, CBC + PLATELETS + DIFFERENTIAL,
           URINALYSIS, AUTOMATED, STAT, STAT

LEUKOCYTES                    NEGATIVE                    NEGATIVE
MICROSCOPIC                   MICROSCOPIC NOT INDICATED

8/28/01
O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery

*** END OF FINAL ***

E REVERSE SIDE FOR TESTING SITE                    LABORATORY REPORT



**ALABAMA REFERENCE LABORATORIES**
543 South Hull Street
Montgomery, Alabama 36104
334-263-5745 • 1-800-541-4931

**LABSOUTH, INC.**
3221 Third Avenue South
Birmingham, Alabama 35222-1709
205-251-4191 • 1-800-828-7749

---

```
Name: COGGIN,JOHN                                    Route/Bin: 401
Sex : M  Age: 53    Collected: 08/27/2001 10:15      MAFB FEDERAL PRISON
DOB : 04/03/1948    Received : 08/27/2001 16:20      HEALTH SERVICE DEPARTMENT
SSN :               Reported : 08/27/2001 16:55      BUILDING 1226
I.D.: 20231-001     Specimen : 1SST;1P;1CUP          MONTGOMERY, AL  36112
Room:               Client Name:        #: 10274
Req#: 7082092         MAFB FEDERAL PRISON
Acc#: M261663         293-2168                       Physician: .GARCIA
```

| TEST | RESULTS | | REFERENCE RANGE | SI |
|------|---------|--|-----------------|----|

Notes: NF

M261663: AMYLASE, LIPASE, CBC + PLATELETS + DIFFERENTIAL,
URINALYSIS, AUTOMATED, STAT, STAT

| | | | | |
|---|---|---|---|---|
| AMYLASE | | 37 | U/L | 28-100 |
| LIPASE | | 19 | U/L | 7-60 |

CBC + PLATELETS + DIFFERENTIAL

| | | | | |
|---|---|---|---|---|
| WBC | H | 11.28 | thousand/uL | 4.0-11.0 |
| RBC | L | 4.58 | million/uL | 4.60-6.20 |
| HEMOGLOBIN | L | 13.1 | g/dL | 14.0-18.0 |
| HEMATOCRIT | | 38.5 | % | 38.0-56.0 |
| MCV | | 84.1 | fL | 80.0-94.0 |
| MCH | | 28.6 | pg | 26.0-33.0 |
| MCHC | | 34.0 | g/dL | 31.0-36.0 |
| RDW | | 12.7 | % | 10.2-15.5 |
| PLATELET COUNT | | 344 | thousand/uL | 150-375 |

DIFFERENTIAL, WBC, AUTOMATED

| | | | |
|---|---|---|---|
| NEUTROPHILS | 70.5 | % | 50.0-87.0 |
| LYMPHS | 17.9 | % | 16.0-46.0 |
| MONOS | 7.2 | % | 2.9-10.0 |
| EOSINOPHILS | 2.8 | % | 0.5-4.6 |
| BASOPHILS | 0.4 | % | 0-2 |
| LUC | 1.2 | % | < 5.0 |

URINALYSIS, AUTOMATED

| | | | |
|---|---|---|---|
| COLOR | YELLOW-CLEAR | | |
| GLUCOSE | NEGATIVE | mg/dL | NEGATIVE |
| BILIRUBIN | NEGATIVE | | NEGATIVE |
| KETONES | NEGATIVE | mg/dL | NEGATIVE |
| SPECIFIC GRAVITY | 1.012 | | 1.010-1.030 |
| BLOOD | NEGATIVE | | NEGATIVE |
| PH | 6.0 | | 5.0-8.0 |
| PROTEIN | NEGATIVE | mg/dL | NEGATIVE |
| UROBILINOGEN | 1.0 | E.U./dL | 0.2-1.0 |
| NITRITES | NEGATIVE | | NEGATIVE |

8/28/01

O. Garcia, M.D., Clinical Director
FPC-Montgomery

REPORT CONTINUED ON NEXT FORM

00036

**ALABAMA REFERENCE LABORATORIES**
N Street
Montgomery, Alabama 36104
334-263-5745 • 1-800-541-4931

**LABSOUTH, INC.**
3221 Third Avenue South
Birmingham, Alabama 35222-1709
205-251-4191 • 1-800-828-7749

---

```
Name:  COGGIN, JOHN
Sex :  M  Age: 53         Collected: 08/27/2001 10:15      Route/Bin: 401
DOB :  04/03/1948         Received : 08/27/2001 16:30      MAFB FEDERAL PRISON
SS# :                     Reported : 08/27/2001 16:55      HEALTH SERVICE DEPARTMENT
I.D.: 20231-001           Specimen : 1SST;1P;1CUP          BUILDING 1226
Room:                     Client Name:        #: 10274     MONTGOMERY, AL   36112
Req#: 7082092               MAFB FEDERAL PRISON
Acc#: M261663               293-2168                        Physician: .GARCIA
```

---

| TEST | RESULTS | REFERENCE RANGE | SI |
|------|---------|-----------------|-----|

**Notes:** NF

M261663:  AMYLASE, LIPASE, CBC + PLATELETS + DIFFERENTIAL,
          URINALYSIS, AUTOMATED, STAT, STAT

LEUKOCYTES                    NEGATIVE                    NEGATIVE
MICROSCOPIC                   MICROSCOPIC NOT INDICATED


8/28/01

O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery


*** END OF FINAL ***



**ALABAMA REFERENCE LABORATORIES**
543 South Hull Street
Montgomery, Alabama 36104
334-263-5745 • 1-800-541-4931

**LABSOUTH, INC.**
3221 Third Avenue South
Birmingham, Alabama 35222-1709
205-251-4191 • 1-800-828-7749

---

```
Name: COGGIN,JOHN                                          Route/Bin: 401
Sex : U   Age: 150     Collected: 08/23/2001 NO TIME    MAFB FEDERAL PRISON
DOB :                  Received : 08/24/2001 20:59      HEALTH SERVICE DEPARTMENT
SSN :                  Reported : 08/28/2001 07:16      BUILDING 1226
I.D.: 20237-001        Specimen : 1UF                   MONTGOMERY, AL   36112
Room:                  Client Name:        #: 10274
Req#: 7486675             MAFB FEDERAL PRISON
Acc#: M260399            293-2168                        Physician: .RODRIGUEZ,O
```

---

| TEST | RESULTS | REFERENCE RANGE | SIT |
|------|---------|-----------------|-----|

Notes: NON FASTING

M260399:  CLIENT NOTIFICATION, ALBUMIN, 24-HOUR MICROALBUMINURIA STUDY,
          VOLUME MEASUREMENT, URINE

CLIENT NOTIFICATION
  TEST ORDERED              URINALYSIS
  DATE ORDERED              08/23/01
  COMMENT                   IMPROPER SPECIMEN
            24 HR URINE WAS SENT IN. CAN'T BE USE FOR URINALYSIS

  PERSON NOTIFIED           BEVERLY DOWNS

ALBUMIN, 24-HOUR MICROALBUMINURIA STUDY

| Test | Result | Units | Reference |
|------|--------|-------|-----------|
| ALBUMIN, 24 HR EXCRETION | 5 | mg/24Hr | <30 |
| ALBUMIN EXCRETION RATE | 3.8 | ug/min | <20 |
| ALBUMIN:CREATININE RATIO | 7.3 | mg/g | <30 |
| CREATININE, URINE | | | |
| VOLUME | 540 | ML | |
| CREATININE, URINE | 137 | mg/dL | |
| CREATININE, URINE | 0.7 | g/24h | GENDER BASED |

VOLUME MEASUREMENT, URINE
  VOLUME                    540          ML

*[signatures]*

8/28/01

O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery

9-05-01

O. Rodriguez, PA
FPC-Montgomery

*** END OF FINAL ***

SEE REVERSE SIDE FOR TESTING SITE                    **LABORATORY REPORT**

**ALABAMA REFERENCE LABORATORIES**
543 South Hull Street
Montgomery, Alabama 36104
334-263-5745 • 1-800-541-4931

**LABSOUTH, INC.**
3221 Third Avenue South
Birmingham, Alabama 35222-1709
205-251-4191 • 1-800-828-7749



8/13/01

O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery

| TEST | RESULTS | REFERENCE RANGE | SIT |
|------|---------|-----------------|-----|

Name: COGGIN, JOHN 20237-001                 Route/Bin: 401
Sex : M  Age: 150   Collected: 08/10/2001 06:50   MAFB FEDERAL PRISON
DOB :               Received : 08/10/2001 20:25   HEALTH SERVICE DEPARTMENT
SSN :               Reported : 08/11/2001 05:52   BUILDING 1226
I.D.: 20237-001     Specimen : 18ST;24U           MONTGOMERY, AL  36112
Room:               Client Name:      #: 10274
Req#: 7486672            MAFB FEDERAL PRISON
Acc#: M245184            293-2168                 Physician: .NOT GIVEN


Notes: FASTING

M245184:  CREATININE CLEARANCE, URINALYSIS, AUTOMATED,
          VOLUME MEASUREMENT, URINE

CREATININE CLEARANCE
  CREATININE                    0.8           mg/dL       0.5-1.6
  CREATININE, URINE
    VOLUME                      1500          mL
    CREATININE, URINE           29            mg/dL
    CREATININE, URINE      L     0.4           g/24h       0.8-2.0
  -CREATININE CLEARANCE
    URINE FLOW                  1.0           mL/min
    CREATININE CLEARANCE   L    36.3          mL/min      70-130

URINALYSIS, AUTOMATED
  COLOR                         YELLOW-CLEAR
  GLUCOSE                       NEGATIVE       mg/dL       NEGATIVE
  BILIRUBIN                     NEGATIVE                   NEGATIVE
  KETONES                       NEGATIVE       mg/dL       NEGATIVE
  SPECIFIC GRAVITY         L    1.005                      1.010-1.030
  BLOOD                         NEGATIVE                   NEGATIVE
  PH                            7.0                        5.0-8.0
  PROTEIN                       NEGATIVE       mg/dL       NEGATIVE
  UROBILINOGEN                  0.2            E.U./dL     0.2-1.0
  NITRITES                      NEGATIVE                   NEGATIVE
  LEUKOCYTES                    NEGATIVE                   NEGATIVE
  MICROSCOPIC                   MICROSCOPIC NOT INDICATED

VOLUME MEASUREMENT, URINE
  VOLUME                        1500          mL

E REVERSE SIDE FOR TESTING SITE                    LABORATORY REPORT



**ALABAMA REFERENCE LABORATORIES**
543 South Hull Street
Montgomery, Alabama 36104
334-263-5745 • 1-800-541-4931

**LABSOUTH, INC.**
3221 Third Avenue South
Birmingham, Alabama 35222-1709
205-251-4191 • 1-800-828-7749

---

```
Name: COGGIN,JOHN                                     Rout#/Bin: 401
Sex : M  Age: 53      Collected: 08/01/2001 06:40     MAFB FEDERAL PRISON
DOB : 04/03/1948      Received : 08/01/2001 09:47     HEALTH SERVICE DEPARTMENT
SS# :                 Reported : 08/01/2001 11:41     BUILDING 1226
I.D.: 20231-001       Specimen : SST                  MONTGOMERY, AL   36112
Room:                 Client Name:        #: 10274
Req#: 4723922           MAFB FEDERAL PRISON
Acc#: M235081           293-2168                       Physician: .NOT GIVEN
```

---

| TEST | RESULTS | | REFERENCE RANGE | SITE |
|------|---------|--|-----------------|------|

M235081:  STAT, STAT, CREATININE, BUN

| | | | | |
|--|--|--|--|--|
| CREATININE | 0.8 | mg/dL | 0.5-1.6 | |
| BUN | 11 | mg/dL | 7-22 | |

8/1/01

O. Garcia-Ponce, M.D., Clinical Director
FPC-Montgomery

\*\*\* END OF FINAL \*\*\*

E REVERSE SIDE FOR TESTING SITE

LABORATORY REPORT

**ALABAMA REFERENCE LABORATORIES**
543 South Hull Street
Montgomery, Alabama 36104
334-263-5745 * 1-800-541-4931

**LABSOUTH, INC.**
3221 Third Avenue South
Birmingham, Alabama 35222-1709
205-251-4191 * 1-800-828-7749

==================================================================

```
Name: COGGIN,JOHN                                    Route/Bin: 401
Sex : M  Age: 53    Collected: 08/27/2001 10:15   MAFB FEDERAL PRISON
DOB : 04/03/1948    Received : 08/27/2001 16:20   HEALTH SERVICE DEPARTMENT
SS# :                Reported : 08/27/2001 16:49   BUILDING 1226
I.D.: 20231-001     Specimen : 1SST;1P;1CUP        MONTGOMERY, AL   36112
Room:                Client Name:        #: 10274
Req#: 7082092        MAFB FEDERAL PRISON
Acc#: M261663        293-2168                      Physician: .GARCIA
```
==================================================================

| -- TEST -- | -- RESULTS -- | -- REFERENCE RANGE -- | -- SITE-- |
|---|---|---|---|

==================================================================

Notes: NF

M261663:  AMYLASE, LIPASE, CBC + PLATELETS + DIFFERENTIAL,
          URINALYSIS, AUTOMATED, STAT, STAT

| TEST | RESULTS | | REFERENCE RANGE | SITE |
|---|---|---|---|---|
| AMYLASE | 37 | U/L | 28-100 | 1 |
| LIPASE | 19 | U/L | 7-60 | 1 |
| CBC + PLATELETS + DIFFERENTIAL | | | | 1 |
| WBC | H 11.28 | thousand/uL | 4.0-11.0 | 1 |
| RBC | L 4.58 | million/uL | 4.60-6.20 | 1 |
| HEMOGLOBIN | L 13.1 | g/dL | 14.0-18.0 | 1 |
| HEMATOCRIT | 38.5 | % | 38.0-56.0 | 1 |
| MCV | 84.1 | fL | 80.0-94.0 | 1 |
| MCH | 28.6 | pg | 26.0-33.0 | 1 |
| MCHC | 34.0 | g/dL | 31.0-36.0 | 1 |
| RDW | 12.7 | % | 10.2-15.5 | 1 |
| PLATELET COUNT | 344 | thousand/uL | 150-375 | 1 |
| DIFFERENTIAL, WBC, AUTOMATED | | | | 1 |
| NEUTROPHILS | 70.5 | % | 50.0-87.0 | |
| LYMPHS | 17.9 | % | 16.0-46.0 | |
| MONOS | 7.2 | % | 2.9-10.0 | |
| EOSINOPHILS | 2.8 | % | 0.5-4.6 | |
| BASOPHILS | 0.4 | % | 0-2 | |
| LUC | 1.2 | % | < 5.0 | |
| URINALYSIS, AUTOMATED | | | | 1 |
| COLOR | YELLOW-CLEAR | | | |
| GLUCOSE | NEGATIVE | mg/dL | NEGATIVE | |
| BILIRUBIN | NEGATIVE | | NEGATIVE | |
| KETONES | NEGATIVE | mg/dL | NEGATIVE | |

**REPORT CONTINUED ON NEXT FORM**

CONTINUED REPORT

**ALABAMA REFERENCE LABORATORIES**
543 South Hull Street
Montgomery, Alabama 36104
334-263-5745 * 1-800-541-4931

**LABSOUTH, INC.**
3221 Third Avenue South
Birmingham, Alabama 35222-1709
205-251-4191 * 1-800-828-7749

```
==================================================================
Name: COGGIN,JOHN                              Route/Bin: 401
Sex : M  Age: 53    Collected: 08/27/2001 10:15  MAFB FEDERAL PRISON
DOB : 04/03/1948    Received : 08/27/2001 16:20  HEALTH SERVICE DEPARTMENT
SS# :               Reported : 08/27/2001 16:49  BUILDING 1226
I.D.: 20231-001     Specimen : 1SST;1P;1CUP      MONTGOMERY, AL  36112
Room:               Client Name:      #: 10274
Req#: 7082092        MAFB FEDERAL PRISON
Acc#: M261663          293-2168                  Physician: .GARCIA
==================================================================
     -- TEST --         -- RESULTS --      -- REFERENCE RANGE -- -- SITE--
==================================================================
```

Notes: NF

M261663:  AMYLASE, LIPASE, CBC + PLATELETS + DIFFERENTIAL,
          URINALYSIS, AUTOMATED, STAT, STAT

| TEST | RESULTS | | REFERENCE RANGE |
|---|---|---|---|
| SPECIFIC GRAVITY | 1.012 | | 1.010-1.030 |
| BLOOD | NEGATIVE | | NEGATIVE |
| PH | 6.0 | | 5.0-8.0 |
| PROTEIN | NEGATIVE | mg/dL | NEGATIVE |
| UROBILINOGEN | 1.0 | E.U./dL | 0.2-1.0 |
| NITRITES | NEGATIVE | | NEGATIVE |
| LEUKOCYTES | NEGATIVE | | NEGATIVE |
| MICROSCOPIC | MICROSCOPIC NOT INDICATED | | |

*K/28/01*

J. Garcia-Granes, M.D., Clinical Director

*** END OF FINAL ***

00042

**ALABAMA REFERENCE** ~~?~~RATORIES
543 South Hull Street
Montgomery, Alabama 36104
334-263-5745 • 1-800-541-4931

**LABSOUTH, INC.**
3221 Third Avenue South
Birmingham, Alabama 35222-1709
205-251-4191 • 1-800-828-7749

---

Name: COGGIN,JOHN
Sex : U   Age: 150
DOB :
SSH :
I.D.: 20237-001
Room:
Req#: 7486668
Acc#: M227755

Collected: 07/25/2001 09:54
Received : 07/25/2001 13:06
Reported : 07/25/2001 16:00
Specimen : 1SSf;1P;1U
Client Name:       #: 10274
    MAFB FEDERAL PRISON
    293-2168

Route/Bin: 401
MAFB FEDERAL PRISON
HEALTH SERVICE DEPARTMENT
BUILDING 1226
MONTGOMERY, AL   36112

Physician: .GARCIA

---

| TEST | RESULTS | | REFERENCE RANGE | SITE |
|------|---------|--|-----------------|------|

**Notes: NONFASTING**

M227755:  STAT, CP24, ANYLASE, LIPASE, CBC + PLATELETS + DIFFERENTIAL,
          URINALYSIS, AUTOMATED, STAT

**CP24**

| Test | | Result | | Units | Reference Range |
|------|--|--------|--|-------|-----------------|
| SODIUM | | 140 | | mEq/L | 131-145 |
| POTASSIUM | | 4.9 | | mEq/L | 3.5-5.3 |
| CHLORIDE | | 98 | | mEq/L | 96-111 |
| CARBON DIOXIDE (CO2) | | 26 | | mEq/L | 18-33 |
| ANION GAP (CALC) | H | 21 | | | 7-19 |
| OSMOLALITY (CALC) | | 288 | | mOsm/kg | 278-302 |
| GLUCOSE | | 93 | | mg/dL | 70-115 (Fasting) |
| BUN | | 7 | | mg/dL | 7-22 |
| CREATININE | | 0.7 | | mg/dL | 0.5-1.6 |
| URIC ACID | | 4.7 | | mg/dL | BASED ON SEX |
| CALCIUM | | 9.9 | | mg/dL | 8.0-10.5 |
| PHOSPHORUS | | 4.2 | | mg/dL | 2.4-4.8 |
| TOTAL PROTEIN | | 7.4 | | g/dL | 5.9-8.4 |
| ALBUMIN | | 4.2 | | g/dL | 3.1-5.2 |
| GLOBULIN (CALC) | | 3.2 | | g/dL | 2.0-4.1 |
| A/G RATIO (CALC) | | 1.3 | | g/dL | 1.0-2.0 |
| BILIRUBIN, TOTAL | | 0.3 | | mg/dL | 0.1-1.2 |
| ALKALINE PHOSPHATASE | | 99 | | U/L | 40-150 |
| SGOT (AST) | | 15 | | U/L | <31 |
| SGPT (ALT) | | 12 | | U/L | BASED ON SEX |
| GGT | | 37 | | U/L | 7-51 |
| LDH, TOTAL | | 157 | | U/L | 115-273 |
| CHOLESTEROL | | 189 | | mg/dL | < 200 |
| TRIGLYCERIDES | | 154 | | mg/dL | < 200 |
| AMYLASE | | 36 | | U/L | 28-100 |
| LIPASE | | 12 | | U/L | 7-60 |

**CBC + PLATELETS + DIFFERENTIAL**

| | | | Units | Reference Range |
|--|--|--|-------|-----------------|
| WBC | 10.53 | | thousand/uL | 3.7-10.7 |

C. Garcia-Banse, M.D., Clinical Director
FPC-Montgomery
7/26/01

REPORT CONTINUED ON NEXT FORM

00043

---

**ALABAMA REFERENCE LABORATORIES, INC.**
456 South Hull Street
Montgomery, Alabama 36104
334-263-5745 • 1-800-541-4931

**LABSOUTH, INC.**
3221 Third Avenue South
Birmingham, Alabama 35222-1709
205-251-4191 • 1-800-828-7749

---

```
Name: COGGIN,JOHN                                          Route/Bin: 401
Sex : U  Age: 150    Collected: 07/25/2001 09:54           MAFB FEDERAL PRISON
DOB :                Received : 07/25/2001 13:06           HEALTH SERVICE DEPARTMENT
SS# :                Reported : 07/25/2001 16:00           BUILDING 1226
I.D.: 20237-001      Specimen : 1SST;1P;1U                 MONTGOMERY, AL  36112
Room:                Client Name:        #: 10274
Req#: 7486668          MAFB FEDERAL PRISON
Acc#: M227755          293-2168                            Physician: .GARCIA
```

---

| TEST | RESULTS | | REFERENCE RANGE | SIT |
|------|---------|--|-----------------|-----|

Notes: NONFASTING

M227755:  STAT, CP24, AMYLASE, LIPASE, CBC + PLATELETS + DIFFERENTIAL,
          URINALYSIS, AUTOMATED, STAT

| | | | |
|---|---|---|---|
| RBC | 5.12 | million/uL | GENDER BASED |
| HEMOGLOBIN | 15.0 | g/dL | GENDER BASED |
| HEMATOCRIT | 42.8 | % | GENDER BASED |
| MCV | 83.6 | fL | 80.0-94.0 |
| MCH | 29.3 | pg | 26.0-33.0 |
| MCHC | 35.0 | g/dL | 31.0-36.0 |
| RDW | 13.1 | % | 11.0-15.5 |
| PLATELET COUNT | 345 | thousand/uL | GENDER BASED |
| DIFFERENTIAL, WBC, AUTOMATED | | | |
| NEUTROPHILS | 69.9 | % | 50.0-87.0 |
| LYMPHS | 20.8 | % | 16.0-46.0 |
| MONOS | 5.3 | % | 2.9-10.0 |
| EOSINOPHILS | 2.1 | % | 0.5-4.6 |
| BASOPHILS | 0.3 | % | 0-2 |
| LUC | 1.6 | % | < 5.0 |

| | | | |
|---|---|---|---|
| URINALYSIS, AUTOMATED | | | |
| COLOR | YELLOW-CLEAR | | |
| GLUCOSE | NEGATIVE | mg/dL | NEGATIVE |
| BILIRUBIN | NEGATIVE | | NEGATIVE |
| KETONES | NEGATIVE | mg/dL | NEGATIVE |
| SPECIFIC GRAVITY | 1.016 | | 1.010-1.030 |
| BLOOD | NEGATIVE | | NEGATIVE |
| PH | 6.0 | | 5.0-8.0 |
| PROTEIN | NEGATIVE | mg/dL | NEGATIVE |
| UROBILINOGEN | 0.2 | E.U./dL | 0.2-1.0 |
| NITRITES | NEGATIVE | | NEGATIVE |
| LEUKOCYTES | NEGATIVE | | NEGATIVE |
| MICROSCOPIC | MICROSCOPIC NOT INDICATED | | |

*O. Garcia-..., ...., Clinical Director*
*FPC-Montgomery*
7/26/01

\*\*\* END OF FINAL \*\*\*

SEE REVERSE SIDE FOR TESTING SITE

LABORATORY REPORT



**ALABAMA REFERENCE** **ORATORIES**
543 South Hull Street
Montgomery, Alabama 36104
334-263-5745 • 1-800-541-4931

**LABSOUTH, INC.**
3221 Third Avenue South
Birmingham, Alabama 35222-1709
205-251-4191 • 1-800-828-7749

```
Name: COGGIN,JOHN                                          Route/Bin: 401
Sex : M  Age: 53      Collected: 07/31/2001 NO TIME       MAFB FEDERAL PRISON
DOB : 04/03/1948      Received : 07/31/2001 18:05         HEALTH SERVICE DEPARTMENT
SSH :                 Reported : 08/01/2001 14:49         BUILDING 1226
I.D.: 20237.001       Specimen : 1Ur                      MONTGOMERY, AL   36112
Room:                 Client Name:         #: 10274
Req#: 4723921            MAFB FEDERAL PRISON
Acc#: M234035            293-2168                          Physician: .NOT GIVEN
```

| TEST | RESULTS | | REFERENCE RANGE | SITE |
|------|---------|--|-----------------|------|

### M234035:  CREATININE CLEARANCE

```
CREATININE CLEARANCE
 CREATININE                  0.8           mg/dL        0.5-1.6
 CREATININE, URINE
  VOLUME                     900           ML
  CREATININE, URINE          105           mg/dL
  CREATININE, URINE          0.9           g/24h        0.8-2.0
 -CREATININE CLEARANCE
  URINE FLOW                 0.6           mL/min
  CREATININE CLEARANCE       78.8          mL/min       70-130
```



O. Garcia-Bunner, M.D., Clinical Director
FPC-Montgomery

**\*\*\* END OF FINAL \*\*\***

Laboratory Supervisor            WASECA, MINNESOTA 55703                    Page 1
Daryl Aaberg                     (507) 287-0674          Printed: 03.05/2001 9:03:1
======================================================================
*  *  *   F I N A L   R E P O R T   *  *  *
======================================================================
Name  COGGIN, JOHN                    [8057 ]              ID    00237-001
--Test Name------------------Result-Abnormal-Flag--Units------Reference Range----
Collection Cmt.          Collected by Referring Institution
HIV-1/2 Ab (MPC)         Non-Reactive                            Non-Reac

                    -- End of Laboratory Report --

00046

----------------------------------------------------------S E N S I T I V E----
Test(s)| HIV-1/2 Ab (MPC)
ordered|
-------------------------------------------------------------------------------
ID   :00237-001                            DOB:04/30/1948   Age:52   S..:M
Name:COGGIN, JOHN                          Lab Acn#   8057
Ordered By:Garcia
Collected  02/28/2001  17:48               Loc:Pal Montgomery, AL

```
                        2 EAST CENTER STREET
aboratory Supervisor:  RC    TER, MINNESOTA 55903                    Page: 1
aryl Aaberg            (50() 287-0674 EXT. 503    Printed:09/07/1999 @ 15:31
============================================================================
                    * * * F I N A L   R E P O R T * * *
============================================================================
ame: COGON,JOHN                        [1203 ]           ID:   20237-001
-Test Name-----------Result-Abnormal-Flag--Units-----Reference Range-------
ollection Cmt.      Collected by Referring Institution
IV-1 Ab (MRC)       Non-Reactive                       Nonreact
                    -- End of Laboratory Report --
```

9/16/99

GARCIA-BRENES, M.D.
L DIRECTOR
FPC MONTGOMERY

```
                                                        00047
-------------------------------------------------------S E N S I T I V E----
st(s)| HIV-1 Ab (MRC)
dered|
----------------------------------------------------------------------------
  :20237-001      .........       DOB:04/03/1948  Age:51  Sex:M
me:COGON,JOHN                      Lab Acn#:  1203
dered By:Garcia                                           Reviewed
llected :09/01/1999  07:00         Loc:FPC Montgomery, AL
```

**ALABAMA REFERENCF  ORATORIES**
543 South Hull Street
Montgomery, Alabama 36104
334-263-5745 • 1-800-541-4931

*iVew*

**LABSOUTH, INC.**
3221 Third Avenue South
Birmingham, Alabama 35222-1709
205-251-4191 • 1-800-828-7749

| TEST | RESULTS | REFERENCE RANGE | SIT |
|------|---------|-----------------|-----|

9/2/99

L DIRECTOR
FPC MONTGOMERY

E REVERSE SIDE FOR TESTING SITE

LABORATORY REPORT



**ALABAMA REFERENCF   ·ORATORIES**
543 South Hull Street
Montgomery, Alabama 36104
334-263-5745 • 1-800-541-4931



**LABSOUTH, INC.**
3221 Third Avenue South
Birmingham, Alabama 35222-1709
205-251-4191 • 1-800-828-7749

| TEST | RESULTS | REFERENCE RANGE | SIT |
|------|---------|-----------------|-----|

: REVERSE SIDE FOR TESTING SITE

**LABORATORY REPORT**



# Advanced Medical Imaging Center
US Diagnostic, Inc.

ORENZIO GARCIA-BRENES, MD 08-01-01
MAXWELL AIR FORCE BASE PRISON CAMP
MAXWELL, AL 36112

RE:    COGGIN, JOHN
       DOB: 04-03-48
       PATIENT NO: 57536
       EXAM: INTRAVENOUS PYELOGRAM WITH TOMOGRAPHY 08-01-01
       REASON FOR EXAM: LEFT RENAL CALCULUS

**IVP WITH TOMOGRAPHY:**
The scout film demonstrates a 1.5 cm calculus in the upper pole of the left kidney. 100 cc
of Omnipaque 240 was used for the study.
A 1.5 cm calculus is seen in a caliceal diverticulum at the upper pole of the left kidney. I
see no evidence of hydronephrosis. The urinary bladder is normal in size and shape.
There is very little postvoid residual.

**IMPRESSION:**
Left renal calculus.

EP VINING, MD

EPV/lgh

8/10/01

O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery



# Advanced Medical Imaging Center

US Diagnostic, Inc.

ORENZIO GARCIA-BRENES, MD 07-30-01
MAXWELL FEDERAL PRISON CAMP
MAXWELL, AL 36112

RE:    COGGINS, JOHN
       DOB: 04-03-48
       PATIENT NO: 57536
       EXAM: ABDOMINAL ULTRASOUND 07-30-01

**ABDOMINAL ULTRASOUND:**
A 0.5 cm hyperechoic area is seen in the gallbladder. This may represent a poorly
calcified gallstone, polyp, or small area of tumefactive sludge. The gallbladder wall is
normal in thickness. The common bile duct measures 0.31 cm, normal. Images through
the liver are unremarkable. The head of the pancreas appears normal. The body and tail
of the pancreas are suboptimally visualized. The spleen is poorly visualized because of
bowel gas. The right kidney measures 12.5 x 6.1 x 5.3 cm. The left kidney measures 11.9
x 5.5 x 5.6 cm. A 1.5 cm calculus is seen at the upper pole of the left kidney. There is no
hydronephrosis or perinephric fluid.

**IMPRESSION:**
1. Poorly visualized spleen and pancreas because of bowel gas.
2. Left renal calculus.
3. Small echogenic focus in the gallbladder as described above.

EP VINING, MD

EPV/ lgh

BP-S622.060 **RADIOLOGIC CONSULTATION REQUEST/REPORT** CDFRM
JUL 99
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| Patient Identification Name, Register Number, Institution | Age | Sex _M_ | Examination Requested |
|---|---|---|---|
| Coggin, John 20237-001 | Pregnant ___Yes ✓No | | KUB |
| | Diabetic ___Yes ✓No | | Unit |
| | Requested by O. Rodriguez pa | | Date Requested 7-26-01 |

| Specific reason(s) for request (complaints and findings) |
|---|
| Follow-up from yesterday |

| Date of Examination 7-26-01 | Date of Report | Date of Transcription | Film# |
|---|---|---|---|

Radiologic Report

**RE:**  **COGGIN, JOHN**
        **ACCOUNT #20237-001**
        **EXAM: KUB 07-26-01**

**KUB:**
A 1.5 cm calculus is again noted at the upper pole of the left kidney. A large amount of stool is noted in the right side of the colon and transverse colon. No distended loops of bowel are seen. No masses are identified.

**IMPRESSION:**
Left renal calculus.

EP VINING, MD

EPV/ lgh

_O. Rodriguez, PA FPC-Montgomery_

_8/1/01 O. Garcia-Brenes, M.D., Clinical Director FPC-Montgomery_

| Signature | Location of Radiologic Facility |
|---|---|

Original - Medical Record; Copy - Physician; Copy - Radiology
This form may be replicated via WP                    This form replaces BP-S622 dtd AUG 96

NSN 7540-01-105-7394

519-302

## RADIOLOGIC CONSULTATION REQUEST/REPORT
### (Radiology/Nuclear Medicine/Ultrasound/Computed Tomography Examinations)

| EXAMINATION(S) REQUESTED | AGE | SEX | SSN (Sponsor) | WARD/CLINIC | REGISTER NO. |
|---|---|---|---|---|---|

Abd.
AP & Lat

AGE SEX: m
WARD/CLINIC: OUTPT

FILM NO.

PREGNANT: ☐ YES ☒ NO

REQUESTED BY (Print)
B. RODRIGUEZ PA

SIGNATURE OF REQUESTOR

TELEPHONE/PAGE NO.

DATE REQUESTED
7-25-01

**SPECIFIC REASON(S) FOR REQUEST (Complaints and findings)**

(R) UPPER QUADRANT (ABD) DISCOMFORT, RADIATES TO (L) SCAPULAR REGION.

| DATE OF EXAMINATION (Month, day, year) | DATE OF REPORT (Month, day, year) | DATE OF TRANSCRIPTION (Month, day, year) |
|---|---|---|
| 7-25-01 | | |

**RADIOLOGIC REPORT**

RE:    COGGIN, JOHN
       ACCOUNT #20237-001
       EXAM: ABDOMEN (AP & LATERAL) 07-25-01

**ABDOMEN (AP & LATERAL):**
A 1.5 cm calcification is seen at the upper pole of the left kidney. This corresponds to a left renal calculus as was seen on the patient's abdominal ultrasound of 30 July 2001. A large amount of stool is obscuring the right renal shadow. No masses are seen. Mild degenerative changes are seen at the L5-S1 facet joints.

EP VINING, MD

EPV/ lgh

B. Rodriguez, PA
FPC-Montgomery

Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name — last, first, middle, Medical Facility) | LOCATION OF MEDICAL RECORDS |
|---|---|
| 20237-001 COGGIN, JOHN | LOCATION OF RADIOLOGIC FACILITY |
| | SIGNATURE |

00053

STANDARD FORM 519-B (8-83)
Prescribed by GSA/ICMR

NSN 7540-01-105-7294                                                                                                      819-302

## RADIOLOGIC CONSULTATION REQUEST/REPORT
### (Radiology/Nuclear Medicine/Ultrasound/Computed Tomography Examinations)

| EXAMINATION(S) REQUESTED | AGE 52 | SEX M | SSN (Sponsor) | | WARD/CLINIC OPD | REGISTER NO. |
|---|---|---|---|---|---|---|
| PA : LATERAL CHEST | FILM NO. | | | | | PREGNANT ☐ YES ☑ NO |
| | REQUESTED BY (Print) WALTER MARTIN, P.A. | | | | | TELEPHONE/PAGE NO. |
| | SIGNATURE OF REQUESTER | | | | | DATE REQUESTED 4-27-00 |

SPECIFIC REASON(S) FOR REQUEST (Complaints and findings)

Hx Hypertension

| DATE OF EXAMINATION (Month, day, year) 5-9-00 | DATE OF REPORT (Month, day, year) | DATE OF TRANSCRIPTION (Month, day, year) |
|---|---|---|

RADIOLOGIC REPORT

RE:     COGGIN, JOHN
        ACCOUNT # 20237-001
        EXAM: PA & LATERAL CHEST  05-09-00

**CHEST X-RAY:**
There is a tiny calcified granuloma in the right upper lobe peripherally. Otherwise, the lungs are clear. The heart size is normal. No active chest disease is identified.

ROBERT P. EICHELBERGER, MD

RPE/ lgh

Noted 5-18-00
Walter Martin P.A.
Walter martin for

O. Garcia-Brones, M.D., Clinical Director
FPC-Montgomery

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name — last, first, middle, Medical Facility) | LOCATION OF MEDICAL RECORDS |
|---|---|
| 20237-001 COGGIN JOHN DOB 04-03-1948 FPC MAXWELL, BLDG 1226 MAXWELL AFB, AL  36112 | LOCATION OF RADIOLOGIC FACILITY |
| | SIGNATURE |

00054

STANDARD FORM 519-B (8-83)
Prescribed by GSA/ICMR

NSN 7540-01-185-7894                                                                      519-301

## RADIOLOGIC CONSULTATION REQUEST/REPORT
*(Radiology/Nuclear Medicine/Ultrasound/Computed Tomography Examinations)*

EXAMINATION(S) REQUESTED

AGE 57 SEX M SSN (Sponsor)

WARD/CLINIC FPC

REGISTER NO. 20237-001

FILM NO.

PREGNANT ☐ YES ☒ NO

RT HAND
MC (RT) Index

REQUESTED BY (Print)

SIGNATURE OF REQUESTOR

TELEPHONE/PAGE NO.

DATE REQUESTED 9-23-99

SPECIFIC REASON(S) FOR REQUEST (Complaints and findings)

57 y/o wm Sustained trauma (RT) hand; painful distal portion MC index fin proximal phalanx Ph Fracture Ph Dislocation.

DATE OF EXAMINATION (Month, day, year) 9-24-99

DATE OF REPORT (Month, day, year)

DATE OF TRANSCRIPTION (Month, day, year)

RADIOLOGIC REPORT

**RIGHT HAND:**

A small cyst is seen in the distal aspect of the proximal phalanx of the third digit. An additional small cyst is seen in the capitate. No fractures are identified. There is no periosteal reaction. The soft tissues are unremarkable.

**IMPRESSION:**
No significant traumatic or arthritic disease.

EP VINING, MD

EPV/lfh

10/9/99

10/5/99

C. GARCIA-BRENTS, MD

PATIENT'S IDENTIFICATION
Coggin, John
20237-001
FPC Maxwell
DOB 4-03-1948

LOCATION OF MEDICAL RECORDS

LOCATION OF RADIOLOGIC FACILITY

SIGNATURE

00055

STANDARD FORM 519-B (8-83)

NSN 7540-01-105-7304                                                                                      519-302

## RADIOLOGIC CONSULTATION REQUEST/REPORT
*(Radiology/Nuclear Medicine/Ultrasound/Computed Tomography Examinations)*

| EXAMINATION(S) REQUESTED | AGE | SEX | SSN (Sponsor) | WARD/CLINIC | REGISTER NO. |
|---|---|---|---|---|---|

(L) KNEE

AGE: 51  SEX: M  WARD/CLINIC: OPD

FILM NO.

PREGNANT  ☐ YES  ☒ NO

REQUESTED BY (Print) WALTER, MARTIN, P.A.
FPC MONTGOMERY

TELEPHONE/PAGE NO.

SIGNATURE OF REQUESTOR

DATE REQUESTED
8-31-99

SPECIFIC REASON(S) FOR REQUEST *(Complaints and findings)*

C/O 'S Knee pain & effusion
tenderness medially

| DATE OF EXAMINATION (Month, day, year) | DATE OF REPORT (Month, day, year) | DATE OF TRANSCRIPTION (Month, day, year) |
|---|---|---|
| 9-3-99 | | |

**RADIOLOGIC REPORT**

### LEFT KNEE:

The bones are intact. There is mild narrowing of the medial compartment of the knee. A very small osteophyte is noted along the articular surface of the superior pole of the patella. Very mild spurring is also noted at the attachment of the quadriceps tendon. The surrounding soft tissues are unremarkable.

IMPRESSION:
Early arthritis.

EP VINING, MD

EPV/lfh

9/17/99

. . . EDENES, M.D.
. . . DIRECTOR
. . . MONTGOMERY

WALTER MARTIN, P.A.
FPC MONTGOMERY

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name — last, first, middle, Medical Facility) | LOCATION OF MEDICAL RECORDS |
|---|---|

COLLINS, JOHN
20237-001
FPC Mont.

LOCATION OF RADIOLOGIC FACILITY

SIGNATURE

00056

RADIOLOGIC CONSULTATION
REQUEST/REPORT

STANDARD FORM 519-B (8-83)
Prescribed by GSA/ICMR



09/10/1999   09:54:05 AM

Coffey
# 80237-001

BP:

Fedral Prison
Dept:
Room:
Oper:

Rate    59
PR     160
QRSD    81
QT     379
QTc    375

--AXIS--
P      55
QRS    49
T      42

Rx:
Dx:

. Normal sinus rhythm, rate 59
. Baseline wander in lead(s) V2

- NORMAL ECG -

C.
CLINICAL DIRECTOR
FPC MONTGOMERY

9/12/99

Requested by:

PRELIMINARY-MD MUST REVIEW

00057

| Mo/Yr: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pulse Rate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Respiration | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Sugar | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Date | Hour | Medication and Dosage | | Route | | | Reason | | | | | Results or Response | | | | | Hour | Nurse's Signature | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

| Initials | Full Signature | Title | Initials | Full Signature | Title | Initials | Full Signature | Title |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

00058

BOP 31-DAY MAR                    TRAK® WFPP028

# Medication Administration Record

Facility:

## Prescriptions

COOGIN, JOHN C

O. GARCIA
(0)Refills

TAKE 1-2 TABLETS BY MOUTH THREE
TIMES DAILY X 3 DAYS

APAP/CODEINE 300/30 MG UD          #18

Order Date: 2027-001

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Month/Year:

## Documentation Codes:

**H - Hold**   **R - Refused**   **DC - Discontinued Order**   **S - Self Administered**   **NS - No Show**   **O - Other**

DOB:

Unit:

HT:   WT:

Allergies:

Diagnosis:

00059

| Mo/Yr: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pulse Rate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Respiration | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Sugar | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|---|---|---|---|---|---|---|---|

Initials    Full Signature    Title

Initials    Full Signature    Title

Initials    Full Signature    Title

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

BOP 31-DAY MAR    TRAK® WFPP02B

00060

Facility:

Prescriptions

| | | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Medication Administration Record**

Month/Year:

COOGAN, JOHN C
O. GARCIA
20237-001
APAP/CODEINE 30/30 MG UD #18
TAKE 1-2 TABLETS BY MOUTH THREE
TIMES DAILY X 3 DAYS ON PILL LINE

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Order Date
Exp. Date
RX #

Documentation Codes:    **H** - Hold    **R** - Refused    **DC** - Discontinued Order    **S** - Self Administered    **NS** - No Show    **O** - Other

DOB:    HT:    WT:    Allergies:    Diagnosis:

Documentation:    Pt. Name:    Unit:    Registration #:    Physician:

BP-8620.060  **PATIENT PROBLEM LIST** CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| PROBLEM LIST | | | |
|---|---|---|---|
| DATE NOTED | SIGNIFICANT DIAGNOSES | SIGNIFICANT OPERATIONS/ INVASIVE PROCEDURES | DATE |
| 9-1-99 | HTN | Hx RHINOPLASTY | 1965 |
| 9-1-99 | Hx RENAL CALCULI 1997 | | |
| 4-12-00 | ALLERGIC RHINITIS | | |
| 4-12-00 | MINOR NOW | | |
| 072501 | Nkz=Urinari | | |
| 9/04/01 | | Exploratory lap. (reformatio dos dudetino) | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

NKDA

ADVERSE / ALLERGIC
DRUG REACTIONS
(If none, record "No Known Drug Allergies )

**Patient Identification**
(Name, Reg #, DOB)                    (This form may be replicated via WP)

2802?-001
COGGIN
JOHN
DOB  04-03-1948
FPC MAXWELL, BLDG 1226
MAXWELL AFB, AL    36112

| rd.Date | COGGIN, JOHN C | O. GARCIA |
|---|---|---|
| 1/01/01 | 20237-001 | (0)Refills |
| xp.Date | | |
| 1/30/01 | TAKE ONE TABLET BY MOUTH EACH MORNING | |
| tx # | | |
| 019 | LISINOPRIL 10 MG TAB | #30 |

| rd.Date | COGGIN, JOHN C | D. ESSEX |
|---|---|---|
| 1/09/01 | 20237-001 | (0)Refills |
| xp.Date | | |
| 2/08/01 | TAKE ONE TABLET DAILY (CCC MEDICATION) | |
| tx # | | |
| 7302 | LISINOPRIL 10 MG TAB | #30 |



FPC MONTGOMERY PHARMACY    (334) 293-2171
BLDG 1249 - MAXWELL AFB, AL 36112
2496        O. RODRIGUE        05/11/01
COGGIN, JOHN C
FPC MONTGOMERY HOUSING - M03-006
APPLY TO AFFECTED AREA AS
DIRECTED

**BACITRACIN/POLY B OINT**    #1
(0)Refills    05/11/2001    DAF    RxExp 06/09/01
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

FPC MONTGOMERY PHARMACY    (334) 293-2171
BLDG 1249 - MAXWELL AFB, AL 36112
4263        O. GARCIA-BR        07/25/01
COGGIN, JOHN C        20237-001
FPC MONTGOMERY HOUSING - M03-006
GIVE 30MG IM X 1 DOSE

**KETOROLAC 30MG/ML,1ML INJ**    #1
(0)Refills    07/25/2001    DAF    RxExp 07/25/01
CAUTION: Federal/State law prohibits transfer of this drug

FPC MONTGOMERY PHARMACY    (334) 293-2171
BLDG 1249 - MAXWELL AFB, AL 36112
4264        O. GARCIA-BR        07/25/01
COGGIN, JOHN C        20237-001
FPC MONTGOMERY HOUSING - M03-006
GIVE 250MG IM X 1 DOSE

**CEFTRIAXONE 500 MG INJ**    #1
(0)Refills    07/25/2001    DAF    RxExp 07/25/01
CAUTION: Federal/State law prohibits transfer of this drug

FPC MONTGOMERY PHARMACY    (334) 293-2171
BLDG 1249 - MAXWELL AFB, AL 36112
600018        O. GARCIA-BR
COGGIN, JOHN C        20237-001
FPC MONTGOMERY HOUSING - M03-006
TAKE 1-2 TABLETS BY MOUTH THREE
TIMES DAILY X 3 DAYS ON PILL LINE

**APAP/CODEINE 300/30 MG UD**    #18
Refills    07/25/2001    DAF    RxExp 07/27/01
CAUTION:

FPC MONTGOMERY PHARMACY    (334) 293-2171
BLDG 1249 - MAXWELL AFB, AL 36112
4265        O. RODRIGUE        07/25/01
COGGIN, JOHN C        20237-001
FPC MONTGOMERY HOUSING - M03-006
TAKE ONE TABLET BY MOUTH EACH
DAY

**LISINOPRIL 10 MG TAB**    #30
Refills    07/25/2001    DAF    RxExp 10/22/01
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

Uni.Date 09/18/01    COGGIN, JOHN C    O. GARCIA
20237-001    (0)Refills
Exp.Date 10/17/01    TAKE TWO CAPSULES BY MOUTH
TWICE DAILY
Rx # 5543    DOCUSATE 100 MG CAP    #120

Uni.Date 09/18/01    COGGIN, JOHN C    O. GARCIA
20237-001    (0)Refills
Exp.Date 10/17/01    TAKE ONE CAPSULE BY MOUTH TWICE
DAILY
Rx # 5542    LANSOPRAZOLE 15 MG CAP    #60

Uni.Date 09/18/01    COGGIN, JOHN C    O. GARCIA
20237-001    (0)Refills
Exp.Date 08/23/01    TAKE 1-2 TABLETS BY MOUTH THREE
TIMES DAILY X 3 DAYS
Rx # 600039    APAP/CODEINE 300/30 MG UD    #18

BLI    19 - MAXWELL AFB, AL 36112
4.        O. RODRIGUE        07/26/01
COGGIN, JOHN C        20237-001
FPC MONTGOMERY HOUSING - M03-006
TAKE ONE TABLET 3 TIMES A DAY
AFTER MEALS

**IBUPROFEN 800 MG TAB**    #45
(1)Refills    07/26/2001    DAF    RxExp 08/24/01
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

FPC MONTGOMERY PHARMACY    (334) 293-2171
BLDG 1249 - MAXWELL AFB, AL 36112
4646        O. RODRIGUE        08/08/01
COGGIN, JOHN C        20237-001
FPC MONTGOMERY HOUSING - M03-006
TAKE ONE TABLET BY MOUTH EACH
DAY

**LISINOPRIL 10 MG TAB**    #30
(2)Refills    08/08/2001    DAF    RxExp 11/05/01
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

FPC MONTGOMERY PHARMACY    (334) 293-2171
BLDG 1249 - MAXWELL AFB, AL 36112
5027        O. GARCIA-BR        08/23/01
COGGIN, JOHN C        20237-001
FPC MONTGOMERY HOUSING - M03-006
GIVE 10MG IM X 1 DOSE (GIVEN 8/22/01)

**NALBUPHINE HYDR    10MG/ML,1ML INJ**    #1
(0)Refills    08/23/2001    DAF    RxExp 08/23/01
CAUTION: Federal/St...

FPC MONTGOMERY PHARMACY    (334) 293-2171
BLDG 1249 - MAXWELL AFB, AL 36112
5028        D. LITTLE        08/23/01
COGGIN, JOHN C        20237-001
FPC MONTGOMERY HOUSING - M03-006
TAKE ONE TABLET BY MOUTH TWICE
DAILY WITH FOOD

**NAPROXEN SODIUM 550 MG TAB**    #28
(0)Refills    08/23/2001    DAF    RxExp 09/05/01
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

COGGIN, JOHN C        O. GARCIA
08/28/01    20237-001    (0)Refills
Exp.Date
09/07/01    TAKE ONE TABLET TWICE DAILY WITH
FOOD
Rx # 5106    SULINDAC 200 MG TAB    #20

Pharmacy Services
C MONTGOMERY, AL 36112          334-. :2279

```
400041416      Dr. O. GARCIA-BRENE   10/26/00
GGIN III,JOHN C.                     20237-001
KE 1 TABLET BY MOUTH 3 TIMES A DAY AS NEEDED
FOR ALLERGY OR FOR NASAL CONGESTION
```

:IPROLIDINE/PSBUDOEPHEDRINE 2.5/60 M  #9
: 0 REFILL(S)               EXPIRES 10/30/00

Pharmacy Services
MONTGOMERY, AL 36112          334-293-2279

```
00041418      Dr. O. GARCIA-BRENE   10/26/00
GGIN III,JOHN C.                     20237-001
:E 2 TABLETS BY MOUTH EVERY 6 HOURS AS NEEDED
: PAIN
```

:TAMINOPHEN 500 MG TABLET         #30
: 0 REFILL(S)               EXPIRES 11/25/00

Pharmacy Services
:FC MONTGOMERY, AL 36112      334-293-2279

```
X400044717     Dr. O. GARCIA-BRENE   02/01/01
OGGIN III,JOHN C.                    20237-001
AKE 1 TABLET BY MOUTH EVERY DAY
```

.ISINOPROL 10 MG TABLET           #30
.RD   2 REFILL(S)          EXPIRES 05/02/01

FPC MONTGOMERY PHARMACY  (334) 293-2171
BLDG 1249 - MAXWELL AFB, AL 36112
2296        O. GARCIA-BR    05/04/01
COGGIN, JOHN C.              20237-001
FPC MONTGOMERY HOUSING - M03-006
TAKE ONE CAPSULE BY MOUTH EVERY
SIX HOURS X 10 DAYS

CEPHALEXIN 500MG CAP              #40
(0)Refills    05/04/2001   DAF
CAUTION: Federal law prohibits transfer of this drug
to any person other than patient for whom prescribed.

FPC MONTGOMERY PHARMACY  (334) 293-2171
BLDG 1249 - MAXWELL AFB, AL 36112
2298        O. GARCIA-BR    05/04/01
COGGIN, JOHN C.              20237-001
FPC MONTGOMERY HOUSING - M03-006
TAKE ONE TABLET BY MOUTH EACH
DAY

LISINOPRIL 10 MG TAB             #30
(2)Refills    05/04/2001   DAF
CAUTION: Federal law prohibits transfer of this drug
to any person other than patient for whom prescribed.

FPC MONTGOMERY, AL 3  2      334-293-2279

```
RX400041417    Dr. C. GARCIA-BRENE   10/26/00
COGGIN III,JOHN C.                   20237-001
TAKE 1 TABLET BY MOUTH TWICE A DAY AS NEEDED -
FOR COUGH - DRINK LOTS OF WATER
```

GUAIFENESIN DM 600/30 MG TABLET   #10
BD   0 REFILL(S)           EXPIRES 11/01/00

Pharmacy Services
FPC MONTGOMERY, AL 36112      334-293-2279

```
RX400041419    Dr. O. GARCIA-BRENE   10/26/00
COGGIN III,JOHN C.                   20237-001
TAKE 1 TABLET BY MOUTH EVERY DAY
```

LISINOPRIL 10 MG TABLET           #30
BD   2 REFILL(S)           EXPIRES 01/24/01

FPC MONTGOMERY PHARMACY  (334) 293-2171
BLDG 1249 - MAXWELL AFB, AL 36112
2295        O. GARCIA-BR    05/04/01
COGGIN, JOHN C.              20237-001
FPC MONTGOMERY HOUSING - M03-006
INJECT 500MG X 1 DOSE

CEFTRIAXONE 500 MG INJ           #1
(0)Refills    05/04/2001   DAF
CAUTION: Federal law prohibits transfer of this drug
to any person other than patient for whom prescribed.

FPC MONTGOMERY PHARMACY  (334) 293-2171
BLDG 1249 - MAXWELL AFB, AL 36112
2297        O. GARCIA-BR    05/04/01
COGGIN, JOHN C.              20237-001
FPC MONTGOMERY HOUSING - M03-006
TAKE ONE TABLET BY MOUTH EVERY
EIGHT HOURS WITH FOOD AS NEEDED
FOR PAIN

IBUPROFEN 800 MG TAB             #30
(0)Refills    05/04/2001   DAF
CAUTION: Federal law prohibits transfer of this drug
to any person other than patient for whom prescribed.

FPC MONTGOMERY PHARMACY  (334) 293-2171
BLDG 1249 - MAXWELL AFB, AL 36112
2495        O. RODRIGUE     05/11/01
COGGIN, JOHN C.              20237-001
FPC MONTGOMERY HOUSING - M03-006
TAKE ONE CAPSULE BY MOUTH FOUR
TIMES DAILY X 10 DAYS

CEPHALEXIN 500MG CAP             #40
(0)Refills    05/11/2001   DAF    RxExp 05/20/01
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

10/11/01
Exp.Date  20237-001
1099830   (0)Refills
Refill
6078
CLARITHROMYCIN 500 MG TAB  #42
TAKE ONE TABLET BY MOUTH THREE
TIMES DAILY FOR 2 WEEKS

Pharmacy Services
MONTGOMERY, AL 36112                         334-293-2279

00031073              G. OTERO              08/27/99
GIN III,JOHN C.                             20237-001
E 1 TABLET BY MOUTH EVERY DAY - FOR BLOOD
SSURE CONTROL

INOPRIL 10 MG TABLET            #30
   1 REFILL(S)              EXPIRES 10/26/99

Pharmacy Services
C MONTGOMERY, AL 36112                       334-293-2279

400031562             G. OTERO              09/23/99
XGGIN III,JOHN C.                           20237-001
KE 1 TABLET BY MOUTH 3 TIMES A DAY WITH FOOD
; NEEDED FOR PAIN

UPROFEN 800 MG TABLET           #30
S   0 REFILL(S)            EXPIRES 10/23/99

Pharmacy Services
C MONTGOMERY, AL 36112                       334-293-2279

100033792             G. OTERO              12/30/99
5GIN III,JOHN C.                            20237-001
:N 2 TABLETS TWICE A DAY

TAMINOPHEN 500 MG TABLET        #40
   1 REFILL(S)             EXPIRES 02/28/00

Pharmacy Services
MONTGOMERY, AL 36112                         334-293-2279

00033791              G. OTERO              12/30/99
5IN III,JOHN C.                             20237-001
TWO (2) PUFFS IN EACH NOSTRIL EVERY 4 HOURS
: labeling]

:UM CHLORIDE 0.65% NASAL SPRAY   #1
   0 REFILL(S)             EXPIRES 01/29/00

Pharmacy Services
MONTGOMERY, AL 36112                         334-293-2279

00033788              G. OTERO              12/30/99
5IN III,JOHN C.                             20237-001
: 1 TABLET BY MOUTH 3 TIMES A DAY AS NEEDED
)R ALLERGY OR FOR NASAL CONGESTION

ROLIDINE/PSEUDOEPHEDRINE 2.5/60 M   #15
   0 REFILL(S)             EXPIRES 01/04/00

FPC MONTGOMERY, AL 36112    Pharmacy Services

RX400031118                   W. MARTIN
COGGIN III,JOHN C.                          09/01/99
TAKE 1 TABLET BY MOUTH 3 TIMES A DAY WITH FOOD  20237-001
FOR 7 DAYS - FOR PAIN & FOR INFLAMMATION

IBUPROFEN 400 MG TABLET
TRS   0 REFILL(S)
                                #21
                           EXPIRES 09/09/99

Pharmacy Services
FPC MONTGOMERY, AL 36112                      334-293-2279

RX400032353           W. MARTIN             10/26/99
COGGIN III,JOHN C.                          20237-001
TAKE 1 TABLET BY MOUTH EVERY DAY - FOR BLOOD
PRESSURE CONTROL

LISINOPRIL 10 MG TABLET         #30
TRS   2 REFILL(S)          EXPIRES 01/24/00

Pharmacy Services
FPC MONTGOMERY, AL 36112                      334-293-2279

RX400033789           G. OTERO              12/30/99
COGGIN III,JOHN C.                          20237-001
TAKE 1 OR 2 TABLETS BY MOUTH TWICE A DAY AS
NEEDED - DRINK LOTS OF WATER

GUAIFENESIN 600 MG SUS/RELEASE   #10
BD   0 REFILL(S)           EXPIRES 01/04/00

Pharmacy Services
FPC MONTGOMERY, AL 36112                      334-293-2279

RX400033790           G. OTERO              12/30/99
COGGIN III,JOHN C.                          20237-001
TAKE 1 CAPSULE BY MOUTH 3 TIMES A DAY UNTIL
FINISHED

AMOXICILLIN TRIHYDRATE 500 MG CAPSULE  #30
BD   0 REFILL(S)           EXPIRES 01/09/00

Pharmacy Services
FPC MONTGOMERY, AL 36112                      334-293-2279

RX400033787           G. OTERO              12/30/99
COGGIN III,JOHN C.                          20237-001
TAKE 1 TABLET BY MOUTH TWICE A DAY AS NEEDED -
FOR COUGH - DRINK LOTS OF WATER

GUAIFENESIN DM 600/30 MG TABLET  #10
BD   0 REFILL(S)           EXPIRES 01/04/00

00066

400034756          W. MARTIN          /28/00
GGIN III,JOHN C.                      20237-001

E 1 TABLET BY MOUTH ONCE EVERY DAY - FOR
OOD PRESSURE CONTROL

CINOPRIL 10 MG TABLET                 #30
: 2 REFILL(S)              EXPIRES 04/27/00

          Pharmacy Services
C MONTGOMERY, AL 36112          334-293-2279

000036785          W. MARTIN          04/28/00
GIN III,JOHN C.                       20237-001
E 1 TABLET BY MOUTH EVERY DAY - FOR BLOOD
SSURE CONTROL

INOPRIL 10 MG TABLET                  #30
  2 REFILL(S)              EXPIRES 07/27/00

          Pharmacy Services
  MONTGOMERY, AL 36112          334-293-2279

00038847      Dr. O. GARCIA-SRENE     07/28/00
GIN III,JOHN C.                       20237-001
E 1 TABLET BY MOUTH EVERY DAY

INOPRIL 10 MG TABLET                  #30
  2 REFILL(S)              EXPIRES 10/28/00

          Pharmacy Services
  MONTGOMERY, AL 36112          334-293-2279

00039955          M. PATCHEL          09/12/00
GIN III,JOHN C.                       20237-001
E 1 TABLET BY MOUTH 3 TIMES A DAY AS NEEDED
OR ALLERGY OR FOR NASAL CONGESTION

PROLIDINE/PSEUDOEPHEDRINE 2.5/60 M   #15
   0 REFILL(S)             EXPIRES 09/18/00

---

RX400036447        O. RODRIGUEZ       04/13/00
COGGIN III,JOHN C.                    20237-001
TAKE 1 CAPSULE BY MOUTH EVERY 6 HOURS UNTIL
FINISHED            Q ( D .

CEPHALEXIN 500 MG CAPSULE             #40
TRS   0 REFILL(S)          EXPIRES 04/25/00

          Pharmacy Services
FPC MONTGOMERY, AL 36112        334-293-2279

RX400036446        O. RODRIGUEZ       04/13/00
COGGIN III,JOHN C.                    20237-001
TAKE 1 TABLET BY MOUTH 3 TIMES A DAY FOR 5 DAYS
- FOR ALLERGY OR FOR NASAL CONGESTION

TRIPROLIDINE/PSEUDOEPHEDRINE 2.5/60 M  #15
TRS   0 REFILL(S)          EXPIRES 04/20/00

          Pharmacy Services
FPC MONTGOMERY, AL 36112        334-293-2279

RX400039956        M. PATCHEL         09/12/00
COGGIN III,JOHN C.                    20237-001
TAKE 2 TABLETS BY MOUTH EVERY 6 HOURS AS NEEDED
FOR PAIN OR FEVER

ACETAMINOPHEN 325 MG TABLET           #30
8D   0 REFILL(S)           EXPIRES 10/12/00

BP-S619.060  **IMMUNIZATION RE  'D**  CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

### TETANUS TOXOIDS

| DATE | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER | INSTITUTION |
|------|-------|-------|-----------|------|-------------|----------|-------------|
| 9/14/99 | urgett | 4988369 | 1/01 | (L) Deltoid | 0.5/Im | S. Quewon, cnp | Fpc Maxwell |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### TUBERCULIN TESTS

| DATE GIVEN | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER/ INSTITUTION | DATE READ | RESULTS (MM) | READ BY |
|------------|-------|-------|-----------|------|-------------|------------------------|-----------|--------------|---------|
| 8-26-99 | connaught | 2SH-A | 4-20-2000 | (R) Foream | 0.1cc ID | Mhc Shadoc FPc Montcondy | 8-28-99 | O mm | |
| 8-14-00 | Tubersol | 9/15/01 | C01488A | LFA | 0.1cc ID | B. Dartmouth Fpc men | 8-16-00 | O Omm | B Dartm. |
| 8/13/01 | Connaught | CDA30AA | 5/15/02 | Lforeaum | 0.15ID | Fpc Montgomery Robiningram/Rn | 8/15/01 | 00mm O | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

(This form may be replicated via WP)

COGGIN III
   JOHN C                    20237-001
W/M/0/04-03-1948
HT/508    WT/170

BP-S669.060 **HYPERTENSION . W SHEET** CDFRM
JULY 99

## U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| | Date > | 8/8/01 | 10/18/01 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Record the following data at each clinic visit:** Smoking: cigs/day; Exercise: days/week; Diet Compliance: Y/N | Weight | 165 lb | 154 | | | | | | |
| | Blood Pressure | 162/88 | 135/48 | | | | | | |
| | Pulse | 58 | 66 | | | | | | |
| | Smoking | NO | Ø | | | | | | |
| | Exercise | 5/wk | yc | | | | | | |
| | Diet | Y | yn | | | | | | |
| **Meds:** enter current dose at end of each visit | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | Comments | ↓ wscat | E/E | | | | | | |
| | Provider Initials | (O) | (A) | | | | | | |

Element to be performed annually, or as clinically indicated. (Fundoscopic: Normal or Abnormal.)

| | | | | | |
|---|---|---|---|---|---|
| **Fundoscopic:** | Date: 11-2-00 | Result: NEG. | Date: | Result: |
| **Cholesterol/HDL:** | Date: 2-25-01 | Result: 189 mg/dl | Date: | Result: |
| **Creatinine:** | Date: 2-05-01 | Result: 0.7 | Date: | Result: |
| **Urinalysis:** | Date: 2-05-01 | Result: NEG. | Date: | Result: |
| **Microalbumin** | Date: | Result: | Date: | Result: |

---

**Name:** COGGIN, JOHN

**Register No:** 20237-001

**Date of Birth:** 04-03-48

**Institution:** FPC MAX. AL.

This form may be replicated via wp)

```
                    Key to Comments:
H = Hospitalized
I = Intensification of monitoring/treatment
E/M = Educated re: use of meds
E/C = Educated re: med/tx compliance
E/S = Educated re: smoking cessation
E/E = Educated re: Exercise program
E/D = Educated re: diet
N/C= Non-Compliant(specify element)
```

00069

| MEDICAL RECORD | REPORT OF MEDICAL EXAMINATION | DATE OF EXAM 9-1-99 |
|---|---|---|

**1. LAST NAME—FIRST NAME—MIDDLE NAME**

**2. IDENTIFICATION NUMBER**

**3. GRADE AND COMPONENT OR POSITION**

**4. HOME ADDRESS** *(Number, street or RFD, city or town, state and ZIP code)*

**5. EMERGENCY CONTACT** *(Name and address of contact)*

**6. DATE OF BIRTH** 2023-001  **7. AGE**
COGGIN  JOHN
DOB  04-03-1948

**8. SEX**  ☐ FEMALE  ☒ MALE

**9. RELATIONSHIP OF CONTACT**

**10. PLACE OF BIRTH**

**11. RACE**  ☒ WHITE  ☐ BLACK  ☐ AMERICAN INDIAN/ALASKA NATIVE  ☐ HISPANIC WHITE  ☐ HISPANIC BLACK  ☐ ASIAN/PACIFIC ISLANDER

**12a. AGENCY** C MAXWELL, BLDG
MAXWELL AFB, AL
BOP

**12b. ORGANIZATION UNIT** 36112

**13. TOTAL YEARS GOVERNMENT SERVICE**  a. MILITARY  b. CIVILIAN

**14. NAME OF EXAMINING FACILITY OR EXAMINER, AND ADDRESS**

**15. RATING OR SPECIALTY OF EXAMINER**

**16. PURPOSE OF EXAMINATION** A:O

## 17. CLINICAL EVALUATION

| NORMAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNORMAL | NORMAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNORMAL |
|---|---|---|---|---|---|
| ✓ | A. HEAD, FACE, NECK AND SCALP | | | O. PROSTATE (Over 40 or clinically indicated) | |
| ✓ | B. EARS-GENERAL (INTERNAL CANALS) (Auditory acuity under items 39 and 40) | | | P. TESTICULAR | |
| ✓ | C. DRUMS (Perforation) | | | Q. ANUS AND RECTUM (Hemorrhoids, Fistulae) | |
| ✓ | D. NOSE | | ✓ | R. ENDOCRINE SYSTEM | |
| ✓ | E. SINUSES | | ✓ | S. GU SYSTEM | |
| ✓ | F. MOUTH AND THROAT | | ✓ | T. UPPER EXTREMITIES (Strength, range of motion) | |
| ✓ | G. EYES-GENERAL (Visual acuity and refraction under items 28, 29, and 36) | | ✓ | U. FEET | |
| ✓ | H. OPHTHALMOSCOPIC | | ✓ | V. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | ✓ |
| ✓ | I. PUPILS (Equality and reaction) | | ✓ | W. SPINE, OTHER MUSCULOSKELETAL | |
| ✓ | J. OCULAR MOTILITY (Associated parallel movements nystagmus) | | ✓ | X. IDENTIFYING BODY MARKS, SCARS, TATTOOS | |
| ✓ | K. LUNGS AND CHEST | | ✓ | Y. SKIN, LYMPHATICS | |
| ✓ | L. HEART (Thrust, size, rhythm, sounds) | | ✓ | Z. NEUROLOGIC (Equilibrium tests under item 41) | |
| ✓ | M. VASCULAR SYSTEM (Varicosities, etc.) | | | AA. PSYCHIATRIC (Specify any personality deviation) | |
| ✓ | N. ABDOMEN AND VISCERA (Include hernia) | | | BB. BREASTS | |
| | | | | CC. PELVIC (Females only) | |

**NOTES:** *(Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 42 and use additional sheets if necessary)*

V. Jordan © medical knee

I HAVE REFUSED A RECTAL EXAMINATION AT THE TIME THAT MY PHYSICAL EXAMINATION WAS CONDUCTED:

*Inmate Signature, Reg #*

*Physician Assistant*

**18. DENTAL** *(Place appropriate symbols, shown in examples, above or below number of upper or lower teeth)*

**REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES**

## 19. TEST RESULTS (Copies of results are preferred as attachments)

| A. URINALYSIS: (1) SPECIFIC GRAVITY | | B. CHEST X-RAY OR PPD (Place, date, film number and result) |
|---|---|---|
| (2) URINE ALBUMIN | (4) MICROSCOPIC | |
| (3) URINE SUGAR | | |
| C. SYPHILIS SEROLOGY (Specify test used and results) | D. EKG | E. BLOOD TYPE AND RH FACTOR | F. OTHER TESTS |

SN 7540-00-634-4038
8-126

**STANDARD FORM 88** (Rev. 10-94)
Prescribed by GSA/ICMR FIRMR (41 CFR) 201-9.202-1

# MEDICAL HISTORY REPORT

JOHN C
W/M/0/04-03-1948       37-001
HT/508    WT/170    HR/BN    EY/BL
CUSTODY/OUT

ND MEDICALLY CONFIDENTIAL USE ONLY
) TO UNAUTHORIZED PERSONS)

**2. REGISTER NUMBER**
2023.7-CK )

**3. PURPOSE OF EXAMINATION**
Commitment

**4. DATE OF EXAMINATION**
8 / 26 / 99

**5. EXAMINING FACILITY**
F.P.C. MON

**6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED** *(Follow by description of past history, if complaint arises)*

"GOOD"

No Hx ⊕ HIV, AIDS, HEP, Tb, SIEZURES, SI OR LICE

**7. HAVE YOU EVER** *(Please check each item)*

| ES | NO | (Check each item) |
|---|---|---|
| ✓ | | Lived with anyone who had tuberculosis |
| ✓ | | Coughed up blood |
| ✓ | | Bled excessively after injury or tooth extraction |
| ✓ | | Attempted suicide |
| ✓ | | Been a sleepwalker |

**8. DO YOU** *(Please check each item)*

| YES | NO | (Check each item) |
|---|---|---|
| ✓ | | Wear glasses or contact lenses |
| ✓ | | Have vision in both eyes |
| | ✓ | Wear a hearing aid |
| | ✓ | Stutter or stammer habitually |
| | ✓ | Wear a brace or back support |

**9. HAVE YOU EVER HAD OR HAVE YOU NOW** *(Please check at left of each item)*

| ES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | | | Scarlet fever | | ✓ | | Adverse reaction to serum drug | | ✓ | | Epilepsy or fits |
| | ✓ | | Rheumatic fever | | ✓ | | or medicine | | ✓ | | Car, train, sea or air sickness |
| | ✓ | | Swollen or painful joints | | ✓ | | Broken bones | | ✓ | | Frequent trouble sleeping |
| | ✓ | | Frequent or severe headache | | ✓ | | Tumor, growth, cyst, cancer | | ✓ | | Depression or excessive worry |
| | ✓ | | Dizziness or fainting spells | | ✓ | | Rupture/hernia | | ✓ | | Loss of memory or amnesia |
| | ✓ | | Eye trouble | | ✓ | | Piles or rectal disease | | ✓ | | Nervous trouble of any sort |
| | ✓ | | Ear, nose, or throat trouble ✓ | ✓ | | | Frequent or painful urination | | ✓ | | Periods of unconsciousness |
| | ✓ | | Hearing loss | | ✓ | | Bed wetting since age 12 | | | | Have you ever had |
| | ✓ | | Chronic or frequent colds (2) | ✓ | | | Kidney stone or blood in urine | | ✓ | | homosexual contact? |
| | ✓ | | Severe tooth or gum trouble | | ✓ | | Sugar or albumin in urine | | ✓ | | Been exposed to AIDS |
| | ✓ | | Sinusitis | | ✓ | | VD—Syphilis, gonorrhea, etc. | | ✓ | | Alcohol Use (Excessive) |
| | ✓ | | Hay Fever | | ✓ | | Recent gain or loss of weight | | ✓ | | Drug Use/Addiction |
| | ✓ | | Head injury | | ✓ | | Arthritis, Rheumatism, or Bursitis | | ✓ | | Marijuana |
| | ✓ | | Skin diseases | | ✓ | | Bone, joint or other deformity | | ✓ | | Cocaine |
| | ✓ | | Thyroid trouble | | ✓ | | Lameness | | ✓ | | Heroin |
| | ✓ | | Tuberculosis | | ✓ | | Loss of finger or toe | | ✓ | | L.S.D. |
| | ✓ | | Asthma | | ✓ | | Painful or "Trick" shoulder or elbow | | ✓ | | Amphetamines |
| | ✓ | | Shortness of breath | | ✓ | | Recurrent back pain | | | | Others: (Specify) |
| | ✓ | | Pain or pressure in chest | | ✓ | | "Trick" or locked knee | | | | |
| | ✓ | | Chronic cough | | ✓ | | Foot trouble | | | | Alcohol or drug |
| | ✓ | | Palpitation or pounding heart | | ✓ | | Neuritis | ✓ | | | Withdrawal Problems |
| ✓ | | | Heart trouble | | ✓ | | Paralysis (include infantile) | | | | |
| | | | High or low blood pressure | | | | | | | | |
| | ✓ | | Cramps in your legs | | | | | | | | **10. FEMALES ONLY HAVE YOU EVER** |
| | ✓ | | Frequent indigestion | | | | | | | | Been treated for a female disorder |
| | ✓ | | Stomach, liver, or intestinal trouble | | | | | | | | Had a change in menstrual pattern |
| | ✓ | | Gall bladder trouble or gallstones | | | | | | | | ARE YOU PREGNANT |
| | ✓ | | Jaundice or hepatitis | | | | 00071 | | | | SUSPECT YOU ARE PREGNANT |

**11. WHAT IS YOUR USUAL OCCUPATION?**
CORPORATE CONSULTANT MERGERS & Aguisitions

**12. ARE YOU (Check one)**
☑ Right handed ☐ Left handed

BP-360(60)

BP-S354.060  **INTAKE SCREENII    MEDICAL)**  CDFRM

COGGIN III
     JOHN C                20237-001
W/M/O/04-03-1948
HT/508   WT/170   HR/BN   EY/BL
CUSTODY/OUT

**FEDERAL BUREAU OF PRISONS**

eening form on all arrivals to the

FC MONTGOMERY

| Arrival 8/26/99 | Time of Arrival - 1030 |
|---|---|
| Register Number | |

COGGIN III

# M E D I C A L   C L E A R A N C E

1. BP-149(60) reviewed? ☐ yes; ☑ no (Explain)

   VOL. SUR.  N.A,

2. General Population Housing Approved? ☑ yes; ☐ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? ☐ yes; ☑ no (Specify limitations or exclusions)

   No WORK UNTIL MDS IS ASSIGNED

4. For Holdovers:  OK for Continued Transport? ☐ yes; ☐ no (Explain)

5. Disabilities?  ☐ yes    ☐ no   (If yes, enter code(s) into MDS)
                              Code(s)

6. Remarks:

   ∧

| Medical Staff Signature | Date 8-26-99 | Time 1450 |
|---|---|---|

Medical Staff Title

P.A,

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994


Printed on Recycled Paper

*Advanced Surgical Associates, P.C.*
*General & Peripheral Vascular Surgery*
**2101 Chestnut Street * Montgomery, Alabama 36106**

**NAME: COGGINS, JOHN**
**DATE: 08/29/01**

**HISTORY:** Mr. John Coggins is a 53-year-old gentleman who was sent in from the Federal prison to be evaluated for right upper quadrant abdominal pain. The patient states he has been having intermittent right upper quadrant abdominal pain and epigastric pain for the past month. He states that the pain is sometimes 10/10 in intensity and is mostly in the right upper quadrant and does not radiate to the back. He has an occasional pain in the epigastric area. He has had a couple of episodes of nausea and vomiting, but most of the time he just has the pain. He also states that this is associated with fatty foods and has made him alter his diet.

**PAST MEDICAL HISTORY:** None.

**PAST SURGICAL HISTORY:** Some type of nose surgery as well as colon polyp removal.

**CURRENT MEDICATIONS:** None.

**DRUG ALLERGIES:** No known drug allergies.

**FAMILY HISTORY:**

**SOCIAL HISTORY:** He is currently incarcerated. He is married and has two children. He denies any IV drug abuse, tobacco, or alcohol but he does partake in caffeinated beverages.

**REVIEW OF SYSTEMS:**
**EYES:** Blurred vision and he wears glasses.
**GI:** Abdominal pain.
**CONSTITUTIONAL:** The patient is 5 feet 8 inches and weighs 160 pounds. The patient denies any significant weight loss over the past six months to a year.

**PHYSICAL EXAM:** This is a well-nourished and well-developed male who is in no apparent distress.
**HEENT:** Atraumatic, normocephalic. Pupils equal, round and reactive to light and accommodation.
**CARDIAC:** Regular rate and rhythm.
**LUNGS:** Clear to auscultation.
**ABDOMEN:** Soft and non-distended with tenderness in the right upper quadrant to deep palpation but no rebound or rigidity. No palpable masses or abnormalities are found.
**EXTREMITIES:** Neurovascular intact.

2/25/03

J. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery

**CONTINUED...**

TOTAL P.02

**NAME: COGGINS, JOHN**
**DATE: 08/29/01**

**PAGE...2**

**RADIOLOGICAL DATA:** The patient had an ultrasound. The ultrasound was significant for a small echogenic focus in the gallbladder. They could not rule out a polyp versus calcified gallstones or tumor for occasional sludge. He also had a left renal calculus with no hydronephrosis.

**IMPRESSION:** The patient is having biliary colic. This may be secondary to a gallstones versus a polyp. The common bile duct is normal.

**PLAN:** Due to the fact that this could possibly be a polyp, I do recommend that the patient has a laparoscopic cholecystectomy. I did discuss with him that this may or may not alleviate his symptoms. He seems to be having some problems with either biliary dyskinesia or some type of reason for having biliary colic. He may get some relief from this. The biggest concern to me is to make sure that this is not a polyp in his gallbladder, because then we must rule out a cancer. The patient states that he understands and he wishes to proceed with the procedure.

Thank you for this very pleasant consult.

AW/vm
D:08/29/01
T:08/30/01
CC:    Dr. O. Garcia

ANTONIO WILLIAMS, M.D.

**DICTATED BUT NOT EDITED**

Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery

00074

**MONTGOMERY SURGICAL ASSOCIATES, P.A.**
2055 E. SOUT     VD., SUITE 603
MONTGOMER    ALABAMA 36116
(334) 281-9000

DUNCAN B. MCRAE, M.D.
BNDD No. AM9789934
ACSC No. 9853

DANIEL M. DALY, M.D.
BNDD No. BD1672674
ACSC No. 14127

ALEX V. KREHER, M.D.
BNDD No. BK0874619
ACSC No. 11362

BRIAN R. WHYTE, M.D.
BNDD No. BW3748691
ACSC No. 19893

ROBERT B. HARRIS, M.D.
BNDD No. BH2314893
ACSC No. 19179

NAME ___J. Coggih_____

ADDRESS _____

Rx

10/16/01
Dr. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery

larthromycin 500ng
#4/2

T po $d

LABEL ☐
REFILL _____ TIMES
N.R. ☐

10, 9 01
DATE        PRODUCT SELECTION PERMITTED        M.D. _____ M.D.
                                                    DISPENSE AS WRITTEN

513–110                                                                        NSN 7540-00-634-4127

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

**REQUEST**

TO: Dr. Kreher

FROM: (Requesting physician or activity) FPC Montgomery

DATE OF REQUEST 9/21/01

REASON FOR REQUEST (Complaints and findings)

F/u as recommended.

PROVISIONAL DIAGNOSIS S/P Explorat, lap. for surgical repair Duod Ulcer

DOCTOR'S SIGNATURE

APPROVED
O. Garcia-Brenes, M.D. Clinical Director
FPC-Montgomery

PLACE OF CONSULTATION
☐ BEDSIDE     ☐ ON CALL

☐ ROUTINE     ☐ TODAY
☐ 72 HOURS    ☐ EMERGENCY

**CONSULTATION REPORT**

RECORD REVIEWED ☐ YES ☐ NO        PATIENT EXAMINED ☐ YES ☐ NO

Needs Clarithromycin 500mg tid
x 2 wks

10/16/01

O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery

(Continue on reverse side)

SIGNATURE AND TITLE                                                  DATE

IDENTIFICATION NO.     ORGANIZATION          REGISTER NO.     WARD NO.

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

COGLIN
JOHN
DOB  04-03-1948
FPC MAXWELL, BLDG 1226
MAXWELL AFB, AL   36112

00076
CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

☆U.S.GOVERNMENT PRINTING OFFICE 1997-422-617

513–110                                                                                    NSN 7540-00-634-4127

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

**REQUEST**

TO: _Dr. Antonio Williams_     FROM: (Requesting physician of activity) _D. ESSEX, CRNP_     DATE OF REQUEST _8/28/01_
FPC MONTGOMERY

REASON FOR REQUEST (Complaints and findings)

_Abdominal pain Rule — see Abd U/S t attached labs._

_Please Evaluate and tx accordingly_

PROVISIONAL DIAGNOSIS

_Abdominal Pain_

DOCTOR'S SIGNATURE     APPROVED     PLACE OF CONSULTATION     ☐ ROUTINE     ☐ TODAY
O. Garcia-Brenes, M.D., Clinical Director     ☐ BEDSIDE     ☐ ON CALL     ☐ 72 HOURS     ☐ EMERGENCY
FPC MONTGOMERY

**CONSULTATION REPORT**

RECORD REVIEWED ☐ YES ☐ NO     PATIENT EXAMINED ☐ YES ☐ NO

_Full Consult Dictated_

_Imp: Biliary Colic ? Polyp Vs - Cholelithiasis_

_Plan   LC possible IOC_

O. Garcia-Brenes, M.D., Clinical Director
FPC Montgomery   9/4/0

(Continue on reverse side)

NATURE AND TITLE     DATE _8/29/01_
_____ Williams MD

IDENTIFICATION NO.     ORGANIZATION     REGISTER NO.     WARD NO.

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

20237-001
COGGIN
JOHN
DOB  04-03-1948
FPC MAXWELL, BLDG 1226
MAXWELL AFB, AL   36112

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

☆U.S.GOVERNMENT PRINTING OFFICE 1997-422-817

513–110

NSN 7540-00-634-4127

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

TO: GASTROENTOROLOGY    FROM: (Requesting physician or activity) FPC Montgomery    DATE OF REQUEST 8/27/01

REASON FOR REQUEST (Complaints and findings)

53 yo WF NKA – ε HX HTN – meds Lisinopril 10 mg daily
Pt. has presented (R) upper quadrant intermittent pain.
Abdom. U/S presents 0.5 cm poorly calcified gallstone, polyp or sludge
Please evaluate for possible tx. thanks

PROVISIONAL DIAGNOSIS    Cholelithiasis ?

DOCTOR'S SIGNATURE

APPROVED
O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery

PLACE OF CONSULTATION
☐ BEDSIDE    ☐ ON CALL

☐ ROUTINE    ☐ TODAY
☐ 72 HOURS    ☐ EMERGENCY

## CONSULTATION REPORT

RECORD REVIEWED  ☐ YES ☐ NO          PATIENT EXAMINED  ☐ YES ☐ NO

Canceled - ad

O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery

(Continue on reverse side)

| SIGNATURE AND TITLE | | | DATE |
|---|---|---|---|
| ENTIFICATION NO. | ORGANIZATION | REGISTER NO. | WARD NO. |

ATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

COLGIN
JOHN
DOB  04-03-1948
PC MAXWELL, BLDG 1226
MAXWELL AFB, AL    36112

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

☆ U.S.GOVERNMENT PRINTING OFFICE 1997-422-817

# OPTOMETRIC EVALUATION

**DATE**

**OPTOMETRY CLINIC** *(Please print and check applicable blocks)*

**SEX**
☐ MALE
☐ FEMALE

**AGE**

## I — REASON FOR VISIT

| YES | NO | *(check each item)* |
|-----|-----|---------------------|
| | | BLUR AT DISTANCE |
| | | BLUR WHEN READING |
| | | DOUBLE VISION |
| | | HEADACHES |
| | | NO COMPLAINTS |
| | | OTHER |

## III — HAVE YOU EVER WORN CONTACT LENSES  ☐ YES  ☐ NO
*If yes, were they*

*(check each item)*

| | SOFT LENSES |
|---|---|
| | HARD LENSES |
| | GAS PERMEABLE (SEMI-SOFT) |
| | I NO LONGER WEAR CONTACT LENSES *(give reason)* |

## II — HAVE YOU EVER WORN GLASSES  ☐ YES  ☐ NO
*If yes, did you wear them for*

*(check each item)*

| DISTANCE |
|---|
| NEAR |
| NO LONGER WEAR GLASSES |
| LAST EYE EXAM |
| HOW OLD ARE YOUR CURRENT GLASSES |

## IV — HAVE YOU EVER HAD ANY EYE INJURIES OR SURGERY
*If yes, please describe*

## V — VOCATION/HOBBIES

## VI — PERSONAL HX
*Do you have or have you had*

| YES | NO | *(check each item)* |
|-----|-----|---------------------|
| | | DIABETES |
| | | HYPERTENSION |
| | | ARTHRITIS |

## FAMILY MEDICAL HX
*Has anyone in your immediate family had*

| YES | NO | *(check each item)* |
|-----|-----|---------------------|
| | | DIABETES |
| | | HYPERTENSION |

## OFFICE USE ONLY
**TONOMETRY**

TIME

METHOD

O.D.

O.S.

## VII — OCULAR HX
*Do you have or have you had*

| YES | NO | *(check each item)* |
|-----|-----|---------------------|
| | | GLAUCOMA |
| | | CATARACTS |
| | | "LAZY EYES" |
| | | CROSS OR WALL EYES |
| | | OTHER |

## FAMILY OCULAR HX
*Has anyone in your immediate family had*

| YES | NO | *(check each item)* |
|-----|-----|---------------------|
| | | GLAUCOMA |
| | | CATARACTS |
| | | BLINDNESS |
| | | OTHER |

**COLOR VISION**

PASS          FAIL

METHOD

## ADDITIONAL COMMENTS OR TESTING

MED          ALL

DNKA  4/18/01  a&R

DN ILA  8/8/01  a&R

*(handwritten signature)* Katrina Spates, M.D. Clinical Director — Montgomery   8/9/01

## PATIENT'S IDENTIFICATION *(Use this space for mechanical imprint)*

```
2023-001
COGGIN
  JOHN
DOB  04-03-1948
FPC MAXWELL, BLDG 1202
MAXWELL AFB, AL 3
```

**RECORDS MAINTAINED AT**

| PATIENT'S NAME (Last, First, Middle initial) | | SEX |
|---|---|---|
| RELATIONSHIP TO SPONSOR | STATUS | GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART/SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

U Form 1092, FEB 86          (HOSP/SCHEN)          00079

| OBJECTIVE CURRENT Rx | | Vs̄ | SPH | CYL | AXIS | PRISM | BASE | Vē | PIN HOLE | COVER TEST  c̄  s̄  Rx |
|---|---|---|---|---|---|---|---|---|---|---|
| Distance | OD | 20/ | −200 | | | | | 20/ | 20/ | Distance _____ |
| | OS | 20/ | −225 | | | | | 20/ | 20/ | Near _____ |
| Near | OD | 20/ | | | | | | 20/ | | VERSIONS |
| | OS | 20/ | | | | | | 20/ | | |

| SUBJECTIVE RETINOSCOPY CYCLO MANIFEST | | Vē | NPC δ ī Rx | PUPILS   Marcus Gunn Positive Negative |
|---|---|---|---|---|
| | OD | 20/ | | |
| | OS | 20/ | | |

| SUBJECTIVE REFRACTION CYCLO MANIFEST | | Vē | INTERNAL  C/D  OD_____   OS_____ |
|---|---|---|---|
| Distance | OD | 20/ | H−      A− |
| | OS | 20/ | DISC−      MR− |
| Near | OD | 20/ | MEDIA−      RETINA− |
| | OS | 20/ | |

ADDITIONAL TESTING

EXTERNAL/SLITLAMP

P−

CORNEA−

LIOS−

CONJ−

IRIS−

ASSESSMENT

−0/22/150 .

PLAN

| NEW Rx | SPH | CYL | AXIS | PRISM | BASE | PD D/N |
|---|---|---|---|---|---|---|
| OD | | | | | | 64 |
| OS | | | / | | | |
| OD | | | | | | |
| OS | | | | | | |

DOCTOR'S SIGNATURE

DOCTOR'S STAMP

J. CHERNAU, CD

00080

# OPTOMETRIC EVALUATION

DATE 3 Oct 02

OPTOMETRY CLINIC *(Please print and check applicable blocks)*

SEX ☒ MALE ☐ FEMALE

AGE

**I REASON FOR VISIT**

| YES | NO | (check each item) |
|---|---|---|
| | | BLUR AT DISTANCE |
| | | BLUR WHEN READING |
| | | DOUBLE VISION |
| | | HEADACHES |
| | | NO COMPLAINTS |
| ✓ | | OTHER Needs Reading Rx |

**III HAVE YOU EVER WORN CONTACT LENSES** ☐ YES ☐ NO

*If yes, were they*

| | (check each item) |
|---|---|
| | SOFT LENSES |
| | HARD LENSES |
| | GAS PERMEABLE (SEMI-SOFT) |
| | I NO LONGER WEAR CONTACT LENSES *(give reason)* |

**II HAVE YOU EVER WORN GLASSES** ☒ YES ☐ NO

*If yes, did you wear them for*

| | (check each item) |
|---|---|
| | DISTANCE |
| | NEAR |
| | NO LONGER WEAR GLASSES |
| | LAST EYE EXAM |
| | HOW OLD ARE YOUR CURRENT GLASSES |

**IV HAVE YOU EVER HAD ANY EYE INJURIES OR SURGERY**

*If yes, please describe*

**V VOCATION/HOBBIES**

**VI PERSONAL HX** *Do you have or have you had*

| YES | NO | (check each item) |
|---|---|---|
| | | DIABETES |
| | | HYPERTENSION |
| | | ARTHRITIS |

**FAMILY MEDICAL HX** *Has anyone in your immediate family had*

| YES | NO | (check each item) |
|---|---|---|
| | | DIABETES |
| | | HYPERTENSION |

**VII OCULAR HX** *Do you have or have you had*

| YES | NO | (check each item) |
|---|---|---|
| | | GLAUCOMA |
| | | CATARACTS |
| | | "LAZY EYES" |
| | | CROSS OR WALL EYES |
| | | OTHER |

**FAMILY OCULAR HX** *Has anyone in your immediate family had*

| YES | NO | (check each item) |
|---|---|---|
| | | GLAUCOMA |
| | | CATARACTS |
| | | BLINDNESS |
| | | OTHER |

**OFFICE USE ONLY**

TONOMETRY

TIME

METHOD

O.D.

O.S.

COLOR VISION

PASS FAIL

METHOD

ADDITIONAL COMMENTS OR TESTING

MED ALL

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

2023?-001
COGGIN
JOHN
DOB 04-03-1948
FPC MAXWELL, BLDG 1226
MAXWELL AFB, AL 36112

RECORDS MAINTAINED AT

| PATIENT'S NAME (Last, First, Middle initial) | | SEX |
|---|---|---|
| RELATIONSHIP TO SPONSOR | STATUS | GRADE |
| SPONSOR'S NAME | ORGANIZATION | |
| DEPART/SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

AU Form 1092 FEB 86

(HOSP/SGHEN)

| OBJECTIVE CURRENT Rx | | VŚ | SPH | CYL | AXIS | PRISM | BASE | VĒ | PIN HOLE | COVER TEST  č  š  Rx |
|---|---|---|---|---|---|---|---|---|---|---|
| Distance | OD | 20/ | | | | | | 20/2→20/ | | Distance _____ |
| | OS | 20/ | | | | | | 20/→20/ | | Near_____ |
| Near | OD | 20/ | | | | | | 20/ | | VERSIONS |
| | OS | 20/ | | | | | | 20/ | | |

| SUBJECTIVE RETINOSCOPY CYCLO MANIFEST    VĒ | | | NPC š š Rx | PUPILS  Marcus Gunn Positive Negative |
|---|---|---|---|---|
| | OD | 20/ | | |
| | OS | 20/ | | |

| SUBJECTIVE REFRACTION CYCLO MANIFEST    VĒ | | | INTERNAL  C/D  OD_____    OS_____ |
|---|---|---|---|
| Distance | OD | 20/ | H–                    A– |
| | OS | 20/ | DISC–                 MR– |
| Near | OD | 20/ | MEDIA–               RETINA– |
| | OS | 20/ | |

| ADDITIONAL TESTING | EXTERNAL/SLITLAMP |
|---|---|
| | P– |
| | CORNEA– |
| | LIDS– |
| | CONJ– |
| | IRIS– |

**ASSESSMENT**

expldent #'s for reading –

**PLAN**

RTC 6 mos if prob ↑ (ptis.
Attorney + reads extensively)

[signature] 11/2/05
O. Garcia-Branes, M.D., Clinical Director
FPC–Montgomery

| NEW Rx | SPH | CYL | AXIS | PRISM | BASE | PD D/N |
|---|---|---|---|---|---|---|
| OD | | | | | | |
| OS | | | / | | | |
| OD | | | | | | |
| OS | | | | | | |

DOCTOR'S SIGNATURE [signature]

DOCTOR'S STAMP
J. CHERNAU, OD
FPC MAXWELL

R. T. C.

AU FORM 1092, FEB 86  (Reverse)      (HOSP/SGHEN)

00082

## OMETRIC EVALUATION

**DATE** 28 Apr 2/(

OPTOMETRY CLINIC   *(Please print and check applicable blocks)*

**SEX** ☒ MALE  ☐ FEMALE

**AGE** 52

| I | | REASON FOR VISIT | III | HAVE YOU EVER WORN CONTACT LENSES ☐ YES ☐ |
|---|---|---|---|---|
| YES | NO | *(check each item)* | | *If yes, were they* *(check each item)* |
| | | BLUR AT DISTANCE | | SOFT LENSES |
| ✓ | | BLUR WHEN READING | | HARD LENSES |
| | | DOUBLE VISION | | GAS PERMEABLE (SEMI-SOFT) |
| | | HEADACHES | | I NO LONGER WEAR CONTACT LENSES *(give reason)* |
| | | NO COMPLAINTS | | |
| | | OTHER | | |

| II | HAVE YOU EVER WORN GLASSES ☒ YES ☐ NO | IV | HAVE YOU EVER HAD ANY EYE INJURIES OR SURGERY |
|---|---|---|---|
| | *If yes, did you wear them for* | | *If yes, please describe* |
| | *(check each item)* | | Ø |
| ✓ | DISTANCE | | |
| ✓ | NEAR | | |
| ✓ | NO LONGER WEAR GLASSES | | |
| ✓ | LAST EYE EXAM 3 yrs. – 4 yrs. B'ham. – | | |
| | HOW OLD ARE YOUR CURRENT GLASSES 3-4 yr. – | | |

**V** VOCATION/HOBBIES

| VI | | PERSONAL HX *Do you have or have you had* | | | FAMILY MEDICAL HX *Has anyone in your immediate family had* | OFFICE USE ONLY |
|---|---|---|---|---|---|---|
| | | | | | | TONOMETRY |
| YES | NO | *(check each item)* | YES | NO | *(check each item)* | **TIME** 3:25 PM. |
| | ✓ | DIABETES | | | DIABETES | |
| ✓ | | HYPERTENSION | | | HYPERTENSION | **METHOD** NCT. |
| | ✓ | ARTHRITIS | | | | |

| VII | | OCULAR HX *Do you have or have you had* | | | FAMILY OCULAR HX *Has anyone in your immediate family had* | **O.D.** 13 |
|---|---|---|---|---|---|---|
| YES | NO | *(check each item)* | YES | NO | *(check each item)* | **O.S.** 12 |
| | ✓ | GLAUCOMA | | | GLAUCOMA | |
| | ✓ | CATARACTS | | | CATARACTS | COLOR VISION |
| | ✓ | "LAZY EYES" | | | BLINDNESS | |
| | ✓ | CROSS OR WALL EYES | | | OTHER | **PASS**    **FAIL** |
| | | OTHER | | | | |
| | | | | | | **METHOD** |

**ADDITIONAL COMMENTS OR TESTING**

MED ·                ALL

**PATIENT'S IDENTIFICATION** *(Use this space for Mechanical Imprint)*

20231-0 FPC MAXWELL
COGGIN
JOHN
DOB  04-03-1948
FPC MAXWELL, BLDG 1226
MAXWELL AFB, AL  36112

| RECORDS MAINTAINED AT | ▷ |
|---|---|
| PATIENT'S NAME *(Last, First, Middle initial)* | **SEX** |
| RELATIONSHIP TO SPONSOR | **STATUS** | **GRADE** |
| SPONSOR'S NAME | **ORGANIZATION** |
| DEPART/SERVICE | IDENTIFICATION NO. | **DATE OF BIRTH** |

AF Form 1302

| OBJECTIVE CURRENT Rx | | VĒ | SPH | CYL | -AXIS | PRISM | BASE | VĒ | PIN HOLE | COVER TEST  c̄  ī  Rx |
|---|---|---|---|---|---|---|---|---|---|---|
| Distance | OD | 20/ | −3⁰⁰ | Sph | . | | . | 20/ᴸ | 20/ | Distance _____ |
| | OS | 20/ | −3.25 | Sph. | | | | 20/ᵇᵇ | 20/ | Near _____ |
| Near | OD | 20/ | | | | | | 20/\ | | VERSIONS — Full |
| | OS | 20/ | | | | | | 20/ | | |

| SUBJECTIVE RETINOSCOPY CYCLO MANIFEST | | | VĒ | NPC c̄ ī Rx | PUPILS  Marcus Gunn Positive Negative |
|---|---|---|---|---|---|
| | OD | −2·00 −750 X 75 | 20/ | | |
| | OS | −2·25 −25 X 60 | 20/ | | |

| SUBJECTIVE REFRACTION CYCLO MANIFEST | | | VĒ | INTERNAL  C/D OD  3   OS  .3 |
|---|---|---|---|---|
| Distance | OD | −2·00 Sph. | 20/ | H −¹ |
| | OS | −2·25 Sph. | 20/2⁰ | A −¹ DISC Mg |
| Near | OD | +2·25 | 20/ | RR −  MEDIA clear  RETINA − NPS |
| | OS | | 20/ | |

ADDITIONAL TESTING  1×0/0ℓℓℓ .

EXTERNAL/SLITLAMP
P−
CONJ− clear
CORNEA − clear
IRIS −
LIDS −

ASSESSMENT

S M OU
PRESBY

50/22/6

PLAN

| NEW Rx | SPH | CYL | AXIS | PRISM | BASE | PD D/N |
|---|---|---|---|---|---|---|
| OD | −2·00 | Sph. | | | | 04 |
| OS | −2.25 | Sph. | | | | |
| OD | | | | | | |
| OS | | | | | | |

Rx ⇒

O. Garcia-Brenes, M.D., Clinical Director  5/1/00
FPC-Montgomery

DOCTOR'S SIGNATURE

DOCTOR'S STAMP

**J. CHERNAU, OD**
**FPC MONTGOMERY**

R. T. C.

AU FORM 1082. FEB 86  (//CHEFAU)    (H  P/SGHEN)