# COGGIN'S BOP HEALTH RECORDS

# PART B

MALE    51

| REASON FOR VISIT | | | III | HAVE YOU EVER WORN CONTACT LENSES | | | |
|---|---|---|---|---|---|---|---|
| | | | | | (check each item) | | |
| BLUR AT DISTANCE | | | | SOFT LENSES | | | |
| BLUR WHEN READING | | | | HARD LENSES | | | |
| DOUBLE VISION | | | | GAS PERMEABLE (SEMI-SOFT) | | | |
| HEADACHES | | | | I NO LONGER WEAR CONTACT LENSES (give reason) | | | |
| NO COMPLAINTS | | | | | | | |
| OTHER _Needs IOP's + Fundoscopy_ | | | | | | | |

| HAVE YOU EVER WORN GLASSES | | | IV | HAVE YOU EVER HAD ANY HEAD OR EYE INJURIES OR SURGERYS  if yes, please describe |
|---|---|---|---|---|
| DISTANCE | | | | |
| NEAR | | | | |
| NO LONGER WEAR GLASSES | | | | |
| LAST EYE EXAM | | | | |
| HOW OLD ARE YOUR CURRENT GLASSES | | | | |

| PERSONAL HX  Do you have or have you had | | | FAMILY MEDICAL HX  Has anyone in your immediate family had | | OFFICE USE ONLY  TONOMETRY |
|---|---|---|---|---|---|
| (check each item) | | | (check each item) | | |
| DIABETES | | | DIABETES | | 1:10 pm. |
| HYPERTENSION | | | HYPERTENSION | | NCT |
| OTHER | | | OTHER | | |

| OCULAR HX  Do you have or have you had | | | FAMILY OCULAR HX  Has anyone in your immediate family had | | |
|---|---|---|---|---|---|
| (check each item) | | | (check each item) | | |
| GLAUCOMA | | | GLAUCOMA | | |
| CATARACTS | | | CATARACTS | | COLOR VISION |
| "LAZY EYE" | | | BLINDNESS | | |
| CROSS OR WALL EYES | | | OTHER | | |
| OTHER | | | | | |
| | | | | | |
| | | | | | |

GENERAL COMMENTS

_Needs - IOP's + Fundoscopy c/f 7Hx HTN_

_DNKA 2/9/00_

_DNKA 3/1/00_

CERTIFICATION (use this space for registered imprint)

```
00237-001
C O R G I N
    JOHN
     558   04-03-1948
FPC MAXWELL, BLDG 1226
MAXWELL AFB, AL   36112
```

THIS SPACE INTENTIONALLY LEFT BLANK

| OBJECTIVE CURRENT R | | | VŠ | SPH | CYL | AXIS | PRIS M | BASE | VČ | PIN HOLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Distance | OD | 20' | | | | | | | 20' | 20' | |
| Distance | OS | 20' | | | | | | | 20' | 20' | |
| Near | OD | 20' | | | | | | | 20' | | |
| Near | OS | 20' | | | | | | | 20' | | |

COVER TEST ℓ š R

Distance_____

Near_____

VERSIONS - _full_

NPC ℓ š R

PUPILS Marcus Gunn Positive Negative

| RETINOSCOPY | | | |
|---|---|---|---|
| | OD | | 20/ |
| | OS | | 20/ |

| SUBJECTIVE | | | |
|---|---|---|---|
| Distance | OD | | 20/ |
| Distance | OS | | 20/ |
| Near | OD | | 20/ |
| Near | OS | | 20/ |

INTERNAL C/D OD - 3  OS - 3

H- 1    A- 1

DISC- _neg_    MR- _ou_

MEDIA- _clear_    RETINA- _clear_

ADDITIONAL TESTING

EXTERNAL/SLITLAMP

P- _pupil_

CORNEA- _clear_

LIDS- _ng_

CONJ- _clear_

IRIS- _neg_

ASSESSMENT

HOK

PLAN   RTC for Df + gl if needed

| NEW R | SPH | CYL | AXIS | PRISM | BASE | PD D/N |
|---|---|---|---|---|---|---|
| OD | | | | | | |
| OS | | | | | | |
| OD | | | | | | |
| OS | | | | | | |

3/4/0_

O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery

DOCTOR'S SIGNATURE

DOCTOR'S STAMP CHERNAU, OD
FPC MONTGOMERY

MON Form 1092 JUN 98

00086



CREDIT CARD ORD~RS b/
CUSTOMER SERVI_ CENT
3301 LEESTOWN ROAD
LEXINGTON
KY    40583-3640

INVOICE NUMBER
033706
05/06/00

PATIENT NAME
20237-001  LI2

CUST
2 Tray No.  9287    Date Processed  05/03/00

CUST NUMBER
9991

| | Sphere | Cylinder | Axis | Prism | | P.D. | N.P.D. |
|---|---|---|---|---|---|---|---|
| R. EYE | -2.00 | .00 | | | R. EYE | 64.0 | |
| L. EYE | -2.25 | .00 | | | L. EYE | 64.0 | |

R. EYE    6.25    Base Curve
L. EYE    6.25

**FRAME DATA**

| | Add | Width | Height |
|---|---|---|---|
| R. EYE | | | |
| L. EYE | | | |

Size 50.0  Depth 43.0  ED 50.0  DBL 22.0

SKU: 03202717435
Model 83-84    TMPL. Length: 150
83-84    SMOKE    50X22

EDGED UNCUT
[X]    LENS ONLY []    ENCLOSED []    TO COME []    SUPPLIED [X]

**Type**
INDUSTRIAL
Right = 75 Left = 75
FDA CODE SEC. 3, PA. 21 CFR

**LENS DATA**
POLY
SR~V

*STRIPPED*

(1) PLASTIC lab. cabinet lenses...
IN COMPLIANCE WITH
PRESCRIBED IN SEC. 64, 21 CFR IMPACT
RESISTANT LENSES ARE NOT UNBREAKABLE
OR SHATTERPROOF.

THESE LENSES ARE IMPACT RESISTANT AND

**DESCRIPTION**
RIGHT LENS
LEFT LENS
FRAME
SAFETY

R = VISION EAS
L = VISION EAS

| CHARGES | PRICE |
|---|---|
| RIGHT LENS | 10.50 |
| LEFT LENS | 10.50 |
| FRAME | 12.00 |
| SAFETY | 2.00 |

COMMENTS:
JB6696--L12--9287

Sub Total    35.00

TAX

FROM:

POSTMASTER
IF THIS PACKAGE IR

SHIP TO:

FPC MAXWELL
ATTN HEALTH SVC
MAXWELL AFB
MONTGOMERY

Freight

Total Due    35.00    05/03/00

00087

| | Arrival Date | Purchase Order | Job 676 |
|---|---|---|---|

| | | |
|---|---|---|
| UPC MONTGOMERY | | |

| City | State | Zip |
|---|---|---|
| MONTGOMERY | ALABAMA | 36112 |

| Contact Person | Telephone No. |
|---|---|
| MINA PALM | 334-293-2228 |

CTUO

| Lenses | 21 | Glass: | Only |
|---|---|---|---|
| Extra: | 2 | | Plastic: |
| Frame or MTG | 12 | Photogray: | Tint: |
| Misc. | | | Color: |
| Total Cost | 35 00 | | |

| Distance | Sphere | Cylinder | Axis | Prism | Direction | In DEC Out | Safety Glass |
|---|---|---|---|---|---|---|---|
| | | | | | | | Yes |
| | | | | | | | No |

| ADD | X | Segment Instructions | | | Pupillary Width | |
|---|---|---|---|---|---|---|
| | | Height | Width | Insert | Dist | Near |
| | R- X | X | R- | R- | | |
| | L- | | L- | L- | | |

| SEG STYLE | Glass | Round Seg | Executive | Trifocal and Type | Straight Top | Other |
|---|---|---|---|---|---|---|
| | Plastic X | | | | | |

| Frame or Shape | Safety Frame w/ Side Shields | Eye Size | Bridge Size | Temple Length/Style |
|---|---|---|---|---|
| | | | | 6 |

Special Instructions: _____ Lens Only _____ Frames Only

| Name of Ordering Official | Date |
|---|---|
| | 28 APR 2K |

(This Form may be replicated via WP)

00088

PAGE   AUDIOMETRIC EXAMINATION

MAXWELL

DATE: 11/22/99
TIME: 13:20:18

PATIENT:

CURRENT AUD
FREQ.      L/DB
1000 HZ     05
500 HZ      05        10
1000 HZ     05
2000 HZ     05        05
3000 HZ     10        25
4000 HZ     35        60
6000 HZ     20        25
8000 HZ     25        30
AVG 2.3.4   016.7   011.7

TEST ID:8102312211990633

ELAPSED TIME = 07:46

TEST TYPE = NOT BASELINE
TEST MODE = PULSED
M = MANUALLY TESTED FREQ

BASELINE AUDIOGRAM
FREQ.      L/DB    R/DB
1000 HZ     AA      AA
500 HZ      AA      AA
V1000 HZ    AA      AA
2000 HZ     AA      AA
3000 HZ     AA      AA
4000 HZ     AA      AA
6000 HZ     AA      AA
8000 HZ     AA      NSD
AVG 2.3.4   NSD     NSD

BASELINE DATE 09/22/95

THRESHOLD SHIFTS
FREQ.      L/DB    R/DB
1000 HZ     NSD     NSD
500 HZ      NSD     NSD
V1000 HZ    NSD     NSD
2000 HZ     NSD     NSD
3000 HZ     NSD     NSD
4000 HZ     NSD     NSD
6000 HZ     NSD     NSD
8000 HZ     NSD     NSD
AVG 2.3.4   NSD     NSD

STS LEFT  EAR = NSD
STS RIGHT EAR = NSD

TREMETRICS RA500
SERIAL NUMBER...10910633
SOFTWARE REV. 1.16A-9805
CALIBRATION: 11/09/99
CAL. ANSI 1969.89

PATIENT:
X Goss in

EXAMINER:
X Quewin, CmA

QUESTION ANSWERS

LAST NAME:

FIRST NAME:

**AUDIOGRAM**
(ANSI 1969 REFERENCE LEVELS)

HEARING LEVEL IN DECIBELS (db)

**SPEECH AUDIOMETRY**

| RESHOLD | ITEM | DISCRIMINATION SCORE (PB MAX) | | | | PURE TONE AVERAGES | | |
|---|---|---|---|---|---|---|---|---|
| 4 | | 1 | 2 | 3 | 4 | | TWO FREQ. | THREE FREQ. |
| | RIGHT EAR | | | | | EAR | | |
| | LIST MASKING LEVEL | | | | | | | |
| | LEFT EAR | | | | | RIGHT | | |
| | LIST MASKING LEVEL | | | | | LEFT | | |

DIA-BRENER, M.D.  14/1/99

| AUDIOMETER USED | | EXAMINER | |
|---|---|---|---|
| RA 500 | | Quewin, CmA | |
| REG. NUMBER | AGE | INSTITUTION | DATE |
| 20237-001 | | FPC MON | 11/22/99 |

BP-S618.060  **CLINICAL DEN** ⌐ **RECORD** CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**



| | |
|---|---|
| Examination: ☑ Screening  ☐ Comprehensive  ☐ Periodic | Occlusion CLASS I |
| | Oral Hygiene    Good    (Fair)    Poor |
| | CPITN  2 2 2 / 2 2 2 |
| | Head & Neck/Soft Tissue  W.N.L. |
| | Additional Findings #13-#20 cross-bite. Geo-tongue  D: 4  M: 3  F: 19 |

**Treatment Completed** | **Recommended Treatment Plan**

Recommended Treatment Plan:
- ☑ Radiographs  B.W.S.
- ☑ Dental Prophylaxis
- ☑ Oral Hygiene Instruction
- ☑ Periodontal Evaluation  0  I  (II)  III
- ☐ Oral Surgical Procedures
- ☐ Endodontic
- ☑ Restorative  5, 21, 22, 29.
- ☐ Prosthodontic Evaluation

Patient Name        Number        Sex: (M) F        Age: 51

2023⌐-001
COGGIN
JOHN
DOB 04-03-1948
FPC MAXWELL, BLDG 1226
MAXWELL AFB, AL    36112

Dentist Signature                Date 9-1-99

L. B. Lane, DMD
Chief Dental O'

00090

FEDERAL BUREAU OF PRISONS
DENTAL/MEDICAL HEALTH HISTORY FORM

1. Are you currently taking any medication?                                    (Yes)    No
   If so, what? _accupil_ - _Pin_ _promise_____

2. Are you allergic to or have you had a reaction to any medication or drug?     Yes    (No)
   If so, what? _____

3. Have you been under the care of a physician during the past two years?       (Yes)    No
   If so, why? _Regular_ _Physical_____

4. Have you been hospitalized in the past two years?                             Yes    (No)
   If so, why? _____

5. Do you have or have you ever had a heart murmur or been treated for a         Yes    (No)
   heart condition? _____

6. Do your ankles ever swell during the day?                                     Yes    (No)

7. Have you ever been treated for a tumor or growth?                             Yes    (No)

8. Have you ever had abnormal bleeding?                                          Yes    (No)

9. Have you ever had serious difficulty with any dental treatment?               Yes    (No)


Circle any of the following that you have had:

Congenital heart defects          Heart Murmur              Angina
Heart attack or heart problem     Stroke                    Rheumatic Fever
Asthma                            Anemia (blood problems)   Thyroid problems
Venereal Disease (syphilis, gonorrhea)  Chronic bronchitis  Arthritis
Artificial heart valve            (High Blood Pressure) _Sal 6_  Hepatitis
Heart pacemaker                   Epilepsy or seizures      Diabetes
AIDS or HIV infection             Tuberculosis (TB)         Emphysema
Psychiatric treatment             Artificial joints

                                              _R∓_   L. B. Lane, DMD
                                              _9-1-99_  Chief Dental Officer

Do you have any disease, condition, or problem not listed?
_allergies_

NAME: _JOHN_ _CUGGEM_____    REG. NO. _20237-001_

INSTITUTION: _FPC MONTGOMERY_____    DATE: _9/1/99_

                                                                    00091

Name  Coggin  John  C  Age 53
 Last  First  Middle

Address _____ Race W/m

**09/06/0:**
1)  I did a comprehensive evaluation for upper GI bleeding and peptic ulcer disease.  He is room 458 at Baptist South. **COGGIN, JOHN**
    Dr. Penn White is the consulting physician and also Dr. Ivan Maya.  AVKj/mpf
2)  I did an exploratory lap with over-sewing of a bleeding duodenal ulcer which was a gastroduodenal artery and repair
    of a contained perforation using a primary closure and omental patch.  ASST: Stroud.  AVKj/mpf

Nc South  ADM 913 DSCHG 9/17
        ADM DR GMS, Maya

**10/09/01**    **COGGIN, JOHN**  Mr. Coggin came back today following exploratory laparotomy with a duodenotomy and
over-sewing of a bleeding gastroduodenal artery.  He is doing well postoperatively.  I did put him on some Clarithromycin t.i.d.
for two weeks, and I think this probably originated from the high doses of Motrin he was taking.  He looks good today and is
going to let me know if there is a problem.  AVKj/mpf          07-297

20237 - 001

10/23/01
O. Garcia-Brunei, M.D., Clinical Director
FPC-Montgomery

09/12/01 14:28:38    BMC Medi    Record:->                                              Page 001

**BAPTIST MEDICAL CENTER**
**2105 East South Boulevard**
**Montgomery, Alabama 36111**
**Telephone 334/288-2100**

PATIENT: COGGIN, JOHN C                          ROOM #: 629
MR #: 000494020                                  PATIENT #: 0124500179
SURGERY DATE: 09/06/2001                         ADM DT #: 09/03/2001
SURGEON: ALEXANDER V. KREHER, M.D.~
ATTENDING PHYSICIAN: MAYA GMS,

PREOPERATIVE DIAGNOSIS:    UPPER GI HEMORRHAGE SECONDARY TO POSTERIOR PENETRATING
                          DUODENAL ULCER

POSTOPERATIVE DIAGNOSIS:   SAME WITH CONTAINED PERFORATION

OPERATION:                 EXPLORATORY LAPAROTOMY WITH OVERSEWING OF BLEEDING GASTRIC
                          DUODENAL ARTERY; REPAIR OF CONTAINED PERFORATION WITH PRIMARY
                          CLOSURE AND OMENTAL PATCHING

ANESTHESIA:                GENERAL

INDICATIONS: Mr. Coggin had presented with severe upper GI hemorrhage with endoscopic evidence of a large
posterior bulbar ulcer and a large visible vessel. Operation was to try and ligate the vessel and control hemorrhage.

ASSISTANT:

PROCEDURE: The patient was taken to the Operating room where under a general anesthetic, his abdomen was
prepped and draped in the usual sterile fashion. A midline skin incision was made, carried down carefully through the
underlying fascia into the peritoneal cavity. On entering the peritoneal cavity, there was no gross contamination. The small
bowel obviously had some blood within it as did the colon due to some blue discoloration that was obvious through the
bowel wall. The stomach appeared normal as did the liver. The gallbladder, however, was chronically inflamed and as I
dissected in and around the area of the gallbladder, it became obvious that the patient had a contained perforation of the
duodenum. As I continued by dissection, I was able to see the visible vessel and the posterior penetrating duodenal ulcer
and in trying to grasp it, vigorous bleeding ensued. I was finally able to control the bleeding with my finger and
subsequently with the suction device while I did several figure-of-eight sutures in several different directions to completely
occlude the blood flow from the gastroduodenal artery. The posterior aspect of the duodenum was essentially gone.
Following hemostasis, I decided the best way to handle the closure would be with a primary closure and omental
patching. I used interrupted 3-0 silk suture taking four bites of first the duodenum and then the inflammatory rind which
was made up of the duodenal wall and the gallbladder. This was done with interrupted 3-0 silk suture. Following
completion of that, I fashioned the omental pedicle and brought that down over the closure tacking it down with 3-0 silk
suture. Following that, I took a large round Blake drain and placed that in and around the area of the perforation and
brought it out the lateral abdominal wall. I thoroughly irrigated the are and hemostasis appeared satisfactory. The fascia
was then closed in #2 Prolene beginning above and below and tying in the middle. The skin was closed with clips. Needle,
sponge, lap and instrument counts were correct. The patient tolerated the procedure satisfactorily.

                                          _____
                                          ALEXANDER V. KREHER, M.D.~

AVK/ / ts
D: 09/06/2001
T: 09/12/2001

                                          10/23/01
                                          G. Garcia-Rirenes, M.D., Clinical Director
                                          FPC-Montgom---

                    **OPERATIVE REPORT**                                        00093

09/06/01 15:16:04    BMC Medi    Records->    Page 001

 

**BAPTIST MEDICAL CENTER**
**2105 East South Boulevard**
**Montgomery, Alabama 36111**
**Telephone 334/288-2100**

**PATIENT: COGGIN, JOHN C**                    **ROOM #: 458**
**MR #: 000494020**                            **PATIENT #: 0124500179**
**DATE OF CONSULT: 09/06/2001**                **ADMIT DATE: 9/3/01**
**CONSULTING PHYSICIAN: ALEXANDER V. KREHER,  M.D.~**
**ATTENDING PHYSICIAN: MAYA GMS,**

___CONSULT        ___CONSULT AND FOLLOW PATIENT WITH ME        ___CONSULT AND ASSUME

Mr. Coggin is a 53-year-old white male admitted to the hospital for evaluation of upper GI bleeding. He initially came in with a hematocrit of 21 and was transfused. Had another bleed last night, dropped down again to 21 and was re-transfused. I reviewed the endoscopy with Dr. Penn White as he was doing it and the patient has a large posterior located duodenal ulcer with a visible vessel. This is a large pulsating vessel with a clot on it and I think he is at extremely high risk for rebleeding in the very near future.

PAST MEDICAL HISTORY: Significant for his having taken quite a bit of Ibuprofen on a daily basis in the recent past.

PHYSICAL EXAMINATION:  Right now, he is sedated from his endoscopy. His abdomen is soft without appreciable masses or tenderness.

Chest x-ray showed no acute pulmonary disease on 9/2/2001 .

ASSESSMENT AND PLAN:  THE PATIENT HAS A SIGNIFICANT DUODENAL ULCER WITH A LARGE VISIBLE VESSEL AND A CLOT ADHERENT TO IT.

Again, I think this is extremely high risk for bleeding. I plan to take the patient to the operating room for oversewing of the blood vessel. I am going to discuss all of this with the family in detail.

AVK//ah                        _____
D: 09/06/2001                  ALEXANDER V. KREHER,  M.D.~
T: 09/06/2001



10/23/01

O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery

**REPORT OF CONSULTATION**

00094

From:BMC SOUTH MEDICALF   RDS     13342862626          10/   2001 08:04 #466 P.002/029

BAPTIST MEDICAL CENTER
COGGIN, JOHN
0124500179

ATTENDING PHYSICIAN: Dr. Maya

CHIEF COMPLAINT: Abdominal pain and vomiting.

HISTORY OF PRESENT ILLNESS: This is a 53 year old white male with a past
medical history significant for hypertension, kidney stones and gallbladder
polyps.  Complaining of right upper quadrant abdominal pain and vomiting x1
month.  The patient states that the pain is cramping, in nature, as well as
sharp to dull and that the pain is intermittent.  He states that there is
blood in his vomitus and that his stools have become black recently.  Mr.
Coggin also tells me that he takes a lot of Ibuprofen on a daily basis.  The
patient's wife states that he has lost 15 pounds in the past month and that
he has had a decreased appetite and that last night he fainted.  The patient
was seen approximately four days ago by a surgeon in Jacksonville who said he
needed gallbladder surgery.

PAST MEDICAL HISTORY:  As above.

SOCIAL HISTORY:  Mr. Coggin is a prisoner from Maxwell, no alcohol, no
tobacco, no drugs.

FAMILY HISTORY: Positive for gallstones.

ALLERGIES:  No known drug allergies

MEDICATIONS:
1. Motrin

PHYSICAL EXAMINATION:
VITAL SIGNS: Temperature is 99.6, pulse is 110, respirations 18, blood
pressure is 99/61.  Setting I 99% on room air.  Blood pressure lying down is
100/48, with pulse of 118.  Sitting blood pressure is 93/37.  Pulse is 114.
The patient is unable to stand to measure blood pressure.
GENERAL:  This is a pale, slightly lethargic in no acute distress.
CARDIOVASCULAR: tachycardic, no gallops, rubs, or murmurs.
LUNGS:  Clear to auscultation bilaterally.
ABDOMEN: Soft. Non-tender.  Non-distended with hypoactive bowel sounds.
EXTREMITIES:  No clubbing, cyanosis or edema.

LABS:  UA was negative.  WBC's 17.6, H&H 6.8 and 19.9.  Platelets 425,000.
Amylase is 27, lipase 121.  Sodium 135, potassium 3.5, chloride 101.  CO2 was
31, BUN 44, creatinine 1.1, glucose 139.  Calcium 8.0.  Total protein is 5.5,
albumin 2.5, bilirubin is 0.2, alkaline phosphatase 77, SGOT 17, SGPT 30.
Acute abdominal series shows no free air.

ASSESSMENT AND PLAN:
1. Abdominal pain.  This patient likely has an Upper GI bleed secondary to
NSAID use.  We will continue to give the patient fluids and will give him two
units of packed RBC's followed by dose of Lasix and a 3rd unit of packed
RBC's.  At that time we will check hemoglobin and hematocrit.  We will
continue to check H&H Q2H and will give the patient IV proton pump
inhibitors.  In the morning we will consult GI.
2. Increase in WBC's.  We will monitor the patient for perforation  although
there was no free air on his acute abdominal series.  Most likely the
increase in WBC's is due to stress.

10/8/01
O. García-Brenes, M.D., Clinical Director
FPC-Montgomery

From:BMC SOUTH MEDICAL  RDS     13342862626        1C   '2001 08:04 #466 P.003/029

3. Orthostatic hypotension. This is due to his anemia from his GI bleed.

CHARLES REID,  M.D.

CDR/ / PP
D:  09/03/2001
T:  09/03/2001

O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery  10/8/01

From:BMC SOUTH MEDICAL RDS    13342862626    1C '2001 08:04 #466 P.004/029

BAPTIST MEDICAL CENTER
COGGIN, JOHN C
0124500179

Mr. Coggin is a 53-year-old male, admitted via the emergency room from the
Maxwell Prison camp with upper GI bleeding. The patient has been in
relatively good health, was recently found to have symptomatic gallstones,
and was scheduled to have his gallbladder out next week. He has been taking
large amount of Motrin for the pain. He apparently developed some tary
stools and some hematemesis, and was brought to the emergency room, where his
H&H was found to be quite low. He denies any previous history of peptic
ulcer disease, upper GI bleeding. He denies any gastroesophageal reflux
disease symptoms, dysphagia, odynophagia. He has occasional constipation,
but no regular bowel problems.

PAST MEDICAL HISTORY: Remarkable for no allergies.

CURRENT MEDICATIONS: Antihypertensive medications, Motrin

PAST MEDICAL HISTORY: Hypertension and gallstones    PAST SURGICAL HISTORY:
None

FAMILY HISTORY: Noncontributory

SOCIAL HISTORY: The patient is married, is a resident at the Maxwell Prison
Camp

REVIEW OF SYSTEMS: Completely negative, except for the abdominal pain
associated with his presumed gallstone symptomatology.

PHYSICAL EXAM: Blood pressure 104/49; pulse 95; respirations 22; temperature
99.4. The patient is a pleasant, healthy appearing, middle age male, who was
alert and oriented, but quite pale.
HEENT: No icterus, pale conjunctivae. The NG tube was in place.
NECK: Supple without jugular venous distention.
LUNGS: Clear.
HEART: Regular rate and rhythm without murmurs.
ABDOMEN: Soft, without tenderness, masses or hepatosplenomegaly.
EXTREMITIES: No clubbing, cyanosis, or edema.

LAB STUDIES: Amylase normal. His chem 7 is unremarkable, except for
elevated BUN of 38. His most recent H&H was hemoglobin of 6.8, hematocrit of
19.9.

IMPRESSION:
1. Upper GI bleeding, severe, presumably secondary to peptic ulcer disease,
secondary to the Motrin.
2. History of hypertension
3. History of symptomatic gallstones

PLAN: We will proceed with emergent EGD and will need to have transfusions
up to an H&H of 10 and 30. We will give further recommendations pending the
results of his EGD.

JCH/ / ld              JOHN C. HENDRIX III,   M.D.~
D:  09/03/2001
T:  09/04/2001

10/8/01
O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery

00097

From:BMC SOUTH MEDICAL    )RDS    13342862626    1C  '2001 08:04 #466 P.005/029

BAPTIST MEDICAL CENTER
COGGIN, JOHN C
0124500179

Mr. Coggin is a 53 year old white male admitted to the hospital with an upper
GI hemorrhage. Upper GI endoscopy by Dr. Penn White today and witnessed by
me demonstrated a very large posterior duodenal ulcer with a large visible
vessel, obviously the gastroduodenal artery, with a hole in the artery
occluded with clot. I felt the chances of re-bleeding were exceedingly high
and recommended emergent surgery to correct the problem.

PAST MEDICAL HISTORY: Significant for no history of prior peptic ulcer
disease. He had been taking ibuprofen for supposed gallbladder pain but,
again, had never had peptic ulcer disease or previous surgeries.

PHYSICAL EXAMINATION: On examination, I saw him in endoscopy and he was
sedated but his abdomen was soft and nontender.

I had a long discussion with the patient and his wife and recommended
surgical intervention as described above.


AVK/ / dp          ALEXANDER V. KREHER,    M.D.-
D:  09/06/2001
T:  09/06/2001

00098

BAPTIST MEDICAL CENTER
COGGIN, JOHN C
0124500179

Mr. Coggin is a 53-year-old white male admitted to the hospital for evaluation of upper GI bleeding. He initially came in with a hematocrit of 21 and was transfused. Had another bleed last night, dropped down again to 21 and was re-transfused. I reviewed the endoscopy with Dr. Penn White as he was doing it and the patient has a large posterior located duodenal ulcer with a visible vessel. This is a large pulsating vessel with a clot on it and I think he is at extremely high risk for rebleeding in the very near future.

PAST MEDICAL HISTORY: Significant for his having taken quite a bit of Ibuprofen on a daily basis in the recent past.

PHYSICAL EXAMINATION: Right now, he is sedated from his endoscopy. His abdomen is soft without appreciable masses or tenderness.

Chest x-ray showed no acute pulmonary disease on 9/2/2001 .

ASSESSMENT AND PLAN:    THE PATIENT HAS A SIGNIFICANT DUODENAL ULCER WITH A LARGE VISIBLE VESSEL AND A CLOT ADHERENT TO IT.

Again, I think this is extremely high risk for bleeding. I plan to take the patient to the operating room for oversewing of the blood vessel. I am going to discuss all of this with the family in detail.


AVK/ / ah        ALEXANDER V. KREHER,    M.D.~
D:  09/06/2001
T:  09/06/2001

From:BMC SOUTH MEDICAL    RDS    13342862626    1C    '2001 08:05 #466 P.007/029

BAPTIST MEDICAL CENTER
COGGIN, JOHN C
0124500179

PREOPERATIVE DIAGNOSIS:    UPPER GASTROINTESTINAL BLEED

POSTOPERATIVE DIAGNOSIS:    SEE FINAL IMPRESSION

OPERATION:  ESOPHAGOGASTRODUODENOSCOPY

INSTRUMENT: OLYMPUS EVIS PANENDOSCOPE

ANESTHESIA:    DEMEROL 50 MG, VERSED 6 MG IV

ASSISTANT:

PROCEDURE: After satisfactory sedation, the Olympus EVIS 100 panendoscope
was inserted into the esophagus without difficulty.  Examination of the
esophagus revealed scattered NG suction marks in the esophagus.  Examination
of the stomach reveals a small hiatal hernia.  The stomach was otherwise
unremarkable.  Examination of the duodenum reveals large fresh clot
presumably covering an ulcer at the base of the bulb.  There was no active
bleeding. The second portion of the duodenum was normal.

IMPRESSION:
1. PRESUMED DUODENAL ULCER AS DESCRIBED
2. NO ACTIVE BLEEDING


JOHN C. HENDRIX III, M.D.~
JCH/ / ah
D:  09/03/2001
T:  09/07/2001


cc: IVAN MAYA, M.D.~

00100

From:BMC SOUTH MEDICAL  RDS    13342862626    10.  '2001 08:05 #466 P.008/029

BAPTIST MEDICAL CENTER
COGGIN, JOHN C
0124500179

PREOPERATIVE DIAGNOSIS:    UPPER GI HEMORRHAGE

POSTOPERATIVE DIAGNOSIS:    HIATAL HERNIA WITH EVIDENCE OF MILD ESOPHAGITIS
    LARGE DUODENAL ULCER WITH MASS OF VISIBLE VESSEL WITH CLOT

OPERATION:  EGD

ANESTHESIA:                    VERSED 4 MG, DEMEROL 62.5 MG

PROCEDURE:  After the patient was adequately sedated, the instrument was
placed within the posterior pharynx and under direct visualization passed
into the proximal esophagus. The esophageal mucosa and vascular pattern
revealed a small hiatal hernia with evidence of esophagitis. The instrument
passed easily beyond this into the stomach where under anterior and retroflex
view, the antrum, body, fundus and cardia appeared normal. The instrument
passed through into the duodenum where the entire duodenal bulb was
encompassed of the mass of the duodenal ulcer with a large visible vessel
that looked like a finger projection with a clot on the end. There was no
active bleeding at that time. The instrument was then removed.

RECOMMENDATIONS:  Operative therapy.

_____
    W. PENN WHITE III, M.D.~
WPW/ / ts
D:  09/06/2001
T:  09/12/2001


CC: ALEXANDER V. KREHER, M.D.~
    IVAN MAYA, M.D.~

_10/8/01_
O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery

BAPTIST MEDICAL CENTER
COGGIN, JOHN C
0124500179

**PREOPERATIVE DIAGNOSIS:    UPPER GI HEMORRHAGE SECONDARY TO POSTERIOR
PENETRATING DUODENAL ULCER**

**POSTOPERATIVE DIAGNOSIS:    SAME WITH CONTAINED PERFORATION**

**OPERATION:  EXPLORATORY LAPAROTOMY WITH OVERSEWING OF BLEEDING GASTRIC
DUODENAL ARTERY; REPAIR OF CONTAINED PERFORATION WITH PRIMARY CLOSURE AND
OMENTAL PATCHING**

**ANESTHESIA:    GENERAL**

**INDICATIONS:** Mr. Coggin had presented with severe upper GI hemorrhage with
endoscopic evidence of a large
posterior bulbar ulcer and a large visible vessel. Operation was to try and
ligate the vessel and control hemorrhage.

**ASSISTANT:**

**PROCEDURE:**  The patient was taken to the Operating room where under a general
anesthetic, his abdomen was prepped and draped in the usual sterile fashion.
A midline skin incision was made, carried down carefully through the
underlying fascia into the peritoneal cavity. On entering the peritoneal
cavity, there was no gross contamination. The small bowel obviously had some
blood within it as did the colon due to some blue discoloration that was
obvious through the bowel wall. The stomach appeared normal as did the liver.
The gallbladder, however, was chronically inflamed and as I dissected in and
around the area of the gallbladder, it became obvious that the patient had a
contained perforation of the duodenum. As I continued by dissection, I was
able to see the visible vessel and the posterior penetrating duodenal ulcer
and in trying to grasp it, vigorous bleeding ensued. I was finally able to
control the bleeding with my finger and subsequently with the suction device
while I did several figure-of-eight sutures in several different directions
to completely occlude the blood flow from the gastroduodenal artery. The
posterior aspect of the duodenum was essentially gone. Following hemostasis,
I decided the best way to handle the closure would be with  a primary closure
and omental patching. I used interrupted 3-0 silk suture taking four bites of
first the duodenum and then the inflammatory rind which was made up of the
duodenal wall and the gallbladder. This was done with interrupted 3-0 silk
suture. Following completion of that, I fashioned the omental pedicle and
brought that down over the closure tacking it down with 3-0 silk suture.
Following that, I took a large round Blake drain and placed that in and
around the area of the perforation and brought it out the lateral abdominal
wall. I thoroughly irrigated the are and hemostasis appeared satisfactory.
The fascia was then closed in #2 Prolene beginning above and below and tying
in the middle. The skin was closed with clips. Needle, sponge, lap and
instrument counts were correct. The patient tolerated the procedure
satisfactorily.


_____
ALEXANDER V. KREHER, M.D.~
AVK/ / ts
D:  09/06/2001
T:  09/12/2001

10/8/01
O. Garcia-Dienas, M.D., Clinical Director
FPC-Montgomery

From:BMC SOUTH MEDICAL RDS      13342862626         1C   '2001 08:06 #466 P.010/029

Baptist Medical Center South
2105 E. South Blvd. Montgomery, AL 36116
Tue Sep 18, 2001 01:46 am
Discharge Cumulative Trend Report from 09/02/01 0000 to 09/17/01 0440

Patient Name:      COGGIN,III,JOHN C              All Sections-Page 1
Med Rec #:         000494020                       Adm: 09/03/01
Dis Date           09/17/01
Phys-Service:      GMS,MAYA - MEDICINE
Acct #:            B0124500179
***************************************************************************

HEMATOLOGY PROFILE                    Last Tech: B17044

| Date: | 09/17 | 09/16 | 09/15 | 09/15 | 09/14 | Normal Range |
|---|---|---|---|---|---|---|
| Time: | 0440 | 0100 | 1737 | 0543 | 0530 | |
| New Work: | * | | | | | |
| WBC | 9.6 | | | 8.7 | 9.6 | 4.0-10.0 (thou/cm |
| RBC | 3.39 L | | | 3.38 L | 3.38 L | 4.2-5.9 (mill/cu |
| Hgb | 10.1 L | 10.1 L | 10.8 L | 9.6 L | 10.1 L | 13.0-17.5 (gm/dl) |
| Hct | 29.2 L | 29.0 L | 31.5 L | 28.8 L | 28.6 L | 39-51 (%) |
| MCV | 86 | | | 85 | 85 | 80-100 (fl) |
| MCH | 30 | | | 29 | 30 | 26-34 (pg) |
| MCHC | 34 | | | 33 | 35 | 31-35 (%) |
| Plt ct | 677 H | | | 696 H | 630 H | 150-440 (thou/cm |
| DIFF | | | | | | |
| Neutrophils | 54 | | | 62 | 64 | 45-90 (%) |
| Lymphs | 33 | | | 23 | 18 L | 20-53 (%) |
| Monos | 9 | | | 10 | 11 | 2-12 (%) |
| Eos | 4 | | | 4 | 7 | 0-8 (%) |
| Basos | 1 | | | 0 | 0 | 0-2 (%) |

HEMATOLOGY PROFILE                    Last Tech: B17044

| Date: | 09/13 | 09/13 | 09/12 | 09/11 | 09/10 | Normal Range |
|---|---|---|---|---|---|---|
| Time: | 1048 | 0415 | 0455 | 0835 | 0350 | |
| New Work: | | | | | | |
| WBC | | 10.2 H | 9.3 | 15.6 H | 12.5 H | 4.0-10.0 (thou/cm |
| RBC | | 3.69 L | 3.27 L | 3.33 L | 3.31 L | 4.2-5.9 (mill/cu |
| Hgb | 10.4 L | 11.0 L | 9.8 L | 9.9 L | 10.1 L | 13.0-17.5 (gm/dl) |
| Hct | 30.9 L | 31.6 L | 28.0 L | 28.6 L | 28.4 L | 39-51 (%) |
| MCV | | 86 | 86 | 86 | 86 | 80-100 (fl) |
| MCH | | 30 | 30 | 30 | 30 | 26-34 (pg) |
| MCHC | | 35 | 35 | 35 | 36 H | 31-35 (%) |
| Plt ct | | 667 H | 488 H | 475 H | 383 | 150-440 (thou/cm |
| DIFF | | | | | | |
| Neutrophils | | 65 | 77 | 84 | 80 | 45-90 (%) |
| Lymphs | | 21 | 10 L | 7 L | 8 L | 20-53 (%) |
| Monos | | 9 | 9 | 7 | 9 | 2-12 (%) |
| Eos | | 6 | 5 | 2 | 3 | 0-8 (%) |
| Basos | | 0 | 0 | 0 | 0 | 0-2 (%) |

Continued next page

COGGIN,III,JOHN C
000494020
I/P 09/17/01
(M-04/03/48)
Dr. GMS,MAYA

** DO NOT DISCARD **
Discharge Cumulative Trend Report

Ossorio-Brenes, M.D., Clinical Director CPC-Montgomery   18/8/01

00103

From:BMC SOUTH MEDIC...   ?DS    13342862626    10/? ?001 08:06 #466 P.011/029

```
                     Baptist Medical Center South
                2105 E. South Blvd. Montgomery, AL 36116
                      Tue Sep 18, 2001 01:46 am
        Discharge Cumulative Trend Report from 09/02/01 0000 to 09/17/01 0440
```

```
Patient Name:      COGGIN,III,JOHN C            All Sections-Page 2
Med Rec #:         000494020                     Adm: 09/03/01
Dis Date           09/17/01
Phys-Service:      GMS,MAYA - MEDICINE
Acct #:            B0124500179
```
**********************************************************************

---

|  | HEMATOLOGY PROFILE (Cont) |  |  |  |  | Last Tech: B17044 |
|---|---|---|---|---|---|---|
| Date: | 09/09 | 09/09 | 09/08 | 09/08 | 09/08 | |
| Time: | 1158 | 0630 | 2335 | 1752 | 1231 | Normal Range |
| New Work: | | | | | | |
| Hgb | 9.6 L | 10.1 L | 9.8 L | 9.6 L | 9.8 L | 13.0-17.5 (gm/dl) |
| Hct | 28.1 L | 28.6 L | 28.2 L | 27.3 L | 28.0 L | 39-51 (%) |

---

|  | HEMATOLOGY PROFILE |  |  |  |  | Last Tech: B17044 |
|---|---|---|---|---|---|---|
| Date: | 09/08 | 09/07 | 09/07 | 09/07 | 09/06 | |
| Time: | 0500 | 1946 | 1742 | 0340 | 2055 | Normal Range |
| New Work: | | | | | | |
| WBC | 16.8 H | | | 18.6 H | | 4.0-10.0 (thou/cm |
| RBC | 3.36 L | | | 3.54 L | | 4.2-5.9 (mill/cu |
| Hgb | 10.0 L | 10.2 L | 10.0 L | 10.6 L | | 13.0-17.5 (gm/dl) |
| Hct | 29.0 L | 30.9 L | 29.8 L | 30.2 L | 35.6 L | 39-51 (%) |
| MCV | 86 | | | 85 | | 80-100 (fl) |
| MCH | 30 | | | 30 | | 26-34 (pg) |
| MCHC | 35 | | | 35 | | 31-35 (%) |
| Plt ct | 230 | | | 173 | | 150-440 (thou/cm |
| DIFF | | | | | | |
| Neutrophils | 83 | | | 80 | | 45-90 (%) |
| Lymphs | 9 L | | | 13 L | | 20-53 (%) |
| Monos | 6 | | | 6 | | 2-12 (%) |
| Eos | 2 | | | 1 | | 0-8 (%) |
| Basos | 0 | | | 0 | | 0-2 (%) |
| Comment | | | | | Redrawn^ | |

---

|  | HEMATOLOGY PROFILE |  |  |  |  | Last Tech: B17044 |
|---|---|---|---|---|---|---|
| Date: | 09/06 | 09/06 | 09/06 | 09/06 | 09/06 | |
| Time: | 1828 | 1818 | 1248 | 0900 | 0859 | Normal Range |
| New Work: | | | | | | |
| WBC | 12.0 H | | | | 17.5 H | 4.0-10.0 (thou/cm |
| RBC | 2.22 L | | | | 2.47 L | 4.2-5.9 (mill/cu |
| Hgb | 6.4 L | 6.9 L | 7.2 L | | 7.9 L | 13.0-17.5 (gm/dl) |
| Hct | 19.0 L | 20.0 L | 20.2 L | | 21.9 L | 39-51 (%) |

Continued next page

```
                                  COGGIN,III,JOHN C
                                  000494020
                                  I/P 09/17/01
** DO NOT DISCARD **              (M-04/03/48)
Discharge Cumulative Trend Report Dr. GMS,MAYA
```

Corus-Brenes, M.D. Clinical Director
FPC-Montgomery

From:BMC SOUTH MEDICAL ` RDS      13342862626          1C   '2001 08:06 #466 P.012/029

Baptist Medical Center South
2105 E. South Blvd. Montgomery, AL 36116
Tue Sep 18, 2001 01:46 am
Discharge Cumulative Trend Report from 09/02/01 0000 to 09/17/01 0440

```
Patient Name:      COGGIN,III,JOHN C              All Sections-Page 3
Med Rec #:         000494020                       Adm: 09/03/01
Dis Date           09/17/01
Phys-Service:      GMS,MAYA - MEDICINE
Acct #:            B0124500179
```
****************************************************************************

---

**HEMATOLOGY PROFILE (Cont)**                          Last Tech: B17044

| Date:<br>Time:<br>New Work: | 09/06<br>1828 | 09/06<br>1818 | 09/06<br>1248 | 09/06<br>0900 | 09/06<br>0859 | Normal Range |
|---|---|---|---|---|---|---|
| MCV | 86 | | | | 88 | 80-100 (fl) |
| MCH | 29 | | | | 32 | 26-34 (pg) |
| MCHC | 34 | | | | 36 H | 31-35 (%) |
| Plt ct | 130 L | | | | 288 | 150-440 (thou/cm |
| DIFF | | | | | | |
| Neutrophils | | | | | 80 | 45-90 (%) |
| Segs | 88 H | | | 67 | | 45-75 (%) |
| Bands | 2 | | | 11 | | (%) |
| Lymphs | 7 L | | | 11 L | 14 L | 20-53 (%) |
| Monos | 2 | | | 6 | 6 | 2-12 (%) |
| Eos | 1 | | | | 0 | 0-8 (%) |
| Basos | | | | | 0 | 0-2 (%) |
| Myelos | | | | 5 H | | 0 (%) |
| Poik | | | | Sl Burr^ | | |
| Microcyt | Sl | | | | | |
| Poly | | | | Sl | | |
| Hypo | Mod | | | Mod | | |
| Plt Est | Dec | | | Adeq | | adeq |

---

**HEMATOLOGY PROFILE**                                 Last Tech: B17044

| Date:<br>Time:<br>New Work: | 09/05<br>2205 | 09/05<br>2019 | 09/05<br>1744 | 09/05<br>1227 | 09/05<br>0609 | Normal Range |
|---|---|---|---|---|---|---|
| WBC | | | | | 10.6 H | 4.0-10.0 (thou/cm |
| RBC | | | | | 3.04 L | 4.2-5.9 (mill/cu |
| Hgb | 7.5 L | 7.2 L | 9.7 L | 9.7 L | 9.1 L | 13.0-17.5 (gm/dl) |
| Hct | 21.2 L | 20.6 L | 27.5 L | 27.7 L | 26.1 L | 39-51 (%) |
| MCV | | | | | 86 | 80-100 (fl) |
| MCH | | | | | 30 | 26-34 (pg) |
| MCHC | | | | | 35 | 31-35 (%) |
| Plt ct | | | | | 292 | 150-440 (thou/cm |
| DIFF | | | | | | |
| Neutrophils | | | | | 63 | 45-90 (%) |

Continued next page

```
                         COGGIN,III,JOHN C
                         000494020
                         I/P 09/17/01
** DO NOT DISCARD **     (M-04/03/48)
Discharge Cumulative Trend Report    Dr. GMS,MAYA
```

O. Garcia-Pfenes, M.D. Clinical Director  10/8/01
FPC-Montgomery

From:BMC SOUTH MEDICAL RDS        13342862626        1C  '2001 08:06 #466 P.013/029

Baptist Medical Center South
2105 E. South Blvd. Montgomery, AL 36116
Tue Sep 18, 2001 01:46 am
Discharge Cumulative Trend Report from 09/02/01 0000 to 09/17/01 0440

Patient Name:      COGGIN,III,JOHN C              All Sections-Page 4
Med Rec #:         000494020                      Adm: 09/03/01
Dis Date           09/17/01
Phys-Service:      GMS,MAYA - MEDICINE
Acct #:            B0124500179
**************************************************************************

----------------------------------------------------------------------
                    HEMATOLOGY PROFILE (Cont)            Last Tech: B17044

| Date: | 09/05 | 09/05 | 09/05 | 09/05 | 09/05 | Normal Range | |
| Time: | 2205 | 2019 | 1744 | 1227 | 0609 | | |
| New Work: | | | | | | | |
|---|---|---|---|---|---|---|---|
| Lymphs | | | | | 26 | 20-53 | (%) |
| Monos | | | | | 7 | 2-12 | (%) |
| Eos | | | | | 4 | 0-8 | (%) |
| Basos | | | | | 1 | 0-2 | (%) |

----------------------------------------------------------------------
                    HEMATOLOGY PROFILE                   Last Tech: B17044

| Date: | 09/04 | 09/04 | 09/04 | 09/04 | 09/03 | Normal Range | |
| Time: | 2350 | 1809 | 1132 | 0634 | 2109 | | |
| New Work: | | | | | | | |
|---|---|---|---|---|---|---|---|
| WBC | | | | 11.6 H | | 4.0-10.0 | (thou/cm |
| RBC | | | | 3.01 L | | 4.2-5.9 | (mill/cu |
| Hgb | 9.2 L | 10.2 L | 10.0 L | 8.9 L | 9.6 L | 13.0-17.5 | (gm/dl) |
| Hct | 26.4 L | 29.2 L | 28.2 L | 25.6 L | 27.6 L | 39-51 | (%) |
| MCV | | | | 85 | | 80-100 | (fl) |
| MCH | | | | 30 | | 26-34 | (pg) |
| MCHC | | | | 35 | | 31-35 | (%) |
| Plt ct | | | | 193 | | 150-440 | (thou/cm |
| DIFF | | | | | | | |
| Neutrophils | | | | 66 | | 45-90 | (%) |
| Lymphs | | | | 25 | | 20-53 | (%) |
| Monos | | | | 7 | | 2-12 | (%) |
| Eos | | | | 2 | | 0-8 | (%) |
| Basos | | | | 0 | | 0-2 | (%) |

----------------------------------------------------------------------
                    HEMATOLOGY PROFILE                   Last Tech: B17044

| Date: | 09/03 | 09/03 | 09/03 | 09/03 | 09/02 | Normal Range | |
| Time: | 1525 | 0754 | 0705 | 0425 | 2234 | | |
| New Work: | | | | | PREV RPT | | |
|---|---|---|---|---|---|---|---|
| WBC | | | | 15.8 H | 17.6 H | 4.0-10.0 | (thou/cm |
| RBC | | | | 2.46 L | 2.37 L | 4.2-5.9 | (mill/cu |
| Hgb | 9.6 L | 8.5 L | 8.5 L | 7.2 L | 6.8 L | 13.0-17.5 | (gm/dl) |

Continued next page
                              COGGIN,III,JOHN C
                              000494020
                              I/P 09/17/01
** DO NOT DISCARD **          (M-04/03/48)
Discharge Cumulative Trend Report    Dr. GMS,MAYA

                                              Garcia-Brenes, M.D., Clinical Director
                                              FPC-Montgomery    10/8/01

Baptist Medical Center South
2105 E. South Blvd. Montgomery, AL 36116
Tue Sep 18, 2001 01:46 am
Discharge Cumulative Trend Report from 09/02/01 0000 to 09/17/01 0440

```
Patient Name:       COGGIN,III,JOHN C              All Sections-Page 5
Med Rec #:          000494020                      Adm: 09/03/01
Dis Date            09/17/01
Phys-Service:       GMS,MAYA - MEDICINE
Acct #:             B0124500179
```
****************************************************************************

--------------------------------------------------------------------------

HEMATOLOGY PROFILE (Cont)              Last Tech: B17044

| Date: | 09/03 | 09/03 | 09/03 | 09/03 | 09/02 | Normal Range | |
|---|---|---|---|---|---|---|---|
| Time: | 1525 | 0754 | 0705 | 0425 | 2234 | | |
| New Work: | | | | | PREV RPT | | |
| Hct | 27.5 L | 23.5 L | 24.0 L | 21.0 L | 19.9 L | 39-51 | (%) |
| MCV | | | | 85 | 84 | 80-100 | (fl) |
| MCH | | | | 29 | 29 | 26-34 | (pg) |
| MCHC | | | | 35 | 34 | 31-35 | (%) |
| Plt ct | | | | 205 | 425 | 150-440 | (thou/cm |
| DIFF | | | | | | | |
| Neutrophils | | | | 89 | | 45-90 | (%) |
| Segs | | | | | 77 H | 45-75 | (%) |
| Bands | | | | | 3 | | (%) |
| Lymphs | | | | 8 L | 17 L | 20-53 | (%) |
| Monos | | | | 3 | 2 | 2-12 | (%) |
| Eos | | | | 0 | 0 | 0-8 | (%) |
| Basos | | | | 0 | 1 | 0-2 | (%) |
| Microcyt | | | | | Sl | | |
| Plt Est | | | | | Adeq | adeq | |

--------------------------------------------------------------------------


COAGULATION              Last Tech: B10714

| Date: | 09/09 | 09/08 | 09/07 | 09/06 | | Normal Range | |
|---|---|---|---|---|---|---|---|
| Time: | 1158 | 0739 | 0344 | 1828 | | | |
| New Work: | | | | | | | |
| Pro Time | 12.5 | 14.8 H | 13.0 | 15.0 H | | 11.1-13.2 | (sec) |
| PTT | 32 | 27 | 33 | 74 H | | 24-38 | (sec) |
| INR | 1.09 | 1.48 | 1.17 | 1.52 | | | |
| Comment | | | | Verified | | | |

--------------------------------------------------------------------------


** DO NOT DISCARD **
Discharge Cumulative Trend Report

COGGIN,III,JOHN C
000494020
I/P 09/17/01
(M-04/03/48)
Dr. GMS,MAYA

O. Garcia Arenas, M.D. Clinical Director
FPC-Montgomery
10/8/01

From:BMC SOUTH MEDICAL RDS        13342862626        10/ 2001 08:07 #466 P.015/029

Baptist Medical Center South
2105 E. South Blvd. Montgomery, AL 36116
Tue Sep 18, 2001 01:46 am
Discharge Cumulative Trend Report from 09/02/01 0000 to 09/17/01 0440

```
Patient Name:      COGGIN,III,JOHN C              Urinalysis Profiles-Page 6
Med Rec #:         000494020                      Adm: 09/03/01
Dis Date           09/17/01
Phys-Service:      GMS,MAYA - MEDICINE
Acct #:            B0124500179
```
****************************************************************************

|  | URINALYSIS |  |  |  |  | Last Tech: B17220 |
|---|---|---|---|---|---|---|
| Date: | 09/11 | 09/02 |  |  |  |  |
| Time: | 1723 | 2244 |  |  |  | Normal Range |
| New Work: |  | PREV RPT |  |  |  |  |
| Color | Yellow | Yellow |  |  |  |  |
| Appearance | Hazy | Clear |  |  |  |  |
| pH | 7.5 | 5.5 |  |  |  | 5.0-8.0 |
| Protein Urine | NEGATIVE | NEGATIVE |  |  |  | neg |
| Glucose | NEGATIVE | NEGATIVE |  |  |  | neg |
| Ketone | NEGATIVE | TRACE |  |  |  | neg |
| Blood, Occult | NEGATIVE | NEGATIVE |  |  |  | neg |
| Leukocyte | NEGATIVE | NEGATIVE |  |  |  | neg |
| Nitrite | NEGATIVE | NEGATIVE |  |  |  | neg |
| Spec Gravity | 1.015 | 1.023 |  |  |  | 1.002-1.030 |

10/8/01
O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery

```
COGGIN,III,JOHN C
000494020
I/P 09/17/01
(M-04/03/48)
Dr. GMS,MAYA
```

** DO NOT DISCARD **
Discharge Cumulative Trend Report

From:BMC SOUTH MEDICAL RDS          13342862626          10/   2001 08:07 #466 P.016/029

Baptist Medical Center South
2105 E. South Blvd. Montgomery, AL 36116
Tue Sep 18, 2001 01:46 am
Discharge Cumulative Trend Report from 09/02/01 0000 to 09/17/01 0440

Patient Name:      COGGIN,III,JOHN C                Blood Bank-Page 7
Med Rec #:         0C0494020                        Adm: 09/03/01
Dis Date           09/17/01
Phys-Service:      GMS,MAYA - MEDICINE
Acct #:            B0124500179
*******************************************************************************
In:  09/06/01 1919   ---------------------------            Spec: NONE
Out: 09/06/01 1922   | PLASMA,FRESH FROZEN X 2 |       Techs: VB030 T2228*
Coll Time: 09/06/01 1919 ---------------------------
Order Phys: GMS,MAYA                                  [B0124500179/3869416]

Result Name                    Result

No. of Units:                  2

-------------------------------------------------------------------------------

In:  09/06/01 1047   ---------------------------            Spec: Blood
Out: 09/06/01 1147   | TYPE & CROSSMATCH X 4 |Techs: VB10331 T5568*****,8600
Coll Time: 09/06/01 1047 ---------------------------
Order Phys: GMS,MAYA                                  [B0124500179/3868710]

Result Name                    Result

ABO/Rh:                        A POS
Antibody Screen:               NEG
No. of Units:                  5

-------------------------------------------------------------------------------

In:  09/06/01 1820   ---------------------------            Spec: Blood
Out: 09/06/01 1841   | TYPE & CROSSMATCH X 4 |       Techs: VB030 T2228*
Coll Time: 09/06/01 1047 ---------------------------
Order Phys: GMS,MAYA                                  [B0124500179/3869325]

Result Name                    Result

No. of Units:                  2

-------------------------------------------------------------------------------

O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery

COGGIN,III,JOHN C
000494020
I/P 09/17/01
(M-04/03/48)
Dr. GMS,MAYA

** DO NOT DISCARD **
Discharge Cumulative Trend Report

00109

From:BMC SOUTH MEDICAL RDS        13342862626        10/  2001 08:08 #465 P.001


**Baptist**
**HEALTH**

# FACSIMILE

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named below. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address above via United States Postal Service. Thank you.

To: Federal Prison Camp
      Anita

Company:

Fax: 293-2328

Date: 10/2/01

Total No.
of Pages:
(Including Cover)

Re: John Coggin

From: BMC -
       South

Company:

Tel: 286-2958

Fax:

**Baptist Health**
2055 East South Boulevard
PO Box 11010
Montgomery, AL 36111-0010

10/8/01
O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery

From:BMC SOUTH MEDICAL    RDS    13342862626    10/   2001 08:08 #465 P.002

BAPTIST MEDICAL CENTER
COGGIN, JOHN
0124500179

ATTENDING PHYSICIAN: Dr. Maya

CHIEF COMPLAINT: Abdominal pain and vomiting.

HISTORY OF PRESENT ILLNESS: This is a 53 year old white male with a past
medical history significant for hypertension, kidney stones and gallbladder
polyps. Complaining of right upper quadrant abdominal pain and vomiting x1
month. The patient states that the pain is cramping, in nature, as well as
sharp to dull and that the pain is intermittent. He states that there is
blood in his vomitus and that his stools have become black recently. Mr.
Coggin also tells me that he takes a lot of Ibuprofen on a daily basis. The
patient's wife states that he has lost 15 pounds in the past month and that
he has had a decreased appetite and that last night he fainted. The patient
was seen approximately four days ago by a surgeon in Jacksonville who said he
needed gallbladder surgery.

PAST MEDICAL HISTORY: As above.

SOCIAL HISTORY: Mr. Coggin is a prisoner from Maxwell, no alcohol, no
tobacco, no drugs.

FAMILY HISTORY: Positive for gallstones.

ALLERGIES: No known drug allergies

MEDICATIONS:
1. Motrin

PHYSICAL EXAMINATION:
VITAL SIGNS: Temperature is 99.6, pulse is 110, respirations 18, blood
pressure is 99/61. Setting I 99% on room air. Blood pressure lying down is
100/48, with pulse of 118. Sitting blood pressure is 93/37. Pulse is 114.
The patient is unable to stand to measure blood pressure.
GENERAL: This is a pale, slightly lethargic in no acute distress.
CARDIOVASCULAR: tachycardic, no gallops, rubs, or murmurs.
LUNGS: Clear to auscultation bilaterally.
ABDOMEN: Soft. Non-tender. Non-distended with hypoactive bowel sounds.
EXTREMITIES: No clubbing, cyanosis or edema

LABS: UA was negative. WBC's 17.6, H&H 6.8 and 19.9. Platelets 425,000.
Amylase is 27, lipase 121. Sodium 135, potassium 3.5, chloride 101. CO2 was
31, BUN 44, creatinine 1.1, glucose 139. Calcium 8.0. Total protein is 5.5,
albumin 2.5, bilirubin is 0.2, alkaline phosphatase 77, SGOT 17, SGPT 30.
Acute abdominal series shows no free air.

ASSESSMENT AND PLAN:
1. Abdominal pain. This patient likely has an Upper GI bleed secondary to
NSAID use. We will continue to give the patient fluids and will give him two
units of packed RBC's followed by dose of Lasix and a 3rd unit of packed
RBC's. At that time we will check hemoglobin and hematocrit. We will
continue to check H&H Q2H and will give the patient IV proton pump
inhibitors. In the morning we will consult GI.
2. Increase in WBC's. We will monitor the patient for perforation although
there was no free air on his acute abdominal series. Most likely the
increase in WBC's is due to stress.

O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery    10/ /01

From:BMC SOUTH MEDICALH   RDS     13342862626          10,   2001 08:08 #465 P.003

3. Orthostatic hypotension. This is due to his anemia from his GI bleed.


                CHARLES REID,  M.D.

CDR/ / PP
D:  09/03/2001
T:  09/03/2001

O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery
10/8/01

From:BMC SOUTH MEDICAL RDS      13342862626      10/  2001 08:08 #465 P.004

BAPTIST MEDICAL CENTER
COGGIN, JOHN C
0124500179

Mr. Coggin is a 53-year-old male, admitted via the emergency room from the
Maxwell Prison camp with upper GI bleeding.  The patient has been in
relatively good health, was recently found to have symptomatic gallstones,
and was scheduled to have his gallbladder out next week.  He has been taking
large amount of Motrin for the pain.  He apparently developed some tary
stools and some hematemesis, and was brought to the emergency room, where his
H&H was found to be quite low.  He denies any previous history of peptic
ulcer disease, upper GI bleeding.  He denies any gastroesophageal reflux
disease symptoms, dysphagia, odynophagia.  He has occasional constipation,
but no regular bowel problems.

PAST MEDICAL HISTORY:  Remarkable for no allergies.

CURRENT MEDICATIONS:  Antihypertensive medications, Motrin

PAST MEDICAL HISTORY:  Hypertension and gallstones    PAST SURGICAL HISTORY:
None

FAMILY HISTORY:  Noncontributory

SOCIAL HISTORY:  The patient is married, is a resident at the Maxwell Prison
Camp

REVIEW OF SYSTEMS:  Completely negative, except for the abdominal pain
associated with his presumed gallstone symptomatology.

PHYSICAL EXAM:  Blood pressure 104/49; pulse 95; respirations 22; temperature
99.4.  The patient is a pleasant, healthy appearing, middle age male, who was
alert and oriented, but quite pale.
HEENT:  No icterus, pale conjunctivae.  The NG tube was in place.
NECK:  Supple without jugular venous distention.
LUNGS:  Clear.
HEART:  Regular rate and rhythm without murmurs.
ABDOMEN:  Soft, without tenderness, masses or hepatosplenomegaly.
EXTREMITIES: No clubbing, cyanosis, or edema.

LAB STUDIES:  Amylase normal.  His chem 7 is unremarkable, except for
elevated BUN of 38.  His most recent H&H was hemoglobin of 6.8, hematocrit of
19.9.

IMPRESSION:
1. Upper GI bleeding, severe, presumably secondary to peptic ulcer disease,
secondary to the Motrin.
2. History of hypertension
3. History of symptomatic gallstones

PLAN:  We will proceed with emergent EGD and will need to have transfusions
up to an H&H of 10 and 30.  We will give further recommendations pending the
results of his EGD.

JCH/ / ld            JOHN C. HENDRIX III,    M.D.~
D:  09/03/2001
T:  09/04/2001

O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery

From:BMC SOUTH MEDICAL RDS       13342862626          10, 2001 08:09 #465 P.005

BAPTIST MEDICAL CENTER
COGGIN, JOHN C
0124500179

Mr. Coggin is a 53 year old white male admitted to the hospital with an upper
GI hemorrhage. Upper GI endoscopy by Dr. Penn White today and witnessed by
me demonstrated a very large posterior duodenal ulcer with a large visible
vessel, obviously the gastroduodenal artery, with a hole in the artery
occluded with clot. I felt the chances of re-bleeding were exceedingly high
and recommended emergent surgery to correct the problem.

PAST MEDICAL HISTORY: Significant for no history of prior peptic ulcer
disease. He had been taking ibuprofen for supposed gallbladder pain but,
again, had never had peptic ulcer disease or previous surgeries.

PHYSICAL EXAMINATION: On examination, I saw him in endoscopy and he was
sedated but his abdomen was soft and nontender.

I had a long discussion with the patient and his wife and recommended
surgical intervention as described above.


AVK/ / dp          ALEXANDER V. KREHER,    M.D.-
D:  09/06/2001
T:  09/06/2001

10/8/01
O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery

From:BMC SOUTH MEDICAL  RDS      13342862626      10/  2001 08:09 #465 P.006

BAPTIST MEDICAL CENTER
COGGIN, JOHN C
0124500179

Mr. Coggin is a 53-year-old white male admitted to the hospital for
evaluation of upper GI bleeding. He initially came in with a hematocrit of
21 and was transfused. Had another bleed last night, dropped down again to 21
and was re-transfused.  I reviewed the endoscopy with Dr. Penn White as he
was doing it and the patient has a large posterior located duodenal ulcer
with a visible vessel.  This is a large pulsating vessel with a clot on it
and I think he is at extremely high risk for rebleeding in the very near
future.

PAST MEDICAL HISTORY:  Significant for his having taken quite a bit of
Ibuprofen on a daily basis in the recent past.

PHYSICAL EXAMINATION:  Right now, he is sedated from his endoscopy.  His
abdomen is soft without appreciable masses or tenderness.

Chest x-ray showed no acute pulmonary disease on 9/2/2001 .

ASSESSMENT AND PLAN:   THE PATIENT HAS A SIGNIFICANT DUODENAL ULCER WITH A
LARGE VISIBLE VESSEL AND A CLOT ADHERENT TO IT.

Again, I think this is extremely high risk for bleeding.  I plan to take the
patient to the operating room for oversewing of the blood vessel.  I am going
to discuss all of this with the family in detail.


AVK/ / ah        ALEXANDER V. KREHER,    M.D.~
D:  09/06/2001
T:  09/06/2001

O. Gaspar Brenes, M.D., Clinical Director
FPC-Montgomery

BAPTIST MEDICAL CENTER
COGGIN, JOHN C
0124500179

**PREOPERATIVE DIAGNOSIS:**    UPPER GASTROINTESTINAL BLEED

**POSTOPERATIVE DIAGNOSIS:**    SEE FINAL IMPRESSION

**OPERATION:** ESOPHAGOGASTRODUODENOSCOPY

**INSTRUMENT:** OLYMPUS EVIS PANENDOSCOPE

**ANESTHESIA:**    DEMEROL 50 MG, VERSED 6 MG IV

**ASSISTANT:**

**PROCEDURE:** After satisfactory sedation, the Olympus EVIS 100 panendoscope
was inserted into the esophagus without difficulty. Examination of the
esophagus revealed scattered NG suction marks in the esophagus. Examination
of the stomach reveals a small hiatal hernia. The stomach was otherwise
unremarkable. Examination of the duodenum reveals large fresh clot
presumably covering an ulcer at the base of the bulb. There was no active
bleeding. The second portion of the duodenum was normal.

**IMPRESSION:**
1. PRESUMED DUODENAL ULCER AS DESCRIBED
2. NO ACTIVE BLEEDING


JOHN C. HENDRIX III, M.D.~
JCH/ / ah
D:   09/03/2001
T:   09/07/2001


cc: IVAN MAYA, M.D.~

O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery    10/8/01

From:BMC SOUTH MEDICAL    RDS        13342862626        10,    2001 08:09 #465 P.008

BAPTIST MEDICAL CENTER
COGGIN, JOHN C
0124500179

PREOPERATIVE DIAGNOSIS:        UPPER GI HEMORRHAGE

POSTOPERATIVE DIAGNOSIS:        HIATAL HERNIA WITH EVIDENCE OF MILD ESOPHAGITIS
    LARGE DUODENAL ULCER WITH MASS OF VISIBLE VESSEL WITH CLOT

OPERATION:   EGD

ANESTHESIA:                        VERSED 4 MG, DEMEROL 62.5 MG

PROCEDURE:  After the patient was adequately sedated, the instrument was
placed within the posterior pharynx and under direct visualization passed
into the proximal esophagus. The esophageal mucosa and vascular pattern
revealed a small hiatal hernia with evidence of esophagitis. The instrument
passed easily beyond this into the stomach where under anterior and retroflex
view, the antrum, body, fundus and cardia appeared normal. The instrument
passed through into the duodenum where the entire duodenal bulb was
encompassed of the mass of the duodenal ulcer with a large visible vessel
that looked like a finger projection with a clot on the end. There was no
active bleeding at that time. The instrument was then removed.

RECOMMENDATIONS:  Operative therapy.


    W. PENN WHITE III, M.D.~
WPW/ / ts
D:   09/06/2001
T:   09/12/2001


cc: ALEXANDER V. KREHER, M.D.~
    IVAN MAYA, M.D.~

00117

From:BMC SOUTH MEDICAL⊦    ᵀOS    13342862626    10,   ᵀ001 08:10 #465 P.009

BAPTIST MEDICAL CENTER
COGGIN, JOHN C
0124500179

**PREOPERATIVE DIAGNOSIS:    UPPER GI HEMORRHAGE SECONDARY TO POSTERIOR
PENETRATING DUODENAL ULCER**

**POSTOPERATIVE DIAGNOSIS:    SAME WITH CONTAINED PERFORATION**

**OPERATION:  EXPLORATORY LAPAROTOMY WITH OVERSEWING OF BLEEDING GASTRIC
DUODENAL ARTERY; REPAIR OF CONTAINED PERFORATION WITH PRIMARY CLOSURE AND
OMENTAL PATCHING**

**ANESTHESIA:    GENERAL**

INDICATIONS: Mr. Coggin had presented with severe upper GI hemorrhage with
endoscopic evidence of a large
posterior bulbar ulcer and a large visible vessel. Operation was to try and
ligate the vessel and control hemorrhage.

ASSISTANT:

PROCEDURE:  The patient was taken to the Operating room where under a general
anesthetic, his abdomen was prepped and draped in the usual sterile fashion.
A midline skin incision was made, carried down carefully through the
underlying fascia into the peritoneal cavity. On entering the peritoneal
cavity, there was no gross contamination. The small bowel obviously had some
blood within it as did the colon due to some blue discoloration that was
obvious through the bowel wall. The stomach appeared normal as did the liver.
The gallbladder, however, was chronically inflamed and as I dissected in and
around the area of the gallbladder, it became obvious that the patient had a
contained perforation of the duodenum. As I continued by dissection, I was
able to see the visible vessel and the posterior penetrating duodenal ulcer
and in trying to grasp it, vigorous bleeding ensued. I was finally able to
control the bleeding with my finger and subsequently with the suction device
while I did several figure-of-eight sutures in several different directions
to completely occlude the blood flow from the gastroduodenal artery. The
posterior aspect of the duodenum was essentially gone. Following hemostasis,
I decided the best way to handle the closure would be with  a primary closure
and omental patching. I used interrupted 3-0 silk suture taking four bites of
first the duodenum and then the inflammatory rind which was made up of the
duodenal wall and the gallbladder. This was done with interrupted 3-0 silk
suture. Following completion of that, I fashioned the omental pedicle and
brought that down over the closure tacking it down with 3-0 silk suture.
Following that, I took a large round Blake drain and placed that in and
around the area of the perforation and brought it out the lateral abdominal
wall. I thoroughly irrigated the are and hemostasis appeared satisfactory.
The fascia was then closed in #2 Prolene beginning above and below and tying
in the middle. The skin was closed with clips. Needle, sponge, lap and
instrument counts were correct. The patient tolerated the procedure
satisfactorily.


   ALEXANDER V. KREHER, M.D.~
AVK/ / ts
D:   09/06/2001
T:   09/12/2001

O. Garcia-Bigenes, M.D., Clinical Director
FPC-Montgomery    10/8/01

From:BMC SOUTH MEDICAL RDS      13342862626      10   2001 08:10 #465 P.010

Baptist Medical Center South
2105 E. South Blvd. Montgomery, AL 36116
Tue Sep 18, 2001 01:46 am
Discharge Cumulative Trend Report from 09/02/01 0000 to 09/17/01 0440

```
Patient Name:      COGGIN,III,JOHN C              All Sections-Page 1
Med Rec #:         000494020                       Adm: 09/03/01
Dis Date           09/17/01
Phys-Service:      GMS,MAYA - MEDICINE
Acct #:            B0124500179
```
**************************************************************************

HEMATOLOGY PROFILE                       Last Tech: B17044

| Date: | 09/17 | 09/16 | 09/15 | 09/15 | 09/14 | Normal Range | |
|---|---|---|---|---|---|---|---|
| Time: | 0440 | 0100 | 1737 | 0543 | 0530 | | |
| New Work: | * | | | | | | |
| WBC | 9.6 | | | 8.7 | 9.6 | 4.0-10.0 | (thou/cm |
| RBC | 3.39 L | | | 3.38 L | 3.38 L | 4.2-5.9 | (mill/cu |
| Hgb | 10.1 L | 10.1 L | 10.8 L | 9.6 L | 10.1 L | 13.0-17.5 | (gm/dl) |
| Hct | 29.2 L | 29.0 L | 31.5 L | 28.8 L | 28.6 L | 39-51 | (%) |
| MCV | 86 | | | 85 | 85 | 80-100 | (fl) |
| MCH | 30 | | | 29 | 30 | 26-34 | (pg) |
| MCHC | 34 | | | 33 | 35 | 31-35 | (%) |
| Plt ct | 677 H | | | 696 H | 630 H | 150-440 | (thou/cm |
| DIFF | | | | | | | |
| Neutrophils | 54 | | | 62 | 64 | 45-90 | (%) |
| Lymphs | 33 | | | 23 | 18 L | 20-53 | (%) |
| Monos | 9 | | | 10 | 11 | 2-12 | (%) |
| Eos | 4 | | | 4 | 7 | 0-8 | (%) |
| Basos | 1 | | | 0 | 0 | 0-2 | (%) |

HEMATOLOGY PROFILE                       Last Tech: B17044

| Date: | 09/13 | 09/13 | 09/12 | 09/11 | 09/10 | Normal Range | |
|---|---|---|---|---|---|---|---|
| Time: | 1048 | 0415 | 0455 | 0835 | 0350 | | |
| New Work: | | | | | | | |
| WBC | | 10.2 H | 9.3 | 15.6 H | 12.5 H | 4.0-10.0 | (thou/cm |
| RBC | | 3.69 L | 3.27 L | 3.33 L | 3.31 L | 4.2-5.9 | (mill/cu |
| Hgb | 10.4 L | 11.0 L | 9.8 L | 9.9 L | 10.1 L | 13.0-17.5 | (gm/dl) |
| Hct | 30.9 L | 31.6 L | 28.0 L | 28.6 L | 28.4 L | 39-51 | (%) |
| MCV | | 86 | 86 | 86 | 86 | 80-100 | (fl) |
| MCH | | 30 | 30 | 30 | 30 | 26-34 | (pg) |
| MCHC | | 35 | 35 | 35 | 36 H | 31-35 | (%) |
| Plt ct | | 667 H | 488 H | 475 H | 383 | 150-440 | (thou/cm |
| DIFF | | | | | | | |
| Neutrophils | | 65 | 77 | 84 | 80 | 45-90 | (%) |
| Lymphs | | 21 | 10 L | 7 L | 8 L | 20-53 | (%) |
| Monos | | 9 | 9 | 7 | 9 | 2-12 | (%) |
| Eos | | 6 | 5 | 2 | 3 | 0-8 | (%) |
| Basos | | 0 | 0 | 0 | 0 | 0-2 | (%) |

Continued next page

COGGIN,III,JOHN C
000494020
I/P 09/17/01
** DO NOT DISCARD **                    (M-04/03/48)
Discharge Cumulative Trend Report      Dr. GMS,MAYA

*[signature]* D. Garcia...bes, M.D., Clinical Director
FPC-Montgomery

From:BMC SOUTH MEDICAL RDS        13342862626        10   2001 08:10 #465 P.011

Baptist Medical Center South
2105 E. South Blvd. Montgomery, AL 36116
Tue Sep 18, 2001 01:46 am
Discharge Cumulative Trend Report from 09/02/01 0000 to 09/17/01 0440

Patient Name:    COGGIN,III,JOHN C              All Sections-Page 2
Med Rec #:       000494020                      Adm: 09/03/01
Dis Date         09/17/01
Phys-Service:    GMS,MAYA - MEDICINE
Acct #:          B0124500179
***************************************************************************

---

HEMATOLOGY PROFILE (Cont)           Last Tech: B17044

| Date: | 09/09 | 09/09 | 09/08 | 09/08 | 09/08 | Normal Range |
|---|---|---|---|---|---|---|
| Time: | 1158 | 0630 | 2335 | 1752 | 1231 | |
| New Work: | | | | | | |
| Hgb | 9.6 L | 10.1 L | 9.8 L | 9.6 L | 9.8 L | 13.0-17.5 (gm/dl) |
| Hct | 28.1 L | 28.6 L | 28.2 L | 27.3 L | 28.0 L | 39-51 (%) |

---

HEMATOLOGY PROFILE                 Last Tech: B17044

| Date: | 09/08 | 09/07 | 09/07 | 09/07 | 09/06 | | Normal Range |
|---|---|---|---|---|---|---|---|
| Time: | 0500 | 1946 | 1742 | 0340 | 2055 | | |
| New Work: | | | | | | | |
| WBC | 16.8 H | | | 18.6 H | | | 4.0-10.0 (thou/cm |
| RBC | 3.36 L | | | 3.54 L | | | 4.2-5.9 (mill/cu |
| Hgb | 10.0 L | 10.2 L | 10.0 L | 10.6 L | | | 13.0-17.5 (gm/dl) |
| Hct | 29.0 L | 30.9 L | 29.8 L | 30.2 L | 35.6 L | 39-51 (%) |
| MCV | 86 | | | 85 | | | 80-100 (fl) |
| MCH | 30 | | | 30 | | | 26-34 (pg) |
| MCHC | 35 | | | 35 | | | 31-35 (%) |
| Plt ct | 230 | | | 173 | | | 150-440 (thou/cm |
| DIFF | | | | | | | |
| Neutrophils | 83 | | | 80 | | | 45-90 (%) |
| Lymphs | 9 L | | | 13 L | | | 20-53 (%) |
| Monos | 6 | | | 6 | | | 2-12 (%) |
| Eos | 2 | | | 1 | | | 0-8 (%) |
| Basos | 0 | | | 0 | | | 0-2 (%) |
| Comment | | | | | Redrawn^ | | |

---

HEMATOLOGY PROFILE                 Last Tech: B17044

| Date: | 09/06 | 09/06 | 09/06 | 09/06 | 09/06 | | Normal Range |
|---|---|---|---|---|---|---|---|
| Time: | 1828 | 1818 | 1248 | 0900 | 0859 | | |
| New Work: | | | | | | | |
| WBC | 12.0 H | | | | 17.5 H | 4.0-10.0 (thou/cm |
| RBC | 2.22 L | | | | 2.47 L | 4.2-5.9 (mill/cu |
| Hgb | 6.4 L | 6.9 L | 7.2 L | | 7.9 L | 13.0-17.5 (gm/dl) |
| Hct | 19.0 L | 20.0 L | 20.2 L | | 21.9 L | 39-51 (%) |

Continued next page

COGGIN,III,JOHN C
000494020
I/P 09/17/01
** DO NOT DISCARD **                (M-04/03/48)
Discharge Cumulative Trend Report   Dr. GMS,MAYA

O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery

00120

From:BMC SOUTH MEDICAL' ?DS    13342862626    1C  ?001 08:10 #465 P.012

Baptist Medical Center South
2105 E. South Blvd. Montgomery, AL 36116
Tue Sep 18, 2001 01:46 am
Discharge Cumulative Trend Report from 09/02/01 0000 to 09/17/01 0440

Patient Name:    COGGIN,III,JOHN C              All Sections-Page 3
Med Rec #:       000494020                       Adm: 09/03/01
Dis Date         09/17/01
Phys-Service:    GMS,MAYA - MEDICINE
Acct #:          B0124500179
*************************************************************************

-------------------------------------------------------------------------
                    HEMATOLOGY PROFILE (Cont)           Last Tech: B17044

| Date: | 09/06 | 09/06 | 09/06 | 09/06 | 09/06 | Normal Range | |
|---|---|---|---|---|---|---|---|
| Time: | 1828 | 1818 | 1248 | 0900 | 0859 | | |
| New Work: | | | | | | | |
| MCV | 86 | | | | 88 | 80-100 | (fl) |
| MCH | 29 | | | | 32 | 26-34 | (pg) |
| MCHC | 34 | | | | 36 H | 31-35 | (%) |
| Plt ct | 130 L | | | | 288 | 150-440 | (thou/cm |
| DIFF | | | | | | | |
| Neutrophils | | | | | 80 | 45-90 | (%) |
| Segs | 88 H | | | 67 | | 45-75 | (%) |
| Bands | 2 | | | 11 | | . | (%) |
| Lymphs | 7 L | | | 11 L | 14 L | 20-53 | (%) |
| Monos | 2 | | | 6 | 6 | 2-12 | (%) |
| Eos | 1 | | | | 0 | 0-8 | (%) |
| Basos | | | | | 0 | 0-2 | (%) |
| Myelos | | | | 5 H | | 0 | (%) |
| Poik | | | |Sl Burr^| | | |
| Microcyt | Sl | | | | | | |
| Poly | | | | Sl | | | |
| Hypo | Mod | | | Mod | | | |
| Plt Est | Dec | | | Adeq | | adeq | |

-------------------------------------------------------------------------
                    HEMATOLOGY PROFILE                  Last Tech: B17044

| Date: | 09/05 | 09/05 | 09/05 | 09/05 | 09/05 | Normal Range | |
|---|---|---|---|---|---|---|---|
| Time: | 2205 | 2019 | 1744 | 1227 | 0609 | | |
| New Work: | | | | | | | |
| WBC | | | | | 10.6 H | 4.0-10.0 | (thou/cm |
| RBC | | | | | 3.04 L | 4.2-5.9 | (mill/cu |
| Hgb | 7.5 L | 7.2 L | 9.7 L | 9.7 L | 9.1 L | 13.0-17.5 | (gm/dl) |
| Hct | 21.2 L | 20.6 L | 27.5 L | 27.7 L | 26.1 L | 39-51 | (%) |
| MCV | | | | | 86 | 80-100 | (fl) |
| MCH | | | | | 30 | 26-34 | (pg) |
| MCHC | | | | | 35 | 31-35 | (%) |
| Plt ct | | | | | 292 | 150-440 | (thou/cm |
| DIFF | | | | | | | |
| Neutrophils | | | | | 63 | 45-90 | (%) |

Continued next page

COGGIN,III,JOHN C
000494020
I/P 09/17/01
(M-04/03/48)
Dr. GMS,MAYA

** DO NOT DISCARD **
Discharge Cumulative Trend Report

O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery

00121

From:BMC SOUTH MEDICAL RDS          13342862626          10  2001 08:11 #465 P.013

Baptist Medical Center South
2105 E. South Blvd. Montgomery, AL 36116
Tue Sep 18, 2001 01:46 am
Discharge Cumulative Trend Report from 09/02/01 0000 to 09/17/01 0440

Patient Name:       COGGIN,III,JOHN C          All Sections-Page 4
Med Rec #:          000494020                   Adm: 09/03/01
Dis Date            09/17/01
Phys-Service:       GMS,MAYA - MEDICINE
Acct #:             B0124500179
****************************************************************************

---

### HEMATOLOGY PROFILE (Cont)                         Last Tech: B17044

| Date:<br>Time:<br>New Work: | 09/05<br>2205 | 09/05<br>2019 | 09/05<br>1744 | 09/05<br>1227 | 09/05<br>0609 | Normal Range | |
|---|---|---|---|---|---|---|---|
| Lymphs | | | | | 26 | 20-53 | (%) |
| Monos | | | | | 7 | 2-12 | (%) |
| Eos | | | | | 4 | 0-8 | (%) |
| Basos | | | | | 1 | 0-2 | (%) |

### HEMATOLOGY PROFILE                                Last Tech: B17044

| Date:<br>Time:<br>New Work: | 09/04<br>2350 | 09/04<br>1809 | 09/04<br>1132 | 09/03<br>0634 | 09/03<br>2109 | Normal Range | |
|---|---|---|---|---|---|---|---|
| WBC | | | | 11.6 H | | 4.0-10.0 | (thou/cm |
| RBC | | | | 3.01 L | | 4.2-5.9 | (mill/cu |
| Hgb | 9.2 L | 10.2 L | 10.0 L | 8.9 L | 9.6 L | 13.0-17.5 | (gm/dl) |
| Hct | 26.4 L | 29.2 L | 28.2 L | 25.6 L | 27.6 L | 39-51 | (%) |
| MCV | | | | 85 | | 80-100 | (fl) |
| MCH | | | | 30 | | 26-34 | (pg) |
| MCHC | | | | 35 | | 31-35 | (%) |
| Plt ct | | | | 193 | | 150-440 | (thou/cm |
| DIFF | | | | | | | |
| Neutrophils | | | | 66 | | 45-90 | (%) |
| Lymphs | | | | 25 | | 20-53 | (%) |
| Monos | | | | 7 | | 2-12 | (%) |
| Eos | | | | 2 | | 0-8 | (%) |
| Basos | | | | 0 | | 0-2 | (%) |

### HEMATOLOGY PROFILE                                Last Tech: B17044

| Date:<br>Time:<br>New Work: | 09/03<br>1525 | 09/03<br>0754 | 09/03<br>0705 | 09/03<br>0425 | 09/02<br>2234<br>PREV RPT | Normal Range | |
|---|---|---|---|---|---|---|---|
| WBC | | | | 15.8 H | 17.6 H | 4.0-10.0 | (thou/cm |
| RBC | | | | 2.46 L | 2.37 L | 4.2-5.9 | (mill/cu |
| Hgb | 9.6 L | 8.5 L | 8.5 L | 7.2 L | 6.8 L | 13.0-17.5 | (gm/dl) |

Continued next page

COGGIN,III,JOHN C
000494020
I/P 09/17/01
(M-04/03/48)
Dr. GMS,MAYA

** DO NOT DISCARD **
Discharge Cumulative Trend Report

O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery
10/8/01

From:BMC SOUTH MEDICAL  RDS        13342862626        10    2001 08:11 #465 P.014

Baptist Medical Center South
2105 E. South Blvd. Montgomery, AL 36116
Tue Sep 18, 2001 01:46 am
Discharge Cumulative Trend Report from 09/02/01 0000 to 09/17/01 0440

Patient Name:    COGGIN,III,JOHN C            All Sections-Page 5
Med Rec #:       000494020                     Adm: 09/03/01
Dis Date         09/17/01
Phys-Service:    GMS,MAYA - MEDICINE
Acct #:          B0124500179
******************************************************************************

------------------------------------------------------------------------------
                      HEMATOLOGY PROFILE (Cont)              Last Tech: B17044

| Date: | 09/03 | 09/03 | 09/03 | 09/03 | 09/02 | Normal Range | |
|---|---|---|---|---|---|---|---|
| Time: | 1525 | 0754 | 0705 | 0425 | 2234 | | |
| New Work: | | | | | PREV RPT | | |
| Hct | 27.5 L | 23.5 L | 24.0 L | 21.0 L | 19.9 L | 39-51 | (%) |
| MCV | | | | 85 | 84 | 80-100 | (fl) |
| MCH | | | | 29 | 29 | 26-34 | (pg) |
| MCHC | | | | 35 | 34 | 31-35 | (%) |
| Plt ct | | | | 205 | 425 | 150-440 | (thou/cm |
| DIFF | | | | | | | |
| Neutrophils | | | | 89 | | 45-90 | (%) |
| Segs | | | | | 77 H | 45-75 | (%) |
| Bands | | | | | 3 | | (%) |
| Lymphs | | | | 8 L | 17 L | 20-53 | (%) |
| Monos | | | | 3 | 2 | 2-12 | (%) |
| Eos | | | | 0 | | 0-8 | (%) |
| Basos | | | | 0 | 1 | 0-2 | (%) |
| Microcyt | | | | | S1 | | |
| Plt Est | | | | | Adeq | adeq | |

------------------------------------------------------------------------------


                           COAGULATION                      Last Tech: B10714

| Date: | 09/09 | 09/08 | 09/07 | 09/06 | | Normal Range | |
|---|---|---|---|---|---|---|---|
| Time: | 1158 | 0739 | 0344 | 1828 | | | |
| New Work: | | | | | | | |
| Pro Time | 12.5 | 14.8 H | 13.0 | 15.0 H | | 11.1-13.2 | (sec) |
| PTT | 32 | 27 | 33 | 74 H | | 24-38 | (sec) |
| INR | 1.09 | 1.48 | 1.17 | 1.52 | | | |
| Comment | | | | Verified | | | |

------------------------------------------------------------------------------

COGGIN,III,JOHN C
000494020
I/P 09/17/01
(M-04/03/48)
Dr. GMS,MAYA

** DO NOT DISCARD **
Discharge Cumulative Trend Report

From:BMC SOUTH MEDICAL    RDS      13342862626      10/    2001 08:11 #465 P.015

Baptist Medical Center South
2105 E. South Blvd. Montgomery, AL 36116
Tue Sep 18, 2001 01:46 am
Discharge Cumulative Trend Report from 09/02/01 0000 to 09/17/01 0440

| Patient Name: | COGGIN,III,JOHN C | Urinalysis Profiles-Page 6 |
|---|---|---|
| Med Rec #: | 000494020 | Adm: 09/03/01 |
| Dis Date | 09/17/01 | |
| Phys-Service: | GMS,MAYA - MEDICINE | |
| Acct #: | B0124500179 | |

**********************************************************************

                              URINALYSIS                Last Tech: B17220

| Date: | 09/11 | 09/02 | | | | |
|---|---|---|---|---|---|---|
| Time: | 1723 | 2244 | | | | Normal Range |
| New Work: | | PREV RPT | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Color | Yellow | Yellow | | | | |
| Appearance | Hazy | Clear | | | | |
| pH | 7.5 | 5.5 | | | | 5.0-8.0 |
| Protein Urine | NEGATIVE | NEGATIVE | | | | neg |
| Glucose | NEGATIVE | NEGATIVE | | | | neg |
| Ketone | NEGATIVE | TRACE | | | | neg |
| Blood, Occult | NEGATIVE | NEGATIVE | | | | neg |
| Leukocyte | NEGATIVE | NEGATIVE | | | | neg |
| Nitrite | NEGATIVE | NEGATIVE | | | | neg |
| Spec Gravity | 1.015 | 1.023 | | | | 1.002-1.030 |

*O. Garcia-Brenes, M.D., Clinical Director*
*FPC-Montgomery*
10/8/01

COGGIN,III,JOHN C
000494020
I/P 09/17/01
(M-04/03/48)
Dr. GMS,MAYA

** DO NOT DISCARD **
Discharge Cumulative Trend Report

From:BMC SOUTH MEDICAL  'RDS       13342862626          10.'  2001 08:11 #465 P.016

```
                    Baptist Medical Center South
            2105 E. South Blvd. Montgomery, AL 36116
                    Tue Sep 18, 2001 01:46 am
    Discharge Cumulative Trend Report from 09/02/01 0000 to 09/17/01 0440
```

```
Patient Name:      COGGIN,III,JOHN C          Blood Bank-Page 7
Med Rec #:         000494020                  Adm: 09/03/01
Dis Date           09/17/01
Phys-Service:      GMS,MAYA - MEDICINE
Acct #:            B0124500179
*******************************************************************************
In:  09/06/01 1919   --------------------------            Spec: NONE
Out: 09/06/01 1922   | PLASMA,FRESH FROZEN X 2 |   Techs: VB030 T2228*
Coll Time: 09/06/01 1919 --------------------------
Order Phys: GMS,MAYA                            [B0124500179/3869416]

Result Name                 Result

No. of Units:               2


-------------------------------------------------------------------------
In:  09/06/01 1047   --------------------------            Spec: Blood
Out: 09/06/01 1147   | TYPE & CROSSMATCH X 4 |Techs: VB10331 T5568*****,8600
Coll Time: 09/06/01 1047 --------------------------
Order Phys: GMS,MAYA                            [B0124500179/3868710]

Result Name                 Result

ABO/Rh:                     A POS
Antibody Screen:            NEG
No. of Units:               5


-------------------------------------------------------------------------
In:  09/06/01 1820   --------------------------            Spec: Blood
Out: 09/06/01 1841   | TYPE & CROSSMATCH X 4 |   Techs: VB030 T2228*
Coll Time: 09/06/01 1047 --------------------------
Order Phys: GMS,MAYA                            [B0124500179/3869325]

Result Name                 Result

No. of Units:               2

-------------------------------------------------------------------------
```

*(signature)* 10/8/01

O. Garcia-Brenes, M.D., Clinical Dir.
FPC-Montgomery

```
                              COGGIN,III,JOHN C
                              000494020
                              I/P 09/17/01
** DO NOT DISCARD **          (M-04/03/48)
Discharge Cumulative Trend Report   Dr. GMS,MAYA
```

From:BMC SOUTH MEDICAL RDS     13342862626     10     2001 08:12 #465 P.017

Baptist Medical Center South
2105 E. South Blvd. Montgomery, AL 36116
Tue Sep 18, 2001 01:46 am
Discharge Cumulative Trend Report from 09/02/01 0000 to 09/17/01 0440

| | | |
|---|---|---|
| Patient Name: | COGGIN,III,JOHN C | Blood Bank-Page 8 |
| Med Rec #: | 000494020 | Adm: 09/03/01 |
| Dis Date | 09/17/01 | |
| Phys-Service: | GMS,MAYA - MEDICINE | |
| Acct #: | B0124500179 | |

**************************************************************************

In:  09/06/01 1829        --------------------------              Spec: Blood
Out: 09/06/01 1913     | TYPE & CROSSMATCH X 4 |         Techs: VB030 TB2228
Coll Time: 09/06/01 1047  --------------------------
Order Phys: GMS,MAYA                                       [B0124500179/3869335]

Result Name                    Result

No. of Units:                   4

-----------------------------------------------------------------------------

In:  09/03/01 0027        --------------------------              Spec: Blood
Out: 09/03/01 0103     | TYPE & CROSSMATCH X 4 |         Techs: VRN T1596*****
Coll Time: 09/03/01 0012  --------------------------
Order Phys: KURUSZ,HENRY                                   [B0124500179/3865231]
                              *STAT*STAT*STAT*
Result Name                    Result

ABO/Rh:                         A POS
Antibody Screen:                NEG
No. of Units:                   4

-----------------------------------------------------------------------------

In:  09/03/01 0312        --------------------------              Spec: Blood
Out: 09/03/01 0340     | TYPE & CROSSMATCH X 4 |         Techs: VNNN T1596***
Coll Time: 09/03/01 0012  --------------------------
Order Phys: GMS,MAYA                                       [B0124500179/3865277]

Result Name                    Result

No. of Units:                   4

-----------------------------------------------------------------------------

O. Garcia-Brenes, M.D. Clinical Director
FPC-Montgomery
10/8/01

COGGIN,III,JOHN C
000494020
I/P 09/17/01
(M-04/03/48)
Dr. GMS,MAYA

** DO NOT DISCARD **
Discharge Cumulative Trend Report

From:BMC SOUTH MEDICAL RDS     13342862626     10/  2001 08:12 #465 P.018

```
                    Baptist Medical Center South
                2105 E. South Blvd. Montgomery, AL 36116
                      Tue Sep 18, 2001 01:46 am
    Discharge Cumulative Trend Report from 09/02/01 0000 to 09/17/01 0440
```

```
Patient Name:      COGGIN,III,JOHN C              Blood Bank-Page 9
Med Rec #:         000494020                      Adm: 09/03/01
Dis Date           09/17/01
Phys-Service:      GMS,MAYA - MEDICINE
Acct #:            B0124500179
************************************************************************
```

```
In:  09/03/01 0600     --------------------------              Spec: Blood
Out: 09/03/01 0606     | TYPE & CROSSMATCH X 2 |       Techs: VNNN T1596*
Coll Time: 09/03/01 0012  --------------------------
Order Phys: GMS,MAYA                                  [B0124500179/3865311]
```

Result Name                  Result

No. of Units:                2

--------------------------------------------------------------------------

```
In:  09/05/01 2211     --------------------------              Spec: Blood
Out: 09/05/01 2219     | TYPE & CROSSMATCH X 2 |      Techs: VNNN T11425*
Coll Time: 09/03/01 0012  --------------------------
Order Phys: GMS,MAYA                                  [B0124500179/3868359]
```

Result Name                  Result

No. of Units:                2

--------------------------------------------------------------------------

```
In:  09/06/01 1506     --------------------------              Spec: Blood
Out: 09/06/01 1514     | TYPE & CROSSMATCH X 1 |        Techs: VNNN T8600
Coll Time: 09/02/01 0000  --------------------------
Order Phys: GMS,MAYA                                  [B0124500179/3869130]
                          *STAT*STAT*STAT*
Result Name                  Result
```

No. of Units:                1

--------------------------------------------------------------------------

*O. Garcia-Brenes, M.D. Clinical Director*
*FPC-Montgomery*
*10/8/01*

```
                              COGGIN,III,JOHN C
                              000494020
                              I/P 09/17/01
** DO NOT DISCARD **          (M-04/03/48)
Discharge Cumulative Trend Report   Dr. GMS,MAYA
```

From:BMC SOUTH MEDICAL  RDS      13342862626      10  2001 08:12 #465 P.019

Baptist Medical Center South
2105 E. South Blvd. Montgomery, AL 36116
Tue Sep 18, 2001 01:46 am
Discharge Cumulative Trend Report from 09/02/01 0000 to 09/17/01 0440

Patient Name:      COGGIN,III,JOHN C              Chemistry Profile-Page 10
Med Rec #:         000494020                      Adm: 09/03/01
Dis Date           09/17/01
Phys-Service:      GMS,MAYA - MEDICINE
Acct #:            B0124500179
********************************************************************************

CHEMISTRY  PROFILE                    Last Tech: B1592

| Date: | 09/17 | 09/16 | 09/15 | 09/14 | 09/13 | | |
|---|---|---|---|---|---|---|---|
| Time: | 0440 | 0100 | 0543 | 0530 | 0415 | Normal Range | |
| New Work: | * | | | | | | |
| Total Protein | 5.5 L | | | | | 6.4-8.2 | (gm/dl) |
| Albumin | 2.4 L | | | | | 2.8-5.0 | (gm/dl) |
| Calcium | 8.6 | 8.2 L | 8.4 L | 8.6 | 8.7 | 8.5-10.5 | (mg/dl) |
| Glucose | 99 | 104 | 96 | 98 | 88 | 60-120 | (mg/dl) |
| BUN | 7 | 5 L | 5 L | 7 | 11 | 7-20 | (mg/dl) |
| Creatinine | 0.9 | 0.8 | 0.8 | 0.8 | 0.7 | 0.6-1.4 | (mg/dl) |
| Bilirubin | 0.2 | | | | | 0-1.0 | (mg/dl) |
| Alk Phos | 113 | | | | | 50-136 | (U/L) |
| SGOT | 19 | | | | | 8-42 | (U/L) |
| SGPT | 43 | | | | | 0-55 | (U/L) |
| Magnesium | 1.9 | | | | | 1.6-2.4 | (mg/dl) |
| Phosphorus | 4.2 | | | | | 2.0-4.8 | (mg/dl) |
| Sodium | 140 | 136 | 141 | 140 | 139 | 135-145 | (mmol/L) |
| Potassium | 3.5 | 3.8 | 3.9 | 4.1 | 4.0 | 3.5-5.0 | (mmol/L) |
| Chloride | 106 | 102 | 108 | 104 | 102 | 97-112 | (mmol/L) |
| CO2 | 31 H | 30 | 27 | 30 | 32 H | 22-30 | (mEq/L) |

CHEMISTRY  PROFILE                    Last Tech: B1592

| Date: | 09/12 | 09/11 | 09/10 | 09/10 | 09/09 | | |
|---|---|---|---|---|---|---|---|
| Time: | 0455 | 0550 | 0350 | 0350 | 0630 | Normal Range | |
| New Work: | | | | | | | |
| Total Protein | | | 4.8 L | | | 6.4-8.2 | (gm/dl) |
| Albumin | | | 1.8 L | | | 2.8-5.0 | (gm/dl) |
| Calcium | 7.9 L | 8.1 L | 7.7 L | | | 8.5-10.5 | (mg/dl) |
| Glucose | 114 | 113 | 102 | | | 60-120 | (mg/dl) |
| BUN | 11 | 9 | 5 L | | | 7-20 | (mg/dl) |
| Creatinine | 0.8 | 0.7 | 0.6 | | | 0.6-1.4 | (mg/dl) |
| Bilirubin | | | 0.4 | | | 0-1.0 | (mg/dl) |
| Alk Phos | | | 57 | | | 50-136 | (U/L) |
| SGOT | | | 20 | | | 8-42 | (U/L) |
| SGPT | | | 24 | | | 0-55 | (U/L) |
| Magnesium | | | | 2.0 | 2.0 | 1.6-2.4 | (mg/dl) |
| Phosphorus | | | 3.8 | | | 2.0-4.8 | (mg/dl) |
| Sodium | 138 | 132 L | 136 | | | 135-145 | (mmol/L) |

Continued next page

COGGIN,III,JOHN C
000494020
I/P 09/17/01
(M-04/03/48)
Dr. GMS,MAYA

** DO NOT DISCARD **
Discharge Cumulative Trend Report

00128

From:BMC SOUTH MEDICAL RDS          13342862626          10   2001 08:12 #465 P.020

Baptist Medical Center South
2105 E. South Blvd. Montgomery, AL 36116
Tue Sep 18, 2001 01:46 am
Discharge Cumulative Trend Report from 09/02/01 0000 to 09/17/01 0440

```
Patient Name:       COGGIN,III,JOHN C              Chemistry Profile-Page 11
Med Rec #:          000494020                      Adm: 09/03/01
Dis Date            09/17/01
Phys-Service:       GMS,MAYA - MEDICINE
Acct #:             B0124500179
```
****************************************************************************

---

### CHEMISTRY  PROFILE (Cont)                    Last Tech: B1592

| Date:<br>Time:<br>New Work: | 09/12<br>0455 | 09/11<br>0550 | 09/10<br>0350 | 09/10<br>0350 | 09/09<br>0630 | Normal Range | |
|---|---|---|---|---|---|---|---|
| Potassium | 3.9 | 3.8 | 3.6 | | | 3.5-5.0 | (mmol/L) |
| Chloride | 105 | 102 | 98 | | | 97-112 | (mmol/L) |
| CO2 | 32 H | 31 H | 34 H | | | 22-30 | (mEq/L) |

---

### CHEMISTRY  PROFILE                             Last Tech: B1592

| Date:<br>Time:<br>New Work: | 09/09<br>0630 | 09/08<br>0500 | 09/07<br>0340 | 09/06<br>2055 | 09/06<br>1828 | Normal Range | |
|---|---|---|---|---|---|---|---|
| Total Protein | | 4.1 L | | | 2.1 L | 6.4-8.2 | (gm/dl) |
| Albumin | | 1.6 L | | | 0.9 L | 2.8-5.0 | (gm/dl) |
| Calcium | 7.7 L | 7.2 L | 7.1 L | | 7.1 L | 8.5-10.5 | (mg/dl) |
| Triglycerides | | 99 | | | | 30-200 | (mg/dl) |
| Glucose | 117 | 111 | 113 | 147 H | 127 N | 60-120 | (mg/dl) |
| BUN | 7 | 9 | 19 | | 24 H | 7-20 | (mg/dl) |
| Creatinine | 0.6 | 0.8 | 0.8 | | 0.6 | 0.6-1.4 | (mg/dl) |
| Bilirubin | | 0.3 | | | 0.1 | 0-1.0 | (mg/dl) |
| Alk Phos | | 47 L | | | 27 L | 50-136 | (U/L) |
| SGOT | | 25 | | | 15 | 8-42 | (U/L) |
| SGPT | | 26 | | | 26 | 0-55 | (U/L) |
| Magnesium | | 1.3 L | | | | 1.6-2.4 | (mg/dl) |
| Phosphorus | | 3.2 | | | | 2.0-4.8 | (mg/dl) |
| Sodium | 136 | 135 | 138 | | 141 | 135-145 | (mmol/L) |
| Potassium | 4.3 | 4.1 | 4.2 | 3.7 | 3.6 | 3.5-5.0 | (mmol/L) |
| Chloride | 100 | 102 | 111 | | 116 H | 97-112 | (mmol/L) |
| CO2 | 38 H | 34 H | 26 | | 23 | 22-30 | (mEq/L) |

Continued next page

** DO NOT DISCARD **
Discharge Cumulative Trend Report

```
                                COGGIN,III,JOHN C
                                000494020
                                I/P 09/17/01
                                (M-04/03/48)
                                Dr. GMS,MAYA
```

O. Garcia-Bustos, M.D. Clinical Director
TPC-Montgomery

From:BMC SOUTH MEDICAL RRDS    13342862626    10/ '2001 08:13 #465 P.021

Baptist Medical Center South
2105 E. South Blvd. Montgomery, AL 36116
Tue Sep 18, 2001 01:46 am
Discharge Cumulative Trend Report from 09/02/01 0000 to 09/17/01 0440

```
Patient Name:      COGGIN,III,JOHN C              Chemistry Profile-Page 12
Med Rec #:         000494020                      Adm: 09/03/01
Dis Date           09/17/01
Phys-Service:      GMS,MAYA - MEDICINE
Acct #:            BC124500179
```
**************************************************************************

---------------------------------------------------------------------------
CHEMISTRY  PROFILE (Cont)                    Last Tech: B1592

| Date: | 09/06 | 09/06 | 09/05 | 09/04 | 09/03 | Normal Range | |
|---|---|---|---|---|---|---|---|
| Time: | 0859 | 0433 | 0609 | 0634 | 0425 | | |
| New Work: | | | | | | | |
| Calcium | 7.0 L | | 7.3 L | 6.3 LP | 5.8 LP | 8.5-10.5 | (mg/dl) |
| Glucose | 110 | | 98 | 83 | 152 H | 60-120 | (mg/dl) |
| POC Glucose | | 203 H | | | | 60-120 | (mg/dl) |
| BUN | 20 | | 13 | 8 | 38 H | 7-20 | (mg/dl) |
| Creatinine | 0.7 | | 0.6 | 0.5 L | 0.8 | 0.6-1.4 | (mg/dl) |
| Sodium | 141 | | 141 | 139 | 139 | 135-145 | (mmol/L) |
| Potassium | 3.9 | | 4.0 | 3.0 L | 3.9 | 3.5-5.0 | (mmol/L) |
| Chloride | 111 | | 109 | 109 | 112 | 97-112 | (mmol/L) |
| CO2 | 27 | | 31 H | 25 | 26 | 22-30 | (mEq/L) |

---------------------------------------------------------------------------
CHEMISTRY  PROFILE                          Last Tech: B1592

| Date: | 09/02 | | | | | Normal Range | |
|---|---|---|---|---|---|---|---|
| Time: | 2234 | | | | | | |
| New Work: | PREV RPT | | | | | | |
| Total Protein | 5.5 L | | | | | 6.4-8.2 | (gm/dl) |
| Albumin | 2.5 L | | | | | 2.9-5.0 | (gm/dl) |
| Calcium | 8.0 L | | | | | 8.5-10.5 | (mg/dl) |
| Glucose | 139 H | | | | | 60-120 | (mg/dl) |
| BUN | 44 H | | | | | 7-20 | (mg/dl) |
| Creatinine | 1.1 | | | | | 0.6-1.4 | (mg/dl) |
| Bilirubin | 0.2 | | | | | 0-1.0 | (mg/dl) |
| Alk Phos | 77 | | | | | 50-136 | (U/L) |
| SGOT | 17 | | | | | 8-42 | (U/L) |
| SGPT | 30 | | | | | 0-55 | (U/L) |
| Amylase | 27 L | | | | | 34-122 | (IU/L) |
| Lipase | 121 | | | | | 114-286 | (U/L) |
| Sodium | 135 | | | | | 135-145 | (mmol/L) |
| Potassium | 3.5 | | | | | 3.5-5.0 | (mmol/L) |
| Chloride | 101 | | | | | 97-112 | (mmol/L) |
| CO2 | 31 H | | | | | 22-30 | (mEq/L) |

---------------------------------------------------------------------------

** DO NOT DISCARD **
Discharge Cumulative Trend Report

COGGIN,III,JOHN C
000494020
I/P 09/17/01
(M-04/03/48)
Dr. GMS,MAYA

C. Gárcia-Erenes, M.D., Clinical Director
FPC-Montgomery    6/8/01

From:BMC SOUTH MEDICAL' 'RDS    13342862626    10    2001 08:13 #465 P.022

**Baptist Medical Center South**
2105 E. South Blvd. Montgomery, AL 36116
Tue Sep 18, 2001 01:46 am
Discharge Cumulative Trend Report from 09/02/01 0000 to 09/17/01 0440

| | | |
|---|---|---|
| Patient Name: | COGGIN,III,JOHN C | Chemistry Profile-Page 13 |
| Med Rec #: | 000494020 | Adm: 09/03/01 |
| Dis Date | 09/17/01 | |
| Phys-Service: | GMS,MAYA - MEDICINE | |
| Acct #: | B0124500179 | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
In:  09/08/01 0616                 ---------------                    Spec: Blood
Out: 09/10/01 0941            | PREALBUMIN |            Techs: VB11586 TB1571
Coll Time: 09/08/01 0500         ---------------
Order Phys: GMS,MAYA                                   [B0124500179/3870652]
```

| Result Name | Result | Normal Range |
|---|---|---|
| Prealbumin(mg/dl): | 13.6 L | 18-35.7 |

O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery  10/8/01

Baptist Medical Center South
2105 E. South Blvd. Montgomery, AL 36116
Tue Sep 18, 2001 01:46 am
Discharge Cumulative Trend Report from 09/02/01 0000 to 09/17/01 0440

```
Patient Name:     COGGIN,III,JOHN C                Serology-Page 14
Med Rec #:        000494020                         Adm: 09/03/01
Dis Date          09/17/01
Phys-Service:     GMS,MAYA - MEDICINE
Acct #:           B0124500179
**********************************************************************
In:  09/04/01 1132     ----------------------------        Spec: Blood
Out: 09/04/01 1207    | H. PYLORI ANTIBODY (QUAL) |   Techs: VB16202 TB2200
Coll Time: 09/04/01 1132----------------------------
Order Phys: GMS,MAYA                                [B0124500179/3866233]

Result Name                    Result

Helicobacter Pylori IgG Anti: NEGATIVE             Negative
```

-------------------------------------------------------------------------

O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery    10/8/01

```
COGGIN,III,JOHN C
000494020
I/P 09/17/01
(M-04/03/48)
Dr. GMS,MAYA
```

** DO NOT DISCARD **
Discharge Cumulative Trend Report

From:BMC SOUTH MEDICAL  RDS       13342862626        10    2001 08:13 #465 P.024

Baptist Medical Center South
2105 E. South Blvd. Montgomery, AL 36116
Tue Sep 18, 2001 01:46 am
Discharge Cumulative Trend Report from 09/02/01 0000 to 09/17/01 0440

```
Patient Name:      COGGIN,III,JOHN C                Microbiology-Page 15
Med Rec #:         000494020                         Adm: 09/03/01
Dis Date           09/17/01
Phys-Service:      GMS,MAYA - MEDICINE
Acct #:            B0124500179
*************************************************************************
                      >> CULTURE BLOOD <<
                        Source: Blood
Coll. Time: 09/11/01 1216   In at: 09/11/01 1216   Acct #: B0124500179
Order Phys: GMS,MAYA                                Techs : VRN
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Out at: 09/17/01 0851          Final [3873488]         Techs: TB2255*
                               -----
```

No Growth After 5 Days

--------------------------------------------------------------------------

```
                      >> CULTURE BLOOD <<
                        Source: Blood
Coll. Time: 09/11/01 1211   In at: 09/11/01 1211   Acct #: B0124500179
Order Phys: GMS,MAYA                                Techs : VB6384
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Out at: 09/17/01 0851          Final [3873487]         Techs: TB2255*
                               -----
```

No Growth After 5 Days

--------------------------------------------------------------------------

End of Report

*10/8/01*

O. Casuela-Brenes, M.D., Clinical Director
FPC-Montgomery

```
COGGIN,III,JOHN C
000494020
I/P 09/17/01
(M-04/03/48)
Dr. GMS,MAYA
```

** DO NOT DISCARD **
Discharge Cumulative Trend Report

From:BMC SOUTH MEDICAL  RDS        13342862626        10/  2001 08:13 #465 P.025

```
                    Baptist Medical Center South
              2105 E. South Blvd. Montgomery, AL 36116
                     Tue Sep 18, 2001 01:46 am
     Discharge Cum Incomplete Work Listing from 09/02/01 0000 to 09/17/01 0440
```

```
Patient Name:      COGGIN,III,JOHN C              Page 1
Med Rec #:         000494020                     Adm: 09/03/01
Dis Date           09/17/01
Phys-Service:      GMS,MAYA - MEDICINE
Acct #:            B0124500179
****************************************************************************
```

```
Accession                                   Collection
  Number    Test Name                 Spec Type  Date & Time   Status
--------------------------------------------------------------------------
```

```
****************************************************************************
         *   All other lab work has been completed   *
                *   Final report!   *
****************************************************************************
```

O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery
10/8/01

```
                           End of Report
****************************************************************************
```

```
                                        COGGIN,III,JOHN C
                                        000494020
                                        I/P 09/17/01
** DO NOT DISCARD **                    (M-04/03/48)
Discharge Cum Incomplete Work Listing   Dr. GMS,MAYA
```

00134

From:BMC SOUTH MEDICAL ~ RDS     13342862626     IU ~ 2001 08:14 #465 P.026

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA  36111
RADIOLOGY REPORT

Patient Name:  COGGIN,JOHN C          Date Performed: 09/02/01 2201
MR #: B000494020                      Patient's Room: MIC-MIC-01
Account #: 0124500179                 Patient Type:I/P
Attending Physician:  GMS,MAYA

Exam                                  Check-in No.
4020   DR-ABDOMEN FLAT & UPR&PA CHEST  1296887
        Ord Diag: ;PAIN

COGGIN, JOHN C.

ABDOMEN FLAT AND UPRIGHT PA CHEST

In the left upper quadrant just below the left 12th rib there
is a cluster of five calcifications which measure about 5 mm
in size are all clumped together and may be within the left
kidney or they could be in the abdomen. There is a non-
specific bowel gas pattern. I see no evidence of
pneumoperitoneum, visceromegaly, or abdominal mass.

IMPRESSION

1.   CLUSTER OF 5 MM CALCIFICATIONS IN LEFT UPPER QUADRANT OF
     THE ABDOMEN WITH A NON-SPECIFIC BOWEL GAS PATTERN AND
     DEGENERATIVE CHANGES OF THE LUMBAR SPINE.

CHEST

There is calcified lymph nodes in hilar region. Calcified
granuloma in right upper lung field. The heart and great
vessels are normal. The lungs are clear.

IMPRESSION

1.   NO ACUTE PULMONIC DISEASE.

                    /READ BY/ JASON H DOREY, M.D.
                    /Released By/ JASON H DOREY, M.D.

     KJ

From:BMC SOUTH MEDICAL RDS     13342862626     10/  2001 08:14 #465 P.027

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA   36111
RADIOLOGY REPORT

Patient Name:  COGGIN,JOHN C
MR #: B000494020
Account #: 0124500179
Attending Physician:  GMS,MAYA

Date Performed: 09/06/01 1957
Patient's Room: NEU-458-0
Patient Type:I/P

Exam
1010   DR-CHEST PA OR AP ONE VIEW
               Ord Diag: ;POSTOP

Check-in No.
1298831

COGGIN, JOHN C

CHEST 9/6/01:

Plate-like atelectasis in the right lung base. Otherwise the
lungs are clear. Heart size is normal. Mediastinum is clear.
Bony thorax is intact. Central line and nasogastric tube well
positioned. No pneumothorax seen.

IMPRESSION:
1.     CVP LINE IS WELL POSITIONED. THERE IS NO PNEUMOTHORAX.

                         /READ BY/ OSCAR P. ORILLE, M.D.
                         /Released By/ OSCAR P. ORILLE, M.D.

     TB

O. García Cárdenas, M.D., Clinical Director
FPC-Montgomery

00136

From:BMC SOUTH MEDICAL~ ~DS    13342862626    10/  ~001 08:14 #465 P.028

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA  36111
RADIOLOGY REPORT

Patient Name:  COGGIN,JOHN C                    Date Performed: 09/11/01 1028
MR #: B000494020                                Patient's Room: SRG-629-0
Account #: 0124500179                           Patient Type:I/P
Attending Physician:  GMS,MAYA

Exam                                            Check-in No.
1020   DR-CHEST ROUTINE PA & LAT 2 VIEWS           1300550
            Ord Diag: 789.00-ABDOMINAL PAIN UNSPECIF

COGGINS,JOHN

CHEST: 9/11/01

Erect PA and lateral views shows the heart size within normal
limits. The lungs are clear of infiltrate. No mass is evident.
A right jugular central line is in place and its tip is in the
superior vena cava. No significant change has occurred since
9/6/01.

IMPRESSION: NO ACUTE ABNORMALITY IS EVIDENT.

                        /READ BY/ BYRON MACHEN, M.D.
                        /Released By/ BYRON MACHEN, M.D.

    NH

O. Garcia-Brenas, M.D., Clinical Directo.
FPC-Montgomery

00137

From:BMC SOUTH MEDICAL+ ?DS    13342862626    10   ?001 08:14 #465 P.029



COGGIN, JOHN
53 Yr
Male    Caucasian
Room:438
Loc:16

Technician: OLDKIA

| | BPM |
|---|---|
| Vent. rate | 115 |
| PR interval | 114 ms |
| QRS duration | 66 ms |
| QT/QTc | 328/442 ms |
| P-R-T axes | 72 64 66 |

ID:000494020    06-SEP-2001 16:49:14    BAPTIST MEDICAL CENTER-48    ROUTINE RECORD

Sinus tachycardia.
Cannot rule out Anterior infarct, age undetermined
Abnormal ECG
No previous ECGs available

Referred by: DR. MAYAKIMS    Confirmed By: ANNE J. JENKINS, M.?

012450179

D/C 1018/01

J. Carlton Jenes, M.D., Clinical Director
FPC Montgomery

25mm/s    10mm/mV    1.50Hz    08IC    128/250    CID: 1    Page 1 of 1

00138

ATE REQUEST TO STAFF ME ͵

UNITED STATES DEPARTM. OF JUSTICE

FEDERAL BUREAU OF PRISONS

TO: (Name and Title of Staff Member):

DR. GARCIA

DATE: 9-18-01

FROM: JOHN COGGIN

REGISTER NO.: 20239-001

WORK ASSIGNMENT: COY - EDUCATION

UNIT: MONTGOMERY - C

SUBJECT: State completely but briefly the problem on which you desire assistance and what you think should be done (GIVE DETAILS).

WHILE IN THE HOSPITAL, ALL MY PROPERTY WAS PACKED OUT. UPON MY RETURN TO THE CAMP LAST NIGHT, I DISCOVERED THAT MY BLOOD PRESSURE MEDICINE WAS MISSING. I INQUIRED ABOUT MY BLOOD PRESSURE MEDICINE WHEN PICKING UP MY OTHER MEDICINES TODAY AT PILL LINE. I WAS ADVISED TO SUBMIT THIS COPOUT IN ORDER TO HAVE MY BLOOD PRESSURE MEDICINE REPLACED. THANK YOU.

(Use other side of page if more space is needed)

(Do not write in this space)

DISPOSITION:

Staff Member Signature

Date

Record Copy - File; Copy - Inmate

(This form may be replicated via WP) Replaces BP-148 of OCT 86

From:BMC SOUTH MEDICAL⌐     ˀOS        13342862626           10⁄   ˀ001 08:03 #466 P.001/029


**Baptist**
HEALTH

**F A C S I M I** L

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named below. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediate notify us by telephone and return the original message to us at the address above via United States Postal Service. Thank you.

To: Federal Prison Camp
    Anita

Company:

Fax: 293-2328

Date: 10/2/01

Total No.
of Pages:
(Including Cover)

Re: John Coggin

From: BMc -
      South

Company:

Tel: 286-2958

Fax:

**Baptist Health**

2055 East South Boulevard
PO Box 11010
Montgomery, AL 36111-0010

10/2/01

John Coggin (cog -

ADDRESSOGRAPH

 **Baptist**
HEALTH
## DISCHARGE INSTRUCTIONS

Date: 9/17/01    Discharged to: Maxwell
Status of Patient: Stable

Follow-up appointment in: ☐ days ☐ weeks with Dr. _____
                          ☐ days ☐ weeks with Dr. _____
Appointment(s): Dr. Kiehll    Day _____ Date Oct 8 Time 8:30 ☐ am ☐ pm
                Dr. _____    Day _____ Date _____ Time _____ ☐ am ☐ pm

| CONTINUE THESE MEDICATIONS | DOSE | FREQUENCY | CONTINUE THESE MEDICATIONS | DOSE | FREQUENCY |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

| NEW MEDICATIONS | DOSE | FREQUENCY | RX GIVEN | NEW MEDICATIONS | DOSE | FREQUENCY | RX GIVEN |
|---|---|---|---|---|---|---|---|
| Tylenol #3 | - |  |  |  |  |  |  |
| Phillocec 40mg | - |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

✓ **Education for new medications:**    ☐ offered & declined    ☐ offered & provided
✓ Medication education (check if applicable) ☐ Coumadin ☐ MAO ☐ Insulin ☐ Diuretics ☐ Lithium

Diet: Reg    Copy Given: ☐ Yes ☐ No ☐ N/A

Type of bath ☐ Tub ☐ Shower ☐ Sponge    Participation in sports _____
Driving, operating machinery _____    Return to work/school on _____
Traveling by car _____    Limit lifting to no more than _____ lbs
Household chores _____    Put no weight on _____
Sexual Activity _____    Other: _____
Doctor _____'s pre-printed discharge instructions reviewed and provided.
Treatment to continue at home: Follow MD orders - increase activity
gradually

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Time of Discharge: _____ ☐ a.m. ☑ p.m. Method of Discharge: ☐ Wheelchair ☐ Stretcher ☐ Carried (Infant) ☐ Other
Personal belongings returned: ☐ Dentures ☐ Partials ☐ Hearing aid ☐ Glasses ☐ Contact lenses ☐ Prosthesis ☐ Shoes ☐ Clothing
N/A ☐ Suitcase/bag/other: _____ ☐ Toiletries ☐ Walker ☐ Cane ☐ Other: _____
Home medications returned to: ☐ N/A ☐ Patient ☐ Family Who: _____
Continuing care assistance (Nursing Home, Home Health, Hospice, etc.): _____ ☐ N/A

EQUIPMENT: ☐ N/A ☐ Wheelchair ☐ Cane ☐ Walker ☐ Bedside Commode ☐ Bed ☐ Other (Specify) _____
Equipment education provided: ☐ Nurses ☐ Other: _____

*Acknowledgement: I understand the above instruction(s). I have received my personal belongings, home medication, follow up instructions and/or prescriptions.*

Claire S. Wiggins, RN -
**Nurse Discharging Patient**

A/E Carter    9/17/01
*Signature    Date
                9/17/01
*Relationship to patient, if other than patient signature

00141

## FOOD AND DRUG INTERACTION GUIDE

The Dietetics and Pharmacy Departments want you to be aware of some common interactions that may occur between foods and the drugs that may be prescribed for you. We have prepared this information sheet as a guide to the potential interactions. It does not list all possible food-drug interactions, nor does it include possible drug-drug interactions. You are encouraged to contact your doctor, pharmacist or dietitian if you have questions or concerns.

*COUMADIN* - Do not increase or decrease your **usual** consumption of foods high in Vitamin K content, such as:

| | | |
|---|---|---|
| broccolli | canola & soybean oil | mustard greens |
| brussels sprouts | endive, lettuce | spinach |
| cabbage | herbal teas | tomatoes |
| collard greens | kale | |

*DIURETICS* - *(examples: Hydrochlorothiazide, Lasix, Bumex) Your physician may instruct you to eat foods high in potassium, such as:*

| | | | |
|---|---|---|---|
| apricots | dates | nectarine | prunes |
| asparagus | dried beans | nuts | spinach |
| bananas | figs | okra | tomatoes |
| brussels sprouts | honeydew melon | oranges | winter squash |
| cantaloupe | meat, fish, poultry | pears, fresh | chocolate |
| milk | potatoes, white & sweet | | |

*IRON SUPPLEMENTS:* - (examples: Feosol, Ferrous Sulfate, Fergon) Avoid taking with milk, eggs, coffee or tea.) These medications should not be taken at mealtime or within on hour after a meal. Add liquid iron to water or juice and drink through a straw to prevent tooth stains.

*LITHIUM:* - (examples: Lithane, Eskalith, Lithobid) Maintain a regular diet which includes salt intake and 8 - 12 glasses of water daily.

*TETRACYCLLINE* - Avoid milk, milk products and calcium supplements. If necessary, these items may be taken one hour before or two hours following medical administration.

*MONOAMINE OXIDASE INHIBITORS (MAOI)* - (examples: Matulane, Nardil, Parnate) Avoid foods with high tyramine content while taking the medication and for 2 weeks following discontinuation:

| | |
|---|---|
| alcoholic beverages, beer, nonalcoholic beer | Meat extracts, meat tenderizers |
| aged, cured, smoked, pickled, fermented, marinated or salted meats and fish | Miso (soybean paste used in Oriental cooking) |
| anchovies, pickled herring | nonfresh meats, livers (all types) |
| avocado, any overripe fruit | olives, pickles, chili peppers |
| banana, banana peel, canned figs | peanuts |
| bean curd, black bean sauce | pizza |
| broad beans (fava or "Italian" green beans | raisins, raspberries |
| caffeine in excessive amounts | sauerkraut |
| caviar | soy sauce |
| cheese or cheese products (All kinds) | teriyaki sauce |
| chocolate | yeast extracts (read labels on soup bases, packet soups and vitamin |
| cream from unpasteurized milk | preparations, brewer's yeast [ "marmite, "Bovril"] |
| dry sausage, Lebanon bologna, bacon | yogurt, sour cream |
| hotdogs, pepperoni, Genoa and hard salami | |

## Medications not to be taken with alcoholic beverages:

| | |
|---|---|
| Anticonvulsants (Dilantin, Mysoline, Depakote, etc) | Antihistamines |
| Antabuse | Flagyul (metronidazole |
| Nizoral | Sleeping medications (dalmane, halcyon, restoril, etc. |
| Pain/anxiety medications (codiene, xanax, valium, etc.) | Coumadin |

9/25/01
Second
Request

UNITED STATES GOVERNMENT
Department of Justice
Federal Bureau of Prisons
Federal Prison Camp
Health Services Unit, Bldg. 1226
Maxwell Air Force Base, Alabama 36112

PATIENT: Coggin, John    Registration #: 20237-001
                                     DOB: 4-3-48

authorize/request Baptist Medical Center
                          to release to:
Federal Prison Camp
Health Services Unit, Bldg. 1226
Maxwell Air Force Base, Alabama 36112

9/19/01
O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery

to release to:
FPC- Montgomery
Fax 334-293-2328
Phone 334-293-2148

the following records concerning treatment:

All Inpatient records
He did not come back with any records
Thanks

I understand this information will be used for further treatment and/or for billing purposes.

Date: 9-18-01

Signature: Anita Robinson Med Records    9/19/01
                                                     O. Garcia-Brenes, M.D., Clinical Director
                                                     FPC-Montgomery

PHONE NUMBER: 334-293-2168    FAX NUMBER: 334-293-2328

TRANSMISSION VERIFICATION REPORT

TIME : 09/18/2001 08:18
NAME : FPC MONTGOMERY AL
FAX  : 3342932328
TEL  : 3342932168

| DATE,TIME | 09/18  08:17 |
|---|---|
| FAX NO./NAME | 92863343 |
| DURATION | 00:00:25 |
| PAGE(S) | 01 |
| | COVERPAGE |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

O Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery

9/19/01

TRANSMISSION VERIFICATION REPORT

```
TIME : 09/25/2001 08:37
NAME : FPC MONTGOMERY AL
FAX  : 3342932328
TEL  : 3342932168
```

```
DATE,TIME            09/25  08:37
FAX NO./NAME         92863343
DURATION             00:00:26
PAGE(S)              01
                     COVERPAGE
RESULT               OK
MODE                 STANDARD
                     ECM
```

9/19/01

O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery

University of Alabama School of Medicine
MONTGOMERY INTERNAL MEDICINE RESIDENCY PROGRAM &     CLINIC
4371 Narrow Lane Road
Montgomery, AL 36116  (334) 284-5211

Patient's Name _Coggin, John_

Address _____     Date _9/17/01_

**Rx**

Prilosec 20 mg #60
Sig: T tab PO bid

_9/17/01_
_Garcia-Iranys, M.D., Clinical Director_
_PPC-Montgomery_

PRODUCT SELECTION PERMITTED _____ MD          _____ MD
DISPENSE AS WRITTEN

Physician's PRINTED Name **Dr. C. Derek Reid**          Medicaid Provider # _____

REFILL 0  1  2  3  4  (5)  PRN     Label ___ Yes ___ No     DEA No. _BMK AM045 4431 0332 LY_

---

University of Alabama School of Medicine
MONTGOMERY INTERNAL MEDICINE RESIDENCY PROGRAM &
4371 Narrow Lane Road
Montgomery, AL 36116  (334) 284-5211

Patient's Name _Coggin, John_

Address _____     Date _9/17/01_

**Rx**

Tylenol #3  #30
Sig: T tab q 4-6° PRN pain

_9/17/01_
_Garcia-Iranys, M.D., Clinical Director_
_PPC-Montgomery_

**Dr. C. Derek Reid**
_____ MD          _____ MD
PRODUCT SELECTION PERMITTED          DISPENSE AS WRITTEN

Physician's PRINTED Name _____          Medicaid Provider # _____

REFILL 0  1  2  3  4  5  PRN     Label ✓ Yes ___ No     DEA No. _BMK AM045 4431 0332 LY_

INMATE:

**MEDICAL RESTRICTION**
**FPC-MONTGOMERY**
**MONTGOMERY, ALABAMA**

*extended*

UNIT: COLSON

DATE: 10/18/01

DETAIL: B 4-03-1848
MAXWELL AFB, AL 36112

**PLEASE BE ADVISED THAT THE ABOVE NAMED INMATE HAS BEEN GIVEN THE FOLLOWING MEDICAL CLASSIFICATION STATUS:**

☐    MEDICAL IDLE UNTIL _____ ,

☒    MEDICAL CONVALESCENCE until ___11_/_18_/_01_ ,

☐    MEDICALLY UNASSIGNED/NO DUTY until _____ ,

☐    RESTRICTED DUTY: State type of restrictions _____

_____ until _____

☐    REGULAR DUTY

☐    OTHER: _____

_____

O. Garcia Brenes, M.D., Clinical Director
FPC-Montgomery

Signed: _____

**DEFINITIONS AND INSTRUCTIONS**

**MEDICAL IDLE** - Temporary disability not to exceed seven (7) days duration including weekends and holidays. Restricts inmate to the immediate vicinity of the patient's cubicle except for meals, religious services, sick call, visitation, and callouts. (ABSOLUTELY NO RECREATIONAL ACTIVITIY).

**MEDICAL CONVALESCENT** - Recovery period for operation, injury, or serious illness. Not to exceed thirty (30) days, subject to renewal. Full institutional and recreational privileges, subject only to medical limitations.

**MEDICALLY UNASSIGNED** - No work pending further medical evaluation by the Clinical Director. No recreation including sports or weight lifting activities.

**REGULAR DUTY** - No restrictions to work or recreational activity.

**REGULAR DUTY WITH RESTRICTIONS** - Restricted from work around machinery, heights, heavy lifting, sports activities, etc., because of physical or mental condition. List limitation and effective time period.

WHITE: Medical Record
CANARY: Health Information
PINK: Work Supervisor
GOLDENROD: Inmate

000147

INMATE:

**MEDICAL RESTRICTION**
**FPC-MONTGOMERY**
**MONTGOMERY, ALABAMA**

C#4 Educ

UNIT:

DETAIL: FC MAXWELL, BLDG 1826
MAXWELL AFB, AL 36118

DATE: 9/21/01

PLEASE BE ADVISED THAT THE ABOVE NAMED INMATE HAS BEEN GIVEN THE FOLLOWING
MEDICAL CLASSIFICATION STATUS:

☐    MEDICAL IDLE UNTIL _____ ,

☒    MEDICAL CONVALESCENCE until ___10 / 20 / 01___ ,

☐    MEDICALLY UNASSIGNED/NO DUTY until _____ ,

☐    RESTRICTED DUTY:  State type of restrictions _____

_____ until _____

☐    REGULAR DUTY

☐    OTHER: _____

_____

_____ O. Garcia-Brunar, M.D., Clinical Director
                                                    FPC-Montgomery

                                  Signed: _____

**DEFINITIONS AND INSTRUCTIONS**

**MEDICAL IDLE** - Temporary disability not to exceed seven (7) days duration including
weekends and holidays. Retricts inmate to the immediate vicinity of the patient's cubicle
except for meals, religious services, sick call, visitation, and callouts.
(ABSOLUTELY NO RECREATIONAL ACTIVITIY).

**MEDICAL CONVALESCENT** - Recovery period for operation, injury, or serious illness. Not
to exceed thirty (30) days, subject to renewal. Full institutional and recreational
privileges, subject only to medical limitations.

**MEDICALLY UNASSIGNED** - No work pending further medical evaluation by the Clinical
Director. No recreation including sports or weight lifting activities.

**REGULAR DUTY** - No restrictions to work or recreational activity.

**REGULAR DUTY WITH RESTRICTIONS** - Restricted from work around machinery, heights,
heavy lifting, sports activities, etc., because of physical or mental condition.
List limitation and effective time period.

WHITE: Medical Record
CANARY: Health Information
PINK: Work Supervisor
GOLDENROD: Inmate

000148

INMATE:

COGGIN, JOHN
20237-001

UNIT: MONT

DETAIL: COY EDUCATION

---

MEDICAL RESTRICTION
FPC-MONTGOMERY
MONTGOMERY, ALABAMA

COY Educ

DATE: 8/23/01

---

**PLEASE BE ADVISED THAT THE ABOVE NAMED INMATE HAS BEEN GIVEN THE FOLLOWING MEDICAL CLASSIFICATION STATUS:**

☒ MEDICAL IDLE UNTIL ___08/24/01___ ,

☐ MEDICAL CONVALESCENCE until _____ ,

☐ MEDICALLY UNASSIGNED/NO DUTY until _____ ,

☐ RESTRICTED DUTY: State type of restrictions _____

_____ until _____

☐ REGULAR DUTY

☐ OTHER: _____

_____

_____

D. Garcia-Bruce, M.D., Clinical Director    Signed: _Beverly R. Downs, LPN_
FPC Montgomery

B.R. DOWNS, LPN,
QA&INF.COMT.COORD.
FPC MONTGOMERY

**DEFINITIONS AND INSTRUCTIONS**

**MEDICAL IDLE** - Temporary disability not to exceed seven (7) days duration including weekends and holidays. Retricts inmate to the immediate vicinity of the patient's cubicle except for meals, religious services, sick call, visitation, and callouts. (ABSOLUTELY NO RECREATIONAL ACTIVITIY).

**MEDICAL CONVALESCENT** - Recovery period for operation, injury, or serious illness. Not to exceed thirty (30) days, subject to renewal. Full institutional and recreational privileges, subject only to medical limitations.

**MEDICALLY UNASSIGNED** - No work pending further medical evaluation by the Clinical Director. No recreation including sports or weight lifting activities.

**REGULAR DUTY** - No restrictions to work or recreational activity.

**REGULAR DUTY WITH RESTRICTIONS** - Restricted from work around machinery, heights, heavy lifting, sports activities, etc., because of physical or mental condition. List limitation and effective time period.

WHITE: Medical Record
CANARY: Health Information
PINK: Work Supervisor
GOLDENROD: Inmate

000149

INMATE: Coggin, John

Reg# 20231·001

DOB 4/3/48

UNIT: _____

DETAIL: CO4 Educ

MEDICAL RESTRICTION
FPC-MONTGOMERY
MONTGOMERY, ALABAMA

DATE: July 3, 2001

PLEASE BE ADVISED THAT THE ABOVE NAMED INMATE HAS BEEN GIVEN THE FOLLOWING
MEDICAL CLASSIFICATION STATUS:

☒ MEDICAL IDLE UNTIL ___July 31, 2001___ ,

☐ MEDICAL CONVALESCENCE until _____ ,

☐ MEDICALLY UNASSIGNED/NO DUTY until _____ ,

☐ RESTRICTED DUTY:  State type of restrictions _____

_____ until _____

☐ REGULAR DUTY

☐ OTHER: _____

_____

_____

8/10/01

O. Garciabrenes, M.D., Clinical Director    Signed: Beverly R. Devac LPN
FPL, Montgomery

DEFINITIONS AND INSTRUCTIONS

MEDICAL IDLE - Temporary disability not to exceed seven (7) days duration including
weekends and holidays. Retricts inmate to the immediate vicinity of the patient's cubicle
except for meals, religious services, sick call, visitation, and callouts.
(ABSOLUTELY NO RECREATIONAL ACTIVITIY).

MEDICAL CONVALESCENT - Recovery period for operation, injury, or serious illness. Not
to exceed thirty (30) days, subject to renewal. Full institutional and recreational
privileges, subject only to medical limitations.

MEDICALLY UNASSIGNED - No work pending further medical evaluation by the Clinical
Director. No recreation including sports or weight lifting activities.

REGULAR DUTY - No restrictions to work or recreational activity.

REGULAR DUTY WITH RESTRICTIONS - Restricted from work around machinery, heights,
heavy lifting, sports activities, etc., because of physical or mental condition.
List limitation and effective time period.

WHITE: Medical Record
CANARY: Health Information
PINK: Work Supervisor
GOLDENROD: Inmate

000150

INMATE:

COLGIN, JOHN
20037-001

UNIT: _____

DETAIL: _____

**MEDICAL RESTRICTION**
**FPC-MONTGOMERY**
**MONTGOMERY, ALABAMA**

064 Edu.

DATE: 02-25-01

---

**PLEASE BE ADVISED THAT THE ABOVE NAMED INMATE HAS BEEN GIVEN THE FOLLOWING MEDICAL CLASSIFICATION STATUS:**

☑ MEDICAL IDLE UNTIL _____02-25-01_____ ,

☐ MEDICAL CONVALESCENCE until _____ ,

☐ MEDICALLY UNASSIGNED/NO DUTY until _____ ,

☐ RESTRICTED DUTY:  State type of restrictions _____

_____ until _____

☐ REGULAR DUTY

☐ OTHER: _____

_____

_____

Signed: _____

### DEFINITIONS AND INSTRUCTIONS

**MEDICAL IDLE** - Temporary disability not to exceed seven (7) days duration including weekends and holidays. Raticts inmate to the immediate vicinity of the patient's cubicle except for meals, religious services, sick call, visitation, and callouts. (ABSOLUTELY NO RECREATIONAL ACTIVITIY).

**MEDICAL CONVALESCENT** - Recovery period for operation, injury, or serious illness. Not to exceed thirty (30) days, subject to renewal. Full institutional and recreational privileges, subject only to medical limitations.

**MEDICALLY UNASSIGNED** - No work pending further medical evaluation by the Clinical Director. No recreation including sports or weight lifting activities.

**REGULAR DUTY** - No restrictions to work or recreational activity.

**REGULAR DUTY WITH RESTRICTIONS** - Restricted from work around machinery, heights, heavy lifting, sports activities, etc., because of physical or mental condition. List limitation and effective time period.

WHITE: Medical Record
CANARY: Health Information
PINK: Work Supervisor
GOLDENROD: Inmate

000151

## MEDICAL REPORT OF DUTY STATUS

**NAME** Coggin. John

**HOSPITAL REGISTRATION NO** 20237-001

**ADDRESS** MONT C / Grounds

| INPATIENT | INCLUSIVE DATES OF TREATMENT From: 9/23/99 | | Through: 9/26/99 | |
|---|---|---|---|---|
| OUTPATIENT | DATE | TIME ARRIVED | A.M./P.M. | TIME DEPARTED | A.M./P.M. |

| DISPOSITION | Can resume usual occupation | 9/26/99 w no fracture | DATE | Can perform limited duties as specified under REMARKS | DATE |
|---|---|---|---|---|---|
| | To return to clinic | 9/24/99 X Rays | DATE | To be hospitalized | DATE |
| | OTHER (Specify) | Idle | | | |

**REMARKS**

**NAME AND LOCATION OF HOSPITAL OR CLINIC** FPC MON

**SIGNATURE OF MEDICAL OFFICER OR MEDICAL RECORD LIBRARIAN** ORLANDO UTERO, P.A. FPC MONTGOMERY

**DATE** 9-23-99

IHS-131 (1/88)

**MEDICAL REPORT OF DUTY STA**

| PATIENTS NAME | | HOSPITAL REGISTRATION NO. |
|---|---|---|
| COGGINS, JOHN | | 20237-001 |

ADDRESS    UNASS    MONT C

| INPATIENT | INCLUSIVE DATES OF TREATMENT | | |
|---|---|---|---|
| | From: 8-31-99 | Through: 9-13-99 | |

| OUTPATIENT | DATE | TIME ARRIVED | TIME DEPARTED |
|---|---|---|---|
| | | A.M. / P.M. | A.M. / P.M. |

| DISPOSITION | Can resume usual occupation | DATE 9-14-99 | Can perform limited duties as specified under REMARKS | DATE |
|---|---|---|---|---|
| | To return to clinic | DATE | To be hospitalized | DATE |
| | OTHER *(Specify)* | | | |

REMARKS

Bottom Bunk
X 2 week

| NAME AND LOCATION OF HOSPITAL OR CLINIC | SIGNATURE OF MEDICAL OFFICER OR MEDICAL RECORD LIBRARIAN | DATE |
|---|---|---|
| FPC MONT | WALTER ... FPC MONT... | 8-31-99 |

IHS-131 (1/89)    BF

---

**MEDICAL REPORT OF DUTY STATUS**

| PATIENTS NAME | | HOSPITAL REGISTRATION NO. |
|---|---|---|
| 20237-001 COGGINS JOHN | | |

ADDRESS    UNASS.    MONT-C

DOB 06-03-1944
FPC MAXWELL, BLDG 1220
MAXWELL AFB, AL 36112

| INPATIENT | INCLUSIVE DATES OF TREATMENT | | |
|---|---|---|---|
| | 9-1-99 | Through: 9-7-99 | |

| OUTPATIENT | DATE | TIME ARRIVED | TIME DEPARTED |
|---|---|---|---|
| | | A.M. / P.M. | A.M. / P.M. |

| DISPOSITION | Can resume usual occupation | DATE 9-8-99 | Can perform limited duties as specified under REMARKS | DATE |
|---|---|---|---|---|
| | To return to clinic | DATE | To be hospitalized | DATE |
| | OTHER *(Specify)* | | | |

REMARKS

IDLE X 7 DAYS

00153

| NAME AND LOCATION OF HOSPITAL OR CLINIC | SIGNATURE OF MEDICAL OFFICER OR MEDICAL RECORD LIBRARIAN | DATE |
|---|---|---|
| FPC MONT. | WALTER MARTIN, P.A. FPC MONTGOMERY | 9-1-99 |

IHS-131 (1/89)    BF

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**INMATE INJURY ASSESSMENT AND FOLLOWUP**
*(Medical)*

| 1. Institution | 2. Name of Injured | 3. Register Number |
|---|---|---|
| FPC Mon | Cossin, John II | 20237-001 |

| 4. Injured's Duty Assignment | 5. Housing Assignment | 6. Date and Time of Injury |
|---|---|---|
| Grounds - | Mont C | 9-21-99 0800 Approx |

| 7. Where Did Injury Happen (Be specific as to location) | Work Related? | 8. Date and Time Reported for Treatment |
|---|---|---|
| By runaway - | ☑ Yes  ☐ No | 9-23-99 1015 |

**9. Subjective:** (Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)

" I was trying to start the blower and I was pulling the cord and I was standing next to the trailer when I hit my hand with the ___ Coggin
side of the trailer"

*Signature of Patient*

**10. Objective:** (Observations or Findings from Examination) | X-Rays Taken ___ Not Indicated ___

X-Ray Results ordered -

A0X3NAD amb 5 assistance 5/10 -
WM NKDA Exam: Slight Swelling of distal portion MCP3 2nd -
Swelling over proximal portion 1st Phalanx R index fign - ROM ↓
due to pain & swelling - pain apparent during palpation over
the area - no external deformity felt noted no abrasion or laceration
noted

**11. Assessment:** (Analysis of Facts Based on Subjective and Objective Data)
① Painful (R) hand Index fign aura
R/o Fracture distal MC 2nd
R/o Dislocation R/o Fracture
Proximal Phalanx
index fign

**12. Plan:** (Diagnostic Procedures with Results, Treatment and Recommended Follow-up)
① Ice pack × 20 min Q3-4 hrs -
② Motrin 800 mg tab ___ PO tid ē food prn pain #30
③ X-Rays (R) hand → R/o Fx. ⑥ to be F/up by duty PA -
④ Idle 48 hrs - ⑤ Immobilized ē Splint. after X-Rays -

**13. This Injury Required:**

☐ a. No Medical Attention
☑ b. Minor First Aid
☐ c. Hospitalization
☐ d. Other (explain)

_____
☐ e. Medically Unassigned
☐ f. Civilian First Aid Only
☐ g. Civilian Referred to Community Physician

*Signature of Physician of Physician Assistant*

Original – Medical File
Canary – Safety
Pink – Work Supervisor (Work related only)
Goldenrod – Correctional Supervisor

*Self Carboned Form – If ballpoint pen is used,* **PRESS HARD**

00154

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**INMATE INJURY ASSESSMENT AND FOLLOWUP**
*(Medical)*

| 1. Institution | 2. Name of Injured | 3. Register Number |
|---|---|---|
| FPC Mont. | COGGIN'S JOHN | 20237-001 |

| 4. Injured's Duty Assignment | 5. Housing Assignment | 6. Date and Time of Injury |
|---|---|---|
| UNASS. | Mont. C | 8-31-99    0530 |

| 7. Where Did Injury Happen (Be specific as to location) | Work Related? | 8. Date and Time Reported for Treatment |
|---|---|---|
| INMATE'S BUNK | ☐ Yes  ☑ No | 8-31-99    1405 |

**9. Subjective:** (Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)

States while getting off my top bunk I twisted my (L) knee. I didn't fall.

*Signature of Patient* C. Coo___

**10. Objective:** (Observations or Findings from Examination)

NAD  full ROM c̄    X-Rays Taken ☐ order  Not Indicated ___

**X-Ray Results**

crepitus, ⊖ effusion, ⊖ McMurray ⊖ drawer  tenderness medially  NKDA

**11. Assessment:** (Analysis of Facts Based on Subjective and Objective Data)

(L) Knee Sprain

Patient education and instruction given
for __Knee Sprain__, relative to medication
treatments, activities, diet and self-care.
Voices understanding. Return to HSU as needed.

**12. Plan:** (Diagnostic Procedures with Results, Treatment and Recommended Follow-up)

1. Apply Ice as directed X 24 hours.
2. Motrin 400 g TID c̄ food X 7 days.
3. Bottom Bunk X 2 week.

**13. This Injury Required:**

☐ a. No Medical Attention

☐ b. Minor First Aid

☐ c. Hospitalization

☑ d. Other (explain)

as above

☐ e. Medically Unassigned

☐ f. Civilian First Aid Only

☐ g. Civilian Referred to Community Physician

9/2/99

*Signature of Physician or Physician Assistant*

Original - Medical File
Canary - Safety
Pink - Work Supervisor (Work related only)
Goldenrod - Correctional Supervisor

USP LVN

**Self Carboned Form** – If ballpoint pen is used, **PRESS HARD**


Printed on Recycled Paper

00155
BP-362(60)

INMATE REQUEST TO STAFF MEMBER       BP-148

UNITED STATES DEPARTMENT OF JUSTICE          FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| TO: (Name and Title of Staff Member) | DATE: 8-30-01 |
| WARDEN DeROSA | 01 AUG 31 AM 12: 11 |
| FROM: JOHN C. COGGIN | REGISTER NO.: 20237-001 |
| WORK ASSIGNMENT: CO4 EDUCATION - LIBRARY CLERK | UNIT: MONTGOMERY-C |

**SUBJECT:** State completely but briefly the problem on which you desire assistance and what you think should be done *(GIVE DETAILS)*.

WARDEN: I RESPECTFULLY REQUEST AN EMERGENCY MEDICAL FURLOUGH.
I HAVE BEEN SUFFERING FROM EXCRUCIATING PAIN IN MY UPPER
ABDOMEN FOR OVER A MONTH. ON WED 8-29-01 I WAS EXAMINED BY
LOCAL SURGEON DR. A. WILLIAMS. HE RECOMMENDED IMMEDIATE
SURGERY TO REMOVE MY GALLBLADDER. HIS RECOMMENDATION WAS
BASED IN PART ON HIS FINDING THAT THERE IS A POLYP
IN THE GALLBLADDER WHICH COULD BE CANCEROUS.
    I RESPECTFULLY REQUEST THIS EMERGENCY MEDICAL
FURLOUGH IN ORDER TO GO TO THE UAB-KIRLIN CLINIC
IN BIRMINGHAM IN ORDER TO HAVE THIS SURGERY DONE
                                                      (OVER)

(Use other side of page if more space is needed)

(Do not write in this space)

DISPOSITION:

Pt has been seen and evaluated by a local surgeon,
whose impression was that pt has biliary colic caused
by a polyp or cholelithiasis. Surgeon had planned to do
a laparoscopic cholecystectomy (removal of gallbladder through
small holes, using a camera/TV monitor) or intraoperatively
cholecystectomy (open gallbladder removal) Pt. had been
scheduled for surgery.

                                                      9/4/01

O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery

Staff Member Signature                                Date

Record Copy - File; Copy - Inmate        (This form may be replicated via WP) Replaces BP-148 of OCT 86

RIGHT AWAY. I H...E COMPLETE MEDICAL INSURANCE TO COVER SO I WILL BE SAVING THE BOP AND THE CAMP SUBSTANTIAL COSTS.

I CANNOT STAND THIS PAIN MUCH LONGER. I HUMBLY BESEECH YOU TO GRANT MY REQUEST.

RESPECTFULLY,

Joe Coggin

00157

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| : (Name and Title of Staff Member) EYE DOCTOR | DATE: 8-23-00 |
| FROM: JOHN COGGIN | REGISTER NO.: 20237-001 |
| WORK ASSIGNMENT: CO-4   EDUCATION | UNIT: MONTGOMERY - C |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I WOULD LIKE TO SCHEDULE
AN EYE CHECKUP. THANK YOU.

(Do not write below this line)

DISPOSITION:

You were just seen by the Optometrist on April 28, 00
If you are having a problem, please
report to Sick-Call

A. Robinson, HIT
FPC-Montgomery                              //

| Signature Staff Member | Date 8-28-00 | 00158 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)        This form replaces BP-148.070 dated OCT 86
                                            and BP-S148.070 APR 94

| Health Clinic - EYE DEPT. | DATE: 3/10/00 |
| FROM: JOHN C. COGGIN | REGISTER NO.: 20239-001 |
| WORK ASSIGNMENT: CO-4 EDUCATION | UNIT: MONTGOMERY — C |

SUBJECT: State completely but briefly the problem on which you desire assistance and what you think should be done (PUT DETAILS)

I NEED TO SEE THE EYE
DOCTOR TO HAVE MY EYES CHECKED
FOR GLASSES. THANK YOU.

DISPOSITION:

On Call-out for 4-28-00

A. Robinson, HI
FPC-Montgomery

A. Robinson, MT                                    4-27-00

U.S. DEPARTMENT OF J    E    ::    ^ERAL BUREAU OF PRISONS

**Directions:**

Use the following criteria to counsel the patient who is tested for the HIV antibody. Check off each item as they are discussed. Write NA beside any item that is inappropriate to the situation. Secure this form until pre- and post-test counseling is completed, then file this form in the patient's chart, documenting in progress notes that counseling was completed as provided on forms BP-490(61), BP-491(61), and BP-492(61), as appropriate.

**PRE-TEST:**

_____ 1.   Explain purpose of session.

_____ 2.   Explain confidentiality.

_____ 3.   Explain HIV antibody test.

     _____ a.   What AIDS is
     _____ b.   What the test is
     _____ c.   Test Procedure
     _____ d.   Meaning of test results
     _____ e.   Inability of detect early infections (false negatives.)
     _____ f.   Possibility of false positives
     _____ g.   Possible need for additional testing
     _____ h.   Complications and consequence of a positive test.

_____ 4.   List risk factors.

_____ 5.   Explain prevention recommendations for persons with possible exposure.

_____ 6.   Obtain informed consent (when applicable).

_____ 7.   Risk Reduction Behaviors.  Educational material provided.

_____ 8.   Patient Reactions/Comments.

Inmate Name: JOHN COGGIN    Register No: 20237-001

I understand the above information about the HIV test.

Signature of Inmate / Date'    Signature of Staff Counselor

00160

Counseling Documentation

POST-TEST:   Seronegative

___✓___ 1.   Explain purpose of session.

___✓___ 2.   Review confidentiality.

___✓___ 3.   Test Information

    ___✓___ a.   Inform patient of negative test result.
    ___✓___ b.   Explain purpose of test.
    ___✓___ c.   Identify remaining risks.
    _____ d.   Explain inability of test to detect early infections. (false negatives)

___✓___ 4.   Explain risk reduction behaviors (high risk)

___✓___ 5.   Discussed follow-up testing (high risk)

___✓___ 6.   Give additional education material if requested.

___✓___ 7.   Patients Reactions/Level of Understanding/Comments

I understand the above information.

x _J. L. Coggin_____          x _Beverly R. Davis, LPN_

   Signature of Inmate                Signature of Staff Counselor

x _9-15-99_____

   Date

************************************************************************

Seropositive Post-Test Counseling

_____ 1.   Confidentiality review.

_____ 2.   Patient informed of results of test by physician.

_____ 3.   Patient referred to the psychology department for follow-up counseling.

_____          _____

   Signature of Inmate                Signature of Staff Counselor

_____

   Date

00161

BP-S148.070                    ATE REQUEST TO STAFF MEN.                    CDFRM SEP 98
UNITED STATES DEPARTMEN'. OF JUSTICE                    .EDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| DENTAL    STAFF | 9/2/99 |
| FROM: | REGISTER NO.: |
| JOHN    COGGIN | 20237-001 |
| WORK ASSIGNMENT: | UNIT: |
| UNASS. | MONTG.    C |

**SUBJECT: State completely but briefly the problem on which you desire assistance and
what you think should be done (GIVE DETAILS).**

I would appreciate being added to the
list for dental cleaning. Thank you.

                                        John Coggin

(Use other side of page if more space is needed)

(Do not write in this space)

DISPOSITION:

        YOUR NAME HAS BEEN ADDED
        TO THE DENTAL TREATMENT
        LIST.  WATCH THE CALLOUT
        FOR YOUR APPOINTMENT.

        IF YOU ARE IN PAIN,
        REPORT TO SICK CALL.

        P  CHAFIN, RDH
        FPC MONTGOMERY

P. Chafin
Staff Member Signature                              9/13/99
                                                      Date

Record Copy - File: Copy - Inmate          00162
                            (This form may be replicated via WP) Replaces BP-148 of OCT 86

INMATE REQUEST TO STAFF MEMBER                    COFRM SEP 98
UNITED STATES DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| MS. ROBINSON - MEDICAL RECORDS ADMINISTRATOR | NOV. 1, 2001 |
| FROM: JOHN COGGIN | REGISTER NO.: 20237-001 |
| WORK ASSIGNMENT: MEDICAL CONVALESENT | UNIT: MONT. — C |

**SUBJECT:** State completely but briefly the problem on which you desire assistance and what you think should be done _(GIVE DETAILS)_.

MS. ROBINSON

    I REQUEST A COPY OF MY MEDICAL RECORDS. I WILL BE RELEASED FROM FPC MAXWELL ON TUESDAY NOVEMBER 13, 2001. PLEASE MAIL A COPY OF MY RECORDS TO ME AT :

          P.O. BOX 19961

          BIRMINGHAM, AL 35219

THANK YOU SO MUCH FOR YOUR EARLIEST POSSIBLE ATTENTION TO THIS REQUEST.

          JOHN COGGIN

(Use other side of page if more space is needed)

(Do not write in this space)

DISPOSITION:

Records mailed to address provided

Robinson, HIT
RRC Montgomery

Staff Member Signature

11/19/01
Date

00163

Record Copy - File; Copy · Inmate

(This form may be replicated via WP) Replaces BP-148 of OCT 86

BP-S351.060 **MEDICAL/PSYCHOLOGICAL EVALUATION FOR TRANSFER TO** CDFRM
JUL 99    **CCC TYPE FACILITY**
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

Name _____ Register Number _____ Date 7/17/?

This subject is under consideration for transfer to:
___ CCC _X_ Contract Facility (Halfway House) ___ State Institutions or other non-Bureau of Prisons facilities

If CCC Halfway House transfer, is inmate on DEA controlled medication(s)?
___ Yes _X_ No (If yes, not eligible for placement in CCC Halfway House)

Location: _Birmingham, AL_                  Expected date of transfer 4/15/02

Proposed occupation or activity, if known: Case Manager: _____

**Medical Status**

_X_ 1. Healthy with no evidence of significant medical problems.
___ 2. Minor medical problems only; Frequent evaluation by Medical Department without evidence of medical disease.
___ 3. Has significant medical disorder; under good control and will need follow up medical care and supervision (Specify No. 3 below).
___ 4. Has an uncontrolled significant disorder (Specify No. 4 below).
___ 5. Has one or more mild chronic or recurrent medical problems which may interfere with work performance (Specify No. 5 below).
___ 6. Is in the process of diagnostic evaluation or specific treatment; recommended for transfer after completion.

**Mental Health Status**

_X_ 1. Healthy with no evidence of mental problems.
___ 2. History of mental health problems; no current symptoms; no follow up care needed.
___ 3. Mild or recurring mental health problems managed without medication; may require periodic intervention and supervision (Specify No.3 below).
___ 4. Mental health problems under control with medication; will need regular follow up care and supervision (Specify No.3 below).
___ 5. Mental health problems; noncompliant with recommended treatment; will need close monitoring and follow up care (Specify No.4 below).
___ 6. Is in the process of diagnostic evaluation or specific treatment; recommended for transfer after completion.

Medical Diagnosis(In Layman Terms): High Blood Pressure.

Mental Health Diagnosis(In Layman Terms):

Medication: Sinopril

Remarks:

Remarks:

**Dental Status**

_X_ 1. Suitable with no evidence of significant dental problems.
___ 2. In process of evaluation and treatment; recommended re-evaluation after completion. Completion date:

Remarks:

**Work Status**

_X_ 1. No medical/mental health limitations, appears to be good candidate for any gainful occupation at this time.
___ 2. Should be restricted to sedentary work.
___ 3. Eligible for employment with the following limitation, specify:_____
___ 4. Does not appear to be candidate for any gainful occupation at this time due to either physical/mental impairment or projected for lost work time.
___ 5. Medical/mental health information insufficient at this time to justify prediction of work performance.

Remarks:

| Transfer Recommended | Dental Officer (or Designee) | | Date 7-2-1 |
|---|---|---|---|
| Yes ___ No | Psychologist | | Date 8-14-01 |
| | Medical Officer or Designee | | Date 8-20-01 |
| Inmate's Signature | | | Date 3-17-01 |

The above named inmate understands facilities for elective medical surgical procedures, including eyeglasses or extensive dental work, are not routinely available after this transfer is effective.

Record Copy-Case Manager; Copy-Case Manager; Copy-Medical File; Copy-Psychology File

(This form may be replicated via WP)        This form replaces BP-S351 dtd MAY 9

*2ND    E, MERGE NCY ... 7CH CALL*
*REQUEST*

*± request to see*
*Dr. Garcia today!*

FPC Montgomery
Montgomery, Alabama
Health Services Unit

Medical Inmate Sick Call Sign-Up Sheet
(Formulario y Registro para atencion medica de prisoneros)

INSTRUCTIONS (Instrucciones):

YOU MUST FILL OUT THIS FORM COMPLETELY, FROM NUMBERS 1 TO 9
(Debe llenar este formulario completamente, desde el numero 1 al 9)

RETURN THIS FORM TO THE SICK CALL BOX LOCATED OUTSIDE OF THE CLINIC
(Regrese esta forma a la caja de "sick call" que esta en la clinica).

1. DATE (Fecha): **7-25-01**      2.Unit (Unidad): **MONT. -C**

3. WORK DETAIL (Lugar de trabajo): **C04- EDUCATION**

4. NAME (Nombre): **JOHN COGOJM**

5. REGISTER NUMBER (Numero de registro): **20237-001**

6. COMPLAINT (Queja). WHAT IS YOUR MEDICAL COMPLAINT (Cual es su queja
medica?) **SEVERE    INTENSE    PAIN    IN**
**MY    ABDOMEN**

7. HOW LONG HAVE YOU HAD THIS PROBLEM? (Cuanto tiempo ha tenido Ud. este
problema?) DAYS (Dias) **3**      MONTHS (Meses)_____ YEARS(Años)_____

8. WHAT MEDICATIONS ARE YOU CURRENTLY TAKING? (Que medicinas Ud. esta
tomando ahora): **BLOOD    PRESSURE,    TYLENOL FOR PAIN**
**COMPLETELY    INEFFECTIVE**

9. INMATE SIGNATURE (Firma): *J. C. Cogojm*
_____
(MEDICAL STAFF ONLY)(Solamente Personal Medico)
STAFF RESPONSE (Respuesta de Personal Medico) :    DATE(Fecha): _____

STAFF SIGNATURE: _____
(Firma de Personal Medico)

00165

*Seen 7/25/0...*

BP-S491.061  HIV POST-TEST COUNSELING (NEGATIVE)  CDFRM
APR 99
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

This session is to inform you of your recent HIV test results, review how HIV is transmitted, and discuss how to decrease your chances of becoming infected.

Your recent test for evidence of infection with the human immunodeficiency virus (HIV) has been determined to be negative.  HIV is associated with the disease known as AIDS and the negative result means there is no evidence of HIV infection or risk of developing AIDS.

Commonly asked questions are listed below:

1)    **Even though the test is negative, can I still be positive?**

As mentioned in the pre-test handout, there are *false negatives*.  This is generally the case when people have recently been infected due to the fact that it takes some time, up to 6 months for viral antibodies to be detected.

2)    **Does this mean I should be retested?**

This question should be answered for your individual situation by your health care-provider. In general, if you have not been involved in any high-risk behaviors, and this continues to be the case, there is little reason to be concerned with developing a positive test.

3)    **What is "high-risk" behavior?**

These are behaviors that can result in transmission of HIV from one person to another. High-risk activities are listed below:

   a)    <u>Unsafe sexual activity</u> - Having unprotected sex with a male or female partner who may be infected.

   b)    <u>Contact from a work injury</u> - Work-related contact with blood or other contaminated body fluids that were taken into your skin, eyes, nose or mouth.

   c)    <u>Receiving a blood transfusion or organ transplant</u> - This risk has been dramatically reduced since accurate screening tests for HIV infection became available in 1985.

   d)    <u>Having sex with partners at risk</u> - Having unprotected sexual contact with male or female partners: (1) who are infected <u>or</u> you are uncertain as to whether they are infected, (2) who inject drugs (3) who have received a blood transfusion, organ transplant or artificial insemination from a person with documented HIV infection.

   e)    <u>Sharing equipment</u> - Sharing injecting (IV) needles, tattoo equipment, razors or other items contaminated with an infected person's blood. If the equipment has been in contact with another person's blood it can come into contact with the virus which then can be transferred to your body from the equipment.

4)    **Can I still become infected?**

Yes, by engaging in any of the "high-risk" behaviors.

1

5)    **Can I spread the infection?**

Since your test is negative, probably not.  However, remember there is a time lapse between infection and the time when your test turns positive.  This was discussed under the first question.  Anyone with a *false negative* could still spread the infection.

6)    **How long does it take for a person's test to turn positive once infected?**

This usually occurs in three months after an exposure to the HIV, but can take up to six months.

7)    **How can I protect myself from becoming infected?**

During incarceration:

Abstain from sexual activity with other inmates, do not inject drugs, share razors or toothbrushes with other inmates, or get a tattoo, and avoid all other high risk behaviors.  If you have a history of using illegal drugs or have a problem with alcohol abuse, seek advice on drug treatment programs available during incarceration and upon release from health care staff, social workers, psychology staff, or drug counselors.

Upon release:

Abstain from sexual activity or have sexual intercourse with only one partner and know whether he or she is infected or not. Talk honestly with your sexual partner and if they do not know if they are infected, encourage them to get tested. If you do choose to engage in sexual activity, the best current method of prevention is to use a condom or "rubber" to prevent contact with your partner's body fluids. This is not absolute protection, since condoms can tear.  You should seek further advice and HIV education on more specific methods of preventing infection from your health care provider or from community AIDS prevention organizations upon release.

Abstain from injecting drugs, which is strongly associated with many health risks including infection with the hepatitis B virus, hepatitis C virus, and HIV. Many local health departments and
community AIDS prevention organizations can refer you to drug treatment programs and other support services in the community.

If you do continue to engage in injection drug use, you should use clean needles whenever possible, and <u>never share your needles or other injection drug use equipment with others</u>. You may reduce your chances of infection by rinsing the "works" with a bleach solution but this is not always effective or safe.  You should contact a health care provider knowledgeable in this area to get specific instructions.

If you have any future questions, discuss them with your health care provider.

| Inmate Name | Register # | Date |
|---|---|---|
| ~~Co~~ | 20277-c 01 | 3-23-01 |

(Signature and Retention in Medical Record)

(This form may be replicated via WP)                This Form Replaces BP-S491.061 Dtd Oct 95

2

BP-S490.061  HIV PRE-TEST COUNSELING   CDFRM
APR 99
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

This session is to help you understand about the human immunodeficiency
virus (HIV), how it's spread, what risks increase the chances of becoming
infected and, about the test that determines if you are infected.

HIV is found in the blood, semen, vaginal secretions of an infected person.
This virus is associated with the development of the disease commonly known
as the acquired immunodeficiency syndrome (AIDS), which can weaken the
body's ability to fight off infection, resulting in an increased risk of
infection that is life threatening.  This test determines if you have HIV
antibodies in your blood and are infected with HIV.  It is not a test for
AIDS.

**Please circle below any risk factors you may have:**

**RISK FACTORS**

1.   Have had sex with a man.

2.   Have had sex with a woman.

3.   Injected nonprescription drugs.

4.   Have had sexual relations with a person of the opposite sex with any
     of the following:

     1.   intravenous/injection drug use
     2.   bisexual male
     3.   person with bleeding disorder (e.g. hemophilia)
     4.   transfusion recipient with documented HIV infection
     5.   transplant recipient with documented HIV infection
     6.   person with HIV infection or AIDS, of unknown risk

   Received clotting factors for bleeding disorder:
   List date: _____.

   Received a blood transfusion: List date: _____.

   Received an organ transplant or had artificial insemination
   List date: _____.

   Have worked as health care or laboratory worker with contact with
   blood or other potentially infectious bodily fluids

   Have a tattoo that was administered in jail or prison.

Some commonly asked questions about testing are listed below:

1)    **Who will see my test results?**

The results of your test are confidential and revealed only on a "need to know" basis, such as to your health care provider(s) or the state health department if required by State law. No one else outside of the Bureau of Prisons or health department can be given your test results unless you authorize a release of information.

2)    **What are the possible test results?**

A negative test result means no HIV antibodies are detected in your blood at this time.

A positive test results means there is an infection with HIV. It does not mean a person has AIDS.

A test can rarely be inconclusive which means it's neither negative or positive. Your provider will discuss the need for retesting, should this occur.

)    **Could the test results be inaccurate?**

Based on the steps processed by the laboratory to confirm the test, the results are considered more than 99% accurate. It is highly unlikely that the result is inaccurate.

Inaccurate HIV antibody results are termed *false negative* or *false positive*.

*false negative* means the test indicates no evidence of infection when the individual is actually infected.

*false positive* means the test indicates evidence of infection when the individual is actually not infected. This is extremely rare.

**Why would a false negative occur?**

*false negative* usually occurs because the test may not detect infection that's in the early stage. This happens because the test measures proteins (antibodies) in the blood that develop over weeks to months as the body reacts to infection with the virus. Antibodies may be detected as early as month after infection with HIV, but can take up to 6 months to be measurable. Therefore, if a person was recently infected, the HIV antibody test may be negative. This is an example of a false negative. If you think you are at risk of being infected or have recently engaged in risky activity and your test result is negative, you should discuss the need for testing with your medical provider.

5)   Why would a false positive occur?

A *false positive* can be associated with past injecting drug use, pregnancy, certain blood abnormalities, other related-viruses, and even contamination of the blood sample. Although, this is very rare, a small chance of this occurring still exists. If you are absolutely certain you have none of the risk factors and received positive test results, discuss your concerns with your health care provider.

6)   What if my results are positive?

If your results are positive, you are infected with HIV. Your doctor will advise you of additional testing and recommended treatment options for HIV infection. Remember, a positive result does not mean you have AIDS and with current treatments, persons with HIV infection are living longer and healthier lives.

7)   How long do I have to wait for the test results?

The results are usually available in about two weeks. Check with your provider on the process for obtaining your test results.

8)   Can this test affect me in any way?

This test requires a sample of your blood be taken as in any other blood test. You cannot get AIDS from having the test done. If you are at risk of being infected, knowing whether you are infected is critical for preventing the spread of HIV infection to others. Most important, knowing that you are infected, is essential so that you can be appropriately monitored and treated.

)   How can I protect myself form HIV infection?

e best way to keep yourself from becoming infected is to recognize what rsonal behaviors may place you at risk, and then take measures to AVOID ese behaviors. Risky activities that could spread to infection include:

   sharing intravenous (IV) needles or injection drug use equipment.

   unprotected sex with a male or female partner who may be infected.

   sharing needles or infection drug use equipment with others.

   sharing personal hygiene items with others that may be contaminated with blood such as razors and toothbrushes.

   becoming pregnant or getting a woman pregnant when infected which may pass HIV infection to the unborn child.

u still have questions, write them down so they can be discussed with 00170

your provider when you receive your test results.

4-3-48 ←DOB

| Inmate Name<br>JOHN    COGGIN | Register #<br>20237-001 | Date<br>2-28-01 |
|---|---|---|

(Signature and Retain in the Medical Record)

(This form may be replicated via WP)        This Form Replaces BP-S490.061 Dated Oct 95