# DEFENDANT'S EXHIBIT 4

(205) 251-4227  FAX (205) 251-4224

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2        FOR THE MIDDLE DISTRICT OF ALABAMA
 3                  NORTHERN DIVISION
 4
 5
 6
    JOHN COGGIN,              )
 7                            )
              PLAINTIFF,      )
 8                            )
    VS.                       )  CIVIL ACTION NO.:
 9                            )  2:05-cv-1214-MEF
                              )
10  UNITED STATES OF AMERICA, )
                              )
11            DEFENDANT.      )
12
13     DEPOSITION OF O. GARCIA-BRENES, M.D.
14
15         The Deposition of O. GARCIA-BRENES,
16  M.D., was taken before Kathy Colburn, CSR.,
17  on Friday, February 23, 2007, at the Office
18  of U.S. Attorney, One Court Square, Suite
19  201, Montgomery, Alabama, commencing at 9:15
20  a.m., pursuant to the stipulations set forth
21  herein:
22
23
24
25
```

COPY

301 Title Building/300 21st Street North
Birmingham, Alabama 35203

ASSOCIATED COURT REPORTERS, LLC
(205) 251-4227 / FAX (205) 251-4224

Page 2

```
 1                 A P P E A R A N C E S
 2
 3   APPEARING FOR THE PLAINTIFF:
 4           PATE & COCHRUN, L.L.P.
             BY:  Ms. Julia T. Cochrun
 5           400 Title Building
             Birmingham, Alabama   35203
 6
 7   APPEARING FOR THE DEFENDANT:
 8           U.S. DEPARTMENT OF JUSTICE
             BY:  Mr. Stephen Michael Doyle
 9                      and
             Mr. James J. DuBois
10           Assistant U.S. Attorneys
             One Court Square
11           Suite 201
             Montgomery, Alabama   36104
12
13                       AND
14
             FEDERAL BUREAU OF PRISONS
15           BY:  Ms. Terry Collins, Senior
                  Counsel
16           3800 Camp Creek Parkway
             Building 2000
17           Atlanta, Georgia   30301
18
19
20
     Reported By:
21
             Kathy Colburn,
22           Certified Shorthand Reporter
23
24
25
```

ASSOCIATED COURT REPORTERS, LLC
(205) 251-4227 / FAX (205) 251-4224

Page 111

```
 1   would need to see?
 2   A        Yes.
 3   Q        Okay.  Tell me when you first were
 4   aware that there might be some issue with his
 5   health after June of 2001.
 6            When is the first time you were
 7   aware that there was anything going on with
 8   Mr. Coggin that was requiring out of the
 9   ordinary medical intervention or monitoring?
10   A        I believe on 7/25, Rodriguez
11   consulted, when he was first seen by
12   Rodriguez, he consulted me with this patient.
13   And we both agreed to do studies on him and
14   that sort of thing.
15   Q        All right.  So 7/25 is really your
16   first interaction with this circumstance with
17   his -- which ultimately ended up being the
18   peptic ulcer disease; is that correct?
19   A        With this last thing that he had,
20   yes.
21   Q        Right.  If I could, can you look
22   at -- you know your medication sheets for the
23   prescribed drugs in house, I want to make
24   sure I understand when I see this sheet and
25   you and I are both looking at -- I'm looking
```

ASSOCIATED COURT REPORTERS, LLC
301 Title Building/300 21st Street North
Birmingham, Alabama  35203

1                REPORTER'S CERTIFICATE

2

3    STATE OF ALABAMA  )
     JEFFERSON COUNTY  )

4

5         I hereby certify that the above and

6    foregoing deposition was taken down by me in

7    stenotype, and the questions and answers

8    thereto were transcribed by means of

9    computer-aided transcription, and that the

10   foregoing represents a true and correct

11   transcript of the testimony given by said

12   witness upon said hearing, to the best of my

13   ability and understanding,

14        I further certify that I am neither

15   of counsel, nor of kin to the parties to the

16   action, nor am I in anywise interested in

17   the result of said cause.

18

19                    _____
                      Kathy Colburn, CSR,
20                    Notary Public, State
                      of Alabama at Large

21

22   My Commission Expires:
     7-24-08
23

24

25

(205) 251-4227 / FAX (205) 251-4224