# DEFENDANT'S EXHIBIT 5

BP-S399.058  TRANSFER ORDER CDFRM
MAY 94

**U.S. DEPARTMENT OF JUSTICE**                              **FEDERAL BUREAU OF PRISONS**

In accordance with the authority provided in Title 18, U.S. Code, Section 3621, and the authority delegated to me by the Director of the Bureau of Prisons, I hereby order transfer of:

| Name of Inmate | Register No. |
|---|---|
| COGGIN, John C III | 20237-001 |

From (Name of Institution and Location)
Federal Prison Camp, Montgomery, Maxwell Air Force Base, Montgomery, AL  36112

To (Name of Institution and Location)
Birmingham Community Service, 1609 7th Street North, Birmingham, AL 35204 (4MC) (FALN)

| Reason for Transfer | Transfer Code |
|---|---|
| Transfer to Contract Facility | 276 |

| Parole Status | Custody Classification |
|---|---|
| Not Eligible | Community Custody |

| Health Status | Central Inmate Monitoring Case | |
|---|---|---|
| Medically Qualified | XXX  No | |
| | ___  Yes-CIMC Assignment | |

| Signature of Transferring Authority | Title of Transferring Authority | Date |
|---|---|---|
| C. J. DeRosa | Warden | October 30, 2001 |

RETURN OF SERVICE - Pursuant hereto, I have this _____ day of _____, 19____, executed the above order and committed the inmate to the institution indicated.

| Signature | Name |
|---|---|
| | |

| Title | Agency |
|---|---|
| | |

For transfer to CTC's, complete the following:

| Projected release date | Type of release |
|---|---|
| 04-05-2002 | GCT Release |

| Scheduled date and time of departure and transportation Information   DEP CAMP: 8:00 AM (CT) ON 11-13-01 via POV -Mickie Coggin (Wife) | Scheduled date and time of arrival ARR @ 10:45 AM (CT) ON 11-13-01 TO REPORT IMMEDIATELY TO CONTRACT FACILITY IN BIRMIMGHAM, AL. |
|---|---|

Record Copy - J & C; Copy - Central File

(This form may be replicated via WP)                Replaces BP-399(58) of OCT 88

00561

Ms. Rosetta Beasley,                October 30, 2001

Per our telephone conference call today, among yourself, Mr. Larry Spencer, and myself, this will confirm that due to my medical convalescence status, I will be given Home Confinement status immediately upon my ten percent date, January 1, 2002. From November 13, 2001 to December 31, 2001, I will reside at the Birmingham Community Center, and will be permitted to be at my home during the day, and to work out of the home, 5529 Hampton Heights Drive, Birmingham, Alabama 35209 (205-942-4415).

I agree to be responsible for my future medical expenses and home confinement fees that arise after my release from FPC Maxwell.

Agreed to and witnessed

_____          _____
Rosetta Beasley                          John C. Coggin

**FILE COPY**

00637

BP-S291.052 FURLOUGH APPLICATION - APPROVAL AND RECORD CDFRM  MON
SEP 99
U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

| Inmate's Name: COGGIN, John C. III | Register No.: 20237-001 | Institution (address and phone number): FPC, Montgomery, AL |
|---|---|---|

## APPLICATION

| Purpose of Visit: Medical Furlough for Treatment | Person and/or Place to be Visited: Advanced Medical Imaging |
|---|---|
| Date and Time of Departure: 07-30-01 @ 9:30 a.m. | Address: 525 S. Lawrence St. Montgomery, AL 36114 |
| Date and Time of Return: 07-30-01 @ 2:00 p.m. | Telephone No.: (334) 262-7226 |

| Point of Contact for Emergency: FPC, Montgomery, AL 36112 | Method of Transportation: Government Vehicle | Detainer/Pending Charges: Yes ✓ No | Verified by (ISM Staff) Y. Brown, ISM |
|---|---|---|---|

NOTE TO APPLICANT: You are reminded that should any unusual circumstances arise during the period of your visit, you should notify the institution immediately at telephone: (334) 293-2100

## UNDERSTANDING

I understand that if approved, I am authorized to be only in the area of the destination shown above and at ordinary stopovers or points on a direct route to or from that destination. I understand that my furlough only extends the limits of my confinement and that I remain in the custody of the Attorney General of the United States. If I fail to remain within the extended limits of this confinement, it shall be deemed as escape from the custody of the Attorney General, punishable as provided in Section 751 of Title 18, United States Code. I understand that I may be thoroughly searched upon my return to the institution and that I will be held responsible for any item of contraband or illicit material that is found. I have read or had read to me, and I understand that the foregoing conditions govern my furlough, and will abide by them. I have read or had read to me, and I understand the CONDITIONS OF FURLOUGH as set forth on the reverse of this form.

Witness / Title                    Signature of Applicant / Date Signed  7/30/01  20237-001

## ADMINISTRATIVE ACTION

| Information Verified by: Anita E. Robinson | Title: Health Information Tech. |
|---|---|
| Name of USPO Notified: N/A | Date of Notification N/A |

Does USPO Have Any Objections to Furlough? (If so, explain) N/A

00705

## APPROVAL

| Approval for the above named Inmate to leave the Institution on a furlough as outlined is hereby granted in accordance with P.L. 93-209 and the BOP Furlough Program Statement. The period of furlough is from: 07-30-01 @ 9:30 a.m. to 07-30-01 @ 2:00 p.m. | As CMC, I have reviewed the Request for Activity Clearance (404) and the SENTRY CIM Clearance and Separatee Data and I recommend the inmate be approved to participate in this furlough. ☐ Yes ☐ No  Signature of CMC ✓ N/A   Chalon Moore, CMC |
|---|---|

Chief Executive Officer (Name, Title & Date) - Signature certifies approval and CIMS Clearance
C.J. DeRosa, Warden/                                           Date: 7/27/01

## RECORD

Date/Time Released: 1010/30JUL01        Date/Time Returned: 1134/30JUL01  JRC

Travel Schedule: Depart camp @ 9:30 a.m. via government vehicle on 07-30-01. Return to camp NLT 2:00 p.m. on 07-30-01.

(This form may be replicated via WP)                    Replaces BP-291 of DEC 1997



Inmate's Photo

**Conditions of Furlough**

1. I will not violate the laws of any jurisdiction (federal, state, or local). I understand that I am subject to prosecution for escape if I fail to return to the institution at the designated time.

2. I will not leave the area of my furlough without permission, with exception of traveling to the furlough destination, and returning to the institution.

3. While on furlough status, I understand that I remain in the custody of the U.S. Attorney General. I agree to conduct myself in a manner not to bring discredit to myself or to the Bureau of Prisons. I understand that I am subject to arrest and/or institution disciplinary action for violating any condition(s) of my furlough.

4. I will not purchase, possess, use, consume, or administer any narcotic drugs, marijuana, intoxicants in any form, nor will I frequent any place where such articles are unlawfully sold, dispensed, used, or given away.

5. I will not use any medication that is not prescribed and given to me by the institution medical department for use or prescribed by a licensed physician while I am on furlough. I will not have any medical/dental/surgical/psychiatric treatment without the written permission of staff, except where an emergency arises and necessitates such treatment. I will notify institution staff of any prescribed medication or treatment received in the community upon my return to the institution.

6. I will not have in my possession any firearm or dangerous weapon.

7. I will not get married, sign any legal papers, contracts, loan applications, or conduct any business without the written permission of staff.

8. I will not associate with persons having a criminal record or with those persons who I know are engaged in illegal occupations.

9. I agree to contact the institution (or United States Probation Officer) in the event of arrest, or any other serious difficulty or illness.

10. I will not drive a motor vehicle without the written permission of staff. I understand that I must have a valid driver's license and sufficient insurance to meet any applicable financial responsibility laws.

11. I will not return from furlough with any article I did not take out with me (for example, clothing, jewelry, or books). I understand that I may be thoroughly searched and given a urinalysis and/or breathalyzer and/or other comparable tests upon my return to the institution. I understand that I will be held accountable for the results of the search and test(s).

12. It has been determined that consumption of poppy seeds may cause a positive drug test which may result in disciplinary action. As a condition of my participation in community programs, I will not consume any poppy seeds or items containing poppy seeds.

13. Special Instructions:

I have read, or had read to me, and I understand the above conditions concerning my furlough and agree to abide by them.

Inmate's Signature: _____ Reg. No.: 20237-04 Date: 7/30/01
Signature/Printed Name of Staff Witness: _____
Record Copy - Control Center, Count Control, Forward to ISM, ISM Forward to Unit for Central File; Copy - Control Center, Forward to Record Office; Copy - ISM Suspense Copy (R&D); Copy - Inmate Use on Furlough

BP-S291.052 **FURLOUGH APPLICATION - APPROVAL AND RECORD** CDFRM
SEP 99

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| Inmate's Name: | Register No.: | Institution (address and phone number): |
|---|---|---|
| COGGIN, John C. III | 20237-001 | FPC, Montgomery, AL |

## APPLICATION

| Purpose of Visit: Medical Furlough for Treatment | Person and/or Place to be Visited: Advanced Medical Imaging |
|---|---|
| Date and Time of Departure: 08-01-01 @ 10:00 a.m. | Address: 525 S. Lawrence St. Montgomery, AL 36114 |
| Date and Time of Return: 08-01-01 @ 4:00 p.m. | Telephone No.: (334) 262-7226 |
| Point of Contact for Emergency: FPC, Montgomery, AL 36112 | Method of Transportation: Government Vehicle | Detainer/Pending Charges: ___ Yes ✓ No | Verified by (ISM Staff) Y. Brown, ISM |

NOTE TO APPLICANT: You are reminded that should any unusual circumstances arise during the period of your visit, you should notify the institution immediately at telephone: (334) 293-2100

## UNDERSTANDING

I understand that if approved, I am authorized to be only in the area of the destination shown above and at ordinary stopovers or points on a direct route to or from that destination. I understand that my furlough only extends the limits of my confinement and that I remain in the custody of the Attorney General of the United States. If I fail to remain within the extended limits of this confinement, it shall be deemed as escape from the custody of the Attorney General, punishable as provided in Section 751 of Title 18, United States Code. I understand that I may be thoroughly searched upon my return to the institution and that I will be held responsible for any item of contraband or illicit material that is found. I have read or had read to me, and I understand that the foregoing conditions govern my furlough, and will abide by them. I have read or had read to me, and I understand the CONDITIONS OF FURLOUGH as set forth on the reverse of this form.

_____ Witness
ISO
Title

_____ Signature of Applicant
8-1-01
Date Signed

## ADMINISTRATIVE ACTION

| Information Verified by: Anita E. Robinson | Title: Health Information Tech. |
|---|---|
| Name Of USPO Notified: N/A | Date of Notification N/A |

Does USPO Have Any Objections to Furlough? (If so, explain) N/A

## APPROVAL                                                              00707

| Approval for the above named Inmate to leave the Institution on a furlough as outlined is hereby granted in accordance with P.L. 93-209 and the BOP Furlough Program Statement. The period of furlough is from: 08-01-01 @ 10:00 a.m. to 08-01-01 @ 4:00 p.m. | As CMC, I have reviewed the Request for Activity Clearance (404) and the SENTRY CIM Clearance and Separatee Data and I recommend the inmate be approved to participate in this furlough. N/a ☐ Yes ☐ No Signature of CMC _____ ✓ N/A                       Chalon Moore, CMC |

Chief Executive Officer (Name, Title & Date) - Signature certifies approval and CIMS Clearance
C.J. DeRosa, Warden/ _CJDh_                                      Date: 7/22/01

## RECORD

| Date/Time Released: 8-1-01 1007 | Date/Time Returned: 08-01-01 1403 |
|---|---|

Travel Schedule: Depart camp @ 10:00 a.m. via government vehicle on 08-01-01. Return to camp NLT 4:00 p.m. on 08-01-01.

(This form may be replicated via WP)                              Replaces BP-291 of DEC 1997