# DEFENDANT'S EXHIBIT 6

ASSOCIATED COURT REPORTERS, LLC
(205) 251-4227 / FAX (205) 251-4224

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

COPY

JOHN COGGIN, )
)
    PLAINTIFF, )
)
VS. ) CIVIL ACTION NO.:
) 2:05-cv-1214-MEF
)
UNITED STATES OF AMERICA,)
)
    DEFENDANT. )

DEPOSITION OF OSCAR RODRIGUEZ, PA

The Deposition of OSCAR RODRIGUEZ, PA, was taken before Kathy Colburn, CSR., on Friday, July 20, 2007, at the Office of U. S. Attorney, 131 Clayton Street, Montgomery, Alabama, commencing at 10:20 a.m., pursuant to the stipulations set forth herein:

301 Title Building/ 300 21st Street North
Birmingham, Alabama  35203

ASSOCIATED COURT REPORTERS, LLC
(205) 251-4227 / FAX (205) 251-4224

Page 2

```
 1              A P P E A R A N C E S

 2

 3   APPEARING FOR THE PLAINTIFF:

 4         PATE & COCHRUN, L.L.P.
           BY:  Ms. Julia T. Cochrun
 5         400 Title Building
           Birmingham, Alabama   35203
 6

 7   APPEARING FOR THE DEFENDANT:

 8         OFFICE OF U.S. ATTORNEY
           BY:  Mr. Stephen Michael Doyle
 9         Assistant U. S. Attorney
           131 Clayton Street
10         Montgomery, Alabama   36104

11

12

13

     Reported By:
14
           Kathy Colburn,
15         Certified Shorthand Reporter

16

17

18

19

20

21

22

23

24

25
```

ASSOCIATED COURT REPORTERS, LLC
(205) 251-4227 / FAX (205) 251-4224

Page 6

```
 1   years prior.
 2   Q         Okay.  Let's do this:  You are a
 3   physician's assistant?
 4   A         Uh-huh (in the affirmative).
 5   Q         Is that a yes?
 6   A         Yes.  I'm sorry.
 7   Q         And tell me what your educational
 8   background is.
 9   A         I have a doctor's degree in
10   medicine.
11   Q         From what facility?
12   A         I'm a graduate of the University of
13   the Dominican Republic.  It has a Spanish
14   name.
15   Q         Okay.  What's the name of it, if you
16   can spell it?
17   A         It's called Pontificia Universidad
18   Catolica Madre Y Maestra.  Translation is
19   Catholic University of Mother and Teacher and
20   has the pontific.  And that's the highest
21   recognition that the Vatican can give a
22   Catholic -- when you become a pontifex
23   you're --
24   Q         You're at the top?
25   A         Yeah.
```

ASSOCIATED COURT REPORTERS, LLC
(205) 251-4227 / FAX (205) 251-4224

Page 11

```
 1    A        True.
 2    Q        Is that correct?
 3    A        Yes.
 4    Q        All right.  But down there that's
 5    not a requirement?
 6    A        No.
 7    Q        Okay.  Have you taken any exams of
 8    that sort like we do in the United States, to
 9    be boarded here in this country?
10    A        No.
11    Q        Okay.  So you've taken no medical
12    boards at all?
13    A        No.
14    Q        Okay.  Do you hold any license to
15    practice medicine in the United States or any
16    of its territories?
17    A        No.
18    Q        Do you hold any sort of physician's
19    assistant's license?
20    A        No.
21    Q        Have you ever taken any kind of exam
22    or applied to have a physician's assistant's
23    license outside the prison system?
24    A        No.
25    Q        Why not?
```

301 Title Building/ 300 21st Street North
Birmingham, Alabama  35203

ASSOCIATED COURT REPORTERS, LLC
(205) 251-4227 / FAX (205) 251-4224

Page 14

1  Q      Am I correct that you hold no
2  medical licenses, be it PA, nursing, or
3  physician, in the United States?
4  A      Correct.
5  Q      Did you do any form of internship or
6  residency at all?
7  A      I did an internship, one year.
8  Q      Where was that?
9  A      In the Dominican Republic.
10 Q      Was that after your six years of
11 curricular studies?
12 A      It's part of -- it's your sixth
13 year.
14 Q      Okay. So five years book work, one
15 year internship?
16 A      Right.
17 Q      And what kind of internship did you
18 do and where?
19 A      I did it -- well, at the hospital.
20 Q      Okay.
21 A      Would you like the name of the
22 hospital?
23 Q      Sure. Well, that's okay. But it
24 was a facility associated with the Catholic
25 university down there?

301 Title Building/ 300 21st Street North
Birmingham, Alabama 35203

ASSOCIATED COURT REPORTERS, LLC
(205) 251-4227 / FAX (205) 251-4224

Page 134

1  Q        Okay.
2  A        So if you're not on the call out,
3  and you didn't come approved, then it's not
4  in the record, it didn't happen.
5  Q        Okay.  So there were no passing
6  conversations with any medical person?
7  A        If he was in the hospital when he's
8  supposed to be in his dorm, he's out of
9  bounds.
10 Q        Okay.  On the visit of the 6th at
11 3:00 p.m., you ordered a twenty-four hour
12 urine and a creatinine clearance?
13 A        Yes.
14 Q        And what was the purpose of that,
15 sir?
16 A        Since he has a stone that's very
17 big, we need to also make sure that the
18 kidneys are working, that they are
19 functioning.  So there's a kidney function
20 test to make sure those are working, too.
21 Q        Okay.  Did you talk to him at all
22 about your findings or the findings that were
23 forwarded to you on the IVP and the
24 ultrasound?
25 A        More than likely.