# DEFENDANT'S EXHIBIT 8

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN COGGIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: **2:05-CV-1214-MEF** |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF ANTONIO WILLIAMS, M.D.

I, Antonio J. Williams, M.D., being over the age of eighteen and competent to testify, hereby declare as follows based upon my personal knowledge:

1. I am a medical doctor licensed to practice in Alabama. I attended medical school at Indiana University School of Medicine and did my residency training at Morehouse School of Medicine. I am board-certified in general surgery by the American Board of Surgery. I practiced with Advanced Surgical Associates, PC, 2101 Chestnut Street, Montgomery, Alabama, from July 1999 through October 2007.

2. As part of my duties as a specialist, I frequently perform consults for other doctors. I exercise independent medical judgment when performing a consult.

3. On August 28, 2001, I spoke on the telephone with Nurse Practitioner Daphne Essex from the Federal Prison Camp at Maxwell Air Force Base. She explained that they had a patient, John Coggin, who was complaining of abdominal pain for a few weeks. The patient had an ultrasound that showed a 0.5 cm hyperechoic area in the gallbladder that could represent a poorly calcified gallstone, polyp, or small area of sludge. I advised her that I would need to examine the patient.

4. The next day, August 29, 2001, I examined Mr. Coggin. I also reviewed his ultrasound report of 7/30/01.

5. My impression was that Mr. Coggin was suffering from biliary colic and I recommended laparoscopic cholecystectomy (gallbladder removal). I dictated a full consultation report which is attached to this declaration as Exhibit A. I also wrote my impression and plan on the consultation form from Dr. Garcia. This form is attached as Exhibit B. While the patient was in my office, I called Nurse Practitioner Essex at the prison and informed her that my diagnosis was biliary colic and that I recommended gallbladder surgery. She told me that she would inform Dr. Garcia.

6. Mr. Coggin did not report any history of vomiting blood or coffee grounds, or having black, tarry stools. The patient was not pale, and his hemoglobin was 13.1. He reported that his pain was in the right upper quadrant,

epigastric sometimes, and became worse with fatty food. This pointed more towards biliary colic, and I recommended gallbladder surgery.

7. I exercised independent medical judgment at all times in my consultation on Mr. Coggin. The Bureau of Prisons did not control or direct the manner in which I performed my examination of Mr. Coggin.

8. Doctor Garcia fulfilled his role as a general practitioner by sending the patient to me, a specialist, for a consult. Thereafter, I was responsible for evaluating and treating this patient.

Pursuant to 28 U.S.C. § 1746 (2) I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10 day of October, 2007.

ANTONIO J. WILLIAMS, M.D.

3

**Advanced Surgical Associates, P.C.**
*General & Peripheral Vascular Surgery*
2101 Chestnut Street * Montgomery, Alabama 36106

NAME: COGGINS, JOHN
DATE: 08/29/01

**HISTORY:** Mr. John Coggins is a 53-year-old gentleman who was sent in from the Federal prison to be evaluated for right upper quadrant abdominal pain. The patient states he has been having intermittent right upper quadrant abdominal pain and epigastric pain for the past month. He states that the pain is sometimes 10/10 in intensity and is mostly in the right upper quadrant and does not radiate to the back. He has an occasional pain in the epigastric area. He has had a couple of episodes of nausea and vomiting, but most of the time he just has the pain. He also states that this is associated with fatty foods and has made him alter his diet.

**PAST MEDICAL HISTORY:** None.

**PAST SURGICAL HISTORY:** Some type of nose surgery as well as colon polyp removal.

**CURRENT MEDICATIONS:** None.

**DRUG ALLERGIES:** No known drug allergies.

**FAMILY HISTORY:**

**SOCIAL HISTORY:** He is currently incarcerated. He is married and has two children. He denies any IV drug abuse, tobacco, or alcohol but he does partake in caffeinated beverages.

**REVIEW OF SYSTEMS:**
EYES: Blurred vision and he wears glasses.
GI: Abdominal pain.
**CONSTITUTIONAL:** The patient is 5 feet 8 inches and weighs 160 pounds. The patient denies any significant weight loss over the past six months to a year.

**PHYSICAL EXAM:** This is a well-nourished and well-developed male who is in no apparent distress.
**HEENT:** Atraumatic, normocephalic. Pupils equal, round and reactive to light and accommodation.
**CARDIAC:** Regular rate and rhythm.
**LUNGS:** Clear to auscultation.
**ABDOMEN:** Soft and non-distended with tenderness in the right upper quadrant to deep palpation but no rebound or rigidity. No palpable masses or abnormalities are found.
**EXTREMITIES:** Neurovascular intact.

*2/25/03*
*J. Garcia-Brenes, M.D., Clinical Director*
*FPC-Montgomery*

CONTINUED...            EXHIBIT A

00073

NAME: COGGINS, JOHN
DATE: 08/29/01

PAGE...2

**RADIOLOGICAL DATA:** The patient had an ultrasound. The ultrasound was significant for a small echogenic focus in the gallbladder. They could not rule out a polyp versus calcified gallstones or tumor for occasional sludge. He also had a left renal calculus with no hydronephrosis.

**IMPRESSION:** The patient is having biliary colic. This may be secondary to a gallstones versus a polyp. The common bile duct is normal.

**PLAN:** Due to the fact that this could possibly be a polyp, I do recommend that the patient has a laparoscopic cholecystectomy. I did discuss with him that this may or may not alleviate his symptoms. He seems to be having some problems with either biliary dyskinesia or some type of reason for having biliary colic. He may get some relief from this. The biggest concern to me is to make sure that this is not a polyp in his gallbladder, because then we must rule out a cancer. The patient states that he understands and he wishes to proceed with the procedure.

Thank you for this very pleasant consult.

AW/vm
D:08/29/01
T:08/30/01
CC:   Dr. O. Garcia

ANTONIO WILLIAMS, M.D.

DICTATED BUT NOT EDITED

O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery
9/25/03

00074

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

### REQUEST

TO: Dr. Antonio Williams
FROM: (Requesting physician or activity) D. ESSEX, CRNP / FPC MONTGOMERY
DATE OF REQUEST: 8/28/01

REASON FOR REQUEST (Complaints and findings):
Abdominal pain RUQ — see Abd U/S + attached labs.
Please Evaluate and tx accordingly

PROVISIONAL DIAGNOSIS: Abdominal Pain

DOCTOR'S SIGNATURE: [signature]

APPROVED: O. Garcia-Brenes, M.D., Clinical Director, FPC-Montgomery

PLACE OF CONSULTATION: ☐ BEDSIDE ☐ ON CALL
☐ ROUTINE ☐ TODAY ☐ 72 HOURS ☐ EMERGENCY

### CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO    PATIENT EXAMINED ☐ YES ☐ NO

Full consult Dictated

Imp: Biliary colic ? Polyp vs Cholelithiasis

Plan: LC possible IOC

[signature] O. Garcia-Brenes, M.D., Clinical Director, FPC-Montgomery 9/4/01

(Continue on reverse side)

SIGNATURE AND TITLE: [signature] MD
DATE: 8/29/01

IDENTIFICATION NO. | ORGANIZATION | REGISTER NO. | WARD NO.

PATIENT'S IDENTIFICATION:
20237-001
COGGIN
JOHN
DOB 04-03-1948
FPC MAXWELL, BLDG 1226
MAXWELL AFB, AL  36112

EXHIBIT B

CONSULTATION SHEET
Medical Record
STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1
☆ U.S. GOVERNMENT PRINTING OFFICE 1997-422-617

00077