# DEFENDANT'S EXHIBIT 9

# AFFIDAVIT FOR CERTIFICATION OF MEDICAL RECORDS

I, Bonnie Barnhill, R.H.I.T., Custodian of Medical Records for **Baptist Health d/b/a Baptist Medical Center South**, Montgomery, Alabama, as legal custodian of the medical records of this facility, do hereby certify that to my best information and belief, this is a true and accurate copy of the medical record of the patient listed below. These records have been maintained in the regular course of business at **Baptist Medical Center South** and were made at the time of such acts, transactions, occurrences or events therein or within a reasonable time thereafter. As a rule, the original records are not allowed to leave the premises of the facility.

PATIENT: John C Clayin

SSN: 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    DOB: 04-03-45

CASE NUMBER: 2:05-cv-12 4-MEF

_Bonnie Barnhill_    10/17/06
Bonnie Barnhill, R.H.I.T.    Date
Manager, Health Information Management

Sworn to and Subscribed before me on this ___ day of _____, 2006.

_____
Notary Public
My Commission Expires:_____



00172

**Baptist Medical Center**
**Emergency/ Outpatient Dept.**
**In-House Transfer Summary**

ADDRESSOGRAPH/NAME: MICU

0124500... HR 494070
COUGLIN, JOHN L
04/03/48  M  53Y
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
09/02/01 20:52

Admitting Physician: GMS- Mauz
ED Physician: Kim

**Chief Complaint:** Vomiting blood
**Admitting Diagnosis:** GI Bleed
**Medication Allergies:** ___

**Vital Signs:**

| V/S | Time | B/P | Pulse | Resp | Temp |
|---|---|---|---|---|---|
| Arrival | 2055 | 99/61 | 110 | 18 | 99.6 |
| Transfer | 0144 | 76/42 97/38 | 103 | 19 | 98.2 |

**General appearance of patient:** ___

**Color**
- ☐ Pink
- ☒ Pale
- ☐ Mottled
- ☐ Cyanotic
- ☐ Flushed
- ☐ Jaundiced

**Respiratory**
- ☒ Clear/ unlabored
- ☐ Dyspnea
- ☐ Nasal flaring
- ☐ Retractions
- ☐ Stridor
- ☐ Cough
- ☐ Other ___

**Neurological**
- ☐ Alert
- ☐ Oriented
- ☐ Disoriented
- ☒ Drowsy
- ☐ Confused
- ☒ Lethargic
- ☐ Unresponsive
- ☐ Combative
- ☐ Uncooperative

**Respiratory Therapy**
- ☐ Updrafts ___
- ☐ O₂ 2L
- ☐ SpO₂ ___
- ☐ Vent ___

**ED Medication Summary**

| Name | Dose | Route | Time |
|---|---|---|---|
| Nafcine | 2.5 | IV | 2352 |
| Pepcid | 20 | IV | 2352 |
| | | | |
| | | | |

**IV Therapy**

| Solution | Rate | Site | Size | Lib |
|---|---|---|---|---|
| NS | WO | (R) wrist | 18G | 500 |
| | | (L) AC | 18G | |

**Intake**
- Oral ___
- IV ___
- Blood ___
- Total ___ cc

**Output**
- Urine ___ cc
- Emesis ___ cc
- NG ___ cc
- Blood loss ___ cc
- Stool x 1
- Total ___ cc

| | Yes | No |
|---|---|---|
| Old chart to floor | | ✓ |
| Home meds to floor | | ✓ |
| Family with patient | ✓ | |
| Siderails up | ✓ | |

| | To Floor | Given to family | N/A |
|---|---|---|---|
| Valuables | | | ✓ |
| Dentures/Glasses | | | ✓ |

Mode of transportation: ☐ wheelchair ☒ stretcher
Report called to Spencer J at 0135 ☒ a.m. ☐ p.m.
Report called by ___
Pt. transported by ___
Pt. received ___ at ___ a.m./ p.m.

**Pertinent info:** ___

PRINTED BY: lwashington    DATE 10/11/2006
Date ___    Signature ___ RN

00186

**BAPTIST MEDICAL CENTER**
**2105 East South Boulevard**
**Montgomery, Alabama 36111**
**Telephone 334/288-2100**

PATIENT: COGGIN, JOHN C          ROOM #: 629
MR #: 000494020                  PATIENT #: 0124500179
ADM. DATE: 09/03/2001            DIS. DATE: 09/17/2001
PHYSICIAN: CHARLES REID, M.D.

PRINCIPLE DIAGNOSIS: UPPER GASTROINTESTINAL BLEED, STATUS POST REPAIR

SECONDARY DIAGNOSIS: HYPERTENSION

PRINCIPLE PROCEDURE: Exploratory laparotomy with oversewing of the gastroduodenal artery as well as repair of the perforation.

REASON FOR ADMISSION TO HOSPITAL AND PHYSICAL FINDINGS: Please see my H&P for complete details. This is a 53 year old white male prisoner at Maxwell who presented with syncope and vomiting blood as well as having melena. Mr. Coggin heavily used NSAIDs for his abdominal pain. In the emergency room, the patient was found to be orthostatic and heme positive, and therefore was admitted to GMS for further treatment.

PERTINENT LABS AND X-RAYS: CBC showed white blood cell count of 7.6, H&H 6.8 and 19.9. His total protein was 5.5 and albumin as 2.5. An acute abdominal series revealed no free air.

HOSPITAL COURSE: The patient was initially admitted to the Intensive care unit, where his hemoglobin appeared to be stable. The patient then had and EGD performed by Dr. Hendrix which showed a large ulcer which appeared to be clotted off in the first portion of the duodenum. Late on the 5th of September, the patient's H&H began to drop at which time he was transfused two units of blood and made NPO. On September 6th, because of the continuing drop in his hemoglobin, the patient was seen by Dr. Kreher (Surgery) at which time exploratory laparotomy with oversewing of the gastroduodenal artery and repair of the perforation was performed. The patient did well after his surgery with no complications. He remained NPO and was placed on TPN for nutrition for several days before being slowing weaned onto a clear liquid diet. The patient's diet was then slowing increased to a full regular diet which he was able to ear without any problems. We carefully monitored the patient's hemoglobin and hematocrit following his surgery and as of today September 17, his hemoglobin and hematocrit is 10.1 and 29.2 respectively. His total protein and albumin continued to remain a little low at 5.5 and 2.4 respectively, but the rest of his labs are within normal limits.

CONDITION OF PATIENT AT DISCHARGE: Stable.

INSTRUCTIONS:
1, Patient discharge diet- The patient is to avoid spicy foods and any other foods which upset his stomach. The patient is also to strictly avoid N-NSAIDs such as Ibuprofen and Aspirin.
1. Limitations- Physical Activity- The patient will need to remain on idle status in prison for approximately the next two weeks. Otherwise, as tolerated.

MEDICATIONS: I will discharge the patient with a prescription for Tylenol #3 as well as a prescription for Prilosec 20 mg b.i.d.

FOLLOW UP CARE: Mr. Coggins will have his follow up care at Maxwell prison.

CHARLES REID M.D.

CDR//jb
D: 09/17/2001
T: 09/27/2001

**DISCHARGE SUMMARY**

PRINTED BY: lwashington    Page 1 of 2    DATE 10/11/2006

00187

**BAPTIST MEDICAL CENTER**
2105 East South Boulevard
Montgomery, Alabama 36111
Telephone 334/288-2100

| | |
|---|---|
| **PATIENT:** COGGIN, JOHN C | **ROOM #:** 458 |
| **MR #:** 000494020 | **PATIENT #:** 0124500179 |
| **DATE OF CONSULT:** 09/03/2001 | **ADMIT DATE:** 9/3/01 |

**CONSULTING PHYSICIAN:** JOHN C. HENDRIX III, M.D.~
**ATTENDING PHYSICIAN:** MAYA GMS,

___ CONSULT        ___ CONSULT AND FOLLOW PATIENT WITH ME        ___ CONSULT AND ASSUME

Mr. Coggin is a 53-year-old male, admitted via the emergency room from the Maxwell Prison camp with upper GI bleeding. The patient has been in relatively good health, was recently found to have symptomatic gallstones, and was scheduled to have his gallbladder out next week. He has been taking large amount of Motrin for the pain. He apparently developed some tary stools and some hematemesis, and was brought to the emergency room, where his H&H was found to be quite low. He denies any previous history of peptic ulcer disease, upper GI bleeding. He denies any gastroesophageal reflux disease symptoms, dysphagia, odynophagia. He has occasional constipation, but no regular bowel problems.

**PAST MEDICAL HISTORY:** Remarkable for no allergies.

**CURRENT MEDICATIONS:** Antihypertensive medications, Motrin

**PAST MEDICAL HISTORY:** Hypertension and gallstones    **PAST SURGICAL HISTORY:** None

**FAMILY HISTORY:** Noncontributory

**SOCIAL HISTORY:** The patient is married, is a resident at the Maxwell Prison Camp

**REVIEW OF SYSTEMS:** Completely negative, except for the abdominal pain associated with his presumed gallstone symptomatology.

**PHYSICAL EXAM:** Blood pressure 104/49; pulse 95; respirations 22; temperature 99.4. The patient is a pleasant, healthy appearing, middle age male, who was alert and oriented, but quite pale.
**HEENT:** No icterus, pale conjunctivae. The NG tube was in place.
**NECK:** Supple without jugular venous distention.
**LUNGS:** Clear.
**HEART:** Regular rate and rhythm without murmurs.
**ABDOMEN:** Soft, without tenderness, masses or hepatosplenomegaly.
**EXTREMITIES:** No clubbing, cyanosis, or edema.

**LAB STUDIES:** Amylase normal. His chem 7 is unremarkable, except for elevated BUN of 38. His most recent H&H was hemoglobin of 6.8, hematocrit of 19.9.

**IMPRESSION:**
1. Upper GI bleeding, severe, presumably secondary to peptic ulcer disease, secondary to the Motrin.
2. History of hypertension
3. History of symptomatic gallstones

**PLAN:** We will proceed with emergent EGD and will need to have transfusions up to an H&H of 10 and 30. We will give further recommendations pending the results of his EGD.

JCH/ / ld
D: 09/03/2001                                                          JOHN C. HENDRIX III, M.D.~
T: 09/04/2001

**REPORT OF CONSULTATION**

PRINTED BY: lwashington    Page 1 of 1    DATE 10/11/2006

00191

**BAPTIST MEDICAL CENTER**
2105 East South Boulevard
Montgomery, Alabama 36111
Telephone 334/288-2100

| | |
|---|---|
| PATIENT: COGGIN, JOHN C | ROOM #: 458 |
| MR #: 000494020 | PATIENT #: 0124500179 |
| DATE OF CONSULT: 09/06/2001 | ADMIT DATE: 9/3/01 |

CONSULTING PHYSICIAN: ALEXANDER V. KREHER, M.D.~
ATTENDING PHYSICIAN: MAYA GMS,

___CONSULT        ___CONSULT AND FOLLOW PATIENT WITH ME        ___CONSULT AND ASSUME

Mr. Coggin is a 53 year old white male admitted to the hospital with an upper GI hemorrhage. Upper GI endoscopy by Dr. Penn White today and witnessed by me demonstrated a very large posterior duodenal ulcer with a large visible vessel, obviously the gastroduodenal artery, with a hole in the artery occluded with clot. I felt the chances of re-bleeding were exceedingly high and recommended emergent surgery to correct the problem.

PAST MEDICAL HISTORY: Significant for no history of prior peptic ulcer disease. He had been taking ibuprofen for supposed gallbladder pain but, again, had never had peptic ulcer disease or previous surgeries.

PHYSICAL EXAMINATION: On examination, I saw him in endoscopy and he was sedated but his abdomen was soft and nontender.

I had a long discussion with the patient and his wife and recommended surgical intervention as described above.

_____
ALEXANDER V. KREHER, M.D.~

AVK/ / dp
D: 09/06/2001
T: 09/06/2001

**REPORT OF CONSULTATION**

Page 1 of 1
PRINTED BY: lwashington    DATE 10/11/2006

00193

**BAPTIST MEDICAL CENTER**
2105 East South Boulevard
Montgomery, Alabama 36111
Telephone 334/288-2100

629

PATIENT: COGGIN, JOHN C
MR #: 000494020
SURGERY DATE: 09/06/2001
SURGEON: W. PENN WHITE III, M.D.-
ATTENDING PHYSICIAN: MAYA GMS,

ROOM #: 629
PATIENT #: 0124500179
ADM DT #: 09/03/2001

PREOPERATIVE DIAGNOSIS: UPPER GI HEMORRHAGE

POSTOPERATIVE DIAGNOSIS: HIATAL HERNIA WITH EVIDENCE OF MILD ESOPHAGITIS
LARGE DUODENAL ULCER WITH MASS OF VISIBLE VESSEL WITH CLOT

OPERATION: EGD

ANESTHESIA: VERSED 4 MG, DEMEROL 62.5 MG

PROCEDURE: After the patient was adequately sedated, the instrument was placed within the posterior pharynx and under direct visualization passed into the proximal esophagus. The esophageal mucosa and vascular pattern revealed a small hiatal hernia with evidence of esophagitis. The instrument passed easily beyond this into the stomach where under anterior and retroflex view, the antrum, body, fundus and cardia appeared normal. The instrument passed through into the duodenum where the entire duodenal bulb was encompassed of the mass of the duodenal ulcer with a large visible vessel that looked like a finger projection with a clot on the end. There was no active bleeding at that time. The instrument was then removed.

RECOMMENDATIONS: Operative therapy.

W. PENN WHITE III, M.D.-

WPW/ / ts
D: 09/06/2001
T: 09/12/2001

cc:  ALEXANDER V. KREHER, M.D.-
     IVAN MAYA, M.D.-

OPERATIVE REPORT

Page 1 of 1
PRINTED BY: lwashington    DATE 10/11/2006

00194

**BAPTIST MEDICAL CENTER**
2105 East South Boulevard
Montgomery, Alabama 36111
Telephone 334/288-2100

PATIENT: COGGIN, JOHN C
MR #: 000494020
SURGERY DATE: 09/06/2001
SURGEON: ALEXANDER V. KREHER, M.D.~
ATTENDING PHYSICIAN: MAYA GMS,

ROOM #: 629
PATIENT #: 0124500179
ADM DT #: 09/03/2001

**PREOPERATIVE DIAGNOSIS:** UPPER GI HEMORRHAGE SECONDARY TO POSTERIOR PENETRATING DUODENAL ULCER

**POSTOPERATIVE DIAGNOSIS:** SAME WITH CONTAINED PERFORATION

**OPERATION:** EXPLORATORY LAPAROTOMY WITH OVERSEWING OF BLEEDING GASTRIC DUODENAL ARTERY; REPAIR OF CONTAINED PERFORATION WITH PRIMARY CLOSURE AND OMENTAL PATCHING

**ANESTHESIA:** GENERAL

**INDICATIONS:** Mr. Coggin had presented with severe upper GI hemorrhage with endoscopic evidence of a large posterior bulbar ulcer and a large visible vessel. Operation was to try and ligate the vessel and control hemorrhage.

**ASSISTANT:**

**PROCEDURE:** The patient was taken to the Operating room where under a general anesthetic, his abdomen was prepped and draped in the usual sterile fashion. A midline skin incision was made, carried down carefully through the underlying fascia into the peritoneal cavity. On entering the peritoneal cavity, there was no gross contamination. The small bowel obviously had some blood within it as did the colon due to some blue discoloration that was obvious through the bowel wall. The stomach appeared normal as did the liver. The gallbladder, however, was chronically inflamed and as I dissected in and around the area of the gallbladder, it became obvious that the patient had a contained perforation of the duodenum. As I continued by dissection, I was able to see the visible vessel and the posterior penetrating duodenal ulcer and in trying to grasp it, vigorous bleeding ensued. I was finally able to control the bleeding with my finger and subsequently with the suction device while I did several figure-of-eight sutures in several different directions to completely occlude the blood flow from the gastroduodenal artery. The posterior aspect of the duodenum was essentially gone. Following hemostasis, I decided the best way to handle the closure would be with a primary closure and omental patching. I used interrupted 3-0 silk suture taking four bites of first the duodenum and then, the inflammatory rind which was made up of the duodenal wall and the gallbladder. This was done with interrupted 3-0 silk suture. Following completion of that, I fashioned the omental pedicle and brought that down over the closure tacking it down with 3-0 silk suture. Following that, I took a large round Blake drain and placed that in and around the area of the perforation and brought it out the lateral abdominal wall. I thoroughly irrigated the area and hemostasis appeared satisfactory. The fascia was then closed in #2 Prolene beginning above and below and tying in the middle. The skin was closed with clips. Needle, sponge, lap and instrument counts were correct. The patient tolerated the procedure satisfactorily.

ALEXANDER V. KREHER, M.D.~

AVK/ / ts
D: 09/06/2001
T: 09/12/2001

**OPERATIVE REPORT**

Page 1 of 1
PRINTED BY: lwashington    DATE 10/11/2006

**BAPTIST MEDICAL CENTER**
2105 East South Boulevard
Montgomery, Alabama 36111
Telephone 334/288-2100

PATIENT: COGGIN, JOHN C
MR #: 000494020
SURGERY DATE: 09/03/2001
SURGEON: JOHN C. HENDRIX III, M.D.~
ATTENDING PHYSICIAN: MAYA GMS,

ROOM #: 458
PATIENT #: 0124500179
ADM DT #: 09/03/2001

| | |
|---|---|
| PREOPERATIVE DIAGNOSIS: | UPPER GASTROINTESTINAL BLEED |
| POSTOPERATIVE DIAGNOSIS: | SEE FINAL IMPRESSION |
| OPERATION: | ESOPHAGOGASTRODUODENOSCOPY |
| INSTRUMENT: | OLYMPUS EVIS PANENDOSCOPE |
| ANESTHESIA: | DEMEROL 50 MG, VERSED 6 MG IV |
| ASSISTANT: | |

PROCEDURE: After satisfactory sedation, the Olympus EVIS 100 panendoscope was inserted into the esophagus without difficulty. Examination of the esophagus revealed scattered NG suction marks in the esophagus. Examination of the stomach reveals a small hiatal hernia. The stomach was otherwise unremarkable. Examination of the duodenum reveals large fresh clot presumably covering an ulcer at the base of the bulb. There was no active bleeding. The second portion of the duodenum was normal.

IMPRESSION:
1. PRESUMED DUODENAL ULCER AS DESCRIBED
2. NO ACTIVE BLEEDING

JOHN C. HENDRIX III, M.D.~

JCH/ / ah
D: 09/03/2001
T: 09/07/2001

cc:   IVAN MAYA, M.D.~

OPERATIVE REPORT

Page 1 of 1
PRINTED BY: lwashington   DATE 10/11/2006