# DEFENDANT'S EXHIBIT 10



**Baptist HEALTH**

Baptist Medical Center

2105 East South Boulevard
PO Box 11010
Montgomery, AL 36116

FEDERAL I.D. NO. 63-0366289

STATEMENT DATE: 09/24/01

PATIENT NAME: JOHN C COGGIN III
PATIENT NUMBER: 0124500179
PAGE: 001   I/P   18   F1

ADMISSION DATE: 09/03/01
DISCHARGE DATE: 09/17/01
INTERIM FROM:
INTERIM TO:

GUARANTOR'S NAME
FPC FEDERAL PRISON CAMP
FPC FEDERAL PRISON CAMP
BLDG 1226
MAXWELL AFB       AL 36112

| POSTING DATE | QTY | SERVICE CODE | SERVICE | DESCRIPTION | HOSPITAL CHARGE | PROFESSIONAL CHARGE | TOTAL CHARGE |
|---|---|---|---|---|---|---|---|
| | | | C110 | ROOM/BOARD PVT | | | 6,100.00 |
| | | | C111 | MED/SUR - GY PVT | | | 1,830.00 |
| | | | C202 | ICU/MEDICAL | | | 1,100.00 |
| | | | C250 | PHARMACY | | | 18,818.80 |
| | | | C270 | MED-SUR SUPPLIES | | | 2,918.92 |
| | | | C300 | LABORATORY | | | 6,565.57 |
| | | | C301 | CHEMISTRY | | | 3,418.72 |
| | | | C320 | DX X-RAY | | | 275.97 |
| | | | C324 | Chest X-ray | | | 263.23 |
| | | | C360 | OR SERVICES | | | 3,995.80 |
| | | | C370 | ANESTHESIA | | | 854.40 |
| | | | C390 | LAB/TYPE & CROSS MATCH | | | 3,880.50 |
| | | | C622 | MED-SUR SUPP/DIAG SVS | | | 12.40 |
| | | | C636 | DRUGS/DETAIL CODE | | | 254.20 |
| | | | C637 | SELF ADMINISTERED DRUGS | | | 644.30 |
| | | | C710 | RECOVERY ROOM | | | 2,435.70 |
| | | | C730 | EKG/ECG | | | 97.28 |
| | | | C750 | GASTRO INTESTINAL SVS | | | 912.10 |
| | | | TOTAL CHARGES | | | | 54,377.89 |
| | | | TOTAL PAYMENTS/ADJUSTMENTS | | | | 0.00 |
| | | | BALANCE DUE | | | | 54,377.89 |

WE HAVE SUBMITTED A CLAIM TO YOUR INSURANCE CARRIER FOR THE DATE(S) OF SERVICE SHOWN ABOVE. WE APPRECIATE THE OPPORTUNITY TO SERVE YOUR HEALTHCARE NEEDS. PLEASE KEEP THIS SUMMARY OF TOTAL CHARGES FOR YOUR RECORDS.

- PLEASE KEEP THIS ITEMIZED BILL FOR YOUR INCOME TAX AND OTHER RECORDS. 10/11/2006
- IN ADDITION TO YOUR HOSPITAL BILL, YOU MAY RECEIVE SEPARATE BILLS FOR PROFESSIONAL SERVICE FROM YOUR PHYSICIAN, RADIOLOGISTS AND ANESTHESIOLOGISTS.
- "B" DENOTES BABY CHARGES       SEE REVERSE SIDE

BMC #4078 (REV. 3/91)