# DEFENDANT'S EXHIBIT 11

**Program Statement 3420.09, Section 10(b) provides:**

> *Because failure to respond to an emergency may jeopardize the security of the institution, as well as staff or inmates, it is mandatory that employees respond immediately and effectively to all emergency situations.*

It is clear that the staff and medical care workers at Maxwell failed to comply with this Pr Statement.

**Program Statement 6000.05, Section 1 provides:**

> *The principles "medically mandatory" and "presently medically necessary" are used to determine what healthcare is necessary.*
>
> (a) <u>Medically Mandatory</u> *is defined as immediate, urgent or emergency are required to maintain or treat a life threatening illness or injury.*
>
> (b) <u>Presently Medically Necessary</u> *is defined as routine care or treatment that cannot be reasonably delayed without the risk of further complication, serious deterioration, significant pain or discomfort, provided to maintain a chronic or non-life threatening condition.*

**Program Statement 6000.05, Section 2 provides in pertinent part:**

*On occasion, there may be an incompatibility between medical and correctional guidelines; conflicts related to medical care should be resolved, as far as practical, in favor of medicine.*

**Program Statement 6000.05, Chapter 6 Section 1 provides:**

*Each institution shall develop and maintain written plans and procedures defining the scope of healthcare provided in the HSU ("Health Services Unit").*

**Program Statement 6000.05, Chapter 6, Section 3 concerning urgent care provides:**

*Each institution shall have written plans and procedures for providing urgent medical and dental services. Each urgent care plan shall include procedures for notifying the HSU for initial assistance, screening and, if appropriate, subsequent transfer of the patients to the HSU or to external emergency facilities. The procedures shall address:*

*(a)   Arrangements for on-site first aid.*
*(b)   Use of an emergency vehicle.*
*(c)   Use of one or more HSU urgent treatment rooms or other facilities.*
*(d)   Transfer of the patient from the institution to a community medical facility.*