# DEFENDANT'S EXHIBIT 12

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN COGGIN, ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION NO: |
| VS. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | 2:05-cv-1214-F |
| ) | |
| Defendant ) | |

## PLAINTIFF'S ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

Comes now the plaintiff in the above-styled cause and for answer to Defendant's First Set of Interrogatories heretofore filed, says as follows:

1. Identify every person who has knowledge of your medical condition in 2001.

Response:
    John C. Coggin
    Coggin & Associates
    P. O. Box 19961
    Birmingham, AL 35219

    Mickie Coggin
    P. O. Box 382585
    Birmingham, Alabama 35238

Williamson and Steve Smith.

10. For every person identified in No. 8 above, please state the nature of your contact.

Response: With respect to Jim Johnson, Ron Rankin and Mario J. Zayas-Canizres, see answer 4 above; With respect to Joe Williamson, he provided a letter of support in connection with my Reinstatement to the Alabama State Bar Association in 2004; With respect to Steve Smith, he shared the same cubicle with me in 2000 and in January to April 2001. He called to say hello.

11. If you are seeking economic damages in this lawsuit, please provide the amount and explain your method of calculation.

Response: Charges for medications to treat ulcer, potential future medical expenses for additional surgery for incisional hernia, scar tissue on chest and potential re-bleeds. My medications run about $1,560/yr on average and I incur from $150-300 for doctors visits per year. I cannot predict what the surgical costs will be for the hernia repair, however, it will include the surgeon's fee, facility charge and anesthesia and lab charges.

12. If you are seeking non-economic damages in this lawsuit, please provide the amount and explain your method of calculation.

Response: Incredible pain and suffering for weeks in 2001, current and future pain, infliction of mental pain and suffering for failure to treat in 2001, future potential pain and suffering for re-bleeds and ulcer problems.

13. Identify every person who you believe has knowledge of factual information that supports our claim in this lawsuit.

Response: See answer 1 above.

14. For every person identified in response to No. 12 above, please state the nature of their knowledge.

_____
JOHN COGGIN

**STATE OF ALABAMA**
**JEFFERSON COUNTY**

Personally appeared before me the undersigned, a Notary Public in and for said county and state, John Coggin, who first being duly sworn, deposes and says on oath that the foregoing is true and correct to the best of his knowledge and information, this the ___20___ day of ___September___, 2007.

_____
JOHN COGGIN

Sworn to and subscribed before me this the ___20___ day of ___September___
___, 2007.

_____
NOTARY PUBLIC

My Commission Expires: __1/9/08__

_____
JULIA T. COCHRUN
Attorney for Plaintiff

OF COUNSEL:
PATE & COCHRUN, LLP
P. O. Box 10448
Birmingham, AL 35202-0448
Telephone: (205) 323-3900

Fax: (205) 323-3906

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___20___ day of __Sept__, 2007, served a copy of the above and foregoing on counsel for all parties to this proceeding, by mailing a copy of same to each of them, properly addressed, with first class postage thereon prepaid.

_____
OF COUNSEL

cc: Stephen M. Doyle, Esq.
    Assistant U.S. Attorney
    P. O. Box 197
    Montgomery, AL 36101-0197