IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN COGGIN, | ) |
| | ) |
| Plaintiff | ) |
| | ) CIVIL ACTION NO: |
| VS. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) 2:05-cv-1214-MEF |
| | ) |
| Defendant | ) |

**PLAINTIFF'S MOTION TO ENLARGE TIME TO FILE BRIEF AND EVIDENTIARY MATERIALS IN RESPONSE TO GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT**

Comes now the plaintiff, by and through counsel of record, and moves to enlarge the time in which he has to file his brief and evidentiary materials in response to the Government's Motion for Summary Judgment and in support of this motion, the plaintiff sets forth and relies on the following grounds:

1. The Government requested an extension of Dispositive Motion Deadline for an additional week, which motion was not opposed by the plaintiff. Said request was granted, extending Government's deadline to and including October 12, 2007.

2. The Government filed said Motion for Summary Judgment, with attachments, on Friday evening, October 12, 2007, after 6:00 p.m.

3. The motion, brief and exhibits totaled more than two hundred ninety (290) pages.

1

4.    Per Order of this Court entered on October 16, 2007, plaintiff's response, which shall include a brief and evidentiary materials, is due on or before October 30, 2007.

5.    One of plaintiff's experts in this case, Mr. Mooney, is being put up for deposition in Detroit, Michigan on Wednesday, October 24, 2007 and will require out of town travel to accomplish same.

6.    Another one of plaintiff's experts in this case, Dr. Paris, is being put up for deposition in Atlanta, Georgia on Monday, October, 29, 2007, requiring out of town travel as well.

7.    Plaintiff's counsel has learned on Friday, October 19, 2007, that the plaintiff's wife was diagnosed with a very agressive form of breast cancer as a result of her Monday, October 15, 2007 biopsy. The medical decisions as to treatment and institution of said treatment will be determined this upcoming week. Surgery is imminent due to the nature of this cancer.

8.    Because of plaintiff's sporatic availability due to his wife's serious illness, and plaintiff's counsel's unavailability for at least two work days due to depositions in this very case, the plaintiff and his attorney have had a difficulty time meeting to prepare this response along with affidavits, etc.

9.    Plaintiff's counsel has spoken with Assistant U.S. Attorney Stephen Doyle via e-mail concerning these developments and he could not agree to an extension and cited his reasons as follows "I will be out of the country 10-17 Nov. My reply is due 6 Nov. If we push yours back a week, I'll need another week for my reply which doesn't work, so I can't agree." Further Attorney Doyle says "If you file on the 6th, I'll need until the 27th to

reply. Please include this in your motion and recite that I am out of the country 10-17 and cannot reply that week. The 22 is Thanksgiving and I'm away 22-23. I'd rather keep current schedule".

WHEREFORE, plaintiff requests that the time to file brief and evidentiary materials in response to Government's motion for summary judgment be enlarged one week, to and including November 6, 2007, or whatever additional time this Court deems appropriate given all the circumstances. Plaintiff has no objection to extension of the Government's response filing date in light of these circumstances.

_____
JULIA T. COCHRUN
Attorney for Plaintiff

OF COUNSEL:
PATE & COCHRUN, LLP
P. O. Box 10448
Birmingham, AL 35202-0448
Telephone: (205) 323-3900
e-mail: filings@plc-law.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 21st day of October, 2007, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such plaintiff to defense counsel:

Stephen Michael Doyle, Esq.
Assistant U.S. Attorney
P. O. Box 197
Montgomery, AL 36101-0197

_____
JULIA T. COCHRUN
Attorney for Plaintiff