IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN COGGIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-1214-MEF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

Upon consideration of the plaintiff's Motion for Extension of Time (Doc. #33) filed on October 21, 2007, it is hereby

ORDERED that the motion is GRANTED. The plaintiff shall file a response to the motion for summary judgment, which shall include a brief and any evidentiary materials, on or before November 16, 2007. The defendant may file a reply brief on or before November 27, 2007. The motion will be under submission on November 27, 2007. **The parties are advised that further extensions of deadlines set by this Order will not be granted.** The parties are further advised that due to extensions granted to both Plaintiff and Defendant, it is unlikely that the Court will be able to rule on the motion for summary judgment prior to the pretrial.

DONE this 23rd day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE