IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN COGGIN, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | )   2:05-CV-1214-MEF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| DEFENDANT. | ) |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

Comes now the plaintiff and pursuant to this Court's Amended Scheduling Order entered on April 11, 2007, the parties have attempted settlement negotiations, which have not been fruitful. Plaintiff has offered to mediate however defense counsel has indicated that he does not believe mediation will assist in this process.

_____
JULIA T. COCHRUN
Attorney for Plaintiff

OF COUNSEL:
PATE & COCHRUN, LLP
P. O. Box 10448
Birmingham, AL 35202-0448
Telephone: (205) 323-3900
e-mail: filings@plc-law.com

1

CERTIFICATE OF SERVICE

     I certify that I have on this ___ day of November, 2007, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Stephen Michael Doyle, Esq.
Assistant U.S. Attorney
P. O. Box 197
Montgomery, AL 36101-0197
Stephen.Doyle@usdoj.gov

                                                                _____
                                                                 JULIA T. COCHRUN
                                                                 Attorney for Plaintiff