IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN COGGIN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | CIVIL ACTION NO: |
| VS. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | 2:05-cv-1214-F |
| | ) | |
| Defendant | ) | |

FIRST SUPPLEMENT TO
PLAINTIFF'S DISCLOSURES OF PERSONS UNDER RULES 701, 702,
703 OR 705 OF THE FEDERAL RULES OF EVIDENCE AND REPORTS
OF RETAINED EXPERTS REQUIRED BY RULE 26(A)(2)

Comes now the plaintiff in the above-styled cause, by and through his attorney of record, and pursuant to Amended Scheduling Order, Section 8, entered in this case on April 11, 2007, supplements his list of persons under Rules 701, 702, 703 or 705 of the Federal Rules of Evidence that may be used at trial to present evidence, along with the Rule 26(a)(2) disclosures of expert testimony, as follows:

    27.    David Folmar, Pharmacist
             c/o BOP Federal Prison Camp
             Maxwell Air Force Base
             Montgomery, AL

Mr. Folmar will testify as to the prescription and dispensing of medication to John Coggin as well as the use of NSAIDs in patients.

_____
JULIA T. COCHRUN
Attorney for Plaintiff

OF COUNSEL:
PATE & COCHRUN, LLP
P. O. Box 10448
Birmingham, AL 35202-0448
Telephone: (205) 323-3900
Fax: (205) 323-3906

CERTIFICATE OF SERVICE

I do hereby certify that I have on this the ___7___ day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the AlaFile E-system which will send notification of such filing to the following:

Stephen M. Doyle, Esq.
Assistant U.S. Attorney
P. O. Box 197
Montgomery, AL 36101-0197

and I hereby certify that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following, including non-AlaFile participants:

SAME

_____
OF COUNSEL

2