IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN COGGIN, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | 2:05-CV-1214-MEF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## PLAINTIFFS' EVIDENTIARY SUBMISSION IN SUPPORT OF BRIEF IN OPPOSITION TO GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT

A. Plaintiff's Exhibit A - Deposition of Dr. Orenicio Garcia-Brenes.

B. Plaintiff's Exhibit B - Deposition of Oscar Rodriguez.

C. Plaintiff's Exhibit C - Deposition Excerpts of Christopher Thomas.

D. Plaintiff's Exhibit D - Affidavit of Dr. Joseph Paris with attachments.

E. Plaintiff's Exhibit E - Affidavit of John Coggin.

F. Plaintiff's Exhibit F - Baptist Medical Center Records (excerpts).

G. Plaintiff's Exhibit G - Affidavit of Jim Johnson.

H. Plaintiff's Exhibit H - Affidavit of Ronald Rankin.

I. Plaintiff's Exhibit I - BOP Health Records (73A and 74A with fax info).

J. Plaintiff's Exhibit J - Deposition of David Folmar.

_____
JULIA T. COCHRUN,
Attorney for Plaintiff

OF COUNSEL:
PATE & COCHRUN, LLP
P. O. Box 10448
Birmingham, AL 35202-0448
Telephone: (205) 323-3900
Fax: (205) 323-3906
e-mail: filings@plc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the ____15____ day of November, 2007, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, the CM/ECF system will send notification of such filing to the following:

Stephen M. Doyle, Esq.
Assistant U.S. Attorney
P. O. Box 197
Montgomery, AL 36101-0197

and I hereby certified that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following:

None

_____
OF COUNSEL