# PLAINTIFF'S EXHIBIT C

# DEPOSITION EXCERPTS
# OF
# CHRISTOPHER THOMAS

ASSOCIATED COURT REPORTERS, LLC
(205) 251-4227 / FAX (205) 251-4224

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

**ORIGINAL**

| | |
|---|---|
| JOHN COGGIN, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | CIVIL ACTION NO.: |
| ) | 2:05-cv-1214-MEF |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| DEFENDANT. ) | |

DEPOSITION OF CHRISTOPHER OLIVER THOMAS

   The Deposition of CHRISTOPHER OLIVER THOMAS, was taken before Kathy Colburn, CSR., on Friday, July 20, 2007, at the Office of U. S. Attorney, 131 Clayton Street, Montgomery, Alabama, commencing at 9:35 a.m., pursuant to the stipulations set forth herein:

301 Title Building/ 300 21st Street North
Birmingham, Alabama   35203

ASSOCIATED COURT REPORTERS, LLC
(205) 251-4227 / FAX (205) 251-4224

Page 2

A P P E A R A N C E S

APPEARING FOR THE PLAINTIFF:

    PATE & COCHRUN, L.L.P.
    BY:  Ms. Julia T. Cochrun
    400 Title Building
    Birmingham, Alabama   35203

APPEARING FOR THE DEFENDANT:

    OFFICE OF U. S. ATTORNEY
    BY:  Mr. Stephen Michael Doyle
    Assistant U. S. Attorney
    131 Clayton Street
    Montgomery, Alabama   36104


Reported By:

    Kathy Colburn,
    Certified Shorthand Reporter

ASSOCIATED COURT REPORTERS, LLC
(205) 251-4227 / FAX  (205) 251-4224

Page 3

# INDEX

EXAMINATION OF CHRISTOPHER OLIVER THOMAS

EXAMINATION BY:                    PAGE NUMBER:

Ms. Cochrun . . . . . . . . . . . .   5 - 26
                                     27 - 35


Mr. Doyle . . . . . . . . . . . . .  26 - 27




CERTIFICATE OF REPORTER               35

301 Title Building/ 300 21st Street North
Birmingham, Alabama  35203

ASSOCIATED COURT REPORTERS, LLC
(205) 251-4227 / FAX (205) 251-4224

Page 9

```
 1   control calls the lieutenant.
 2           And the lieutenant calls the PA if
 3   he's on duty, or he calls Dr. Garcia.  It
 4   depends on what time of the day it is.  And
 5   they make that determination from there.
 6   Q        Okay.  If you were to come upon an
 7   inmate vomiting blood, what would you do?
 8   A        Call the lieutenant and let him know
 9   what's going on.
10   Q        All right.  Typically, when the
11   lieutenant is called, what's next, you know,
12   in terms of inmates, does someone come to see
13   them where they are, or do you carry them
14   somewhere, or how does that work?
15   A        It just depends.  If he's able to
16   walk, we take them down to the lieutenant's
17   office.  Like I say, it all depends on what
18   time of day it is.
19   Q        If it's after hours, so to speak,
20   when the clinic is not up and running?
21   A        If he's not able to walk, the
22   lieutenant will come up.  If he can, we'll
23   get him to walk himself down to the
24   lieutenant's office so we can call Dr.
25   Rodriguez -- I mean, Dr. Garcia.
```