PLAINTIFF'S EXHIBIT F

BAPTIST MEDICAL CENTER RECORDS
(EXCERPTS)



**Baptist HEALTH**

**PROGRESS RECORD**

| Date | Time | RAN - Lutz | PCP - ∅ Antonio Williams |
|------|------|---|---|
| 9/3/01 | 0021 | cc: Syncope/Vomiting Coffee ground emesis | |
| | | HPI: 53 yo WM prisoner @ Maxwell c̄ several week | |
| | | episode of N/V, had syncope c̄ vomiting yesterday | |
| | | + today - seeing Dr Antonio Williams → gall bladder | |
| Lab | | sludge + polyp - planning surgery in 1-2 wks, unable | |
| UA-neg | | to eat 2° Vomiting ⊕ 15 lb wt loss, pain is constant | |
| | | sharp in nature, RUQ, worse c̄ food, ∅ BRBPR, ∅ | |
| 17.6 / 6.8 / 425 / 19.9 | | melena ∅ hematemesis ⊕ coffee ground emesis | |
| S-77 L-17 / 84.3 M-2 / RDW-24 MCH-21 | | ∅ ETOH heavy NSAID use (ibuprofen) ∅ F/N/S/C | |
| Lyo-12 / Any-27 | | ∅ SOB ∅ CP ∅ urinary Δs, ∅ previous reflux sxs | |
| 135 110 44 / 139 Ca-8 / 3.5 31 11 | | PMH - passed out on standing again in ER | |
| TP 5.5 AlkP-77 / Alb-2.5 SGOT-17 | | PMH - HTN | |
| Bili-0.2 SGPT-30 | | FH/SH/Meds/Allergies - per Intern note | |
| ABS - NSBG-D | | Vitals 99.6 - 110 - 18 - 99/61 POx 99% O-100 HR 118 & 99/37, 114 g ankle | |
| ∅ free air | | Gen - pale, slightly lethargic male | |
| ? Hernia | | CV - tachy RRØM Lung - CTA Ⓑ Abd - S/NT/∅ BS/ND | |
| | | Ext - ∅ c/c/e Conjunctiva - pale | |
| | | A) 53 yo WM c̄ abd pain + prob upper-GI bleed likely | |
| | | 2° to NSAID use | |
| | | 1) GI bleed - admit Unit, 2 IVs, fluids, transfuse Bld | |
| | | , IV PPI, consult GI in AM, ✓ H/H Q 2 hrs | |
| | | 2) Normocytic Anemia - transfuse 3 U c̄ 3 on hold goal H/H - 10/30 | |
| | | 3) ↑ WBC - mild ⓁShift - likely stress will observe signs | |
| | | inf - likely source would be perf doubt because | |
| | | ∅ free air | |
| | | 4) ↑ BUN - 2° #1 | |
| | | 5) ↓ TP/Alb - prob poor nutrition, eval ē recov from GI bleed | |
| | | 6) Met Alk - 2° N/V, sxs control | |
| | | 7) HTN - orthostatic 2° vol loss #1, will follow for now | |

BSB-0108-1 (4/00) PRINTED BY: lwashington  DATE 10/11/2006   Dr. Peter O. Lutz

00198