# PLAINTIFF'S EXHIBIT G

# AFFIDAVIT
# OF
# JIM JOHNSON

AFFIDAVIT

I, the undersigned Affiant, Jim Johnson , state as follows:

1. I am an adult resident of Taveres, Florida. I am personally acquainted with John Coggin.

2. During the year 2001, I was an inmate at the Federal Prison Camp located at Maxwell Air Force Base in Montgomery, Alabama ("FPC Maxwell"). There I met and came to know John Coggin. I have personal knowledge of Mr. Coggin's medical problems that occurred in the summer and early fall of 2001.

3. I was assigned a bunk in the cube immediately adjacent to Mr. Coggin's cube. As a result, I was in a position to observe on a daily basis what transpired with Mr. Coggin and in his cube area.

4. In late July or early August 2001, I recall that Mr. Coggin began to experience severe abdominal pain. For a period of weeks I observed the terrible condition Mr. Coggin was in. I could see the pain he was suffering on a daily basis. The pain was so severe that he often would have to spend the day and night with his head down on the desk in his cube because it was so extremely painful for him to even lay down in his bunk.

5. Over a period of several weeks, Mr. Coggin repeatedly requested emergency medical treatment and was denied such treatment when it was obvious he was in desperate need of emergency assistance. On several occasions I recall he was throwing up blood and fainting unconscious from the loss of blood. On more than one occasion he was found unconscious on the floor and throwing up blood and yet the FPC Maxwell staff refused to send Mr. Coggin out for emergency medical help. We fully expected Mr. Coggin to die from his condition it was so bad.

6. I recall one occasion in August 2001 on a weekend night around the 2:00 a.m. count Security Officer Ramadue discovered Mr. Coggin on the floor of his cube. After she radioed the office for instructions, I personally assisted Ms. Ramadue in getting Mr. Coggin on her golf cart to be taken to the office. He was in extreme pain and obviously needed to be taken to the emergency room at the hospital. I recall that later that night Mr. Coggin was returned to his cube without having been sent out for any emergency medical treatment. This was just one of many instances when Mr. Coggin was denied emergency medical help when it was apparent to everyone he was in near critical condition. I cannot begin to adequately describe how much Mr. Coggin suffered during this period. He told me that he could not understand why they would not send him out for emergency medical aid when he was in such bad shape. I recall that all the medical staff did for him was give him motrin for the pain.

7. On another occasion in August 2001, I recall Mr. Coggin began throwing up blood uncontrollably all in the C Wing bathroom, while Officer Thomas was in the process of conducting the 10:00 p.m. count. Officer Thomas called for instructions and was told by the duty officer , Lieutenant Synder to bring Mr. Coggin to the Lieutenant's office. Officer Thomas asked me to assist him in getting Mr. Coggin down to the office. When we got to the office, Lieutenant Synder was out. Present in the office was a female security officer, a Ms. Estep. I told Officers Thomas and Estep that Mr. Coggin was gravely sick and desperately needed to be taken to the hospital emergency room. Officer Thomas agreed with me that Mr. Coggin should be taken to the emergency room, but it was not his decision. Officer Thomas personally asked me to stay with Mr. Coggin in case he fell out again. Officer Thomas then left to finish the 10:00 p.m. count.

8. A few minutes later Lieutenant Synder came in. As soon as he came in he began screaming words to the effect: "Coggin, I knew it was you. I am sick and tired of you getting sick on my shift. Why don't you get sick on

someone else's shift?" Mr. Coggin tried to explain how sick he was and how he had been throwing up blood all night, but Lieutenant Synder would not listen. He shouted at Mr. Coggin again telling him he was not going to send him to any emergency room. He then turned to me and yelled " What the hell are you doing here Johnson Coggin doesn't need a baby sitter. Get out of here before I lock you up with Coggin". With that I left.

9. Later that night Mr. Coggin was returned to his cube next to mine in the C Wing. Soon thereafter that night Mr. Coggin fell out unconscious. Inmate Dereck Mosley helped Mr. Coggin back to his cube. I can recall Mr. Mosley shouting for the Security Officers that this man needs to be taken to the hospital before he dies. Officer Estep called the Lieutenant's office on her radio and spoke with Lieutenant Synder. Although Mr. Coggin had been throwing up blood uncontrollably and had fallen out unconscious that night, Lt. Synder told Officer Estep to just put Mr. Coggin back in his bunk, which she did.

10. A day or two later Mr. Coggin fell out unconscious again in a pool of blood. This time it occurred in the afternoon and an Officer Timmons called immediately for the ambulance, which I understood probably saved Mr. Coggin from bleeding to death. After Mr. Coggin had been taken to the hospital I had occasion to speak with Dr. Garcia a few days later. Dr. Garcia looked shaken and frankly admitted to me that he had been wrong in not sending Mr. Coggin out to the hospital earlier but that Dr. Garcia thought that "Mr. Coggin was faking it".

AFFIANT FURTHER SAITH NOT.

_____
Jim Johnson

-3-

SUBSCRIBED AND SWORN TO BEFORE
ME ON THIS THE 12 day of Dec,
2002.


*[signature]*
Notary Public

Anna G Ruscitti
My Commission DD029216
Expires May 28, 2005

My Commission Expires: _____

-4-