# PLAINTIFF'S EXHIBIT H

# AFFIDAVIT
# OF
# RONALD RANKIN

## AFFIDAVIT

I, the undersigned Affiant, Ronald Rankin, state as follows:

1. I am an adult resident of Monroeville, Alabama. I am personally acquainted with John Coggin.

2. During the year 2001, I was an inmate at the Federal Prison Camp located at Maxwell Air Force Base in Montgomery, Alabama ("FPC Maxwell"). I have personal knowledge of Mr. Coggin's medical problems that occurred in the summer and early fall of 2001.

3. I was assigned the cube immediately next to Mr. Coggin's cube. As a result, I was in a position to see on a daily basis what happened to Mr. Coggin and the terrible medical problems he suffered from during this period.

4. In late July or early August 2001, I remember that Mr. Coggin began to experience severe abdominal pain. For a period of weeks I witnessed first hand the terrible medical condition Mr. Coggin was in and the continued faliure for weeks of the Maxwell BOP staff to do anything about his condition. I could see the pain he was suffering from on a daily basis. The pain was so great that he often would have to spend the day and night with his head down on the desk in his cube because it was too painful for him to lay down in his bunk. It became obvious that Mr. Coggin needed to be sent out to the emergency room for treatment.

5. Over a period of several weeks, Mr. Coggin repeatedly requested emergency medical treatment and was denied such treatment when it was apparent he was in desperate need of emergency assistance. On several occasions I recall he was throwing up blood and fainting unconscious from the loss of blood. On more than one occasion, he was found unconscious on the floor and throwing up blood and yet the FPC Maxwell staff repeatedly refused to send Mr. Coggin out for emergency medical help. I was very much afraid Mr.

Coggin would die from his condition it was so bad.

6. I particularly remember on one occasion in August 2001 Mr. Coggin began violently throwing up blood all in the C Wing bathroom, while Officer Thomas was in the process of conducting the 10:00 p.m. count. Officer Thomas called for instructions and was told by the duty officer, Lieutenant Synder to bring Mr. Coggin to the Lieutenant's office. I entered the rest room soon after Mr. Coggin went to it, and found it covered with blood from his throwing up. Officer Thomas took Mr. Coggin to the Lieutenant's office, but he was soon returned to the dorm, as he had been on so many prior occasions.

7. Later that night Mr. Coggin fell out unconscious again. Inmate Dereck Mosley helped Mr. Coggin back to his cube. Mr. Mosley shouted for the Security Officers that this man needs to be taken to the hospital before he dies. Officer Estep called the Lieutenant's office on her radio and spoke with Lieutenant Synder. Although Mr. Coggin had been throwing up blood uncontrollably and had fallen out unconscious that night, Mr. Coggin was simply ordered back in his bunk.

8. A day or two later Mr. Coggin fell out unconscious again in a pool of blood. This time it occurred in the upstairs dorm laundry room. When I heard that Mr. Coggin had collapsed, I rushed upstairs. I was afraid he had died, since his condition had been so terrible for so many weeks and the medical staff had refused to send him to the emergency room, when it was so obvious he needed to be sent. When I got to the second floor area I saw that Mr. Coggin was lying in a pool of blood. I told Officer Thomas that he needed to be sent to the hospital emergency room and that Mr. Coggin had been sick for weeks.

9. Officer Thomas called for an ambulance and Mr. Coggin was sent to the hospital. Mr. Coggin was returned to his cube from the hospital after about two to three weeks. He had been operated on and was still

in a terrible condition. He was so weak that he could not make up his bed or do his laundry or exert himself.

AFFIANT FURTHER SAITH NOT.

_____
Ronald Rankin

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS THE 9th day of Sept, 2005.

_____
Notary Public
My Commission Expires: 7-23-2006

-3-