PLAINTIFF'S EXHIBIT I

BOP HEALTH RECORDS
(73A and 74A WITH FAX INFORMATION)

SEP-25-2003 14:31   ADVANCED SURGICAL ASSOC   334 265 9257   P.02

*Advanced Surgical Associates, P.C.*
*General & Peripheral Vascular Surgery*
2101 Chestnut Street * Montgomery, Alabama 36106

NAME: COGGINS, JOHN
DATE: 08/29/01

HISTORY: Mr. John Coggins is a 53-year-old gentleman who was sent in from the Federal prison to be evaluated for right upper quadrant abdominal pain. The patient states he has been having intermittent right upper quadrant abdominal pain and epigastric pain for the past month. He states that the pain is sometimes 10/10 in intensity and is mostly in the right upper quadrant and does not radiate to the back. He has an occasional pain in the epigastric area. He has had a couple of episodes of nausea and vomiting, but most of the time he just has the pain. He also states that this is associated with fatty foods and has made him alter his diet.

PAST MEDICAL HISTORY: None.

PAST SURGICAL HISTORY: Some type of nose surgery as well as colon polyp removal.

CURRENT MEDICATIONS: None.

DRUG ALLERGIES: No known drug allergies.

FAMILY HISTORY:

SOCIAL HISTORY: He is currently incarcerated. He is married and has two children. He denies any IV drug abuse, tobacco, or alcohol but he does partake in caffeinated beverages.

REVIEW OF SYSTEMS:
EYES: Blurred vision and he wears glasses.
GI: Abdominal pain.
CONSTITUTIONAL: The patient is 5 feet 8 inches and weighs 160 pounds. The patient denies any significant weight loss over the past six months to a year.

PHYSICAL EXAM: This is a well-nourished and well-developed male who is in no apparent distress.
HEENT: Atraumatic, normocephalic. Pupils equal, round and reactive to light and accommodation.
CARDIAC: Regular rate and rhythm.
LUNGS: Clear to auscultation.
ABDOMEN: Soft and non-distended with tenderness in the right upper quadrant to deep palpation but no rebound or rigidity. No palpable masses or abnormalities are found.
EXTREMITIES: Neurovascular intact.

CONTINUED...

*[Signature]* 2/25/03
O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery

TOTAL P.02

NAME: COGGINS, JOHN
DATE: 08/29/01

PAGE...2

**RADIOLOGICAL DATA:** The patient had an ultrasound. The ultrasound was significant for a small echogenic focus in the gallbladder. They could not rule out a polyp versus calcified gallstones or tumor for occasional sludge. He also had a left renal calculus with no hydronephrosis.

**IMPRESSION:** The patient is having biliary colic. This may be secondary to a gallstones versus a polyp. The common bile duct is normal.

**PLAN:** Due to the fact that this could possibly be a polyp, I do recommend that the patient has a laparoscopic cholecystectomy. I did discuss with him that this may or may not alleviate his symptoms. He seems to be having some problems with either biliary dyskinesia or some type of reason for having biliary colic. He may get some relief from this. The biggest concern to me is to make sure that this is not a polyp in his gallbladder, because then we must rule out a cancer. The patient states that he understands and he wishes to proceed with the procedure.

Thank you for this very pleasant consult.

AW/vm
D:08/29/01
T:08/30/01
CC:   Dr. O. Garcia

ANTONIO WILLIAMS, M.D.

DICTATED BUT NOT EDITED

9/25/03
O. Garcia-Brenes, M.D., Clinical Director
FPC-Montgomery