IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

JOHN COGGIN, )
)
Plaintiff, )
)
v. ) CASE NO. 2:05cv01214-MEF
)
UNITED STATES OF AMERICA, )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __JOHN COGGIN__, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| NONE | |

12/7/2007
Date

(Signature)
JULIA T. COCHRUN
(Counsel's Name)

**JOHN COGGIN**
Counsel for (print names of all parties)
P. O. Box 10448
Birmingham, AL 35202-0448
Address, City, State Zip Code
205-323-3900
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

## CERTIFICATE OF SERVICE

I, JULIA T. COCHRUN, do hereby Certify that a true and correct copy of the foregoing has been furnished by ELECTRONIC MAIL (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 10th day of DECEMBER 2007, to:

STEPHEN MICHAEL DOYLE, ESQ.

Assistant U.S. Attorney

P. O. Box 197

Montgomery, AL 36101-0197

12-10-07
Date

Signature