IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN COGGIN, | ) |
| Plaintiff | ) ) ) |
| VS. | ) CIVIL ACTION NO: ) ) |
| UNITED STATES OF AMERICA, | ) 2:05-cv-1214-F ) |
| Defendant | ) ) |

**PLAINTIFF'S WITNESS LIST, EXHIBIT LIST AND
DEPOSITION DESIGNATIONS PURSUANT TO RULE 26(a)(3)**

Comes now the plaintiff in the above-styled cause, by and through his attorney of record, and pursuant to Amended Scheduling Order, Sections 10, 11, and 12, entered in this case on April 11, 2007, provides the following:

WITNESSES - PLAINTIFF EXPECTS TO PRESENT

1.  John C. Coggin
    Coggin & Associates
    P. O. Box 19961
    Birmingham, AL 35219
    205-995-4168

1

2. Oscar Rodriquez
   Physician Assistant
   B.O.P. Federal Prison Camp
   Maxwell Air Force Base
   Montgomery, AL
   (334) 293-2168

3. Orenzio Garcia-Brenes, M.D.
   Director of Medical Services
   B.O.P. Federal Prison Camp
   Maxwell Air Force Base
   Montgomery, AL
   (334) 293-2168

4. Jim Johnson
   380 South S.R. 434, #207
   Altamonte Springs, Florida 32714
   (386) 428-5186

5. Ron Rankin
   P.O. Box 803
   Monroeville, AL 36460
   (251) 575-7853

6. Alexander Kreher, M.D.
   2055 E. South Blvd., Suite 603
   Montgomery, AL
   (334)281-9000

7. C. Louis Cummings, M.D.
   The Kirklin Clinic
   2000 6th Avenue South
   Birmingham, AL
   (205)801-8300

8.  Phillip D. Smith, M.D.
    The Kirklin Clinic
    2000 6th Avenue South
    Birmingham, AL
    (205)801-8300

9.  Joseph E. Paris, Ph.D, M.D., CCHP-A
    2116 Lamplighter Drive
    Marietta, Georgia 30062
    (770) 645-2210

10. Raymond P. Mooney, PA-C
    107 West Chicago Street
    Brooklyn, Michigan 49230
    (810) 780-3677

11. David Folmar, Pharmacist - by deposition
    PSC 78
    Box 428
    APOAP 96326

### WITNESSES - PLAINTIFF MAY PRESENT

1.  Rosetta Beasley
    Case Manager
    6001 Old Hickory Blvd., Apt. 419
    Hermitage, TN 37076-3037
    (615) 885-8272

2.  Doris Little, CRNP
    709 West 4th Street
    Prattville, AL 36067
    (334) 361-1999

3.  Daphne Essex, CRNP
    133 Fredot Road
    Montgomery, AL 36105
    (334) 288-9230

4. Security Guard Anita Rabidou
C/O B.O.P. Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL
(334)293-2168

5. Security Officer Chris Thomas
C/O B.O.P. Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL
(334)293-2168

6. Security Officer Tiffani Estep
FCC Yazoo City
2225 Haley Barbour Parkway
Yazoo City, Ms 39194

7. Mr. Charlie Hudson
3225 Cheltenham Drive
Montgomery, AL 36116
(334) 281-4416

8. Antonio J. Williams, M.D. - by deposition pursuant to FRE 607.
Advanced Surgical Associates
2101 Chestnut Street
Montgomery, AL
(334)265-9225


EXHIBITS

1. Medical bill and pharmacy charge list and attachments (bills printout and Blue Cross Blue Shield printout).

2. Medical records of John Coggin of Baptist Medical Center South, 9/2/01 admission.

3. Medical records of John Coggin of BOP Montgomery, including excerpts from other off-camp physician records.

4. Medical records of John Coggin of Dr. Alex Kreher.

5. Medical records of John Coggin of Dr. Antonio Williams.

6. Medical records of John Coggin of Kirklin Clinic including Dr. Roy Rodham, Dr. Louis Cummings, and Dr. John Christein.

7. Medical records of John Coggin of Haynes Ambulance Service of 9/2/01.

8. BOP Montgomery Lieutenant's Daily Log 9/2/01 (846-848).

9. BOP Montgomery Control Unit Log for the following dates: 7/30/01 (456-457), 8/1/01 (460), 8/29/01 (505), 9/2/01 (513-514).

10. BOP Montgomery Housing Unit Log for 9/2/01 (540).

11. "Understanding GI Bleeding: A Consumer Education Brochure", American College of Gastroenterology publication.

12. Curriculum Vitae of Dr. Philip Smith.

13. Curriculum Vitae of Dr. Joseph Paris.

14. Curriculum Vitae of Dr. Alex Kreher.

15. Curriculum Vitae of Dr. Louis Cummings.

16. Curriculum Vitae of Raymond Mooney, PA.

17. Letter of Dr. Louis Cummings regarding John Coggin dated 7/15/05.

18. Letter of Dr. Philip Smith regarding John Coggin dated 8/29/07.

19. Letter of Dr. Philip Smith regarding John Coggin dated 6/25/04.

20. Rule 26 Report of Raymond Mooney, PA-C with attachments.

21. "Clinical Policy: Critical Issues for the Initial Evaluation and Management of Patients Presenting with Chief Complaint of Non-traumatic Acute Abdominal Pain", as attached to PA Mooney's Rule 26 report.

22. Medical illustration of common causes of acute abdominal pain, as attached to PA Mooney's Rule 26 report.

23. Rule 26 Report of Dr. Joseph Paris, with attachments.

24. Rule 26 Report of Dr. Philip Smith, with attachments.

25. PDR excerpts for Motrin, Sulindac, Anaprox, and Toradol.

26. MedScape drug profile for Motrin, Sulindac, Anaprox, and Toradol.

27. BOP Montgomery Admissions and Orientation Booklet, pages 19-21.

28. Attachments to deposition of David Folmar, pharmacist:
    a. 7/26/01 Ibuprofen, designated as Plaintiff's Exhibit 1;
    b. Medications, designated as Defendant's Exhibit 1;
    c. Ibuprofen printout, designated as Defendant's Exhibit 2.

29. BOP Montgomery Medical Records of John Coggin, pages 156-157.

30. BOP Montgomery document request to Garcia from Coggin dated 9/18/01 referring to blood pressure medicines.

## DEPOSITION DESIGNATIONS

1. Deposition of David Folmar, pharmacist, and attachments, in its

        entirety pursuant to Rule 706 FRE.

2.     Deposition of Dr. Antonio Williams, and attachments, in its entirety pursuant to Rule 706 FRE.

3.     In the event that the Government will agree at some point, or that the Court orders, the plaintiff would offer the depositions of the treating physicians, Dr. Alex Kreher and Dr. Louis Cummings. These depositions have not been taken to date.

4.     In an abundance of caution, in the event any of plaintiff's designated experts - Dr. Philip Smith, Dr. Joseph Paris and Raymond Mooney, PA - could not attend trial, plaintiff would offer their depositions and attachments.

_____
JULIA T. COCHRUN
Attorney for Plaintiff

OF COUNSEL:
PATE & COCHRUN, LLP
P. O. Box 10448
Birmingham, AL 35202-0448
Telephone: (205) 323-3900
Fax: (205) 323-3906

CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 27th day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the AlaFile E-system which will send notification of such filing to the following:

7

Stephen M. Doyle, Esq.
Assistant U.S. Attorney
P. O. Box 197
Montgomery, AL 36101-0197

and I hereby certify that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following, including non-AlaFile participants:

SAME

_____
OF COUNSEL