IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN COGGIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO: |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | 2:05-cv-1214-MEF |
| ) | |
| Defendant . ) | |

_____

### SECOND INTERROGATORIES TO DEFENDANT
_____

COMES NOW the plaintiff in the above-styled cause, and desiring the testimony of the defendant, propounds the following Second Interrogatories to be answered in the manner and form prescribed by law and the Federal Rules of Civil Procedure:

1. Please state the nature of the expected testimony of the following persons including but not limited to what knowledge they have of the issues in this case, their involvement in any way with John Coggin, or the health care providers, or other personnel involved in the incidences made the basis of this claim. Please state with particularity their expected testimony on all issues in this case:
    a. Britton Snider, Ltn.
    b. Tiffani Estep;
    c. Chris Thomas;
    d. Anita Rabidou;
    e. Steve Burns;

f. Thomas West;
g. Billvy (sic) J. Satterwhite;
h. Freddie Davis;
i. Michael Lofton;
j. Rosetta Beasley;
k. Daphne Essex;
l. Charlie Hudson;
m. Jackie Justice;
n. Captain Tony Normand;
o. Chalon Moore;
p. Charlotte Foster;
q. Ivan D. Maya, MD;

/s/ Julia T. Cochrun
JULIA T. COCHRUN
Attorney for Plaintiff

OF COUNSEL:
PATE & COCHRUN, L.L.P.
P. O. Box 10448
Birmingham, Alabama 35202-0448
Telephone: (205) 323-3900
E-mail: filings@plc-law.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 28th day of December, 2007, served a copy of the above and foregoing on counsel for all parties to this proceeding, by mailing a copy of same to each of them, properly addressed, with first class postage thereon prepaid.

I further certify that I have on this 28th day of December, 2007, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Stephen Michael Doyle, Esq.
Assistant U.S. Attorney
P. O. Box 197
Montgomery, AL 36101-0197
Stephen.Doyle@usdoj.gov


      /s/ Julia T. Cochrun
      JULIA T. COCHRUN
      Attorney for Plaintiff

Stephen Michael Doyle, Esq.
Assistant U.S. Attorney
P. O. Box 197
Montgomery, AL 36101-0197