IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN COGGIN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) CIVIL ACTION NO.: **2:05-CV-1214-MEF** |
| | ) |
| UNITED STATES, | ) |
| | ) |
|     Defendant. | ) |

**UNITED STATES' MOTION *IN LIMINE* TO EXCLUDE
TRIAL TESTIMONY BY PLAINTIFF'S THREE
RETAINED MEDICAL EXPERTS**

COMES NOW defendant, the United States, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to Rule 403 of the Federal Rules of Evidence and § 6-5-548 (e) of the Alabama Medical Liability Act (AMLA), moves to exclude all testimony by plaintiff's three retained medical experts. The grounds for this motion are that:

    1.    Plaintiff's three retained medical experts are not "similarly situated" to Orencio Garcia-Brenes, MD, the Bureau of Prisons' doctor who is alleged to have breached the standard of care, as is required by § 6-5-548 (e) of the AMLA, Ala. Code 1975; and

    2.    Plaintiff has hired three cumulative medical experts to all testify at trial concerning the standard of care. This cumulative presentation of expert testimony is

unfairly prejudicial to the United States and should be excluded under Rule 403 of the Federal Rules of Evidence.

In support of this motion, the United States relies upon the accompanying memorandum of law and exhibits submitted herewith.

WHEREFORE, the United States requests that the Court enter an order precluding testimony at trial by Phillip D. Smith, MD; Joseph E. Paris, MD; and Raymond P. Mooney, PA-C.

Respectfully submitted this 28th day of December 2007.

                                      LEURA G. CANARY
                                      United States Attorney

By:   /s/Stephen M. Doyle
       STEPHEN M. DOYLE
       Chief, Civil Division
       Assistant United States Attorney
       Attorney for Defendant
       Post Office Box 197
       Montgomery, AL  36101-0197
       District of Columbia Bar No. 422474
       Telephone No.: (334) 223-7280
       Facsimile No.: (334) 223-7418
       **E-mail:  stephen.doyle@usdoj.gov**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiff's attorney, Julia T. Cochrun, Esquire.

    /s/Stephen M. Doyle
Assistant United States Attorney