IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN COGGIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: **2:05-CV-1214-MEF** |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## UNITED STATES' EXHIBIT LIST

**Defendant's Exhibit 1** - Plaintiff's Witness List

**Defendant's Exhibit 2** - Plaintiff's Rule 26 (a)(2) disclosure of expert testimony

**Defendant's Exhibit 3** - Dr. Orencio Garcia-Brenes' Deposition (Excerpts)

**Defendant's Exhibit 4** - Dr. Phillip D. Smith's Curriculum Vitae

**Defendant's Exhibit 5** - Dr. Phillip D. Smith's Deposition (Excerpts)

**Defendant's Exhibit 6** - Dr. Joseph E. Paris' Curriculum Vitae

**Defendant's Exhibit 7** - Dr. Joseph E. Paris' Deposition (Excerpts)

**Defendant's Exhibit 8** - Raymond P. Mooney's Deposition (Excerpts)