# DEFENDANT'S EXHIBIT 2

Case 2:05-cv-01214-MEF-SRW   Document 48-4   Filed 12/28/2007   Page 1 of 9

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN COGGIN, ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION NO: |
| VS. ) | |
| ) | 2:05-cv-1214-F |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant ) | |

**PLAINTIFF'S DISCLOSURES OF PERSONS UNDER RULES 701, 702, 703 OR 705 OF THE FEDERAL RULES OF EVIDENCE AND REPORTS OF RETAINED EXPERTS REQUIRED BY RULE 26(A)(2)**

Comes now the plaintiff in the above-styled cause, by and through his attorney of record, and pursuant to Amended Scheduling Order, Section 8, entered in this case on April 11, 2007, provides the following list of persons under Rules 701, 702, 703 or 705 of the Federal Rules of Evidence that may be used at trial to present evidence, along with the Rule 26(a)(2) disclosures of expert testimony, as follows:

1.  John C. Coggin
    Coggin & Associates
    P. O. Box 19961
    Birmingham, AL 35219

1

2. Mickie Coggin
P. O. Box 382585
Birmingham, Alabama 35238

3. Oscar Rodriquez
Physician Assistant
B.O.P. Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL
(334) 293-2168
Mr. Rodriquez is a physician's assistant who provided medical treatment to Plaintiff.

4. Orenzio Garcia-Brenes, M.D.
Director of Medical Services
B.O.P. Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL
(334) 293-2168
Dr. Garcia-Brenes is a physician who provided medical treatment to Plaintiff.

5. Officer Snyder
B.O.P. Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL
(334)293-2168
Officer Snyder was a correctional officer during Plaintiff's incarceration at BOP Maxwell and was present when Plaintiff had medical issues.

6. Security Officer Davis
B.O.P. Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL
(334)293-2168
Security Officer Davis was a correctional officer during Plaintiff's incarceration at BOP Maxwell and was present when Plaintiff had

2

medical issues.

7. Rosetta Beasley
   Case Manager
   C/O B.O.P. Federal Prison Camp
   Maxwell Air Force Base
   Montgomery, AL
   (334)293-2168
   Ms. Beasley was the case worker assigned to Plaintiff during his incarceration at BOP Maxwell and was aware of his deteriorating medical condition and attempted to help him get medical care.

8. Doris Little, CRNP
   C/O B.O.P. Federal Prison Camp
   Maxwell Air Force Base
   Montgomery, AL
   (334)293-2168
   Ms. Little treated Plaintiff during his incarceration at BOP Maxwell.

9. Any and all "Nurse on Duty" or "Pill Line Nurse"
   Emergency Sick Call July 25, 2001
   B.O.P. Federal Prison Camp
   Maxwell Air Force Base
   Montgomery, AL
   (334)293-2168
   These nurses treated Plaintiff during his incarceration at BOP Maxwell.

10. D. Essex, CRNP
    C/O B.O.P. Federal Prison Camp
    Maxwell Air Force Base
    Montgomery, AL
    (334)293-2168
    Nurse Essex treated Plaintiff during his incarceration at BOP Maxwell.

11. Security Guard Anita Rabidou
    C/O B.O.P. Federal Prison Camp

3

Maxwell Air Force Base
Montgomery, AL
(334)293-2168
Ms. Rabidou was a correctional officer during Plaintiff's incarceration at BOP Maxwell and was present when Plaintiff had medical issues.

12. Assistant Warden
C/O B.O.P. Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL
(334)293-2168
The Assistant Warden was assistant warden during Plaintiff's incarceration at BOP Maxwell.

13. Warden C. J. DeRosa
C/O B.O.P. Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL
(334)293-2168
Warden DeRosa was warden during Plaintiff's incarceration at BOP Maxwell and certain requests for medical care were provided to him. He also conferred with Dr. Garcia and the medical staff in response to said requests and regarding the necessitated hospitalization of the Plaintiff.

14. Security Officer Chris Thomas
C/O B.O.P. Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL
(334)293-2168
Officer Thomas was a correctional officer during Plaintiff's incarceration at BOP Maxwell and was present when Plaintiff had medical issues.

15. Security Officer Estep
B.O.P. Federal Prison Camp
Maxwell Air Force Base

Montgomery, AL
(334)293-2168
Officer Estep was a correctional officer during Plaintiff's incarceration at BOP Maxwell and was present when Plaintiff had medical issues.

16. Security Officer Timmons
B.O.P. Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL
(334)293-2168
Officer Timmons was a correctional officer during Plaintiff's incarceration at BOP Maxwell and was present when Plaintiff had medical issues.

17. Mr. Charlie Hudson
Director of Education Dept.
C/O B.O.P. Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL
(334)293-2168
Mr. Hudson was the education director and supervisor of the Plaintiff's work detail and witnessed Plaintiff's deteriorating medical condition and attempted to help get him care.

18. Jim Johnson
380 South S.R. 434, #207
Altamonte Springs, Florida 32714
(386) 428-5186
Mr. Johnson has knowledge regarding the matters made the basis of the lawsuit. He witnessed Mr. Coggin's physical deterioration and episodes of vomiting blood and the interactions with BOP personnel thereafter. After Mr. Coggin was taken to the hospital, he spoke with Dr. Garcia who tol dhim that he had been wrong not to send him to the hospital sooner and that was because he thought that Mr. Coggin was "faking it".

5

19. Ron Rankin
    P.O. Box 803
    Monroeville, AL 36460
    (251) 575-7853
    Mr. Rankin has knowledge regarding the matters made the basis of the lawsuit. He witnessed Mr. Coggin's physical deterioration and episodes of vomiting blood and the interactions with BOP personnel thereafter.

20. Mario J. Zayas-Canizares
    K-11 Ephesus Street #43
    Pargue Flamingo
    Bayamon, Puerto Rico 00959
    (787) 785-3479
    Mr. Zayas-Canizares has knowledge regarding the matters made the basis of the lawsuit. He witnessed Mr. Coggin's physical deterioration and episodes of vomiting blood and the interactions with BOP personnel thereafter.

The following witnesses are non-retained treating physicians:

21. Alexander Kreher, M.D.
    2055 E. South Blvd., Suite 603
    Montgomery, AL
    (334)281-9000
    Dr. Kreher was the surgeon who treated Mr. Coggin upon admission to Baptist Medical Center for the gastrointestinal bleed, including surgery to treat the bleeding duodenal ulcer, duodenal perforation and repair of a bleeding gastric duodenal artery. He provided postoperative care for Mr. Coggin as well. His opinions are reflected in the medical records. He will testify as to Mr. Coggin's condition and his treatment of said condition, including diagnosis and prognosis and that he attributes the high dose Motrin as the origin of this condition. His opinions are reflected in the medical records from the Baptist Medical Center and the prison medical records of Mr. Coggin.

22. C. Louis Cummings, M.D.
    The Kirklin Clinic
    2000 6th Avenue South
    Birmingham, AL
    (205)801-8300
    Dr. Cummings has treated Mr. Coggin for his post incident condition. His opinions are reflected in his medical records and the attached letter. Exhibit A.

23. Antonio J. Williams, M.D.
    Advanced Surgical Associates
    2101 Chestnut Street
    Montgomery, AL
    (334)265-9225
    Dr. Williams provided medical treatment to Plaintiff and his opinions are reflected in the medical records of the Plaintiff.

The following are retained experts:

24. Phillip D. Smith, M.D.
    The Kirklin Clinic
    2000 6th Avenue South
    Birmingham, AL
    (205)801-8300
    See attached Rule 26 Report, Exhibit B

25. Joseph E. Paris, Ph.D, M.D., CCHP-A
    2116 Lamplighter Drive
    Marietta, Georgia 30062
    (770) 645-2210
    See attached Rule 26 Report, Exhibit C

26. Raymond P. Mooney, PA-C
    107 West Chicago Street
    Brooklyn, Michigan 49230
    (810) 780-3677
    See attached Rule 26 Report, Exhibit D

_____
JULIA T. COCHRUN
Attorney for Plaintiff

OF COUNSEL:
PATE & COCHRUN, LLP
P. O. Box 10448
Birmingham, AL 35202-0448
Telephone: (205) 323-3900
Fax: (205) 323-3906

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 31st day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the AlaFile E-system which will send notification of such filing to the following:

Stephen M. Doyle, Esq.
Assistant U.S. Attorney
P. O. Box 197
Montgomery, AL 36101-0197

and I hereby certify that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following, including non-AlaFile participants:

SAME

_____
OF COUNSEL

8