# DEFENDANT'S EXHIBIT 3

ASSOCIATED COURT REPORTERS, LLC
(205) 251-4227 / FAX (205) 251-4224

Page 1

```
1        IN THE UNITED STATES DISTRICT COURT
2        FOR THE MIDDLE DISTRICT OF ALABAMA
3                 NORTHERN DIVISION
4                                           COPY
5
6
   JOHN COGGIN,                )
7                              )
            PLAINTIFF,          )
8                              )
   VS.                          )   CIVIL ACTION NO.:
9                              )   2:05-cv-1214-MEF
                               )
10 UNITED STATES OF AMERICA,   )
                               )
11          DEFENDANT.          )
12
13      DEPOSITION OF O. GARCIA-BRENES, M.D.
14
15           The Deposition of O. GARCIA-BRENES,
16 M.D., was taken before Kathy Colburn, CSR.,
17 on Friday, February 23, 2007, at the Office
18 of U.S. Attorney, One Court Square, Suite
19 201, Montgomery, Alabama, commencing at 9:15
20 a.m., pursuant to the stipulations set forth
21 herein:
22
23
24
25
```

ASSOCIATED COURT REPORTERS, LLC
(205) 251-4227 / FAX (205) 251-4224

Page 18

```
 1   state.
 2   Q         They have programs, I guess?
 3   A         Exactly.
 4   Q         Okay.  So you couldn't hang your
 5   shingle out and practice here in Montgomery
 6   as a private physician?
 7   A         No, ma'am.
 8   Q         All right.  So by virtue of the
 9   nature of your licensure, you need to stay
10   in the BOP system or something similar to
11   that with the state?
12   A         In Health Services, Bureau of
13   Prisons, federal or state, some local
14   community services as well in different
15   states.
16   Q         All right.  Are you board certified?
17   A         At one time I believe you could do
18   it at the VA Hospital.  I'm not sure now.
19   Q         Do you have a specialty, sir?
20   A         No, I do not.  I'm a GP.
21   Q         Are you board certified in anything?
22   A         No, ma'am, I am not.
23   Q         Would you be board eligible for any
24   of the board tests even for family practice
25   or internal medicine or anything?
```

301 Title Building/300 21st Street North
Birmingham, Alabama 35203

ASSOCIATED COURT REPORTERS, LLC
(205) 251-4227 / FAX (205) 251-4224

Page 29

```
 1   education credits?
 2   A         Yes, ma'am.
 3   Q         Tell me about those.
 4   A         We are required to take some CMEs
 5   and to maintain them on a multi basis which
 6   we do in-house most of the time.
 7   Q         All right.  And who provides that
 8   training for you?
 9   A         We do it ourselves.  I assign the
10   PAs to have sometimes the -- some lectures.
11   We haven't done it in the past few months.
12   We have been very busy, but we have done it.
13   Q         Are there any -- well, when I say
14   physicians, I mean people who are in the
15   grade of physician --
16   A         Right.
17   Q         -- out at Maxwell working, I mean,
18   I guess, working in the years 2000 through
19   2002, I mean, were there any other physicians
20   or were you the sole --
21   A         At the institution?
22   Q         Yes, sir.
23   A         I was a sole physician.
24   Q         Are you still the sole physician?
25   A         I'm still the sole physician.
```

301 Title Building/300 21st Street North
Birmingham, Alabama 35203

ASSOCIATED COURT REPORTERS, LLC
(205) 251-4227 / FAX (205) 251-4224

Page 30

```
 1    Q         And how long has that been that way?
 2    A         Since '98.
 3    Q         Okay.  So you've been it?
 4    A         I'm it.
 5    Q         Okay.  And you've had PAs and nurse
 6    practitioners and nurses --
 7    A         Yes.
 8    Q         -- within the facility working with
 9    you?
10    A         Yes.  And I train techs and dentists
11    and --
12    Q         And eye doctors, optometrists?
13    A         Yes.
14    Q         The whole nine yards?
15    A         Exactly.
16    Q         All right.  Who handles the record
17    management, you know, the medical records for
18    each of the inmates, was there a system in
19    place when you got there or have you had
20    anything to do with how the records are
21    generated and kept?
22    A         I do not understand your question.
23    Q         Okay.  I meant to say that earlier.
24    That's a good point.  If I ask something that
25    doesn't make sense, please tell me, and I'll
```

301 Title Building/300 21st Street North
Birmingham, Alabama 35203