# DEFENDANT'S EXHIBIT 4

## CURRICULUM VITAE

**NAME:** Phillip Doyle Smith, M.D.

**ADDRESS:**  942 Conroy Rd.
Birmingham, AL  35222

**SOCIAL SECURITY NUMBER:** 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

**PLACE OF BIRTH:** Berkeley, California

**CITIZENSHIP:**  United States

**MARITAL STATUS:** Married (Beverly A. VonDer Pool), three children

**EDUCATION:**

| | |
|---|---|
| 1964 | Acalanes High School, Lafayette, California |
| 1968 | B.A. in Anthropology and Premedical Sciences, University of California, Berkeley, California |
| 1973 | M.D., University of Rochester School of Medicine, Rochester, New York |

**OTHER EDUCATION:**

| | |
|---|---|
| 1964 - 1968 | Summer Epidemiology Trainee, Division of Research, State Department of Public Health, Berkeley, CA |
| 1971 - 1972 | Medical Student Research Fellowship, University of Vienna Cancer Research Institute, Vienna, Austria |
| 1977 | Clinical Parasitology Program, Department of Medicine, University of Natal, Durban, S. Africa |
| 1983 | Tropical Medicine Course, Walter Reed Army Institute of Research, Washington, D.C. |
| 2000 - 2001 | Sabbatical: Cell Biology Section (INSERM U332) Institut Ccchin de Genetique Moleculaire, Paris, France |

**LICENSE:**                                California and Alabama

**BOARD CERTIFICATION:**

| | |
|---|---|
| 1976 | Diplomate in Internal Medicine, American Board of Internal Medicine #57688 |
| 1981 | Diplomate in Gastroenterology, American Board of Internal Medicine #57688 |

**CHRONOLOGY OF EMPLOYMENT:**

| | |
|---|---|
| 1973 - 1976 | Intern and Resident<br>Department of Medicine<br>Vanderbilt University School of Medicine<br>Nashville, TN |
| 1976 - 1979 | Fellow in Gastroenterology<br>Department of Medicine<br>University of Colorado School of Medicine<br>Denver, CO |
| 1980 - 1982 | Guest Investigator (IPA)<br>Laboratory of Parasitic Diseases<br>National Institute of Allergy and Infectious Diseases<br>National Institutes of Health<br>Bethesda, MD |
| 1983 - 1988<br>1989 - 1992 | Senior Staff Fellow<br>Senior Investigator (Tenure)<br>Laboratory of Immunology<br>National Institute of Dental and Craniofacial Research<br>National Institutes of Health<br>Bethesda, MD |
| 1993 - pres. | Professor of Medicine and Microbiology<br>Division of Gastroenterology and Hepatology<br>Department of Medicine<br>University of Alabama at Birmingham |
| 1993 - pres. | Senior Scientist, Center for AIDS Research, University of Alabama at Birmingham |
| 2002 - pres. | Senior Scientist, Comprehensive Cancer Center, University of Alabama at Birmingham |

|                | |
|----------------|-------------------------------------------------------------------|
| 2001 - pres.   | *Mary J. Bradford Professor in Gastroenterology* University of Alabama at Birmingham |
| 2003 - pres.   | Director, Mucosal HIV and Immunobiology Center, University of Alabama at Birmingham |
| **SOCIETIES:** | American College of Physicians, 1976 American Gastroenterological Assoc., 1979 American Federation for Clinical Resch., 1984 American Association of Immunologists, 1984 Society for Mucosal Immunology, 1992 Commonwealth Club of California, 1993 Southern Soc. for Clinical Investigation, 1996 Association of American Physicians, 2003 |

**ACADEMIC HONORS AND AWARDS:**

|                | |
|----------------|-------------------------------------------------------------------|
| 1965 - 1968    | Academic Scholarship, University of California, Berkeley |
| 1968 - 1973    | Tuition Scholarship, University of Rochester School of Medicine |
| 1973           | M.D. Degree with Distinction in Research, University of Rochester School of Medicine |
| 1991           | NIH PRMS Performance Award |
| 1992           | NIH PRMS Performance Award |
| 1993           | NIH PRMS Performance Award |
| 1994           | Fellowship, American College of Physicians |
| 1994           | Sponsor for First Place Awardee (G. Kissin), University of Alabama Medical Student Research Competition |
| 1995           | Sponsor for First Place Awardee (G. Kissin, UAB), National Medical Student Research Competition |
| 2000 - 2001    | INSERM (French National Institute for Health and Medical Research) Fellowship Award |

| 2001 – pres. | *Mary J. Bradford Professor in Gastroenterology* University of Alabama at Birmingham |
|---|---|
| 2002 | Max Cooper Award for Research Excellence University of Alabama at Birmingham |
| 2003 | Elected, Association of American Physicians |

**ACADEMIC COMMITTEES:**

| 1984 | Tropical Diseases Biotechnology and Immunology Study Section, U.S. Agency for International Development (AID), U.S. Department of State |
|---|---|
| 1986-1987 | Merit Review Study Section in Gastroenterology, Veterans Administration, Washington, D.C. |
| 1986-1987; 1990-1992 | American Gastroenterological Association Annual Meeting, Immunology/Microbiology Abstract Selection Committee |
| 1993 - 1998 | Department of Medicine Research Committee, University of Alabama School of Medicine |
| 1994 - present | Department of Medicine Appointment, Promotions, and Tenure Committee, University of Alabama School of Medicine |
| 1994 | NIH (NIAID) Study Section for RFA: Immunologic Enhancement of Vaccine Immunogenicity |
| 1994 | NIH (NCI) Study Section Review Committee for RFA: Role of <u>Helicobacter pylori</u> in Cancer |
| 1997 | Co-Chair, International Symposium on HIV-1 Infection, Mucosal Immunity and Pathogenesis. NIH, Bethesda, MD, Sept. 11-13. |
| 1998 | Chairman, NIH (NIAID) Ad Hoc Study Section in AIDS Pathogenesis. |
| 1997-1998, 2000-2005 | Am. Gastroenterol. Assoc. Ann. Meeting, Immunology/Microbiology Abst. Selection Com. |

| | |
|---|---|
| 2003 | NIH (NIDCR) Tenure Position Search Committee |
| 2004 - 2009 | NIH Study Section: AIDS Immunology and Pathogenesis |
| 2005 | University of California AIDS Research Program Study Section |
| 2005-2007 | NIH Study Section: NIDDK Digestive Diseases Center Program |

## EDITORIAL AND ADVISORY BOARDS:

| | |
|---|---|
| Ad hoc reviewer | *Journal of Clinical Investigation, Gastroenterology, Journal of Immunology, Journal of Virology, Journal of Infectious Diseases, AIDS Research and Human Retroviruses, Annals of Internal Medicine, Infection and Immunity, American Journal of Pathology* |
| 1983 - 1988 | Editorial Board: *Infection and Immunity* |
| 1993 - 1996 | Advisory Board, Microcarb, Gaithersburg, MD |
| 2005 - present | Advisory Board, Child Health Research Center, University of Alabama at Birmingham |
| 2006 – present | External Advisory Board, University of Colorado Center for AIDS Research |

## INVITED PARTICIPANT: (selected listing)

| | |
|---|---|
| 1985 - 1999 | Speaker, Tropical Medicine Course, Walter Reed Army Institute of Research, Wash., D.C. |
| 1988 | Co-Chairman, Congress on Gastrointestinal AIDS, Munich, Germany, June 8-10. |
| 1989 | Speaker, Fifth International Congress of Mucosal Immunity, London, Engl. July 23-26. |
| 1990 | Speaker, Symposium on Mucosal Immunity, Berlin, Germany, September 13-15. |

6

| | |
|---|---|
| 1990 | Moderator and Speaker, Combined Clinical Staff Conference, Gastrointestinal Infections in the Acquired Immunodeficiency Syndrome, NIH, Bethesda, MD, February 28. |
| 1992 | Speaker, Workshop on Hematopoietic Growth Factors and Mononuclear Phagocytes, Lugano, Switzerland, May 4-5. |
| 1992 | Speaker, Am. Gastroenterol. Assoc. Annual Meeting, San Francisco, CA, May 11-13. |
| 1993 | Speaker, Pediatric AIDS Foundation Think Tank on Mucosal Immunity and HIV Infection, Santa Barbara, CA, February 5-7. |
| 1993 | Invited Speaker, Keystone Symposium: HIV Pathogenesis, Keystone, CO, Mar. 29. |
| 1993 | Speaker, Am. Assoc. Immunology Annual Meeting Symposium on New Models/Approaches to Chronic Mucosal Inflammation, Denver, CO, May 22. |
| 1993 | Visiting Professor, Department of Medicine, University of Minnesota, June 3,4. |
| 1993 | Visiting Professor, Department of Medicine, University of Colorado, Denver, June 18,19. |
| 1993 | Speaker, <u>Helicobacter pylori</u> Research Symposium, University of Maryland at Baltimore, September 9. |
| 1994 | Speaker, Am. Association of Immunologists Annual Meeting, Symposium on Lymphoid and Epithelial Cells in Mucosal Immunity, Anaheim, CA, April 25. |
| 1994 | Speaker, Am. Gastroenterological Assoc. Postgraduate Course "Clinical Immunology in Gastroenterology and Hepatology: From Bench to Bedside", New Orleans, May 14. |
| 1994 | Speaker, Am. Gastroenterological Assoc. Annual Meeting, Intestinal Disorders |

| | |
|---|---|
| | Symposium: Clinical Update: HIV Infection, New Orleans, May 16. 1995 |
| 1995 | Co-Chair, Immunobiology of HIV/SIV Infection. Eighth International Congress of Mucosal Immunology, San Diego, July 17-20. |
| 1995 | Faculty, Frontiers in <u>Helicobacter</u> <u>pylori</u> Research. European <u>Helicobacter</u> <u>pylori</u> Study Group. Lausanne, Switzerland, Sept. 13-16. |
| 1996 | Speaker, Mucosal HIV-1 Infection, Focused Update, Am. Gastroenterological Assoc. Annual Meeting, San Francisco, May 17. |
| 1996 | Speaker, 3rd International Workshop on HIV and Cells of the Macrophage Lineage, Lake Como, Italy, October 16-19. |
| 1996 | Moderator, Falk Symposium on Inflammatory Bowel Diseases, Freiburg, Germany, Oct. 30. |
| 1997 | Speaker, 4th Conference on Retroviruses and Opportunistic Infections, Wash., DC, Jan. 22. |
| 1997 | Speaker, NIH Digestive Diseases Interagency Coordinating Com., Bethesda, MD, Mar. 11. |
| 1997 | Moderator/Speaker, Symposium on <u>H</u>. <u>pylori</u>, Am. Society for Microbiology, Miami, May 7. |
| 1997 | Moderator, Forum: Gastrointestinal Infections and AIDS, Am. Gastroenterological Assoc. Annual Meeting, Wash., D.C., May 12-14. |
| 1997 | Speaker, Symposium on Mucosal Immunity in HIV Infection, Berlin, Germany, June 6,7. |
| 1997 | Co-Chair, NIH Symposium: HIV-1 and Mucosal Pathogenesis, NIH, Bethesda, MD, Sept. 1. |
| 1998 | Speaker, Falk Symposium on Inflammatory Bowel Disease, Rostock, Germany, April 30. |
| 1998 | Speaker, European Study Group on Immunology in <u>Helicobacter</u> Infections. Helsingor, Denmark, July 1-4. |

00756

8

| 1998 | Speaker, Department of Infectious and Tropical Diseases, University of Belgrade, Belgrade and Igalo (Montenegro) Yugoslavia, Sept. 9-11. |
|------|-----|
| 1998 | Visiting Professor, Div. of Gastroenterology, Univ. of Colorado, Denver, CO, April 30-May 1. |
| 1999 | Speaker, 10th International Congress of Mucosal Immunology, Amsterdam, June 30. |
| 1999 | Speaker, Society for Leukocyte Biology, Annual Mting, Cambridge, England, Sept. 25. |
| 1999 | Speaker, Fourth International Workshop on HIV, Cells of Macrophage Lineage and other Reservoirs, Florence, Italy, Dec. 1-3. |
| 2000 | Speaker, Department of Microbiology, Baylor School of Medicine, Houston, TX, Jan. 13-14. |
| 2000 | Speaker, Center for AIDS Research and Mucosal and Vaccine Research Center, University of Minnesota and VA Medical Center, Minneapolis, MN, July 24. |
| 2001 | Speaker, Istituto Superiore di Sanita (Italian National Institutes of Health), Laboratorio di Biologia Cellulare, Rome, July 16. |
| 2001 | Speaker, University of Texas, Department of Medicine, Houston, TX October 25. |
| 2002 | Speaker, Fifth International Workshop on HIV, Cells of Macrophage/Dendritic Lineage and Other Reservoirs, Rome, Italy, October 13-15. |
| 2002 | Visiting Professor, Catolica University, Santiago, Chile, November 11-15. |
| 2003 | Visiting Scholar, Mucosal Vaccine Research Center, VA Medical Center and Univ. of Minnesota, Minneapolis, Mar. 4-5. |
| 2003 | Invited speaker, Center for AIDS Research and Dept. Microbiol., Univ. Calif., Davis, Sept. 17. |

| | |
|---|---|
| 2003 | Invited speaker, Istituto Superiore di Sanita (Italian National Institutes of Health), Rome, Italy, Dec. 22. |
| 2004 | Invited speaker, Center for AIDS Research, Univ. Penn., Philadelphia, April 1. |
| 2005 | Invited speaker, Institut Cochin de Genetique Moleculaire, Paris, France, Oct. 10. |
| 2006 | Invited speaker, Center for AIDS Research, Univ. Mass., Worscester, MA, Jan. 27. |
| 2006 | Invited speaker, Crohn's & Colitis Found. Am. Workshop, Tampa, FL, Mar. 18. |
| 2006 | Invited Speaker, Center for the Study of Inflammatory Bowel Disease, Harvard Medical School, Boston, Nov. 10. |
| 2007 | Invited Speaker, International Congress of Mucosal Immunology, Tokyo, Japan, July 14. |
| 2007 | Speaker, Burnett Institute, Monash University, Melbourne, Australia, July 19. |
| 2007 | Invited Speaker, Inflammatory Bowel Disease Workshop, Karolinska Institute, Sweden, Nov. 13. |
| 2007 | Invited Speaker, Institut Cochin de Moleculaire et Genetique, Paris, Nov. 19. |

## FUNDING: Past

**Immunobiology of HIV Infection in Mucosa.**  P.D. Smith (Principal Investigator); Center for AIDS Research, University of Alabama at Birmingham; 1993; Direct Costs: $20,000.

**Immunobiology of HIV Infection in Mucosa.**  P.D. Smith (Principal Investigator); NIH (NIDDK) R01 DK-47322; May, 1994 - April, 1997; Direct Costs: $489,426.

00758

**Role of Mucosal Macrophages in Cytomegalovirus Gastrointestinal Disease.** P.D. Smith (Principal Investigator); VA RAG Grant; April, 1994 - March, 1995; Direct Costs: $50,000.

**Correlates of Immune Protection in AIDS Vaccine Recipients.** P.D. Smith (Investigator); NIH (NIAID) Contract NO1 AI-45218; August, 1994 - July, 1999; Direct Costs: $457,257.

**Oral and Intestinal Immune Response to HIV: Implication for HIV Vaccine Development.** P.D. Smith (Investigator); NIH (NIDR) Contract N01 DE-42600; July, 1994 - June, 1997; Direct Costs: $246,900.

**Mucosal Infection of Macaques with an Acutely Lethal SIV.** P.D. Smith (Investigator); NIH (NIAID) R01 AI-38580; 1995 - 1999; Direct Costs: $46,000.

**Extrathymic and Extramedullary Lymphoporesis.** P.D. Smith (Investigator); NIH (NIAID) RO1 AI-35940; May, 1994 - April, 1999; Direct Costs: $75,065.

**Immunobiology of HIV Infection in Mucosa.** P.D. Smith (Principal Investigator); NIH (NIDDK) Bridging Award; May, 1997 - August, 1997; Direct Costs: $35,000.

**Elutriation for Monocyte Studies.** P.D. Smith (Principal Investigator); NIH (NIAID) Contract; 1995-1996, Direct Costs: $23,000; 1997-1998, Direct Costs: $48,000.

**Laboratory for Assessment of Mucosal Immune Responses Induced by AIDS.** P.D. Smith (Investigator); NIH (NIAID) Contract NO1 AI-35163; July, 1993 - June, 1998; Direct Costs: $100,240.

**Role of Mucosal Macrophages in Cytomegalovirus Gastrointestinal Disease.** P.D. Smith (Principal Investigator); VA Merit Grant; April, 1995 - March, 1999; Direct Costs: $363,400.

**AIDS Vaccine Evaluation Unit.** P.D. Smith (Investigator); NIH (NIAID) NO1 AI-45209; July, 1994 - June, 1999; Direct Costs: $152,066.

**Laboratory for Assessment of Mucosal Immune Responses Induced by AIDS.** P.D. Smith (Investigator); NIH (NIAID) Contract AI-35163 Renewal; 1998 – 2000; Direct Costs: $212,000.

**HIV Acute Infection and Early Disease Research Unit.** P.D. Smith (Investigator); NIH (NIAID) U01 AI-41530; July, 1997 - June, 2001; Direct Costs: $180,000.

**Mucosal Responses in HIV: Implications for Vaccine Development.** P.D. Smith (Investigator); NIH (NIDR) Contract DE-72621; October, 1997 – September, 2001; Direct Costs: $198,639.

**Mucosal Pathogen Research Unit.** P.D. Smith (Principal Investigator); NIH (NIAID) Contract 96-07 (Reactogenicity by Vaccine Strains of V. cholerae); July, 1997 - January, 2003; Direct Costs: $37,500/yr.

**Mucosal Pathogen Research Unit.** P.D. Smith (Principal Investigator); NIH (NIAID) Contract AI-65299; (Immunization of Primates with Poliovirus Replicons Encoding the B Subunit of Helicobacter pylori Urease); July, 2001 - January, 2003; Direct Costs: $146,000.

**INSERM Fellowship.** P.D. Smith (Principal Investigator) Institut Cochin de Genetique Moleculaire (Paris, France); September, 2000 – September, 2001; Direct Costs: $30,000.

**University of Alabama HSF Grant:** P.D. Smith (Director); Interdisciplinary Program in Mucosal Immunology; March, 2002 – February, 2004; Direct Costs: $100,000

**Immunobiology of HIV Infection in Mucosa.** P.D. Smith (Principal Investigator); NIH (NIDDK) RO1 DK-47322; September, 1997 - August, 2002; Direct Costs: $1,058,206.

**Immunology and Prevention of Helicobacter Pylori Gastritis.** P.D. Smith (Principal Investigator); NIH (NIDDK) RO1 DK-54495; October, 1998 – September, 2004; Direct Costs: $816,762.

**Role of Oral Epithelium in HIV-1 Transmission.** P.D. Smith (Investigator); NIH (NIDCR) R21 DE-16005; April 1, 2004 – March 31, 2006; Direct costs: $30,000.

**Mucosal Defense Against Transmission of HIV by Breast Milk.** P.D. Smith (Investigator); NIH (NICHD) RO1 HD-41361; April, 2002 – March, 2007; Direct Costs: $149,322.

## FUNDING: Present

**Immunobiology of HIV Infection in Mucosa.** P.D. Smith (Principal Investigator); NIH (NIDDK) R01 DK-47322; September, 2003 – August, 2008; Direct Costs: $1,250,000.

**Immunology and Prevention of Helicobacter Pylori Gastritis.** P.D. Smith (Principal Investigator); NIH (NIDDK) RO1 DK-54495; June, 2005 – May, 2010; Direct Costs: $1,200,000.

**Gastrointestinal Cytomegalovirus Disease: Host and Viral Determinants.** P.D. Smith (Principal Investigator); VA Merit; October, 2005 – September, 2009; Direct Costs: $540,000.

**Digestive Diseases Research Development Center Award: Mucosal HIV and Immunobiology Center.** P.D. Smith (Principal Investigator); NIH (NIDDK); R24 DK-064400; June, 2003 – May, 2008; Direct Costs: $1,750,000.

**Role of Mucosal Epithelial Cells and Dendritic Cells in HIV-1 Transmission.** P.D. Smith (Subcontract Principal Investigator); NIH (NIAID Center for AIDS Vaccine Immunology); U01-AI067854); July 1, 2006 – June 30, 2008; Direct Costs: $187,500/yr.

**Monocyte/Macrophage Function in Celiac Disease.** P.D. Smith (Principal Investigator); AstraZeneca; Oct. 1, 2007 – Sept. 30, 2008: $120,000.

## Funding: Pending

**Digestive Diseases Research Development Center Award: Mucosal HIV and Immunobiology Center.** P.D. Smith (Principal Investigator); NIH (NIDDK); R24 DK-064400; June, 2008 – May, 2013; Direct Costs: $1,750,000.

**HIV Pathogenesis in Female Genital Mucosa.** P.D. Smith (Principal Investigator); NIAID, NIH; July, 2008 – June, 2013; Direct Costs: $1,499,268.

## PATENTS:

**Prophylactic and Therapeutic Vaccine for Helicobacter pylori Using Poliovirus Replicons.** U.S. Patent and Trademark Office. Provisional Application # 60/197,539.

# BIBLIOGRAPHY

1.    Walker, F.B., **Smith, P.D.** and Maibach, H.I. Genetic factors in human allergic contact dermatitis. **International Archives of Allergy and Applied Immunology** 32:453-462, 1967.

2.    Snyder, H.M., Nanna, O.F. and **Smith, P.D.** The effect of provision of medical facilities on use by the migrant workers of California. **Medical Care** 6:394-400, 1968.

3.    Wintersberger, U., **Smith, P.D.** and Letnansky, K. Yeast chromatin preparation from isolated nuclei, histone composition and transcription capacity. **European Journal of Biochemistry** 33:123-130, 1973.

4.    Marshall, J.P., **Smith, P.D.** and Hoyumpa, A.M. Gastric varices: Problem in diagnosis. **American Journal of Digestive Diseases** 22:947-955, 1977.

5.    Levine, J.S., **Smith, P.D.** and Brugge, W.R. Chronic proctitis in male homosexuals due to lymphogranuloma venereum. **Gastroenterology** 7:563-565, 1980.

6.    Visvesvara, G.S., **Smith, P.D.**, Healy, G.R. and Brown, W.R. An immunofluorescence test to detect serum antibodies to Giardia lamblia. **Annals of Internal Medicine** 93:802-804, 1980.

7.    Brown, W.R., Nagura, H., **Smith, P.D.** and Nakane, P.K. The human liver and the secretory immune system. In: **Mucosal Immune System in Health and Disease.** P. L. Ogra and J. Bienenstock (eds.). Ross Laboratories. Columbus, OH, pp. 16-25, 1981.

8.    Nagura, H., **Smith, P.D.** and Brown, W.R. IgA in human liver and bile. **Journal of Immunology** 26:587-595, 1981.

9.    **Smith, P.D.**, Horsburgh, C.R. and Brown, W.R. In vitro studies on bile acid deconjugation and lipolysis inhibition by Giardia lamblia. **Digestive Diseases and Sciences** 26:700-704, 1981.

10.   **Smith, P.D.**, Gillin, F.D., Brown, W.R. and Nash, T.E. IgG antibody to Giardia lamblia detected by enzyme-linked immunosorbent assay. **Gastroenterology** 80:1476-1480, 1981.

11.   **Smith, P.D.**, Elson, C.O., Keister, D.B. and Nash, T.E. Human host response to Giardia lamblia. I. Spontaneous killing by mononuclear leukocytes in vitro. **Journal of Immunology** 128:1372-1376, 1982.

14

12.   Brown, W.R., **Smith, P.D.**, Lee, E., McCalmon, R.T. and Nagura, H.  A search for an enriched source of polymeric IgA in human thoracic duct lymph, portal vein blood and aortic blood.  **Clinical and Experimental Immunology**48:85-90,1982.

13.   **Smith, P.D.**, Gillin, F.D., Kaushal, N.A. and Nash, T.E. Antigenic analysis of Giardia lamblia from Afghanistan, Puerto Rico, Ecuador and Oregon. **Infection and Immunity** 36:714-719, 1982.

14.   **Smith, P.D.**, Gillin, F.D., Spica, W.M. and Nash, T.E.  Chronic giardiasis: studies on drug sensitivity, toxin production and host immune response. **Gastroenterology** 83:797-803, 1982.

15.   **Smith, P.D.**    Infectious  agents  and  inflammatory  bowel  disease. **Gastroenterology** 85:475-476, 1983.

16.   **Smith, P.D.**, Keister, D.B. and Elson, C.O.  Human host response to Giardia  lamblia.  II.  Antibody-dependent  killing  in  vitro.  **Cellular Immunology** 82:308-315, 1983.

17.   Nash, T.E., Gillin, F.D. and **Smith, P.D.**  Excretory-secretory products of Giardia lamblia. **Journal of Immunology** 131:2004-2010, 1983.

18.   **Smith, P.D.** Human immune responses to Giardia lamblia.  In: **Giardia and Giardiasis.**    S. L. Erlandsen and E. A. Myer (eds.)    Plenum Publishing Co. New York, pp. 201-218, 1984.

19.   **Smith, P.D.**, Keister, D.B., Wahl, S.M. and Meltzer, M.S.    Defective spontaneous but normal antibody-dependent cellular cytotoxicity for an extracellular protozoan parasite,  Giardia lamblia, by C3H/HeJ mouse macrophages. **Cellular Immunology** 85:244-251, 1984.

20.   **Smith, P.D.**, Ohura, K., Masur, H., Lane, H.C., Fauci, A.S. and Wahl, S.M. Monocyte  function  in  the  acquired  immune  deficiency  syndrome: Defective chemotaxis. **Journal of Clinical Investigation** 74:2121-2128, 1984.

21.   **Smith, P.D.**  Pathophysiology and immunology of giardiasis.  **Annual Review of Medicine** 36:295-307, 1985.

22.   **Smith, P.D.**, Macher, A.M., Bookman, M., Boccia, R.V., Steis, R.G., Gill, V., Manischew'itz, J. and Gelmann, E.P. Salmonella typhimurium enteritis and bacteremia in the acquired immunodeficiency syndrome. **Annals of Internal Medicine** 102:207-209, 1985.

23.   **Smith, P.D.**, Miyake, Y., Rook, A.H., Armstrong, G.R., Manischewitz, J., Liu, J.R., Pearson, G., Wahl, L.M. and Wahl, S.M.  Cytomegalovirus infection depresses monocyte production of interleukin 1. In: **Physiologic, Metabolic, and Immunologic Actions of Interleukin 1.**  Alan R. Liss, Inc. New York, pp. 319-326, 1985.

24.   Masur, H., Lane, H.C., Palestine, A., **Smith, P.D.**, et al.  Effect of 9-(1,3-dihydroxy-2-propoxymethyl) guanine on serious cytomegalovirus disease in eight immunosuppressed homosexual men.   **Annals of Internal Medicine** 104:41-44, 1986.

25.   **Smith, P.D.**  Gastrointestinal infections in the acquired immunodeficiency syndrome. **Viewpoints in Digestive Diseases** 18:1-4, 1987.

26.   Woolfenden, J.M., Carrasquillo, J.A., Larson, S.M., Simmons, J.T., Ognibene, F.P., Masur, H., **Smith, P.D.** and Shellhamer, J.H.  Acquired immunodeficiency syndrome: Ga-67 citrate imaging. **Radiology** 162:383-387, 1987.

27.   Wahl, S.M., McCartney-Francis, N., Hunt, D.A., **Smith, P.D.**, Wahl, L.M. and Katona, I.M.  Monocyte interleukin 2 receptor gene expression and interleukin 2 augmentation of microbicidal activity.   **Journal of Immunology** 139:1342-1347, 1987.

28.   **Smith, P.D.** and Wahl, S.M.  Modulation of fiber formation and possible therapeutic strategy.   In **Liver Drugs:   From Experimental Pharmacology to Therapeutic Application.**  B. Testa and D. Perrissoud (eds.). CRC Press Inc. Boca Raton, FL, pp. 223-232, 1988.

29.   **Smith, P.D.** Giardia lamblia.  In: **Parasitic Diseases in the Immunocompromised Host.**  R.M. Genta and P.D. Walzer (eds.). Plenum Publishing Co. New York.  pp. 343-384, 1988.

30.   **Smith, P.D.**, Lane, H.C., Gill, V.J., Manischewitz, J., Quinnan, G.V., Fauci, A.S. and Masur, H.  Intestinal infections in the acquired immunodeficiency syndrome: Etiology and therapy. **Annals of Internal Medicine** 108:328-333, 1988.

31.   Janoff, E.N., **Smith, P.D.** and Blaser, M.J.  Acute antibody responses to Giardia lamblia are depressed in patients with AIDS.   **Journal of Infectious Diseases** 157:798-804, 1988.

32.   **Smith, P.D.**  Infections of the gastrointestinal tract in the acquired immunodeficiency syndrome.  In: **Mucosal Immunity and Infections on Mucosal Surfaces.**  W. Strober, S. James, M. E. Lamm and J. R. McGhee (eds.).  Oxford University Press. New York. pp. 490-499, 1988.

33.   **Smith, P.D.** and Janoff, E.N.   Infectious diarrhea in human immunodeficiency virus infection.   **Gastroenterology Clinics of North America** 17:587-598, 1988.

34.   **Smith, P.D.**  Viral infections of the gastrointestinal tract in patients with AIDS.  In: **Proceedings of the First International Congress on the Gastrointestinal Tract and the Liver in the Acquired Immunodeficiency Syndrome.**  M. Classen and H. Dancygier (eds.). Munich, pp. 46-47, 1988.

35.   Janoff, E.N and **Smith, P.D.**  Perspectives on gastrointestinal infections in AIDS.  **Gastroenterology Clinics of North America** 17:451-463, 1988

36.   **Smith, P.D.** and Wahl, S.M. Cytokines. In: **Natural Immunity.**  D. S. Nelson (ed.).  Harcourt Brace Jovanovich Group, North Ryde, Australia, pp. 241-283, 1989.

37.   **Smith, P.D.**, Lamerson, C.L. and Wahl, S.M.  Granulocyte-macrophage colony-stimulating factor augmentation of leukocyte effector cell function.  **Journal of Cellular Biochemistry** 105:137-141, 1989.

38.   **Smith, P.D.**  Parasitic Infections.  In: **Immunology and Immunopathology of the Liver and Gastrointestinal Tract.**  S. R. Targan and F. Shanahan (eds.) Igaku-Shoin Medical Publishers. Inc. New York, pp. 379-394, 1989.

39.   Birkhead, G., Janoff, E.N., Vogt, R.L. and **Smith, P.D.**  Elevated levels of immunoglobulin A to Giardia lamblia during a waterborne outbreak of giardiasis.  **Journal of Clinical Microbiology** 27:1707-1710, 1989.

40.   Lane, H.C., Davey, R.T., Sherwin, S.A., Masur, H., Rook, A.H., Manischewitz, J.F., Quinnan, G.V., **Smith, P.D.**, Easter, M.N. and Fauci, A.S.  A phase 1 trial of recombinant human interferon-gamma in patients with Kaposi's sarcoma and the acquired immunodeficiency syndrome.  **Journal of Clinical Immunology** 9:351-361,1989.

41.   Harriman, G.R., Smith, P.D., Horne, M., Koenig, S., Lane, H.C. and Fauci, A.S.  Malabsorption of vitamin B12 in the acquired Immunodeficiency syndrome.  **Archives of Internal Medicine** 149:2039-2041, 1989.

42.   Orenstein, J. M., Chiang, J., Steinberg, W., **Smith, P. D.**, Rotterdam, H. and Kotler, D. P.  Intestinal microsporidiosis as a cause of diarrhea in HIV-infected patients: A report of 20 cases.  **Human Pathology** 21:475-481, 1990.

17

43.   Janoff, E.N. and **Smith, P.D.**  The role of immunity in Giardia infections. In: **Giardiasis**.  E. A. Meyer (ed.) Elsevier Science Publishers. Amsterdam, p. 215-233, 1990.

44.   **Smith, P.D.**, Lamerson, C.L., Wong, H.L., Wahl, L.M. and Wahl, S.M. Granulocyte-macrophage colony-stimulating factor stimulates human monocyte accessory cell function.  **Journal of Immunology** 144:3829-3834, 1990.

45.   **Smith, P.D.**, Lamerson, C.L., Banks, S.M., Saini, S.S., Wahl, L.M. and Wahl, S.M.  Granulocyte-macrophage colony-stimulating factor augments human monocyte fungicidal activity for Candida albicans.  **Journal of Infectious Diseases** 161:999-1005, 1990.

46.   Whelan, W.L., Kirsch, D.R., Kwon-Chung, K.J., Wahl, S.M. and **Smith, P.D.** Candida albicans in patients with the acquired immunodeficiency syndrome:  Absence of a novel or hypervirulent strain.  **Journal of Infectious Diseases** 162:513-518, 1990.

47.   Allen, J.B., McCartney-Francis, N., **Smith, P.D.**, Simon, G., Gartner, S., Wahl, L.M., Popovic, M. and Wahl, S.M.  Expression of IL-2 receptors by monocytes from patients with acquired immunodeficiency syndrome and induction of monocyte Il-2 receptors by human immunodeficiency virus-1 in vitro. **Journal of Clinical Investigation** 5:192-199, 1990.

48.   Pluda, J.M., Yarchoan, R., McAtee, N., **Smith, P.D.**, Thomas, R., Oette, D., Maha, M., Wahl, S.M., Myers, C. and Broder, S.  Subcutaneous recombinant granulocyte-macrophage colony-stimulating factor (GM-CSF) used as a single agent and in an alternating regimen with azidothymidine in leukopenic patients with severe human immunodeficiency virus (HIV) infection. **Blood** 76:463-472, 1990.

49.   **Smith, P.D.**, Saini, S.S. and Orenstein, J.M.  Infections of the large intestine in the immunosuppressed host.  In: **The Large Intestine: Physiology, Pathophysiology and Disease.**  S.F. Philips, J.H. Pemberton and R.G. Shorter (eds.).  Raven Press. New York, pp. 437-444, 1991.

50.   Kanof, M.E. and **Smith, P.D.**  Preparation of human mononuclear cell populations and subpopulations. In: **Current Protocols in Immunology.** J.E. Coligan, A.M. Kruisbeek, D.H. Margulies, E.M. Shevach and W. Strober (eds.).  Current Protocols. New York, Vol. 1, pp. 7.1.1-7.1.5, 1991.

51.    Janoff, E.N., Orenstein, J.M., Manischewitz, J.F. and **Smith, P.D.** Adenovirus colitis in the acquired immunodeficiency syndrome. **Gastroenterology** 100:976-979, 1991.

52.    Wahl, L.M. and **Smith, P.D.** Isolation of macrophages/monocytes from human peripheral blood and tissues.  In:  **Current Protocols in Immunology.**  J. E. Coligan, A.M. Kruisbeek, D.H. Margulies, E.M. Shevach and W. Strober (eds.). Current Protocols. New York, Vol. 1., pp. 7.6.A1-8, 1991.

53.    **Smith, P.D.** Role of cytokines in infectious and noninfectious enteropathy in patients with AIDS. **Immunological Research** 10:447-451, 1991.

54.    Mai, U.E.H., Perez-Perez, G.I., Wahl, L.M., Wahl, S.M., Blaser, M.J. and **Smith, P.D.** Soluble surface proteins from *Helicobacter pylori* activate monocytes/macrophages by a lipopolysaccharide-independent mechanism. **Journal of Clinical Investigation** 87:894-900, 1991.

55.    Blaser, M.J., Perez-Perez, G.I., Cover, T.L., Morris, A.L., Mai, U. and **Smith, P.D.** Chronic *Helicobacter pylori* infection of the stomach induces a persistent systemic humoral immune response. **Frontiers in Mucosal Immunology** 1:685-688, 1991.

56.    Janoff, E.N., Hardy, W.D., **Smith, P.D.** and Wahl, S.M. Humoral recall responses in HIV infection. Levels, specificity, and affinity of antigen-specific IgG. **Journal of Immunology** 147:2130-2135, 1991.

57.    Skaleric, U., Allen, J.B., **Smith, P.D.**, Mergenhagen, S.E. and Wahl, S.M. Inhibitors of reactive oxygen intermediates suppress bacterial cell wall-induced arthritis. **Journal of Immunology** 147:2559-2564, 1991.

58.    Kossmann, T., Morganti-Kossmann, M.C., **Smith, P.D.** and Decurtins, M. Opportunistic infections in patients with immune dysfunction. **Unfallchirurgie** 96:176-180, 1991.

59.    Mai, U.E.H., Perez-Perez, G.I., Allen, J.B., Wahl, S.M., Blaser, M.J. and **Smith, P.D.** Surface proteins from <u>Helicobacter pylori</u> exhibit chemotactic activity for human leukocytes and are present in gastric mucosa. **Journal of Experimental Medicine** 175: 517-525, 1992.

60.    **Smith, P.D.**, moderator; Quinn, T.C., Strober, W., Janoff, E.N. and Masur, H., discussants.  NIH Staff Conference:  Gastrointestinal infections in AIDS. **Annals of Internal Medicine** 116: 63-77, 1992.

61.    **Smith, P.D.**, Saini, S.S., Raffeld, M., Manischewitz, J.F. and Wahl, S.M. Cytomegalovirus induces expression of tumor necrosis factor by human

monocytes and mucosal macrophages. **Journal of Clinical Investigation** 90:1642-1648, 1992.

62.   **Smith, P.D.** and Mai, U.E.H.  Immunopathophysiology of gastrointestinal disease in HIV infection. **Gastroenterology Clinics of North America** 21:331-345, 1992.

63.   **Smith, P.D.**, Eisner, M.S., Gill, V.J., Manischewitz, J.F., Masur, H. and Fox, C.H.  Esophageal disease in AIDS is associated with pathological processes rather than mucosal HIV. **Journal of Infectious Diseases** 167:547-552, 1993.

64.   **Smith, P.D.**  Infectious diarrheas in patients with AIDS. **Gastroenterology Clinics of North America** 22:535-548, 1993.

65.   **Smith, P.D.**, Janoff, E.N. and Wahl, S.M.  Granulocyte-macrophage colony-stimmulating factor augmentation of human monocyte/macrophage effector and accessory cell functions.  In:  **Haematopoietic Growth Factors and Mononuclear Phagocytes.** R. van Furth (ed.). Karger AG. Basel (Switzerland). pp. 79-89, 1993.

66.   **Smith, P.D.**  Mucosal Immunopathophysiology of HIV Infection.  In:  **Handbook of Mucosal Immunology.** P.H. Ogra, J. Mestecky, M.E. Lamm, W. Strober, J.R. McGhee, and J. Bienenstock (eds.). Academic Press. New York. p. 719-728, 1994.

67.   **Smith, P.D.**, Suffredini, A.F., Allen, J.B., Wahl, L.M., Parrillo, J.E. and Wahl, S.M.   Endotoxin administration to humans primes alveolar macrophages for increased production of inflammatory mediators. **Journal of Clinical Immunology** 14:141-148, 1994.

68.   **Smith, P.D.**  Role of the mucosa in human immunodeficiency virus disease. **Mucosal Immunology Update** 2:3-6, 1994.

69.   Janoff, E.N., Jackson, S., Wahl, S.M., Thomas, K. and **Smith, P.D.** Characterization of mucosal antibodies in persons with AIDS. **Journal of Infectious Diseases** 170:299-307, 1994.

70.   **Smith, P.D.**, Fox, C.H., Masur, H., Winter, H.S. and Alling, D.W. Quantitative analysis of mononuclear cells expressing HIV-1 RNA in esophageal mucosa. **Journal of Experimental Medicine** 180:1541-1546, 1994.

71.   Gruber, M.F., Weih, K.A., Boone, E.J., **Smith, P.D.** and Clouse, K.A. Endogenous M-CSF production is associated with viral replication in HIV-

1-infected human monocyte-derived macrophages. **Journal of Immunology** 154:5528-5535, 1995.

72. Fuller, C.M. and **Smith, P.D.** Role of cytokines in AIDS diarrhea. **Regulatory Peptide Letter** 6:56-59, 1995.

73. **Smith, P.D.** Intestinal Infections in HIV-1 Disease. In: **Infections of the Gastrointestinal Tract.** M.J. Blaser, P.D. Smith, J.I. Ravdin, H.B. Greenberg and R.L. Guerrant (eds.). Raven Press. New York. p. 483-498, 1995.

74. **Smith, P.D.** Esophageal Infections in HIV-1 Disease. In: **Infections of the Gastrointestinal Tract.** M.J. Blaser, P.D. Smith, J.I. Ravdin, H.B. Greenberg and R.L. Guerrant (eds.). Raven Press, New York. p. 459-470, 1995.

75. Janoff, E.N., Wahl, S.M., Thomas, K. and **Smith, P.D.** Modulation of HIV-1 infection of human monocytes by immunoglobulin A. **Journal of Infectious Diseases** 172:855-858, 1995.

76. Janoff, E.N. and **Smith, P.D.** Gastrointestinal infections in the immunocompromised host. **Current Opinion in Gastroenterology** 12:95-101, 1996.

77. Wahl, S.M., Orenstein, J.M. and **Smith, P.D.** Macrophage Function in HIV-1 Infection. In: **Immunology of Human Immunodeficiency Virus Type 1 Infection.** S.D. Gupta (ed.). Academic Press. p. 303-336, 1996.

78. Harris, P.R., Mobley, H.L.T., Perez-Perez, G.I., Blaser, M.J. and **Smith, P.D.** Helicobacter pylori urease is a potent stimulus for mononuclear phagocyte activation and inflammatory cytokine production. **Gastroenterology** 111:419-425, 1996.

79. Li, L. and **Smith, P.D.** Immunobiology of mucosal HIV-1 infection. **Current Opinion in Gastroenterology** 12:560-563, 1996.

80. Harris, P.R., Cover, T.L., Crowe, D.R., Blaser, M.J. and **Smith, P.D.** Helicobacter pylori cytotoxin induces vacuolation of primary human mucosal epithelial cells. **Infection and Immunity** 64:4867-4871, 1996.

81. **Smith, P.D.**, Janoff, E.N., Mosteller-Barnum, M., Merger, M., Orenstein, J.M., Kearney, J.F. and Graham, M.F. Isolation and purification of mucosal CD14-negative macrophages from normal human small intestine. **Journal of Immunological Methods** 202:1-11, 1997.

21

82.  Kissin, E., Tomasi, M., McCartney-Francis, N., Gibbs, C.L. and **Smith, P.D.** Age-related decline in macrophage production of nitric oxide. **Journal of Infectious Diseases** 175:1004-1007, 1997.

83.  **Smith, P.D.**, Meng, G., Shaw, G.M. and Li, L. Infection of gastrointestinal macrophages by HIV-1. **Journal of Leukocyte Biology** 62:72-77, 1997.

84.  Harris, P.R. and **Smith, P.D.** The role of the mononuclear phagocyte in H. pylori-associated inflammation. **In The Immunobiology of Helicobacter pylori – from Pathogenesis to Prevention.** P.B. Ernst, P. Michetti and P.D. Smith (ed.'s). Lippincott-Raven. Philadelphia. p. 127-137, 1997.

85.  **Smith, P.D.** and Meng, G. Mucosal macrophages in infection and immunity. **Mucosal Immunology Update** 5:32-34, 1997.

86.  Wilcox, C.M., Harris, P.R., Redman, T.K., Kawabata, S., Kiyono, H. and **Smith, P.D.** High mucosal levels of tumor necrosis factor-$\alpha$ messenger RNA in AIDS-associated cytomegalovirus-induced esophagitis. **Gastroenterology** 114:77-82, 1998.

87.  Harris, P.R., Ernst, P.B., Kawabata, S., Kiyono, H. and **Smith, P.D.** Recombinant Helicobacter pylori urease activates primary mucosal macrophages. **Journal of Infectious Diseases** 178:1516-1520, 1998.

88.  **Smith, P.D.** and Wahl, S.M. Immunobiology of Mucosal HIV-1 Infection. In: **Mucosal Immunology.** P.H. Ogra, J. Mestecky, M.E. Lamm, W. Strober, J. Biennenstock and J.R. McGhee (eds). Academic Press. San Diego. 2nd Edition, p. 977-989, 1999.

89.  **Smith, P.D.** and Wilcox, C.M. Gastrointestinal Complications of the Acquired Immunodeficiency Syndrome. In: **Textbook of Gastroenterology.** Third Edition. T. Yamada, D.H. Alpers, C. Owyang, D.W. Powell, and L. Laine (eds). Lippincott-Raven. Philadelphia. p. 2400-2422, 1999.

90.  Meng, G. and **Smith, P.D.** Gastrointestinal infections in the immunocompromised host. **Current Opinion in Gastroenterology** 15:85-89, 1999.

91.  **Smith, P.D.** and Wilcox, C.M. Gastrointestinal Complications of the Acquired Immunodeficiency Syndrome. In: **Atlas of Gastroenterology.** T. Yamada, D.H. Alpers, C. Owyang, D.W. Powell, and L. Laine (eds). Lippincott-Raven. Philadelphia. p. 510-515, 1999.

92.  **Smith, P.D.**, Li, L. and Meng, G. Mucosal events in HIV-1 gastrointestinal infection. **Journal of Infectious Diseases** 179:436-440, 1999.

93. **Smith, P.D.** and Janoff, E.N. Approach to Gastrointestinal Problems in the Immunocompromised Patient. In: **Textbook of Gastroenterology**. Third edition. T. Yamada, D.H. Alpers, L. Laine, C. Owyang, and D.W. Powell (eds). Lippincott-Raven. Philadelphia. p. 1034-1049, 1999.

94. Li, L., Meng, G., Graham, M.F., Shaw, G.M. and **Smith, P.D.** Intestinal macrophages display reduced permissiveness to HIV-1 and decreased surface CCR5. **Gastroenterology** 116:1043-1053, 1999.

95. Blaser, M.J. and **Smith, P.D.** Persistent Mucosal Colonization by Helicobacter pylori and the Induction of Inflammation. In: **Inflammation: Basic Principles and Clinical Correlates.** J.I. Gallin, I.M.Goldstein, and R. Snyderman (eds). Lippincott-Raven. Philadelphia. p. 1107-1116, 1999.

96. Wilcox, C.M., Waites, K.B., and **Smith, P.D.** No relationship between gastric pH, small bowel bacterial colonization and diarrhea in HIV-1-infected patients. **Gut** 44:101-105, 1999.

97. Wahl, S.M., **Smith, P.D.** and Janoff, E.N. HIV-1 Infection, mucosal immunity and pathogenesis: Comments and conference summary. **Journal of Infectious Diseases** 179:397-400, 1999.

98. Novak, M., Porter, D.C., Smythies, L., **Smith, P.D.** and Morrow, C.D. Poliovirus replicons encoding the B subunit of *Helicobacter pylori* urease elicit a Th1-associated immune response. **Vaccine** 17:2384-2391, 1999.

99. Harris, P.R. Smythies, L.E., **Smith, P.D.**, and Dubois, A. Inflammatory cytokine mRNA expression during early and persistent *Helicobacter pylori* infection in nonhuman primates. **Journal of Infectious Diseases** 181:783-786, 2000.

100. Smythies, L.E., Waites, K.B., Lindsey, J.R., Harris, P.R., Ghiara, P. and **Smith, P.D.** *Helicobacter pylori*-induced inflammation is Th1 mediated and exacerbated in interleukin-4, but not interferon-$\gamma$, gene-deficient mice. **Journal of Immunology** 165:1022-1029, 2000.

101. **Smith, P.D.**, Meng, G., Sellers, M.T., Rogers, T. and Shaw, G.M. Biological parameters of HIV-1 infection in primary intestinal lymphocytes and macrophages. **Journal of Leukocyte Biology** 68:360-365, 2000.

102. Smythies, L. E., Harris, P.R., Lindsey, J.R., Mosteller-Barnum, M., **Smith, P.D.** and Waites, K.B. Quantitative analysis of *Helicobacter pylori* infection in a mouse model. **Journal of Immunological Methods** 242:67-78, 2000.

103. Meng, G., Sellers, M.T., Rogers, T., Mosteller-Barnum, M., Shaw, G.M. and **Smith, P.D.** Lamina propria lymphocytes, not macrophages, express CCR5 and CXCR4 and are likely the primary target cell for HIV-1 in the intestinal mucosa. **Journal of Infectious Diseases** 182:785-791, 2000.

104. Janoff, E.N. and **Smith, P.D.** Emerging concepts in the pathophysiology and management of the gastrointestinal manifestations of AIDS. **Gastroenterology** 120:607-621, 2001.

105. **Smith, P.D.,** Smythies, L.E. and Wahl, S.M. Macrophage Effector Function. In: **Clinical Immunology, Second Edition.** R.R. Rich, T.A. Fleisher, W.T. Shearer, H.W. Schroeder, Jr., and B. Kotzin (eds). Harcourt Health Sciences, London. 19.1-19.9, 2001.

106. Davis, I.C., McGinn, T.M., **Smith, P.D.,** Chen, Z.W. and Fultz, P.N. Dissemination and pathology of simian immunodeficiency virus PBj14 early after rectal infection of pig-tailed macaques. **Journal of Virology** 75:278-291, 2001.

107. Xiaoping, Z., Meng, G, Dickinson, B.L., Xiaotong, L., Mizoguchi, E., Miao, L., Yuansheng, W., Robert, C., Claypool, S., Wu, B., **Smith, P.D.,** Lencer, W.I. and Blumberg, R.S. MHC class I-related neonatal Fc receptor for IgG is functionally expressed in monocytes, intestinal macrophages and dendritic cells. **Journal of Immunology** 166:3266-3276, 2001.

108. **Smith, P.D.,** Smythies, L.E., Mosteller-Barnum, M., Sibley, D., Russell, M., Merger, M., Sellers, M.T., Graham, M.F., Shimada, T. and Kubagawa, H. Intestinal macrophages lack CD14 and CD89 and consequently are down-regulated for LPS- and IgA-mediated activities. **Journal of Immunology** 167:2651-2656, 2001.

109. Redman, T.K., Britt, W.J., Hockett, R.D. and **Smith, P.D.** Human cytomegalovirus primes lamina propria macrophages for enhanced LPS-stimulated chemokine production. **Journal of Infectious Diseases** 185:584-590, 2002.

110. Harris, P.R., Weber, H.C., Wilcox, C.M., Jensen, R.T. and **Smith, P.D.** Cytokine gene profiles in gastric mucosa in *Helicobacter pylori* infection and Zollinger-Ellison syndrome. **American Journal of Gastroenterology** 97:312-318, 2002.

111. Meng, G., Wu, X., Wei, X., Sellers, M.T., Decker, J.M., Moldoveanu, Z., Kappes, J.C., Mestecky, J., Shaw, G.M. and **Smith, P.D.** Intestinal epithelial cells express CCR5 and selectively transfer R5 HIV-1 to CCR5[+] cells. **Nature Medicine** 8:150-156, 2002.

112.    **Smith, P.D.** and Janoff, E.N.  Gastrointestinal Infections in HIV-1 Disease.  In: **Infections of the Gastrointestinal Tract** Second edition. M.J. Blaser, P.D. Smith, J.I. Ravidin, H.B. Greenberg and R.L. Guerrant (eds). Lippincott-Raven Publishers, Philadelphia. p. 417-443, 2002.

113.    Kossmann, T., Morganti-Kossmann, M.C., Orenstein, J.M., Britt, W.R., Wahl, S.M. and **Smith, P.D.**  Cytomegalovirus production by infected astrocytes correlates with TGF-$\beta$ release.    **Journal of Infectious Diseases** 187:534-541, 2003.

114.    **Smith, P.D.**, Meng, G., Salazar-Gonzales, J.F. and Shaw, G.M. Macrophage HIV-1 infection and the gastrointestinal tract reservoir. **Journal of Leukocyte Biology** I74:642-649, 2003.

115.    **Smith, P.D.**, Monkemuller, K.E. and Wilcox, C.M. Gastrointestinal Complications of the Acquired Immunodeficiency Syndrome. In: **Atlas of Gastroenterology.**  T. Yamada, D.H. Alpers, C. Owyang, D.W. Powell, and L. Laine (eds). Lippincott-Raven. Philadelphia. p. 741-748, 2003.

116.    Janoff, E.N. and **Smith, P.D.**  Approach to Gastrointestinal Problems in the Immunocompromised Patient.  In: **Textbook of Gastroenterology**. Fourth Edition. T. Yamada, D.H. Alpers, L. Laine, C. Owyang and D.W. Powell (eds). Lippincott-Raven. Philadelphia. p. 1017-1032, 2003.

117.    **Smith, P.D.** and Janoff, E.N. Gastrointestinal Complications of the Acquired Immunodeficiency Syndrome. In: **Textbook of Gastrotenterology.** Fourth Edition. T. Yamada, D.H. Alpers, C. Owyang, D.W. Powell, and L. Laine (eds). Lippincott-Raven. Philadelphia. p. 2567-2589, 2003.

118.    Kelsall, B., Leon, F., Smythies, L.E. and **Smith, P.D.**  Antigen Handling and Presentation by Mucosal Dendritic Cells and Macrophages.  In: **Mucosal Immunology**. Third Edition, J. Mestecky, J. Bienenstock, M.E. Lamm, L. Mayer, J.R. McGhee, and W. Strober (eds). Elsevier Academic Press. San Diego. p. 451-485, 2005.

119.    **Smith, P.D.** and Wahl, S.M.  Immunobiology of Mucosal HIV-1 Infection. In: **Mucosal Immunology**. Third Edition, J. Mestecky, J. Bienenstock, M.E. Lamm, L. Mayer, J.R. McGhee, and W. Strober (eds). Elsevier Academic Press. San Diego. p. 1199-1211, 2005.

120.    **Smith, P.D.**, Ochsenbauer-Jambor, C. and Smythies, L.E.  Intestinal macrophages: Unique effector cells of the innate immune system. **Immunological Reviews.** 206:149-159, 2005.

121. Leon, F., Smythies, L.E., **Smith, P.D.** and Kelsall, B.L. Involvement of Dendritic Cells in the Pathogenesis of Inflammatory Bowel Disease. <u>In</u>: **Immune Mechanisms in Inflammatory Bowel Disease.** R.S. Blumberg and M.F. Neurath (eds). Landes Publishing. p. 117-133, 2005.

122. Smythies, L.E., Sellers, M., Clements, R., Mosteller-Barnum, M., Meng, G., Benjamin, W.H., Orenstein, J.M. and **Smith, P.D.** Human intestinal macrophages display profound inflammatory anergy despite avid phagocytic and bacteriocidal activity. **Journal of Clinical Investigation.** 115:66-75, 2005.

123. Smythies, L.E., Novak, M., Waites, K.B., Lindsey, J.R., Morrow, C.D and **Smith, P.D.** Poliovirus replicons encoding the B subunit of *Helicobacter pylori* urease protects mice against *H. pylori* infection. **Vaccine** 23:901-909, 2005.

124. Smythies, L.E., Wahl, L. and **Smith, P.D.** Isolation and purification of human intestinal macrophages. <u>In</u>: **Current Protocols in Immunology.** J.E. Coligan, A.M. Kruisbeek, D.H. Marguilles, E.M. Shevach and W. Strober (eds). Current Protocols. New York. p. 7.6B.1–9, 2006.

125. Wahl, L., Wahl, S.M., Smythies, L.E. and **Smith, P.D.** Isolation of human monocyte populations. <u>In</u>: **Current Protocols in Immunology.** J. E. Coligan, A.M. Kruisbeek, D.H. Marguilies, E.M. Shevach and W. Strober (eds). Current Protocols. New York. p. 7.6A.1–10, 2006.

126. Smythies, L.E., Maheshwari, A., Clements, R., Eckhoff, D., Novak, L., Mosteller-Barnum, M., Sellers, M. and **Smith, P.D.** Mucosal TGF-$\beta$ and IL-8 recruit blood monocytes to the intestinal mucosa: Evidence for epithelial and myeloid cell cross-talk. **Journal of Leukocyte Biology** 80:492-499, 2006.

127. Leon, F., Smythies, L.E., **Smith, P.D.** and Kelsall, B.L. Involvement of dendritic cells in the pathogenesis of inflammatory bowel disease. **Advances in Experimental Medicine and Biology** 579:117-132, 2006.

128. Maheshwari, A., Smythies, L.E., Wu, X., Novak, L., Clements R., Eckhoff D., Lazenby, A., Britt, W.R. and **Smith, P.D.** Cytomegalovirus blocks intestinal stroma-induced down-regulation of macrophage HIV-1 infection. **Journal of Leukocyte Biology** 80:111-1117, 2006.

129. Cinova, J., Palova-Jelinkova, L., Smythies, L.E., Cerna, M., Pecharova B., Dvorak, M., Fruhauf, P., Tlaskalova-Hogenova, H., **Smith, P.D.** and Tuckova, L. Gliadin peptides activate blood monocytes from patients with celiac disease. **Journal of Clinical Immunology** 27:201-207, 2007.

130. Elson, C.O. and **Smith, P.D.** Immunologic Disease of the Gastrointestinal Tract. In: **Clinical Immunology** -Third Edition. R.R. Rich, W.T. Shearer, T.A. Fleisher, H.W. Schroeder, Jr., C.M. Weyand and A.J. Frew (eds). Elsevier, Edinburgh, U.K. 2007, In press, 2007.

131. **Smith, P.D.** and Janoff, E.N. Complications of AIDS and Other Immunodeficiency States. In: Textbook of Gastroenterology. Fifth Edition. T. Yamada, D.H. Alpers, C. Owyang, D.W. Powell, and L. Laine (eds). Blackwell Publishing, Oxford, England. In press, 2007.

132. Smythies, L.E., Mosteller-Barnum, M., Moldoveneau, Z., Meng, G., Clements, R.H., Asano, H., Vu, H.L., Orenstein, J.M., Mestecky, J. and **Smith, P.D.** Bacterial flagellin induces cytokine gene expression in primary intestinal epithelial cells purified from normal human jejunum. Manuscript submitted.

133. Harris, P.R., Wright, S., Serrano C., Riera, F., Duarte, I., Torres, J., Peña, A., Rollán, A., Viviani, P., Guiraldes, E., Schmitz, J.M., Lorenz, R.C., Novak, L., Smythies, L.E. and **Smith, P.D.** *Helicobacter pylori* gastritis in children is associated with a regulatory T cell response. Manuscript submitted.

134. Smythies, L.E., Shen, R., Novak, L., Drelichman, E.R., Clements, R.H., Eckhoff, D.E., Cherche, J.-P., Dandekar, S. and **Smith, P.D.** Mucosal TGF-β promotes inflammation anergy in human intestinal macrophages through Smad-induced IκBα and NF-κB inactivation. Manuscript submitted.

**Books:**

1. **Infections of the Gastrointestinal Tract.** First Edition. M.J. Blaser, **P.D. Smith,** J.I. Ravdin, H.B. Greenberg and R.L. Guerrant (eds). Raven Press. New York. 1995.

2. **The Immunobiology of Helicobacter pylori - from Pathogenesis to Prevention.** P.B. Ernst, P. Michetti and **P.D. Smith** (eds). Lippincott-Raven Publishers. Philadelphia. 1997.

3. **Infections of the Gastrointestinal Tract.** Second Edition. M.J. Blaser, **P.D. Smith,** J.I. Ravdin, H.B. Greenberg and R.L. Guerrant (eds). Lippincott-Raven Publishers. Philadelphia. 2002.