# DEFENDANT'S EXHIBIT 5

```
 1            IN THE UNITED STATES DISTRICT COURT
 2            FOR THE MIDDLE DISTRICT OF ALABAMA
 3                     NORTHERN DIVISION
 4
 5    JOHN COGGIN,
 6            Plaintiff,
 7    vs.                    CASE NO. 2:05-cv-1214-F
 8    UNITED STATES
      OF AMERICA,
 9
              Defendant.
10
11
12
13
14                  * * * * * * * * * * *
15
16        DEPOSITION OF PHILLIP DOYLE SMITH, M.D.,
17    taken pursuant to stipulation and agreement before Dee
18    Coker, Registered Professional Reporter and
19    Commissioner for the State of Alabama at Large, in the
20    Law Offices of Pate, Lloyd, Fuston & Cochrun, 400
21    Title Building, 300 North 21st Street, Birmingham,
22    Alabama, on Thursday, December 13, 2007, commencing at
23    approximately 1:06 p.m.
24
25                  * * * * * * * * * * *
```

1  same type of analysis, of your time is devoted to
2  teaching duties?
3      A.  Well, certainly, sometimes it's difficult to
4  differentiate research and teaching because we have so
5  many people in the lab there; but in terms of -- I
6  guess I would say 5 percent.
7      Q.  And what percentage is devoted to
8  administrative duties?
9      A.  I try to minimize it by having a very, very
10 effective administrator; so I would say maybe 2
11 percent.
12     Q.  And what percentage is devoted to seeing
13 patients?
14     A.  35 to 40 percent.
15     Q.  I just want to continue.  I see in 2000 to
16 2001, you were on sabbatical; is that right?
17     A.  Yes.
18     Q.  Can you describe that sabbatical for me?
19     A.  I spent a year studying epithelial cells and
20 working on epithelial cells at the Institut Cochin in
21 Paris.
22     Q.  And how did you come to do that?
23     A.  Well, the first cell the HIV, for example,
24 interacts with is an epithelial cell.  And we
25 published a paper in 2002 in Nature Medicine on the

1  interaction between HIV and epithelial cells and how
2  these cells select the type of HIV that everyone in
3  the world gets infected with initially.  So we -- so I
4  studied sort of basic biology of these cells in Paris
5  to be better able to extend our work here in
6  Birmingham.
7       Q.  And how did you get selected for that
8  fellowship?
9       A.  Well, it wasn't exactly getting -- part of it
10 was getting selected in the fact that I got -- I
11 received a fellowship from the French government as
12 well.  But I was entitled to a sabbatical because I
13 had been at UAB for six years.  And although my work
14 was funded, so anyone -- not anyone; but if you're
15 tenured, you're entitled to a sabbatical every seventh
16 year.  And if you convince the chairman of medicine
17 and the dean that you can support yourself during that
18 year, they will pay your salary for six months.
19      In my case, because -- frankly, because I had --
20 because all of my support, except for my clinical
21 revenue, was from NIH, it was no loss to the
22 university in terms of revenue because my grants would
23 still run the lab.  So they let me take a full year
24 sabbatical.
25      Q.  And during your sabbatical with INSERM, did

1  you see patients?

2  A.  No.  But I paid a heavy price for that in
3  that when I came back, they made sure I made up for
4  the missed months of attending.

5  Q.  Do you speak French?

6  A.  A little.

7  Q.  I'm going to invite your attention to page
8  Bates number 753.  And you have a long list of
9  academic committees, and I'm not going to go through
10  each one.  I'm just going to ask you, what is the
11  significance of being on an academic committee?

12  A.  Well, it depends on the committee.

13  Q.  Okay.  I guess we'll start with what is an
14  academic committee?

15  A.  Well, I see also that it doesn't -- the
16  committee -- well, for example, if you're on an NIH
17  study section, that, to be immodest, is an honor
18  because NIH views your input in the evaluation of
19  grants.  So three times a year, we review grants from
20  other clinicians or scientists and evaluate them for
21  NIH, for the government, whether or not they're worthy
22  of being funded.

23  I see that -- also, I was recently elected to the
24  Board of Counselors for the Society for Mucosal
25  Immunology.  So that's not on there.  And that

1   H. pylori infection.  That's a -- try 59.  That will
2   put you to sleep.
3       Let's see.  I think those are the main ones that
4   are directly relevant.
5       Q.  Doctor, have you done any research on
6   nonsteroidal anti-inflammatory drugs as the cause of
7   ulcers?
8       A.  No.
9       Q.  Can you tell me what the terms "primary,"
10  "secondary," "tertiary" and "quaternary care mean in
11  the healthcare field?
12      A.  Well, I guess primary care would refer to the
13  setting in which patients first see a primary care
14  physician, that being a family physician or an
15  internist.  They may refer patients that are
16  complicated or with whom they feel -- a physician
17  feels uncomfortable to a secondary referral center,
18  such as, you know, Brookwood or St. Vincent's
19  Hospital.
20      And a tertiary setting would be like UAB, the
21  university, where we specialize and focus on certain
22  diseases.
23      Q.  And where does your practice with patients
24  fit into that?
25      A.  It's certainly tertiary referral.  We get

1  patients that are complicated in the sense that I'm
2  referred patients with resistant H. pyloric infection,
3  persistent gastric ulcer disease, patients that have
4  chronic diarrhea, for example, and the physician is
5  worried about an unusual pathogen causing -- an
6  infectious organism causing that diarrhea.
7       At the same time, anyone in the city can call up
8  the Kirklin Clinic and ask to see a patient -- asked
9  to be seen as a patient. And so I see all comers in
10 that sense as well; but if you were to look up in the
11 UAB web site, it would say that my area of interest is
12 infectious problems of the gastrointestinal tract.  So
13 we would get referrals from the Southeast, people with
14 infectious causes of gastrointestinal problems; but as
15 I said, we also see Mrs. Johnson's mother-in-law.
16      Q.   Have you ever worked as a primary care
17 physician?
18      A.   It depends on your definition of primary
19 care.  At West Virginia, emergency rooms serve as
20 primary care for a lot of people.  And so in that
21 sense, you know, I took care of everything, even
22 deliveries on Christmas eve, children, infants,
23 delivering babies, and adults.
24      Q.   And that goes back to what years that you
25 worked in the emergency room?

1   A.   Up through the month that I came to UAB, I
2   was still working in the emergency room.
3   Q.   Other than that, have you ever worked in
4   anything that you would consider primary care?
5   A.   Not -- no.
6   Q.   And is it fair to say that you're a tertiary
7   care gastroenterologist?
8   MS. COCHRUN:   Object to form.
9   A.   No, I don't think so.  As I said earlier, I
10  see all comers.  So if you develop some abdominal
11  pain, you can call up UAB.  And I would be one of the
12  gastroenterologists at the Kirklin Clinic that
13  would -- that you could see.
14  Q.   And what percentage of your patients would
15  fall into that category?
16  A.   Probably -- probably two-thirds to
17  three-fourths.
18  Q.   And the others would have --
19  A.   The others would be referred for suspected
20  chronic or infectious diarrhea, abdominal pain.  So we
21  get a lot of abdominal pains and a lot of diarrhea,
22  for example.
23  Q.   What is the relationship between a primary
24  care physician and a specialist providing secondary or
25  tertiary care?