# DEFENDANT'S
# EXHIBIT 6

# CURRICULUM VITAE

Updated 8-7-07

For:    Joseph Edward Paris, Ph.D., M.D., CCHP-A
Fellow of the Society of Correctional Physicians

Date of Birth: October 16, 1940.

Place of Birth: Argentina

Nationality: U.S.

Marital Status: Married to Mary Rose Collins Paris, R.N. P.

Three adult children, ages 23 through 28.

Address: 2116 Lamplight Drive, Marietta, Georgia, 30062-6033.

Phone: 770 645 2210    Fax: 770 645 4779 (please call before faxing)

Mobile : 770 633 4077    e-mail: joeparis@pol.net

# DEGREES:

B. Sc.   St. Martin School for Superior Studies, Rosario, Argentina, 1956.

M. Sc. ( Pharmacology ). School of Pharmacy, Rosario, Argentina, 1960.

Ph.D. ( Biochemistry ). School of Biochemistry, Rosario, Argentina, 1969.
Doctoral dissertation work was performed at the Department of Pathology, Johns Hopkins School of Medicine, Baltimore, Maryland, 1967 to 1969.

M.D. Boston University School of Medicine, 1975.

00789

1

# MEDICAL APPOINTMENTS, AWARDS AND DIPLOMAS

1967 - 1969  Research Fellow, Section of Radiobiology, Division of Radiation Therapy, Department of Radiology, University of Maryland School of Medicine, Baltimore, Maryland.

1969 - 1972  Biochemist, Special and Scientific Staff, New England Medical Center Hospital, Boston, Mass.

1969 - 1972  Research Associate, Department of Biochemistry, Tufts University School of Medicine, Boston, Mass.

1969 - 1970  Instructor, Department of Therapeutic Radiology, Tufts University School of Medicine, Boston, Mass.

1970 - 1972  Assistant Professor, Department of Therapeutic Radiology, Tufts University School of Medicine, Boston, Mass.

1972 - 1975  Assistant Professor, Department of Biochemistry, Boston University School of Medicine, Boston, Mass.

1975 - 1976  Intern, Department of Medicine, Boston City Hospitals, Boston, Mass.

Dec 16, 1976  Massachusetts License Number 40345 ( presently inactive ).

1976 - 1977  Junior Resident, Department of Medicine, Boston City Hospitals, Boston, Mass.

1977 - 1978  Senior Resident, Department of Medicine, Boston City Hospitals, Boston, Mass.

1978 - 1979  Chief Medical Resident, Saint Vincent Hospital, Worcester, Mass.

Sep 12, 1979  Diplomate of the American Board of Internal Medicine.

1979 - 1983  Instructor, Department of Medicine, University of Massachusetts Medical Center, Worcester, Mass.

1979 - 1983  Internist in private practice, Auburn, Mass.

1982  A.M.A. Physician Recognition Award.

June 6, 1983  Florida License Number 42327

1983 - 1985  Internist in private practice, Jacksonville, Florida.

1985  A.M.A. Physician Recognition Award.

1985 - 1986  Chief, Section of Internal Medicine, Memorial Medical Center Hospital, Jacksonville, Florida.

1985 - 1988  Senior Physician, Reception and Medical Center Hospital, Department of Corrections, Lake Butler, Florida.

1986 - 1988  Chairman, Outpatient Department, Reception and Medical Center Hospital, Department of Corrections, Lake Butler, Florida.

MEDICAL APPOINTMENTS, AWARDS, DIPLOMAS ( cont. )

00790

1988  A.M.A. Physician Recognition Award.

1988 - 1991  Medical Executive Director, Union Correctional Institution, Department of Corrections, Raiford, Florida.

1989 - 1995  President, Florida Chapter of the American Correctional Health Services Association.

1991 - present   Certified Correctional Health Care Provider of the National Commission on Correctional Health Care.

1991 - 1995   Medical Executive Director, North Florida Reception and Medical Center Hospital. Department of Corrections, Lake Butler, Florida.

1992  A.M.A. Physician Recognition Award.

Nov 30, 1993  Davis Productivity Award, plaque and commemorative certificate by the Florida Tax Watch, for saving Florida taxpayers and estimated $ 1.1 million in the prison hospital yearly budget.

1992  Founding member of the Society of Correctional Physicians, Chicago, Illinois.

Feb 14 - 18, 1994  One of three members of the Peer Review Committee charged by the Missouri Department of Corrections with the performance of a survey on the delivery of inmate health care services provided statewide by the Correctional Medical Systems, Inc.

May 16 - 17, 1994  One of two members charged by the National Commision on Correctional Health Care with the performance of an accreditation review of the Riverbend Maximum Security Institution in Nashville, Tennessee.

November 1994. Appointed independent reviewer of mortality files for the Missouri Department of Corrections.

September 8 - 10, 1994. Organized with Jerry Ellsworth the Fall Conference 1994 of the Florida Chapter of the American Correctional Health Services Association in Daytona Beach, Florida.

February 22, 1995. Moderator of the Pre-Conference Workshop "Computers in Correctional Health Care", coordinated by Gerald P. Ellsworth, MPH. Part of the program for the 1995 Multidisciplinary Training Conference of the American Correctional Health Services Association in Portland, Oregon.

August 3, 1995 Georgia License Number 40509

1995 - 1996     Deputy Director for Clinical Services, Georgia Department of Corrections, Atlanta, Georgia.

1996 -          East Coast Director of the Society of Correctional Physicians.

1996 - 2005     Medical Director, Georgia Department of Corrections, Atlanta, Georgia.

1996 - 2001     Member of the Medical Association of Georgia Prison Health Committee.

1999 - 2001     President of the Society of Correctional Physicians.

1999            Organized and chaired the 1999 American Correctional Health Services Conference in Atlanta, Georgia: The Coming of Age of Correctional Health Care: A Quest for Excellence. March 11-12, 1999.
                **MEDICAL APPOINTMENTS, AWARDS, DIPLOMAS** ( cont. )

00791

3

| 1999 | Appointed founding member of the Editorial Committee of the Thrive Magazine, an HIV treatment magazine published by the AIDS Healthcare Foundation. |
|---|---|
| 1999 - | Fellow of the Society of Correctional Physicians |
| 2001 - 2003 | Immediate Past President and Board Member, Society of Correctional Physicians |
| 2002 | Recipient of the Armond Start Award of the Society of Correctional Physicians |
| 2003 | Member of the Planning Committee which organized the Meeting: Management of Hepatitis C in Prisons, sponsored by the CDC, DHSS, NIH, SCP, and UTMB in San Antonio, Texas, January 25 and 26, 2003. |
| 2003 | Board Member, Correctional Medical Institute |
| 2003 – 2005 | East Coast Director and Board Member, Society of Correctional Physicians |
| 2004 – 2006 | Board Member of the Certified Correctional Health Professional Board of Trustees of the National Commission on Correctional Health Care |
| 2004 - | Charter Board Member of the Correctional Medical Directors Association |
| 2006 - | Part time Physician, DeKalb County Public Health Department |
| 1991 - present | Certified Correctional Health Care Provider (Advanced since 2006) of the National Commission on Correctional Health Care. |
| 2006 - | Volunteer Physician for the Georgia Public Health Department at the DeKalb County HIV Clinic. |
| 2007 | Member of the American Society of HIV Medicine and its liaison with the Society of Correctional Physicians |

# NON-CORRECTIONAL PUBLICATIONS

Paris, J. E.  Acid Phosphomonoesterase of the Spontaneous Mammary Carcinoma of the C3H/HeJ Mouse. Doctoral Dissertation. Submitted to the University of Rosario School of Medicine, March 1969. Based on experimental work performed from 1967 to 1969 at the Johns Hopkins University School of Medicine, Dept. of Pathology.

Paris, J. E. An Inexpensive, High Capacity Gradient - Forming Device for Zonal Ultracentrifugation. Biochimica et Biophysica Acta, 165: 286 - 287, 1968.

Paris, J. E., Brandes, D., and Anton, E.  Distribution and Properties of Lysosomal Enzymes in Untreated and in Irradiated Mouse Mammary-gland Carcinomas.  J. Nat. Cancer Inst. 42: 383 - 398, 1969.

Paris, J. E., and Brandes, D.  Effect of X-Irradiation on the Lysosomal Enzymes of Spontaneous Mammary-Gland Carcinomas of the C3H Mouse. Abs. III Internat. Biophys. Congress I.U.P.A.B. 138, September, 1969.

**NON-CORRECTIONAL PUBLICATIONS** ( cont. )

00792

Paris, J. E.  Assembly and Operation of a Simple, Multipurpose Zonal Ultracentrifugation System. Rev. Sci. Instrum. 41: 90 - 96, 1970.

Brandes, D., Anton, E., Paris, J. E., and Barnard, S.  Correlation between Growth Patterns and Acid Hydrolytic Activities in Mice Mammary Carcinomas. Fed. Proc.  29  (2): Abs., 1970.

Paris, J. E.  Preparation of Large Volumes of Linear Gradient Solutions for Zonal Ultracentrifugation. Experientia 26: 325, 1970.

Paris, J. E., and Brandes, D.  Effect of X-irradiation on the Functional Status of the Lysosomal Enzymes of Mouse Mammary-Gland Carcinomas. Cancer Research, 31: 392 - 401, 1971.

Paris, J. E.  Effect of Whole Body Irradiation and Puromycin on Hydrolytic Enzyme Activation in Regenerating Rat Liver.  Rad. Research 50: 592 - 599, 1972.

Paris, J. E., and Brandes, D.  The Effect of Castration on Histochemistry and Biochemistry of Acid Hydrolases of Rat Prostatic Gland. J. Nat. Cancer Inst. 49: 1685 - 1696, 1972.

Junowicz, E., and Paris, J. E.  Affinity Chromatography by Enzyme-Substrate Interaction. Purification of Some Rat Liver Glycosidases. Biochim. Biophys. Acta 321:234-245, 1973.

Paris, J. E., and Wang, L.  Effect of Immunological Inhibition of Lysosome Function on Radiation Survival of Rat Sarcoma Cells in Culture. Internat. J. Rad. Biol. 25: 95 - 98, 1974.

Paris, J. E., and Brandes, D.  Biochemistry and Histochemistry of Lysosomal Enzymes in Male Sex Accessory Glands. In:  The Biochemistry and structure of Male Sex Accessory Glands. D. Brandes, Ed. Academic Press, N.Y. 1975.

Paris, J. E.  Nutrition Education During Internship and Residency Training: Medicine.  Am. J. Clin. Nutr. 30: 819 - 821, 1977.

Paris, J. E.  Use your Persuasion to Counter PPO Power. Private Practice, 16 (6): p. 81. June 1984.

Paris, J. E.  So Much for the E.R. as a Practice Builder.  Medical Economics, August 5, 1985. pp 91 - 100.

Paris, J. E.  Moral Acrobatics. Private Practice, 18 (2): 40 - 48, February 1986.

Paris, J. E.  My Office Pharmacy is Practical and Profitable. Medical Economics, May 12, 1986. pp 147 - 152.

Paris, J. E.  Current System will not Solve the Malpractice Crisis. American Medical News, January 8, 1988. p.54.

Paris, J. E.  TV Shows should Carry Warnings, as do Cigarets. American Medical News, April 8, 1988.

Paris, J. E.  Comments on the Case of Susan J. Bendor. Medical Malpractice Prevention. 6 ( 7 ): p. 8. July, 1991.

Paris, J. E.  Deming vs Medicine's Regulators: The Battle lines are Drawn. In: Dynamics of Health Care. The Journal of Management and Economics. 3 (3): p.15. May of 1992.

## CORRECTIONAL PUBLICATIONS

Paris, J. E.  I Found Happiness - Behind Bars. Medical Economics. Feb. 16,1987,157-164.

00793

Paris, J. E. Jailhouse Blues. J.A.M.A. 259 (24): 3615, June 24, 1988.

Paris, J. E. MD Makes an Unexpected Switch to Prison Medicine. American Medical News. October 27, 1989, pp 31 - 32.

Paris, J. E. The Quest for Quality Management Measurements in the Correctional Setting: Outpatient Health Care Review. Journal of Prison & Jail Health. 9 (2): 135 - 154, 1990.

Paris, J. E. Ethics Cases Pose Complex Questions. Corrections Today. pp. 12 - 14. December, 1992.

Paris, J. E. Inmate Overutilization of Health Care Services. Is There a Way Out? Journal of Correctional Health Care of the NCCHC Vol. 1. Fall 1994, pp 73 - 90.

Hipkens, James H., LaMarre, M., Paris, J. E., and Shansky, R. How To. a Manual of Essential Elements for a CQI-driven Correctional Health Care Program. Published by the Georgia Department of Corrections in March of 1996.

Paris, J. E. Monitoring Tools Ease Transition to Health Care Vendors. In: The Corrections Professional. LRP Publications, West Palm Beach, Florida, Volume 2, Issue 10, February 7, 1997.

Paris, J. E. Changing Roles for Correctional Physicians: The Era of Managed Care. Desmoteric News of the Society of Correctional Physicians. Volume 2, Issue 1, January 1997, p. 7.

Paris, J. E. A New Wave of Privatization: Turnkey Prison Contracts and Their Implications. Desmoteric News of the Society of Correctional Physicians. Vol. 2, Issue 2, October 1997, p. 1-2.

Paris, J. E. Care of the impaired and disabled. Chapter in the book: Clinical Practice in Correctional Medicine. Edited by Michael Puisis, D. O. Mosby-New Year Book, Inc. St. Louis, Mo 1998.

Paris, J. E. Medical Triage: The value of standardized nursing protocols. Chapter in the book: Clinical Practice in Correctional Medicine. Edited by Michael Puisis, D. O. Mosby-New Year Book, Inc. St. Louis, Mo. 1998.

Paris, J. E. Infirmary care. Chapter in the book: Clinical Practice in Correctional Medicine. Edited by Michael Puisis, D. O. Mosby-New Year Book, Inc. St. Louis, Mo. 1998.

Paris, J. E. The Costs of Inmate HIV Therapy Keep on rising. Is there a way to control them? Desmoteric News of the Society of Correctional Physicians. Vol. 3, Issue 1, February 1998, p. 2-6.

Paris, J. E. Hazards of Mercury Vapor Illumination for Inmate Gyms. Desmoteric News of the Society of Correctional Physicians. Vol. 3, Issue 1, February 1998, p. 7-10.

Nicodemus, Marthall, and Paris, Joseph E. Bridging the Communicable Disease Gap: Identifying, Treating, and Counseling High Risk Inmates. HEPP News ( HIV & Hepatitis Education Prison Project ), Aug./Sep. 2001, Vol. 4, Issues 8 & 9.

Paris, J. E. One of seven distinguished correctional physicians contributing to the first set of official clinical guidelines for health care in corrections adopted by the National Commission on Correctional Health Care. Published in the Journal of the National Commission on Correctional Health Care, Volume 8, Issue 2, Fall, 2001, pp. 97-156.

CORRECTIONAL PUBLICATIONS ( Cont. )

Dr. Paris served as a member of the Expert Panel on Chronic Diseases for The Health Status of Soon-to-be-Released Inmates – A Report to Congress. This national, 3-year-long study was the largest and most comprehensive of its kind ever undertaken. With funding from Congress through the National Institute of Justice, and with substantial support from the Centers for Disease Control and Prevention,

00794

the National Commission on Correctional Health Care convened expert panels that included the nation's most respected researchers, practitioners and scholars in the fields of public and correctional health care. The final report was delivered to Congress by the National Institute of Justice in May 2002.

Tripoli, L. C., Paris, J. E., and Koretz, R. Hepatitis C Virus and its Relevance to Corrections. Chapter 6 in the textbook: Management and Administration of Correctional Health Care, J. Moore, Editor. Civic Research Institute, Kingston, N.J., 2003. pp 6-1 – 6-37.

Paris, J. E., MedicaLogic's Encounter EMR Pulls the Plug. CorrDocs: The Newsletter of the Society of Correctional Physicians. Vol. 6, Issue 4, Fall of 2002, p. 4.

Paris, J. E. A Success Story: Utilization Management in the Corrections Setting. Correctional Health Care Report, volume 3, No. 2, January/February 2002 pp. 21-29

Paris, J. E., Thoughts on the Armond Start Award. CorrDocs: The Newsletter of the Society of Correctional Physicians. Vol. 6, Issue 4, Fall of 2002, p. 7.

Paris, J. E. The Correctional Physician as a Defense Expert Witness. In CorrectCare of the National Commission on Correctional Health Care, page 11, Winter 2003.

Paris, J. E., The Future of Correctional Medicine – Gazing Through the Crystal Ball... Darkly. CorHealth: The Newsletter of the American Correctional Health Services Association, page 8, Winter / Preconference 2003.

Paris, J. E., MRSA – An Ugly Visitor. CorrDocs: The Newsletter of the Society of Correctional Physicians. Vol. 7, Issue 1, Winter of 2003, p. 1.

Paris, J. E. The Correctional Physician as an Expert Witness. Two part article in CorrectCare, the official publications of the National Commission on Correctional Health Care. Appeared in the Winter 2002 and the Spring 2003 issues.

Paris, J. E. Overcoming Barriers to Correctional Physician Productivity. Corrections Today, the Official Organ of the American Correctional Association. Vol. 65, No. 6, pp. 72-83, October, 2003.

Tripoli, L. C., Paris, J. E., and Koretz, R. L.: Hepatitis c Virus and its Relevance to Corrections. Chapter in the book Management and Administration of Correctional Health Care. Jacqueline Moore, Ph. D., RN, Editor. Published by the Civic Research Institute, Kingston, NJ, 2003.

Paris, J. E. Spotlight : Keys to Successful HIV Management in Corrections – Knowing the Patient and the Prison/Jail Environment. HEPP Report on Infectious Diseases in Corrections. April 2004.

Pearlman, B., and Paris, J. E. Hot Topics In Hepatitis C. HEPP Report on Infectious Diseases in Corrections. June 2004.

Paris, J. E., Pradhan, Monica S., Allen, Scott A., and Cassidy, William M., Cost of Hepatitis C Treatment in the Correctional Setting. Journal of Correctional Health Care, 11:2, 2005, pp 199-212.

**CORRECTIONAL PUBLICATIONS ( Cont. )**

Paris, J. E. Georgia DOC Implements Computerized Lab Data Management System. CorrDocs: The Newsletter of the Society of Correctional Physicians. Vol. 8, Issue 1, Winter of 2005, p. 8.

00795

7

Paris, J. E. Lab Data Mining ; A New Tool for Quality Improvement. CorrectCare, the official publications of the National Commission on Correctional Health Care. Appeared in the Spring 2005 issue, No. 19:2.

Paris, J. E. New Thinking on "Appropriate" Approaches to HIV Care. CorrectCare, the official publication of the National Commission on Correctional Health Care. Appeared in the Summer 2005 issue, No. 19:3.

Paris, J. E. New Thinking on "Appropriate" Approaches to HIV Care. CorrDocs: The Newsletter of the Society of Correctional Physicians. Vol. 8, Issue 2, Summer of 2005, p. 5.

Paris, J. E. Correctional Peer Review Loses Privilege. Correctional Health Care Report, Volume 7, No.2, January-February 2006, pp. 17-32.

Paris, J. E. What are the implications of the results of the study conducted in the Georgia Department of Corrections for HIV prevention in prisons? Infectious Diseases in Corrections Report, May 2006 Issue.

Paris, J. E. Impact of Recent Developments in Correctional Peer Review Litigation. Correctional Health Care Report, Volume 7, No.4, May/June 2006, pp. 49-64.

Paris, J. E. What are the implications of the results of the study conducted in the Georgia DOC for HIV prevention in prisons? Editorial in the Infectious Diseases in Corrections Report, Vol. 9, Issue 5, May of 2006, p. 5.


# CORRECTIONAL PRESENTATIONS

Paris, J. E.  A Systematic Approach to Outpatient Care Evaluation at a Large Reception and Medical Center. Role of Physician Daily Self Assessment in Quality Care Improvement. Presented at the 12th Annual Multidisciplinary Conference on Quality Correctional Health Care. April 3rd, 1987. Philadelphia, Penn.

Paris, J. E.  Systematic Approach to Tuberculin Test Evaluation at a Large Reception and Medical Center. Importance of Coordination of County and State Resources in the Improvement in the Management of Tuberculin Skin Reactors. Presented at the 11th National Conference on Correctional Health Care. November 5 - 7, 1987. Chicago, Ill.

Paris, J. E. Quality Management for Outpatient Department Activities in a Correctional Setting. Presented at the 13th A.C.H.S.A. Multidisciplinary Conference. April 14, 1988. St. Louis, Mo.

Paris, J. E.  Quality Management for Outpatient Department Activities in a Correctional Setting. Presented at the 12th National Conference on Correctional Health Care. October 31, 1988. Orlando, Florida.

Paris, J. E. Permits, Passes, and Perks.  Medical Personnel in the Middle at a Large State Correctional Institution. Presented at the 14th A.C.H.S.A. Multidisciplinary Conference in March, 1989 in Charleston, South Carolina.
CORRECTIONAL PRESENTATIONS ( cont. )

Paris, J. E.  Daily Self Declared Emergencies. Endless Sick Call Hours, Massive Charts: New Complexity of Health Care Delivery to Confined Inmates in Florida in the Post-Consent Decree Era. Presented at the 13th National Conference on Correctional Health Care. November 10, 1989. Chicago, Ill.

00796

Paris, J. E. Conducting Medical Intake Screening. Presented at the 15th A.C.H.S.A. Multidisciplinary Conference. March 23, 1990. San Francisco, California.

Paris, J. E. The Makings of a Successful Suicide Prevention Program. Presented at the 5th Annual Gulf Coast Correctional Health Care Conference. Sponsored by the University of Texas Medical Branch and the Texas Department of Criminal Justice. June 14, 1990. Galveston, Texas.

Paris, J. E. Inmate Gripes and the Medical Profession: The Complexities of Health Care Delivery to Florida Inmates in the 90's. Presented at the 14th National Conference on Correctional Health Care. September 17, 1990. New Orleans, Louisiana.

Paris, J. E. Why and AIDS Unit? Presented at the 1990 Winter Conference of the American Correctional Association. Louisville, Kentucky. January 14, 1991.

Paris, J. E. Chronic Illness Clinics. Managing Large Chronically Ill Populations. Presented at the 15th National Conference on Correctional Health Care. September 23, 1991. San Antonio, Texas.

Paris, J. E. Prison Health Care System. An Outline of the Florida's Department of Corrections. Presented at the 19th Annual Medical Examiners Educational Conference. November 22, 1991. Gainesville, Florida.

Paris, J. E. To Hold or not to Hold: Managing Intake Processing of Inmates at a Large Reception Center. Presented at the 16th National Conference on Correctional Health Care. September 24-26, 1992. Chicago, Ill.

Paris, J. E. The Reception Process: Medical Implications. Presented at the 1992 Health Services Workshop of the Florida Department of Corrections. November 16 - 18, 1992. St. Petersburg, Florida.

Paris, J. E. To Hold or not to Hold: Dealing with Sexually Transmitted Diseases During New Arrival Processing. Presented at the 1993 Multidisciplinary Training Conference of the A.C.H.S.A. March 11 - 14, 1993. Atlanta, Georgia.

Paris, J. E. Institutional Strategies for TB Elimination. Presented at the Correctional, State, University, Nursing Home and Hospital Panel of the 1993 Meeting of the American Lung Association "Tuberculosis in the 90's". June 3 - 4, 1993. Orlando, Florida.

Paris, J. E. Inmate Overutilization of Health Care Services. Is There a Way Out? Presented at the 17th National Conference on Correctional Health Care. September 20 - 22, 1993. Orlando, Florida.

Paris, J. E. Inpatients Behind Bars: The Unique Complexities of Operating a Prison Hospital. Presented at the 18th National Conference on Correctional Health Care in San Diego, California, September 26 - 28, 1994.

Paris, J. E., Davis, D. E., and Ellsworth, G. P. Medical Classification of Inmates: The Key for Successful Managed Health Care in Corrections. Presented at the 18th National Conference on Correctional Health Care in San Diego, California, September 26 - 28, 1994.


**CORRECTIONAL PRESENTATIONS** ( cont. )

Paris, J. E. From disorientation to orientation: training new physicians in the correctional medical environment. Presented at the 1995 multidisciplinary training conference of the A.C.H.S.A. held in Portland, Oregon, February 23 - 26, 1995.

00797

Paris, J. E. Mortality Review: Learning from inmate death to improve health care in corrections. Presented at the 19th National Conference on Correctional Health Care in Washington, DC, November 13-15, 1995. Presented also at the Correctional Health Care Conference of the Ohio Department of rehabilitation and Correction in Columbus, Ohio, May 15, 1996.

Paris, J. E. Managed Care at the GDC: Utilization Management of Consultation Requests. Clinical and Procedural Considerations. Presented at the Correctional Health Care Symposium of the Medical Association of Georgia and the Georgia Department of Corrections at St. Simons Island, Georgia, March 28 - 29, 1996.

Paris, J. E. Changes in the Medical Classification of Offenders: Health Profiling. Presented at the Correctional Health Care Symposium of the Medical Association of Georgia and the Georgia Department of Corrections at St. Simons Island, Georgia, March 28 - 29, 1996. Presented also at the Correctional Health Care Conference of the Ohio Department of Rehabilitation and Correction in Columbus, Ohio, May 15, 1996.

Paris, J. E. Procedure, Interpretation, and Recent Experiences with the Clinical Audit Tool at Various Facilities of the GDC. Presented at the Correctional Health Care Symposium of the Medical Association of Georgia and Georgia Department of Corrections at St. Simons Island, Georgia, March 28 - 29, 1996.

Paris, J. E. Maalox, Motrin, or Myocardium: The Dilemmas of Triaging Chest Pain Complaints in Correctional Health Care. Presented at the Correctional Health Care Symposium of the Medical Association of Georgia and the Georgia Department of Corrections at St. Simons Island, Georgia, March 28 - 29, 1996.

Paris, J. E. The Makings of a Successful Suicide Prevention Program. Presented at the 1966 Los Angeles County Sheriff's Department Annual Correctional Health Care Conference in Los Angeles, California, May 4-5, 1996.

Paris, J. E. Managed Care: Creating a Correctional Utilization Management System: the Georgia Department of Corrections Experience. Presented at the 1996 Los Angeles County Sheriff's Department Annual Correctional Health Care Conference. Los Angeles, California, May 4-5, 1996.

Paris, J. E. Permits, Profiles, Passes, and Perks: Complex Medicolegal Issues Affecting Medical and Correctional Personnel. Presented at the 1996 Los Angeles County Sheriff's Department Annual Correctional Health Care Conference in Los Angeles, California, May 4-5, 1996.

Paris, J. E. Medical Information Transfer from Jail to State prison: State of the Art. Presented at the Georgia Jail Training Conference, Columbus, GA, September 12, 1996.

Paris, J. E. Clinical Contract Monitoring for Correctional Managed Care. Presented at the 20th National Conference on Correctional Health Care in Nashville, Tennessee, October 30, 1996.

Elisworth, G.P., and Paris, J. E. An Examination of Male and Female Health Utilization Rates. Presented at the 20th National Conference on Correctional Health Care in Nashville, Tennessee, October 30, 1996.

## CORRECTIONAL PRESENTATIONS ( cont. )

Paris, J. E. Creating a Statewide Program of Monitoring Compliance to Clinical Practices in Corrections. Presented at the L. A. County Sheriff's Department Annual Correctional Health Care Conference IV. November 8, 1997.

00798

Paris, J. E. Implementing a Statewide Program of Protease Inhibitors Therapy and Viral Load Testing. Presented at the L. A. County Sheriff's Department Annual Correctional Health Care Conference IV. November 8, 1997.

Paris, J.E. Establishing a Medical Copay System for Accessing Health Care in Correctional Settings. Presented at the Ohio Department of Rehabilitation and Correction Correctional Health Care Conference, October 14-16, 1997.

Paris, J. E. Establishing Triaging Systems to Effectively Manage Sick Call: The Georgia Experience with Nursing Sick Call Protocols. Presented at the 21st National Conference on Correctional Health Care in San Antonio, Texas, November 9 - 12, 1997.

Ellsworth, G. P., and Paris, J.E. Vive la difference: Comparison of Male and Female Inmate Medical Care in two State Correctional Delivery Systems. Presented at the 21st National Conference on Correctional Health Care in San Antonio, Texas, November 9 - 12, 1997.

Paris, J. E. Doing More with Less: Implementing Protease Inhibitor Therapy for HIV Patients in a Correctional Health Care System. Presented at the 21st National Conference on Correctional Health Care in San Antonio, Texas, November 9 - 12, 1997.

Paris, J. E. The Changing Face of HIV in Corrections: The Georgia Department of Corrections Model. Presented at the Conference: The Changing Face of HIV in Corrections. Presented at the Correctional HIV Consortium Summer '98 Educational Update. Emory University, Atlanta, GA, June 11, 1998.

Paris, J. E. HIV Treatment Update for Clinicians: Workshop. Presented at the Conference: HIV & Corrections: 1998 Symposium for Medical and Social Service Providers. Allenton, PA. June 24, 1998.

Paris, J. E. HIV Diagnosis and Therapy in Correctional Settings: Adherence and Care Upon Discharge. Presented at the Conference: HIV & Corrections: 1998 Symposium for Medical and Social Service Providers. Allenton, PA. June 24, 1998.

Paris, J. E. Evaluating Provider Productivity: Are they Really Working that Hard? Presented at the 22nd National Conference on Correctional Health Care in Long Beach, California, November 2 - 4, 1998.

LaMarre, M., Kissel, B, Paris, J. E., and Barrell, C. T. Profiling Special Needs Patients in the Correctional Setting: A Case Study of Process. Presented at the 22nd National Conference on Correctional Health Care in Long Beach, California, November 2 - 4, 1998.

Paris, J. E. The Efficacy of Protease Inhibitor Therapy in a Correctional Population. Presented at the 22nd National Conference on Correctional Health Care in Long Beach, California, November 2 - 4, 1998.

Ellsworth, J., and Paris, J. E. Viva la Difference: A Comparison of Male and Female Demographics, Health Care Needs, and Costs in Four Correctional Systems. Presented at the 22nd National Conference on Correctional Health Care in Long Beach, California, November 2 - 4, 1998.

Paris, J. E. Morbidity and Mortality Reduction of Georgia DOC Inmates Achieved with HIV Triple Therapy. Presented at the American Correctional Health Services Conference, March 11-14 1999, Atlanta, GA.

**CORRECTIONAL PRESENTATIONS** ( cont. )

Paris, J. E. Care of the Special Needs and Disabled Inmate. Presented at the 7th Annual Correctional Health Care Conference of the Los Angeles County Sheriff's Department. May 1-2, 1999 in LA, Calif.

Paris, J. E. The making of a rational Correctional Utilization Management System. Presented at the 23rd National Conference on Correctional Health Care in Fort Lauderdale, Florida, November 8-10, 1999.

00799

Paris, J. E. Managed Correctional Healthcare - What it Really Means. Presented at the combined American Correctional Health Services Association and American Correctional Association Conference in Phoenix, Arizona, January 10-12, 2000.

Paris, J. E. Is There Life after Protease Inhibitors? Presented at the combined American Correctional Health Services Association and American Correctional Association Conference in Phoenix, Arizona, January 10-12, 2000.

Paris, J. E. Out of Prison, Out of Pills. Ensuring Continuity of HIV Therapy After Release for a Correctional Population. Presented at the 24th National Conference on Correctional Health Care, September 12, 2000, in St. Louis, Missouri.

Paris, J. E. Served as Moderator for the Colloquium: HIV / AIDS Behind Bars 2000, sponsored by the HIV Education Prison Project as part of Pre Conference activities of the 24th National Conference on Correctional Health Care, September 12, 2000, in St. Louis, Missouri, and presented the paper: Monitoring HIV from the Distance in a Large Correctional System.

Paris, J. E. Served as Panelist for various lectures of the Research Track: Emerging Research Topics and Issues in Correctional Health Care during the 24th National Conference on Correctional Health Care, September 12, 2000, in St. Louis, Missouri. Copanelists: Jay Anno, Ph D., and Steve Spencer.

Paris, J. E. An Introduction to the Techniques for HIV Evaluation and Care of the Georgia Department of Corrections. Presented at the Laureate Forum of the Puerto Rico Department of Corrections in San Juan, Puerto Rico, October 19, 2000.

Paris, Joseph E. Overcoming Barriers to Correctional Physician Productivity ( Are They Really Working That Hard? ) - Developing tools to fine tune MD, PA, and NP staffing ratios. Presented at a Workshop of the American Correctional Association Winter Conference in Nashville, Tennessee, January 20, 2001, and at the Spring Meeting of the Society of Correctional Physicians, March 18, 2001, Atlanta, GA.

Paris, Joseph E., Lau, Daryl, and Spaulding, Ann. The Cost of Hepatitis Treatment. Is HCV Care going to Break the Bank? Presented at the American Correctional Health Services Conference, March 15-18 2001, Atlanta, GA.

Paris, Joseph E. Correctional Clinical Guidelines of the NCCHC on High Blood Cholesterol. Presented at the Clinical updates in Correctional Health Care of the NCCHC, May 5-8, 2001, in Las Vegas, Nevada.

Paris, J. E. Hepatitis B in the Georgia Department of Corrections. Presented at the Pre-NCCHC Colloquium sponsored by the HIV and Hepatitis Education Prison Project ( HEPP ) in Albuquerque, New Mexico, November 10, 2001.

Paris, J. E., and Arrow, Berel. Impact of Hepatitis C on Health Care and Budgets: A Multistate Perspective. Presented at the 25th National Conference on Correctional Health Care, November 13, 2001, in Albuquerque, New Mexico.

**CORRECTIONAL PRESENTATIONS** ( cont. )

Paris, J. E. Is the Prison Doctor Working Hard? Presented at the 25th National Conference on Correctional Health Care, November 14, 2001, in Albuquerque, New Mexico.

Paris, J.E. Managing Hepatitis B and C in Corrections. Presented at the 2002 American Correctional Association Winter Conference in San Antonio, Texas, January 12, 2002.

Paris, J. E. A Success Story: Utilization Management in the Corrections Setting. Correctional Health Care Report. Volume 3, No. 2, January-February 2002, pp 21-29.

00800

Paris, J. E. Anatomy of the Correctional Health Care Encounter. Presented at the 2002 Clinical Updates in Correctional Health Care, April 13-16, 2002, in Fort Lauderdale, Florida.

Paris, J.E. It is not Just The Pills. Ensuring Access, Uniformity, and Quality of HIV Therapy for a Correctional Population. Presented at the Annual Meeting of the North Carolina Chapter of the American Correctional Health Services Association in Salemburg, North Carolina, May 22, 2002.

Paris, J. E.: Emerging Issues in Correctional Health Care. Presented at the 26th National Conference on Correctional Health Care, October 21, 2002, in Nashville, Tennessee.

Paris, J. E. Centers of Excellence: An Efficient Approach Towards Comprehensive Inmate Hepatitis C Treatment. Presented at the 26th National Conference on Correctional Health Care, October 22, 2002, in Nashville, Tennessee.

Paris, J. E., and Thomas, D.: Therapy of HCV in Southeastern Prisons. Presented at the Meeting: Management of Hepatitis C in Prisons, sponsored by the CDC, DHSS, NIH, SCP, and UTMB in San Antonio, Texas, January 26, 2003.

Paris, J. E.: Moderated the Administrative Track and gave the plenary summary for Program Implementation: Identifying Resources for Hepatitis C Management. Presented at the Meeting:

Management of Hepatitis C in Prisons, sponsored by the CDC, DHSS, NIH, SCP, and UTMB in San Antonio, Texas, January 26, 2003.

Paris, J. E. Anatomy of the Correctional Health Care Encounter. Presented at the 2003 Clinical Updates in Correctional Health Care, April 12-15, 2003, in Anaheim, California.

Paris, J. E. The Economic Impact of Case Finding, Treatment, Liver Biopsy, and Other Strategies ( in Hepatitis C ). Presented at the Correctional Medical Institute Spring Scientific Meeting of the NCCHC. April 13, 2003, in Anaheim, California.

Koretz, R., and Paris, J. E. The Ethics of Treating or Not Treating Hepatitis C in Corrections… Why Now, Why Us – A Point-Counterpoint Discussion. Presented at the Correctional Medical Institute Spring Scientific Meeting of the NCCHC. April 13, 2003, in Anaheim, California.

Paris, J. E. Discharge Planning – When do my Obligations End? Presented at the NCCHC Meeting: legal Issues in Correctional Health Care. June 27-28, 2003, in Chicago, Illinois.

Paris, J.E. Spaulding, A. W., Cassidy, W., and Kendig, N. E. – HCV Diagnosis and Treatment in Corrections. Presented at the 3rd Intensive Review in Correctional Medicine, September 5, 2003, in Baltimore, Maryland.

## CORRECTIONAL PRESENTATIONS ( cont. )

Paris, J. E. Doing More with Less: A Cost effective Approach to Hepatitis C Therapy in the Georgia Department of Corrections. Two part presentation at the 27th National Conference on Correctional Health Care, October 7, 2003, in Austin, Texas.

Paris, J. E., Allen, S. A., and Tripoli, L. C. Hepatitis C in Corrections. Presented at the 2004 American Correctional Health Services Association Multidisciplinary Training Conference, March 27, 2004, in Houston, Texas.

00801

Paris, J.E. Anatomia del Encuentro Medico Correccional. Presented at the 2004 Annual Meeting of the Sociedad Profesionales de Salud Correccional de Puerto Rico, May 22, 2004, in San Juan Puerto Rico.

Paris, J.E. Coinfeccion de Hepatitis C y VIH en el Ambito Correccional. Presented at the 2004 Annual Meeting of the Sociedad Profesionales de Salud Correccional de Puerto Rico, May 22, 2004, in San Juan Puerto Rico.

Paris, J. E., and Shelton, Steven. Risk Management in the Correctional Environment. Presented at the 2004 Clinical Updates in Correctional Health Care, May 22-25, 2004, in Chicago, Illinois.

Paris, J. E. Anatomy of the Correctional Health Care Encounter. Presented at the 2004 Clinical Updates in Correctional Health Care, May 22-25, 2004, in Chicago, Illinois.

Paris, J. E. The challenge of Hepatitis C in Corrections: Treating the Most without Breaking the Bank. Presentation at the 28th National Conference on Correctional Health Care, November 16, 2004, in New Orleans, Louisiana.

Paris, J. E. Anatomy of the Correctional Health Care Encounter. Presented at the 28th National Conference on Correctional Health Care, November 16, 2004, in New Orleans, Louisiana.

Paris, J. E., and Shelton, Steven. Risk Management in the Correctional Environment. Presented at the 2005 Clinical Updates in Correctional Health Care, April 9-12, 2005, in Las Vegas, Nevada.

Paris, J. E. Laboratory Data Mining: A New Tool to Continuous Improvement in Clinical Care Quality in Corrections. Presented at the 2005 Clinical Updates in Correctional Health Care, April 9-12, 2005, in Las Vegas, Nevada.

Paris, J. E. Coinfeccion VIH-VHC: Diagnosis y Tratamiento en el Ambiente Correccional. Presented in Spanish at the Meeting of the Puerto Rican Society of Corrctional Services, 4-23-2005 in Ponce, Puerto Rico.

Paris, J. E. Mortality Reviews: The Ultimate Risk Management Tool. Presented at the 2005 Annual Meeting of the Society of Correctional Physicians, October 9, 2005 in Denver, Colorado.

Paris, J. E. Risk Management in the Correctional Environment. Presented at the 2005 National Conference on Correctional Health Care, October 9, 2005, in Denver, Colorado.

Paris, J. E. A Correctional Physician's Dilemma: Using ALT to Determine HCV Treatment Eligibility. Presented at the 2005 National Conference on Correctional Health Care, October 10, 2005, in Denver, Colorado.

Paris, J. E. The Correctional Physician in the Witness Stand. Presented at the 2005 National Conference on Correctional Health Care, October 11, 2005, in Denver, Colorado.

**CORRECTIONAL PRESENTATIONS** ( cont. )

Gottula, R., and Paris, J. E. Medical Malpractice in the Correctional Setting. Presented at the 2006 National Conference of the American Association of Legal Nurse Consultants, March 22, 2006 in Atlanta, Georgia.

Paris, J. E., and Rold, W. Risk Management in the Correctional Environment. Presented at the 2006 Clinical Updates in Correctional Health Care, April 8-11, 2006, in Las Vegas, Nevada.

00802

Paris, J. E. Measuring Physician Performance, Putting the Results to Work. Presented at the 2006 Clinical Updates in Correctional Health Care, April 8-11, 2006, in Las Vegas, Nevada.

Paris, J. E. Leadership in Correctional Health Care. Opening address to the 2006 Annual Meeting of the Correctional Medical Institute, September 15, 2006, in Baltimore, Maryland.

Paris, J. E. Documentation, Guidelines, and Other Tricks of the Trade. Presentated during the Risk Management in Correctional Health Care at the 2006 Annual Meeting of the Correctional Medical Institute, September 15, 2006, in Baltimore, Maryland.

Paris, J. E., and Rold, W. Risk Management in the Correctional Environment. Presented at the 2006 National Conference on Correctional Health Care, October 28-November 1, 2006, in Atlanta, Georgia.

Paris, J. E. Correctional Peer Review. Where do we stand? Presented at the 2006 National Conference on Correctional Health Care, October 28-November 1, 2006, in Atlanta, Georgia.

Paris, J. E., and Rold, W. Risk Management in the Correctional Environment. Presented at the 2007 Clinical Updates in Correctional Health Care, May 5-8, 2007, in Orlando, Florida

Paris, J. E. Why did the Inmate Sue Us? Two hour session. Presented at the 2007 Clinical Updates in Correctional Health Care, May 5-8, 2007, in Orlando, Florida

Paris, J. E. The Challenge of Hepatitis C in Corrections: Treating the Most Without Breaking the Bank... or Getting Sued. Presented at the 2007 Clinical Updates in Correctional Health Care, May 5-8, 2007, in Orlando, Florida

# LEGAL WORK

## CASES WHERE DR. PARIS WAS DEPOSED

2002 Advised Defendant CMS on Federal Litigation regarding prison health care in the East Jersey Prison in New Jersey. Docket #Cv. 98-2890 (WGB) Jackson, et als vs. Fauver, et als  Federal Case with multiple complainants alleging deliberate indifference to serious medical needs. Deposed 5-21-03.

2004 Advised Defendant Coweta County Jail in the State of Georgia on the litigation Tommy Dukes v. Coweta County and Dr. Miriam J. Burnett, et al., in the United States District Court for the Northern

00803

District of Georgia Civil Action File No. 1 03-CV 0406. Federal case alleging delayed treatment for cavitary lung and brain Cryptococcal infection. **Deposed 12-17-04.** Dismissed.

2006 Advised Defendant PHS in the litigation: Kimbrough v. City of Cocoa, Fl, Et al In the USDC Middle District of Florida, Orlando Division, Case No.: 6:05-CV-471-Orl-31KRS Federal Court case alleging inmate death due to rhabdomyolysis when inmate died at hospital due to IVC perforation during dialysis attempt. **Deposed 6-22-06.** Settled.

2006 Advised Defendants Z. Tewelde, MD, T. H. Sober, MD and Prison Health Services on the litigation: Calvin Washington v. Tewelde, Sober, and PHS, in the U S District Court for the District of Maryland, Civil Action File No.: 4-cv-1970 AW Federal Court case alleging improper referral for eye complaints resulting in delay in diagnosis and treatment of glaucoma and partial loss of vision in left eye. **Deposed 3-6-07.** Pending.

2006 Advised Plaintiff Lister/Grey on the litigation: Lister/Grey V. Prison Health Services, Inc., et al. In the United States District Court Middle District of Florida, Tampa Division, Case No. 8:04-CV-2663-T-26TGW, also filed in the Circuit Court of the Thirteenth Judicial Circuit of the State of Florida, in and for Hillsborough County, Civil Division, Case No. 98-6042 Federal and State Courts case alleging failure to monitor pregnant female inmate medically with resulting death of 24-week/newborn infant. **Deposed 12-5-06.** Pending.

2006 Advised Plaintiff Raymond Otis Taylor on the litigation: Raymond Taylor V. Prison Health Services, Inc., et al. In the Circuit Court of the Thirteenth Judicial Circuit of the State of Florida, in and for Hillsborough County, Civil Division, Case No. 05-010975 State Court case alleging failure to monitor and treat respiratory illness resulting death of prisoner. **Deposed 10-24-06.** Settled.

2006 Advised Plaintiff Martin Cahill on the litigation: Martin Cahill v. Billiston Clarke and Correctional Corporation of America, in the Circuit Court for the Fifth Judicial Circuit of the State of Florida, in and for Citrus County Civil Division, case No. 2004-CA-3919 Malpractice case alleging failure to promptly diagnose pneumonia, respiratory failure and sepsis, resulting in the need to perform mitral and aortica valve replacements plus aortic root and coronary artery reimplantation. **Deposed 9-21-06.** Settled.

2006 Advised Plaintiff Raymond Silva Lopez on the litigation: Raymond Silva Lopez v. Joe McGrath at Pelican Bay State Prison, in the USDC Northern District of California, San Francisco Division, case No. C 04 4782 MHP. Federal Court case alleging lack of isolation of MRSA infected prisoners thus allowing repeated MRSA dissemination to the prisoner. **Deposed 1-19-06** - Pending.

2006 Advised Plaintiff Derrill Wilkes on the litigation: Derrill Wilkes v. Clayton County, et al – Case No. 1:05-CV-3074 in the United States District Court for the Northern District of Georgia, Atlanta Division. Federal Court case alleging poor treatment of elbow fracture resulting in pain and suffering. **Deposed 3-30-07.** Pending

2006 Advised Plaintiff Aretha Jackson on the litigation: Aretha Jackson v. Prison Health Services, Inc., David Gee, Hillsborough County Sheriff, and John Mubang, MD, Medical Director of the Hillsborough County Jail, et al., in the Circuit Court of the Thirteenth Judicial Circuit of the State of Florida, in and for Hillsborough County, Case No. 8:05-CV-2157-SDM-TBM State Court case alleging negligence in the medical care of eye condition in HIV patient resulting in blindness. **Deposed 4-13-07.** Settled.

2007 Advised Plaintiff John G. Laughon in the litigation: John G. Laughon v. Jacksonville Sheriff's Office, CMS, et al, in the USDC Middle District of Florida, Jacksonville Division, Case No. 3:06-CV-692-J-25HTS Federal Court case alleging improper medical care after use of force, resulting in hypoxia and the development of dementia. **Deposed 7-11-07.** Pending.

00804

## CASES WHERE DR. PARIS GAVE TESTIMONY IN COURT

2006 Advised Defendant CMS in the litigation: <u>Estate of Phillip Hurst v. CMS, Inc. et al. In the USDC Eastern District of Kentucky, Lexington Division, Case No. 05-214-JBC.</u> Federal Court case alleging deficient health services provision resulting in death from methadone ingestion. **Court Testimony given 3-7-07.** In Court, the Jury granted a verdict for the Defense on 3-8-07.

2006 Advised Plaintiff Lister/Grey on the litigation: <u>Lister/Grey V. Prison Health Services, Inc., et al. In the United States District Court Middle District of Florida, Tampa Division, Case No. 8:04-CV-2663-T-26TGW, also filed in the Circuit Court of the Thirteenth Judicial Circuit of the State of Florida, in and for Hillsborough County, Civil Division, Case No. 98-6042</u> Federal and State Courts case alleging failure to monitor pregnant female inmate medically with resulting death of 24-week/newborn infant. **Deposed 12-5-06. Court Testimony given 4-11-07.** Pending.

00805