# DEFENDANT'S EXHIBIT 7

**Original Transcript**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHN COGGIN,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

Civil Action
No.: 2:05-CV-1214-F

~~~~~~~~~~~~~~~~~~~~~~~~~~~

**DEPOSITION OF**

**JOSEPH EDWARD PARIS, M.D.**

October 29, 2007
11:00 a.m.

United States Attorney's Office
75 Spring Street
Fifth Floor Conference Room
Atlanta, Georgia

Susan H. Horner, RPR, CCR-B-808



BROWN & GALLO, LLC

Telephone (404) 495-0777  (404) 876-8979
Toll Free  (877) 495-0777  (800) 637-0293
Fax (404) 495-0766

101 Marietta Street, Suite 2700
Atlanta, GA 30303

1740 Peachtree Street, NW
Atlanta, GA 30309

www.galloreporting.com

10

1  Q.  Can you list those for fee?
2  A.  They are listed in my CV one by one.
3  Q.  Is your CV comprehensive in that
4  area?
5  A.  I believe it lists all my
6  publications.
7  Q.  There's no need to go back through
8  them, we'll look at that.
9  A.  It's a long list, counselor.
10 Q.  Okay.  Am I correct in saying that
11 you're retired from the Georgia Department of
12 Corrections?
13 A.  Yes.
14 Q.  And when did you retire from the
15 Georgia Department of Corrections?
16 A.  My last day of actual work was
17 December 31st, 2005.
18 Q.  And what position did you hold when
19 you retired?
20 A.  I was medical director statewide for
21 the Georgia DOC.
22 Q.  And what were your duties and
23 responsibilities as the Georgia DOC medical
24 director?
25 A.  They were multiple.  Ultimately it


BROWN & GALLO LLC

101 Marietta Street, Suite 2700
Atlanta, GA 30303

1740 Peachtree Street, NW
Atlanta, GA 30309

110 East Broward Boulevard
Suite 1700
Fort Lauderdale, FL 33301

Telephone GA - (404) 495-0777   FL - (954) 987-7779
Fax GA - (404) 495-0766   FL - (954) 987-7780
Toll Free   (877) 495-0777

11

1   was insuring that all Georgia state inmates
2   receive comprehensive constitutional
3   healthcare which meant personally seeing
4   the most difficult cases, hiring and firing,
5   quality, managing all the physicians,
6   physician assistants and nurse practitioners,
7   producing all the state policy for what
8   medical care will entail, personally
9   conducting the visits to institutions,
10  performing audits to insure that the
11  healthcare was meeting standards at all
12  points and a number of one or more visits
13  per institution per year for over 100 total
14  institutions.  The performance of peer review
15  on mortality reviews, the writing all the
16  policies, the teaching of education sessions
17  for the physicians and other practitioners
18  three or four times a year and ultimately the
19  advising of a commissioner for corrections on
20  matters of medical policy, budgets,
21  projections on future expenses and needs.
22       Q.   When you were a medical director
23  for the Georgia Department of Corrections
24  approximately how many inmate patients was
25  the Department of Corrections responsible


BROWN & GALLO LLC

Telephone GA - (404) 495-0777   FL - (954) 987-7779
Fax GA - (404) 495-0766   FL - (954) 987-7780
Toll Free   (877) 495-0777

101 Marietta Street, Suite 2700
Atlanta, GA 30303

1740 Peachtree Street, NW
Atlanta, GA 30309

110 East Broward Boulevard
Suite 1700
Fort Lauderdale, FL 33301

                                  12

1  for?
2       A.   When I retired there were about
3  45,000 statewide.
4       Q.   And approximately how many doctors
5  were in the healthcare system for the Georgia
6  Department of Corrections?
7       A.   Full-time, approximately 46.  There
8  were a number of part-timers and certainly
9  many consultants.
10      Q.   And how many other care providers,
11 say how many physician assistants?
12      A.   The total number of mid-levels was
13 a little under 46, that's adding NP and PA.
14      Q.   As medical director was that
15 primarily an administrative position?
16      A.   I would not call it that because we
17 had a rate of administrators including the
18 health services director who administratively
19 will supervise me so they concern themselves
20 with matters of budgeting, payroll, procuring
21 supplies, what I will consider straight
22 administration.
23           I was a physician who had mostly a
24 clinical mission which is to show the way of
25 where the resources should be applied to.



BROWN & GALLO LLC

Telephone GA - (404) 495-0777   FL - (954) 987-7779
Fax GA - (404) 495-0766   FL - (954) 987-7780
Toll Free   (877) 495-0777

101 Marietta Street, Suite 2700
Atlanta, GA 30303

1740 Peachtree Street, NW
Atlanta, GA 30309

110 East Broward Boulevard
Suite 1700
Fort Lauderdale, FL 33301