IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN COGGIN, | ) |
| PLAINTIFF, | ) ) ) |
| V. | ) 2:05-CV-1214-MEF |
| UNITED STATES OF AMERICA, | ) ) ) |
| DEFENDANT. | ) ) |

**PLAINTIFFS' EVIDENTIARY SUBMISSION IN RESPONSE TO DEFENDANT'S FIRST MOTION IN LIMINE TO EXCLUDE TRIAL TESTIMONY BY PLAINTIFF'S THREE RETAINED MEDICAL EXPERTS**

A.   Plaintiff's Exhibit A - Deposition Excerpts of Dr. Orenicio Garcia-Brenes;

B.   Plaintiff's Exhibit B - Deposition of Phillip D. Smith, MD;

C.   Plaintiff's Exhibit C - Deposition of Dr. Joseph Paris;

D.   Plaintiff's Exhibit D - Affidavit of Phillip D. Smith, MD;