# PLAINTIFF'S EXHIBIT A

Case 2:05-cv-01214-MEF-SRW   Document 50-3   Filed 01/04/2008   Page 1 of 4

ASSOCIATED COURT REPORTERS, LLC
(205) 251-4227 / FAX (205) 251-4224

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ORIGINAL

JOHN COGGIN,                )
                            )
        PLAINTIFF,           )
                            )
VS.                         )   CIVIL ACTION NO.:
                            )   2:05-cv-1214-MEF
                            )
UNITED STATES OF AMERICA,   )
                            )
        DEFENDANT.           )

DEPOSITION OF O. GARCIA-BRENES, M.D.

The Deposition of O. GARCIA-BRENES, M.D., was taken before Kathy Colburn, CSR., on Friday, February 23, 2007, at the Office of U.S. Attorney, One Court Square, Suite 201, Montgomery, Alabama, commencing at 9:15 a.m., pursuant to the stipulations set forth herein:

301 Title Building/300 21st Street North
Birmingham, Alabama 35203

ASSOCIATED COURT REPORTERS, LLC
(205) 251-4227 / FAX (205) 251-4224

Page 9

1  A       It's four years medical school, one
2  year internship, one year social service.
3  That's how come it's six years.
4  Q       All right.  And did you do your
5  internship there in Guadalajara?
6  A       No.  I did not.
7  Q       Where did you do your internship?
8  A       I did -- for Mexico it's considered
9  an internship; for here it's considered an
10 externship.
11 Q       All right.
12 A       So I did an externship in Internal
13 Medicine Department at the VA Hospital in
14 Miami, Florida and South Miami Hospital I did
15 some of it.  And what used to be called
16 Children's Hospital which is now Miami
17 Children's Hospital, I did the other
18 rotation.
19 Q       So you did a year of kind of
20 rotating internship through those facilities?
21 A       Yes, ma'am.
22 Q       And did you in coming back to this
23 country to begin that externship/internship,
24 did you have to undergo any kind of licensure
25 or test in order to come back to the United

ASSOCIATED COURT REPORTERS, LLC
(205) 251-4227 / FAX (205) 251-4224

Page 11

```
1    Q         Oh, a job.  Okay.  Now, when you
2    finished the first four years in Guadalajara,
3    are you considered graduated from medical
4    school there?
5    A         Yes, ma'am.
6    Q         Okay.  So you were considered a
7    medical doctor at that point?
8    A         In Mexico I was considered a medical
9    doctor at that time, yes.
10   Q         Okay.  However, to come to this
11   country, are there other requirements above
12   and beyond what you accomplished in Mexico in
13   order to become a medical doctor?
14   A         Yes, there are.
15   Q         Tell me what all -- well, let's just
16   try to do chronological, that will be easier.
17   A         Sure.
18   Q         So you came back and worked as an SA
19   for one year rotating through?
20   A         No.  I worked as a surgical
21   assistant from 1979, the latter part of 1979
22   until approximately 1988.
23   Q         All right.  Then I guess I need to
24   back up.
25             The one year that you did -- I
```