PLAINTIFF'S EXHIBIT B