# PLAINTIFF'S EXHIBIT C