# PLAINTIFF'S EXHIBIT D

Case 2:05-cv-01214-MEF-SRW    Document 50-9    Filed 01/04/2008    Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN COGGIN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | CIVIL ACTION NO: |
| VS. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | 2:05-cv-1214-F |
| | ) | |
| Defendant | ) | |

AFFIDAVIT OF PHILLIP D. SMITH, MD

STATE OF ALABAMA)

JEFFERSON COUNTY)

Before me, the undersigned authority, a notary public in and for said State and County, personally appeared Phillip D. Smith, MD, who being by me first duly sworn, says on oath as follows:

My name is Phillip D. Smith, MD and I am over the age of majority. I am licensed to practice medicine in the State of Alabama.

In the year preceding July 25, 2001 to September 2, 2001, I was seeing patients as a primary care physician at the University of Alabama Hospitals and Kirklin Clinic until my departure to France for my sabbatical on September 20, 2000. I was providing evaluation, diagnosis and treatment to both general medicine and gastroenterology patients at the University of Alabama Hospitals and Kirklin Clinic on a regular basis. My sabbatical did

not begin until September 20th of 2000 and I returned to my clinical patient care practice in late September of 2001 and have continued thereafter in that capacity.

    Further affiant saith not.

                                                  PHILLIP D. SMITH, MD

Sworn to and subscribed before me this ___ day of _____, 2008.

                                                  NOTARY PUBLIC

                                                  MY COMMISSION EXPIRES: _____