IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN COGGIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: **2:05-CV-1214-MEF** |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

Comes now the undersigned attorney, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and enters his appearance as an attorney of record for defendant in the above-styled case.

Respectfully submitted this 4th day of January, 2008.

        LEURA G. CANARY
        United States Attorney

        By: s/James J. DuBois
        JAMES J. DUBOIS
        Assistant United States Attorney
        GA Bar Number: 231445
        Attorney for Defendant
        Post Office Box 197
        Montgomery, AL  36101-0197
        Telephone No.: (334) 223-7280
        Facsimile No.: (334) 223-7418
        E-mail:  **James.DuBois2@usdoj.gov**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiff's attorney, Julia T. Cochrun, Esquire.

                                                          s/James J. DuBois
                                            Assistant United States Attorney