IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN COGGIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-1214-MEF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

It is hereby ORDERED that a revised proposed pretrial order, including any changes to contentions or stipulations, shall be submitted to the Court by no later than 5:00 p.m. on January 8, 2008. It is further ORDERED that counsel for Plaintiff shall submit the revised proposed pretrial order by e:mail sent to *propord_fuller@almd.uscourts.gov* in Word or WordPerfect format**.**

DONE this 7th day of January, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE