PLAINTIFF'S EXHIBIT 1

ASSOCIATED COURT REPORTERS, LLC
(205) 251-4227 / FAX (205) 251-4224

Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT
 2          FOR THE MIDDLE DISTRICT OF ALABAMA
 3                    NORTHERN DIVISION
 4
 5
 6
    JOHN COGGIN,                )
 7                              )
            PLAINTIFF,          )
 8                              )
    VS.                         )   CIVIL ACTION NO.:
 9                              )   2:05-cv-1214-MEF
                                )
10  UNITED STATES OF AMERICA,   )
                                )
11          DEFENDANT.          )
12
13       DEPOSITION OF O. GARCIA-BRENES, M.D.
14
15          The Deposition of O. GARCIA-BRENES,
16  M.D., was taken before Kathy Colburn, CSR.,
17  on Friday, February 23, 2007, at the Office
18  of U.S. Attorney, One Court Square, Suite
19  201, Montgomery, Alabama, commencing at 9:15
20  a.m., pursuant to the stipulations set forth
21  herein:
22
23
24
25
```

ORIGINAL

301 Title Building/300 21st Street North
Birmingham, Alabama 35203

ASSOCIATED COURT REPORTERS, LLC
(205) 251-4227 / FAX (205) 251-4224

Page 17

```
 1   do?
 2   A         '96 I went to Puerto Rico.  Took
 3   examinations of the American Board of Medical
 4   Examiners, passed it, sought an internship,
 5   finished an accredited internship, and got a
 6   licensure in the Commonwealth of Puerto Rico
 7   to work as a physician.
 8   Q         Where did you do your internship?
 9   A         Where?
10   Q         Yeah.  In Puerto Rico?
11   A         Yeah.  Central.
12   Q         A hospital there.  All right.
13   A         A teaching hospital, yes.
14   Q         Okay.  So that allowed you -- I
15   guess you became licensed in Puerto Rico?
16   A         Yes, ma'am.
17   Q         By virtue of that license, you could
18   come to this country as a physician then or
19   did you still have to do more testing?
20   A         I can work within the bureau, the
21   Federal system, as a physician.  Yes.  Not
22   otherwise.
23   Q         All right.
24   A         In certain areas of need.  It
25   doesn't have to be federal, it could be
```

301 Title Building/300 21st Street North
Birmingham, Alabama 35203