# PLAINTIFF'S EXHIBIT 2

ASSOCIATED COURT REPORTERS, LLC
(205) 251-4227 / FAX   (205) 251-4224

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

ORIGINAL

JOHN COGGIN,                )
                            )
        PLAINTIFF,          )
                            )
VS.                         )   CIVIL ACTION NO.:
                            )   2:05-cv-1214-MEF
                            )
UNITED STATES OF AMERICA,   )
                            )
        DEFENDANT.          )


DEPOSITION OF OSCAR RODRIGUEZ, PA


    The Deposition of OSCAR RODRIGUEZ, PA, was taken before Kathy Colburn, CSR., on Friday, July 20, 2007, at the Office of U. S. Attorney, 131 Clayton Street, Montgomery, Alabama, commencing at 10:20 a.m., pursuant to the stipulations set forth herein:

301 Title Building/ 300 21st Street North
Birmingham, Alabama   35203

ASSOCIATED COURT REPORTERS, LLC
(205) 251-4227 / FAX (205) 251-4224

Page 11

```
 1   A        True.
 2   Q        Is that correct?
 3   A        Yes.
 4   Q        All right.  But down there that's
 5   not a requirement?
 6   A        No.
 7   Q        Okay.  Have you taken any exams of
 8   that sort like we do in the United States, to
 9   be boarded here in this country?
10   A        No.
11   Q        Okay.  So you've taken no medical
12   boards at all?
13   A        No.
14   Q        Okay.  Do you hold any license to
15   practice medicine in the United States or any
16   of its territories?
17   A        No.
18   Q        Do you hold any sort of physician's
19   assistant's license?
20   A        No.
21   Q        Have you ever taken any kind of exam
22   or applied to have a physician's assistant's
23   license outside the prison system?
24   A        No.
25   Q        Why not?
```