PLAINTIFF'S EXHIBIT 3

Case 2:05-cv-01214-MEF-SRW   Document 54-4   Filed 01/18/2008   Page 1 of 6

COPY

```
IN THE UNITED STATES DISTRICT COURT

      FOR THE MIDDLE DISTRICT OF ALABAMA

               NORTHERN DIVISION


JOHN COGGIN,

      Plaintiff,

vs.                          CASE NO. 2:05-cv-1214-F

UNITED STATES
OF AMERICA,

      Defendant.


              * * * * * * * * * *


         DEPOSITION OF ANTONIO JUAN WILLIAMS, SR.,
M.D., taken pursuant to stipulation and agreement
before Dee Coker, Registered Professional Reporter and
Commissioner for the State of Alabama at Large, in the
United States Attorney's Office, 131 Clayton Street,
Montgomery, Alabama, on Thursday, December 27, 2007,
commencing at approximately 2:14 p.m.


              * * * * * * * * * *
```

DUNN, KING & ASSOCIATES
Montgomery, Alabama
(800) 359-8001 or (334) 263-0261

```
 1    J-U-A-N, Williams, W-I-L-I-A-M-S, Sr.
 2        Q.   What is your current address?
 3        A.   Saginaw, Michigan, 800 Cooper Avenue,
 4    Suite 9, Saginaw, Michigan, 48602.
 5        Q.   What is your profession?
 6        A.   General surgeon.
 7        Q.   Where are you licensed to practice medicine?
 8        A.   State of Alabama, state of Michigan, and
 9    state of Georgia.
10        Q.   Where did you attend medical school, Doctor?
11        A.   Indiana University.
12        Q.   Did you complete a residency program?
13        A.   Yes.
14        Q.   And where was that?
15        A.   Atlanta, Georgia, Morehouse and Emory.
16        Q.   Are you board certified?
17        A.   Yes.
18        Q.   And by what board?
19        A.   General surgery, American Board of Surgery,
20    ABS.
21        Q.   Where do you currently practice?
22        A.   Saginaw, Michigan.
23        Q.   When did you move to Michigan?
24        A.   Last September, first of October.
25        Q.   Prior to moving to Michigan, where did you
```

```
 1    cross-examination.
 2            MS. COCHRUN:  Sure.
 3                    CROSS-EXAMINATION
 4    BY MS. COCHRUN:
 5        Q.  Dr. Williams, we've never met before, but I'm
 6    Julia Cochrun.  I'm going to be asking you some
 7    questions today.  If I ask you anything you do not
 8    understand, please let me know, and I'll try to
 9    rephrase.  Okay?
10        A.  Yes.
11        Q.  Now, you're up in Saginaw, Michigan?
12        A.  Yes.
13        Q.  And are you in a group practice up there, or
14    where are you working?
15        A.  I'm with one other guy that's getting ready
16    to retire.
17        Q.  All right.  And how is it that you made the
18    transition from here to Michigan?  What was the reason
19    for going to Michigan?
20        A.  Better opportunity.
21        Q.  Okay.  Now, you are not a family practice
22    physician either by training or board certification,
23    are you?
24        A.  No.
25        Q.  You're not an internal medicine physician by
```

```
 1   either training or board certification?
 2       A.   No.
 3       Q.   You are not a general medicine physician
 4   either by training or board certification, are you?
 5       A.   No.
 6       Q.   All right, sir.  You do not hold yourself out
 7   as a general practitioner?
 8       A.   No.
 9       Q.   You don't hold yourself out as a primary care
10   physician in any way, do you?
11       A.   No.
12       Q.   You are a surgeon by training?
13       A.   Yes.
14       Q.   Your residency was a general surgery
15   residency?
16       A.   Yes.
17       Q.   And that was done at Morehouse?
18       A.   Morehouse.
19       Q.   All right, sir.  And your boards that you are
20   certified under are not boards for either general
21   practice, family practice, or general internal
22   medicine in any way, are they?
23       A.   No.
24       Q.   All right, sir.  And your board certification
25   is strictly in surgery, general surgery?
```

```
 1        A.   Yes.
 2        Q.   Would it be fair to say that you are
 3   basically not a primary care physician but more of a
 4   tertiary care physician in that you ordinarily receive
 5   your patients upon consultation from other physicians
 6   who the patient has come to them and presented
 7   symptoms that has caused them to get a surgeon
 8   involved?
 9             MR. DOYLE:  Object to the form.
10        A.   Can you repeat that, please?
11        Q.   Sure.
12        A.   Sorry.
13        Q.   Would it be fair to say that as opposed to a
14   primary care physician, you're more of a tertiary care
15   physician in the sense that the bulk of your patients
16   come to you upon referral from their primary
17   physician?
18        A.   Okay.  Yes.
19        Q.   All right.  Not many folks walk in off the
20   street without some kind of referral from their
21   primary physician to your practice?
22        A.   That's not quite true.  That depends on the
23   insurances.  Some insurances require them to have a
24   primary referral.  There are patients that we see
25   every day that will have abdominal pain or -- and they
```