**PLAINTIFF'S EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN COGGIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: **2:05-cv-1214-F** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## UNITED STATES' WITNESS LIST

Comes now defendant, the United States, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby submits its witness list pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and Section 10 of this Court's Amended Scheduling Order issued April 11, 2007:

1. **Defendant expects to call:**

   a. Orenzio Garcia-Brenes, M.D.
   FPC Montgomery
   Maxwell Air Force Base
   Montgomery, AL 36112
   (334) 293-2100

   b. Oscar Rodriquez
   FPC Montgomery
   Maxwell Air Force Base
   Montgomery, AL 36112
   (334) 293-2100

   c. Ms. Doris Little
   709 West 4th Street
   Prattville, AL 36067
   (334) 361-1999

  d.  Antonio J. Williams, M.D.
     Pediatric Surgeon
     800 Cooper, Suite 9
     Saginaw, MI 48602
     (989) 583-7076

  e.  Patrick I. Okolo, MD
     Chief, Gastrointestinal Endoscopy
     Johns Hopkins University Medical Center
     2840 East Monument Street, Suite 419
     Baltimore, Maryland 21205
     (410) 502-6761

  f.  David Folmar. Capt, USAF, BSC - by deposition
     Pharmacy Element Leader
     374 MDSS/SGSAP
     Yokota Air Base, Japan
     (512) 275-4867

**2. Defendant May Call if the Need Arises:**

  a.  Britton Snider, Lieutenant
     Federal Correction Institution, Marianna
     3625 FCI Road
     Marianna, FL 32446
     (850) 526-6377

  b.  Tiffani Estep
     Sr. Officer Specialist, FCC Yazoo City
     2225 Haley Barbour Pkwy
     Yazoo City, MS 39194
     (769) 251-0274

  c.  Correctional Officer Chris Thomas
     FPC Montgomery
     Maxwell Air Force Base
     Montgomery, AL 36112
     (334) 293-2100

    d.    Correctional Officer Anita Rabidou
           FPC Montgomery
           Maxwell Air Force Base
           Montgomery, AL 36112
           (334) 293-2100

    e.    Correctional Officer Steve Burns
           FPC Montgomery
           Maxwell Air Force Base
           Montgomery, AL 36112
           (334) 293-2100

    f.    Correctional Officer Thomas West
           FPC Montgomery
           Maxwell Air Force Base
           Montgomery, AL 36112
           (334) 293-2100

    g.    Billvy J. Satterwhite
           ITS Supervisor
           FPC Montgomery
           Maxwell Air Force Base
           Montgomery, AL 36112
           (334) 293-2100

    h.    Freddie Davis
           Drug Treatment Specialist
           FPC Montgomery
           Maxwell Air Force Base
           Montgomery, AL 36112
           (334) 293-2100

    i.    Michael Lofton
           Naval Criminal Investigative Service
           Tampa, FL
           (769) 251-0274

j.  Ms. Rosetta Beasley
    6001 Old Hickory Blvd., Apt.419
    Hermitage, TN 37076-3037

k.  Ms. Daphne Essex
    133 Fredot Road
    Montgomery, AL 36105
    (334) 288-9230

l.  Mr. Charlie Hudson
    3225 Cheltenham Drive
    Montgomery, AL 36116
    (334) 281-4416

m.  Jackie Justice, Health Services Administrator
    FCI Schuylkill
    Route 901 & Interstate 81
    PO Box 700
    Minersville, PA 17954
    (570) 544-7100- Ext. 4200

n.  Captain Tony Normand
    FPC Montgomery
    Maxwell Air Force Base
    Montgomery, AL 36112
    (334) 293-2100

o.  Chalon Moore
    FPC Montgomery
    Maxwell Air Force Base
    Montgomery, AL 36112
    (334) 293-2100

p.  Charlotte Foster
    Haynes Ambulance Service
    2530 East 5th Street
    Montgomery, AL 36107
    (334) 265-1208

q.  Elizabeth P. Vining, MD
    2203 Johns Circle
    Auburn, AL 36830
    (334) 887-2404

r.  Charles Derek Reid, MD
    Piedmont Triad Anesthesia
    145 Kimel Park Drive, Suite 300
    Winston-Salem, NC 27103
    (334) 336-726-1538

s.  Ivan D. Maya, MD
    Assistant Professor of Medicine and Radiology
    University of Alabama at Birmingham
    Birmingham, Alabama
    (205) 996-9005

t.  John C. Hendrix, III, MD
    1722 Pine Street
    Montgomery, AL 36106
    (334) 834-3059

u.  W. Penn White, III, MD
    4101 Wall Street
    Montgomery, AL 36106
    (334) 495-2600

v.  Alexander V. Kreher, MD
    2055 E. South Blvd., Suite 603
    Montgomery, AL
    (334) 281-9000

w.  Peter O. Lutz, MD
    Baptist Medical Center
    2105 East South Boulevard
    Montgomery, AL 36111
    (334) 288-2100

x.  Custodian(s) of Records
    Federal Bureau of Prisons
    FPC Montgomery
    Maxwell Air Force Base
    Montgomery, AL 36112
    (334) 293-2100

y.  Custodian(s) of Records
    Baptist Medical Center
    2105 East South Boulevard
    Montgomery, AL 36111
    (334) 394-2355

z.  All witnesses identified on Plaintiff's witness list.

aa. Any witnesses needed for purposes of rebuttal or impeachment.

Defendant reserves the right to update this list by adding additional witnesses or deleting witnesses prior to trial.

Respectfully submitted this 27th day of December, 2007.

LEURA G. CANARY
United States Attorney

By: /s/ Stephen M. Doyle
STEPHEN M. DOYLE
Chief, Civil Division
Assistant United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197
District of Columbia Bar No. 422474
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail: stephen.doyle@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing upon the attorney of record, by mailing a copy of same, first class, postage prepaid, addressed as follows:

Julia T. Cochrun, Esquire
Pate & Cochrun, L.L.P.
Post Office Box 10448
Birmingham, AL 35202-0448

Dated this 27th day of December, 2007.

_____
Assistant United States Attorney