**PLAINTIFF'S EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN COGGIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:05-cv-1214-MEF |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S RULE 26(a)(1) INITIAL DISCLOSURES

COMES NOW Defendant, United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and provides the following initial disclosures to Defendants pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

A. **Witnesses:** The following individuals are likely to have discoverable information that Defendant may use in defense of this claim:

1. Kathy Adams
   2105 East South Boulevard
   Montgomery, AL 36111
   (334) 288-2100

   Ms. Adams was a Nurse at Baptist Medical Center at the time of Plaintiff's hospitalization in September, 2001.

2. Rosetta Bailey
   Address unknown
   Telephone number unknown

Ms. Bailey was a Case Manager at the Federal Prison Camp (FPC) Montgomery during Plaintiff's incarceration.

3. Danny Brown
   FPC Montgomery
   Montgomery, AL 36112
   (334) 293-2100

   Mr. Brown was a counselor at the FPC during Plaintiff's incarceration.

4. Steve Burns
   FPC Montgomery
   Montgomery, AL 36112
   (334) 293-2100

   Mr. Burns was a Correctional Officer at the FPC during Plaintiff's incarceration.

5. C. Louis Cummings
   The Kirklin Clinic
   2000 6th Avenue South
   Birmingham, AL 35233
   (205) 801-8300

   Dr. Cummings provided medical opinion(s) regarding Plaintiff's prognosis.

6. Carla Davis
   2105 East South Boulevard
   Montgomery, AL 36111
   (334) 288-2100

   Ms. Davis was a Nurse at Baptist Medical Center at the time of Plaintiff's hospitalization in September, 2001.

7. Freddie Davis
   FPC Montgomery
   Montgomery, AL 36112
   (334) 293-2100

Mr. Davis was a Correctional Officer at the FPC during Plaintiff's incarceration.

8. C. J. DeRosa
Current address unknown
Current telephone number unknown

Mr. DeRosa was a Warden at the FPC during Plaintiff's incarceration.

9. Beverly Downs
FPC Montgomery
Montgomery, AL 36112
(334) 293-2100

Ms. Downs was a nurse at the FPC during Plaintiff's incarceration.

10. Darryl Drew
FCI Talladega
565 East Renfroe Road
Talladega, AL 35160
(256) 315-4100

Mr. Davis was an Associate Warden at the FPC during Plaintiff's incarceration.

11. Daphne Essex
FPC Montgomery
Montgomery, AL 36112
(334) 293-2100

Ms. Essex was a Certified Nurse Practitioner at the FPC during Plaintiff's incarceration.

12. Tiffany Estep
FCI Yazoo City
2225 Haley Barbour Parkway
Yazoo City, MS 39194
(662) 751-4800

Ms. Estep was a Corrections Officer at the FPC during Plaintiff's incarceration.

13. Andre Farley
    FCC Coleman
    846 NE 54th Terrace
    Coleman, FL 33521
    (352) 689-4000

    Mr. Farley was a Corrections Officer at the FPC during Plaintiff's incarceration.

14. D. Folmar
    Current address unknown
    Current telephone number unknown

    Mr. Folmar was a Registered Pharmacist at the FPC during Plaintiff's incarceration.

15. Officer Frost
    Current address unknown
    Current telephone number unknown

    Officer Frost was a Corrections Officer at the FPC during Plaintiff's incarceration.

16. Orenzio Garcia-Brenes, M.D.
    FPC Montgomery
    Montgomery, AL 36112
    (334) 293-2100

    Dr. Garcia-Brenes was the Medical Director at the FPC during Plaintiff's incarceration.

17. John C. Hendrix, III, M.D.
    2105 East South Boulevard
    Montgomery, AL 36111
    (334) 288-2100

    Dr. Hendrix was a physician at Baptist Medical Center during Plaintiff's hospitalization in September, 2001.

18. Charlie Hudson
    Retired

- 4 -

      Address unknown
      Telephone number unknown

    Mr. Hudson was Supervisor of the Education Department at the FPC during Plaintiff's incarceration.

19.    Jim Johnson
      Address unknown
      Taveres, FL
      Telephone number unknown.

    Mr. Johnson was an inmate at the FPC during Plaintiff's incarceration.

20.    Alexander Kreher, M.D.
      2105 East South Boulevard
      Montgomery, AL 36111
      (334) 288-2100

    Dr. Kreher was a physician at Baptist Medical Center during Plaintiff's hospitalization in September, 2001.

21.    Ramona Lake
      Address unknown
      Telephone number unknown

    Ms. Lake was a Certified Nurse Practitioner at the FPC during Plaintiff's incarceration.

22.    Doris Little
      Address unknown
      Telephone number unknown

    Ms. Little was a Certified Nurse Practitioner at the FPC during Plaintiff's incarceration.

23.    Walter Martin
      Address unknown
      Telephone number unknown

    Mr Martin was a Physician's Assistant at the FPC during Plaintiff's incarceration.

24. Ivan Maya
    2105 East South Boulevard
    Montgomery, AL 36111
    (334) 288-2100

    Dr. Maya was a physician at Baptist Medical Center during Plaintiff's hospitalization in September, 2001.

25. Nurse McCall
    2105 East South Boulevard
    Montgomery, AL 36111
    (334) 288-2100

    Ms. McCall was a Nurse at Baptist Medical Center at the time of Plaintiff's hospitalization in September, 2001.

26. Clarence Morris
    FPC Montgomery
    Montgomery, AL 36112
    (334) 293-2100

    Mr. Morris was a Unit Manager at the FPC during Plaintiff's incarceration.

27. Derek Mosley
    Address unknown
    Telephone number unknown.

    Mr. Mosley was an inmate at the FPC during Plaintiff's incarceration.

28. Joseph Murrell
    Address unknown
    Telephone number unknown.

    Mr. Murrell was a Unicor employee working at the FPC during Plaintiff's incarceration.

29. Nelda LNU
    2105 East South Boulevard
    Montgomery, AL 36111
    (334) 288-2100

Nelda was a Nurse at Baptist Medical Center at the time of Plaintiff's hospitalization in September, 2001.

30. Gerardo Otero
    FPC Montgomery
    Montgomery, AL 36112
    (334) 293-2100

Mr. Otero was a Physician's Assistant at the FPC during Plaintiff's incarceration.

31. Mac Patchel
    Address unknown
    Telephone number unknown

Mr. Patchel was a Physician's Assistant at the FPC during Plaintiff's incarceration.

32. Anita Rabidou
    FPC Montgomery
    Montgomery, AL 36112
    (334) 293-2100

Ms. Radidou was a Case Manager at the FPC during Plaintiff's incarceration.

33. Ronald Rankin
    Address unknown
    Monroeville, AL
    Telephone number unknown.

Mr. Rankin was an inmate at the FPC during Plaintiff's incarceration.

34. Cherry Rape
    2105 East South Boulevard
    Montgomery, AL 36111
    (334) 288-2100

Ms. Rape was a Social Worker at Baptist Medical Center at the time of Plaintiff's hospitalization in September, 2001.

35. Sandra Reese
    2105 East South Boulevard
    Montgomery, AL 36111

  (334) 288-2100

  Ms. Reese was a Nurse at Baptist Medical Center at the time of Plaintiff's hospitalization in September, 2001.

36.  Charles Derek Reid, M.D.
  2105 East South Boulevard
  Montgomery, AL 36111
  (334) 288-2100

  Dr. Reid was a physician at Baptist Medical Center at the time of Plaintiff's hospitalization in September, 2001.

37.  Oscar Rodriquez
  Address unknown
  Telephone number unknown

  Mr. Rodriquez was a Physician's Assistant at the FPC during Plaintiff's incarceration.

38.  Pam Segler
  2105 East South Boulevard
  Montgomery, AL 36111
  (334) 288-2100

  Ms. Segler was a Nurse at Baptist Medical Center at the time of Plaintiff's hospitalization in September, 2001.

39.  Nurse Sheng
  2105 East South Boulevard
  Montgomery, AL 36111
  (334) 288-2100

  Ms. Sheng was a Nurse at Baptist Medical Center at the time of Plaintiff's hospitalization in September, 2001.

40.  Thomas Sinwell
  FPC Montgomery
  Montgomery, AL 36112
  (334) 293-2100

  Mr. Sinwell was a Registered Pharmacist at the FPC during Plaintiff's incarceration.

41. Phillip D. Smith
    2105 East South Boulevard
    Montgomery, AL 36111
    (334) 288-2100

Dr. Smith was a physician at Baptist Medical Center at the time of Plaintiff's hospitalization in September, 2001.

42. Britton Snider
    FPC Montgomery
    Montgomery, AL 36112
    (334) 293-2100

Lt. Snider was a Corrections Officer at the FPC during Plaintiff's incarceration.

43. E. P. Vining, M.D.
    FPC Montgomery
    Montgomery, AL 36112
    (334) 293-2100

Dr. Vining was a Radiologist for the FPC during Plaintiff's incarceration.

44. Thomas West
    FPC Montgomery
    Montgomery, AL 36112
    (334) 293-2100

Mr. West was a Corrections Officer at the FPC during Plaintiff's incarceration.

45. W. Penn White, III, M.D.
    2105 East South Boulevard
    Montgomery, AL 36111
    (334) 288-2100

Dr. White was a physician at Baptist Medical Center at the time of Plaintiff's hospitalization in September, 2001.

46. Antonio J. Williams, M.D.
    2101 Chestnut Street
    Montgomery, AL 36106

       Dr. Williams was a physician who examined Plaintiff in consultation in August, 2001.

47.    Ruth Yancey
       FPC Montgomery
       Montgomery, AL 36112
       (334) 293-2100

       Ms. Yancey is a Warden at the FPC.

48.    Ray Yeatman
       2105 East South Boulevard
       Montgomery, AL 36111
       (334) 288-2100

       Mr. Yeatman was a Nurse at Baptist Medical Center at the time of Plaintiff's hospitalization in September, 2001.

49.    Mario J. Zayas-Canizres
       Address unknown
       Telephone number unknown

       Mr. Zayas-Canizres was an inmate at the FPC during Plaintiff's incarceration.

50.    Defendant identifies and incorporates by reference any and all witnesses identified in Plaintiff's Initial Disclosures.

B.    **Documents**: Defendant may use the following documents, in its possession, custody, or control, to support its claims:

1.    Inmate Commissary records reflecting purchases made by Plaintiff during his incarceration at FPC Montgomery.

2.    Pharmacy records reflecting prescription medications provided to Plaintiff during his incarceration at FPC Montgomery.

3.    Medical records reflecting any and all medical treatment rendered to Plaintiff during his incarceration at FPC Montgomery, including diagnostic, offsite and outpatient procedures and medical restrictions.

4.    Dental records reflecting dental treatment rendered to Plaintiff during his incarceration at FPC Montgomery.

5. Records reflecting optometry and/or ophthalmology treatment rendered to Plaintiff during his incarceration at FPC Montgomery.

6. Administrative records pertaining to Plaintiff during his incarceration at FPC Montgomery.

7. Defendant identifies and incorporates by reference any and all documents identified in Plaintiff's Initial Disclosures.

**C.   Damages.**

Not applicable.

**D.   Insurance.**

Not applicable.

The United States reserves the right to supplement these disclosures with any new witnesses or documents revealed through discovery or otherwise.

Respectfully submitted this 31st day of May, 2006.

                        LEURA G. CANARY
                        United States Attorney

By: /s/ Stephen M. Doyle
     STEPHEN M. DOYLE
     Assistant United States Attorney
     Chief, Civil Division
     One Court Square, Suite 201
     Montgomery, Alabama 36104
     Telephone: (334) 223-7280
     Facsimile: (334) 223-7418
     E-mail: stephen.doyle@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2006, I served, via first class mail, a copy of the foregoing Rule 26(a)(1) Initial Disclosures to the following:

>Julia T. Cochrun
>Pate & Cochrun
>P.O. Box 10448
>Birmingham, AL 35202-0448

_____
Assistant United States Attorney