**PLAINTIFF'S EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN COGGIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: **2:05-cv-1214-F** |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES' DISCLOSURES OF PERSONS UNDER RULES 701, 702, 703, OR 705 OF THE FEDERAL RULES OF EVIDENCE AND REPORT OF RETAINED EXPERT REQUIRED BY RULE 26(A)(2)**

Comes now defendant, the United States, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to Section 8 of the Court's amended scheduling order dated April 11, 2007, hereby submits this list of any person who may be used at trial to present evidence under Rules 701, 702, 703, or 705 of the Federal Rules of Evidence and provides the report of its retained expert pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure.

1. Retained expert who will provide testimony under Rules 702, 703, or 705:

> Patrick I. Okolo, III, MD, MPH
> Chief of Endoscopy
> Division of Gastroenterology
> Johns Hopkins Hospital
> 2840 East Monument Street, Suite 419
> Baltimore, Maryland 21205

Dr. Okolo's expert report pursuant to Rule 26 (a)(2) of the Federal Rules of Civil Procedure is filed herewith.

2. Fact Witnesses Who May be Used at Trial to Present Evidence Under Rules 701, 702, 703, or 705 of the Federal Rules of Evidence.

   a. Orenzio Garcia-Brenes, M.D.
      Director of Medical Services
      BOP Federal Prison Camp
      Maxwell Air Force Base
      Montgomery, AL
      (334) 293-2168

      Dr. Garcia is a treating physician.

   b. Oscar Rodriquez
      Physician's Assistant
      BOP Federal Prison Camp
      Maxwell AFB
      Montgomery, AL
      (334) 293-2168

      Oscar Rodriguez is a treating PA.

   c. Nurse Practitioner Doris Little
      709 West 4th Street
      Prattville, AL 36067

      Ms. Little was a treating Nurse Practitioner at FPC Maxwell during plaintiff's incarceration.

   d. Nurse Practitioner Daphne Essex
      133 Fredot Road
      Montgomery, AL 36105

      Ms. Essex was a treating Nurse Practitioner at FPC Maxwell during plaintiff's incarceration.

e. Antonio Williams, MD
Advanced Surgical Associates, PC
2101 Chestnut Street
Montgomery, AL 36106

Dr. Williams is a treating physician.

f. Alexander V. Kreher, MD
Baptist Medical Center
2105 East South Boulevard
Montgomery, AL 36111
(334) 288-2100

Office
2055 E. South Blvd., Suite 603
Montgomery, AL
(334) 281-9000

Dr. Kreher is a treating physician.

g. Ivan Maya, MD
Baptist Medical Center
2105 East South Boulevard
Montgomery, AL 36111
(334) 288-2100

Dr. Maya is a treating physician.

h. John C. Hendrix, III, MD
Baptist Medical Center
2105 East South Boulevard
Montgomery, AL 36111
(334) 288-2100

Dr. Hendrix is a treating physician.

i.  W. Penn White, III, MD
    Baptist Medical Center
    2105 East South Boulevard
    Montgomery, AL 36111
    (334) 288-2100

    Dr. Penn White is a treating physician.

j.  Warden C. J. DeRosa
    BOP Federal Prison Camp
    Maxwell AFB
    Montgomery, AL
    (334) 293-2168

k.  Jackie Justice, Health Services Administrator
    FCI Schuylkill
    Route 901 & Interstate 81
    PO Box 700
    Minersville, PA 17954
    (570) 544-7200

    Ms. Justice was the Health Services Administrator during plaintiff's incarceration at BOP Maxwell.

l.  David Folmar
    PSC 78 Box 428
    APO, AP 96326-0004

    Mr. Folmar was the Pharmacist at FPC Maxwell during plaintiff's incarceration.

m.  C. Louis Cummings, M.D.
    The Kirklin Clinic
    2000 6th Avenue South
    Birmingham, AL

    Dr. Cummings is plaintiff's current treating physician.

4

n.  C. Derek Reid, M.D.
    Baptist Medical Center
    2105 East South Boulevard
    Montgomery, AL 36111
    (334) 288-2100

    Dr. Reid is a treating physician.

o.  Charles Reid, M.D.
    Baptist Medical Center
    2105 East South Boulevard
    Montgomery, AL 36111
    (334) 288-2100

    Dr. Reid is a treating physician.

p.  Peter O. Lutz, M.D.
    Baptist Medical Center
    2105 East South Boulevard
    Montgomery, AL 36111
    (334) 288-2100

    Dr. Lutz is a treating physician.

3. As discovery is ongoing, Defendant reserves the right to update this list with additional witnesses prior to trial.

Respectfully submitted this 5th day of October, 2007.

>LEURA G. CANARY
>United States Attorney
>
>By: _____
>STEPHEN M. DOYLE
>Chief, Civil Division
>Assistant United States Attorney
>Post Office Box 197
>Montgomery, AL  36101-0197
>District of Columbia Bar No. 422474
>Telephone No.: (334) 223-7280
>Facsimile No.: (334) 223-7418
>E-mail: stephen.doyle@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing upon the attorney of record, by mailing a copy of same, first class, postage prepaid, addressed as follows:

>Julia T. Cochrun, Esquire
>Pate & Cochrun, L.L.P.
>Post Office Box 10448
>Birmingham, AL 35202-0448

Dated this 5th day of October, 2007.

_____
Assistant United States Attorney