IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN COGGIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: **2:05-CV-1214-MEF** |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**SUPPLEMENTAL FILING IN SUPPORT OF
THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT**

COMES NOW the United States, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, files this supplement to its motion for summary judgement:

1.     On this date plaintiff filed a pleading styled "plaintiff's motion in limine to exclude trial testimony as to applicable standard of care by defendant's witnesses." By the position that he takes before the Court in this pleading, plaintiff concedes that the United States is entitled to summary judgment.

2.     In section two of its motion for summary judgment, the United States argued that Dr. Garcia and Oscar Rodriguez did not satisfy the Alabama Medical Liability Act's (AMLA) definition of health care provider because they are not State licensed. *See*, SJ memo. at § II, pp. 19-21; SJ reply memo § II, pp. 10-13.

3. Plaintiff now argues in sections one and two of his new motion that Dr. Garcia and Oscar Rodriguez cannot testify on their own behalf regarding the standard of care that governs them because they are not State licensed. Pl's Motion §§ 1 & 2.

4. The AMLA must be read as a whole. If, as plaintiff now argues, the State licensing provisions of the AMLA govern who can testify in this case, then the AMLA's State licensing requirements govern who can be liable. Plaintiff cannot have it both ways.

5. Accordingly, plaintiff has conceded that the United States is entitled to summary judgment.

6. The United States seeks to bring plaintiff's concession to the Court's immediate attention while its motion for summary judgment is still pending. It will file a full opposition to plaintiff's motion in limine at the appropriate time.

WHEREFORE, the United States requests that the Court enter summary judgment in its favor and dismiss plaintiff's cause of action in its entirety with prejudice.

Respectfully submitted this 18th day of January, 2008.

        LEURA G. CANARY
        United States Attorney

By:   /s/Stephen M. Doyle
      STEPHEN M. DOYLE
      Chief, Civil Division
      Assistant United States Attorney
      Attorney for Defendant
      Post Office Box 197
      Montgomery, AL  36101-0197
      District of Columbia Bar No. 422474
      Telephone No.: (334) 223-7280
      Facsimile No.: (334) 223-7418
      **E-mail: stephen.doyle@usdoj.gov**

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiff's attorney, Julia T. Cochrun, Esquire.

                                                  /s/Stephen M. Doyle
                                          Assistant United States Attorney