IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN COGGIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: **2:05-CV-1214-MEF** |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL FILING IN SUPPORT OF THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT

COMES NOW the United States, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to Rule 7 of the Federal Rules of Civil Procedure, moves for leave to file the accompanying supplemental filing in support of the United States' motion for summary judgment. The grounds for this motion are as follows:

1.  Plaintiff filed a motion today styled "plaintiff's motion in limine to exclude trial testimony as to applicable standard of care by defendant's witnesses." An argument that plaintiff advances in this motion is relevant to the pending motion for summary judgment.

2.  The summary judgment motion has been fully briefed and submitted to the Court. However, plaintiff's new argument may have some bearing on the Court's ruling. The United States wishes to bring plaintiff's recent concession to the Court's attention.

WHEREFORE, the United States requests an order granting leave to file the accompanying supplemental filing in support of the United States' motion for summary judgment.

Respectfully submitted this 18th day of January, 2008.

                LEURA G. CANARY
                United States Attorney

By:   /s/Stephen M. Doyle
       STEPHEN M. DOYLE
       Chief, Civil Division
       Assistant United States Attorney
       Attorney for Defendant
       Post Office Box 197
       Montgomery, AL  36101-0197
       District of Columbia Bar No. 422474
       Telephone No.: (334) 223-7280
       Facsimile No.: (334) 223-7418
       **E-mail:  stephen.doyle@usdoj.gov**

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiff's attorney, Julia T. Cochrun, Esquire.

                /s/Stephen M. Doyle
                Assistant United States Attorney