IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN COGGIN, | ) |
| Plaintiff | ) ) ) ) CIVIL ACTION NO: |
| VS. | ) ) |
| UNITED STATES OF AMERICA, | ) 2:05-cv-1214-F ) |
| Defendant | ) ) |

PLAINTIFF'S OBJECTION TO THE UNITED STATES' MOTION FOR
LEAVE TO FILE SUPPLEMENTAL FILING IN SUPPORT OF THE UNITED STATES'
MOTION FOR SUMMARY JUDGMENT

Comes now the Plaintiff by and through his counsel of record, and files this objection to the United States' Motion for Leave to File Supplemental Filing in Support of the United States' Motion for Summary Judgment and in support says the following:

1.  The briefing and evidentiary submission schedule as set out by this Court ended on November 27, 2007 (the date the defendant's reply brief was due).

2.  The Defendants raise no new facts or law in this motion or the supplemental filing filed in support thereof, but are here attempting to use this as an opportunity to reargue issues that have been put before the Court previously. Of course, under the parameters of the Court's briefing schedule for the defendant's motion for summary judgment, the defendant was already given two opportunities to argue their position on all

1

issues both with the initial filing and in their reply brief. This current motion with its supplemental filing, adds no new fact or law on any issue.

3. Plaintiff's filing of a motion in limine to exclude trial testimony of witnesses who do not qualify to give standard of care evidence under the AMLA, upon which the defendant's motion for leave is posited, raises no new arguments nor concedes absolutely anything that has not been thoroughly addressed in the motions and briefs filed on the motion for summary judgment heretofore.

4. The defendant has previously agreed that this is an FTCA claim to which the AMLA will provide the underlying state law. The only issue now raised by this motion in limine, is the fact that the defendant now finds itself without any competent witness to testify as to the standard of care for a physician assistant. While this is likely disturbing to the defendant, it certainly cannot be a basis for reopening submission of the pending motion of summary judgment. Although the Court has not yet ruled on this motion, the plaintiff maintains that the law regarding who may give testimony as to standard of care under the AMLA was not at issue in the summary judgment motion or now. If the AMLA applies, then its component statutory requirements as to evidentiary issues will apply.

5. Plaintiff files a supplemental filing in support of its objection to defendant's motion.

Respectfully submitted,

_____
JULIA T. COCHRUN
Attorney for Plaintiff

OF COUNSEL:
PATE & COCHRUN, LLP
P. O. Box 10448
Birmingham, AL 35202-0448
Telephone: (205) 323-3900
Fax: (205) 323-3906
e-mail: filings@plc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 21st day of January, 2008, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, the CM/ECF system will send notification of such filing to the following:

Stephen M. Doyle, Esq.
Assistant U.S. Attorney
P. O. Box 197
Montgomery, AL 36101-0197

and I hereby certified that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following:

None

_____
OF COUNSEL

3