IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

```
- - - - - - - - - - - - - - -
                              )
JOHN COGGIN,                  )
                              )
            Plaintiff,        )
                              )     Civil Action
        -vs-                  )
                              )     No. 2:05-CV-1214-F
UNITED STATES OF AMERICA,     )
                              )
            Defendant.        )
- - - - - - - - - - - - - - -)
```

The Deposition of RAYMOND P. MOONEY, PA-C taken before me, Sheila D. Rice, CSR-4163, a Notary Public within and for the County of Wayne, State of Michigan, at 211 West Fort Street, 23rd Floor, Detroit, Michigan, on Wednesday, October 24, 2007.

APPEARANCES:

    PATE & COCHRUN, L.L.P.
    P.O. Box 10448
    Birmingham, Alabama 35202-048
      (By Julia T. Cochrun, Esq.),

      Appearing on behalf of Plaintiff,

    UNITED STATES DEPARTMENT OF JUSTICE
    131 Clayton Street
    Montgomery, Alabama 36104
      (By Stephen M. Doyle, Esq.),

      Appearing on behalf of Defendant.

```
 1                        What is C?
 2   A.    C.  C is a horrible, horrible diagram.
 3   Q.    I was going to ask do you have a better copy?
 4   A.    I'm sorry.
 5               MS. COCHRUN:  I didn't bring my
 6         better copy, that nice thing you sent me.  It's
 7         what copied and downloaded.  I didn't bring the
 8         actual original with me.  I just brought the copy
 9         of the report.
10   A.    I mean, I can tell you what it is.
11   BY MR. DOYLE:
12   Q.    Yeah.  Can you tell me what it is, and I would like
13         a better copy.
14   A.    Of course.  "Common causes" -- as a matter of fact,
15         we can always E-mail you the exact address of it.
16         "Common causes of acute abdominal pain" divides
17         into right upper quadrant, right lower quadrant,
18         left upper quadrant and left lower quadrant and
19         diffuse.
20   Q.    And where did that come from?
21   A.    I don't remember where I got that from.
22   Q.    Is it off a book or something you got online?
23   A.    No, it's online.  It's online.
24               MR. DOYLE:  And then C1 I can't read
25         at all on my copy so I would request another.
```

67

```
 1              different things, or phrases rather.
 2    Q.    And do you consider each of these references to be
 3          authoritative?
 4    A.    No, sir.
 5    Q.    Do you consider any of them to be authoritative?
 6    A.    No, sir.
 7    Q.    What do you consider them to be?
 8    A.    Authoritative?  I'm sorry.  Authoritative?
 9    Q.    Yes, sir.
10    A.    Nothing.  Maybe the IRS code, but --
11    Q.    Would you rely upon these in your practice?
12    A.    I would rely upon them to help me, okay, in my
13          continued learning process about somebody who had
14          abdominal pain.
15    Q.    And I take it from your answer then that your
16          approach to a patient would be based on your
17          clinical experience and overall education, not on a
18          single article?
19    A.    Experience, education and training.
20    Q.    Okay.  Did you look at anything else when
21          formulating your opinion other than what you've
22          attached here?
23                    MS. COCHRUN:  And let me object.  I
24          don't think he's testified that he looked at these
25          to formulate his opinion.  I'm not sure that's
```

70

```
 1          clear.
 2    BY MR. DOYLE:
 3    Q.    Let me ask the question.  You attached these to
 4          your opinion; is that right?
 5    A.    Yes.
 6    Q.    Did you use these in formulating your opinion?
 7    A.    No.
 8    Q.    Why did you attach them?
 9    A.    I attached them because they substantiated and
10          indicated areas that should be seriously considered
11          when evaluating a patient who presents with
12          abdominal pain.
13    Q.    I'm interested in your process of coming up with
14          your opinion.  Did you read these before you
15          formulated your opinion or did you formulate your
16          opinion and then look for references that would
17          substantiate it?
18    A.    I formulated my opinion the same way all the time,
19          read the records, read the affidavit and then read
20          anything else that's with it in any particular
21          order.
22    Q.    And then do you do a draft or --
23    A.    Draft by --
24    Q.    A draft written opinion or-
25    A.    (Interposing) No.  I usually just keep it in my
```

71