IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN COGGIN, ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION NO: |
| VS. ) | |
| ) | 2:05-cv-1214-F |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant ) | |

## PLAINTIFF'S AMENDED OBJECTIONS TO DEFENDANT'S TRIAL EXHIBITS

Comes now the plaintiff in the above-styled cause, by and through counsel of record, and pursuant to the Court's amended scheduling order files the following objections to the defendant's exhibits, as listed by defendant in its Exhibit List:

### I. PLAINTIFF'S OBJECTION TO DEFENDANT'S EXHIBIT 14

Plaintiff objects to Defendant's Exhibit 14, entitled "Dr. Patrick Okolo's Report & Exhibits, Curricular Vitae, Etc. Plaintiff previously objected to the attachments to said report. This report is inadmissible hearsay, and the contents therein represent out of court statements offered for the truth of the matter. By objecting to this reports and its attached exhibits, the Plaintiff does not waive its right to use it in cross examination.

1

Respectfully submitted,

_____
JULIA T. COCHRUN
Attorney for Plaintiff

OF COUNSEL:
PATE & COCHRUN, LLP
P. O. Box 10448
Birmingham, AL 35202-0448
Telephone: (205) 323-3900
Fax: (205) 323-3906
e-mail: filings@plc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 22nd day of January, 2008, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, the CM/ECF system will send notification of such filing to the following:

Stephen M. Doyle, Esq.
Assistant U.S. Attorney
P. O. Box 197
Montgomery, AL 36101-0197

and I hereby certified that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following:

None

_____
OF COUNSEL

2