IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN COGGIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-1214-MEF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

Given the arguments that the parties have made in a variety of motions pending before this Court, the Court is of the opinion that oral argument on all pending motions would assist it in ruling on the motions. Unfortunately, there is insufficient time between now and the current trial setting to permit the Court to have oral argument and produce a written opinion on the pending motions. Therefore, it is hereby ORDERED as follows:

1. The February 4, 2008 trial setting in this case is CONTINUED GENERALLY.

2. All pending motions are set for oral argument at a hearing to be held on **February 4, 2008** at **2:00 p.m.** in Courtroom 2A of the Frank M. Johnson U.S. Courthouse Complex, One Church Street, Montgomery, Alabama.

3. At the February 4, 2008 hearing, this Court will discuss with the parties a new trial date. Counsel shall appear at hearing prepared to discuss the availability of all witnesses, parties, and counsel for trial in the next six months.

DONE this the 25th day of January, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE