IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHN COGGIN,                        )
                                    )
        Plaintiff,                  )
v.                                  )          CASE NO. 2:05-cv-1214-MEF
                                    )
UNITED STATES OF AMERICA,           )
                                    )
        Defendant.                  )

# **O R D E R**

The deadlines for trial briefs and proposed findings of fact and conclusions of law

currently  set for January 28, 2008 are CONTINUED GENERALLY.

DONE this the 28th day of January, 2008.

                        _____
                             /s/ Mark E. Fuller
                        CHIEF UNITED STATES DISTRICT JUDGE