# DEFENDANT'S EXHIBIT 1

## In The Matter Of:

*John Coggin v.*
*United States of America*

*Raymond P. Mooney, PA-C*
*October 24, 2007*

*Luzod Reporting Service, Inc.*
*The Ford Building*
*615 Griswold - Suite 815*
*Detroit, MI 48226*
*(313) 962-1176    FAX: (313) 962-7073*

Original File 38919.ASC, 116 Pages
Min-U-Script® File ID: 0525236347

**Word Index included with this Min-U-Script®**

[1] **Q:** Have there been any changes since the revision date
[2] that's reflected there?
[3] **A:** No, sir.
[4] **Q:** Okay. Going through your education, where did you
[5] go to high school?
[6] **A:** Chaminade High School.
[7] **Q:** And where is that located?
[8] **A:** Canoga Park, California.
[9] **Q:** And are you originally from California?
[10] **A:** No.
[11] **Q:** Where are you from?
[12] **A:** New York.
[13] **Q:** How did you end up going to high school in
[14] California?
[15] **A:** We moved from New York when I was small to
[16] California.
[17] **Q:** And you attended Chaminade University in Hawaii; is
[18] that correct?
[19] **A:** Yes.
[20] **Q:** Is that for a four-year degree?
[21] **A:** Yes.
[22] **Q:** And what was the subject matter there?
[23] **A:** Bachelor's of Science and Psychology.
[24] **Q:** Okay. Thereafter you went directly into the PA
[25] program; is that right?

Page 5

[1] **A:** Yes, I did.
[2] **Q:** And where was that?
[3] **A:** University of Detroit Mercy, which was in Mercy
[4] College, and that was in Detroit.
[5] **Q:** How long did the PA program take?
[6] **A:** 24 months.
[7] **Q:** Okay. And is that a degree awarding —
[8] **A:** That was a degree-awarding program.
[9] **Q:** And what degree did you receive?
[10] **A:** Bachelor's.
[11] **Q:** In physician's assistant?
[12] **A:** Yes.
[13] **Q:** Is that an accredited program?
[14] **A:** Yes.
[15] **Q:** At that time approximately how many PA programs
[16] were there in the United States, if you know?
[17] **A:** 26.
[18] **Q:** Was the profession still relatively recent then?
[19] **A:** Very.
[20] **Q:** And thereafter where did you go to work?
[21] **A:** I did what is called a preceptorship, which is the
[22] last six weeks of your two years, which at that
[23] time you would do with a family practitioner. His
[24] name was Amos Rawson and that was in Addison,
[25] Michigan. And I've stayed in that area in some

Page 6

[1] capacity since that time.
[2] **Q:** What is the typical length of a PA program?
[3] **A:** Twenty-four to 36 months now.
[4] **Q:** What education is required prior to entering a PA
[5] program?
[6] **A:** Now?
[7] **Q:** Yes.
[8] **A:** Okay. The vast majority will require a bachelor's.
[9] **Q:** Are there programs that do not require a
[10] bachelor's?
[11] **A:** I think there's still a few certificate programs
[12] that don't, but they are few and far between.
[13] **Q:** And then upon graduation from a PA program what's
[14] necessary to practice as a PA?
[15] **A:** You have to pass the certification examination,
[16] which is administered by the National Commission on
[17] the Certification of Physician Assistants.
[18] **Q:** And you are certified by the — is that the NCCPA?
[19] **A:** Yes.
[20] **Q:** What does that entail, the examination?
[21] **A:** Now or then?
[22] **Q:** Give me then and then we'll go to now.
[23] **A:** All right. Then it was a two-day test. First day
[24] was didactic, clinical — I mean just answering
[25] questions, and the second one was they would test

Page 7

[1] your clinical skills on performing a history and
[2] physical examination on a patient in a hospital.
[3] **Q:** Okay. And what is involved now?
[4] **A:** Now it's just like most other professions. I think
[5] you have your card and you go to a computer center
[6] and you go and you take your test.
[7] **Q:** And what does the test involve?
[8] **A:** The test involves questions about your general
[9] knowledge of medicine, multiple choice.
[10] **Q:** And are you a member of the AAPA?
[11] **A:** Yes, I am.
[12] **Q:** And what is the AAPA?
[13] **A:** It's American Academy of Physician Assistants.
[14] **Q:** And how long have you been a member of that?
[15] **A:** Since a student.
[16] **Q:** Any other professional bodies that you're a member
[17] of?
[18] **A:** The Michigan Academy of Physician Assistants.
[19] **Q:** Is that a subgroup of the AAPA?
[20] **A:** No. It's a state chapter, yeah.
[21] **Q:** Okay. And anything else?
[22] **A:** No, not that I can think of.
[23] **Q:** Where are you in a work chronologically for your
[24] employment starting today?
[25] **A:** Do you want to go backwards?

Page 8

[1] position to assess the acuity of
[2] patient problems seen in a particular
[3] setting. The supervising physician is
[4] able to plan for PA utilization in a
[5] manner that is consistent with the PA's
[6] ability, the physician's delegatory
[7] style and the needs of the patients
[8] seen in the practice."
[9]   Do you agree with that statement?
[10]   A: As far as its intent.
[11]   Q: And can you explain your answer.
[12]   A: Sure. I mean, I think when we talk about physician
[13] assistant scope of practice I am assuming to a
[14] certain degree, because I don't really get into
[15] politics, that this was a document that went before
[16] our various committees in the AAPA and was refined
[17] and said this is how we envision things to be done,
[18] okay. So when I say ideally that would be true.
[19] Is everything in here something that happens
[20] consistently on a daily basis in every practice
[21] setting, no.
[22]   Q: But is that something you agree with as a policy of
[23] the profession?
[24]   A: Definitely.
[25]   Q: I'm going to invite your attention now to the next

Page 53

[1] page where in the AAPA Issue Brief they say,
[2] beginning at the top, I'm going to invite your
[3] attention to the left:
[4]   "The AMA", the American Medical
[5] Association, recognized these concepts
[6] from its 1995 House of Delegates
[7] adopted the following guidelines for
[8] physician/physician assistant practice."
[9]   And the first bullet is:
[10]   "The physician significance is
[11] responsible for managing the health care
[12] of patients in all practice settings."
[13]   Do you agree with that?
[14]   A: Yes.
[15]   Q: The second bullet is:
[16]   "Health care services delivered
[17] by physicians and physician assistants
[18] must be within the scope of each
[19] practitioner's authorized practice as
[20] defined by state law."
[21]   Do you agree with that?
[22]   A: Yes.
[23]   Q: The next bullet:
[24]   "The physician is ultimately
[25] responsible for coordinating and managing

Page 54

[1] the care of patients and with the
[2] appropriate input of the physician
[3] assistant, ensuring the quality of health
[4] care provided to patients."
[5]   Do you agree with that?
[6]   A: Yes.
[7]   Q: The next bullet:
[8]   "The physician is responsible
[9] for the supervision of the physician
[10] assistant in all settings."
[11]   Do you agree with that?
[12]   A: Not as written.
[13]   Q: So you take issue with the AMA's policy that's
[14] reproduced here by the AAPA?
[15]   A: Sure.
[16]   Q: Okay. Well, explain your answer, please.
[17]   A: I would be ultimately responsible.
[18]   Q: So you would have wordsmithed it a bit?
[19]   A: Exactly.
[20]   Q: And by that is that because in certain practices
[21] the physician is available by telephone or is not
[22] on-site?
[23]   A: No. It's more from the point of view of the
[24] physician/PA relationship, including nurses and
[25] respiratory therapists and whomever is a team

Page 55

[1] concept.
[2]   The physician is the captain of the
[3] team. He's the one ultimately responsible. The
[4] respiratory tech is still responsible for what he
[5] or she does or doesn't do, as does the PA. That's
[6] why I would put in "ultimately."
[7]   Q: Okay. The next bullet is —
[8]   "The role of the physician
[9] assistant in the delivery of care should
[10] be defined through mutually agreed upon
[11] guidelines that are developed by the
[12] physician and the physician assistant
[13] and based on the physician's delegatory
[14] style."
[15]   Do you agree with that?
[16]   A: Yes, sir.
[17]   Q: And I'll skip down. I'll read one more of these.
[18] Skip the next one. Do you see the next bullet
[19] there that starts with:
[20]   "The extent of the involvement
[21] by the physician assistant in the
[22] assessment and implementation of
[23] treatment will depend on the complexity
[24] and acuity of the patient's condition
[25] and the training and experience and

Page 56

[1] preparation of the physician assistant
[2] as adjudged by the physician."
[3]   A: I don't understand that one.
[4]   Q: Okay. Fair enough.
[5]   A: Because I don't know how you can know the extent of
[6] your involvement until you've already got into
[7] evaluating the patient.
[8]   MS. COCHRUN: All this was written
[9] by a bunch of doctors. What do they know?
[10]        BY MR. DOYLE:
[11]   Q: I think I'm going to invite your attention now to
[12] the conclusion section. I think you've used some
[13] of these exact words, but I'm going to jump down to
[14] the center paragraph under "Conclusion."
[15]    Do you see where I am? I'm going to
[16] read.
[17]    "What has not changed is the
[18] PA profession's commitment to team
[19] practice with the physician as the
[20] captain of the team."
[21]    I take it you agree with that?
[22]   A: One hundred and fifty percent.
[23]   Q: Would you agree with me that a PA is not
[24] professionally qualified to determine whether or
[25] not a physician has met the standard of care?

Page 57

[1]   A: Please hold that thought while I use the restroom.
[2]   Q: Sure.
[3]   A: Because it's not a real important question.
[4]   Q: Why don't you answer it.
[5]   A: Because it's going to be kind of a complicated
[6] answer. That's the only reason, okay.
[7]    All right. Thank you. I appreciate
[8] it.
[9]   (A brief recess was held.)
[10]        BY MR. DOYLE:
[11]   Q: Mr. Mooney, do you agree that a physician assistant
[12] is not professionally qualified to determine
[13] whether or not a physician has met the standard of
[14] care?
[15]   MS. COCHRUN: Object to form.
[16]   A: As phrased, yes.
[17]        BY MR. DOYLE:
[18]   Q: And you can explain your answer if you wish.
[19]   A: No, that's okay.
[20]   Q: And do you agree that a physician assistant is not
[21] professionally qualified to determine whether a
[22] nurse practitioner has met the standard of care?
[23]   A: As stated, yes.
[24]   Q: And you'd agree with me that a physician
[25] assistant's standard of care is determined by

Page 58

[1] reference to the duties that his supervising
[2] physician delegates to him, wouldn't you?
[3]   A: Say that one more time.
[4]   Q: Okay. Do you agree that a physician assistant's
[5] standard of care is determined by reference to the
[6] duties that are delegated to the physician
[7] assistant by the physician?
[8]   A: No.
[9]   Q: Okay. A physician delegates certain duties and
[10] responsibilities to the physician assistant; isn't
[11] that correct?
[12]   A: Yes.
[13]   Q: That's the nature of the profession, isn't it, the
[14] physician assistant profession?
[15]   A: It is a role, but I wouldn't expect you to know
[16] this. It's based more on a team concept. Equal
[17] partners trying to accomplish the same purpose. So
[18] it's not like the captain telling the sergeant, you
[19] know, make sure that you get this done today. So I
[20] think your emphasis is wrong.
[21]   Q: Well, the tasks that a PA is permitted to do by the
[22] supervising physician have a standard of care;
[23] right?
[24]   A: Yes.
[25]   Q: And, if the physician performed those tasks or if

Page 59

[1] the PA performed those tasks, it's the same
[2] standard of care, isn't it?
[3]   A: Exactly.
[4]   Q: There is no difference in the standard of care, is
[5] there?
[6]   A: That's correct.
[7]   Q: And your standard of care then is determined by
[8] reference to the delegated task?
[9]   A: That's why I'm getting confused.
[10]   Q: Okay. You don't like that word. Your standard of
[11] care is determined by the activity that you
[12] undertake as permitted by your supervising
[13] physician?
[14]   A: No. Let me paraphrase it and you tell me if we're
[15] saying the same thing, okay. If you're the doc and
[16] you suture a laceration and I'm the PA and I suture
[17] a laceration, the laceration must be sutured to the
[18] same standard whether you do it or I do it. That's
[19] what I — and I don't think that's what you're
[20] saying.
[21]   Q: That is what I'm saying.
[22]   A: Okay. Then we agree.
[23]   Q: Okay. There's not an independent PA standard of
[24] care, is there?
[25]   A: No, sir, there isn't.

Page 60