# DEFENDANT'S EXHIBIT 2



**Raymond P. Mooney, PA-C**
(517) 780-3677 (voice mail)
<u>*Revised 11/06/06*</u>

**Education:**  **University of Chaminade**                                            Honolulu, HI
                        Bachelor of Science - Psychology                                   1969 - 1973

                        **University of Detroit-Mercy**                                       Detroit, MI
                        Bachelor of Science - Physician Assistant                      1973 - 1975

**Clinical Positions:**

**Addison Medical Center**                                                                Addison, MI
Physician Assistant - Family Practice                                             1975-1979
Employed by a solo family practitioner in a rural area of Michigan. Office was located in a twenty-four bed community hospital. Responsible for all areas of patient management in the office, emergency room and hospital. Duties consisted of performing complete histories and physical examinations, first assisting in the surgical suite, dictation of discharge summaries, patient rounds, writing progress notes, ordering consultations and the prescribing of appropriate treatment.

**Rose City Family Practice**                                                            Jackson, MI
Physician Assistant - Family Practice                                             1979-2001
Employed by a multi-physician family practice. Responsibilities were divided between two offices, one in Jackson and the other in Addison, MI. Duties included management of patients from infancy to geriatrics including complete histories and physical examinations, minor office surgeries, colposcopies and cardiac stress testing.

**Addison Medical Associates**                                                      Addison, MI
Physician Assistant - Emergency Medicine                                   1987-1991
Employed part-time in the evenings and weekends providing coverage as an independent contractor hired to staff the Addison Community Hospital Emergency Room and Urgent Care Center, also provided first call for the Emergency Room from home between 9:00 pm and 6:00 am. Responsible for the evaluation and management of all patients presenting for treatment as well as preliminary interpretation of X-rays, electrocardiograms, laboratory tests and the evaluation and stabilization of trauma patients, patients in cardiopulmonary arrest and other life threatening events pending physician arrival. Coordinated patient transport by Life Flight Helicopter to referral centers.

**MediStation of Jackson**                                                                Jackson, MI
Physician Assistant - Urgent Care Medicine                                  1988-1997
Employed part time in the evenings in an urgent care center. Responsible for the evaluation and management of patients presenting for treatment of minor and emergent conditions.

**Emergency Medical Consultants**                                                Jackson, MI
Physician Assistant - Emergency Medicine                                   1997-Present

Raymond P. Mooney, PA-C                                                                 Page 2

        Employed part-time as an independent contractor to staff the Emergency Room/Urgent Care Clinic at Dwane Waters Hospital of the Southern Michigan Prison. Responsible for the evaluation and management of prisoners presenting for emergent as well as minor illnesses including trauma, cardiac events, respiratory distress, AIDS related illnesses, diabetes, etc. Also responsible for the triage of calls from the remaining facilities in the Michigan prison system to determine the urgent nature of the inmates complaint and its appropriate disposition.

        **Cole Family Practice**                                                    Brooklyn, MI
        **Physician Assistant - Family Practice**                       2000-Present
        Employed by a solo family practice physician. Duties include performing complete histories and physical examinations, management of patients from infancy to geriatrics and minor office surgeries

**Hospital Affiliations:**

- Addison Community Hospital 1975-1991
- Thorn Community Hospial 1980-1982
- Doctors Hospital of Jackson 1987-2003
- Dwane Waters Hospital 1997-Present

**Professional Affiliations:**

- American Academy of Physician Assistants.
- Michigan Academy of Physician Assistants.
- Alliliate Member American Academy of Physicians.

**Credentials:**
- Licensed Physician Assistant - State of Michigan
- DEA Registration
- ACSL Certified
- Board Certified by the National Commission on the Certification of Physician Assistants.

**Continuing Medical Education:**

- Maintain continuing medical education requirements for current certification with the National Commission on the Certification of Physician Assistants.