# DEFENDANT'S EXHIBIT 3

ASSOCIATED COURT REPORTERS, LLC
(205) 251-4227 / FAX (205) 251-4224

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

JOHN COGGIN,                )
                            )
        PLAINTIFF,          )
                            )
VS.                         )   CIVIL ACTION NO.:
                            )   2:05-cv-1214-MEF
                            )
UNITED STATES OF AMERICA,   )
                            )
        DEFENDANT.          )

DEPOSITION OF OSCAR RODRIGUEZ, PA

The Deposition of OSCAR RODRIGUEZ, PA, was taken before Kathy Colburn, CSR., on Friday, July 20, 2007, at the Office of U. S. Attorney, 131 Clayton Street, Montgomery, Alabama, commencing at 10:20 a.m., pursuant to the stipulations set forth herein:

301 Title Building/ 300 21st Street North
Birmingham, Alabama  35203

ASSOCIATED COURT REPORTERS, LLC
(205) 251-4227 / FAX (205) 251-4224

Page 6

1  years prior.
2  Q    Okay. Let's do this: You are a
3  physician's assistant?
4  A    Uh-huh (in the affirmative).
5  Q    Is that a yes?
6  A    Yes. I'm sorry.
7  Q    And tell me what your educational
8  background is.
9  A    I have a doctor's degree in
10 medicine.
11 Q    From what facility?
12 A    I'm a graduate of the University of
13 the Dominican Republic. It has a Spanish
14 name.
15 Q    Okay. What's the name of it, if you
16 can spell it?
17 A    It's called Pontificia Universidad
18 Catolica Madre Y Maestra. Translation is
19 Catholic University of Mother and Teacher and
20 has the pontific. And that's the highest
21 recognition that the Vatican can give a
22 Catholic -- when you become a pontifex
23 you're --
24 Q    You're at the top?
25 A    Yeah.

Page 7

1  Q    Okay. Got you.
2       What year did you graduate from that
3  facility?
4  A    1991.
5  Q    How many years did attend there?
6  A    Six years.
7  Q    All right. Prior to attending that
8  facility, where were you doing your
9  schooling?
10 A    I studied in New York. I went to a
11 high school, Thomas Alva Edison Vocational
12 and Technical High School in Jamaica, Queens.
13 Q    All right. Why don't we do this:
14 Where were you born, Mr. Rodriguez?
15 A    I was born in Santiago, Dominican
16 Republic.
17 Q    Okay. Where did you grow up?
18 A    I grew up in Queens, New York.
19 Q    How old were you when you got in the
20 United States?
21 A    I got here, I was six months old.
22 Q    All right. So did you graduate, I
23 mean, go through the New York school system,
24 graduate high school from Edison?
25 A    Yes.

Page 8

1  Q    And did you immediately go down to
2  the Dominican Republic or did you work for
3  some period of time?
4  A    No. I went straight to the
5  Dominican Republic.
6  Q    All right. Did you apply for any
7  medical schools stateside?
8  A    No.
9  Q    Okay. So you went directly down
10 there. And it's a six year program; is that
11 correct?
12 A    Yes.
13 Q    Unlike here in the United States
14 where you do four years and then you go to
15 medical school, it's just a six year
16 circumstance?
17 A    Yes.
18 Q    And is it for a medical doctor or
19 are there other things you're studying?
20 A    It's for medical doctors.
21 Q    Okay.
22 A    It's a Harvard program.
23 Q    A Harvard program. Tell me what you
24 mean by that.
25 A    I don't know.

Page 9

1  Q    Okay.
2  A    It's a curriculum. It was a
3  curriculum that Harvard implemented to do,
4  and it was a way of -- it was an approach to
5  teaching medicine. And then Harvard did it
6  and so did the Dominican Republic.
7  Q    So at some point somebody came up
8  with the idea of a six year medical school
9  instead of four and four?
10 A    Right.
11 Q    You think it came from Harvard, they
12 had some kind of program where they tried
13 that?
14 A    Yeah. We had Harvard teachers come
15 in.
16 Q    All right. And this facility kept
17 that six year program going; is that correct?
18 A    Yes.
19 Q    All right. And you graduated in
20 1991?
21 A    '91.
22 Q    All right. And did you go through
23 six years straight?
24 A    Yes.
25 Q    Okay. And do you hold a medical

301 Title Building/ 300 21st Street North
Birmingham, Alabama   35203

ASSOCIATED COURT REPORTERS, LLC
(205) 251-4227 / FAX (205) 251-4224

Page 10

1   license from any authority?
2   A    I have a license in the Dominican
3   Republic.
4   Q    So you could go there today and
5   practice medicine in the Dominican Republic?
6   A    Yes.
7   Q    All right. You didn't have to get
8   re-licensed or anything since '91?
9   A    No.
10  Q    Did you have to take any kind of
11  boards in the Dominican Republic, you know
12  what I'm saying, any board exams?
13  A    Yeah. No, you don't.
14  Q    You just can graduate from medical
15  school and begin practicing down in the
16  Dominican Republic; is that correct?
17  A    Yes.
18  Q    All right.
19  A    If you can graduate.
20  Q    If you can graduate.
21       You understand here, during medical
22  school and even during residency, there's a
23  series of boards in this country that you
24  have to take in order to even get a
25  physician's license?

Page 11

1   A    True.
2   Q    Is that correct?
3   A    Yes.
4   Q    All right. But down there that's
5   not a requirement?
6   A    No.
7   Q    Okay. Have you taken any exams of
8   that sort like we do in the United States, to
9   be boarded here in this country?
10  A    No.
11  Q    Okay. So you've taken no medical
12  boards at all?
13  A    No.
14  Q    Okay. Do you hold any license to
15  practice medicine in the United States or any
16  of its territories?
17  A    No.
18  Q    Do you hold any sort of physician's
19  assistant's license?
20  A    No.
21  Q    Have you ever taken any kind of exam
22  or applied to have a physician's assistant's
23  license outside the prison system?
24  A    No.
25  Q    Why not?

Page 12

1   A    Not necessary.
2   Q    Have you ever worked in any kind of
3   health profession position outside of the
4   prison system?
5   A    No.
6   Q    If you decided to depart from the
7   federal prison system, could you practice as
8   a PA in the State of Alabama?
9   A    Can you repeat the question?
10  Q    Sure. If you decided to leave the
11  federal prison system, could you practice as
12  a PA in the State of Alabama?
13  A    No.
14  Q    Why not?
15  A    The State of Alabama doesn't
16  recognize our -- you would have to pass the
17  PA board.
18  Q    Okay. You would have to go on and
19  take their exams, correct?
20  A    Yes, ma'am.
21  Q    All right. With the degree you
22  receive from the facility in the Dominican
23  Republic, were you eligible to take any of
24  the medical boards to be licensed in the
25  United States?

Page 13

1   A    Yes.
2   Q    All right. Did you?
3   A    No.
4   Q    Why not?
5   A    I got a good offer from the
6   government.
7   Q    Okay. If you decided to use your
8   medical degree here in the United States,
9   what would you have to undertake to do?
10  A    I just have to board.
11  Q    Have to do the three boards?
12  A    The three boards.
13  Q    Would you have to, at this point in
14  your career, do any additional training or do
15  any additional clinical circumstances in
16  order to take the boards?
17  A    No.
18  Q    Okay. When you graduated from the
19  facility in the Dominican Republic, did you
20  have a general medical degree or did you
21  specialize in anything?
22  A    No.
23  Q    Just general?
24  A    (Witness indicated by nodding head
25  affirmatively.)

4 (Pages 10 to 13)

301 Title Building/ 300 21st Street North
Birmingham, Alabama  35203

ASSOCIATED COURT REPORTERS, LLC
(205) 251-4227 / FAX (205) 251-4224

Page 14

```
 1   Q    Am I correct that you hold no
 2   medical licenses, be it PA, nursing, or
 3   physician, in the United States?
 4   A    Correct.
 5   Q    Did you do any form of internship or
 6   residency at all?
 7   A    I did an internship, one year.
 8   Q    Where was that?
 9   A    In the Dominican Republic.
10   Q    Was that after your six years of
11   curricular studies?
12   A    It's part of -- it's your sixth
13   year.
14   Q    Okay. So five years book work, one
15   year internship?
16   A    Right.
17   Q    And what kind of internship did you
18   do and where?
19   A    I did it -- well, at the hospital.
20   Q    Okay.
21   A    Would you like the name of the
22   hospital?
23   Q    Sure. Well, that's okay. But it
24   was a facility associated with the Catholic
25   university down there?
```

Page 15

```
 1   A    Right. It was the regional hospital
 2   for the whole country.
 3   Q    All right. So the Dominican
 4   Republic is not that big, but --
 5   A    No.
 6   Q    But, I mean, it was the medical
 7   center there, right?
 8   A    Yes.
 9   Q    Okay. And it was the medical center
10   affiliated with that university?
11   A    Right.
12   Q    Okay. And did you just work on the
13   wards the whole time or did you have book
14   learning that same year?
15   A    The system that we use for training
16   is a system where you do theory and practice
17   at the same time.
18   Q    Okay.
19   A    That's why it's different than the
20   traditional system where you train a doctor
21   by feeding him pounds of books, and then one
22   day five years later you show him a patient.
23        We say this is a cup, we treat
24   a cup. When we work on the eyes, we're
25   already seeing patients with eyes.
```

Page 16

```
 1   Q    Okay. Did you -- but are you
 2   required to do any course work like hard
 3   science, you know, such as biology, and
 4   physiology, and chemistry, and those things,
 5   in that college?
 6   A    Yes.
 7   Q    But it's integrated in the first
 8   year?
 9   A    It's all integrated.
10   Q    Okay. So as of '91, you stayed down
11   there for the six years for the training; is
12   that correct?
13   A    Yes, ma'am.
14   Q    All right. You came back to this
15   country in '91?
16   A    I came back in -- yeah, '91.
17   Q    All right. Tell me what you did
18   after that.
19   A    That summer I came -- well, I got to
20   New York. And I went to work at the North
21   Central Bronx Hospital. I was doing
22   lobotomy.
23   Q    Drawing blood?
24   A    Yes.
25   Q    So you worked as a lab tech?
```

Page 17

```
 1   A    Yeah.
 2   Q    Okay. How long did you do that?
 3   A    For about seven or eight -- I think
 4   nine or ten months while I was waiting for
 5   the government to process my paperwork.
 6   Q    All right. Had you already been
 7   hired by BOP?
 8   A    They were already talking to me. I
 9   was getting my credentials evaluated and so I
10   had them done in some place in Milwaukee, I
11   believe.
12        And they presented -- they evaluated
13   my credentials and stated that they were the
14   same as any doctor in America, and that I was
15   eligible to board. And then the bureau takes
16   that and puts you to work.
17   Q    All right. Well, let me ask you
18   this: Who said that you had the same
19   training as any other doctor in this country?
20   A    It's a company that does credential
21   evaluations.
22   Q    Do you pay them to get your
23   credentials in order for the government?
24   A    Yeah. You pay like $30.00 and they
25   will -- you submit all of your paperwork and
```