IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN COGGIN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|       v. | ) CIVIL ACTION NO.: **2:05-CV-1214-MEF** |
| | ) |
| UNITED STATES, | ) |
| | ) |
|     Defendant. | ) |

## UNITED STATES' EXHIBIT LIST

**Defendant's Exhibit 1** - Dr. Phillip D. Smith Report

**Defendant's Exhibit 2** - Dr. Joseph E. Paris Report

**Defendant's Exhibit 3** - Raymond P. Mooney's Deposition (Excerpts)

**Defendant's Exhibit 4** - Oscar Rodriguez's Deposition (Excerpts)

**Defendant's Exhibit 5** - BOP Health Services Manual, Chapter I, Page 8

**Defendant's Exhibit 6** - AAPA Publication, International PA Development