# DEFENDANT'S
# EXHIBIT 3

## In The Matter Of:

*John Coggin  v.*
*United States of America*

---

*Raymond P. Mooney, PA-C*
*October 24, 2007*

---

*Luzod Reporting Service, Inc.*
*The Ford Building*
*615 Griswold - Suite 815*
*Detroit, MI  48226*
*(313) 962-1176    FAX: (313) 962-7073*

Original File 38919.ASC, 116 Pages
Min-U-Script® File ID: 0525236347

## Word Index included with this Min-U-Script®

[1]  Q: Have there been any changes since the revision date
[2] that's reflected there?
[3]  A: No, sir.
[4]  Q: Okay. Going through your education, where did you
[5] go to high school?
[6]  A: Chaminade High School.
[7]  Q: And where is that located?
[8]  A: Canoga Park, California.
[9]  Q: And are you originally from California?
[10]  A: No.
[11]  Q: Where are you from?
[12]  A: New York.
[13]  Q: How did you end up going to high school in
[14] California?
[15]  A: We moved from New York when I was small to
[16] California.
[17]  Q: And you attended Chaminade University in Hawaii; is
[18] that correct?
[19]  A: Yes.
[20]  Q: Is that for a four-year degree?
[21]  A: Yes.
[22]  Q: And what was the subject matter there?
[23]  A: Bachelor's of Science and Psychology.
[24]  Q: Okay. Thereafter you went directly into the PA
[25] program; is that right?

[1]  A: Yes, I did.
[2]  Q: And where was that?
[3]  A: University of Detroit Mercy, which was in Mercy
[4] College, and that was in Detroit.
[5]  Q: How long did the PA program take?
[6]  A: 24 months.
[7]  Q: Okay. And is that a degree awarding —
[8]  A: That was a degree-awarding program.
[9]  Q: And what degree did you receive?
[10]  A: Bachelor's.
[11]  Q: In physician's assistant?
[12]  A: Yes.
[13]  Q: Is that an accredited program?
[14]  A: Yes.
[15]  Q: At that time approximately how many PA programs
[16] were there in the United States, if you know?
[17]  A: 26.
[18]  Q: Was the profession still relatively recent then?
[19]  A: Very.
[20]  Q: And thereafter where did you go to work?
[21]  A: I did what is called a preceptorship, which is the
[22] last six weeks of your two years, which at that
[23] time you would do with a family practitioner. His
[24] name was Amos Rawson and that was in Addison,
[25] Michigan. And I've stayed in that area in some

[1] capacity since that time.
[2]  Q: What is the typical length of a PA program?
[3]  A: Twenty-four to 36 months now.
[4]  Q: What education is required prior to entering a PA
[5] program?
[6]  A: Now?
[7]  Q: Yes.
[8]  A: Okay. The vast majority will require a bachelor's.
[9]  Q: Are there programs that do not require a
[10] bachelor's?
[11]  A: I think there's still a few certificate programs
[12] that don't, but they are few and far between.
[13]  Q: And then upon graduation from a PA program what's
[14] necessary to practice as a PA?
[15]  A: You have to pass the certification examination,
[16] which is administered by the National Commission on
[17] the Certification of Physician Assistants.
[18]  Q: And you are certified by the — is that the NCCPA?
[19]  A: Yes.
[20]  Q: What does that entail, the examination?
[21]  A: Now or then?
[22]  Q: Give me then and then we'll go to now.
[23]  A: All right. Then it was a two-day test. First day
[24] was didactic, clinical — I mean just answering
[25] questions, and the second one was they would test

[1] your clinical skills on performing a history and
[2] physical examination on a patient in a hospital.
[3]  Q: Okay. And what is involved now?
[4]  A: Now it's just like most other professions. I think
[5] you have your card and you go to a computer center
[6] and you go and you take your test.
[7]  Q: And what does the test involve?
[8]  A: The test involves questions about your general
[9] knowledge of medicine, multiple choice.
[10]  Q: And are you a member of the AAPA?
[11]  A: Yes, I am.
[12]  Q: And what is the AAPA?
[13]  A: It's American Academy of Physician Assistants.
[14]  Q: And how long have you been a member of that?
[15]  A: Since a student.
[16]  Q: Any other professional bodies that you're a member
[17] of?
[18]  A: The Michigan Academy of Physician Assistants.
[19]  Q: Is that a subgroup of the AAPA?
[20]  A: No. It's a state chapter, yeah.
[21]  Q: Okay. And anything else?
[22]  A: No, not that I can think of.
[23]  Q: Where are you in a work chronologically for your
[24] employment starting today?
[25]  A: Do you want to go backwards?

[1] preparation of the physician assistant
[2] as adjudged by the physician.
[3]    A: I don't understand that one.
[4]    Q: Okay. Fair enough.
[5]    A: Because I don't know how you can know the extent of
[6] your involvement until you've already got into
[7] evaluating the patient.
[8]    MS. COCHRUN: All this was written
[9] by a bunch of doctors. What do they know?
[10]          BY MR. DOYLE:
[11]    Q: I think I'm going to invite your attention now to
[12] the conclusion section. I think you've used some
[13] of these exact words, but I'm going to jump down to
[14] the center paragraph under "Conclusion."
[15]    Do you see where I am? I'm going to
[16] read.
[17]    "What has not changed is the
[18] PA profession's commitment to team
[19] practice with the physician as the
[20] captain of the team."
[21]    I take it you agree with that?
[22]    A: One hundred and fifty percent.
[23]    Q: Would you agree with me that a PA is not
[24] professionally qualified to determine whether or
[25] not a physician has met the standard of care?

Page 57

[1]    A: Please hold that thought while I use the restroom.
[2]    Q: Sure.
[3]    A: Because it's not a real important question.
[4]    Q: Why don't you answer it.
[5]    A: Because it's going to be kind of a complicated
[6] answer. That's the only reason, okay.
[7]    All right. Thank you. I appreciate
[8] it.
[9]    (A brief recess was held.)
[10]          BY MR. DOYLE:
[11]    Q: Mr. Mooney, do you agree that a physician assistant
[12] is not professionally qualified to determine
[13] whether or not a physician has met the standard of
[14] care?
[15]    MS. COCHRUN: Object to form.
[16]    A: As phrased, yes.
[17]          BY MR. DOYLE:
[18]    Q: And you can explain your answer if you wish.
[19]    A: No, that's okay.
[20]    Q: And do you agree that a physician assistant is not
[21] professionally qualified to determine whether a
[22] nurse practitioner has met the standard of care?
[23]    A: As stated, yes.
[24]    Q: And you'd agree with me that a physician
[25] assistant's standard of care is determined by

Page 58

[1] reference to the duties that his supervising
[2] physician delegates to him, wouldn't you?
[3]    A: Say that one more time.
[4]    Q: Okay. Do you agree that a physician assistant's
[5] standard of care is determined by reference to the
[6] duties that are delegated to the physician
[7] assistant by the physician?
[8]    A: No.
[9]    Q: Okay. A physician delegates certain duties and
[10] responsibilities to the physician assistant; isn't
[11] that correct?
[12]    A: Yes.
[13]    Q: That's the nature of the profession, isn't it, the
[14] physician assistant profession?
[15]    A: It is a role, but I wouldn't expect you to know
[16] this. It's based more on a team concept. Equal
[17] partners trying to accomplish the same purpose. So
[18] it's not like the captain telling the sergeant, you
[19] know, make sure that you get this done today. So I
[20] think your emphasis is wrong.
[21]    Q: Well, the tasks that a PA is permitted to do by the
[22] supervising physician have a standard of care;
[23] right?
[24]    A: Yes.
[25]    Q: And, if the physician performed those tasks or if

Page 59

[1] the PA performed those tasks, it's the same
[2] standard of care, isn't it?
[3]    A: Exactly.
[4]    Q: There is no difference in the standard of care, is
[5] there?
[6]    A: That's correct.
[7]    Q: And your standard of care then is determined by
[8] reference to the delegated task?
[9]    A: That's why I'm getting confused.
[10]    Q: Okay. You don't like that word. Your standard of
[11] care is determined by the activity that you
[12] undertake as permitted by your supervising
[13] physician?
[14]    A: No. Let me paraphrase it and you tell me if we're
[15] saying the same thing, okay. If you're the doc and
[16] you suture a laceration and I'm the PA and I suture
[17] a laceration, the laceration must be sutured to the
[18] same standard whether you do it or I do it. That's
[19] what I — and I don't think that's what you're
[20] saying.
[21]    Q: That is what I'm saying.
[22]    A: Okay. Then we agree.
[23]    Q: Okay. There's not an independent PA standard of
[24] care, is there?
[25]    A: No, sir, there isn't.

Page 60