# DEFENDANT'S EXHIBIT 4

ASSOCIATED COURT REPORTERS, LLC
(205) 251-4227 / FAX (205) 251-4224

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

JOHN COGGIN,                )
                            )
        PLAINTIFF,          )
                            )
VS.                         )   CIVIL ACTION NO.:
                            )   2:05-cv-1214-MEF
                            )
UNITED STATES OF AMERICA,   )
                            )
        DEFENDANT.          )

DEPOSITION OF OSCAR RODRIGUEZ, PA

The Deposition of OSCAR RODRIGUEZ, PA, was taken before Kathy Colburn, CSR., on Friday, July 20, 2007, at the Office of U. S. Attorney, 131 Clayton Street, Montgomery, Alabama, commencing at 10:20 a.m., pursuant to the stipulations set forth herein:

301 Title Building/ 300 21st Street North
Birmingham, Alabama  35203

ASSOCIATED COURT REPORTERS, LLC
(205) 251-4227 / FAX (205) 251-4224

Page 6

```
 1  years prior.
 2  Q    Okay. Let's do this: You are a
 3  physician's assistant?
 4  A    Uh-huh (in the affirmative).
 5  Q    Is that a yes?
 6  A    Yes. I'm sorry.
 7  Q    And tell me what your educational
 8  background is.
 9  A    I have a doctor's degree in
10  medicine.
11  Q    From what facility?
12  A    I'm a graduate of the University of
13  the Dominican Republic. It has a Spanish
14  name.
15  Q    Okay. What's the name of it, if you
16  can spell it?
17  A    It's called Pontificia Universidad
18  Catolica Madre Y Maestra. Translation is
19  Catholic University of Mother and Teacher and
20  has the pontific. And that's the highest
21  recognition that the Vatican can give a
22  Catholic -- when you become a pontifex
23  you're --
24  Q    You're at the top?
25  A    Yeah.
```

Page 7

```
 1  Q    Okay. Got you.
 2       What year did you graduate from that
 3  facility?
 4  A    1991.
 5  Q    How many years did attend there?
 6  A    Six years.
 7  Q    All right. Prior to attending that
 8  facility, where were you doing your
 9  schooling?
10  A    I studied in New York. I went to a
11  high school, Thomas Alva Edison Vocational
12  and Technical High School in Jamaica, Queens.
13  Q    All right. Why don't we do this:
14  Where were you born, Mr. Rodriguez?
15  A    I was born in Santiago, Dominican
16  Republic.
17  Q    Okay. Where did you grow up?
18  A    I grew up in Queens, New York.
19  Q    How old were you when you got in the
20  United States?
21  A    I got here, I was six months old.
22  Q    All right. So did you graduate, I
23  mean, go through the New York school system,
24  graduate high school from Edison?
25  A    Yes.
```

Page 8

```
 1  Q    And did you immediately go down to
 2  the Dominican Republic or did you work for
 3  some period of time?
 4  A    No. I went straight to the
 5  Dominican Republic.
 6  Q    All right. Did you apply for any
 7  medical schools stateside?
 8  A    No.
 9  Q    Okay. So you went directly down
10  there. And it's a six year program; is that
11  correct?
12  A    Yes.
13  Q    Unlike here in the United States
14  where you do four years and then you go to
15  medical school, it's just a six year
16  circumstance?
17  A    Yes.
18  Q    And is it for a medical doctor or
19  are there other things you're studying?
20  A    It's for medical doctors.
21  Q    Okay.
22  A    It's a Harvard program.
23  Q    A Harvard program. Tell me what you
24  mean by that.
25  A    I don't know.
```

Page 9

```
 1  Q    Okay.
 2  A    It's a curriculum. It was a
 3  curriculum that Harvard implemented to do,
 4  and it was a way of -- it was an approach to
 5  teaching medicine. And then Harvard did it
 6  and so did the Dominican Republic.
 7  Q    So at some point somebody came up
 8  with the idea of a six year medical school
 9  instead of four and four?
10  A    Right.
11  Q    You think it came from Harvard, they
12  had some kind of program where they tried
13  that?
14  A    Yeah. We had Harvard teachers come
15  in.
16  Q    All right. And this facility kept
17  that six year program going; is that correct?
18  A    Yes.
19  Q    All right. And you graduated in
20  1991?
21  A    '91.
22  Q    All right. And did you go through
23  six years straight?
24  A    Yes.
25  Q    Okay. And do you hold a medical
```

301 Title Building/ 300 21st Street North
Birmingham, Alabama 35203