# DEFENDANT'S EXHIBIT 5

**U.S. Department of Justice**
Federal Bureau of Prisons

# Program Statement

**OPI:** HSD
**NUMBER:** 6000.05
**DATE:** September 15, 1996
**SUBJECT:** Health Services Manual

1. __PURPOSE AND SCOPE__.  To guide staff in the development and operation of Bureau health care programs.

PS 6000.04, the Health Services Manual, was published in December 1994.  Since that time, a number of changes to the Manual have become necessary.  This revised and updated Manual incorporates those changes.

2. __PROGRAM OBJECTIVES__.  The expected results of this program are:

   a. Necessary medical, dental, and mental health services will be provided to inmates by professional staff consistent with community standards.

   b. Administrative policies, procedures, and controls will be established, implemented, and reviewed annually.

   c. Competent, appropriately credentialed, and supervised staff will be employed.

   d. Lines of authority and accountability will be established to provide for appropriate personnel supervision.

   e. Inmate medical care will be delivered efficiently and cost effectively within the levels of care established by Bureau policy.

   f. Accurate and complete health records will be maintained to convey each patient's history, diagnosis, and treatment.

3. __DIRECTIVES AFFECTED__

   a. __Directive Rescinded__

   PS 6000.04   Health Services Manual (12/15/94)

    (2)    Were the billed services actually provided?

    (3)    Are the amounts billed correct within the terms of the contract; or, if there was no contract, are they commensurate with customary fees in the community?

Services rendered by outside vendors shall have the advance approval of the Contracting Officer or the Contracting Officer's Technical Representative (except in emergency admissions, which require notification).

    c.    <u>Assistant Health Services Administrator (AHSA)</u>.  As part of the management team, the AHSA is responsible for the day-to-day administrative operations of the HSU as assigned by the HSA.

    d.    <u>Supervisory Mid-Level Practitioner (SMLP)</u>.  As part of the management team, the SMLP is responsible for the day-to-day assignments of the MLP staff.  Additionally, the SMLP assists the supervising physician with the clinical evaluation of the MLPs.

    e.    <u>Mid-Level Practitioner (Physician Assistant-Certified/Nurse Practitioner/Physician Assistant-Non-Certified)</u>.  The cornerstone of the MLP concept is that the physician's time may better be used by delegating to MLPs those medical duties that the MLP is trained and has demonstrated competence to perform.  The physician retains ultimate responsibility for services MLPs provide.

The MLP may be responsible for the operation of medical, surgical, and neuropsychiatric wards, surgery, clinical laboratory, x-ray department, pharmacy, sick call, outpatient department, physical therapy, emergency medical and dental care, and additional duties, as outlined in the position description. The MLP, as are all Bureau employees, is subject to callback for emergency in accordance with local policy.

The MLP is under the HSA's administrative supervision, and under the clinical supervision of the CD or appropriate contract physician.  A template position description for Nurse Practitioners is available on BOPDOCS.

    f.    <u>Nursing Department</u>.  The nursing department is organized to meet the nursing care needs of its patients and to maintain and improve standards of nursing practice.  Department staff take all reasonable steps to provide quality nursing care and seek to maintain the optimal professional conduct and practices of nursing staff.  The institution's mission and size determine the complexity, numbers, and categories of nursing staff employed. The department may include nurse administrators, supervisory personnel, staff nurses, and licensed practical (vocational) nurses.