# DEFENDANT'S EXHIBIT 6

Case 2:05-cv-01214-MEF-SRW    Document 71-8    Filed 01/31/2008    Page 1 of 3

![AAPA - American Academy of Physician Assistants]

About AAPA & PAs  CME  Professional Issues  Clinical Issues  PA Licensing  Employment  Membership  Members Only

## International
International PA Development

## Practicing as a PA in the United States

Graduates of foreign medical schools frequently express interest in practicing as physician assistants when they come to the United States. However, having a medical degree, even from a U.S. medical school, does not qualify an individual to practice as a physician assistant (PA). Likewise, individuals from other countries who have been educated to provide health care, whether as "PAs" or as other kinds of health professionals, are not eligible to practice as PAs in the United States.

There are three requirements that must be met before a person can practice as a PA.

Anyone who wishes to enter the PA profession must graduate from a PA educational program in the United States that is accredited by the Accreditation Review Commission on Education for the Physician Assistant (ARC-PA). There are more than 130 accredited PA programs located throughout the United States. A complete list of these programs is available on the AAPA Web site. A growing number of foreign medical school graduates are enrolled in PA programs. These programs, which are typically 24-25 months in length, generally do not grant advanced standing to medical school graduates, nor do they amend their tightly structured curricula to suit individual students who may have prior training. Contact should be made directly with the programs to determine their admissions policy.

Graduates of accredited PA programs must then sit for and pass the Physician Assistant National Certification Examination, which is administered by the National Commission on Certification of Physician Assistants (NCCPA). Only accredited PA program graduates are allowed to take this examination. Graduation from a medical school does not make a person eligible for this examination.

The third requirement is a license to practice, which is granted by a state

medical or PA licensing board. Although each state handles licensure separately, the general prerequisites are the same: graduation from an accredited PA program and passage of the national certification examination. There are no exceptions. (In 1991, the state of Florida allowed some state residents who were foreign physicians to register for a state PA certification examination. This was only for a limited period of time and is no longer an option.)

### Education Information

Foreign trained graduates may apply to PA programs just as U.S. citizens do. The *PA Programs Directory* is the most useful resource to learn the prerequisites, length of programs, tuition fees, and other aspects of the programs. Some programs require certain coursework to have been completed in the United States. Others ask that applicants take the Test of English as a Foreign Language (TOEFL). These requirements, as well as detailed descriptions of each accredited program, are included in the directory. Subscribe to the directory by going to *www.paeaonline.org/applicantdirectory.html.*

To locate additional information about AAPA and the PA profession, use the Site Search feature at the top of this page. We welcome your comments and suggestions. E-mail us at aapa@aapa.org

©1998-2008, American Academy of Physician Assistants. All rights reserved.

American Academy of Physician Assistants
950 North Washington Street
Alexandria, Virginia
22314-1552
Phone:   703/836-2272
Fax:   703/684-1924
E-mail:   aapa@aapa.org

Last Revised: 7/26/06