# PLAINTIFF'S EXHIBIT 1

ASSOCIATED COURT REPORTERS, LLC
(205) 251-4227 / FAX (205) 251-4224

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

JOHN COGGIN,            )
                        )
        PLAINTIFF,      )
                        )
VS.                     )   CIVIL ACTION NO.:
                        )   2:05-cv-1214-MEF
                        )
UNITED STATES OF AMERICA,)
                        )
        DEFENDANT.      )

DEPOSITION OF OSCAR RODRIGUEZ, PA

The Deposition of OSCAR RODRIGUEZ, PA, was taken before Kathy Colburn, CSR., on Friday, July 20, 2007, at the Office of U. S. Attorney, 131 Clayton Street, Montgomery, Alabama, commencing at 10:20 a.m., pursuant to the stipulations set forth herein:

301 Title Building/ 300 21st Street North
Birmingham, Alabama  35203

ASSOCIATED COURT REPORTERS, LLC
(205) 251-4227 / FAX (205) 251-4224

Page 26

```
 1   BOP --
 2   A    Right.
 3   Q    -- where did you begin working?
 4   A    They offered me a job in Louisiana;
 5   Oakdale, Louisiana.
 6   Q    Okay. And you worked as a PA?
 7   A    A PA.
 8   Q    All right. And how many years were
 9   you in Oakdale?
10   A    Eight years.
11   Q    All right. And then where did you
12   go?
13   A    And then I moved here to Alabama. I
14   was transferred here to Maxwell Air Force
15   Base.
16   Q    Okay. And how is it that you got
17   transferred? Did you request it or --
18   A    I put my name, you know, you ask for
19   a transfer and then they select the place for
20   you.
21   Q    Why did you want to transfer?
22   A    I really don't know that. I just
23   did. You know, I got tired of the place.
24   Q    Okay.
25   A    Maybe the environment, maybe a new
```

Page 27

```
 1   thing.
 2   Q    Pardon?
 3   A    I wanted to try a new thing.
 4   Q    Are you married?
 5   A    Yes.
 6   Q    And do you have children?
 7   A    Yes.
 8   Q    How old are your kids?
 9   A    I have a twelve year old and a seven
10   year old. Girls.
11   Q    What year did you start then here at
12   Maxwell?
13   A    '99. Actually, November of 1999.
14   Q    Okay. And have you held the
15   position of PA the whole time you've been at
16   Maxwell?
17   A    Yes, ma'am.
18   Q    Still there, right?
19   A    Yes.
20   Q    Okay. When you get the clinical
21   director circumstance, you get your boards
22   done and all that, will you stay at Maxwell
23   or will you probably be transferred out?
24   A    I really don't know.
25   Q    Okay. Have you worked in any health
```

Page 28

```
 1   care position at all since coming back to the
 2   United States outside the Bureau of Prisons
 3   system?
 4   A    No.
 5   Q    Okay. Always been in BOP from day
 6   one?
 7   A    Right.
 8   Q    Okay. Other than that little stint
 9   lobotomizing people up in New York?
10   A    For a year, right.
11   Q    Okay. Have you had any change
12   in grade or position while you've been at
13   Maxwell?
14   A    No.
15   Q    How many PAs do they have out at
16   Maxwell?
17   A    There is one.
18   Q    One slot?
19   A    How many positions?
20   Q    Yes.
21   A    Three.
22   Q    Three. And is that three full time
23   PAs?
24   A    Yes.
25   Q    All right. And back in 2001, was
```

Page 29

```
 1   that the case, did you have three?
 2   A    There might have been five.
 3   Q    How many nurse practitioners do you
 4   have?
 5   A    Well, let me clarify one thing.
 6   We're not considered PAs, or nurse
 7   practitioners. When you come into the
 8   bureau, you become -- since last year they
 9   changed the name to mid level practitioner.
10   Q    Okay.
11   A    So we are called now MLPs. And
12   that's to save face for the PAs that don't
13   recognize us or the nurse practitioners that
14   don't recognize us. They were all MLPs.
15   Q    All right. So it kind of levels the
16   playing field?
17   A    Right.
18   Q    So people can reduce their
19   territoriality; is that fair?
20   A    Yeah.
21   Q    Okay. Because sometimes nurse
22   practitioners think PAs don't have as much
23   training that they do, and there are PAs who
24   think that the NPs are just nurses?
25   A    Yes.
```

8 (Pages 26 to 29)

301 Title Building/ 300 21st Street North
Birmingham, Alabama 35203