IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN COGGIN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | CIVIL ACTION NO: |
| VS. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | 2:05-cv-1214-F |
| | ) | |
| Defendant | ) | |

---

## PLAINTIFF'S POSITION ON CERTIFICATION

---

The plaintiff in this case is solidly of the opinion that the Alabama law under which this case is to be tried is well-settled law. However, if the Court gives any credence whatsoever to the defendant's tortured misreading of Alabama Medical Liability Act § 6-5-548, plaintiff would be in agreement that the question of whether or not a defendant's expert on the standard of care may be less qualified than a plaintiff's expert in Alabama could be certified. The question would be "Does every witness, be it for the plaintiff or the defense, offered on the issue of the standard of care in a medical malpractice case have to meet the three qualifications as set out in § 6-5-548 to qualify as a similarly situated health care provider to a non-specialist: 1) be "*licensed by the appropriate regulatory board or agency of this or some other state,*" 2) be "trained and experienced in the same

1

discipline or school of practice," and 3) have "practiced in the same discipline or school of practice during the year preceding the date that the alleged breach of the standard of care occurred." Ala. Code § 6-5-548(b)(1) to (3). Is licensure as set out in (b)(1) a mandatory requirement?  Or are witnesses for the defense exempt from the requirements of this section and need not be similarly situated as defined in the statute?

Respectfully submitted,

_____
JULIA T. COCHRUN
Attorney for Plaintiff

_____
R. GORDON PATE
Attorney for Plaintiff

OF COUNSEL:
PATE & COCHRUN, LLP
P. O. Box 10448
Birmingham, AL 35202-0448
Telephone: (205) 323-3900
Fax: (205) 323-3906
e-mail: filings@plc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___18th___ day of February, 2008, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, the CM/ECF system will send notification of such filing to the following:

Stephen M. Doyle, Esq.
Assistant U.S. Attorney
P. O. Box 197
Montgomery, AL 36101-0197

and I hereby certified that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following:

None

_____
OF COUNSEL