IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN COGGIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: **2:05-CV-1214-MEF** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES' STATEMENT REGARDING CERTIFICATION
OF ISSUES TO ALABAMA SUPREME COURT**

COMES NOW defendant, the United States, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to ¶ 5 of the Court's Order dated February 12, 2008, files this statement concerning certification of issues to the Alabama Supreme Court.

1. The United States does not request this Court to certify any issue to the Alabama Supreme Court.

2. If the Court decides to certify any of the issues raised at the February 4, 2008, hearing, the United States suggests that the issues be phrased as follows:

(A) whether, under Ala. Code § 6-5-548(e), a medical professor who is board certified in gastroenterology and internal medicine is a "similarly situated health care provider" who may testify for plaintiff against a non-board-certified general practitioner who practices as a primary care physician.

(B) whether, under Ala. Code § 6-5-548 (e), a defendant may call an expert witness who is better qualified than he/she to testify that he/she met the standard of care. That is, may a non-board-certified general practitioner call a board-certified expert to testify that he/she met the standard of care.

3. If the Court decides to certify any issues to the Alabama Supreme Court, the United States requests the opportunity to brief and argue the issue (s).

Respectfully submitted this 19th day of February 2008.

>LEURA G. CANARY
>United States Attorney
>
>By: /s/Stephen M. Doyle
>STEPHEN M. DOYLE
>Chief, Civil Division
>Assistant United States Attorney
>Attorney for Defendant
>Post Office Box 197
>Montgomery, AL  36101-0197
>District of Columbia Bar No. 422474
>Telephone No.: (334) 223-7280
>Facsimile No.: (334) 223-7418
>E-mail: stephen.doyle@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiff's attorney, Julia T. Cochrun, Esquire.

    /s/Stephen M. Doyle
Assistant United States Attorney